```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0040--MJ (TWH)
                    "USA V JASON SCOTT COLETTE"
                     DEF 1.1 COLETTE, JASON SCOTT

         Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
      Magistrate Judge:
                Filed: 11/29/05
               Closed: NO
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: Not specified
           Trial date:
           Terminated: NO
    Needs interpreter: NO
    Counsel of record: Mary Jane Haden
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   PLF 1.1 USA

   Counsel of record: Bryan Schroder
                      Assistant US Attorney
                      222 West Seventh Avenue #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      FAX 907-271-1500
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


   Counts re: DEF 1.1 COLETTE, JASON SCOTT
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| OPENING | 1 | 21:841(a)(1) POSSESS WITH INTENT TO DISTRIBUTE IN EXCESS OF 500 GRAMS OF COCAINE (F) | Pending |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE F05-0040--MJ (TWH)
                                "USA V JASON SCOTT COLETTE"

                                     For all filing dates


   Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
   Magistrate Judge:
               Filed: 11/29/05
              Closed: NO
No. of Defendants: 1


Document #    Filed       Docket text

NOTE -    1   11/29/05    [Re: DEF 1] USM Notice of Arrest; defendant arrested

    1 -   1   11/29/05    Complaint filed.

    2 -   1   11/30/05    [Re: DEF 1] TWH Order of Detention Pending Trial/Hearing.
```