**FILED**
DEC 15 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   JASON SCOTT COLETTE

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                         CASE NO. F05-0042-01CR(RRB)

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 14, 2005

**ARRAIGNMENT** in the above-case is hereby set for **FRIDAY, DECEMBER 16, 2005, at 9:00 a.m.** before Terrance W. Hall, U. S. Magistrate Judge, in Magistrate Judge Courtroom #2, U.S. Courthouse, 101 12th Avenue, Fairbanks, Alaska.

F05-0042--CR (RRB)
A. VACURA -Faxed 12.15.05 TG
B. SCHRODER
US MARSHAL
US PROBATION

[]{ARRAIGNB.WPD*Rev.03/97}