```
                                                          FILED

                                                        DEC 7 2005
        MINUTES OF THE UNITED STATES DISTRICT COURT
                    DISTRICT OF ALASKA               UNITED STATES DISTRICT COURT
                                                        DISTRICT OF ALASKA
```

U.S.A. vs. __JASON SCOTT COLETTE__  CASE NO. __F05-0040 MJ (TWH)__
Defendant: ___Present _X_ In Custody __ On Summons __ On Bond

BEFORE THE HONORABLE: ____TERRANCE W. HALL____

DEPUTY CLERK/RECORDER: ____MISTY DAVENPORT____

UNITED STATES' ATTORNEY: ____BRYAN SCHRODER (TELEPHONIC)____

DEFENDANT'S ATTORNEY: ____M.J. HADEN____

U.S.P.O.: ____TONI OSTANIK____

PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT ON: Count 1 of
    Complaint   HELD: 11/29/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:59 p.m. court convened.

_X_ Copy of Inf/Ind/Comp given to defendant; waived reading.

_X_ Defendant sworn.

_X_ Waived full advisement of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: _Jason Scott Colette_

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Preliminary Hearing set for _December 2, 2005 @ 10:00 a.m._

_X_ Defendant detained/Detention Hearing set for _December 2, 2005 @ 10:00 a.m_

_X_ Counsel advised no trial date has been set.

At 4:09 p.m. court adjourned.


DATE: 12/07/05                    DEPUTY CLERK'S INITIALS: __md__

F05-0040--MJ (TWH)
------------------              US PROBATION
/A. VACURA                      MAGISTRATE JUDGE HALL
/B. SCHRODER
 US MARSHAL