AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF _____

FILED
DEC 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA

v.

Jason Scott Colette
_____
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: F05-0042-01 CR(RRB)

Upon motion of the __defendant__, it is ORDERED that a detention hearing is set for __12-29-05__ at __10:00 a.m.__
                                                                              Date                Time
before __The Honorable Terrance W. Hall__
        Name of Judicial Officer
__Federal Building, U.S. Courthouse, 101 12th Ave, Room 326__
        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
Other Custodial Official

__16 Dec 2005__                                   __/s/ [signature]__
Date                                              Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

F05-0042--CR (RRB)                US PROBATION
                                  JUDGE BEISTLINE
/s/ W. BRYSON
    B. SCHRODER
    US MARSHAL                    12.16.05 TS

7