UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>              Plaintiff,                   )<br>                                                    )         F05-0042CR(RRB)<br>v.                                                )         Case No. ~~F05-0040 CR~~ (TWH)<br>                                                    )<br>JASON COLETTE,                     )         **FILED**<br>                                                    )         DEC 16 2005<br>              Defendant.                )         UNITED STATES DISTRICT COURT<br>                                                              DISTRICT OF ALASKA<br>                                                              By_____ Deputy | |

### ORDER FOR SUBSTITUTION OF COUNSEL

BASED on defendant's Non-Opposed Motion for Substitution of Counsel and the court being fully apprised in the premises;

IT IS HEREBY ORDERED that the Law Office of William P. Bryson shall be substituted in for Allen Vacura and Stepovich Law Office, in the above-captioned matter.

DATED at Fairbanks, Alaska this 16 day of December, 2005.

_____
Terrance W. Hall
U.S. Magistrate Judge

F05-0042---CR (RRB)
------------------------------------
W. BRYSON
B. SCHRODER
US MARSHAL

US PROBATION
JUDGE BEISTLINE

Granted on record.
JWB
12/16/05

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 452-5205

*Colette-Order for Substitution of Counsel*