**FILED**
DEC 19 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __JASON SCOTT COLETTE__   CASE NO. __F05-0042-01 CR (TWH)__
Defendant: ___Present   _X_ In Custody   ___On Summons   ___On Bond

BEFORE THE HONORABLE   __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER:   __MISTY DAVENPORT__

UNITED STATES ATTORNEY:   __BRYAN SCHRODER__

DEFENDANT'S ATTORNEY:   __BILL BRYSON__

U.S.P.O.:   __MARCI LUNDGREN__

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT  Held: 12/16/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:03 a.m. court convened.

_X_ Copy of Indictment given to defendant: waived reading.

_X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ PLEA(S): _X_ Not Guilty to Counts __1-4, 6-7__

_X_ Counsel advised of trial date: __2/13/06 @ 9:00 a.m.__

_X_ Court accepted plea(s).

_X_ Defendant detained/Detention Hearing set for __12/29/05 @ 10:00 a.m__

_X_ Pretrial motions due __1/5/06__

At 9:15 a.m. court adjourned.

DATE: __12/17/05__   DEPUTY CLERK'S INITIALS: __MLD__

F05-0042--CR (RRB)   /US PROBATION
/W. BRYSON
/B. SCHRODER
/US MARSHAL

11