TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. F05-042 CR (RRB) |
| Plaintiff, | ) ) | DISCOVERY CONFERENCE CERTIFICATE |
| vs. | ) ) | |
| JASON SCOTT COLETTE, | ) ) | |
| Defendant. | ) ) | |

This document certifies that the defendant, through counsel, requested discovery from the United States, pursuant to Fed. R. Crim. P. 16, and the United States provided discovery to the defendant on December 27, 2005, and will continue to provide other discovery as it becomes available.

RESPECTFULLY submitted this 30th day of December, 2005, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was mailed to the following counsel of record on December 30, 2005, via:

William Bryson
1015 W 7th Ave
Anchorage, AK 99501

Executed at Anchorage, Alaska, on December 30, 2005

Legal Assistant
Office of the U.S. Attorney