TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE, and **KAREN KRISTINA KOCH**,<br><br>Defendant. | Case No.  4:05-cr-042-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND RESPONSE DATE AND ORAL ARGUMENT HEARING** |

    COMES NOW Plaintiff, the United States of America, and moves the Court on shortened time to extend the due date for filing the Opposition to Motion to Suppress to January 19 and to reset the January 13th Oral Argument on the Motion to Suppress hearing herein to January 20, 2006.

The reason for this request is that plaintiff's counsel is currently in trial for the

U.S. v. Evertson case, in Anchorage, and trial is expected to continue through the end of the week.

Defense counsel is unopposed to this motion.

WHEREFORE plaintiff respectfully requests that the motion response time be extended and the oral argument be reset to January 20.

RESPECTFULLY SUBMITTED this 11th day of January, 2006, in Fairbanks, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Bryan Schroder
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov
WA #21146

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11th, 2006,
a copy of the foregoing **UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND RESPONSE DATE AND ORAL ARGUMENT HEARING**,
was served, via U.S. mail, on:

Richard W. Wright
250 Cushman Street, Suite 500
Fairbanks, AK 99701

s/Bryan Schroder