TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.  4:05-cr-042-RRB |
| ) | |
| Plaintiff,       ) | [Proposed] |
| ) | |
| vs.       ) | **ORDER TO EXTEND RESPONSE DATE AND ORAL ARGUMENT HEARING** |
| ) | |
| JASON SCOTT COLETTE, and       ) | |
| KAREN KRISTINA KOCH,       ) | |
| ) | |
| Defendant.       ) | |
| ) | |

IT IS SO ORDERED.  The response date for the Motion to Suppress is extended to January 19, 2006.  The Oral Argument Hearing is rescheduled to January 20, 2006, at _____ o'clock.

Date: _____     _____
                                                         TERRANCE W. HALL
                                                         United States Magistrate Judge