TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No.  4:05-cr-042-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION ON SHORTENED** |
| vs. | ) | **TIME FOR STATUS OF** |
| | ) | **COUNSEL HEARING** |
| JASON SCOTT COLETTE, and KAREN KRISTINA KOCH, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, the United States of America, and moves the Court for a status of counsel hearing in the above cited case due to the untimely death of William Bryson, counsel for Defendant Colette.

The attached article from the Anchorage Daily News confirms Mr. Bryson's unfortunate passing on January 10, 2006.

WHEREFORE plaintiff respectfully requests a hearing to determine status of counsel for Defendant Collette.

RESPECTFULLY SUBMITTED this 12th day of January, 2006, in Fairbanks, Alaska.

>TIMOTHY M. BURGESS
>United States Attorney
>
>s/Bryan Schroder
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone:  (907) 456-0245
>Fax: (907) 456-0577
>E-mail: bryan.schroder@usdoj.gov
>WA #21146

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12th,  2006,
a copy of the foregoing MOTION ON SHORTENED
TIME FOR STATUS OF COUNSEL HEARING,
 was served, via U.S. mail, on:

**William P. Bryson**
1015 W. 7th Avenue
Anchorage, AK 99501

**Richard W. Wright**
250 Cushman Street, Suite 500
Fairbanks, AK 99701


s/Bryan Schroder