

Print Page    Close Window

## Bill Bryson, prominent attorney, dies
**SUICIDE: Friends say they knew of no precipitating cause for his action.**

By SHEILA TOOMEY
Anchorage Daily News

(Published: January 12, 2006)



Bryson ( )

One of the state's best known criminal defense attorneys is dead by his own hand.

Bill Bryson, 58, was found by friends about 6:30 p.m. Tuesday at his West 15th Avenue home, police said. State Medical Examiner Franc Fallico said he died of a self-inflicted gunshot wound to the head.

Although Bryson had financial and personal troubles over the years, friends said they knew of no precipitating cause for his suicide.

An elegant, even flamboyant figure on the legal scene, Bryson was widely valued as a trial attorney and as a teacher of young lawyers here and nationally.

At the time of his death, he was on the city Parks and Recreation Commission and was passionately committed to building a track-and-field facility for kids in Mountain View, said attorney and longtime friend Nancy Shaw.

Bryson was among a group of young law school graduates who came to Alaska in the early 1970s and stayed to make names for themselves. He arrived in 1972 with a brand new degree from Boalt Hall, the law school at the University of California Berkeley, to work in Juneau for Alaska Supreme Court Justice Robert Boochever. His colleagues that year included other future stars: Anchorage defense attorney Phil Weidner, former Superior Court Judge Doug Serdahely and former U.S. Attorney Mike Spaan.

Bryson had a seat at the defense table for many high-profile cases over the past 30 years, representing some of Alaska's more notorious criminal defendants, including as local counsel for Neil Mackay, acquitted of killing Alaska Airlines pilot Robert Pfeil; as co-counsel for Andrew Nelson, convicted of killing former girlfriend Sandra Pogany; and as trial lawyer for Scott Walker, convicted of kidnapping pioneer Mildred Walatka but acquitted of killing her.

He did even more work behind the scenes, negotiating deals for clients who had nothing to gain by taking their case to a jury.

For many years he was on the board of the National Association of Criminal Defense Lawyers and usually spent a couple of weeks a year teaching at association workshops back East, Weidner said. Colleagues in the defense bar regularly called on him for help with cases ---- "whenever we had a situation one of us hadn't faced before," said attorney Rex Butler. "He had faced them all."

Bryson was witty and upbeat with a reverberant voice an actor would envy, and perhaps the most expensively dressed lawyer in town, always perfectly turned out in Armani suits and custom-made

boots. He was a sports nut who flew regularly to Stanford University, his undergraduate alma mater, for big football games but also for stuff like water polo and girls basketball, said former Anchorage deputy police chief Del Smith, who often went with him.

But life was tough on Bryson. Friends knew he drank too much and had bad financial troubles spanning years. He was put on probation in 1993 for failing to file a tax return by a federal judge who said he needed to stop spending all his time worrying about other people's lives and start taking care of his own. At the time of his death, there were IRS liens against him totaling about $75,000.

He was once censured by the Alaska Supreme Court for not tending to a client properly, and collected a DUI.

"This is a hell of a business," said Butler, a busy local defense attorney. "It has a long history of destroying people. You can't just leave it at the office."

"What Bill did best was stand-up lawyering," Serdahely said. "He was very good in trial, with juries, witnesses. That was where his passions were. ... But like a lot of talented people, he was not good at the mundane stuff, running a law firm, running your own life."

"He was liked and appreciated by all those he touched, from the man in the cell to the judge on the bench," Weidner said. "He cared about people. He tried to help. Inside he understood because he lived it."

Like many of Bryson's friends, Shaw said she was very sad and preferred to remember him enjoying life, as he usually did. She was toying with the idea of organizing an auction of his Armani suits and other no-doubt obsessively tasteful trinkets to raise money for the Mountain View track. "You just know he had a silver shoehorn," she said. "A shaving kit by Gucci ... perfectly matched towels."

Weidner said Bryson's friends plan to remember him the way he would want to be remembered, with a big party on Jan. 27, at 7 p.m. at Josephine's restaurant.

---

Sheila Toomey can be reached at 257-4341 and stoomey@adn.com.

[Print Page]   [Close Window]

Copyright © 2006 The Anchorage Daily News (www.adn.com)