# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA     v.     JASON SCOTT COLETTE

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                    CASE NO.   4:05-cr-0042-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 13, 2006

     Plaintiff has filed a Motion on Shortened Time for a Status of Counsel Hearing at docket 27.  That motion is GRANTED, and a Status Hearing will be scheduled for Wednesday, January 18, 2005 at 9:00 a.m. in Courtroom 2, Room 326.

     Trustee counsel, Charles A. Dunnagan is asked to participate telephonically, as is the Office of the Federal Public Defender.  Counsel may appear telephonically by calling Meet me Bridge "B" at (907) 677-6247.

[]{IA.WPD*Rev.12/96}