UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASON SCOTT COLETTE (D-01) and<br>KAREN KRISTINA KOCH (D-02),<br><br>　　　　　Defendant. | Case No. F05-0042-01 CR (RRB)<br><br>**PROPOSED**<br>**ORDER TO CONTINUE**<br>**PRETRIAL MOTIONS DEADLINE** |

After due consideration of defendant's Unopposed Motion to Continue Pretrial Motions Deadline, the court GRANTS/DENIES the motion.

It is hereby ordered that pretrial motion in the above styled case, currently set for January 5, 2006, are now due by close of business on March 17, 2006.

DATED _____, 2006, in Fairbanks, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TERRANCE W. HALL
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE