M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE (D-01) and<br>KAREN KRISTINA KOCH (D-02),<br><br>                    Defendant. | Case No. F05-0042-01 CR (RRB)<br><br>**UNOPPOSED MOTION TO<br>CONTINUE TRIAL DATE** |

Defendant, Jason Scott Colette, by and through counsel M. J. Haden, Staff Attorney, moves this court for an order continuing the trial in this matter to the week of May 22, 2006.  This motion is necessary due to the unexpected passing of Mr. Colette's previous counsel.  All parties were heard on the issue in open court during the status conference held January 18, 2006.  All parties are in agreement that a continuance is necessary in order to preserve Mr. Colette's Fourth, Fifth, and Sixth Amendment rights and provide him with effective assistance of counsel.  Given the unique circumstances leading up to the substitution of counsel, Mr. Colette submits that society's interest in a speedy trial is outweighed by the need for additional time to ensure that Mr. Colette's rights are

protected. Therefore, pursuant to 18 U.S.C. § 3161 (h)(8)(A) and based on the oral presentation of the parties, Mr. Colette respectfully requests that the trial in this matter be continued from February 13, 2006, until the week of May 22, 2006.

DATED this 18th day of January 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on January 18, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden