UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE (D-01) and<br>KAREN KRISTINA KOCH (D-02),<br><br>    Defendant. | Case No. F05-0042-01 CR (RRB)<br><br>**PROPOSED**<br>**ORDER CONTINUING TRIAL**<br>**DATE** |

After due consideration of defendant's Unopposed Motion to Continue Trial, the court GRANTS/DENIES the motion.

The trial date of February 13, 2006 is hereby vacated. Trial is re-set for the week of May 22, 2006, in Fairbanks, Alaska. The Final Pretrial conference is rescheduled from February 7, 2006, to May 16, 2006, at 9:00 a.m.

DATED _____, 2006, in Anchorage, Alaska.

_____
TERRANCE W. HALL
U.S. DISTRICT COURT JUDGE