UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JASON SCOTT COLETTE (D-01) and<br>KAREN KRISTINA KOCH (D-02),<br>Defendant. | Case No. F05-0042-01 CR (RRB)<br><br>**PROPOSED<br>ORDER CONTINUING TRIAL DATE** |

After due consideration of defendant's Unopposed Motion to Continue Trial, the court GRANTS/DENIES the motion.

The trial date of February 13, 2006 is hereby vacated. Trial is re-set for the week of May 22, 2006, in Fairbanks, Alaska. The Final Pretrial conference is rescheduled from February 7, 2006, to May 16, 2006, at 9:00 a.m.

DATED 1/19/06, 2006, in Anchorage, Alaska.

~~TERRANCE W. HALL~~
U.S. DISTRICT COURT JUDGE