MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.    JASON SCOTT COLETTE    CASE NO.    4:05-CR-0042-RRB
Defendant:  __Present   _X_ In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE:            TERRANCE W. HALL

DEPUTY CLERK/RECORDER:           MISTY DAVENPORT

UNITED STATES' ATTORNEY:         BRYAN SCHRODER

DEFENDANT'S ATTORNEY:            RICH KURTNER

U.S.P.O.:                        NO P.O. PRESENT

PROCEEDINGS: HEARING RE STATUS OF COUNSEL  Held: 01/18/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court and counsel heard re status of defendant's counsel.

Court and counsel heard re Trustee, Chuck Dunnagan, asking for 60 continuance on behalf of Bill Bryson's cases.

Court and counsel heard re possible substitution of counsel.

Counsel heard re Federal Public Defender's office to be appointed to this case.

Court and counsel heard re Judge Beistline will appear telephonically at 10:15 a.m. to continue this hearing re to reset trial dates.

At 9:19 a.m. court adjourned.

DATE:     01/20/06             DEPUTY CLERK'S INITIALS:   MLD