```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.    JASON SCOTT COLETTE    CASE NO.   4:05-CR-0042-RRB
Defendant:  __Present  _X_In Custody  __On Summons  __On Bond

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       MISTY DAVENPORT

UNITED STATES' ATTORNEY:     BRYAN SCHRODER

DEFENDANT'S ATTORNEY:        M.J. HADEN

U.S.P.O.:                    NO P.O. PRESENT

PROCEEDINGS: CONTINUED HEARING RE STATUS OF COUNSEL  Held: 01/18/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:17 a.m. court reconvened.

Court and counsel heard re current trial date being continued until later date.

Court and counsel heard re Trustee, Chuck Dunnagan, informing court that there was no retainer fee remaining in Mr. Bryson's account.

Counsel heard re Judge Beistline granting trial continuance until the week of May 22, 2006.  Section 3161(h)(8)(B)(iv)4) Continuance granted in order to obtain counsel, substitute counsel, or give reasonable time to prepare.

Court and counsel heard re Final Pretrial Scheduling Conference is set for May 16, 2006 @ 9:00 a.m.

Court and counsel heard re Discovery Exchange is January 30, 2006.

Court and counsel heard re Pretrial Motions must be filed by March 17, 2006.

Court and counsel heard re counsel must file motion re continuance of trial date and it must address excludable delay.

Court and counsel heard re Magistrate Judge Hall Orders defendant, Mr. Colette, to remain in custody in Fairbanks, AK.

At 10:43 a.m. court adjourned.

DATE:     01/20/06          DEPUTY CLERK'S INITIALS:    MLD