M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>           Defendant. | Case No. F05-0042 CR (RRB)<br><br>**MOTION FOR<br>BAIL REVIEW HEARING**<br>*Filed on Shortened Time* |

        Defendant, Jason Scott Colette, by and through counsel M. J. Haden, Staff Attorney, moves this court to calendar a bail review hearing for Friday, February 3, 2006. Mr. Colette will propose that he be released under the following conditions:

- Sean Colette as 24-hour sight and sound third-party custodian;

- Reside at residence located at 134 3rd Avenue, Fairbanks, Alaska;

- Electronic monitoring through the U.S. Probation Office;

- 24-hour home confinement;

- $100,000 property appearance bond;

- Random drug testing.

Sean Colette has already completed a third-party custodian application and appeared before the court at a prior proceeding. Sean Colette will be available on Friday, February 3, 2006, for further examination by the court. In addition, Travis and Anna Colette will appear telephonically from out-of-state. Travis and Anna Colette will testify that they own property located at 2028 Eagan Avenue, Mooreland Acres, Block 6, Lot 16 Fairbanks, Alaska. The current tax assessment for the property values the property at $119,857. (Attachment A.) The Colettes will testify that they own the property free and clear of all liens and mortgages and are prepared to execute a deed of trust to secure a $100,000 appearance bond in this matter. (Attachment B.) Furthermore, Travis and Anna Colette are prepared to secure a limited liability report from a local title company verifying their ownership of the property.

Thus, Mr. Colette requests that the court set a bail review hearing for Friday, February 3, 2006, to consider this proposal.

DATED this 30th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 30, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden