

Search for:
Account Number: 0086231   Number Type: Parcel   [Start Search]

| | |
|---|---|
| **Status:** | TAXABLE, Active - Roll Type 1 |
| **Parcel:** | 0086231 MOORELAND ACRES 06 16 |
| **Neighborhood:** | (0140) Townsite-Taku Resi |
| **Mill Group:** | (0095) MOORELAND ACRES |
| **Fire Service:** | City Fire Service |

# ASSESSMENT SUMMARY

| | |
|---|---|
| **Acct #:** | 110394 |
| **Owner Name:** | TRAVIS L COLETTE |
| **Mailing Addr:** | 2028 EAGAN AVE |
| | FAIRBANKS, AK 99701 5706 |
| **Status:** | TAXABLE, Active - Roll Type 1 |
| **Parcel:** | 0086231 MOORELAND ACRES 06 16 |
| **Mill Group:** | (0095) MOORELAND ACRES |
| **Fire Service:** | City Fire Service |
| **Business on Site:** | |

| Owner Name | Ownership Interest |
|---|---|
| TRAVIS L COLETTE | OWNERSHIP |
| ANNA J COLETTE | CO-OWNER |

## PARCEL HISTORY

| Tax Year | Land | Improvement | Total |
|---|---|---|---|
| 2005 | $ 20160 | $ 99697 | $ 119857 |
| 2004 | $ 20160 | $ 83043 | $ 103203 |
| 2003 | $ 20160 | $ 67632 | $ 87792 |
| 2002 | $ 20160 | $ 47385 | $ 67545 |
| 2001 | $ 20160 | $ 45967 | $ 66127 |
| 2000 | $ 20160 | $ 45967 | $ 66127 |
| 1999 | $ 19152 | $ 45038 | $ 64190 |
| 1998 | $ 19152 | $ 44334 | $ 63486 |
| 1997 | $ 19152 | $ 43431 | $ 62583 |

Exhibit A (Tax Assessment), Page 1 of 2

FNSB | Property Database                              http://www.co.fairbanks.ak.us/PropertyDB/Account.asp?numtype=parc...

| Year | | | |
|---|---|---|---|
| 1996 | $ 19152 | $ 43431 | $ 62583 |
| 1995 | $ 19238 | $ 39879 | $ 59117 |
| 1994 | $ 19238 | $ 39229 | $ 58467 |
| 1993 | $ 19238 | $ 36432 | $ 55670 |
| 1992 | $ 21161 | $ 32480 | $ 53641 |
| 1991 | $ 21161 | $ 33779 | $ 54940 |
| 1990 | $ 22500 | $ 31705 | $ 54205 |
| 1989 | $ 25200 | $ 23455 | $ 48655 |
| 1988 | $ 25200 | $ 27135 | $ 52335 |
| 1987 | $ 27000 | $ 35370 | $ 62370 |
| 1986 | $ 18900 | $ 43532 | $ 62432 |
| 1985 | $ 18900 | $ 43532 | $ 62432 |
| 1984 | $ 18900 | $ 40076 | $ 58976 |
| 1983 | $ 16200 | $ 28725 | $ 44925 |

## MOST RECENT TAX YEAR MILL RATE
**Mill Rate**

20.023

## BUILDING SITUS INFORMATION
2028 EAGAN AVE

## LAND AREA and CLASS - (NOT ZONING)
General Residential 9000 Square Feet

## BILLING ADDRESS

Microsoft OLE DB Provider for SQL Server error '80040e37'

Invalid object name 'prop_billing_addr'.

/PropertyDB/Account.asp, line 278

Exhibit A (Tax Assessment), Page 2 of 2