UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>           Defendant. | Case No. F05-0042 CR (RRB)<br><br>**PROPOSED<br>ORDER SCHEDULING<br>BAIL REVIEW HEARING** |

After due consideration of defendant's Motion for Bail Review Hearing, the court GRANTS/DENIES the motion. A bail review hearing is scheduled for February _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.


_____
Terrance W. Hall
United States Magistrate Judge