M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>             Defendant. | Case No. F05-0042 CR (RRB)<br><br>**ERRATA TO MOTION FOR<br>BAIL REVIEW HEARING** |

Defendant, Jason Scott Colette, by and through counsel M. J. Haden, Staff Attorney, resubmits Exhibit B to defendant's Motion for Bail Review Hearing, filed on January 30, 2006, at Docket 37.  Formatting of the originally-submitted Exhibit B was not maintained when the file was converted to PDF.  The formatting of Exhibit B submitted herewith has been adjusted.  Counsel apologizes for any inconvenience this may have caused the court or the parties.

DATED this 31st day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 31, 2006, a copy of the foregoing document, with attachment, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden