**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> JASON SCOTT COLETTE </u>

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                      CASE NO. <u> 4:05-cr-00042-RRB </u>

<u> CAROLYN BOLLMAN </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 31, 2006</u>

     Defendant's Emergency Motion for Bail Review Hearing is not opposed by the plaintiff, and is GRANTED. A Bail Review Hearing is scheduled for 9:30 a.m. on Friday, February 3, 2006 in Courtroom 2, U.S. District Court, Fairbanks, Alaska.

     Parties that need to appear telephonically should call the Meet-Me-Bridge (907) 677-6247.

[]{IA.WPD*Rev.12/96}