M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>                    Defendant. | Case No. F05-0042 CR (RRB)<br><br>**MOTION ON SHORTENED TIME TO ALLOW TELEPHONIC TESTIMONY OF WITNESSES** |

       Defendant, Jason Scott Colette, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to allow Travis Colette and Anna Colette to appear telephonically at the bail review hearing scheduled for 9:30 a.m. on February 3, 2006, in Fairbanks, Alaska.  This motion is necessary because Travis Colette and Anna Colette reside in Enterprise, Alabama.  Their testimony is necessary at the bail review hearing as they will testify that they are willing to post a $100,000 property bond to secure the appearance of Jason Scott Colette.

Mr. Colette requests that, in the interest of judicial economy and to avoid the witness transportation cost, Travis and Anna Colette be allowed to appear telephonically before this court.

DATED this 31st day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden