UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>    Defendant. | Case No. F05-0042 CR (RRB)<br><br>ORDER ALLOWING<br>TELEPHONIC TESTIMONY OF<br>WITNESSES |

After due consideration of defendant's Motion on Shortened Time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Motion to Allow Telephonic Testimony of Witnesses, the court GRANTS/~~DENIES~~ the motion. It is hereby ordered that Travis Colette and Anna Colette be allow to testify telephonically at the bail review hearing scheduled for Friday, February 3, 2006, in Fairbanks, Alaska at 9:30 a.m. The witnesses are instructed to contact the court by calling (907) 677-6247.

DATED __1 Feb__, 2006, in Fairbanks, Alaska.

                                                      Terrance W. Hall<br>
                                              United States Magistrate Judge