MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __Jason Scott Colette__   CASE NO. __4:05-CR-00042(TWH)__
Defendant: __Present X__ In Custody __ On Summons __ On Bond

BEFORE THE HONORABLE: __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER: __SHANNON JOHNSON__

UNITED STATES' ATTORNEY: __BRYAN SCHRODER*__

DEFENDANT'S ATTORNEY: __M.J. HADEN__

U.S.P.O.: __MARCI LUNDGREN__
__*__ Telephonic Appearance

PROCEEDINGS: HEARING ON EMERGENCY MOTION FOR BAIL REVIEW
HEARING HELD: FEBRUARY 7, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:00:38 p.m. court convened.

Jeffery Brooks sworn in and testified on behalf of the defendant as character witness.

Travis Colette sworn in and testified on behalf of Defendant. Witness is volunteering to put up his property for Defendant's bond.

Anna Colette sworn in and testified on behalf of Defendant. Wife of Travis Colette. Witness is volunteering to put up her property for Defendant's bond.

Patrick Clark sworn in and testified on behalf of Defendant as a character witness.

Sean Colette sworn in and testified on behalf of Defendant as his proposed third party custodian.

Closing arguments made.

Defendant's oral Motion to Release the Defendant to a third Party Custodian is Denied. Determined to be a hazard to the community and a flight risk. Will stay in custody until trial.

At 3:11:50 p.m. court adjourned.
Original List of Witnesses attached.

DATE: __02/07/2006__                   DEPUTY CLERK'S INITIALS: __scj__