```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                   USA    v.   COLLETTE and KOCH

DATE:    March 7, 2006    CASE NO.    4:05-CR-0042-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RESCHEDULING HEARING
```
___

      The final pretrial conference presently scheduled in this case for May 16, 2006, is **rescheduled** and will be held on **Tuesday, May 9, 2006, at 8:30 a.m.**

M.O. RESCHEDULING HEARING