M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>    Defendant. | Case No. F05-0042 CR (RRB)<br><br>**MOTION TO SUPPRESS<br>DEFENDANT'S STATEMENT** |

    Defendant, Jason Scott Colette, by and through counsel M. J. Haden, Staff Attorney, moves this court for an order suppressing the defendant's statements made involuntarily after an unequivocal and custodial request for counsel.  This motion is founded upon the Fifth and Sixth Amendments of the United States Constitution, Fed. R. Crim. P. 12(b), D. Alaska Loc. R. 7.1, and is supported by the attached memorandum of law.

DATED this 17th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 17, 2006, a copy of the foregoing document was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden