M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>　　　　　Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**REQUEST FOR EVIDENTIARY<br>HEARING REGARDING<br>MR. COLETTE'S MOTION TO<br>SUPPRESS STATEMENTS** |

　　　　Defendant, Jason Scott Colette, by and through counsel M. J. Haden, Staff Attorney, asks that his motion to suppress statements be set on for an evidentiary hearing on a date and at a time convenient for the court and counsel.

DATED this 17th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 17, 2006, a copy of the
foregoing document was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden