UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>　　　　Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING EVIDENTIARY<br>HEARING REGARDING MOTION TO<br>SUPPRESS STATEMENTS** |

After due consideration of defendant's Motion for Evidentiary Hearing Regarding Mr. Colette's Motion to Suppress Statements, the court GRANTS/DENIES the motion. A hearing is hereby scheduled for _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge