UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>         Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING<br><u>FRANKS</u> HEARING** |

After due consideration of defendant's Motion for a <u>Franks</u> Hearing, the court GRANTS/DENIES the motion. A hearing is hereby scheduled for _____, 2006, at _____ a.m./p.m.

         DATED _____, 2006, in Anchorage, Alaska.


                                        _____
                                        Terrance W. Hall
                                        United States Magistrate Judge