UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE and<br>KAREN KRISTINA KOCH,<br><br>            Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**PROPOSED**<br>**ORDER REQUIRING DISCLOSURE OF**<br>**INFORMANTS** |

        After due consideration of defendant's Motion for Disclosure of Informants, the court GRANTS/DENIES the motion.

        DATED _____, 2006, in Anchorage, Alaska.

                                                                          _____
                                                                                           Terrance W. Hall
                                                                                  United States Magistrate Judge