IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JASON SCOTT COLETTE, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case Number 4:05-cr-42-rrb |

ENTRY OF APPEARANCE

COMES NOW Rex Lamont Butler and Associates, Inc., and enters its appearance on behalf of JASON SCOTT COLETTE, as counsel in the above captioned case and requests that all copies of pleadings, correspondence, and other documents be sent to him at 745 West Fourth Avenue, Suite 300, Anchorage, Alaska, 99501.

DATED this 21st day of March, 2006, at Anchorage, Alaska.

S/Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically to the U.S. Attorney's Office, Federal Building & U.S. Courthouse, 101 12th Avenue, Room 310, Fairbanks, Alaska, 99701, on this 21st day of March, 2006.

S/Rex Lamont Butler
Rex Lamont Butler and Associates, Inc.

Entry of Appearance
Page 1