DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASON SCOTT COLETTE, and<br>KAREN KRISTINA KOCH,<br><br>　　　　　Defendant. | Case No.  4:05-cr-042-RRB<br><br>**<u>MOTION ON SHORTENED TIME FOR STATUS OF COUNSEL AND SCHEDULING HEARING</u>** |

　　　　COMES NOW Plaintiff, the United States of America, and moves the Court for a status of counsel and scheduling hearing in the above cited case due to the change of counsel for Defendant Colette.

　　　　On March 21, 2006, Rex Lamont Butler filed a notice of appearance for Defendant Colette.  Defendant Colette's previous counsel from the Office of the Federal Public Defender, M.J. Hayden, filed pre-trial motions on March 17, 2006,

with responses from the Government due on March 24, 2005. Also on March 21, 2006, the court scheduled evidentiary hearings on the Defendant's pre-trial motions for March 28, 2006

The Government requests that the court hold a Status of Counsel and Scheduling Hearing to determine whether new counsel intends to proceed by adopting the pre-trial motions of previous counsel filed on March 17, 2005, or to file his own motions on behalf of the Defendant.

It will be most efficient for the court, as well as the Government, to respond to one set of pre-trial motions. If new counsel intends to file his own motions, the court may need to reschedule motions practice to allow for one filing date in the future.

WHEREFORE the Government respectfully requests a hearing to determine status of counsel and scheduling for Defendant Colette.

RESPECTFULLY SUBMITTED this 21st day of March, 2006, in Fairbanks, Alaska.

DEBORAH M. SMITH
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov
WA #21146

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21st, 2006,
a copy of the foregoing **MOTION ON SHORTENED
TIME FOR STATUS OF COUNSEL AND
SCHEDULING HEARING**, was served, via Electronic Filing, on:

**M.J. Hayden**

**Rex Lamont Butler**

**Richard W. Wright**
250 Cushman Street, Suite 500
Fairbanks, AK 99701


s/Bryan Schroder