DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  4:05-cr-042-01-RRB-TWH |
| Plaintiff, | [Proposed] |
| vs. | **ORDER FOR STATUS OF COUNSEL AND SCHEDULING HEARING** |
| **JASON SCOTT COLETTE,** and KAREN KRISTINA KOCH, | |
| Defendant. | |

Having considered the Government's Motion for Status of Counsel and Scheduling Hearing or the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.  A Status of Counsel and Scheduling hearing is scheduled for _____ _____, 2006 at _____ am/pm.

IT IS SO ORDERED.

DATED this ____ day of March, 2006,  at Fairbanks, Alaska.

_____
TERRANCE W. HALL
United States Magistrate Judge