## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA    v.    JASON  SCOTT COLETTE 

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                          CASE NO.  4:05-CR-00042-01-RRB 

 CAROLYN BOLLMAN 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: March 21, 2006

Counsel for the government has filed a Motion on Shortened Time to schedule a Status of Counsel and Scheduling Hearing at Docket 57. That motion is GRANTED. A Status Hearing is scheduled for Thursday, March 23, 2006 at 3:00 p.m. in Courtroom 2, U.S. District Court, Fairbanks, Alaska. Counsel may, as necessary, appear telephonically by calling Meet-Me-Bridge "B" at (907) 677-6247.

The pretrial motion deadline in this action has passed, and the pretrial motions filed by defense counsel are scheduled for Oral Argument on Tuesday, March 28, 2006. Absent a motion to continue trial, an extension of time to file additional pretrial motions will not be granted.

[Collette MO]{IA.WPD*Rev.12/96}