IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JASON SCOTT COLETTE, | ) |
| | ) |
| Defendant. | ) |
| _____ | )   Case Number 4:05-cr-42-rrb |

## MOTION FOR SUBSTITUTION OF COUNSEL

I CERTIFY THAT THIS DOCUMENT AND ITS ATTACHMENTS DO NOT CONTAIN (1) THE NAME OF A VICTIM OF A SEXUAL OFFENSE LISTED IN AS 12.61.140 OR (2) A RESIDENCE OR BUSINESS ADDRESS OR TELEPHONE NUMBER OF A VICTIM OF OR WITNESS TO ANY OFFENSE UNLESS IT IS AN ADDRESS USED TO IDENTIFY THE PLACE OF THE CRIME OR IT IS AN ADDRESS OR TELEPHONE NUMBER IN A TRANSCRIPT OF A COURT PROCEEDING AND DISCLOSURE OF THE INFORMATION WAS ORDERED BY THE COURT.

COMES NOW Rex Lamont Butler of the law office of Rex Lamont Butler & Associates, Inc., and hereby move this Court to allow the substitution of the law office of Rex Lamont Butler and Associates, Inc., as attorney of record in the above captioned case.

S/Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

I HEREBY CERTIFY that on the 24th
day of March, 2006, a true and
accurate copy of the Substitution
of Counsel and Order has been served electronically to the
U.S. Attorney's Office, Federal Building & U.S. Courthouse,
101 12th Avenue, Room 310, Fairbanks, Alaska, 99701

S/Rex Lamont Butler