IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASON SCOTT COLETTE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 4:05-cr-42-rrb |

ORDER GRANTING SUBSTITUTION OF COUNSEL

Upon consideration of Defendant's Motion For Substitution of Counsel, IT IS HEREBY ORDERED that the aforementioned Motion is GRANTED.

DATED on this ___ day of March, 2006.

_____
United States District Judge