IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASON SCOTT COLETTE, | ) |
| | ) |
|        Defendant. | ) |
| _____ | ) Case Number 4:05-cr-42-rrb |

ORDER GRANTING / DENYING MOTION TO CONTINUE TRIAL

Upon consideration of Defendant's Motion To Continue Trial, IT IS HEREBY ORDERED that the aforementioned Motion is GRANTED / DENIED.  It is further ordered the current trial date of May 22, 2006, at 9:00 a.m. is hereby vacated.  The new trial date and time is _____, 2006, at _____.

DATED on this ___ day of March, 2006.

_____
United States District Judge

Order Granting Trial Continuance
Page 1