IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
vs.                             )
                                )
JASON SCOTT COLETTE             )
                                )
            Defendant.          )
_____) Case Number 4:05-cr-42-rrb
```

MOTION ON SHORTENED TIME FOR
MOTION TO CONTINUE ORAL ARGUMENT ON DEFENSE MOTIONS

COMES NOW Jason Colette, by and through his counsel of record, Rex Lamont Butler and Associates, Inc., and hereby requests this Motion To Continue Oral Argument on Defense Motions be heard on shortened time.

This motion is supported by the attached affidavit of counsel.

DATED this 24th day of March, 2006, at Anchorage, Alaska.

>     S/Rex Lamont Butler
>     745 W. 4th Ave., Ste. 300,
>     Anchorage, Alaska, 99501
>     (907) 272-1497
>     (907) 276-3306
>     lawoffices@gci.net
>     ABN: 8310105

I HEREBY CERTIFY that on the 24th day of March, 2006,
a true and accurate copy of the forgoing instrument has been served electronically to the U.S. Attorney's Office, Federal Building & U.S. Courthouse, 101 12th Ave., Room 310, Fairbanks Alaska, 99701.

S/Rex Lamont Butler
REX LAMONT BUTLER AND ASSOCIATES, INC.