IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASON SCOTT COLETTE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 4:05-cr-42-rrb |

<u>ORDER GRANTING / DENYING MOTION TO CONTINUE ORAL ARGUMENT ON DEFENSE MOTIONS</u>

Upon consideration of Defendant's Motion To Continue Oral Argument on Defense Motions, IT IS HEREBY ORDERED that the aforementioned Motion is GRANTED / DENIED. The new Oral Argument date and time is _____, 2006, at _____.

DATED on this ___ day of March, 2006.

_____
United States District Judge

Order Granting Motion To Continue Oral Argument On
Defense Motions
    Page 1