IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JASON SCOTT COLETTE, | ) |
| Defendant. | ) Case Number 4:05-cr-42-rrb |

### AFFIDAVIT OF REX LAMONT BUTLER

STATE OF ALASKA          )
                         )
THIRD JUDICIAL DISTRICT  )

REX LAMONT BUTLER, being first duly sworn upon oath, deposes and states as follows:

1. that I am the attorney of record for the defendant in this case, Jason Scott Colette;

2. that I just entered my appearance in this case on March 21, 2006;

3. that I am filing herewith a Motion For Substitution of counsel today;

4. that I received copies of the defense motions on March 22, 2006;

5. that one of Mr. Colette's previous attorney died unexpectedly;

Affidavit of Counsel
Page 1

6. that the family has since determined their funds paid to the previous attorney will not be refunded right now;

7. that the family has made diligent efforts to gather enough funds together to retain new counsel;

8. that I am asking the court to continue both the trial date and the oral argument date so I can adequately prepare;

9. that I am also requesting the Hearing for Oral Argument on March 28, 2006, be vacated and/or continued based on the information set forth in this affidavit;

10. that excludable delay under 18 U.S.C.3161(h)(1)(F) is appropriate;

11. that I have spoken to my client and he does want our office to represent him;

12. that I will be attending and participating in the AATL Annual conference in Girdwood, Ak., on March 29, 2006, through March 31, 2006;

13. that I will be participating in the Annual Alaska Bar Association Conference from April 26, 2006, through April 28, 2006, and I will be out of state from May 17, 2006 through May 20, 2006, and therefore unavailable, and

Affidavit of Counsel
Page 2

14. that I believe if this trial and oral argument deadline dates are continued it will not prejudice the government's case.

Further your affiant saith naught.

DATED at Anchorage, Alaska, on this 24th day of March, 2006.

_____
Rex Lamont Butler, ABN #8310105

SUBSCRIBED AND SWORN to before me on this 24th day of March, 2006.

_____
Notary Public in and for Alaska
My commission expires: 6/21/07

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

Affidavit of Counsel
Page 3