**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


 USA   v.   COLETTE and KOCH 

DATE:    March 24, 2006      CASE NO.    4:05-CR-0042-RRB  


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

        A hearing on Defendant Colette's Motion on Shortened Time
to Continue Trial (Docket 60) will be held on **Tuesday, March 28,
2006, at 9:00 a.m.**, in Fairbanks, Alaska.  Counsel and parties
needing to attend telephonically are to call Meet-Me-Bridge A at
677-6246 at the time of the hearing.


M.O. SCHEDULING HEARING