IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASON SCOTT COLETTE ,and )<br>KAREN KRISTINA KOCH, )<br>)<br>Defendant. ) | Case No. 4:05-cr-042-RRB |

MOTION TO ACCEPT ONE DAY LATE FILING OF DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO COLETTE'S MOTION FOR DISCLOSURE OF INFORMANTS AND DEFENDANT'S REPLY TO COLETTE'S MOTIONS TO SUPPRESS AND FOR A FRANKS HEARING

COMES NOW the Defendant, Jason Scott Colette, by and through his attorney of record REX LAMONT BUTLER AND ASSOCIATES, INC., and hereby asks the Court to accept his Reply To Government's Opposition To Colette's Motion For Disclosure of Informants and Defendant's Reply To Colette's Motions To Suppress And for A Franks Hearing, one day late. Mr. Colette relies on the attached affidavit of counsel to support his motion for late-filing.

Dated this 10th day of April, 2006.

I hereby certify on April 10, 2006, the forgoing instrument was served electronically to Bryan Schroder, Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska, 99701
Rex Lamont Butler

S/ Rex Lamont Butler

s/
745 W 4th Avenue Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105