IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASON SCOTT COLETTE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 4:05-cr-42-RRB |

<u>PROPOSED ORDER GRANTING / DENYING MOTION TO ACCEPT ONE DAY LATE FILING OF DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO COLETTE'S MOTION FOR DISCLOSURE OF INFORMANTS AND DEFENDANT'S REPLY TO COLETTE'S MOTIONS TO SUPPRESS AND FOR A FRANKS HEARING</u>

Upon consideration of Defendant's Motion To Accept On Day Late Filing Of Defendant's Reply to Government's Opposition To Colette's Motion For Disclosure Of Informants And Defendant's Reply To Colette's Motions To Suppress And For A Franks Hearing, the aforementioned Motion is GRANTED / DENIED.

_____
United States District Judge

Order Granting Trial Continuance
Page 1