IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,            )
                                 )
vs.                              )
                                 )
JASON SCOTT COLETTE,             )
                                 )
            Defendant.            )
_____)  Case Number 4:05-cr-42-RRB

### AFFIDAVIT OF REX LAMONT BUTLER

STATE OF ALASKA           )
                          )
THIRD JUDICIAL DISTRICT   )

REX LAMONT BUTLER, being first duly sworn upon oath, deposes and states as follows:

1. that I am the attorney of record for the defendant in this case, Jason Scott Colette;

2. that I just entered my appearance in this case on March 21, 2006;

3. that I am filing herewith a Reply To Government's Opposition To Colette's Motion For Disclosure Of Informants and a Reply to Colette's Motions To Suppress And For A Franks Hearing;

4. that these replies were due on Friday, April 7, 2006;

5. that I was in Fairbanks (on Friday, April 7, 2006),

Affidavit of Counsel
Page 1

for a sentencing in <u>SOA v Franklin Andrews</u>, in front of Judge Randy Olsen;

7. that the return flight was substantially delayed and I was therefore unable to finalize these replys for that day, as my staff had already left for the day, because I didn't return until after 7:30 p.m.;

7. that I am requesting the court accept these replys one day late, and

8. that I believe accepting these reply motions one day late will not prejudice the government's case.

Further your affiant saith naught.

DATED at Anchorage, Alaska, on this 10th day of April, 2006.

_____
Rex Lamont Butler, AEN #8310105

SUBSCRIBED AND SWORN to before me on this 10th day of April, 2006.

_____
Notary Public in and for Alaska
My commission expires: 6/21/07

Affidavit of Counsel
Page 2