PURSUANT TO MINUTE ORDER AT DOCKET 87
PDF SUBMITTED BY COUNSEL HAS BEEN STRICKEN AND
REMOVED FROM THE DOCKET