IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **JASON SCOTT COLETTE**, and ) | |
| KAREN KRISTINA KOCH, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 4:05-CR-42-RRB |

**ORDER GRANTING LEAVE TO FILE ADDENDUM
TO DEFENDANT COLETTE'S COMBINED REPLY
(COURT DOCKET 77,78) TO GOVERNMENT'S
COMBINED OPPOSITION TO COLETTE'S
MOTIONS TO SUPPRESS
AND FOR A
FRANKS HEARING**

Colette's Addendum to his Combined Reply is hereby accepted for filing

Respectfully dated this ____day of _____, 2006 in Anchorage, Alaska.

_____
District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)