IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                       )<br>                    Plaintiff,   )<br>v.                                   )<br>                                     )<br>**JASON SCOTT COLETTE**, and  )<br>KAREN KRISTINA KOCH,      )<br>                                   )<br>                  Defendants.  )<br>_____ ) | Case No. 4:05-CR-42-RRB |

**MOTION FOR LEAVE TO FILE ADDENDUM
TO DEFENDANT COLETTE'S COMBINED REPLY
(COURT DOCKET 77,78) TO GOVERNMENT'S
COMBINED OPPOSITION TO COLETTE'S
MOTIONS TO SUPPRESS
AND FOR A
FRANKS HEARING**

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

Comes Now, Jason Scott Colette, by and through his attorney, Rex Lamont Butler & Associates, and respectfully moves and petitions this Honorable Court to accept the accompanying addendum to his previous combined reply (Court Docket 77, 78) to the Government's combined opposition to Colette's motions to suppress and for a Franks hearing. This motion is based on the following considerations:

Colette moved to suppress evidence garnered as a result of the search warrant (Court Docket 50, 51). He also moved for a Franks hearing. (Court Docket 52). The Government filed a combined opposition. (Court Docket 70).

Colette filed a Combined Reply To Government's Combined Opposition To Colette's Motions To Suppress And For A Franks Hearing. (Court Docket 77, 78). Subsequently, a hearing

**United States v. Colette,
Motion For Leave To File Addendum To Colette's Combined Reply
To Combined Oppositions.**

was held concerning Colette's motions. After the hearing, Colette obtained new evidence bearing on suppression and the need for a Franks hearing. Accordingly, Colette filed an addendum to his combined reply stating the nature of the new information and addressing its legal implications. This Court struck that pleading on the grounds that Colette did not seek leave to file it. (Court Docket 87). The instant motion seeks leave to file the aforementioned addendum.

This Court entered an order providing that the parties should not file replies unless requested by the Court. (Court Docket 10). See LcrR 47.1( c). This Court previously granted permission to file the aforementioned combined reply. (Court Docket 80). Colette respectfully requests permission to supplement his earlier combined reply, which contains new material not previously known to him. As discussed below, this new material is highly relevant to the suppression and Franks issues.

LCrR (b) provides that reply briefs are due three days after the service of the opposition. To the extent that the accompanying addendum is deemed a late-filed reply, Colette respectfully seeks leave to file it. LCrR 1.1(2) permits this Court to dispense with the requirements of the other rules in the interests of justice.

It is in the interest of justice to permit the filing of the accompanying addendum, even if it is deemed tardy, because it contains material information that directly pertains to whether suppression or a Franks hearing should be granted. Specifically, the new information includes the following:

(1) Officer Wall and Powers previously worked together as employees of the state of Alaska;

(2) Officer Wall and Powers were co-workers for a period of approximately five years;

(3) Officer Wall and Powers were personally acquainted with each other during that period of time;

(4) As a result of their relationship, Officer Wall knew that Powers was unreliable because she suffered from severe alcoholism and because she engaged in unstable behavior such as stalking Colette.

Rex Lamont Butler and Associates, Inc.
745 W. 4th Ave., Suite 300
Anchorage, Alaska 99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Motion For Leave To File Addendum To Colette's Combined Reply**
**To Combined Oppositions.**

LCrR 47.1(a) incorporates D.Ak. LR7.1, and D. Ak. 7.1(h)(1) and (2) provides that supplemental materials may not be filed without leave of the Court. Colette respectfully requests leave to file the accompanying supplemental materials in the form of an addendum to his previously filed combined reply. (Court Docket 77, 78). As previously noted, the factual material discussed therein was not obtained until after normal motions practice concerning his motions had concluded. Because of the importance of the materials to the issues before this Court, and because the materials could not have been included in prior briefings, the requested leave should be granted.

In evaluating this request, this Court should consider whether the material was available when the parties briefed the issue under consideration and whether the pertinence of the material was established at the time for briefing. D.Ak. LR 7.1(h)(2). Both criteria are satisfied here. The material was not available until after briefing had been concluded. Moreover, the pertinence of the material was established in Colette's opening briefs for suppression and for a <u>Franks</u> hearing, as well as in his combined reply brief. The new evidence is material to the issue of whether the State deliberately or recklessly omitted informing the Magistrate of vital information, and Colette previously argued that Officer Wall either deliberately or recklessly omitted material information in his testimony before the magistrate. In so doing, he argued that the informant was consumed by anger against him.

Accordingly, in the interest of justice, Colette respectfully requests leave to file the accompanying addendum to his combined reply. (Court Docket 77, 78).

Respectfully submitted this 9th day of May, 2006.

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Motion For Leave To File Addendum To Colette's Combined Reply To Combined Oppositions.**
Page 3

s/Rex Lamont Butler
Rex Lamont Butler ABN: 8310105
745 W. 4th Ave., Ste. 300
Anchorage, Alaska 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net

**Certificate of Service:**

I hereby certify on May 9, 2006,
a copy of defendant's Motion For
Leave To File Addendum To Defendant
Colette's Combined Reply (Court Docket 77, 78)
To Government's Combined Opposition To Colette's
Motions To Suppress And For A Franks Hearing,
and Proposed Order was
served electronically to:
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK., 99701

s/Rex Lamont Butler

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Motion For Leave To File Addendum To Colette's Combined Reply**
**To Combined Oppositions.**
Page 4