IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  PLAINTIFF,<br>v.<br><br>**JASON SCOTT COLETTE** and<br>KAREN KRISTINA KOCH,<br><br>                  DEFENDANTS. | CASE NO. 4:05-cr-00042-CR (RRB)<br><br>ORDER REGARDING DEFENDANT<br>COLETTE'S MOTION FOR LEAVE TO<br>FILE ADDENDUM AT DOCKET 89 |

MINUTE ORDER

    Defendant Jason Colette has requested leave to file a reply to the Government's Combined Opposition to Colette's Motions to Suppress and for a <u>Franks</u> Hearing. On April 20, 2006, a hearing was set on, at which time the parties presented oral arguments but did not call witnesses. Docket 82.

    Defendant claims to have new "information" but Sgt. Wall personally knew a confidential informant who provided him corroborating information Sgt. Wall used, in part, to obtain a search warrant to search Defendant's residence. Defendant identifies the confidential informant as Sharon Powers and states:

    (1) Officer Wall and Powers previously worked together as employees of the state of Alaska;

    (2) Officer Wall and Powers were co-workers for a period of approximately five years;

(3) Officer Wall and Powers were personally acquainted with each other during that period of time;

(4) As a result of their relationship, Officer Wall knew that Powers was unreliable because she suffered from severe alcoholism and because she engaged in unstable behavior such as stalking Colette.

Defendant offers no affidavits or other indicies of reliability that the statements he offers are true.  In paragraph 4, Defendant repeats allegations he has made in previous pleadings and during oral argument on April 20, 2006.

Defendant's Reply adds nothing meaningful to the pleadings already filed and argued before this court.

Accordingly, Defendant's Motion for Leave to File Addendum to Defendant Colette's Combined Reply (Docket 77,78) to Government's Combined Opposition to Colette's Motions to Suppress and for a Franks Hearing is DENIED.

Dated at Fairbanks, Alaska, this 16TH day of May, 2006.

/S/TERRANCE W. HALL
TERRANCE W. HALL
U.S. MAGISTRATE JUDGE