**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


   USA    v.   COLLETTE & KOCH

DATE:   June 6, 2006    CASE NO.    4:05-CR-0042-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RESCHEDULING HEARING**

---

      Due to a judicial calendaring conflict, the final pretrial conference scheduled in this matter for July 24, 2006, is **rescheduled** and will be held on **Friday, July 21, 2006, at 10:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska. Judge Beistline will attend telephonically from Anchorage.

M.O. RESCHEDULING HEARING