IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
 )
      Plaintiff, )
v. )
 )
**JASON SCOTT COLETTE**, and )
KAREN KRISTINA KOCH, )
 )
      Defendants. )
_____ ) Case No. 4:05-cr-0042-RRB

## MOTION FOR LEAVE TO LATE-FILE
## OBJECTIONS TO ORDER DENYING MOTION FOR
## DISCLOSURE OF INFORMANTS

Comes Now, Jason Scott Colette, by and through his attorney, Rex Lamont Butler & Associates, Inc., and respectfully moves and petitions this Honorable Court to accept the accompanying objections to this Court's order denying his motion for disclosure of informants. This motion is based on the following considerations:

On May 26, 2006, this Court issued two documents in this case. The first document consisted of findings and recommendations concerning Colette's motions to suppress and for a <u>Franks</u> hearing. This Court set a deadline of June 9, 2006, to file objections to that document.

The second document issued on May 26, 2006, is a non-dispositive order concerning Colette's motion for disclosure of informants. Colette desires to file the accompanying objections to that order.

Pursuant to Local Rule 6 and Criminal Rule 59, it appears that there is a ten-day deadline for filing objections to nondispositive orders. That deadline has passed.

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

LCrR 1.1(2) permits this Court to dispense with the requirements of the other rules in the interests of justice.

It is in the interest of justice to permit the filing of the accompanying objection to the order denying disclosure of informants, even if it is deemed tardy. Two documents were issued on the same date, one of which indicated that objections could be filed up to June 9, 2006. The undersigned counsel concluded that the June 9, 2006, deadline was applicable to both documents.

Accordingly, Colette respectfully requests this Honorable Court to enter an order permitting him to late-file his objections to the order denying his motion for disclosure of informants.

Respectfully dated this 8th day of June, 2006 in Anchorage, Alaska.

/S/ Rex Lamont Butler
745 W 4th Avenue Ste 300
Anchorage, AK. 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

Rex Lamont Butler and Associates, Inc.
745 W. 4th Ave., Suite 300
Anchorage, Alaska 99501

907-272-1497
907-276-3306 (f)

**Certificate of Service**
I hereby certify that, on June 8, 2006, the foregoing document was served on Bryan Schroder, Esq., 222 W 7th Ave., Room 9, #253, Anchorage, AK. 99501 via electronic filing.
/S/ Rex Lamont Butler

**United States v. Colette,
Motion For Leave To Late-File Objections to Order Denying Motion For Disclosure Of Informants.**