IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>**JASON SCOTT COLETTE**, and<br>KAREN KRISTINA KOCH,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:05-cr-0042-RRB |

**ORDER GRANTING MOTION FOR LEAVE TO
LATE-FILE OBJECTIONS TO ORDER DENYING
MOTION FOR DISCLOSURE OF INFORMANTS**

Colette is hereby granted leave to late-file his objections to this Court's order denying his motion for disclosure of informants.

Dated this ____day of June, 2006, in Fairbanks, Alaska.

_____
Superior Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Order Granting Motion For Leave To Late-File Objections to Order**
**Denying Motion For Disclosure Of Informants.**
                                                  Page 2