IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                            )
              Plaintiff,    )
v.                          )
                            )
**JASON SCOTT COLETTE**, and )
KAREN KRISTINA KOCH,        )
                            )
              Defendants.   )
_____ )   Case No. 4:05-cr-0042-RRB

### DEFENDANT COLETTE'S OBJECTION TO ORDER DENYING COLETTE'S MOTION FOR DISCLOSURE OF INFORMANTS

Comes Now, Jason Scott Colette, by and through his attorney, Rex Lamont Butler & Associates, Inc., and tenders his objections to this Court's order denying his motion for disclosure of informants.

Colette objects to this Court's finding (p. 2,3) that he already knows the identity of the informants. Colette suspects that he knows the identity of the informants, but not with certainty. Even though the Government stated that Colette made a "lucky guess" with respect to JCL-05-09. Absent definitive knowledge regarding the identity of the hearsay informant, Colette lacks the ability to investigate and determine that informant's reliability and credibility. This, in turn, hampers Colette in prosecuting his suppression and Franks motions and in preparing for trial. Furthermore, by shrouding the hearsay informant's identity, the Government prevents this Court from knowing the extent, or lack thereof, of the informant's reliability and credibility, which are issues relevant to the proper resolution of Colette's suppression and Franks motions. The requested information is

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Colette's Objections to Denial Of Motion For Disclosure.**
Page 1

relevant and helpful to Colette's defense, and accordingly he is entitled to that information. Rovario v. United States, 353 U.S. 53, 60-61 (1957). Both informants claim to be actual witnesses to the alleged crimes, and therefore it can not be stated that the disclosure of their identities would not be relevant and helpful to Colette's defense. Lopez-Hernandez v. U.S., 394 F.2d 820 (9th Cir. 1968).

Absent definitive identifications of the informants, Colette can not investigate, and this Court can not know, the degree of pressure put on the informants. The amount of pressure exerted on them is directly proportional to their motive to lie.

Colette objects to the Court's conclusion that he admitted that the hearsay informant is his former girlfriend. Colette *suspects*, but does not definitively *know*, that the hearsay informant is his former girlfriend. Accordingly, Colette objects to the Court's conclusion that there is no further need to disclose the identity of that informant. (p. 4).

Colette objects to the Court's conclusion that the Government need not provide potential witnesses' addresses prior to trial. This conclusion is incorrect. The informants are not merely "potential witnesses" *at trial*; they are actual witnesses of the alleged crimes.

The identity of all witnesses to the purported crimes falls within Brady v. Maryland, 373 U.S. 83 (1963). Furthermore, the address of a principal witnesses is an integral part of the witness' identity. Absent addresses, little meaningful inquiry can be made into witness' reliability. United States v. Hernandez, 608 F.2d 741, 745 (9th Cir.1979).

Respectfully dated this 8th day of June, 2006 in Anchorage, Alaska.

/S/ Rex Lamont Butler
745 W 4th Avenue Ste 300
Anchorage, AK., 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Colette's Objections to Denial Of Motion For Disclosure.**
Page 2

Certificate of Service:

I hereby certify that a true and accurate
copy of the foregoing instrument has been served to the
U.S. Attorney's Office, 222 W. 7th Avenue, Room 9, #253
Anchorage, Ak., 99513-7567, on this 8th day of June,
2006, via electronic filing.

/S/ Rex Lamont Butler

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Colette's Objections to Denial Of Motion For Disclosure.**
Page 3