## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>**JASON SCOTT COLETTE**,<br>KAREN KRISTINA KOCH,<br><br>　　　　　　Defendants. | 4:05-cr-00042-RRB-TWH<br><br>**ORDER REGARDING MOTION FOR LEAVE TO LATE FILE OBJECTIONS TO ORDER RE: DISCLOSURE OF INFORMANTS**<br><br>(Docket No. 105) |

In an Order filed May 26, 2006 at Docket No. 100 this court denied defendant Colette's Motion for Disclosure of Informants (Docket No. 53). At Docket No. 105 defendant Colette filed a motion for leave to late file objections [with proposed copy attached] to the aforementioned non-dispositive order. Defendant's motion to late file objections is GRANTED. After careful review of the objections and finding no new issues or matters raised not previously addressed, the magistrate judge declines to add any supplemental or substitute findings to the Order Denying Defendant's Motion for Disclosure of Informants, filed at Docket No. 100.

DATED this 12th day of June, 2006, at Fairbanks, Alaska.

　　　　　　　　　　　　　　　　 /s/ Terrance W. Hall
　　　　　　　　　　　　　　　　TERRANCE W. HALL
　　　　　　　　　　　　　　　　United States Magistrate Judge