DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **COMBINED RESPONSE TO** |
| vs. | ) | **DEFENDANT COLETTE'S** |
| | ) | **OBJECTIONS TO** |
| JASON SCOTT COLETTE, | ) | **MAGISTRATE JUDGE'S** |
| | ) | **INITIAL REPORT AND** |
| Defendant. | ) | **RECOMMENDATION ON** |
| | ) | **MOTIONS TO DISCLOSE** |
| | ) | **INFORMANTS, SUPPRESS** |
| | ) | **EVIDENCE, AND FOR A** |
| | ) | **FRANKS HEARING** |
| | ) | |

COMES NOW Plaintiff, the United States of America, by and through the

undersigned Assistant U.S. Attorney, and makes this combined response to

defendant Colette's oppositions to the Magistrate Judge's Initial Report and

Recommendation on Defendant's motion to disclose informants, suppress evidence, and for a Franks hearing (Dockets 106 and 107).

I.   SECOND CONFIDENTIAL SOURCE ONLY FOR PROBABLE CAUSE DETERMINATION

The Defendant objects to the Magistrate Judge's decision to deny the motion to reveal the identity of the confidential source mentioned by Sgt. Wall during the probable cause hearing. There is no indication that confidential source in question is related to the specific crimes charged in this case. The confidential source's information was used solely for purposes of obtaining the search warrant. A request for disclosure of an informant's identify on a determination of probable cause shifts the balance toward the government's protection of the informant because it is a preliminary matter, not the final determination of guilt or innocence. McCray v. State of Illinois, 386 U.S. 300, 311 (1967). See also, U.S. v. Fixen, 780 F.2d 1434, 1439 (9th Cir. 1986).

II.   RESULTS OF THE SEARCH WARRANT

The Defendant suggests that the court considered the results of the search warrant in determining whether the State magistrate had sufficient probable cause to issue the warrant. The Government interprets the court's comments as a simple recognition that the results of the search warrant were not inconsistent with

detailed testimony of JLC-05-09.  The Government does not interpret the Report and Recommendation as indicating the court considered the results of the search warrant as a factor in justifying the issuance of the warrant.  The court identified numerous factors that provide a more than sufficient basis for probable cause.  Certainly, the court articulated more than enough evidence to find that the State magistrate's decision to issue the search warrant was not clearly erroneous.

III.     PENAL INTEREST

The Defendant objects to the Magistrate Judges's finding that the confidential source JLC-05-09 had testified against his own penal interest.  The fact that a confidential source is promised "a break" in return for their cooperation does not eliminate the risk of admitting criminal activity.  United State v. Harris, 403 U.S. 573, 583-84 (1971).  Moreover, like in Harris, the confidential source in this case admitted to 1-2 years of illegal activity, not just one instance directly related to his arrest.  Id. At 584.

The Government requests that the court forward its final Report &

//

//

//

Recommendation with no adjustment to the recommendation based upon the Defendant's objections.

RESPECTFULLY SUBMITTED this 16th day of June, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail:Bryan.Schroder@usdoj.gov
 WA# 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16th, 2006,
a copy of the foregoing **GOVERNMENT'S COMBINED RESPONSE TO DEFENDANT COLETTE'S OBJECTIONS TO MAGISTRATE JUDGE'S INITIAL REPORT AND RECOMMENDATION ON MOTIONS TO DISCLOSE INFORMANTS, SUPPRESS EVIDENCE, AND FOR A FRANKS HEARING**,
was served, via electronic filing, on:

Rex Lamont Butler

s/Bryan Schroder