UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>**JASON SCOTT COLETTE** and<br>**KAREN KRISTINA KOCH,**<br><br>　　　　　Defendants. | 4:05-cr-00042-01-RRB-TWH<br><br>**FINAL RECOMMENDATION REGARDING MOTIONS TO SUPPRESS and MOTION FOR FRANKS HEARING**<br><br>(Docket Nos. 47, 50, 52) |

　　　　In a recommendation filed May 26, 2006 at Docket No. 101, I advised that defendant's Motions to Suppress (Docket Nos. 47, 50) and request for Franks Hearing (Docket No. 52) be denied. The defendant timely filed objections at Docket No. 107 [errata at 108]. The government filed a response. Docket No. 114. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

　　　　DATED this 21st day of June, 2006, at Fairbanks, Alaska.


　　　　　　　　　　　　　　　　　　/s/ Terrance W. Hall
　　　　　　　　　　　　　　　　　　TERRANCE W. HALL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge