**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  USA  v.  JASON SCOTT COLETTE

DATE:   June 27, 2006   CASE NO.   4:05-CR-0042-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTIONS TO SUPPRESS**

---

Before the Court are Defendant Colette's Motion to Dismiss Statement at Docket 47 and Motion to Suppress Evidence at Docket 50, as well as the Government's oppositions and the Magistrate Judge's initial and final recommendations regarding the same.  The Court has reviewed the entire case file, including a transcript of the search warrant proceedings, and has studied the Magistrate Judge's recommendations.  It is clear to the Court that sufficient probable cause existed to grant issuance of the warrant considering the totality of the circumstances, and there is no reasonable basis for a <u>Franks</u> hearing.

Therefore, the Court hereby accepts the Magistrate Judge's recommendations and, for the reasons stated therein, hereby **DENIES** Defendant's Motions to Suppress at Docket 47 and 50.

M.O. DENYING MOTIONS TO SUPPRESS