```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                  USA    v.   JASON SCOTT COLETTE

DATE:    July 17, 2006    CASE NO.    4:05-CR-0042-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE FINAL PRETRIAL CONFERENCE
```

The final pretrial conference scheduled in this matter for **Friday, July 21, 2006, at 10:30 a.m.**, will be held in Courtroom 2 in Anchorage, Alaska. Counsel for Defendant shall make arrangements for Defendant to attend telephonically by contacting Carolyn Bollman at 907-451-5791.

M.O. RE FINAL PRETRIAL CONFERENCE