IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASON COLETTE | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 4:05-CR-42 (RRB) |

<u>MOTION ON SHORTENED TIME FOR</u>
<u>MOTION TO CONTINUE TRIAL</u>

COMES NOW Jason Colette, by and through his counsel of record, Rex Lamont Butler and Associates, Inc., and hereby requests this Motion to Continue Trial be heard on shortened time as the trial in this matter is currently scheduled for July 24, 2006.  This motion is supported by the attached affidavit of counsel.

DATED this 20th day of July, 2006, at Anchorage, Alaska.

> S/Rex Lamont Butler
> 745 W 4th Avenue, Ste. 300
> Anchorage, Alaska, 99501
> (907) 272-1497
> (907) 276-3306
> lawoffices@gci.net
> 8310105

I HEREBY CERTIFY that on the 20th day of July, 2006, a true and accurate copy of the Motion On Shortened Time for Motion To Continue Trial, Affidavit of Support, and Proposed Orders have been served electronically to: Bryan Schroder, Assistant United States Attorney, 101 12th Avenue, Room 310, Fairbanks, Alaska, 99701.

_____
/S/ Rex Lamont Butler

Motion to Continue Trial
Page 1