IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASON COLETTE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 4:05-CR-42-RRB |

<u>ORDER GRANTING / DENYING MOTION TO CONTINUE TRIAL BE HEARD ON SHORTENED TIME</u>

    Upon consideration of Defendant's Motion To Continue Trial On Shortened Time, IT IS HEREBY ORDERED that the aforementioned Motion is Granted / Denied.  This Motion Shall / Shall Not Be Heard On Shortened Time.

                                                     _____
                                                     United States District Judge