IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JASON COLETTE, | ) |
| | ) |
| Defendant. | ) |
| | ) Case Number 4:05-CR-42 RRB |

### AFFIDAVIT OF REX LAMONT BUTLER

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) |
| THIRD JUDICIAL DISTRICT | ) |

REX LAMONT BUTLER, being first duly sworn upon oath, deposes and states as follows:

1. that I am the attorney of record for the defendant in this case, Jason Colette;

2. that this case is currently scheduled for trial on July 24, 2006, at 8:30 a.m.;

3. that I am seeking a thirty day continuance in this case for preparation and contemplation of important trial matters;

4. that I flew to Fairbanks last night, July 19, 2006, and met with my client about the need for a continuance;

Affidavit of Rex Lamont Butler

Page 1

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

6. that my office called Assistant U.S. Attorney Bryan Schroder and left a voice mail message regarding this request;

7. that I have not heard back from Mr. Schroder regarding my request for a continuance or for a consideration on shortened time;

8. that there are still several important decisions that must be made in this case and our defense preparation is incomplete;

9. that although my client might concede to the drug allegations, we have grave concerns regarding the weapons allegations;

10. that if we go forward with trial we will need additional time to secure defense witnesses regarding the weapons allegations;

11. that my client is contemplating a bench trial versus a jury trial;

12. that I believe ii this trial is continued it should not prejudice the government's case, and

13. that excludable delay should not occur because of this motion.

Affidavit of Rex Lamont Butler

Page 2

Further your affiant saith naught.

DATED at Anchorage, Alaska, on this 20th day of July, 2006.

_____
Rex Lamont Butler

SUBSCRIBED AND SWORN to before me on this 20th day of July, 2006.



_____
Notary Public in and for Alaska
My commission expires:

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
*Signature Building*
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

Affidavit of Rex Lamont Butler

Page 3