IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JASON COLETTE, | ) ) |
| Defendant. | ) ) |
| | ) Case Number 4:05-CR-42 RRB |

## AFFIDAVIT OF LISA AYERS

STATE OF ALASKA        )
                       )
THIRD JUDICIAL DISTRICT )

LISA AYERS, being first duly sworn upon oath, deposes and states as follows:

1. that I am employed by Rex Lamont Butler, the attorney of record in this case;

2. that this case is currently scheduled for trial on July 24, 2006, at 8:30 a.m.;

3. that Mr. Butler did not receive the message from Assistant U.S. Attorney Bryan Schroder regarding his position to our motion until after he signed his affidavit;

4. that Assistant U.S. Attorney Bryan Schroder indicated

Affidavit of Lisa Ayers
Page 1

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

he non-opposed our motion being filed on shortened time;

    6.    that Assistant U.S. Attorney Bryan Schroder indicated he could not "Non'Oppose" the actual motion because of court rules;

    7.    that this information is true and accurate, and

    Further your affiant saith naught.

DATED at Anchorage, Alaska, on this 20th day of July, 2006.

_____
Lisa Ayers

SUBSCRIBED AND SWORN to before me on this 20th day of July, 2006.



Notary Public in and for Alaska
My commission expires: 03/19/10

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-5306

Affidavit of Lisa Ayers

Page 2