```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                       USA    v.   COLETTE

DATE:   July 20, 2006    CASE NO.    4:05-CR-0042-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE MOTION TO CONTINUE**
```
---

The Motion to Continue Trial filed at Docket 125 will be addressed at the final pretrial conference on **Friday, July 21, 2006, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RE MOTION TO CONTINUE