IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:05-CR-42-RRB |
| | ) | |
| JASON SCOTT COLETTE. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

COMES NOW defendant JASON SCOTT COLETTE, by and through counsel, Rex Lamont Butler of Rex Lamont Butler & Associates, Inc., and hereby requests that the following questions be asked and/or areas explored in voir dire:

A. Background:

1. What is your name?

2. Where were you born and raised, and how many years have you lived in Alaska?

3. What is your educational background?

4. Have you ever served in the military, and in what capacity?

5. Where do you work, and what do you do?

6. Are you married? If so, where does your spouse work, and what does he or she do?

7. How many children do you have, what are their ages, and, if applicable, where do they work and what do they do?

B. Interests.

8. What magazines and newspapers do you read?

     9.     What television shows are your favorites?

     10.     What is the best book you've ever read?

     11.     Who's your favorite president?

     12.     Name three people you consider to be true American heroes.

     13.     What groups do you belong to?

     14.     What bumper stickers are on your car?

C.     <u>Other areas of Inquiry</u>

     15.     Have you or any of your friends or family members ever held any position related to law enforcement or the Department of Corrections? Who, and in what capacity did they serve?

     16.     Have you ever taken any classes in the area or law enforcement?

     17.     Would you tend to give more credit to the testimony of a police officer than that of a witness who was not a police officer?

     18.     Have you ever been arrested?

     19.     Have you ever been the complaining witness in a criminal proceeding or prosecution?

     20.     Have you ever served on a jury? Civil or criminal? Was the jury able to reach a decision in that case?

     21.     Have you or any friends or family members ever been involved with drugs?

     22.     How do you feel about the use of illegal drugs in general? Marijuana? Cocaine?

     23.     Have you heard about the "War on Drugs," and if so, how do you feel about it?

     24.     Are you aware or have you heard about the sentencing guidelines that are being applied to federal criminal cases? Are you aware or have you heard about so-called "mandatory minimums." How do you feel about mandatory minimums?

     25.     How do you feel about giving people different sentences for the same offense?

     26.     How do you feel about the government making deals with admitted criminals in exchange for their testimony against a defendant?

27. How do you feel about the criminal justice system? The civil justice system?

28. How do you feel about the federal government?

29. How do you feel about the state government?

30. How do you feel about defense lawyers?

31. This case involves a claim that the defendant possessed a firearm in relation to a drug offense. Is there anything we should know about you as a potential juror in such a case?

32. Have you or any member of your family been the victim of a gun related offense?

33. Have you or any member of your family been the victim of a drug related offense?

RESPECTFULLY SUBMITTED this 25th day of July, 2006.

/S/ Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

I HEREBY CERTIFY on the 25th day of July, 2006, a true and accurate copy of the foregoing instrument was served electronically to Assistant U.S. Attorney, Bryan Schroder, Federal Building & U.S. Courthouse, 101 12th Avenue, Room 310, Fairbanks, Alaska, 99701.

/S/ Rex Lamont Butler