```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
vs.                             )
                                )
JASON COLETTE,                  )
                                )
                Defendant.      )
_____) Case Number 4:05-CR-42-RRB
```

ORDER GRANTING / DENYING MOTION TO CONTINUE TRIAL BE HEARD ON SHORTENED TIME

Upon consideration of Defendant's Motion To Continue Trial On Shortened Time, IT IS HEREBY ORDERED that the aforementioned Motion is Granted / Denied.  This Motion Shall / Shall Not Be Heard On Shortened Time.

```
                                _____
                                United States District Judge
```