IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JASON COLETTE, | ) ) |
| Defendant. | ) ) |
| | ) Case Number 4:05-CR-42 RRB |

### AFFIDAVIT OF REX LAMONT BUTLER

STATE OF ALASKA        )
                       )
THIRD JUDICIAL DISTRICT )

    REX LAMONT BUTLER, being first duly sworn upon oath, deposes and states as follows:

    1.   that I am the attorney of record for the defendant in this case, Jason Colette;

    2.   that this case is currently scheduled for trial on August 1, 2006, at 8:30 a.m.;

    3.   that I am seeking a continuance in this case so the parties can continue ongoing negotiations;

    4.   that I flew to Fairbanks on July 19, 2006, and met with my client about the need for a continuance;

Affidavit of Rex Lamont Butler

Page 1

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
*Signature Building*
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

6. that I spoke with Mr. Schroder today, July 25, 2006, regarding a continuance and he did not voice any opposition regarding this motion being considered on shortened time, however, he did not have a position regarding the motion itself;

7. that because my client is in Fairbanks and I am in Anchorage, attorney client communication has been challenging and often times difficult;

8. that there are still several important decisions that must be made in this case;

9. that although my client might concede to the drug allegations, we still have grave concerns regarding the weapons allegations;

10. that I am leaving the state on a previously planned business matter on July 26, 2006, and will not return until July 31, 2006;

11. that my client is contemplating a change of plea, but needs additional time to weigh his options;

12. that there hasn't been enough time to attempt to settle the case and avoid trial;

13. that given time I believe the cost and stress on everyone's resources can be avoided;

14. that my client's right to speedy trial should not outweigh sufficient time to make important decisions regarding

Affidavit of Rex Lamont Butler

Page 2

whether to go to trial;

15. that I believe if this trial is continued it should not prejudice the government's case, and

16. that excludable delay should occur because of this motion.

Further your affiant saith naught.

DATED at Anchorage, Alaska, on this 25th day of July, 2006.

_____
Rex Lamont Butler

SUBSCRIBED AND SWORN to before me on this 25th day of July, 2006.



_____
Notary Public in and for Alaska
My commission expires: 6/21/07

REX LAMONT BUTLER & ASSOCIATES, INC.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

Affidavit of Rex Lamont Butler

Page 3