# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  JASON COLETTE  </u>

DATE: <u>  July 26, 2006  </u>  CASE NO.  <u>  4:05-CR-0042-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

A hearing on Defendant's Motion on Shortened Time for Motion to Continue Trial (Docket 132) will be held on **Wednesday, July 26, 2006, at 2:00 p.m.**, in Courtroom 4 in Anchorage, Alaska. Defense counsel shall make arrangements for Defendant to attend telephonically.

M.O. SCHEDULING HEARING