DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**JASON SCOTT COLETTE,**<br><br>　　　　　Defendant. | Case No.  4:05-cr-00042-RRB<br><br>**MOTION TO APPEAR TELEPHONICALLY AT HEARING ON SHORTENED TIME** |

　　　　Plaintiff, the United States of America, hereby requests authorization from the Court  to appear telephonically at the Defendant's Hearing in the above-captioned case which is currently scheduled for Wednesday, July 26, 2006, at 2:00 p.m. in Anchorage, Alaska.

　　　　Counsel for the plaintiff is currently in Fairbanks, Alaska for evidentiary

hearings on another case.

    RESPECTFULLY SUBMITTED this 26th day of July, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2006, a copy of the foregoing **MOTION TO APPEAR TELEPHONICALLY AT HEARING ON SHORTENED TIME,** was served, via Electronic Filing, on:

**Rex Lamont Butler**

s/Bryan Schroder