DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>**JASON SCOTT COLETTE,**<br><br>        Defendant. | Case No.  4:05-cr-00042-RRB<br><br>[Proposed]<br><br>**ORDER** |

     IT IS SO ORDERED.  Plaintiff may appear telephonically by calling the Court at (907) _____ at ___2:00__p.m., on __July 26, 2006.

Dated:_____          _____
                                                           RALPH R.  BEISTLINE
                                                           United States District Judge

1