DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE** |
| | ) | **REGARDING EXPERT** |
| vs. | ) | **TESTIMONY** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial Mr. Michael S. Knapp, a firearms enforcement officer at the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Center, as an expert witness.  His statement of

qualifications is attached. (Attachment 1)

Mr. Knapp is the ATF officer who analyzed the MAC model M10A1 machine gun (serial number A6041381) and Bowers model CAC9 firearms silencer (serial number S927) seized in this case. Mr. Knapp will discuss his testing of the weapons and his conclusion that the MAC 10A1 is a machine gun as defined in 26 U.S.C. § 5845(b), and that the Bowers silencer is a firearms silencer as defined in 18 U.S. C. § 921(a)(4).

The ATF-form 3311.2 report on this matter was provided to the Defendant as part of Federal Rules of Evidence Rule 16 discovery on July 21, 2006.

RESPECTFULLY SUBMITTED this __26th__ day of July, 2006, at Fairbanks, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Bryan Schroder
        BRYAN SCHRODER
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska  99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        Email: bryan.schroder@usdoj.gov
        Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on July  26 , 2006,
that a true and correct copy of the foregoing
**GOVERNMENT'S NOTICE**
**REGARDING EXPERT TESTIMONY**,
was served, via Electronic Filing, on:

**Rex L. Butler**

s/Bryan Schroder