Court Qualifications

Michael Knapp
244 Needy Road
Martinsburg, West Virginia 25401

Presently employed by the U. S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Martinsburg, WV, as a Firearms Enforcement Officer. My duties include the following: (1) Provide technical information regarding firearm identification, operation, and design for the purpose of assisting the Bureau, as well as the law enforcement community in general, in the implementation of the Gun Control Act of 1968 (GCA) and the National Firearms Act (NFA). (2) Conduct examinations and the testing of firearms and related devices submitted as evidence. (3) Prepare official responses to written inquires from the firearms industry and the general public. (4) Utilize and assist in maintaining both the ATF firearms reference collection of approximately 6,000 firearms and an extensive reference library of books, catalogs, and official documents relating to the firearms field. (5) Assist in conducting training for ATF Special Agents in firearms identification and classification at the Federal Law Enforcement Training Center (FLETC), Glynco, Georgia. (6) Assist the Bureau in the execution of Federal search warrants, as well as testify in State and Federal Courts on behalf of the United States in firearms-related prosecutions.

**August 1991-present:** Combat Arms Training and Maintenance Instructor, New Jersey Air National Guard. My duties include performing marksmanship training and instruction on all U.S. Air Force small arms including the M-16 rifle, M-16A2 rifle, M-4 Rifle, M249 squad automatic weapon, M870 shotgun, M9 pistol, M-60 machinegun, M-240B machinegun, M-203 grenade launcher, and GAU sub machinegun. I also service, repair, and maintain all of the above weapons. I am directly involved and responsible for the weapons and marksmanship training of over 2000 Air Wing personnel.

**March 2001-June 2004:** Industry Operations Inspector for ATF. I attended New Inspector Training at FLETC, Glynco, Georgia, where I received extensive training on the history, characteristics, and operating principles of all types of firearms, antique to modern. Also, I received detailed instruction on the GCA, NFA, and the Arms Export Control Act. My duties included performing compliance inspections on firearms dealers, distributors, and manufacturers. I handled all types of firearms on a daily basis and was required to be familiar with their history and operating principles. In addition, I answered questions from the public and local law enforcement agencies regarding firearms in general, the GCA and the NFA.

**November 2002-Febuary 2003:** Assigned to the US Air Force Air Mobility Warfare Center as a small arms armorer. Maintained all standard Air Force small arms, as well as a collection of over 200 foreign-issue weapons.

Attachment 1

**December 1992-Febuary 2001**: Intelligence Analyst, ATF North Jersey Firearms Task Force. Identified, categorized, and traced all criminally recovered firearms in eight counties of Northern New Jersey. Assisted Special Agents in developing interstate firearms trafficking cases.

**August 1987-August 1991**: U.S. Air Force Law Enforcement Specialist. Duties included controlling entry to the base, patrolling base housing, and protecting priority resources. I handled all standard Air Force small arms on a daily basis.

**Additional qualifications:**

Certified in Federal Court as an expert in firearms identification and classification.
Novice firearms historian, appointed as curator for ATF Firearms Reference Collection.
Bachelor of Arts Degree, Magna Cum Laude.
Completed FLETC New Inspector Training.
Completed ATF-sponsored Interstate Nexus course.
Completed ATF-sponsored Advanced Interstate Nexus course.
Certified armorer for the U.S. Air Force and for the following gun companies: Glock, Smith and Wesson, Heckler and Koch, and Fabrique Nationale (FN).
Completed English and European Double Shotguns gunsmith course at Murray State College Tishomingo, Oklahoma.
Received manufacturing and historical instruction at the following firearms sites: Springfield Armory, Smith & Wesson, Colt Industries, H&R 1871 LLC, Marlin Firearms, O.F. Mossberg & Sons, Savage Arms, Sturm Ruger, Burbak Companies, U.S. Firearms Company, Navy Arms, U.S. Army Ordnance Museum, Imperial War Museum, NRA Firearms Museum, The Smithsonian Institution.
Completed course of instruction in Principles of Acoustics and the Measurement of Sound.
Completed course of instruction Principals of Acoustics measurement and Analysis.
Honor Graduate, U.S. Air Force Security Police Academy.
Honor Graduate, U.S. Air Force Combat Arms Training and Maintenance Specialist course.
Completed U.S. Air Force Combat Arms Training and Maintenance Craftsman course.
Completed M60 Crew Served Machine Gunner course.
Completed U.S. Army Ground Combat Skills course.
Completed HIDTA Analytical Investigative Techniques course.
Completed Foundations of Counterdrug Intelligence Analysis course.