DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE** |
| | ) | **REGARDING EXPERT** |
| vs. | ) | **TESTIMONY** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial Mr. Luke Skifich, a forensic chemist at the Drug Enforcement Administration (DEA) Laboratory, as an expert witness.  His statement of qualifications is attached.  (Attachment 1)

Mr. Skifich is the DEA chemist who analyzed the cocaine on December 23, 2005.  Mr. Skifich will discuss his analysis and conclusions as provided in his report.

The DEA-7 Lab Report on this matter was provided to the Defendant as part of Federal Rules of Evidence Rule 16 discovery on January 26, 2006.

RESPECTFULLY SUBMITTED this   26th   day of July, 2006, at Fairbanks, Alaska.

                          DEBORAH M. SMITH
                          Acting United States Attorney

                          s/Bryan Schroder
                          BRYAN SCHRODER
                          Assistant U.S. Attorney
                          Federal Building & U.S. Courthouse
                          101 12th Avenue, Room 310
                          Fairbanks, Alaska  99701
                          Phone: (907) 456-0245
                          Fax: (907) 456-0577
                          Email: bryan.schroder@usdoj.gov
                          Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26 , 2006,
that a true and correct copy of the foregoing
**GOVERNMENT'S NOTICE**
**REGARDING EXPERT TESTIMONY**,
was served, via Electronic Filing, on:

**Rex L. Butler**

s/Bryan Schroder