**U. S. Department of Justice**
Drug Enforcement Administration
Western Laboratory
390 Main St, Rm 700
San Francisco, CA 94105

*www.dea.gov*

*Curriculum Vitae*

**Name:**  Luke Skifich

**Occupation:**  Forensic Chemist

**Length of Time Performing Drug Analysis:**  June 2003-Present

**Nature of Position:**  Conduct analysis of evidence suspected to contain controlled substances, respond to clandestine laboratory seizures, and provide training for law enforcement agencies.

**Education:**
Bachelors of Sciences-Chemistry, 2002
University of California, Los Angeles

Bachelors of Arts-American Literature and Culture, 2002
University of California, Los Angeles

**DEA Training:**
DEA Basic Chemist School, 2003
DEA Forensic Chemist Training Program, 2003
Advanced Technical Training Seminar-Clandestine Laboratories, 2005
DEA Basic NMR Course, 2006

**Other Training:**
GC-MSD Chemstation and Instrument Operation.
Agilent Technologics, 2004.

NMR Concepts & Operating Techniques.
NMR Concepts, University of Rhode Island, 2005.

Basic Mass Spectral Interpretation
rMS Workshops, 2006

**Previous Court Testimony:**
U.S. District Courts: Washington, California, Oregon, Montana, Alaska.
State Courts: Ada County, Idaho.

**Professional Associations:**  Clandestine Laboratory Investigating Chemists (CLIC), member

Attachment 1