DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF INTENT TO USE** |
| | ) | **DIGITAL EVIDENCE** |
| vs. | ) | **PRESENTATION SYSTEM ON** |
| | ) | **SHORTENED TIME** |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     COMES NOW the United States of America, by and through counsel, and gives notice of the United States' intent to use the Court's Digital Evidence Presentation System (DEPS) in the trial of the above captioned case, currently

scheduled to commence August 1, 2006, at 8:30 a.m.

RESPECTFULLY SUBMITTED this 27th day of June, 2006, in Fairbanks, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Bryan Schroder
>BRYAN SCHRODER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>Email: bryan.schroder@usdoj.gov
>Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on July  27 , 2006, that a true and correct copy of the foregoing **NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM ON SHORTENED TIME**, was served, via Electronic Filing, on:

**Rex Lamont Butler**

s/Bryan Schroder