DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE** |
| | ) | **REGARDING EXPERT** |
| vs. | ) | **TESTIMONY** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States, by and through counsel, and files its

notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of

Evidence 702, that it intends to call in its case-in-chief at trial Mr. Michael Foran,

a Special Agent for the Drug Enforcement Administration (DEA) , as an

expert witness.  His statement of qualifications is attached.  (Attachment 1)

Mr. Foran is a Special Agent for the DEA. Mr. Foran will discuss whether the evidence found in the Defendant's residence, in his bedroom, is consistent with a drug distribution operation. The agent will also provide expert testimony on the use of firearms by drug traffickers to protect their operations and supplies of drugs.

The DEA-6 Reports on this matter was provided to the Defendant as part of Federal Rules of Evidence Rule 16 discovery on January 26, 2006.

RESPECTFULLY SUBMITTED this  28th  day of July, 2006, at Fairbanks, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Bryan Schroder
>BRYAN SCHRODER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>Email: bryan.schroder@usdoj.gov
>Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28 , 2006, that a true and correct copy of the foregoing **GOVERNMENT'S NOTICE REGARDING EXPERT TESTIMONY**, was served, via Electronic Filing, on:

**Rex L. Butler**

s/Bryan Schroder