Professional experience of Special Agent Michael Foran

October 1987 to December 1987 – Attended the Indian River Police Academy, Fort Pierce, Florida. Graduated. Received training in various aspects of law enforcement including narcotic identification and investigations.

December 1987 to March 1990 – Worked as a patrol officer in Jupiter, Florida. I made numerous arrests for violations of state narcotic laws, usually resulting from traffic stops. In addition to patrol duties, I worked with the narcotics unit during the execution of search warrants and collection of drug evidence.

March 1990 to September 1992 – Worked as a deputy sheriff in Park County, Montana. I made numerous arrests for violations of state narcotics laws. I conducted follow-up investigations involving narcotic offenses. I wrote and executed search warrants.

October 1992 to January 1993 – Attended the Federal Law Enforcement Training Center in Brunswick, Georgia. Received training in various aspects of law enforcement including narcotic identification and investigations.

January 1993 to September 1997 – Worked as a United States Park Police officer, assigned to the Anacostia Operations Facility. I patrolled some of the most violent neighborhoods in Washington, DC. I enforced both state and federal laws. Arrests I made have been prosecuted in Virginia, Maryland and the District of Columbia, in both state and federal courthouses. I was involved in over 500 narcotic related investigations resulting in arrests. Some of these arrests involved traffickers armed with firearms. I wrote and executed search warrants and arrest warrants. I worked on a special task force targeting violent offenders.

September 1997 to January 1998 – Attended the United States Drug Enforcement Administration Academy, Quantico, Virginia. Received extensive training in narcotic related investigations, including, but not limited to narcotic identification, interviews, interrogations, surveillance, searches, seizures, undercover operations, narcotic distribution methods, money laundering and concealment techniques.

January 1998 to present – Worked as a Drug Enforcement Administration (DEA) Special Agent. I have been assigned to offices in Washington DC and Detroit, Michigan. I am currently assigned to the Fairbanks, Alaska, Post of Duty. During my employment as a special agent I have been involved in over 500 narcotic investigations resulting in arrests, ranging from independent traffickers to large scale multi-state continuing criminal enterprises. Many of these investigations involved traffickers armed with firearms. I have testified in grand juries, evidentiary hearings and criminal trials. I regularly attend in-service training and receive various publications to keep current on changes in applicable laws, learn new investigative techniques and trafficking trends. I routinely speak to informants and cooperating sources. I have worked in undercover capacities to purchase crack cocaine and methamphetamine. Through training, experience and interviews of cooperating individuals, I am very knowledgeable about the clandestine manufacture of methamphetamine, the indoor cultivation of marijuana, the conversion of cocaine powder in to crack cocaine, how narcotics are smuggled, transported, diluted, packaged, distributed and how traffickers attempt to hide their activities for law enforcement officers. I have taught classes to other law enforcement officers in various aspects of narcotic investigations.

Attachment 1