Professional experience of Special Agent H. Eric Cohoon

October 1987 to October 1991 - Attended USAF Basic Military Training/Military Police Academy Received training in basic law enforcement techniques including but not limited to narcotics identification, evidence collection and apprehension techniques.

October 1991 – May 1994 – Worked as a narcotics investigator with the United States Air Force Office of Special investigations. I assisted in the investigations of over 100 cases involving military and civilian persons involved in the use, possession and distribution of controlled substances. I utilized confidential informants to identify users and dealers of illegal controlled substances. I assisted in homicide and suicide investigations. During these investigations I collected evidence, conducted interviews and testified in court proceeding.

May 1994 – May 2000 – Worked as a Senior Correctional Officer and a Special Investigative Support Technician with the Federal Bureau of Prisons my duties included monitoring the inmate populations and gathering intelligence through monitoring inmate phone calls, use on confidential informants, reading inmate mail and searching of living areas. I supervised the institution urinalysis program to target inmates or inmate groups with were possibly using controlled substances they had smuggled into the institution.

Sept 1997 – Dec 1997 – Attended the United States Air Force Office of Special Investigations Special Agents Academy were I received extensive training in investigative techniques including but not limited to evidence collection, interviewing and interrogation techniques, use of force, search and seizure, marksmanship, self-defense, major crime investigations including criminal, narcotics, sexual offenses, fraud, and counterintelligence. Current USAF reserve Special Agent.

May 2000 – December 2000 - Attended the United States Department of Justice Bureau of Alcohol Tobacco Firearms and Explosives Special Agents Academy where I received extensive training in federal alcohol/firearms/explosives/arson/tobacco investigations. This training included but is not limited to identification of firearms, explosive and arson crime scene investigations, tobacco and alcohol diversions, illicit alcohol manufacturing, firearms trafficking, search and seizure, undercover operations, weapons modification techniques, classification of firearms, improvised explosive devices, firearms marksmanship and self-defense.

December 2000 – Present – Worked as a Special Agent with the Bureau of Alcohol Tobacco Firearms and Explosives in the Biloxi, Mississippi and currently assigned to the Fairbanks, Alaska Field Office. During my employment as a special agent I have been involved in 100 cases including illicit narcotic/firearm investigations, firearms trafficking case, prohibited person in possession of firearms, possession of prohibited weapons/and devices, arsons, bombings, tobacco diversion and dealing firearms without a license. I have executed hundreds of search and arrest warrants. I have testified over 100 times in grand jury, hearing and other court proceedings. I have performed as an undercover agent to legally gather evidence against known violent offenders

Attachment 1