IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
    )
            Plaintiff,    )
v.    )
    )
**JASON SCOTT COLETTE**, and    )
KAREN KRISTINA KOCH,    )
    )
           Defendants.    )
_____ )    Case No. 4:05-CR-42-RRB

### ORDER GRANTING MOTION TO EXCLUDE EXPERT OPINION TESTIMONY

Colette's Motion To Exclude Expert Opinion Testimony is hereby GRANTED.

DATED  this ____day of _____, 2006 in Anchorage, Alaska.

_____
United States District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**

Page 1

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**

Page 2