IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**JASON SCOTT COLETTE**, and )<br>KAREN KRISTINA KOCH, )<br>)<br>Defendants. )<br>_____ ) | Case No. 4:05-CR-42-RRB |

**ORDER CONCERNING
MOTION TO STRIKE GOVERNMENT'S NOTICE
OF EXPERT WITNESSES**

( ) For good cause shown, it is hereby ordered that all notices filed by the Government concerning expert opinion testimony are stricken and the proffered expert opinion testimony is hereby excluded.

DATED this \_\_\_\_day of _____, 2006 in Fairbanks, Alaska.

_____
United States District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)