DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S OPPOSITION** |
| | ) | **TO DEFENDANT'S MOTION TO** |
| vs. | ) | **STRIKE GOVERNMENT'S** |
| | ) | **NOTICE OF EXPERT** |
| JASON SCOTT COLETTE, | ) | **WITNESSES** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States, by and through counsel, and opposes Defendant's Motion to Strike Government's Notice of Expert Witnesses, filed at Docket 147.

Defendant mis-cites the local rules. Local Rule 39.2 cited by the Defendant is from the Local Rules (Civil). The court, in its original order setting the trial in

this case, as is common practice, set the date for trial brief as no later than 7 days prior to trial. The Government complied with that order. It should be noted that the Defendant also filed his trial brief 7 days prior to trial, not 20 days.

Also contrary to the Defendant's assertions, the Government's trial brief, identified that the DEA and ATF agents would be providing the expert testimony opposed by the Defendant. The Government, through a series of continuance requests, as well as discussions on reaching an agreement in this case, has proceeded in good faith in making sure that the Defendant was appropriately notified of testimony, especially when it became clear that the case was likely proceeding to trial.

The Defendant was not prejudiced by this notice. The Defendant was aware that key issues in this case are the Defendant's intention to distribute the cocaine found in his residence, and whether firearms found in the residence were possessed in furtherance of the drug trafficking crime. The Defendant has also been aware that the two agents in questions were directly involved in this case because reports from both agents have been previously provided in discovery. The issues are not complex matters requiring extraordinary study, especially by experienced defense counsel. Moreover, the case involves a limited number witnesses. Thus, notice four days prior to trial on commonly known issues with

known witnesses is not prejudicial to the Defendant.  See U.S. v. Mendoza-Paz, 286 F.3d 1104, 1112 (9th Cir. 2002).  In Mendoza-Paz, the court ruled that it was not prejudicial error for the district court to admit the testimony of a chemist who tested marijuana evidence in the case when notice was provided 4 days before trial, and the names of the specific tests were not provided until the first day of trial.  The court observed that the tests conducted were standard.

In addition, this type of testimony is commonly provided by law enforcement agents, and has been accepted by courts without expert qualification. U.S. v. Hankey, 203 F.3d 1160, 1168 (citing U.S. v. Ramsey, 165 F.3d 980, 984 (D.C. Cir. 1999).  The admission of FRE 702 evidence based on "other specialized knowledge" should be construed liberally.  Id. By making notice, the Government was again proceeding in good faith to assure the Defendant was notified of relevant evidence the Government was intending to present.

Finally, even if the court were to determine that Government notice was not timely, suppression of the testimony is not the required remedy.  Mendoza-Paz at 1111.  Nor is suppression the appropriate remedy in this case.  As discussed above, in a case with known issues, and a known and limited number of witnesses, there is little, if any prejudice to the Defendant.  Id. at 1112.  Moreover, the testimony will help the trier of fact better understand a culture with which they are

unlikely to be familiar.

The Government requests that the court deny the Defendants Motion to Strike Government's Notice of Expert Witnesses.

RESPECTFULLY SUBMITTED this  31st  day of July, 2006, at Fairbanks, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Bryan Schroder
>BRYAN SCHRODER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>Email: bryan.schroder@usdoj.gov
>Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on July  31  , 2006,
that a true and correct copy of the foregoing
**GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO STRIKE
GOVERNMENT'S NOTICE OF EXPERT WITNESSES**
was served, via Electronic Filing, on:

**Rex L. Butler**

s/Bryan Schroder