(Rev 7/06)

# LIST OF EXHIBITS

---

Case No. 4:05-cr-00042-RRB          Judge: RALPH R. BEISTLINE

Title   U.S.A.
   vs.
          JASON SCOTT COLETTE

Dates of Hearing/Trial: 08/ 01 /06  thru  08/ 3 /06

Deputy Clerk/Recorder: RMC

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| BRYAN SCHRODER | REX BUTLER |
|  |  |
|  |  |

--------EXHIBITS--------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 8/1 | photo - | | | | |
| 2 | ✓ | 8/1 | photo - interior of safe | | | | |
| 3 | ✓ | 8/1 | photo - top shelf of gun safe | | | | |
| 4 | ✓ | 8/1 | photo - guns in safe | | | | |
| 5 | ✓ | 8/1 | photo - cocaine in safe | | | | |
| 6 | ✓ | 8/1 | photo - container of money | | | | |
| 7 | ✓ | 8/1 | photo - grocery bag w/cocaine | | | | |
| 8 | ✓ | 8/1 | photo - top of dresser | | | | |
| 9 | ✓ | 8/1 | photo - cocaine wipe | | | | |
| 10 | ✓ | 8/2 | cocaine from safe | | | | |
| 11 | ✓ | 8/2 | packaging material | | | | |

| Case No: 4:05-cr-00042-RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | ✓ | 8/2 | cocaine from container | | | | |
| 13 | ✓ | 8/2 | Playing card | | | | |
| 14 | ✓ | 8/2 | cocaine from dresser | | | | |
| 15 | ✓ | 8/2 | Plastic bag containing #14 | | | | |
| 16 | ✓ | 8/2 | scale | | | | |
| 17 | ✓ | 8/2 | box from scale | | | | |
| 18 | ✓ | 8/2 | photo - of sandwich bags | | | | |
| 19 | ✓ | 8/2 | money counter | | | | |
| 20 | ✓ | 8/2 | machine gun | | | | |
| 21 | ✓ | 8/2 | silencer | | | | |
| 22 | ✓ | 8/2 | rifle | | | | |
| 23 | ✓ | 8/2 | shotgun | | | | |
| 24 | ✓ | 8/2 | Colt Sport rifle | | | | |
| 25 | ✓ | 8/2 | ammo | | | | |
| 26 | ✓ | 8/2 | 5 rounds - Colt Sport | | | | |
| 27 | ✓ | 8/2 | 4 rounds - shotgun | | | | |
| 28 | ✓ | 8/2 | ATF form 4 - MAC 10 | | | | |
| 29 | ✓ | 8/2 | ATF form 4 - silencer | | | | |
| 30 | ✓ | 8/2 | stipulation | | | | |