IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:05-cr-0042-RRB |
| vs. | |
| JASON SCOTT COLETTE, | **VERDICT - 1** |
| Defendant. | |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, JASON SCOTT COLETTE, __Guilty__ (Guilty or Not Guilty) of Possession with Intent to Distribute Cocaine, as charged in Count 1 of the Indictment.

ENTERED this 3rd day of August, 2006.

**REDACTED SIGNATURE**

FOREPERSON