IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>       Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**VERDICT - 2** |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, JASON SCOTT COLETTE, __Guilty__ (Guilty or Not Guilty) of Distribution of Cocaine, as charged in Count 2 of the Indictment.

ENTERED this 3rd day of August, 2006.

**REDACTED SIGNATURE**

FOREPERSON