IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>      Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**VERDICT - 3** |

    We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, JASON SCOTT COLETTE, _Not Guilty_ (Guilty or Not Guilty) of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, as charged in Count 3 of the Indictment.

    We unanimously find beyond a reasonable doubt the weapons involved were (indicate below your factual findings for each of the following statements):

    Ingram Model 10A1, .45 cal/9mm machine gun, as set forth in 26 U.S.C. Section 5845(b), serial number A6041381. _____ (Yes or No) and/or

The silencer, a Bowers 9mm suppressor, Model CAC9, as set forth in 18 U.S.C. Section 921(a)(2)(4), serial number S927. _____ (Yes or No).

ENTERED this 3rd day of August, 2006.

**REDACTED SIGNATURE**

FOREPERSON