IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>            Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**VERDICT - 4** |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, JASON SCOTT COLETTE, __Not Guilty__ (Guilty or Not Guilty) of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, as charged in Count 4 of the Indictment.

We unanimously find beyond a reasonable doubt the weapons involved were (indicate below your factual findings for each of the following statements):

   (A)  Remington Mohawk 48, 12 gauge shotgun, serial number 5279681. __No__ (Yes or No) and/or

(B)  Harrington & Richardson Topper Model 48, 12 gauge shotgun, serial number AM250982. __No__ (Yes or No) and/or

(C)  American Arms, 10 gauge shotgun, serial number 0220016. __No__ (Yes or No) and/or

(D)  Remington Woodmaster Model 740, 30-06 rifle, serial number 83245. __No__ (Yes or No) and/or

(E)  Winchester Model 190, .22 rifle, serial number B1822823. __No__ (Yes or No) and/or

(F)  Stevens Model 67E, 12 gauge shotgun, serial number D395391. __No__ (Yes or No) and/or

(G)  Winchester Model 94, 30-30 rifle, serial number 4139992. __No__ (Yes or No) and/or

(H)  Colt Sporter, 7.62x39 rifle, serial number LH010714. __No__ (Yes or No) and/or

(I)  Armas Bost Eibar, 20 gauge double-barrel shotgun, serial number 1928. __No__ (Yes or No) and/or

(J)  Mossberg Model 500A, 12 gauge shotgun, serial number L100810. __No__ (Yes or No) and/or

(K)  Mossberg Model 500E, .410 gauge shotgun, serial number P317355. __No__ (Yes or No) and/or

(L)  Colt Super 38, 38 semi-auto pistol, serial number 126180. __No__ (Yes or No) and/or

(M) Mossberg Model 500A, 12 gauge shotgun, serial number L986808. _____ (Yes or No).

ENTERED this 3rd day of August, 2006.

**REDACTED SIGNATURE**
FOREPERSON