IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**JASON SCOTT COLETTE**, and )<br>KAREN KRISTINA KOCH, )<br>)<br>Defendants. )<br>_____ ) | Case No. 4:05-cr-42-RRB |

**MOTION FOR A NEW TRIAL;**
**And, MOTION TO SUPPRESS ;**
**And, MOTION FOR A <u>FRANKS</u> HEARING;**
**And, MOTION TO DISMISS**

Comes Now, Jason Colette, by and through his attorney, Rex Lamont Butler & Associates, Inc., and respectfully moves and petitions this Honorable Court to grant a new trial, suppress the Search Warrant evidence, grant a post-trial Franks hearing, and to dismiss the drug counts of the indictment. This motion is based on the matters articulated in the accompanying memorandum; the previous motion and memorandum to suppress; the testimony at the search warrant hearing, and the evidence at trial.

Mr. Colette incorporates by reference the trial evidence testimony of Trooper Wall and Mr. Johnson for purposes of this motion.

Respectfully dated this 10th day of August, 2006 in Anchorage, Alaska.

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

/S/ Rex Lamont Butler
745 W 4th Avenue Ste 300
Anchorage Alaska 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

**United States v. Colette,**
**Motion For A New Trial.**
Page 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing instrument with all attachments was served electronically to:
Bryan Schroder, Assistant U.S. Attorney, 101 12th Avenue, Room 310, Fairbanks, Alaska, 99701, on this 10th day of August, 2006.

/S/ Rex Lamont Butler

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)