Page: 1  Document Name: Untitled

```
PCID600P   TERMID: P#45    RETRIEVE PERSON CASES          11/22/05    14:40:53.4

PERSON NAME: EUGENE JOSEPH JOHNSON
   ID NUMBER: 6590474                                                              /

          CASE        UNIT                      PATROL   OFFENSE
   S#     NUMBER      ID     DATE OPEN   STAT   ZONE     DESCRIPTION            ROLES

   012    98006375    FAIE   09/19/1998  CA     HJBF     ASLT/NON AGGRAVATED  +  D I
   013    980082426   FAIF   12/18/1998  CL     HJBF     VEHICLE IN DITCH     +  I
   014    990046803   FAIJ   07/13/1999  CL     UJBA     DOMESTIC VIOL SERVE     I
   015    000059061   FAIE   08/22/2000  CL     HJBF     SECURITY CHECK          I
   016    020048164   FAIE   07/11/2002  CA     HJBF     DRIV W/O LICENSE       W I
   017    030082801   FAIE   10/21/2003  CA     HJBF     DWI - DRUGS             D I
   018    030086500   FAIE   11/03/2003  CL     HJBF     ABANDONED VEHICLE    +  I
   019    040067064   FAIM   07/21/2004  CL     UJBA     SUSPICIOUS CIRCUM       I
   020    050031729   FAIE   04/29/2005  CI     HJBF     ROB/STREET/GUN          I

                                                                          * AT END *
                      ENTER SEQ NUMBER OF SELECTION: ___
   PF2 MULT PERSON
```

Exhibit "A"