Sent By: ;   Case 4:05-cr-00042-RRB   Document 162-3   Filed 08/10/2006   Page 1 of 2
08/07/2006  11:29      9072763306          REX L. BUTLER N ASSOC                  PAGE  20
                                                      TO:919074551819          P:2/2

JUL-27-2006 18:38  FROM:

        191054
      01:211 PC-ROBBERY
      DISPO:TO JUVENILE HALL
************************************************
WANTS NOT CHECKED.- PLEASE CHECK NCIC WANTS
************************************************

END OF RECORD


Ex. B