

## STATE OF ALASKA
### DEPT. OF PUBLIC SAFETY

| Case No. | 05-96820 |
|---|---|
| Date Investigated | |

| Reporting Officer | PermID | Investigating Agency | Detain | UnitID |
|---|---|---|---|---|
| Jess Carson | JLC0 | AST | N | FAIM |

12-202 (REV 1/00)

### INFORMATION:

On 11-8-05, JLC0-05-07 purchased approximately 44.4 grams of powder cocaine from Eugene Johnson for $2,000 at 1008 23rd Ave. Fairbanks.

On 11-25-05 Search Warrant 4FA-05-332sw was obtained through the Fairbanks Courts for Johnson's residence at 1008, 23rd Ave, Fairbanks. Based on information provided to ABADE from JLC0-05-07 Search Warrant 4FA-05-331 was further obtained for Eugene Johnson's parents house located at 1315, 23rd Ave., Fairbanks

### INVESTIGATION:

On 11/28/05 at approximately 0730 hours members of the ABADE Unit, Fairbanks Police Department SERT Team, DEA, and ATF served Search Warrant 4FA-05-331sw, and Search Warrant 4FA-05-332sw.

### SEARCH WARRANT SERVICE 4FA-05-332sw

After the Fairbanks Police Department SERT Team finished securing the residence ABADE members entered the residence. At this time Eugene Johnson and his girlfriend Corinne Peyralans were located in the kitchen area. There child was located in his bedroom at this time.

A search of Eugene's residence revealed a digital scale located in a jacket pocket in the master bedroom, marijuana paraphernalia and approximately $1,200 in US currency. Two bottles of Inositol Powder which is a common cutting agent for cocaine was discovered with the digital scale and the second was discovered in a kitchen cabinet.

A loaded glock 10mm hand gun was discovered in Eugene Johnson's bedroom. A .3006 rifle and an SKS rifle was discovered in the downstairs living area.

When asked why there was no illegal narcotics at his residence Johnson indicated that he had been warned that the police were coming but would not inform me how he knew.

### INTERVIEW, DI, EUGENE JOHNSON: (recorded)
Interview in Eugene's garage at approximately 0830 hours.

Johnson would not indicated that he sold illegal narcotics, but did state that he was buying several ounces of cocaine at a time. Johnson stated that the handgun did not belong to him, but that his fingerprints and DNA might be on the handgun.

| REVIEWED AND APPROVED BY | PermID | Date |
|---|---|---|

PAGE _____

Ex. "C", p. 1 of 2