Case Number: <u>05-96820</u>

## AFFIDAVIT FOR SEARCH WARRANT        NO. _____

The cocaine purchased from Johnson appeared to be from the corner of brick. Bricks of cocaine are usually stamped out in 1 Kilo, or 1000 gram weights.

Based on your affiants training and experience he knows that narcotics traffickers often utilize additional residences to conceal illegal narcotics, monies, and other evidence related to the distribution of illegal narcotics.

On 11/22/05 JLC0-05-07 indicated that Johnson was still selling cocaine from his residence and that that was Johnson's major source of income.

An APSIN check on Johnson indicated that he has automatic weapons and has stated in the past that he would shoot ←
police officers. See attachment "B" Eugene Johnson APSIN criminal record print out.

Based on the above information your affiant is requesting that a NO KNOCK search warrant be issued for Johnson's residence located at ~~1315~~ 1008 23rd Ave., Fairbanks.

→ Based on your affiants training & experience. people who deal in these quantities of illegal narcotics tend to keep their money and drugs in different places.

_____Investigator_____         _____/s/ [Signature]_____
              Title                                    Signature

Subscribed and sworn to and affirmed before me on Nov. 25, 2005, at Fairbanks, Alaska

(SEAL)
                                          _____/s/_____
                                              Judge/Magistrate

☐ Additional testimony relating to this affidavit was recorded on Tape # _____, begining log # _____, ending log # _____

Page 4 of 4
CR - 705 (11/88) (st. 4)           Ex "D", p. 2 of 2           AS 12.35.010 - .120