Page: 1  Document Name: Untitled

```
PSTD410P   TERMID: P#45           CRIMINAL HISTORY            11/22/05   14:41:29.8

    PERSON NAME: EUGENE JOSEPH JOHNSON

ARRESTING AGENCY: FAIE    APSIN ID NUM: 6590474    FBI NUMBER: 913992XA0
OFFENSE DATE:             OFFENSE DATE END:
AGENCY CASE:              DATE: 06/27/1997 STATUTE:
ARREST DV:   MOD:         CHARGE: 9747A - VEHICLE THEFT-FELONY
CONVICTING COURT: DAF  DATE: 02/18/1998 STATUTE:
   CONV DV:   MOD:        CHARGE: 2404 - VEHICLE THEFT
     COURT DOCKET: 98-XXX.     POS ID: N FELONY:   DISP: NOT PROSECUTED
UCN:          ATN: 102393306                       FP DATE:
        CONDITION:

              SENTENCE     YEARS    DAYS    AMOUNT       DATE TO COMPLETE


PF8 CONVICTIONS                                        MORE...
```

Ex. "E"