Page: 1  Document Name: Untitled

```
PSTD410P  TERMID: PW45           CRIMINAL HISTORY              11/22/05  14:41:31.0

   PERSON NAME: EUGENE JOSEPH JOHNSON

   ARRESTING AGENCY: FAIE    APSIN ID NUM: 6590474    FBI NUMBER: 913992XA0
   OFFENSE DATE:              OFFENSE DATE END:
   AGENCY CASE:            DATE: 06/27/1997 STATUTE:
   ARREST OV:   MOD:          CHARGE: 2304 - LARCENY/VEH PARTS
   CONVICTING COURT: DAF  DATE: 02/18/1998 STATUTE:
     CONV OV:   MOD:          CHARGE: 2304B - LARCENY/VEH PARTS
      COURT DOCKET: 98-XXX      POS ID: N FELONY:  DISP: NOT PROSECUTED
   UCN:        ATN: 102993306                              FP DATE:
         CONDITION:

                 SENTENCE      YEARS     DAYS    AMOUNT      DATE TO COMPLETE


   PF8 CONVICTIONS                                         MORE...
```

Ex "F"