Page: 1   Document Name: Untitled

```
PCID600P   TERMID: P#45   RETRIEVE PERSON CASES        11/22/05   14:40:48.9

PERSON NAME: EUGENE JOSEPH JOHNSON
   ID NUMBER: 6590474

           CASE      UNIT                    PATROL    OFFENSE
    S#    .NUMBER    ID     DATE OPEN  STAT  ZONE      DESCRIPTION         ROLES

    001 - 000032203  FAIE   05/10/2000  CW   JJBA   ARREST WARRANT SERV      I
    002---980057313  FAIJ   08/14/1996  CW   HJJG   ARREST WARRANT SERV      D
    003  .900074316  FAIE   11/07/1990  CA   UJCB   LARCENY FROM BLDG    +   D S I
    004   910041355  FAIE   06/26/1991  CA   UJBA   UNAUTHOR USE OF VEH  +   D I
    005   910047960  FAIE   07/21/1991  CA   HJBF   BURG RESID FORCED    +   D
    006   910049585  FAIE   07/26/1991  CI   HJBF   BURG/NO FORCE RES    +   S
    007   970019394  FAIE   03/29/1997  CI   HJCD   VEHICLE THEFT        +   W
    008   980007601  FAIE   01/27/1998  CL   HJBF   CIVIL PROBLEM            I
    009   970042716  FAIE   06/27/1997  CA   HJJG   VEHICLE THEFT-FELONY +   D
    010   980060647  FAIE   09/07/1998  CL   HJBF   FAMILY OFF-NON CRIM      I
    011   980083452  FAIE   09/18/1998  CL   HJBF   FAMILY OFF-NON CRIM      I

                                                                      MORE...
                   ENTER SEQ NUMBER OF SELECTION: ___
    PF2 MULT PERSON
```

Ex "6"