IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>v. )<br>  )<br>**JASON SCOTT COLETTE**, and )<br>KAREN KRISTINA KOCH, )<br>  )<br>             Defendants. )<br>_____ ) | Case No. 4:05-cr-42-RRB |

**PROPOSED ORDER**

For Good Cause Shown:

( ) A new trial is granted;

( ) A search warrant evidence is suppressed;

( ) A post-trial Franks hearing is granted;

( ) The drug counts are dismissed.

DATED   this \_\_\_\_day of _____, 2006 in Anchorage, Alaska.

_____
Judge Ralph R. Beistline
United States District Court

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)