DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
jim.barkeley@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR ENTRY OF** |
| | ) | **PRELIMINARY ORDER OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 14th day of August, 2006 in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Rm. C-253
        Anchorage, AK  99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2006, a true and correct copy
of the foregoing REQUEST FOR ENTRY OF PRELIMINARY
ORDER OF FORFEITURE was served electronically on:

REX LAMONT BUTLER (Counsel for defendant Jason Scott Colette)
lawoffices@gci.net; rexattys@alaska.net; raveninvestigations@gci.net

s/James Barkeley