IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                                                 ) | |
|                              Plaintiff,            ) | |
| v.                                                           ) | |
|                                                                 ) | |
| **JASON SCOTT COLETTE**, and   ) | |
| KAREN KRISTINA KOCH,            ) | |
|                                                                 ) | |
|                              Defendants.      ) | |
| _____ ) | Case No. 4:05-cr-42-RRB |

### MOTION TO DISMISS

Comes Now, Jason Scott Colette, by and through his attorney, Rex Lamont Butler & Associates, Inc., and, for the reasons stated in the accompanying memorandum, respectfully requests this Honorable Court to dismiss the drug counts.

Respectfully dated this 16th day of August, 2006, in Anchorage, Alaska.

/S/ Rex Lamont Butler
745 W 4th Avenue Ste 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

Rex Lamont Butler and Associates, Inc.
745 W. 4th Ave., Suite 300
Anchorage, Alaska 99501

907-272-1497
907-276-3306 (f)

**Certificate of Service**
I hereby certify that, on August 16, 2006, the foregoing document was served on Bryan Schroder, Esq., via electronic filing.

/S/ Rex Lamont Butler

**United States v. Colette,
Motion To Dismiss.**

Page 1