```
191054
01:211 PC-ROBBERY
    DISPO:TO JUVENILE HALL
***********************************************
WANTS NOT CHECKED.- PLEASE CHECK NCIC WANTS
***********************************************

END OF RECORD
```

Ex. B