Page: 1   Document Name: Untitled

```
PCID600P  TERMID: P#45    RETRIEVE PERSON CASES         11/22/05    14:40:46.9

PERSON NAME: EUGENE JOSEPH JOHNSON
    ID NUMBER: 6590474                                                      /

         CASE      UNIT                        PATROL   OFFENSE
   S#    NUMBER    ID     DATE OPEN   STAT     ZONE    DESCRIPTION         ROLES

   001   000032203 FAIE   05/10/2000  CW       JJBA    ARREST WARRANT SERV    I
   002   980057313 FAIJ   08/14/1996  CW       HJJG    ARREST WARRANT SERV    D
   003   900074316 FAIE   11/07/1990  CA       UJCB    LARCENY FROM BLDG   +  D S I
   004   910041355 FAIE   06/26/1991  CA       UJBA    UNAUTHOR USE OF VEH +  D I
   005   910047960 FAIE   07/21/1991  CA       HJBF    BURG RESID FORCED   +  D
   006   910049585 FAIE   07/26/1991  CI       HJBF    BURG/NO FORCE RES   +  S
   007   970019394 FAIE   03/29/1997  CI       HJCD    VEHICLE THEFT       +  W
   008   980007601 FAIE   01/27/1998  CL       HJBF    CIVIL PROBLEM          I
   009   970042718 FAIE   06/27/1997  CA       HJJG    VEHICLE THEFT-FELONY + D
   010   980060647 FAIE   09/07/1998  CL       HJBF    FAMILY OFF-NON CRIM    I
   011   980063452 FAIE   09/18/1998  CL       HJBF    FAMILY OFF-NON CRIM    I

                                                                         MORE...
                       ENTER SEQ NUMBER OF SELECTION: ___
   PF2 MULT PERSON
```

Ex "6"