IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| v.  ) | |
| ) | |
| **JASON SCOTT COLETTE**, and  ) | |
| KAREN KRISTINA KOCH,  ) | |
| ) | |
| Defendants.  ) | |
| _____ )  Case No. 4:05-cr-42-RRB | |

**ORDER**

For Good Cause Shown, Colette's motion to dismiss the drug count is hereby GRANTED.

DATED   this \_\_\_\_day of _____, 2006 in Anchorage, Alaska.

_____
Judge
United States District Court

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,
Order Granting Motion To Dismiss.**
                                    Page 1