IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>**JASON SCOTT COLETTE**, and<br>KAREN KRISTINA KOCH,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)          Case No. 4:05-cr-42-RRB |

**MOTION FOR AN ORDER GRANTING POST-TRIAL SUPPRESSION**

Comes Now, Jason Scott Colette, by and through his attorney, Rex Lamont Butler & Associates, Inc., and, for the reasons stated in the accompanying memorandum, respectfully requests this Honorable Court to suppress all direct and derivative evidence obtained as a result of the execution of the search warrant on his residence.

Respectfully dated this 16th day of August, 2006, in Anchorage, Alaska.

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

/S/ Rex Lamont Butler
745 W 4th Avenue Ste 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

**Certificate of Service**
**I hereby certify that, on August 16, 2006, the foregoing document was served on Bryan Schroder, Esq., via electronic filing.**
/R/ Rex Lamont Butler

**United States v. Colette,**
**Motion To Dismiss.**
                                                  Page 1