Page: 1  Document Name: Untitled

PCID600P   TERMID: P#45     RETRIEVE PERSON CASES        11/22/05     14:40:53.4

PERSON NAME: EUGENE JOSEPH JOHNSON
   ID NUMBER: 6590474                                              /

| S# | CASE NUMBER | UNIT ID | DATE OPEN | STAT | PATROL ZONE | OFFENSE DESCRIPTION | | ROLES |
|---|---|---|---|---|---|---|---|---|
| 012 | 98006375 | FAIE | 09/19/1998 | CA | HJBF | ASLT/NON AGGRAVATED | + | D I |
| 013 | 980082426 | FAIF | 12/18/1998 | CL | HJBF | VEHICLE IN DITCH | + | I |
| 014 | 990046803 | FAIJ | 07/13/1999 | CL | UJBA | DOMESTIC VIOL SERVE | | I |
| 015 | 000059061 | FAIE | 08/22/2000 | CL | HJBF | SECURITY CHECK | | I |
| 016 | 020048164 | FAIE | 07/11/2002 | CA | HJBF | DRIV W/O LICENSE | | W I |
| 017 | 030082801 | FAIE | 10/21/2003 | CA | HJBF | DWI - DRUGS | | D I |
| 018 | 030086500 | FAIE | 11/03/2003 | CL | HJBF | ABANDONED VEHICLE | + | I |
| 019 | 040067064 | FAIM | 07/21/2004 | CL | UJBA | SUSPICIOUS CIRCUM | | I |
| 020 | 050031729 | FAIE | 04/29/2005 | CI | HJBF | ROB/STREET/GUN | | I |

* AT END *

ENTER SEQ NUMBER OF SELECTION: ___

PF2 MULT PERSON

*Exhibit "A"*