

| | STATE OF ALASKA<br>DEPT. OF PUBLIC SAFETY | | | Case No.<br>05-96820<br>Date Investigated | |
|---|---|---|---|---|---|
| 12-702 (REV 1/00) | Reporting Officer<br>Jess Carson | DeptID<br>JLCO | Investigating Agency<br>AST | DetDch<br>N | UnvaD<br>FAJM |

## INVESTIGATION:

A search of 1315, 23rd Ave, revealed no drugs or illegal narcotics.

The Firearms and Marijuana was entered into Fairbanks AST evidence. At this time no lab request will be submitted for the Marijuana or other items unless instructed by the DAO to do so.

## CASE CLOSURE.

Upon contacting the DA Scott Mattern Sgt Wall was informed that Johnson was not going to be charged with the Firearms at his residence, nor the Marijuana which was seized. No charges from the search warrant service are being referred to the DAO at this time.

| REVIEWED AND APPROVED BY | DeptID | Date |
|---|---|---|
| | | |

PAGE _____

Ex "C", p. 2 of 2.