Case Number: 05-96820

AFFIDAVIT FOR SEARCH WARRANT          NO.

JLC0-05-07 has purchased illegal narcotics under the direction of the ABADE unit approximately 8 times over the past 3 months. The information provided to the ABADE unit from JLC0-05-07 proved to be very accurate and was confirmed through controlled purchases of powder and crack cocaine.

On 11-8-05 JLC0-05-07 indicated that he/she could purchase cocaine from Eugene Johnson at 1008 23rd Ave, Fairbanks. JLC0-05-07 indicated that this is where he/she believes that Johnson lives with his girlfriend. On 11-8-05 Electronic Surveillance Warrant 4FA-05-315sw was obtained through the Fairbanks Courts

On 11-8-05 Agent Foran and Agt Cohoon observed a person resembling Eugene Johnson pull into the driveway of 1315 23rd Ave driving a copper colored van, exit the van, and walk into the back yard of the property of 1315 23rd Ave. Approximately 2 minutes later the male exited the back yard, entered the van and drove away towards 1008 23rd Ave. ⟵ Approximately 5 minutes later the copper van was observed parked in front of 1008 23rd Ave

On 11/8/05 at approximately 1754 hours the same copper colored van was observed parked in front of the residence as JLC0-05-07 entered 1008 23rd Ave. While inside JLC0-05-07 purchased 44.4 grams of cocaine, or approximately 1.5 oz for $2000.00 in prerecorded buy funds. While inside the residence JLC0-05-07 observed approximately an additional 1.5 oz of cocaine which was placed back into a cereal box where Johnson was hiding his cocaine in the garage. JLC0-05-07 further observed a digital scale which was used to weight out the cocaine in the kitchen. Before leaving Eugene Johnson provided JLC0-05-07 a piece of paper with a letter "G", and his phone number on it.

JLC0-05-07 indicated after purchasing the cocaine that Johnson has been dealing illegal narcotics for approximately 4 or 5 years. During this time JLC0-05-07 has purchased up to 5 oz or 140 grams of cocaine from Johnson in one purchase. The estimated value for 1 gram of powder cocaine in the Fairbanks area is $120.00.
JLC0-05-07 estimated that on a good week Johnson was probably pushing or selling approximately 1 kilo or 1000 grams of cocaine a week. JLC0-05-07 indicated that Johnson usually kept a larger amount of cocaine at another ⟵ residence located at 1315 23rd Ave. When Johnson needed more cocaine to sell he would then trip and pick what he ⟵ needed from his 1315 23rd residence and bring it to 1008 where he was selling out of. Eugene Johnson is listed in APSIN as living at 1315 23rd ave. Johnson further stated to Inv. Barnett via telephone approximately 1 week after JLC0-05-07 purchased cocaine from him that 1315 23rd Ave was his residence. JLC0-05-07 indicated that he/she believed that Johnson's father was also living at this residence.  _

Your affiant has received information through a local DEA agent that Johnson's significant other, Corinne Peyralans has been purchasing Inositol Powder, a known cutting agent for cocaine.

_____          _____
           Title                            Signature

Subscribed and sworn to or affirmed before me on _____, 19 ____, at _____.
Alaska

(SEAL)

                                   _____
                                      Judge/Magistrate

[ ]     Additional testimony relating to this affidavit was recorded on Tape # _____, beginning log # _____,
        ending log # _____.

Page 3 of 4                          Ex D, p. 192