Page: 1  Document Name: Untitled

PSTD410P  TERMID: P#45          CRIMINAL HISTORY          11/22/05   14:41:31.0

   PERSON NAME: EUGENE JOSEPH JOHNSON

   ARRESTING AGENCY: FAIE     APSIN ID NUM: 6590474     FBI NUMBER: 913992XA0
   OFFENSE DATE:                      OFFENSE DATE END:
   AGENCY CASE:              DATE: 06/27/1997 STATUTE:
   ARREST OV: · MOD:               CHARGE: 2304 - LARCENY/VEH PARTS
   CONVICTING COURT: DAF  DATE: 02/18/1998 STATUTE:
     CONV OV: · MOD:             CHARGE: 2304B - LARCENY/VEH PARTS
     COURT DOCKET: 98:XXX        POS ID: N FELONY:   DISP: NOT PROSECUTED
   UCN:       ATN: 102393306                          FP DATE:
         CONDITION:

              SENTENCE     YEARS     DAYS     AMOUNT        DATE TO COMPLETE

   PF8 CONVICTIONS                              MORE...

                    E+ "F"