Page: 1  Document Name: Untitled

```
PCID600P  TERMID: P#45    RETRIEVE PERSON CASES         11/22/05    14:40:48.9

PERSON NAME: EUGENE JOSEPH JOHNSON
  ID NUMBER: 6590474

         CASE        UNIT                      PATROL   OFFENSE
  S#    .NUMBER      ID    DATE OPEN    STAT   ZONE     DESCRIPTION            ROLES

  001 - 000032203    FAIE  05/10/2000   CW     JJBA     ARREST WARRANT SERV      I
  002---980057313    FAIJ  08/14/1996   CW     HJJG     ARREST WARRANT SERV      D
  003  .900074316    FAIE .11/07/1990   CA     UJCB     LARCENY FROM BLDG    +  D S I
  004   910041355    FAIE  06/26/1991   CA     UJBA     UNAUTHOR USE OF VEH  +  D I
  005   910047960    FAIE  07/21/1991   CA     HJBF     BURG RESID FORCED    +  D
  006   910049585    FAIE  07/26/1991   CI     HJBF     BURG/NO FORCE RES    +  S
  007   970019394    FAIE  03/29/1997   CI     HJCD     VEHICLE THEFT        +  W
  008   980007601    FAIE  01/27/1998   CL     HJBF     CIVIL PROBLEM            I
  009   970042718    FAIE  06/27/1997   CA     HJJG     VEHICLE THEFT-FELONY +  D
  010   980060647    FAIE  09/07/1998   CL     HJBF     FAMILY OFF-NON CRIM      I
  011   980083452    FAIE  09/18/1898   CL     HJBF     FAMILY OFF-NON CRIM      I

                                                                            MORE...
                       ENTER SEQ NUMBER OF SELECTION: ___
  PF2 MULT PERSON
```

Ex "6"