IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                  Plaintiff, ) | |
| v. ) | |
| **JASON SCOTT COLETTE**, and ) KAREN KRISTINA KOCH, ) | |
|                  Defendants. ) | Case No. 4:05-cr-42-RRB |

**MOTION FOR AN ORDER GRANTING POST-TRIAL FRANKS HEARING**

Comes Now, Jason Scott Colette, by and through his attorney, Rex Lamont Butler & Associates, Inc., and, for the reasons stated in the accompanying memorandum, respectfully requests this Honorable Court to grant a post-trial Franks hearing..

Respectfully dated this 16th day of August, 2006 in Anchorage, Alaska.

/S/ Rex Lamont Butler
745 W. 4th Avenue Ste 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

Rex Lamont Butler and Associates, Inc.
745 W. 4th Ave., Suite 300
Anchorage, Alaska 99501

907-272-1497
907-276-3306 (f)

**Certificate of Service**
I hereby certify that, on August 16, 2006, the foregoing document was served on Bryan Schroder, Esq., via electronic filing.

/S/ Rex Lamont Butler

**United States v. Colette,
Motion For Franks Hearing.**
                                    Page 1