Sent By: ;                    9076948880;           Aug-8-06 18:29;         Page 10/1
                                                    REX L BUTLER N ASSOC         PAGE 05

Page: 1  Document Name: Untitled

```
PCID600P   TERMID: P#45    RETRIEVE PERSON CASES         11/22/05    14:40:53.4

PERSON NAME: EUGENE JOSEPH JOHNSON
   ID NUMBER: 6590474

          CASE        UNIT                    PATROL   OFFENSE
    S#    NUMBER      ID     DATE OPEN  STAT  ZONE     DESCRIPTION            ROLES

    012   98006375    FAIE   09/19/1998  CA   HJBF    ASLT/NON AGGRAVATED  +  D I
    013   980082426   FAIF   12/18/1998  CL   HJBF    VEHICLE IN DITCH     +  I
    014   990046803   FAIJ   07/13/1999  CL   UJBA    DOMESTIC VIOL SERVE     I
    015   000059061   FAIE   08/22/2000  CL   HJBF    SECURITY CHECK          I
    016   020048164   FAIE   07/11/2002  CA   HJBF    DRIV W/O LICENSE       W I
    017   030082801   FAIE   10/21/2003  CA   HJBF    DWI - DRUGS             D I
    018   030086500   FAIE   11/03/2003  CL   HJBF    ABANDONED VEHICLE   +   I
    019   040067064   FAIM   07/21/2004  CL   UJBA    SUSPICIOUS CIRCUM       I
    020   050031729   FAIE   04/29/2005  CI   HJBF    ROB/STREET/GUN          I

                                                                         * AT END *
                       ENTER SEQ NUMBER OF SELECTION: ___
   PF2 MULT PERSON
```

Exhibit "A"