Page: 1   Document Name: Untitled

```
PCID600P  TERMID: P#45     RETRIEVE PERSON CASES          11/22/05    14:40:48.9

PERSON NAME: EUGENE JOSEPH JOHNSON
   ID NUMBER: 6590474

         CASE       UNIT                      PATROL    OFFENSE
   S#    NUMBER     ID      DATE OPEN  STAT   ZONE      DESCRIPTION            ROLES

   001   000032203  FAIE    05/10/2000  CW    JJBA      ARREST WARRANT SERV       I
   002   980057313  FAIJ    08/14/1998  CW    HJJG      ARREST WARRANT SERV       D
   003   900074316  FAIE    11/07/1990  CA    UJCB      LARCENY FROM BLDG    +    D S I
   004   910041355  FAIE    06/26/1991  CA    UJBA      UNAUTHOR USE OF VEH  +    D I
   005   910047960  FAIE    07/21/1991  CA    HJBF      BURG RESID FORCED    +    D
   006   910049585  FAIE    07/26/1991  CI    HJBF      BURG/NO FORCE RES    +    S
   007   970019394  FAIE    03/29/1997  CI    HJCD      VEHICLE THEFT        +    W
   008   980007601  FAIE    01/27/1998  CL    HJBF      CIVIL PROBLEM             I
   009   970042718  FAIE    06/27/1997  CA    HJJG      VEHICLE THEFT-FELONY +    D
   010   980060647  FAIE    09/07/1998  CL    HJBF      FAMILY OFF-NON CRIM       I
   011   980063452  FAIE    09/18/1998  CL    HJBF      FAMILY OFF-NON CRIM       I

                                                                              MORE...
                   ENTER SEQ NUMBER OF SELECTION: ___
PF2 MULT PERSON
```

Ex "6"