IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **JASON SCOTT COLETTE**, and ) | |
| KAREN KRISTINA KOCH, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 4:05-cr-42-RRB |

**ORDER**

For Good Cause Shown, Colette's motion for a Franks hearing is hereby GRANTED.

DATED this ____day of _____, 2006 in Anchorage, Alaska.

_____
Judge
United States District Court

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Order Granting Motion For A Franks Hearing.**
Page 1