UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  COLETTE  </u>

DATE:   <u>  August 23, 2006  </u>        CASE NO.   <u>  4:05-CR-0042-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE RECONSIDERATION**

___

The Court is in receipt of Defendant's Motion for Reconsideration at Docket 172. The Government has until the close of business on **Thursday, August 31, 2006,** in which to file a response, after which the Court will take the matter under advisement.

M.O. RE RECONSIDERATION