# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

12-201 (REV. 1/00)

| | | | | | 1 | |
|---|---|---|---|---|---|---|
| | | | | | Detach 2 | UnitID 3 |
| Reporting Officer 4 | PermID 5 | Investigating Agency 6 | | Date Reported 7 | Time Reported 8 | |

| ity Code 0 | UCR No. 11 | Type of Activity 12 | Date Occurred 13 | Time Occurred 14 | Dom. Viol. 15 | Alcohol or Drugs Involved 16 |
|---|---|---|---|---|---|---|
| ivity 17 | | | | | Patrol Zone | 18 |

| Activity Code | UCR No. | Type of Activity | Date Occurred | Time Occurred | Dom. Viol. | Alcohol or Drugs Involved |
|---|---|---|---|---|---|---|
| of Activity | | | | | Patrol Zone | |

| Role(s) 20 | Name 21 | Sex 22 | Race 23 | Ht. 24 | Weight 25 | Hair 26 | Eyes 27 | D.O.B. / Approx. Age 28 |
|---|---|---|---|---|---|---|---|---|
| Address 29 | | Residence / Cell Phone 30 | | | Driver's License No. 31 | | | State 32 |
| Employment 33 | | Work Phone 34 | | | Occupation 35 | | | |
| No. | Social Security No. 37 | ATN / NCIC / Other ID No. 38 | | Charged With 39 | | | Susp. Act. No. 40 | Juv. Dispo. 41 |

| Role(s) | Name | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B / Approx. Age |
|---|---|---|---|---|---|---|---|---|
| Address | | Residence / Cell Phone | | | Driver's License No. | | | State |
| Employment | | Work Phone | | | Occupation | | | |
| No. | Social Security No. | ATN / NCIC / Other ID No. | | Charged With | | | Susp. Act. No. | Juv. Dispo. |

| REGISTRATION NO. 43 | STATE 44 | VIN / SERIAL NO. 45 | COLOR 46 | YEAR 47 | MAKE 48 | MODEL 49 |
|---|---|---|---|---|---|---|
| TYPE 0 | ADF&G NUMBER 51 | NAME OF WATERCRAFT 52 | | | | Length 53 |

DETAILS:

54

Exhibit 1

| 55 | COPIES TO 56 | REVIEWED AND APPROVED BY 57 | PermID 58 | DATE CLOSED 59 |
|---|---|---|---|---|

PAGE 60

20. **ROLES** - The codes listed below can be used in this block. Up to five of these lettered designators can be recorded in the computer for each person. Multiple codes can be used on the report form but should be limited to the primary roles the person played in the investigation. (i.e. CVI, SI, PCI.)

   C - Complainant
   D - Defendant            R - Responsible Employee
   G - Guardian             S - Suspect
   I - Interview            V - Victim
   N - Next of Kin          W - Witness
   P - Parent               Z - Supervisor

   **\* NO OTHER ROLE CODES ARE TO BE USED\***

21. **NAME** - The name of the person involved in the activity starting with First name, Middle initial, and Last name. (i.e. John A. Smith.)

22. **SEX** - Enter the one letter code.   M - Male    F - Female    U-Unknown

23. **RACE** - One of the following codes will be used in this space.

   A -   Asian or Pacific Islander
   B -   Black
   I -   American Indian or Alaskan Natives
   U -   Unknown
   W -   White or Mexican

24. **HEIGHT** - Expressed in inches to the nearest inch. (i.e. 72" for 6 foot, 66" for 5 foot, 6 inches.)

25. **WEIGHT** - Recorded in numbers to the nearest pound.

26. **HAIR** - Use the following three letter code for hair color.

   BAL - Bald        BLK - Black        BLN - Blonde
   BRO - Brown       GRY - Gray         RED - Red
   SDY - Sandy       UNK - Unknown      WHI - White

Revised 01/26/00