IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff,   )<br>v.                       )<br>                         )<br>**JASON SCOTT COLETTE**, and  )<br>KAREN KRISTINA KOCH,     )<br>                         )<br>    Defendants.          )<br>_____ ) | Case No. 4:05-CR-42-RRB |

**MOTION FOR LEAVE TO FILE REPLY**
**GOVERNMENT'S OPPOSITION (DOCKET 174) TO**
**MOTION FOR A NEW TRIAL (DOCKET 162,163)**

Comes Now, Jason Scott Colette, by and through his attorney, Rex Lamont Butler & Associates, and respectfully moves and petitions this Honorable Court to accept the accompanying Reply to the Government's Opposition (Docket 174) to Colette's Motion For A New Trial (Docket 162, 163). This motion is based on the following considerations:

This Court entered an order providing that the parties should not file replies unless requested by the Court. (Court Docket 10). See LcrR 47.1( c).

A reply is requested to address certain mistaken assertions of law contained in the Government's Opposition regarding the evidence a magistrate may consider concerning a witness' prior criminal history. A reply is also requested to address the Government's incorrect statements that Colette did not allege wrongdoing on the part of the police and did not make an offer of proof.

In the interest of justice, Colette respectfully requests leave to file the accompanying reply.

Respectfully dated this 30th day of August, 2006, in Anchorage, Alaska.

**United States v. Colette,**
**Motion For Leave To File Reply To Opposition**
**To Motion For A New Trial.**
                                        Page 1

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

        /S/ Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

## **DECLARATION**

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 30th day of August, 2006, in Anchorage, Alaska.

        /S/ Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

```
       Certificate of Service
I  hereby  certify  that,  on
August 30, 2006, the foregoing
document  was  served  on Bryan
Schroder, Esq., via electronic
filing.
/S/ Rex Lamont Butler
```

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,
Motion For Leave To File Reply To Opposition
To Motion For A New Trial.**