IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**JASON SCOTT COLETTE**, and )<br>KAREN KRISTINA KOCH, )<br>)<br>Defendants. )<br>_____ ) | Case No. 4:05-CR-42-RRB |

**ORDER GRANTING MOTION FOR LEAVE TO
FILE REPLY GOVERNMENT'S OPPOSITION
(DOCKET 174) TO MOTION FOR A NEW TRIAL
(DOCKET 162,163)**

Colette is granted leave to file his reply to the government's opposition (Docket 174) to Colette's motion for a new trial (Docket 162, 163).

DATED this \_\_\_\_day of _____, 2006 in Fairbanks, Alaska.

_____
District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)