UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA v. COLETTE

DATE: August 31, 2006          CASE NO.   4:05-CR-0042-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**ORDER GRANTING FILING OF REPLY**

---

Defendant's Motion for Leave to File Reply at Docket 175 is **GRANTED.**

M.O. GRANTING FILING OF REPLY