UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  COLETTE  </u>

DATE:   <u>  September 1, 2006  </u>   CASE NO.   <u>  4:05-CR-0042-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION FOR RECONSIDERATION**

---

Defendant's Motion for Reconsideration of Preliminary Order of Forfeiture (Docket 172) is hereby **DENIED** for the reasons set forth by the Government in its Opposition (Docket 178).