# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

12-201 (REV. 1/00)

| | | |
|---|---|---|
| | Detach | UnitID |
| 1 | 2 | 3 |

| Reporting Officer | PermID | Investigating Agency | Date Reported | Time Reported |
|---|---|---|---|---|
| 4 | 5 | 6 | 7 | 8 |

| ity Code | UCR No. | Type of Activity | Date Occurred | Time Occurred | Dom. Viol. | Alcohol or Drugs Involved |
|---|---|---|---|---|---|---|
| 0 | 11 | 12 | 13 | 14 | 15 | 16 |

| ivity | | Patrol Zone |
|---|---|---|
| 17 | | 18 |

| Activity Code | UCR No. | Type of Activity | Date Occurred | Time Occurred | Dom. Viol. | Alcohol or Drugs Involved |
|---|---|---|---|---|---|---|
| | | | | | | |

| of Activity | | Patrol Zone |
|---|---|---|

| Role(s) | Name | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|---|
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

| ce Address | Residence / Cell Phone | Driver's License No. | State |
|---|---|---|---|
| 29 | 30 | 31 | 32 |

| Employment | Work Phone | Occupation |
|---|---|---|
| 33 | 34 | 35 |

| D No. | Social Security No. | ATN / NCIC / Other ID No. | Charged With | | | Susp. Act. No. | Juv. Dispo. |
|---|---|---|---|---|---|---|---|
| | 37 | 38 | 39 | | | 40 | 41 |

| Role(s) | Name | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B / Approx. Age |
|---|---|---|---|---|---|---|---|---|

| ce Address | Residence / Cell Phone | Driver's License No. | State |
|---|---|---|---|

| Employment | Work Phone | Occupation |
|---|---|---|

| D No. | Social Security No. | ATN / NCIC / Other ID No. | Charged With | | | Susp. Act. No. | Juv. Dispo. |
|---|---|---|---|---|---|---|---|

| REGISTRATION NO. | STATE | VIN / SERIAL NO. | COLOR | YEAR | MAKE | MODEL |
|---|---|---|---|---|---|---|
| 43 | 44 | 45 | 46 | 47 | 48 | 49 |

| TYPE | ADF&G NUMBER | NAME OF WATERCRAFT | Length |
|---|---|---|---|
| 50 | 51 | 52 | 53 |

ETAILS:

54

Exhibit 1

| | COPIES TO | REVIEWED AND APPROVED BY | PermID | DATE CLOSED | |
|---|---|---|---|---|---|
| 55 | 56 | 57 | 58 | | 59 |

PAGE 60

20. **ROLES** - The codes listed below can be used in this block. Up to five of these lettered designators can be recorded in the computer for each person. Multiple codes can be used on the report form but should be limited to the primary roles the person played in the investigation. (i.e. CVI, SI, PCI.)

    C - Complainant
    D - Defendant
    G - Guardian
    I - Interview
    N - Next of Kin
    P - Parent

    R - Responsible Employee
    S - Suspect
    V - Victim
    W - Witness
    Z - Supervisor

    **\* NO OTHER ROLE CODES ARE TO BE USED\***

21. **NAME** - The name of the person involved in the activity starting with First name, Middle initial, and Last name. (i.e. John A. Smith.)

22. **SEX** - Enter the one letter code.   M - Male   F - Female   U-Unknown

23. **RACE** - One of the following codes will be used in this space.

    A - Asian or Pacific Islander
    B - Black
    I - American Indian or Alaskan Natives
    U - Unknown
    W - White or Mexican

24. **HEIGHT** - Expressed in inches to the nearest inch. (i.e. 72" for 6 foot, 66" for 5 foot, 6 inches.)

25. **WEIGHT** - Recorded in numbers to the nearest pound.

26. **HAIR** - Use the following three letter code for hair color.

    BAL - Bald        BLK - Black       BLN - Blonde
    BRO - Brown       GRY - Gray        RED - Red
    SDY - Sandy       UNK - Unknown     WHI - White

Revised 01/26/00