IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>      Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**ORDER DENYING PENDING MOTIONS** |

      Before the Court are Defendant's Motion for a New Trial at Docket 162, Motion to Dismiss at Docket 165, Motion for an Order Granting Post-Trial Suppression at Docket 167, and Motion for an Order Granting Post-Trial Franks Hearing at Docket 169. The Government opposes all of Defendants' motions.

      The Court has studied all of the relevant pleadings and, based thereon, hereby **DENIES** each of the aforesaid motions. The search warrant at issue was supported by probable cause based upon the totality of circumstances. Furthermore, the police officers were acting in good faith throughout and no basis for a Franks hearing exists. Finally, the Defendant was not prejudiced by the

"new facts" which, if provided earlier, would not have impacted the results herein.

        ENTERED this 12th day of September, 2006.

                              /s/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE