NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-00042-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| vs. | ) | **SENTENCING ON SHORTENED** |
| | ) | **TIME** |
| JASON SCOTT COLETTE, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, the United States of America, and moves the Court to continue the sentencing date, currently scheduled for October 20, 2006 at 1:30 p.m. in the above cited case. Counsel is scheduled to be out of District. Counsel

for the defense does not oppose the continuance.

A new date may be set at the Court's next available convenience, both parties would prefer a Friday.

WHEREFORE plaintiff respectfully requests that the motion to continue sentencing be granted and reset at a time convenient to the court and all parties.

RESPECTFULLY SUBMITTED this 12th day of October, 2006, in Fairbanks, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/Bryan Schroder
    BRYAN SCHRODER
    Assistant United States Attorney
    Federal Building & U.S. Courthouse
    101 12th Avenue, Room 310
    Fairbanks, Alaska  99701
    Phone: (907) 456-0245
    Fax: (907) 456-0577
    E-mail: bryan.schroder@usdoj.gov
    WA #21146

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12th, 2006,
a copy of the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING ON SHORTENED TIME**, was served electronically, on:

**Rex L. Butler**

s/Bryan Schroder