NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-00042-RRB |
|---|---|---|
| Plaintiff, | ) | [Proposed] |
| vs. | ) | **ORDER** |
| JASON SCOTT COLETTE, | ) | |
| Defendant. | ) | |

    IT IS SO ORDERED. The Motion to Continue Sentencing is GRANTED. Sentencing is rescheduled for _____, 2006, at _____ o'clock.

Date: _____

                                                            RALPH R. BEISTLINE
                                                            United States District Judge