IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>            Plaintiff, )<br>v. )<br> )<br>JASON SCOTT COLETTE, )<br> )<br>            Defendants. )<br>_____ ) | Case No. 4:05-CR-42-RRB |

**MOTION FOR LEAVE TO LATE-FILE
OBJECTIONS TO PRESENTENCE REPORT**

Comes Now, Jason Scott Colette, by and through his attorney, Rex Lamont Butler & Associates, Inc., and respectfully moves and petitions this Honorable Court to accept the accompanying late-filed objections to the presentence report, which are incorporated into his Sentencing Memorandum at Section, "V".

It is in the interest of justice to permit the filing of the accompanying objections, even if they are deemed tardy, because they contain material information that directly pertains to whether the base offense level is 22 or 26, and because they contain information relating to whether Colette possessed the weapons in connection with his offenses.

Accordingly, in the interest of justice, Colette respectfully requests leave to file the accompanying objections.

Respectfully dated this 13th day of October, 2006 in Anchorage, Alaska.

/s/ Rex Lamont Butler
745 W 4th Avenue Ste 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,
Motion For Leave To Late-File Objections To Presentence Report.**
                              Page 1

**Certificate Of Service**

I hereby certify that a true and accurate copy of the foregoing instrument was served to Assistant U.S. Attorney, Bryan Schroder, via electronic filing on this 13th day of October, 2006.

/s/ Rex Lamont Butler
Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)