IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                            )<br>               Plaintiff,  )<br>v.                         )<br>                            )<br>JASON SCOTT COLETTE,      )<br>                            )<br>              Defendant.  )<br>_____ ) | Case No. 4:05-CR-42-RRB |

**ORDER GRANTING LEAVE TO LATE-FILE**
**OBJECTIONS**

The Defendant's late-filed objections to the presentence report are accepted for filing.

DATED  this \_\_\_\_day of _____, 2006 in Fairbanks, Alaska.

_____
United States District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette, Order Granting Leave To Late-File.**