IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                                     Plaintiff, )
v. )
JASON SCOTT COLETTE, )
                                  Defendant. )
                                                         Case No. 4:05-CR-42-RRB

**ORDER GRANTING LEAVE TO LATE-FILE OBJECTIONS**

The Defendant's late-filed objections to the presentence report are accepted for filing.

DATED this 13 day of October, 2006 in Fairbanks, Alaska.

\s\
United States District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

United States v. Colette, Order Granting Leave To Late-File.