## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   USA    v.   JASON SCOTT COLETTE

DATE:   November 6, 2006    CASE NO.   4:05-CR-0042-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                 **RESCHEDULING SENTENCING**

---

Due to an ongoing civil jury trial, the sentencing in this matter is **RESCHEDULED** and will be held on **Wednesday, November 22, 2006,** at **9:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska.