IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JASON SCOTT COLETTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | Case No. 4:05-CR-42-RRB |

**EXPEDITED** MOTION TO CONTINUE SENTENCING

This document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, the defendant, JASON SCOTT COLETTE, by and through counsel of record, REX LAMONT BUTLER, to move this Court, for a continuance of the sentencing currently scheduled for November 22, 2006, in Fairbanks, Alaska. In support of this motion, defendant herewith submits the attached affidavit of counsel.

DATED at Anchorage, Alaska, on this 21st day of November, 2006.

/s/ Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the Expedited Motion to Continue Sentencing; Proposed Order Continuing Trial; and Affidavit of Counsel were served electronically to Bryan Schroder, Assistant United States Attorney, 101 12th Avenue, Room 310, Fairbanks, Alaska, 99701, on this 21st day of November, 2006.

/s/ Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
ABN: 8310105