IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JASON SCOTT COLETTE, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 4:05-CR-42-RRB |

**PROPOSED ORDER**

For Good Cause Shown, Colette's Motion To Continue Sentencing under Expedited Consideration is hereby GRANTED. This motion shall be heard under expedited consideration.

DATED this \_\_\_\_day of November, 2006 in Anchorage, Alaska.

_____
Judge
United States District Court

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Colette,**
**Order Granting Expedited Motion To Continue Sentencing.**
Page 1