IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,     )
                              )
         Plaintiff,           )
                              )
vs.                           )
                              )
JASON SCOTT COLETTE,          )
                              )
         Defendant.           )
_____)  Case Number 4:05-cr-42-RRB
                              )

### AFFIDAVIT OF REX LAMONT BUTLER

STATE OF ALASKA              )
                             )
THIRD JUDICIAL DISTRICT      )

    REX LAMONT BUTLER, being first duly sworn upon oath, deposes and states as follows:

    1. that I am the attorney of record for the defendant in this case, Jason Scott Colette;

    2. that sentencing is scheduled for November 22, 2006, at 9:30 a.m., in Fairbanks, Alaska;

    3. that I am awaiting a jury verdict in SOA v Steve Lapitre, case number 3AN-S05-7292 CR, a case charging murder in the first degree;

    4. that this case went to the jury on Monday, November 20, 2006;

    5. that I am obligated to remain in Anchorage, Alaska,

Affidavit of Counsel
Page 1

with my client, Steve Lapitre, until the jury reaches its verdict to answer jury questions and deal with any verdicts;

7. that because of my trial calendar I have not had ample opportunity to meet with my client, Jason Colette regarding the sentencing;

8. that I should not go forward with sentencing until I have had an opportunity to meet with my client and answer all of his legal questions;

9. that I have been in back to back serious felony trials, shaken baby syndrome and now murder in the first degree;

10. that I attempted to reach my colleague, Assistant United States Attorney, Bryan Schroder, prior to this filing;

11. that as of this filing I have not heard back from my colleague;

12. that I am respectfully requesting the court reschedule this sentencing;

13. that I am available to fly to Fairbanks the week of November 27, 2006, should the court grant this continuance, and

14. that I believe granting this continuance will not prejudice the government's case.

Further your affiant saith naught.

Affidavit of Counsel
Page 2

REX LAMONT BUTLER & ASSOCIATES, INC. P.C.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

DATED at Anchorage, Alaska, on this 21st day of November, 2006.

_____
Rex Lamont Butler

SUBSCRIBED AND SWORN to before me on this 21st day of November, 2006.



_____
Notary Public in and for Alaska
My commission expires: 6/21/07

REX LAMONT BUTLER & ASSOCIATES, INC. P.C.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

Affidavit of Counsel
Page 3