UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   JASON SCOTT COLETTE

DATE:   November 21, 2006     CASE NO.   4:05-CR-0042-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE SENTENCING**

---

Counsel for Defendant has filed an Expedited Motion to Continue Sentencing at Docket 192. Due to defense counsel's unavailability, the sentencing scheduled in this matter for **November 22, 2006, at 9:30 a.m.**, in Fairbanks, Alaska, will be utilized as a rescheduling hearing. Counsel shall appear telephonically by calling Meet Me Bridge A at 907-677-6246 at the time scheduled for the hearing.

M.O. RE SENTENCING