MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   Jason Scott Colette      CASE NO. 4:05-cr-00042-RRB
Defendant: X Present X In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE: Ralph R Beistline

DEPUTY CLERK/RECORDER: Tina J Grothause

UNITED STATES' ATTORNEY: Bryan Schroder

DEFENDANT'S ATTORNEY: Rex Butler(telephonic)

U.S.P.O.: Toni Ostanik

PROCEEDINGS: Scheduling Conference Held: 11/22/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:38 a.m. court convened.

Court and Counsel heard re rescheduling sentencing.

Sentencing set for November 27, 2006 at 9:30 a.m.

At 9:42 a.m. court adjourned.

DATE:    11/22/2006            DEPUTY CLERK'S INITIALS: TJG