MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __Jason Scott Colette__   CASE NO. __4:05-cr-00042-RRB__
Defendant: _X_ Present _X_ In Custody  __On Summons  __On Bond

BEFORE THE HONORABLE: _Ralph R Beistline_

DEPUTY CLERK/RECORDER: _Tina J Grothause_

UNITED STATES' ATTORNEY: _Bryan Schroder_

DEFENDANT'S ATTORNEY: _Rex Butler_

U.S.P.O.: _Marci Lundgren_

PROCEEDINGS: Oral motion hearing Held: November 27, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.


Court and Counsel heard re defendant obtaining new counsel for sentencing and appeal purposes.

Court and Counsel heard re Defendant's oral motion to continue sentencing.

Court GRANTED oral motion to continue sentencing.

Sentencing set for January 26, 2007 at 9:00 a.m. in Fairbanks Courtroom #1.


At 9:59 a.m. court adjourned.




DATE: _11/27/2006_          DEPUTY CLERK'S INITIALS: _tjg_