```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

         # 00129568 - PS
         December 13, 2006

Code      Case #       Qty        Amount

6855XX-N F0-5-42
                                  150.00 CK

    TOTAL→            150.00


FROM: COHEN & PAIK LLP FOR:
      DAVID J. COHEN
      NONRESIDENT ATTORNEY FEE
      4:05-CR-00042-01 RRB
```