DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **JASON SCOTT COLETTE**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>)<br>          Plaintiff,      )<br>)<br>v.                              )<br>)<br>JASON SCOTT COLETTE,            )<br>)<br>          Defendant.     )<br>_____) | Case No. 4:05-CR-00042-01RRB<br><br>**MEMORANDUM IN SUPPORT OF MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA** |

I, DAVID J. COHEN, ESQ., declare:

   1.   I am an attorney duly licensed to practice law before the courts of the State of California, and New York, and before the Ninth Circuit and United States District Court for the Northern District, Eastern District and Southern District of California, and the Southern District and Eastern District of New York.

   2.   I am the attorney retained to represent JASON SCOTT COLETTE, defendant herein.

   3.   I am a member in good standing of the state bars of California and New York.

   4.   I am a certified by the State Bar of California as a specialist in criminal law, and I have been primarily

1

practicing criminal defense for 19 years.

5. I have handled numerous federal criminal appeals before the Ninth Circuit, and I am thoroughly familiar with federal criminal law in the Ninth Circuit. I have handled hundreds of federal criminal matters in my career.

6. I have reviewed this matter, together with the local rules of the United States District Court for the District of Alaska, and I believe that I am fully capable and competent to appear in this matter as Mr. Colette's attorney - without requiring the time and expense of local counsel.

Respectfully submitted,

Dated: December 12, 2006    **COHEN & PAIK LLP**
By: _____
DAVID J. COHEN, ESQ.

Attorneys for Defendant
**JASON SCOTT COLETTE**

2