**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:05-cr-042-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JASON SCOTT COLETTE | Personal Service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WENDEE COLETTE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3

RECEIVED
DEC 28 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE ... SS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve the attached Notice of judicial forfeiture on the above-referenced individual via Certified U.S. Mail, Return Receipt Requested.

[CATS Asset ID#s: 06-DEA-460367 ($38,848); 06-ATF-000395 (14 Firearms)]

Signature of Attorney other Originator requesting service on behalf of: Katie Voke / K Joy McCulloch
X PLAINTIFF □ DEFENDANT
TELEPHONE NUMBER: (907) 271-2304
DATE: 8/30/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 06
District to Serve No. 06
Signature of Authorized USMS Deputy or Clerk: Candace Elu
Date: 12/4/06

I hereby certify and return that I □ have personally served, □ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

□ A person or suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: 10/27/06
Time: 10:00 am (circled)
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: Sent certified mail return receipt # 7001 2510 0002 1407 5171 on 12/6/06. Signed received on 12/18/06.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLNG STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

2510 0002 1407 5171

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

WENDEE COLETTE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WENDEE COLETTE

9705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Wendee Colette    12/18/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2510 0002 1407 5171

Domestic Return Receipt    102595-01-M-2509

**NOTICE OF:**

<u>**UNITED STATES OF AMERICA v. JASON SCOTT COLETTE**</u>
**Case No. 4:05-cr-042-RRB**

To all interested persons in the above-styled case, notice is hereby given that on August 18, 2006, the United States District Court for the District of Alaska, the Honorable Ralph R. Beistline presiding, entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2):

- A. $38,848.00 IN UNITED STATES CURRENCY;
- B. INGRAM MODEL 10A1, .45 CALIBER/9mm MACHINE GUN, Serial Number A6041381;
- C. REMINGTON WOODMASTER MODEL 740, 30-06 RIFLE, Serial Number 83245;
- D. COLT SPORTER, 7.62x39 RIFLE, Serial Number LH010714; and
- E. MOSSBERG MODEL 500A, 12 GAUGE SHOTGUN, Serial Number L986808.

Pursuant to 21 U.S.C. § 853(n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.