USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 4:05-cr-00042-RRB    Document 264    Filed 01/08/2007    Page 1 of 3

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:05-cr-042-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JASON SCOTT COLETTE | Personal Service |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TRAVIS COLETTE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.

RECEIVED
JAN 0 6 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve the attached Notice of judicial forfeiture on the above-referenced individual via Certified U.S. Mail, Return Receipt Requested.

[CATS Asset ID#s: 06-DEA-460367 ($38,848); 06-ATF-000395 (14 Firearms)]

| Signature of Attorney other Originator requesting service on behalf of: Katie Voke /s/ Joy McCulloch | X PLAINTIFF / ☐ DEFENDANT | TELEPHONE NUMBER (907) 271-2304 | DATE 8/30/06 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 06 | No. 06 | Candace Edward | 12/4/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person or suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date os Service / Time am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: Sent certified mail return receipt # 7001 2510 0002 1407 5218 on 12/6/07. Returned not deliverable. Returned to court on 1/8/07.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLNG STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 07/06 |
|---|---|---|

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

TRAVIS COLETTE

7001 2510 0002 1407 5218

*See Reverse for Instructions*

---

**U.S. Department of Justice**

United States Marshals Service
District of Alaska
222 West Seventh Avenue #28, Room 170
Anchorage, AK 99513

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7001 2510 0002 1407 5218

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TRAVIS COLETTE

2. Article Number
   *(Transfer from service label)*

   7001 2510 0002 1407 5218

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

TRAVIS COLETTE

NIXIE      995    1         01    12/17/06
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 995137500099    *1989-00605-06-43

NOTICE OF:

<u>UNITED STATES OF AMERICA v. JASON SCOTT COLETTE</u>
Case No. 4:05-cr-042-RRB

To all interested persons in the above-styled case, notice is hereby given that on August 18, 2006, the United States District Court for the District of Alaska, the Honorable Ralph R. Beistline presiding, entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2):

- A.  $38,848.00 IN UNITED STATES CURRENCY;
- B.  INGRAM MODEL 10A1, .45 CALIBER/9mm MACHINE GUN, Serial Number A6041381;
- C.  REMINGTON WOODMASTER MODEL 740, 30-06 RIFLE, Serial Number 83245;
- D.  COLT SPORTER, 7.62x39 RIFLE, Serial Number LH010714; and
- E.  MOSSBERG MODEL 500A, 12 GAUGE SHOTGUN, Serial Number L986808.

Pursuant to 21 U.S.C. § 853(n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.