DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-CR-00042-01RRB |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the sentencing hearing in this matter, currently scheduled for January 26, 2007 at 9:00 a.m. be continued to March 2, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 1/22/07

THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE