DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff(s),           )<br>                                 )<br>v.                               )<br>                                 )<br>JASON SCOTT COLETTE,             )<br>                                 )<br>         Defendant(s).           )<br>_____  ) | Case No. 4:05-CR-00042-01RRB<br><br>**NOTICE OF MOTION AND MOTION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER THEREON**<br><br>Date: March 2, 2007<br>Time: 9:00 a.m. |

    1.   On January 19, 2007, Mr. Colette moved to continue the sentencing hearing for, among other reasons, the opportunity to review the transcripts in this matter which had not yet been produced to counsel, in spite of due diligence in attempting to obtain them.

    2.   On January 22, 2007, the Court granted the motion, and set the sentencing hearing for March 2, 2007.

    3.   It was not until February 8, 2007 that counsel received the transcripts in this matter.  At the time, counsel was in trial in the case of People v. Gonzales, Case No. 221871-7. Counsel was unable to review the transcripts until the week of February 12, 2007.

    4.   The transcripts are 1,092 pages.  There are also three bankers boxes of documents in this case which are being reviewed

in connection with the transcripts and the remainder of the record.

     5.   It is imperative that counsel be able and be permitted to meaningfully review all this material with Mr. Colette so that any and all appropriate issues are raised prior to the sentencing hearing. It is counsel's intention to ensure, to the extent practical, that Mr. Colette is fully advised and is able to communicate to counsel and raise each and every one of the issues that can be appropriately raised in this very serious case.

     6.   Counsel expects to complete the review of the file by next week. It would be necessary to have two, and perhaps three, telephone conferences with Mr. Colette prior to filing the sentencing documentation and any other appropriate filing.

     7.   It had been counsel's intention to move for a brief continuance of the sentencing hearing to permit this review now that counsel has the complete record. To that end, we contacted government counsel Brian Schroder, Esq., who is not opposed to a continuance of the sentencing hearing until March 23, 2007, the date we are requesting.

     8.   Prior to the filing of our motion for continuance, the Court's deputy clerk contacted counsel to advise that the Court wished to reschedule the sentencing hearing for March 9, 2007.

     9.   Accordingly, we now move to continue the sentencing hearing from March 9, 2007 to March 23, 2007, with no objection from the government.

10. This is the last request for continuance in this matter. We now have the complete record, and counsel's case and trial schedule is inconsistent with requesting additional time.

Dated: February 23, 2007  Respectfully submitted,

            /s/ David J. Cohen
            177 Post Street
            Suite 600
            San Francisco, CA 94108
            (415) 398-3900
            (415) 398-7500

DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>        Plaintiff(s),       )<br>                             )<br>v.                           )<br>                             )<br>JASON SCOTT COLETTE,         )<br>                             )<br>        Defendant(s).        )<br>                             )<br>_____ ) | Case No. 4:05-CR-00042-01RRB<br><br>**[PROPOSED] ORDER** |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the sentencing hearing in this matter, currently scheduled for March 2, 2007 at 9:00 a.m. be continued to March 23, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____        _____
                              THE HONORABLE RALPH R. BEISTLINE
                              UNITED STATES DISTRICT COURT JUDGE

4

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **NOTICE OF MOTION AND MOTION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER THEREON** in the case of <u>United States v. Colette</u>, Case No. 4:05-CR-00042-01RRB was sent by United States mail to:

>   Brian D. Schroder, Esq.
>   Assistant United States Attorney
>   United States Attorney
>   District of Alaska
>   310 K Street, #520
>   Anchorage, AK 99501
>   Fax: 907-271-2345

I certify under penalty of perjury that the foregoing is true and correct.  Executed on February 23, 2007, at San Francisco, California.

>   <u>/s/ Tonia M. Nelsen-Sanchez</u>
>   Tonia M. Nelsen-Sanchez
>   Legal Assistant