USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN | |
|---|---|---|
| **PLAINTIFF**<br>UNITED STATES OF AMERICA | **COURT CASE NUMBER**<br>4:05-cr-042-RRB | |
| **DEFENDANT**<br>JASON SCOTT COLETTE | **TYPE OF PROCESS**<br>Personal Service | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | TRAVIS COLETTE |

RECEIVED
'01
FEB 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please serve the attached Notice of judicial forfeiture on the above-referenced individual via Certified U.S. Mail, Return Receipt Requested.

[CATS Asset ID#s: 06-DEA-460367 ($38,848); 06-ATF-000395 (14 Firearms)]

| Signature of Attorney other Originator requesting service on behalf of: | X PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(907) 271-2304 | DATE<br>1/19/07 |
|---|---|---|---|
| Katie Voke  /s/ J. McCullock | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 06 | District to Serve<br>No. 06 | Signature of Authorized USMS Deputy or Clerk<br>Candace Edwards | Date<br>1/24/07 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service   Time   am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: Sent certified mail return receipt # 7001 2510 0002 1407 4679 on 1/24/06. Returned not deliverable as address. Returned to court on 2/26/07.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 07/06 |
|---|---|---|

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here — FEDERAL ANCHORAGE JAN 24

Sent To: Travis Colette
Street, Apt. No or PO Box No.
City, State, ZIP

PS Form 3800

7001 2510 0002 1407 4679

06DEA460367

---

**U.S. Department of Justice**
United States Marshals Service
District of Alaska

222 West Seventh Avenue #28, Room 170
Anchorage, AK 99513

Official Business
Penalty for Private Use $300

**CERTIFIED MAIL**
7001 2510 0002 1407 4679

Travis Colette

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

.001 1   05 02/23/07
9937014+5706

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Travis Colette

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7001 2510 0002 1407 4679   06DEA460367

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509