IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 3, 2006, defendant JASON SCOTT COLETTE was convicted by jury trial of Counts 1 and 2 of the Indictment issued in this case.  Based upon the defendant's conviction, the Court entered a Preliminary Order of Forfeiture finding that:

A.    the defendant's interest, if any, in the $38,848.00 IN UNITED STATES CURRENCY described in Count 6, is property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation of 21 U.S.C. §§ 841, to which the defendant has been convicted, thereby rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1); and

B.    the defendant's interest, if any, in the following four firearms described in Count 7, is property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, to which the defendant has been convicted, thereby rendering said firearms subject to forfeiture under 21 U.S.C. § 853(a)(2):

1.    Ingram Model 10A1, .45 cal/9mm Machine Gun, Serial Number A6041381;

2.    Remington Woodmaster Model 740, 30-06 Rifle, Serial Number 83245;

      3.      Colt Sporter, 7.62x39 Rifle, Serial Number LH010714; and

      4.      Mossberg Model 500A, 12 Gauge Shotgun, Serial Number L986808.

AND WHEREAS, the United States Marshals Service directed written notice of the judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested, to the following: Timothy Colette on December 9, 2006; defendant Karen Kristina Koch via counsel Richard Wright on December 11, 2006; Wendee Colette on December 18, 2006; and Travis Colette on January 27, 2007.

AND WHEREAS, on December 10, 17, and 24, 2006, the United States Marshals Service published, in the Fairbanks Daily News-Miner, a newspaper of general circulation, notice of the above-referenced Preliminary Orders of Forfeiture and of the intent of the United States to dispose of said currency and firearms in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the property.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited currency and firearms have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.      That the right, title and interest to the Thirty Eight Thousand Eight Hundred Forty Eight Dollars ($38,848.00) IN UNITED STATES CURRENCY is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed

of by the United States Marshals Service and its property manager and/or its contractor according to law.

      2.    That the right, title and interest to the following four firearms is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Marshals Service and its property manager and/or its contractor according to law:

      1.    Ingram Model 10A1, .45 cal/9mm Machine Gun, Serial Number A6041381;

      2.    Remington Woodmaster Model 740, 30-06 Rifle, Serial Number 83245;

      3.    Colt Sporter, 7.62x39 Rifle, Serial Number LH010714; and

      4.    Mossberg Model 500A, 12 Gauge Shotgun, Serial Number L986808

      3.    That the United States Marshals Service is directed to pay any and all costs associated with the described currency and firearms and to dispose of such according to law.

      4.    The Clerk is hereby directed to send a copy of this Order to the United States Marshals Service.

      SO ORDERED this ___ day of _____, 2007.


_____
HON. RALPH R. BEISTLINE
United States District Court