NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 272-5011
jim.barkeley@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 4:05-cr-00042-RRB |
| ) | |
| Plaintiff,   ) | **DECLARATION OF COUNSEL** |
| ) | **IN SUPPORT OF MOTION FOR** |
| v.   ) | **FINAL DECREE OF FORFEITURE** |
| ) | |
| JASON SCOTT COLETTE,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the

Plaintiff in this action.

1.      On August 3, 2006, defendant JASON SCOTT COLETTE was convicted by

jury trial of Counts 1 and 2 of the Indictment issued in this case.  On August 18, 2006, the

Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture, forfeiting to the

United States the defendant's interest in the $38,848.00 IN UNITED STATES CURRENCY,

described in Count 6 of the Indictment, and the four firearms described in Count 7, including:

1.     INGRAM MODEL 10A1, .45 CAL/9MM MACHINE GUN, SERIAL NUMBER A6041381;

2.     REMINGTON WOODMASTER MODEL 740, 30-06 RIFLE, SERIAL NUMBER 83245;

3.     COLT SPORTER, 7.62x39 RIFLE, SERIAL  NUMBER LH010714; and

4.     MOSSBERG MODEL 500A, 12 GAUGE SHOTGUN, SERIAL NUMBER L986808.

2.     Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited currency and firearms are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3.     The United States Marshals Service directed written notice of the judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested, to the following: Timothy Colette on December 9, 2006 (docket 200); defendant Karen Kristina Koch via counsel Richard Wright on December 11, 2006 (docket 201); Wendee Colette on December 18, 2006 (docket 203); and Travis Colette on January 27, 2007 (docket 226).

4.     The United States Marshals Service published notification of the Court's August 18, 2006 Preliminary Order of Forfeiture in the Fairbanks Daily News-Miner, a newspaper of general circulation, on December 10, 17, and 24, 2006.  Docket 205.  Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest

in the subject currency and firearms.

5.     No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described currency and firearms have been filed by any person or entity within the time allowed by law.

6.     Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said currency and firearms be forfeited as to all persons.  Full right, title and interest in the above-described currency and firearms shall be and hereby is vested in the United States.

Further, the United States Marshals Service and its property manager and/or its contractor should be directed to dispose of the above-described currency and firearms and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 13th day of March, 2007 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury that a true and correct copy
of the foregoing DECLARATION OF COUNSEL was sent via
U.S. Mail this 13th day of March, 2007, to:

REX LAMONT BUTLER (Counsel for defendant Jason Scott Colette)
lawoffices@gci.net; rexattys@alaska.net; raveninvestigations@gci.net

s/James Barkeley