DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:05-CR-00042-01RRB |
| Plaintiff(s), | |
| v. | **LETTERS IN SUPPORT OF DEFENSE SENTENCING RECOMMENDATION** |
| JASON SCOTT COLETTE, | |
| Defendant(s). | Date: March 23, 2007<br>Time: 9:00 a.m. |

   Jason Scott Colette, by and through his retained counsel, David J. Cohen, Esq., hereby files the attached letters in support of defendant's second sentencing recommendation.

Dated: March 16, 2007        Respectfully submitted,

                             /s/ David J. Cohen
                             177 Post Street
                             Suite 600
                             San Francisco, CA 94108
                             (415) 398-3900
                             (415) 398-7500

1

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **LETTERS IN SUPPORT OF DEFENSE SENTENCING RECOMMENDATION** in the case of <u>United States v. Colette</u>, Case No. 4:05-CR-00042-01RRB was sent by United States mail to:

    Brian D. Schroder, Esq.
    Assistant United States Attorney
    United States Attorney
    District of Alaska
    310 K Street, #520
    Anchorage, AK 99501
    Fax: 907-271-2345

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2007, at San Francisco, California.

                      <u>/s/ Tonia M. Nelsen-Sanchez</u>
                      Tonia M. Nelsen-Sanchez
                      Legal Assistant