# EXHIBIT A

REC'D APR 28 2006

April 19, 2006

To Whom It May Concern:

My name is Barbara Colette and I am the proud mother of Jason Colette. I am writing this letter on his behalf.

Jason was born in Fairbanks and attended public school there. He is the fifth of seven children. When he was seven years of age, his dad and I were divorced. I got custody of all the children. I could no longer afford the family home so we moved to low income housing on 22 Ave. I went to school full time to get my nursing degree and worked full time at Denali Center, then called Careage North. The children and I moved to Anchorage after 2 years so that I could finish school. There I worked at Our Lady of Compassion care Center. We did not sit around and cry about our situation.

Jason and his siblings were encouraged, to work hard for what they wanted. I tried very hard to keep them in school, however the boys had there own ideas. Jason went to the tenth grade. He went to work at various jobs. Went to a truck driving school and got his C.D.L. class A. His love was not in driving but in installing and building stereo systems in cars. He went to work for Mrs Hoit installing auto stereos and auto starts. He loved his work and worked there for five years. He worked several other places then managed to get his own shop. We loaned him money to rent the building and obtain inventory. Jason worked six days a week, twelve to eighteen hours a day. He was very good at what he did and had a very good reputation. I find it so hard to believe that he would do anything to jeopardize all he has worked for.

I feel I must address the gun situation. Jason is a hunter. The men in my family were all hunters. I had six brothers. My great Grandfather was a Gun Smith. My husband gave his guns to Jason when we moved to Alabama last year. I believe fourteen of them. I gave Jason a 357 Smith and Wesson. That belonged to me. I never used it for anything. Guns are something we learn to respect. The big gun that he acquired legally was a trophy. There was no criminal intent. The fact that everything, was locked in the safe should have told everyone how cautious he is. Making sure that the children, in the house, were not harmed.

Jason came from a good respectable family. I feel that he was being targeted because of the case with the other Collette's. It was difficult to live in Fairbanks after there arrest.

I worked at FMH and the Pioneer Home for many years. People were always asking if we were related. We also had Mom and Pops Assisted Living Home in North Pole.

I ask you to please consider the amount of time, which they are considering sending Jason to prison for. He is a productive member of society and not harmful to others. Please look at the situation and have mercy on my son. His choices in life may not have all been good but he is much loved and we do not want to spend the rest of our life without him. I miss him very much.

Thank You
Barbara A. Colette

*Barbara A Colette*

09/01/06

To: Whom it may concern,

You don't know me I am Jason Colette's older sister Wendee. I know you are in the
position of deciding what happens to my brother and I wanted to take a little of your time
to help you understand this very special person. Jason is only 33 years old. My parents
divorced when he was 7 and my mother raised 6 kids on her own, while attending nursing
school in the day and working at Carriage North (now called Denali Center) in the
evening. Jason was a small, smart, spirited child and growing up in the low income
housing off 22nd it wasn't easy to be small and white. He never realized he was
disadvantaged though and looked out for the other kids in the neighborhood, he didn't
believe anyone deserved to be bullied or picked on.

He never finished High School (he did obtain his GED) he started working instead, (a
choice sadly so common with our young people). He started out installing stereo's for
friends and worked for several of the install businesses in town. He saved his money and
eventually opened his own shop. As long as 10 years ago he was reputed to be an expert
in his field, so much so that Tom Bole (private investigator) used him as an expert
witness to help in a rape case.

He has been running his own business for over 3 years now and has a well deserved
reputation of excellence. His attention to detail and truly caring about his customers and
the product that went out the door had finally paid off. Granted he worked 6 and 7 days a
week 12-15 hours a day but he loved what he did and threw himself into it.

Don't get me wrong, like the rest of mankind, he has had his problems, he has never been
very good at choosing women friends and a few years back (2002) he was arrested for
DWI, my father pulled him aside and had a long talk with him. Although Jason has never
shared what my Dad said to him he has not touched a drop of alcohol since.

My parents took care of elderly people for many years, they lived in their house and
because of that were considered family. Jason also lived with my parents for some time in
the basement. If you have ever been in a convalescence home you know that some of the
people aren't in their correct frame of mind and can be extremely challenging, Jason was
so patient and so kind to the clients. The women loved to tease him and the men loved to
talk to him. He is a very kind giving person.

