**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )  Case No. 4:05-cr-00042-01-RRB<br>v.                            )<br>                              )<br>JASON SCOTT COLETTE,          )  **ORDER DENYING PENDING MOTIONS**<br>                              )<br>          Defendant.          )<br>_____) | |

      Sentencing in this matter was most recently set, at Defendant's request, for March 23, 2007 at 10:00 a.m.  Defendant now files a myriad of motions, (Motion to continue sentencing at docket 235, Motion for return of property at docket 237, Motion for evidentiary hearing at docket 238, and Motion to dismiss at docket 239) and asks that the imposition of sentence be continued.  The Government opposes.

      Defendant's motions are all untimely and as articulated by the Government, are also substantively without merit.  The Court however has not finally resolved the forfeiture issue.  Therefore all of Defendant's motions, with the exception of the forfeiture issue are hereby DENIED.  Sentencing shall proceed as scheduled.  If Defendant desires to present witnesses at sentencing he may do so, but not with regard to the amount of drugs, which has been previously resolved by stipulation of the parties and by jury verdict.

      ENTERED this 21st day of March, 2007.


                                          S/RALPH R. BEISTLINE
                                          UNITED STATES DISTRICT JUDGE