MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  JASON SCOTT COLETTE    CASE NO. 4:05-cr-00042-01-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         CAROLYN BOLLMAN

UNITED STATES ATTORNEY:        BRYAN D. SCHRODER

DEFENDANTS ATTORNEY:           DAVID J. COHEN

U.S.P.O.:                      MARCI LUNDGREN

PROCEEDINGS: IMPOSITION OF SENTENCE HELD:    March 23, 20007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:09 a.m. court convened.

Court and counsel heard regarding sentence. **Exhibits A, B, C and D ADMITTED** without objection.

At 11:09 a.m. court recessed until 11:21 a.m.
**Exhibits 1 and 2 ADMITTED** without objection.

At 11:31 a.m. court recessed until 12:00 p.m. for counsel to review defense proposed exhibit.

Court and Counsel heard re testimony of Mr. Johnson. Court reviewed material re Mr. Johnson.

At 12:07 p.m. court recessed until 12:09 p.m.

Defense exhibit **E ADMITTED** for review by the Court as agreed with disputed documents/notes removed.

X Notice of Appeal form given to defendant/defense counsel.

X   Court stated findings/reasons pursuant to sentencing guidelines.

Continued on Page 2

<u>Page 2</u>

U.S.A. vs. <u>JASON SCOTT COLETTE</u>   CASE NO. <u>4:05-cr-00042-01-RRB</u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD:   March 23, 20007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>X</u> Imprisonment for a period of <u>96 months</u>

<u>X</u> Defendant placed on supervised release for a period of <u>5</u> years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>   200.00   </u>, due <u>   immediately   </u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X   OTHER:</u> <u>Court recommended incarceration at FCI Sheridan, and that the defendant participate in the 500 hour drug program. A fine will not be assessed.  The Court has not signed the final order regarding forfeiture.  Counsel.  Briefing on the issue of forfeiture by defense is due 10 days from this date and response from the government is due 10 days after filing of defense brief.</u>

At 12:37 p.m. court adjourned.

Off record: Exhibits returned

DATE:<u>      03/28/2007      </u>   DEPUTY CLERK'S INITIALS:<u>  cpb   </u>