(Rev 3/07)

# LIST OF EXHIBITS

Case No.     4:05-cr-00042-01-RRB                    Judge:  **RALPH R. BEISTLINE**

United States of America
    vs.
Jason Scott Colette

Dates of Hearing:   March 23, 2007

Deputy Clerk/Recorder:  Carolyn Bollman

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | David J. Cohen |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 |  | X | Stipulation | **A** |  | **X** | **Interview excerpts by PI** |
| 2 |  | X | DEA #7 | **B** |  | **X** | **Interview excertps by PI** |
|  |  |  |  | **C** |  | **X** | **Interview excerpts by PI** |
|  |  |  |  | **D** |  | **X** | **Interview excerpts by PI** |
|  |  |  |  | E |  | X | Materials re Mr. Johnson |