NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
jim.barkeley@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-042-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION ON SHORTENED TIME** |
| | ) | **TO AMEND JUDGMENT** |
| v. | ) | |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, pursuant

to Rule 35(a) of the Federal Rules of Criminal Procedure, and hereby moves this Court to

immediately amend the defendant's Judgment In A Criminal Case (dkt. 248) to include

forfeiture. The Judgment should be amended immediately, before this Court loses jurisdiction

to correct the sentence under Federal Criminal Rule 35(a). The Judgment at p.6 should

reflect, by checking the last box on that page, the defendant's forfeiture of any and all of his

interest in the $38, 848.00 and four firearms- the forfeiture which was already final, as to the

defendant, at the conclusion of IOS, because that is the legal effect of the Preliminary Order

of Forfeiture at Docket 171. The defendant had no right to subsequently brief the Court

(although that time has elapsed) on any forfeiture matters; only the rights of third parties, if

any, are implicated by the United States' motion for a final decree of forfeiture. *See* Cassella,

Stefan *D.,* Asset Forfeiture Law In the United States , Sections 19-3b. and 20-3c. (pp.571-

573, 600-606)(JurisNet 2007). According to these authorities, the United States would have

to consider an appeal, because the post-IOS briefing opportunity may have inadvertently

confused the defendant as to the forfeiture component of his sentence.

      DATED this __ day of April, 2007 in Anchorage, Alaska.

                      NELSON P. COHEN
                      United States Attorney

                      s/James Barkeley
                      JAMES BARKELEY
                      Assistant U.S. Attorney
                      Federal Building & U.S. Courthouse
                      222 W. 7th Avenue, #9, Room 253
                      Anchorage, AK 99513-7567
                      Phone: (907) 271-3699
                      Fax: (907) 271-6011
                      Email: jim.barkeley@usdoj.gov
                      Alaska Bar No. 8306019

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury that a true and correct copy
of the foregoing MOTION FOR FINAL DECREE OF FORFEITURE,
DECLARATION OF COUNSEL, and proposed FINAL DECREE OF

FORFEITURE were sent via U.S. Mail this __ day of April, 2007, to:

REX LAMONT BUTLER (Counsel for defendant Jason Scott Colette)
lawoffices@gci.net; rexattys@alaska.net; raveninvestigations@gci.net

s/James Barkeley_____