NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
jim.barkeley@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-042-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF WITHDRAWAL OF MOTION ON SHORTENED TIME TO AMEND JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  COMES NOW plaintiff United States of America, by and through counsel, in the wake of discussions with opposing counsel, hereby moves to withdraw the instant motion. Counsel indicated that he may raise an issue on appeal, if this motion is granted. In fairness to the defendant, he appears to have been granted the right to brief the court about forfeiture. The government will respond to the defendant's brief (which may still be timely filed, contrary to the government's erroneous position) and will be seeking oral argument.

At this point, the simplest procedure might be for the court to re-open IOS. Then, the forfeiture component of the defendant's sentence could be made part of his final sentence and incorporated into the Judgement.

The government apologizes for any inconvenience caused by the motion and its prompt withdrawal, but believes it is the appropriate solution at this point in the proceedings.

DATED this 5th day of April, 2007 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019