<u>David J. Cohen, Esq.</u>
<u>Cohen & Paik LLP</u>
<u>177 Post Street, Suite 600</u>
<u>San Francisco, CA  94108</u>
<u>Phone:  (415) 398-3900</u>

<u>Attorneys for Defendant Jason Scott Colette</u>

 <u> X  </u>   RETAINED <u>    </u>   APPOINTED


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

THE HONORABLE
TRIAL JUDGE <u>RALPH R. BEISTLINE</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. <u>4:05-CR-00042-01RRB</u> |
| (Appellant/**Appellee**) | ) | |
|             Plaintiff. | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEAL (Criminal) |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| (**Appellant**/Appellee) | ) | |
|             Defendant. | ) | |
| | ) | |

　　　　Notice is hereby given that **Jason S. Colette**, Defendant-Appellant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the (check one)

(**X**)   Final Judgment (F.R. Crim P. 32(b))

(**X**)   Sentence   (18 U.S.C. Sec 3742) Sentence imposed<u> 96 mos.   </u>

( )  Order (describe)<u>                                                       </u>
entered in this proceeding on the <u>    </u> day of <u>       </u>, <u>    </u>.


If government appeal:  Was the filing of this appeal approved in accordance with 18 U.S.C. Sec 3742(b)(4)? <u>    </u> Yes <u>    </u> No


DATED: <u>04/05/07     </u>　　　　　　/s/ David J. Cohen
　　　　　　　　　　　　　　　　　Cohen & Paik LLP
　　　　　　　　　　　　　　　　　177 Post Street
　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　(415) 398-3900
　　　　　　　　　　　　　　　　　(415) 398-7500

Transcripts Required**  _X_  Yes ___ No

Date Ordered or to be Ordered  _5/1/07_

Date   (X) Indictment     ( ) Information    Filed 12/14/05

Bail Status: Defendant-Appellant is in custody.

Will there be a request to expedite the appeal and set a schedule faster than that normally set? _X_ Yes ___No (Note: This does not alleviate requirement of FILING a motion to expedite which must be done in accordance with FRAP 27).

\*    Pursuant to F.R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
\*\*   If transcript required, transcript order form (CA9-036) must be completed and court reporter contacted to make arrangements for transcription