DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-CR-00042-01RRB |
| ) | |
| Plaintiff(s), ) | |
| ) | **STIPULATION TO PERMIT AMENDMENT** |
| v. ) | **OF THE MARCH 30, 2007 JUDGMENT** |
| ) | **(DOCKET #248)** |
| JASON SCOTT COLETTE, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties that following the Court's ruling on the forfeiture and return of property issues which were reserved at the sentencing hearing, the judgment may be amended, if necessary.

**IT IS SO STIPULATED**.

                                      NELSON P. COHEN
                                      United States Attorney

Dated: April 5, 2007        /s/ James Barkeley
                                        JAMES BARKELEY
                                        Assistant U.S. Attorney
                                        222 W. 7th Avenue, #9, Room 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907)271-3699
                                        Fax: (907) 271-6011

Dated: April 5, 2007            /s/ David J. Cohen
                                            DAVID J. COHEN
                                            COHEN & PAIK LLP
                                            177 Post Street, Suite 600
                                            San Francisco, CA 94108
                                            Phone: (415) 398-3900
                                            Fax: (415) 398-7500

**IT IS SO ORDERED.**

Dated: _____        _____
                                            THE HONORABLE RALPH R. BEISTLINE
                                            UNITED STATES DISTRICT COURT JUDGE