David J. Cohen, Esq.
Cohen & Paik LLP
177 Post Street, Suite 600
San Francisco, CA  94108
Phone:  (415) 398-3900

Attorneys for Defendant Jason Scott Colette

 X    RETAINED ____ APPOINTED


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

THE HONORABLE
TRIAL JUDGE RALPH R. BEISTLINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, (Appellant/**Appellee**) Plaintiff. | ) ) ) ) | Case No. 4:05-CR-00042-01RRB |
| vs. | ) ) | NOTICE OF APPEAL (Criminal) |
| JASON SCOTT COLETTE, (**Appellant**/Appellee) Defendant. | ) ) ) ) | |

Notice is hereby given that **Jason S. Colette**, Defendant-Appellant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the (check one)

(**X**)  Final Judgment (F.R. Crim P. 32(b))

(**X**)  Sentence  (18 U.S.C. Sec 3742) Sentence imposed 96 mos.

( )  Order (describe)_____
entered in this proceeding on the ____ day of _____, ____.


If government appeal:  Was the filing of this appeal approved in accordance with 18 U.S.C. Sec 3742(b)(4)? ____ Yes ____ No


DATED: 04/05/07                 /s/ David J. Cohen
                                Cohen & Paik LLP
                                177 Post Street
                                Suite 600
                                San Francisco, CA 94108
                                (415) 398-3900
                                (415) 398-7500


1

Transcripts Required**  _X_  Yes ___ No

Date Ordered or to be Ordered  _5/1/07_

Date   (X) Indictment    ( ) Information    Filed 12/14/05

Bail Status: Defendant-Appellant is in custody.

Will there be a request to expedite the appeal and set a schedule faster than that normally set? _X_ Yes ___No (Note:  This does not alleviate requirement of FILING a motion to expedite which must be done in accordance with FRAP 27).

---

*   Pursuant to F.R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**  If transcript required, transcript order form (CA9-036) must be completed and court reporter contacted to make arrangements for transcription