Exhibit B

LAW OFFICES
**BARRY W. JACKSON**
P. O. BOX 70348
FAIRBANKS, ALASKA 99707-0348

PHONE (907) 456-7791
FAX (907) 456-8005
527 4TH AVENUE, SUITE 203

ANCHORAGE OFFICE

3105A LAKE SHORE DRIVE
SUITE 102
ANCHORAGE, ALASKA 99503
(907) 243-3235

E-Mail Address
barryjackson99709@mosquitonet.com
URLS
www.barrywjackson.com
www.lawyers.com/barrywjackson

April 2, 2007

Hand-delivered

Paul J. Ewers, Esquire
Deputy City Attorney
Office of the City Attorney
City of Fairbanks
800 Cushman Street
Fairbanks, AK 99701-4683

Re:  City v. All Personal Property . . .
     Case No. 4FA-05-2624 CIV
     • Return of Property a) not Included in City's Forfeiture Case, b) Not Needed as Evidence in Federal Case (As There May Be a New Trial), and c) Not Held by, or for the U.S. in Seeking Forfeiture Incident to the Federal Criminal Case

Dear Paul:

My clients and I understand you have no authority over federal evidence, (b) above, and respect your decision as to not providing your good offices to recover property not (to my knowledge) subject to forfeiture in the federal case. But we respectfully suggest we have a right to know the location of property and the possessor, that is not subject to the City's forfeiture case or which is not subject to forfeiture action in the federal case.

My secretary, Diane, and Sean reviewed lists (see 3-page handwritten inventory of items seized, copy enclosed), and prepared a list of items known to have been seized, and which are not on the typed inventory from the city, as follows:

- Lip Balm
- Nokia Cell Phone
- Swisher Sweets
- Wallet w/$3 Cash (Wallet returned, cash was not)
- $349 U.S. Currency (on Jason's person)
- H&K 40 S&W Firearm (SN 26-026328) (from the 1989 Chevy Pickup)
- Miscellaneous Documents (from the '89 Chevy)
- Ammo (from the '89 Chevy)
- Gunbelt (from the '89 Chevy)
- $282 U.S. Currency (from the '89 Chevy)
- $69 Cash w/Money Bag & Documents (petty cash for the shop, kept in Russ Christie's toolbox for safekeeping)

Exhibit B

Paul J. Ewers, Esquire
Deputy City Attorney
Office of the City Attorney
City of Fairbanks
December 7, 2006
Page 2

- .357 Ruger Pistol (SN 161-01008) w/Holster
- Miscellaneous Documents (from Jason's toolbox)
- Miscellaneous Documents (from the DuPee toolbox)
- Miscellaneous Documents (from Jason's office)

Sean and Jason request that you advise us of the location of these items, as well as an explanation of why these items have not been returned, and request the immediate return of all property held by the city or state not associated with the City's forfeiture action. To be clear, we are not requesting any property that is being held by the federal government for use in the criminal case, including held for federal forfeiture action.

Also enclosed are copies of three checks, from customers, for $80.00, $265.37, and $525.00. As these are clearly for work performed, our position is that they should be released.

Most important, Sean is requesting the return of any and all documents used in the day-to-day operation of Arctic Alarm and Audio including, but not limited to, scheduling book, credit card receipts, customer job invoices, shipping invoices, product delivery slips, journals, customer estimates, accounts receivable documents, accounts payable documents, utility bills, customer lists, desktop calendar, ledgers, computers, inventory printouts, hand written invoices or estimates, canceled checks, bank statements, and business and personal checks, with carbons, petty cash, and financial statements.

Jason needs the business records and financial documents seized, in order to prove his business was a legitimate and money-making enterprise. They have retained a forensic accountant to review the documents and so certify. (Jason's accountant supports this, and has reviewed bank records, but he is not an "expert witness.") These are needed <u>immediately</u>, as the defense to the federal forfeiture is Monday, April 9. I realize you may have no control and cannot comply. A letter so stating, with such detail as you can provide is essential. If federal authorities are withholding evidence, relief can probably be obtained, but we have to show we have exhausted possible means of recovering these documents. If originals cannot be produced, a copy of them may be sufficient. If the federal authorities have them and won't release even copies, I expect a discovery request will be made in the federal court.