Your Honor his business was booming he has no reason to be what they say he is quite
honestly; he wouldn't have had the time!

He has a good fiancée at home now and two young children he loves and they love him. I
know you are thinking how did he get involved in this thing that has him before you? I
don't have the answer to that. I don't know what he did or didn't do. I do know the man
before you is a good man. I do know that he is a productive member of society, I do

May 11, 2006

510 whispering Pines
Enterprise, AL 36330



To who it may concern,

I am Jason Colette's sister-in-law and have known him for about eight years. In all the years of knowing Jason he has been a hard working, trustworthy, and a very likeable person. Jason has worked ever since I have known him, not only does he love his job as a stereo and auto start installer, but he is the best. He was always known to work 10 to 16 hour days a lot of the time, it would be fair to say that he lived there. My husband Travis Colette and I would go over to his work place numerous times and I never saw anything such as drug trafficking going on. When I first met Jason he was working at Hoits that formally was a stereo and auto start installment business, then slowly over years got his own shop. Jason Colette is a hard worker, therefore he has got where he is today by Working at his job of employment.

Jason comes from a very good family, and a trustworthy family. If Jason said he was going to do something he would get it done. Jason also comes from a family of hunters where he grew up around guns and learning how to hunt. As many men do, My family as well are hunters and just like Jason men in my family love guns and some are just to look at or keep in a locked safe. Jason Colette would never hurt anyone ever, in fact he would be a person I would call if I were in trouble.

Jason was in my house many times for dinner or to just hang out, and he was always so polite, and a sweat guy. He was always the responsible one. I have never known Jason to do drugs, he also quit drinking a few years ago because he made a promise to his Dad to do so and he did. He never touched another drink.

There are a lot of terrible things being said about Jason Colette and a lot of it is unbelievable. For example I have heard people saying he is one of the biggest drug dealer in Fairbanks, and If he was what they are saying he is he would have things to show for it. He lives in Lakeview in a trailer, I have never known of him to go on any expensive trips or anything to show for what people are saying. It just breaks my heart to hear what his family has told me that he could go to jail for the rest of his life because I know Jason is nothing but a hardworking and great person and does not fit the criteria of a person to go to jail the rest of his life. He was just starting a family.

Sincerely,

Anna J. Colette

March 12, 2007

To Whom It May Concern:

I am writing this letter in reference to Jason Colette's sentencing hearing on March 23 2007.

My name is Travis Marsh. I am a commercial tire sales representative for Phelps Tire Company. I am a member of the Anchor Toastmasters and the Teamsters local 959.

I have known Jason for approximately 10 years. He is a very good friend of mine and my family. Jason is welcome in my house anytime. My wife and children are quite fond of Jason and we all miss him as I'm sure he misses us. He was a frequent guest at our house whether to just stop by and visit or to attend one of my barbeques.

Jason is a fun loving outdoorsman who capitalized on every opportunity to be outdoors. He is a hunter, fisherman, boat captain and an avid snow machine rider. We have gone camping on numerous occasions in the wilds of Alaska.

Jason is an entrepreneur who started his business with very little and made it a success. He ignored all nay-Sayers and did it which takes a lot of confidence and hard work. He built his business from the ground up and became a major player in the automotive electronics field in Fairbanks.

In regards to his recent conviction I'd like to reference another mistake that Jason made some time ago. He was convicted of a DUI quite a few years ago. I bring this up because since that day Jason has not consumed one drop of alcohol. My point is; Jason is a fast learner. He has lost everything that he loves. He has been in jail for 16 months. He has learned his lesson and I am positive that he will never make this type of mistake again. To put this good man in prison would be a huge waste to society due to his absence and would be an unnecessary cost to the tax payers.

Thank you,

Travis Marsh

1535 Firth Rd.
Wasilla, AK  99654


March 13, 2007



To Whom It May Concern:

This is a character reference letter regarding Jason Colette, and his upcoming sentencing.  I met Jason Colette in 2001.  He has been a true friend of our family.  We saw him regularly at social events, and visited us in our home often.  Jason was always pleasant and respectful, especially around our children.