Incident to our pending settlement, Sean needs to inspect the items on the 23-page typed inventory sheets, so he can determine how much storage space they will require and to arrange for pickup.

We are not prepared to release the welder to Whitney Cook. Jason is preparing a written

Paul J. Ewers, Esquire
Deputy City Attorney
Office of the City Attorney
City of Fairbanks
December 7, 2006
Page 2

- .357 Ruger Pistol (SN 161-01008) w/Holster
- Miscellaneous Documents (from Jason's toolbox)
- Miscellaneous Documents (from the DuPee toolbox)
- Miscellaneous Documents (from Jason's office)

Sean and Jason request that you advise us of the location of these items, as well as an explanation of why these items have not been returned, and request the immediate return of all property held by the city or state not associated with the City's forfeiture action. To be clear, we are not requesting any property that is being held by the federal government for use in the criminal case, including held for federal forfeiture action.

Also enclosed are copies of three checks, from customers, for $80.00, $265.37, and $525.00. As these are clearly for work performed, our position is that they should be released.

Most important, Sean is requesting the return of any and all documents used in the day-to-day operation of Arctic Alarm and Audio including, but not limited to, scheduling book, credit card receipts, customer job invoices, shipping invoices, product delivery slips, journals, customer estimates, accounts receivable documents, accounts payable documents, utility bills, customer lists, desktop calendar, ledgers, computers, inventory printouts, hand written invoices or estimates, canceled checks, bank statements, and business and personal checks, with carbons, petty cash, and financial statements.

Jason needs the business records and financial documents seized, in order to prove his business was a legitimate and money-making enterprise. They have retained a forensic accountant to review the documents and so certify. (Jason's accountant supports this, and has reviewed bank records, but he is not an "expert witness.") These are needed _immediately_, as the defense to the federal forfeiture is Monday, April 9. I realize you may have no control and cannot comply. A letter so stating, with such detail as you can provide is essential. If federal authorities are withholding evidence, relief can probably be obtained, but we have to show we have exhausted possible means of recovering these documents. If originals cannot be produced, a copy of them may be sufficient. If the federal authorities have them and won't release even copies, I expect a discovery request will be made in the federal court.

Incident to our pending settlement, Sean needs to inspect the items on the 23-page typed inventory sheets, so he can determine how much storage space they will require and to arrange for pickup.

We are not prepared to release the welder to Whitney Cook. Jason is preparing a written

Paul J. Ewers, Esquire
Deputy City Attorney
Office of the City Attorney
City of Fairbanks
December 7, 2006
Page 2

history, and I will take this up with Skip Cook, Whitney's father. Meanwhile, having been seized from Jason, it should be released to Sean (and Wendee Colette) as agents for Jason.

We respectfully request a written reply to our request to release the business documents of Arctic Alarm and Audio by no later than close of business Tuesday, April 3, 2007. And, in any event, even if oral, by Thursday. You may fax to 456-8005.