Jason really earned my respect when he took the initiative to start his own automotive electronics and accessory business.  Automotive electronics is a field that he has great interest and knowledge in.  In addition, Jason's auto accessory business sold quality products, with professional service, and in a fast and friendly manner.  He was an honest and upright businessman.

We all know that Jason has made a mistake.  What differentiates Jason is that his moral fiber is intact.  He truly believes in fair and ethical behavior; he simply made some poor decisions.  I am confident that Jason will only take strides to advance and improve his life in the future, and he deserves that opportunity.   I appreciate your time and consideration.


Thank you,

*Carol Marsh*

Carol Marsh

# OUTLET ELECTRIC INC.
♦♦♦

P.O. BOX 73754 ♦ FAIRBANKS, AK 99707
Phone 907-488-3282 ♦ Fax 907-488-2382

5-3-06

*REC'D MAY 0 8 2006*

TO WHOM IT MAY CONCERN:

THE INTENT OF THIS LETTER IS TO INFORM ANYONE AS TO THE CHARACTER OF JASON COLLETTE.

I HAVE KNOWN JASON FOR 12 YEARS. DURING THIS TIME MYSELF, FAMILY MEMBERS, AND FRIENDS HAVE SPENT MANY DAYS DOING RECREATIONAL ACTIVITIES, SUCH AS SNOWMACHING, JET SKIING, 4 WHEELING, PICNICS, AND BARBECUES WITH JASON. IN ALL OF THESE TIMES JASON HAS SHOWN EXCEPTIONAL CHARACTER.

JASON TAUGHT MY CHILDREN HOW TO SNOWMACHINE AND JET SKI. HE IS THE TYPE OF PERSON THAT FREELY VOLUNTEERED TO SPEND TIME WITH MY CHILDREN. WHEN MY CHILDREN WERE AS YOUNG AS 10 YEARS OLD, JASON WAS WILLING TO SHOW THEM HOW TO DO THESE THINGS. IN ALL OF THESE TIMES I CAN ASSURE YOU JASON MAINTAINED THE BEST OF CHARACTER. DRUGS AND ALCOHOL WERE NEVER INVOLVED IN THESE ACTIVITIES.

MY CHILDREN HAVE ALWAYS GONE TO JASON FOR ADVICE ABOUT THEIR SOUND SYSTEMS, AUTO ACCESSORIES AND TOYS. HE ALWAYS GAVE THEM THE BEST ADVICE. THROUGH OUT THE YEARS OF WATCHING JASON CONDUCT HIMSELF AROUND MY FAMILY AND FRIENDS. I WILL HONESTLY SAY THAT I GIVE JASON THE HIGHEST RECOMMENDATION AS I CAN. NOT ONLY DO I FEEL THIS WAY ABOUT JASON I KNOW FOR A FACT THAT MANY OTHER PEOPLE FEEL THE SAME WAY SUCH AS - MATT MOTSCHENBACHER, NICOLE MOTSCHENBACHER, BRITTNEY MOTSCHENBACHER, DUSTY BERGEE, JOE SOLAND, MIKE STARK, STEVE DARBY, DAVE ERICKSON, TIM ERICKSON, PAT CLARKE, SHANNON PITKA, AND MANY MANY MORE, IN FACT I CAN SAY ALMOST ANYONE WHO KNOWS JASON WILL AGREE.

IF JASON IS GUILTY OF WHAT HE IS CHARGED WITH HE DOES NEED TO BE PUNISHED, BUT HE DOES NOT DESERVE TO HAVE HIS ENTIRE LIFE GIVEN UP TO THE SYSTEM.

IF YOU HAVE ANY QUESTIONS PLEASE CALL ME AT 488-3282. THANK YOU.

NICK MOTSCHENBACHER

To Whom It May Concern:

Hello, my name is Karen Koch, and I am writing to you on behalf of Jason Colette. I have known Jason since I was about 15. We attended high school together. I have seen him thru the years, and we share, still, a lot of the same friends, since back in school, and he has always been a great guy.

We started dating a few years ago, and we are the best of friends. We have always had a great time together, and he has always shown me nothing but a gentleman.