Sincerely,

Barry W. Jackson

BWJ/dc

Enclosures: 2, as stated
cc: Jason Colette
    Sean Colette

# STATE OF ALASKA
## STATEWIDE DRUG ENFORCEMENT

### INVENTORY OF ITEMS SEIZED

CASE NO. _____    S/W NO. 05-336

# 1 : [illegible], cig lighter, Nokia cell phone, sunglasses, wallet, "3" cash

WHERE : on person of Jason Collette
BY : Bennett

# 2 : $349.00 cash US

WHERE : on Jason Collette
BY : Bennett

# 3 : H&K 40sw # 26-024,328
         ammo gunbelt

WHERE : 1480 CK (89 chev)
BY : Pugh

# 4 : $282.00 US cash

WHERE : 1480 CK 89 chev
BY : Pugh

# 5 : MJ

WHERE : on Worsley's person
BY : Pugh

# 6 : Misc Documents

WHERE : 1480 CK 89 chev
BY : Pugh

Page ___ of ___

## STATE OF ALASKA
### STATEWIDE DRUG ENFORCEMENT

### INVENTORY OF ITEMS SEIZED

| CASE NO. | S/W NO. SW05-256 |
|---|---|

**# 7** : Misc Documents

**WHERE** : From office
**BY** : Bennett Pugh

**# 8** : marijuana & ? marijuana grinder

**WHERE** : Russ Christian Tool Box Matco
**BY** :

**# 9** : $69.00 cash w/ money bag & documents

**WHERE** : Russ Christian tool Box matco
**BY** :

**# 10** : cell phone

**WHERE** : Russ Christian toolbox matco
**BY** : Goetz

**# 11** : Baggies w/ cocaine residue

**WHERE** : Tool box North side
**BY** : Goetz

**# 12** : USPS package

**WHERE** : Tool box north side
**BY** : Goetz

Page ___ of ___

# STATE OF ALASKA
## STATEWIDE DRUG ENFORCEMENT

### INVENTORY OF ITEMS SEIZED

| CASE NO. | S/W NO. SW 05-336 |
|---|---|

**#13** : Ruger pistol revolver .357 mag # 161-01008 w/ holster
**WHERE** : Jason Collette toolbox
**BY** : Goetz

**#14** : Marijuana paraphernalia
**WHERE** : Jason Collette toolbox
**BY** : Goetz

**#15** : misc. pills
**WHERE** : Jason Collette toolbox
**BY** : Goetz

**#16** : misc. Documents
**WHERE** : Jason Collette toolbox
**BY** : Goetz

**#17** : MJ paraphernalia & Documents
**WHERE** : Toolbox Duplex
**BY** : Goetz

**#_____** :
**WHERE** :
**BY** :

Page ____ of ____



**AURORA**
*MOTORS*
PONTIAC BUICK GMC KIA

P.O. BOX 72420
TELEPHONE: (907) 459-7000
FAIRBANKS, ALASKA 99707

WELLS FARGO BANK, N.A.

**068552**
68552   89-5/1252

DATE: 15NOV05
PAY THIS AMOUNT: **********80 DOLLARS 00 CENTS
AMOUNT OF CHECK: **********80.00

6211

VOID AFTER 90 DAYS

TO THE ORDER OF
ARCTIC ALARM & AUDIO
1915 S CUSHMAN ST
FAIRBANKS AK 99701

BY _(signature)_
BY _(signature)_
AUTHORIZED SIGNATURE

⑈068552⑈ ⑆125200057⑆ 1100484051⑈

---

**Voyager Fleet Systems Inc.**
Agent for Travelers Express
P.O. Box 790049
Houston, TX 77279-0049
Teletrans Dept: 866-842-5608

Check No. 0000561411
93-541/920
Check Date: 11/14/2005

PAY  Two Hundred Sixty Five AND 37/100

$ *******265.37

Drawer: Travelers Express Company Inc.
P.O. Box 9476 Minneapolis, MN 55480
Drawee: FIRST INTERSTATE BANK HELENA, MT

TO THE ORDER OF
ARCTIC ALARM & AUDIO
1915 S CUSHMAN
FAIRBANKS AK 99701-6609

_(signature)_ Terry R. ____

⑈561411⑈ ⑆092005411⑆ 015001110589 7⑈

---

ROGGIE OR MICHELLE HUNTER
P.O. BOX 56366  (907) 488-1814
NORTH POLE, AK  99705

**7265**
89-7202/3252

DATE  21 Nov  2005

PAY TO THE ORDER OF  Artic Alarm and Audio     $ 525 00

Five Hundred Twenty Five and 00/100 DOLLARS

**AlaskaUSA**
*Federal Credit Union*

FOR  start      _(signature)_

⑆325272021⑆ 70000555 7835⑈  7265