I have 2 children, and he has shown them a world they have never known, as far fulfilling promises that he makes to them, if he tells them he is going to do some-thing, he has always followed thru , which is not what they are used to with a male role model . He is there every night to have dinner with us, he is there every night to kiss them and read to them before bed, he has just been there for them,; us, period. He has become a great father figure in their lives, and a great friend to them as well.

Jason loves the outdoors. He has taken us out to and we've had a lot of fun with him. He has taught my son how to fish, gone canoeing with them, taught them how to ride snowmachines, go karts, sea-doos, he has taught them how to cut and stack wood, things they have never done.

We all know Jason asa very caring and loving person. He is a very responsible person; his shop, work and family always came first. I always see him happy, and working very hard. At work his customers always seemed very happy with him and his work. I do not know anybody who could say anything bad about him.

For the time we have spent with with Jason, has been wonderful, and for the portrayal of him as this monster from what he is being made out to be, is NOT the Jason Colette that myself, my children, my family or my friends know.

Thank you very much for your time.

Sincerly,
Karen Koch

*Karen Koch*

September 7, 2006


To Whom It May Concern;

I have known Jason Collette for about 3 years as my daughter Karen Koch's boyfriend. The purpose of this letter is for you to know him as I do.

My daughter had just moved into an apartment that allowed my grandson to have his own bedroom, but he was resistant in sleeping in his own bed, he wanted to sleep with mom, and he was also still dependent on a pacifier. We all tried in vain to wean him of his dependency to no avail, but it was Jason who had the most success in working with him to become completely pacifier free. He spent a lot of his time interacting with him so that he would become comfortable with his presents. He would stoop down so that he would be eye level when he spoke; his tone was not aggressive but mild and soothing. It wasn't very long before the two of them became very close friends.

Jason was also very instrumental in helping my granddaughter overcome some of her difficulties with her school work. He would spend several hours each night explaining to her in a way that she would understand what she was supposed to be doing, and the way that he spoke with her was also very mild. She looked forward to him coming home so that they could work on her homework.

I saw a very big change in their lives when Jason became a part of their lives. Both the kids looked forward to spending time with him and spoke very highly of him, and he enjoyed his time with them. There lives had structure; after school there was a snack and wind down time before it was time to do homework. There was a set time for dinner and if dinner wasn't eaten at dinner time, then the next meal was breakfast the next day. The kids knew that when 9:00 came, it was bedtime now matter what day of the week it was. They had chores and they knew what they were, keep their bedrooms picked up, put their toys, books etc., away when not being used, they loved to help mom in the kitchen and with the household chores. They learned that when playing outside with their friends, there were boundaries. They quickly learned that helmets were required when riding bikes, and no going near the water without a lifejacket and an adult had to be present. These were things that were already implemented, but when Jason came into their lives, the resistance vanished. They seemed to be at peace and accepted his presence and authority and they showed respect for one another. I never heard Jason raise his voice, nor did I ever hear a threatening word from him.

Now my daughter. She has been on her own since she was 15 years old. She has made mistakes and has paid for her mistakes in one way or another. Like any parent of a young teenager, I worried about her well being everyday. We kept in contact on a daily basis, but that wasn't enough for me to get good nights sleep. For years, I tossed and turned throughout the night fearing the worst possible scenarios, and this ritual changed for me when Jason became a part of our live.

Jason believed in my daughter and that was something that she never had in her previous relationships. He was kind and gentle to her, and he cared about her in a way that she changed her own beliefs in herself. She became more focused with her and the kids' everyday life. This was the first time I actually saw my daughter laugh and she was genuinely happy. I said this before, but there was structure and now there seemed to be meaning and her live, besides the kids, had purpose.

When my daughter and the kids felt it was right for them to live as a family, they moved into Jason's home. They couldn't have been happier. She got up in the morning with Jason, did the morning coffee and off he went to work. Then it was get the kids up for school and off they went. Nothing unusual or out of the ordinary seemed to occur in this household. I often made unannounced visits and saw nothing and felt nothing but love and kindness. My concern for my family was for their well being and their safety.

When I visited them at home, I did not witness a large amount of people coming and going in and out of their home, in fact the only visitors were family and the kids' friends. The telephone did not ring on an ongoing basis, when there was an incoming call; it was usually for my daughter. When I visited, it was normally after work hours, and Jason was always there. It didn't matter what day of the week or what time of night it was, he was always there, and on most occasions, he was on the verge of falling asleep if I visited at night. There were several times that I went to his shop, unexpected, to have him do work on my car, and he was always there.

I came to know him and was very happy that my daughter had finally found someone to have a relationship with that cared about her and treated her with respect and gave the same to the kids. Their relationship felt right for them and for me, so much so that I could actually sleep through the night comfortably.

Thank you for taking the time to learn about the Jason Collette that I know.


Sincerely,

Donna Borce
Donna Borce

May 3, 2006

To Whom It May Concern:

I have been acquainted with Jason Collette since July 2002. As his landlord, I have found him to be very responsible, courteous and a pleasant young man. He was an excellent tenant. I never had any complaints about him.

Sincerely,

*Sandy Farmer*

Sandy Farmer
Manager, Lakeview Terrace

To Whom It May Conce...

My Name is Michael D. Stark.

REC'D MAY 01 2006

I have know Jason Collette since High school. He is a good friend who has made some poor Desicions.

He is not a violent man and the only time in 15-17 years Ive known him I have seen him with firearms Is when we are hunting (we go every year) This is a man of whom I would trust with my life be it in the woods, snow machineing or canoeing and boating. I realize That every one must be accountable for what they have done but take into account his buisness in the community His family and friends who love ~~him~~ him I ask you to be leviant I know This man, He is a good person.

Apr 26 06

Dear Judge Beistline,

Jason Colette has been a friend of mine for 7 years.
I have never had a reason to worry about Jason or his activities, and I have never seen
him behave in any manner and in all the time that is illegal or immoral. I have known him
to be a caring family man and a man who is good to his word. He has an excellent
reputation despite the fact that people keep confusing him with that other Collette family
from Ester years back.
I know he made a bad choice but I hope you do not find that once is all a person gets in
this lifetime. I hope you are a fair judge and look to see what KIND of person you are
dealing with before making a decision on the rest of his life.

Sincerely,
Chris Nuckols

September 5, 2006


To Whom It May Concern:

My name is Tim Erickson. I am an Electrician and a friend of Jason's. I am writing a character on behalf of Jason Collette. I have been a friend of his for 10 years now. He is a great guy and has always been a good friend of mine. We used to go snow machining, four wheeling, fishing and camping together with our group of friends. I have not ever witnessed or been a part of any illegal activities with Jason in the 10 years I've known him. When people would ask me where to take there vehicles for auto starts installation, sound systems or any other electrical work I would 100% always refer them to Jason. He was good at what he did and a good person besides, which made him a good business owner and friend. He had lots of loyal customers and I never heard anyone complain about his work ethics or people skills. I hope he'll get a chance to do what he loves again and reestablish his good name as an Electrical Mechanic.


Thanks.


Tim Erickson
907-347-1848

**DAVE'S SHOP**
**1225 HARTZOG LOOP**
**NORTH POLE, ALASKA 99705**
**907-488-7707**

September 5, 2006

To Whom It May Concern:

My name is David Erickson and I am the owner of Dave's Shop. I have known Jason Collette for about 10 years now. I was surprised to hear about Jason's charges brought against him. He has always been helpful, courteous and trustworthy. We used to call him on occasion for advice on electrical work on vehicles. I felt he was on of the best and I had a great working relationship with him. I think he's a good guy and I was able to count on him.

We also had a non-working relationship also. He is my son Tim Erickson's good friend and also is close with my employee's. I have gone snow machining with Jason and four wheeling multiple times and I didn't witness any deviant behavior. I never worried about him hanging out with my kids or being around at my place of business.

If you have any questions, please feel free to call me, 907-488-7707. Thank you for your time.

Sincerely,

David A. Erickson
Owner of Dave's Shop

**DAVE'S SHOP**
**1225 HARTZOG LOOP**
**NORTH POLE, ALASKA 99705**
**907-488-7707**

March 13, 2007

To Whom It May Concern:

My name is Patrick Clarke and I have worked at Dave's Shop for 14 years now. I've known Jason Collette for about 10 years. We have had a working relationship and he is a friend of mine also. I really respected his knowledge of electrical work on vehicles and we would call each other for advice and problems with customer vehicles. We would refer our customers and friends to him for auto starts, window tints and anything electrical.

We also would go snow machining and four wheeling together. Jason is a really good guy and is family oriented. Thank you and call me if you have any questions, 907-488-7707.

Sincerely,

Patrick Clarke
Dave's Shop Lead Mechanic

Dear Judge Beistline,

I have known Jason Colette for approximately 12 years.

I would describe Jason Colette as a very giving person. He has always been there for me when I needed him, willing to give the shirt off his back to help a friend.

In that time I have never come across an instance where I would have deemed Jason a "danger to the public" or seen an episode of physical violence towards another individual.

Jason has been a great father to his kids and although you may think How is that possible with this behavior, I hope you can see this is not the person Jason is. He is a family oriented businessman. He is a good man. His choice was not good but Jason is about as far from being a danger to society as Barney the purple dragon.
I don't know why he got messed up in what he did but I wanted to take a moment to let you know this is not his SOP this is a man who you would want for a neighbor and a friend under any other circumstances.

Thank you for your time.
Kelly Wilson

To Whom It May Concern:

Hello, I'm writing you because a very god friend of mine is in trouble, Jason Collette. Since this unfortunate incident has happened to him, us, it hasn't been the same I've lost a very good friend. I've known Jason for about 15 years. I miss him and his company very much. We used to go to the lake and snow machine all the time, almost every weekend; we were always doing something together.

I personally believe Jason has learned his lesson and that he made a very bad decision and him being away fro his family and very good friends the past 2 years has been enough. I now that the court has its guidelines and has to do something, but I also hope that they take into consideration that he haven't been in this kind of trouble ever in his whole life. I honestly believe that nothing would ever happen like this again, go easy on my friend, don't send him to jail for all his young his life. Like I said I now you have to do something, but please don't take a very good friend of mine away from me.

A very good friend,

Joey Soland

To Whom It May Concern:

   I'm writing in regards to a very dear friend Jason Collette.  I've know Jason since high
school, that was about 20 years ago, he was a friend of mine then and still is.  He plays a
very important role in my children's lives and they love and care about him very much.
He is the godfather to my daughter and their lives have changed since this happened.
   I feel that Jason has learned his lesson for the mistake that he has made.


Sincerely,

Shannon Pitka

To Whom It May Concern:

This letter is sent to you in regards to Jason Colette, whom I've known since high school. Jason has always been a high achiever: he is a hard working person and is dedicated to his work and family. I hope he will be given the proper respect, because he is sincerely a great addition to society.

Sincerely,

Tawnie Burns

To Whom It May Concern:

I'm writing on behalf of Jason Collette, I've known Jason since high school he is a very caring non-violent person. He isn't perfect, but he is a very good person who provided a a place for people to work and ran a productive business in the auto alarm industry.  I have never known him to be violent or have a nature of violence towards people.  I realize people must pay for their crimes.  He is a good man so let the punishment fit the crime.

Thanks You,

Michael Stark

3 14 07

To whom it may concern,

I'm writing this letter in regards to Jason Collete. As a good friend and customer of Arctic Alarm and Audio I would like to see Jason have a second chance at his life, to make it right. I believe the media has him miss judged. Jason is an honest, loyal, and caring family man. Always willing to help anyone with anything, from your car stereo to working on your snowmachine. Jason's hard work and good attitude were and still are highly talked about by his friends and customers of Arctic Alarm and Audio. Jason made some wrong choices and lost his shop and good name because of it, but I really trust and believe that he would prove to others what kind of guy he really is if he was given another chance. I'm sure that he will be sentenced for the crime he is being accused of, but I pray that his time will be served in a timely manner, so that he will one day still have enough time to make a life for himself.

Thanks for you time

March 12, 2007

To Whom It May Concern:

I am writing this letter in regards to Jason Colette. I met him through an extended family member in 2005. He has proven to be an active member of his immediate surroundings and community. He has contributed to several causes and given funds to local families in need. Including a benefit to raise money for an operation that my mother needed in the spring of '05.

I have attended a few family gatherings where he was in attendance. He was always very respectful and giving to my family. He and his girlfriend invited my children to play often. I have had many conversations with his girlfriend's children, they have conveyed nothing but positivity. My children had nothing but nice things to say in regards to their time spent Jason and Karen as a family. I can honestly say that Jason has never addressed me with anything other than dignity and respect.

I was very disappointed to find out about Jason's' activities. The fact is he made some bad choices. That does not mean that he is a bad person. I am worried about his future and the lives that also effects. I think that if given the opportunity he will fully rehabilitate into a positive healthy addition to our community.

Thank you for your time.

Corey Patton

13 Mar, 2007

My name is Darrin Freeman,

   I have lived in Fairbanks for about 38 years.  I have known Jason Colette
for about 10 years.  Both personally and professionally.  I have always known
him to be a good friend, and honest person.

If you have any questions I can be reached at 388-0571.

Thank you for your time.

Darrin Freeman

To Whom It May Concern,

My name is Andrew Biden and I've known Jason Colette for 20 years or so. As long as I've known Jason, he's always been a hard working, honest man. He has always jumped into projects and hobbies 110%. He loves being in Alaska and loves the outdoor adventures Alaska has to offer, like riding jet skis, snow machining in Cantwell, and Moose hunting to provide for his new family. I have known Karen Koch for about the same amount of time and think she's a great person with two great kids. I believe Jason has learned a very valuable lesson from this ordeal and wouldn't risk having to spend time away from his family again. I would like to add, with much emphasis, that after receiving a DUI in Fairbanks, he never touched alcohol again as far as I know. I consider Jason a good friend.

Sincerely,

Andrew Biden

Briana Biden                                            March 11, 2007
1378 Glade Court
Fairbanks, AK 99709

Re: Jason Colette

My name is Briana Biden and I've known Jason Colette for nearly 20 years.
I've always respected Jason and have gotten much respect from him in
return. He has always had a great sense of humor and always seems so
ambitious. Having spent some time with Jason and his girlfriend Karen
Koch, I've seen Jason emerge into quite a family man and know that his
family means a great deal to him and he has always tried to provide well for
them. Jason has definitely learned from any mistake he has ever made. Due
to a DUI, he has not touched a drop of alcohol for several years as far as I
know.

Jason is a very well liked, charismatic person. I like Jason, he makes me
laugh, and he's a great friend.

Sincerely,

Briana Biden

To Whom It May Concern:

My name is Laurie Schramm; I'm writing this letter on behalf of Karen Koch and Jason Collette I've been their neighbor at Lakeview Terrace for several years. I live three trailers down from them, our children play together and are at each others houses constantly, they have barbecues in the summer, our kids play down at the lake together, our kids ride snow machines around in the winter, they are very family orientated. I'm very proud to have them for neighbors. I know if I need either of them for anything they will be there for me and my family, as I will for them. I would really love to see this family reunited, a good healthy family structure is important for the children and you don't see close knit families like theirs too much anymore.

Sincerely,

Laurie Schramm

Dear Judge Beistline,

I have known Jason Colette for approximately 8 years. He has been an excellent customer and friend for all that time.

He has never been inapropriate or rude or violent in any manner. He is one of the most credible people I have ever know. If he made a poor choice then shame on him but don't let this be your only impression of him because that is not the Jason we know and like.

He is not a bad man, he is a good man who made a bad choice. Besides this situation you would have liked him, his family and what he has done with his life.


Sincerely,
Lee Sumptner

Dear Judge Beistline,

I have known Jason Colette for approximately 25 years. In that time I have never come across an instance where I would have deemed Jason a "danger to the public" or seen an episode of physical violence towards another individual.

I would describe Jason Colette as a very giving person. He has always been there for me when I needed him, willing to give the shirt off his back to help a friend.

As a father figure he seemed to excel, providing a positive male presence for his surrogate family. Jason was always there to support his girlfriend's children, whether it was attending their school play or taking them to the lake for a fun weekend. Depriving these children of his influence is criminal in itself.

Sometimes life pushes us into a corner and we feel compelled to do things outside our nature to survive. Please do not make your decision in haste as everyone deserves a second chance. For all of the reasons stated herein I am pleading with the court to show lenience in its handling of this case.

Sincerely,

Bud Belton
Owner Northern Power & Machinery