# Form 1040 — U.S. Individual Income Tax Return 2003

Department of the Treasury — Internal Revenue Service
(99) IRS Use Only — Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan 1 – Dec 31, 2003, or other tax year beginning _____, 2003, ending _____, 20___

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

Your first name: JASON    MI: S    Last name: COLETTE
Your social security number: 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

Home address (number and street): 1915 S CUSHMAN ST
City, town or post office: FAIRBANKS    State: AK    ZIP code: 99701

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: [X] No    Spouse: [ ]

**Filing Status** — Check only one box.
1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here.
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 [ ] Qualifying widow(er) with dependent child. (See instructions.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
6b [ ] Spouse
No. of boxes checked on 6a and 6b: 1

c Dependents: (none listed)

d Total number of exemptions claimed: 1

**Income** — Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified divs (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 4,629. |
| 13a | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here | |
| 13b | If box on 13a is checked, enter post-May 5 capital gain distributions | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income  AK PERM FUND | 1,108. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income**. | 5,737. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | IRA deduction | |
| 25 | Student loan interest deduction | |
| 26 | Tuition and fees deduction | |
| 27 | Moving expenses. Attach Form 3903 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 327. |
| 29 | Self-employed health insurance deduction | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | |
| 31 | Penalty on early withdrawal of savings | |
| 32a | Alimony paid  b Recipient's SSN | |
| 33 | Add lines 23 through 32a | 327. |
| 34 | Subtract line 33 from line 22. This is your **adjusted gross income** | 5,410. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions.    FDIA0112  01/16/04    Form 1040 (2003)

Exhibit D

Form 1040 (2003)    JASON S COLETTE        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    Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) ... **35** | 5,410. |
| | 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | |
| Standard Deduction for – | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 36b ☐ | |
| • People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instructions. | 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) ... **37** | 4,750. |
| | 38 | Subtract line 37 from line 35 ... **38** | 660. |
| | 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions ... **39** | 3,050. |
| | 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- ... **40** | 0. |
| • All others: Single or Married filing separately, $4,750 | 41 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ... **41** | 0. |
| | 42 | **Alternative minimum tax** (see instructions). Attach Form 6251 ... **42** | 0. |
| | 43 | Add lines 41 and 42 ▶ **43** | 0. |
| Married filing jointly or Qualifying widow(er), $9,500 | 44 | Foreign tax credit. Attach Form 1116 if required ... **44** | |
| | 45 | Credit for child and dependent care expenses. Attach Form 2441 ... **45** | |
| | 46 | Credit for the elderly or the disabled. Attach Schedule R ... **46** | |
| | 47 | Education credits. Attach Form 8863 ... **47** | |
| Head of household, $7,000 | 48 | Retirement savings contributions credit. Attach Form 8880 ... **48** | |
| | 49 | Child tax credit (see instructions) ... **49** | |
| | 50 | Adoption credit. Attach Form 8839 ... **50** | |
| | 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 ... **51** | |
| | 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify _____ ... **52** | |
| | 53 | Add lines 44 through 52. These are your total credits ... **53** | |
| | 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ **54** | 0. |
| **Other Taxes** | 55 | Self-employment tax. Attach Schedule SE ... **55** | 654. |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ... **56** | |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required ... **57** | |
| | 58 | Advance earned income credit payments from Form(s) W-2 ... **58** | |
| | 59 | Household employment taxes. Attach Schedule H ... **59** | |
| | 60 | Add lines 54-59. This is your total tax ▶ **60** | 654. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 ... **61** | |
| | 62 | 2003 estimated tax payments and amount applied from 2002 return ... **62** | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Earned income credit (EIC) ... **63** | 331. |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) ... **64** | |
| | 65 | Additional child tax credit. Attach Form 8812 ... **65** | |
| | 66 | Amount paid with request for extension to file (see instructions) ... **66** | |
| | 67 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 ... **67** | |
| | 68 | Add lines 61 through 67. These are your total payments ▶ **68** | 331. |
| **Refund** | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid ... **69** | |
| Direct deposit? See instructions and fill in 70b, 70c, and 70d. | 70a | Amount of line 69 you want **refunded to you** ▶ **70a** | |
| | ▶ b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account number _____ | |
| | 71 | Amount of line 69 you want applied to your 2004 estimated tax ▶ **71** | |
| **Amount You Owe** | 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions ▶ **72** | 323. |
| | 73 | Estimated tax penalty (see instructions) ... **73** | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | |
| | Designee's name ▶ _____ Phone no. ▶ _____ Personal identification number (PIN) ▶ _____ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶ _____ Date _____ Your occupation SELF EMPLOYED Daytime phone number _____ | | |
| | Spouse's signature. If a joint return, both must sign. ▶ _____ Date _____ Spouse's occupation _____ | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ _____ Date 04/06/2007 Check if self-employed ☒ Preparer's SSN or PTIN 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 | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ 1040 Inc. P.O. BOX 74049 FAIRBANKS AK 99707 EIN 92-0133510 Phone no. (907) 455-6773 | | |

Form 1040 (2003)

FDIA0112 01/16/04

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.  ▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | **2003** Attachment Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| JASON S COLETTE | 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 |

**A** Principal business or profession, including product or service (see instructions): ALARM SYSTEMS
**B** Enter code from instructions ▶ 811110
**C** Business name. If no separate business name, leave blank: ARCTIC ALARM & AUDIO
**D** Employer ID number (EIN), if any:
**E** Business address (including suite or room no.) ▶ 1915 S CUSHMAN ST
City, town or post office, state, and ZIP code: FAIRBANKS, AK 99701
**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
**G** Did you 'materially participate' in the operation of this business during 2003? If 'No,' see instructions for limit on losses.... [X] Yes [ ] No
**H** If you started or acquired this business during 2003, check here ............ ▶ [X]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 117,824. |
| 2 | Returns and allowances | 2 | 215. |
| 3 | Subtract line 2 from line 1 | 3 | 117,609. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 117,609. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 117,609. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see instructions) | 1,560. | 20 | Rent or lease (see instructions): | | |
| | | | a | Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees | | b | Other business property | 20b | 20,846. |
| 11 | Contract labor (see instructions) | | 21 | Repairs and maintenance | 21 | 62. |
| | | | 22 | Supplies (not included in Part III) | 22 | 81,929. |
| 12 | Depletion | | 23 | Taxes and licenses | 23 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 3,156. | 24 | Travel, meals, and entertainment: | | |
| | | | a | Travel | 24a | |
| | | | b | Meals and entertainment ... 140. | | |
| 14 | Employee benefit programs (other than on line 19) | | c | Enter nondeductible amount included on line 24b (see instrs) ... 70. | | |
| 15 | Insurance (other than health) | | | | | |
| 16 | Interest: | | | | | |
| a | Mortgage (paid to banks, etc) | | d | Subtract line 24c from line 24b | 24d | 70. |
| b | Other | | 25 | Utilities | 25 | 1,362. |
| 17 | Legal & professional services | | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 14. | 27 | Other expenses (from line 48 on page 2) | 27 | 3,981. |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | 112,980. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | 4,629. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | | | | 31 | 4,629. |
| | • If a loss, you must go to line 32. | | | | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | | | | |
| | • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | | | 32a [X] | All investment is at risk. | |
| | • If you checked 32b, you must attach Form 6198. | | | 32b [ ] | Some investment is not at risk. | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule C (Form 1040) 2003
FDIZ0112  10/14/03

Schedule C (Form 1040) 2003  JASON S COLETTE                                                       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                  Page 2

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☒ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation ............................................................................................................  ☐ Yes  ☒ No

| | |
|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36  Purchases less cost of items withdrawn for personal use | 36 |
| 37  Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38  Materials and supplies | 38 |
| 39  Other costs | 39 |
| 40  Add lines 35 through 39 | 40 |
| 41  Inventory at end of year | 41 |
| 42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 |

### Part IV — Information on Your Vehicle.
Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 01/01/2003

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:
    a  Business ___12,000___  b Commuting ___0___  c Other ___2,100___

45  Do you (or your spouse) have another vehicle available for personal use? .................................................. ☐ Yes  ☒ No

46  Was your vehicle available for personal use during off-duty hours? ...................................................... ☒ Yes  ☐ No

47 a Do you have evidence to support your deduction? ...................................................................... ☒ Yes  ☐ No

   b If 'Yes,' is the evidence written? ........................................................................................ ☒ Yes  ☐ No

### Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| CELL PHONE | 1,054. |
| FREIGHT | 1,076. |
| TOOLS | 844. |
| BANK CHARGES | 108. |
| SOFTWARE & COMPUTER | 899. |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 | 48  3,981. |

Schedule C (Form 1040) 2003

FDIZ0112  10/14/03

| SCHEDULE SE | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | | **2003** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040). | 17 |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| JASON S COLETTE | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 55.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A – Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 4,629. |
| 3 | Combine lines 1 and 2 | 3 | 4,629. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ► | 4 | 4,275. |
| 5 | Self-employment tax. If the amount on line 4 is: | | |
| | • $87,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 55.** | | |
| | • More than $87,000, multiply line 4 by 2.9% (.029). Then, add $10,788.00 to the result. Enter the total here and on **Form 1040, line 55.** | 5 | 654. |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 28** | 6 | 327 |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule SE (Form 1040) 2003

FDIA1101 10/07/03

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ► See separate instructions. ► Attach to your tax return. | OMB No. 1545-0172 **2003** 67 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | |

| Name(s) shown on return | Identifying number |
|---|---|
| JASON S COLETTE | 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 |

Business or activity to which this form relates: Sch C ALARM SYSTEMS

### Part I — Election To Expense Certain Property Under Section 179

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---:|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | $100,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 4,090. |
| 3 | Threshold cost of section 179 property before reduction in limitation | $400,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 100,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---:|---:|
| 7 | Listed property. Enter the amount from line 29 | 3,000. | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 3,000. |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | 3,000. |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | | 7,629. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 3,000. |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ► 13 | 0. | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | |
| 15 | Property subject to section 168(f)(1) election (see instructions) | |
| 16 | Other depreciation (including ACRS) (see instructions) | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | |

**Section B — Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 1,090. | 7.0 yrs | HY | 200DB | 156. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (see instructions)

| | | |
|---|---|---:|
| 21 | Listed property. Enter amount from line 28 | 0. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 3,156. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | |

BAA  For Paperwork Reduction Act Notice, see instructions.   FDIZ0812  10/28/03   Form 4562 (2003)

Form 4562 (2003)   JASON S COLETTE                                                                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    Page 2

### Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

#### Section A — Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ..... [X] Yes [ ] No   24b If 'Yes,' is the evidence written? ..... [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ..... 25 | | | | | | | 0. | |
| 26 Property used more than 50% in a qualified business use (see instructions): | | | | | | | | |
| 1993 CHEVY TRUCK | 02/01/03 | 100.00 | 3,000. | 0 | 5.00 | 200DB/HY | 0. | 3,000. |
| 27 Property used 50% or less in a qualified business use (see instructions): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ..... 28    0.
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ..... 29    3,000.

#### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles — see instructions) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

#### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (see instructions) | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.

### Part VI   Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2003 tax year (see instructions): | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2003 tax year ..... 43 | | | | | |
| 44 Total. Add amounts in column (f). See instructions for where to report ..... 44 | | | | | |

FDIZ0512  10/28/03                                                                                                         Form 4562 (2003)

JASON S COLETTE                                   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

## Election Not to claim 30% Special Depreciation Allowance
Attach to your income tax return

Taxpayer hereby elects under IRC Section 168(k)(2)(C)(iii), as added by the Job Creation and Worker Assistance Act of 2002, NOT to claim the 30% special depreciation allowance for the following asset classes placed in service or for which a written binding acquisition contract existed prior to May 6, 2003 for the tax year ending: 12/31/03

7 Year Property

# Form 1040

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return 2004** (99) IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2004, or other tax year beginning , 2004, ending , 20

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

Your first name: JASON  MI: S  Last name: COLETTE
Your social security number: 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

Home address (number and street). If you have a P.O. box, see instructions.
1915 S CUSHMAN ST

City, town or post office. If you have a foreign address, see instructions.
FAIRBANKS   State: AK   ZIP code: 99701

**Important!** You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: [ ] Yes [X] No    Spouse: [ ] Yes [ ] No

**Filing Status** — Check only one box.
1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here.
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
6b [ ] Spouse
Boxes checked on 6a and 6b: 1

c Dependents: (none listed)

d Total number of exemptions claimed: 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualif divs (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 5,183. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income AK PERM FUND | 920. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income. | 6,103. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction | |
| 26 | Student loan interest deduction | |
| 27 | Tuition and fees deduction | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | 366. |
| 31 | Self-employed health insurance deduction | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid  b Recipient's SSN | |
| 35 | Add lines 23 through 34a | 366. |
| 36 | Subtract line 35 from line 22. This is your adjusted gross income | 5,737. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDIA0112 11/10/04    Form 1040 (2004)

Form 1040 (2004) JASON S COLETTE  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  Page 2

| | | | |
|---|---|---|---:|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | 37  5,737. |
| | 38a | Check if: ☐ You were born before January 2, 1940, ☐ Blind. ☐ Spouse was born before January 2, 1940, ☐ Blind. Total boxes checked ▶ 38a | |
| Standard Deduction for — | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 38b ☐ | |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions. | 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 39  4,850. |
| | 40 | Subtract line 39 from line 37 | 40  887. |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | 41  3,100. |
| | 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42  0. |
| | 43 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 43  0. |
| • All others: | 44 | Alternative minimum tax (see instructions). Attach Form 6251 | 44  0. |
| Single or Married filing separately, $4,850 | 45 | Add lines 43 and 44 | 45  0. |
| | 46 | Foreign tax credit. Attach Form 1116 if required  46 | |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441  47 | |
| Married filing jointly or Qualifying widow(er), $9,700 | 48 | Credit for the elderly or the disabled. Attach Schedule R  48 | |
| | 49 | Education credits. Attach Form 8863  49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880  50 | |
| | 51 | Child tax credit (see instructions)  51 | |
| Head of household, $7,150 | 52 | Adoption credit. Attach Form 8839  52 | |
| | 53 | Credits from: a ☐ Form 8396  b ☐ Form 8859  53 | |
| | 54 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify _____ 54 | |
| | 55 | Add lines 46 through 54. These are your total credits | 55 |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56  0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57  732. |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 |
| | 60 | Advance earned income credit payments from Form(s) W-2 | 60 |
| | 61 | Household employment taxes. Attach Schedule H | 61 |
| | 62 | Add lines 56-61. This is your total tax ▶ | 62  732. |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099  63 | |
| If you have a qualifying child, attach Schedule EIC. | 64 | 2004 estimated tax payments and amount applied from 2003 return  64 | |
| | 65a | Earned income credit (EIC)  65a  369. | |
| | b | Nontaxable combat pay election ▶ 65b | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see instructions)  66 | |
| | 67 | Additional child tax credit. Attach Form 8812  67 | |
| | 68 | Amount paid with request for extension to file (see instructions)  68 | |
| | 69 | Other pmts from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885  69 | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your total payments ▶ | 70  369. |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid ▶ | 71 |
| Direct deposit? See instructions and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want refunded to you ▶ | 72a |
| | ▶b | Routing number _____  ▶c Type: ☐ Checking ☐ Savings | |
| | ▶d | Account number _____ | |
| | 73 | Amount of line 71 you want applied to your 2005 estimated tax  ▶ 73 | |
| **Amount You Owe** | 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions ▶ | 74  363. |
| | 75 | Estimated tax penalty (see instructions)  75 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | |
| | Designee's name ▶  Phone no. ▶  Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶  Date  Your occupation  SELF EMPLOYED  Daytime phone number | | |
| | Spouse's signature. If a joint return, both must sign. ▶  Date  Spouse's occupation | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶  Date 04/06/2007  Check if self-employed ☒  Preparer's SSN or PTIN  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 | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ 1040 Inc.  P.O. BOX 74049  FAIRBANKS  AK  99707  EIN  92-0133510  Phone no. (907) 455-6773 | | |

Form **1040** (2004)

| SCHEDULE C (Form 1040) Department of the Treasury Internal Revenue Service | Profit or Loss From Business (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ▶ Attach to Form 1040 or 1041. ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074 **2004** 09 |
|---|---|---|

Name of proprietor: JASON S COLETTE
Social security number (SSN): 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

A Principal business or profession, including product or service (see instructions): ALARM SYSTEMS
B Enter code from instructions: ▶ 811110

C Business name. If no separate business name, leave blank: ARCTIC ALARM & AUDIO
D Employer ID number (EIN), if any:

E Business address (including suite or room no.): ▶ 1915 S CUSHMAN ST
City, town or post office, state, and ZIP code: FAIRBANKS, AK 99701

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

G Did you 'materially participate' in the operation of this business during 2004? If 'No,' see instructions for limit on losses.... [X] Yes  [ ] No

H If you started or acquired this business during 2004, check here............

### Part I — Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W 2 and the 'Statutory employee' box on that form was checked, see the instructions and check here........ ▶ [ ] | 1 | 244,772. |
| 2 | Returns and allowances............ | 2 | 385. |
| 3 | Subtract line 2 from line 1............ | 3 | 244,387. |
| 4 | Cost of goods sold (from line 42 on page 2)............ | 4 | 153,202. |
| 5 | Gross profit. Subtract line 4 from line 3............ | 5 | 91,185. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund............ | 6 | |
| 7 | Gross income. Add lines 5 and 6............ ▶ | 7 | 91,185. |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising........ | 8 | 26,799. | 19 Pension and profit-sharing plans........ | 19 | |
| 9 | Car and truck expenses (see instructions)........ | 9 | 3,395. | 20 Rent or lease (see instructions): a Vehicles, machinery, and equipment........ | 20a | 2,448. |
| 10 | Commissions and fees........ | 10 | | b Other business property........ | 20b | 20,846. |
| 11 | Contract labor (see instructions)........ | 11 | | 21 Repairs and maintenance........ | 21 | 719. |
| 12 | Depletion........ | 12 | | 22 Supplies (not included in Part III)........ | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)........ | 13 | 267. | 23 Taxes and licenses........ 24 Travel, meals, and entertainment: a Travel........ | 23 24a | |
| 14 | Employee benefit programs (other than on line 19)........ | 14 | | b Meals and entertainment........ 246. | | |
| 15 | Insurance (other than health)........ | 15 | 1,008. | c Enter nondeductible amount included on line 24b (see instrs)........ 123. | | |
| 16 | Interest: a Mortgage (paid to banks, etc)........ | 16a | | d Subtract line 24c from line 24b........ | 24d | 123. |
| | b Other........ | 16b | | 25 Utilities........ | 25 | 24,567. |
| 17 | Legal & professional services........ | 17 | 400. | 26 Wages (less employment credits)........ | 26 | |
| 18 | Office expense........ | 18 | | 27 Other expenses (from line 48 on page 2)........ | 27 | 5,430. |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns........ ▶ | | | | 28 | 86,002. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7........ | | | | 29 | 5,183. |
| 30 | Expenses for business use of your home. Attach Form 8829........ | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | | | | 31 | 5,183. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.
FDIZ0112  05/06/04
Schedule C (Form 1040) 2004

Schedule C (Form 1040) 2004  JASON S COLETTE                            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                Page 2

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☒ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation ............................................................ ☐ Yes ☒ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 0. |
| 36 | Purchases less cost of items withdrawn for personal use | 178,202. |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | 178,202. |
| 41 | Inventory at end of year | 25,000. |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 153,202. |

### Part IV — Information on Your Vehicle.
Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 01/01/2004

44  Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:
    a Business  8,990    b Commuting  0    c Other  7,000

45  Do you (or your spouse) have another vehicle available for personal use? ............... ☐ Yes ☒ No

46  Was your vehicle available for personal use during off-duty hours? ..................... ☒ Yes ☐ No

47a Do you have evidence to support your deduction? ...................................... ☒ Yes ☐ No

  b If 'Yes,' is the evidence written? ..................................................... ☒ Yes ☐ No

### Part V — Other Expenses.
List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| CELL PHONE | 1,476. |
| FREIGHT | 2,340. |
| TOOLS | 967. |
| BANK CHARGES | 647. |
| SOFTWARE & COMPUTER | 0. |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 | 5,430. |

Schedule C (Form 1040) 2004

FDIZ0112  05/06/04

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No. 1545-0074 **2004** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040). | 17 |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| JASON S COLETTE | 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 |

### Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is **not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 57.

### May I Use Short Schedule SE or Must I Use Long Schedule SE?



### Section A – Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 5,183. |
| 3 | Combine lines 1 and 2 | 3 | 5,183. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ► | 4 | 4,787. |
| 5 | **Self-employment tax.** If the amount on line 4 is: • $87,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 57.** • More than $87,900, multiply line 4 by 2.9% (.029). Then, add $10,899.60 to the result. Enter the total here and on **Form 1040, line 57.** | 5 | 732. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 30** | 6 | 366. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule SE (Form 1040) 2004

FDIA1101 05/06/04

# Form 1040

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return  2005**  (99)  IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2005, or other tax year beginning , 2005, ending , 20

**Label** (See instructions.)

Your first name: JASON   MI: S   Last name: COLETTE

Your social security number: 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

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street): 1915 S CUSHMAN ST

City, town or post office: FAIRBANKS   State: AK   ZIP code: 99701

You must enter your social security number(s) above.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ..... ▶ ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status** — Check only one box.
1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [ ] Spouse

Boxes checked on 6a and 6b: 1

c Dependents:
(1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ✓ if qualifying child for child tax credit (see instrs)

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers on lines above ▶ 1

If more than four dependents, see instructions.

d Total number of exemptions claimed .....................

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualifd divs (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 28,335. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see instrs) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see instrs) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see instrs) | |
| 21 | Other income  AK PERM FUND | 846. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 29,181. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 2,002. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instructions) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction (see instructions) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 2,002. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 27,179. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  11/07/05   Form 1040 (2005)

Form 1040 (2005)  JASON S COLETTE  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  Page 2

### Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 27,179. |
| 39a | Check if: You were born before January 2, 1941, Blind. Spouse was born before January 2, 1941, Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,000. |
| 41 | Subtract line 40 from line 38 | 22,179. |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 3,200. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 18,979. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 2,481. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 0. |
| 46 | Add lines 44 and 45 | 2,481. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | |
| 53 | Adoption credit. Attach Form 8839 | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | |
| 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | |
| 56 | Add lines 47 through 55. These are your total credits | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | 2,481. |

Standard Deduction for –
* People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
* All others:
Single or Married filing separately, $5,000
Married filing jointly or Qualifying widow(er), $10,000
Head of household, $7,300

### Other Taxes

| Line | Description | Amount |
|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 4,004. |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 61 | Advance earned income credit payments from Form(s) W-2 | |
| 62 | Household employment taxes. Attach Schedule H | |
| 63 | Add lines 57-62. This is your total tax | 6,485. |

### Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | |
| 65 | 2005 estimated tax payments and amount applied from 2004 return | |
| 66a | Earned income credit (EIC) | |
| 66b | Nontaxable combat pay election ▶ | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 68 | Additional child tax credit. Attach Form 8812 | |
| 69 | Amount paid with request for extension to file (see instructions) | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments | |

### Refund

Direct deposit? See instructions and fill in 73b, 73c, and 73d.

72 If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid
73a Amount of line 72 you want refunded to you
▶ b Routing number ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number
74 Amount of line 72 you want applied to your 2006 estimated tax ▶ 74

### Amount You Owe

| 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | 6,501. |
| 76 | Estimated tax penalty (see instructions) | 16. |

### Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ▶  Phone no. ▶  Personal identification number (PIN) ▶

### Sign Here

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: SELF EMPLOYED | Daytime phone number
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation |

### Paid Preparer's Use Only

Preparer's signature ▶  Date 04/06/2007  Check if self-employed ☒  Preparer's SSN or PTIN 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
Firm's name (or yours if self-employed), address, and ZIP code ▶ 1040 Inc.  P.O. BOX 74049  FAIRBANKS  AK 99707
EIN 92-0133510  Phone no. (907) 455-6773

Form 1040 (2005)

FDIA0112 11/07/05

# SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2005**

Attachment Sequence No. **09**

Name of proprietor: JASON S COLETTE
Social security number (SSN): 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

**A** Principal business or profession, including product or service (see instructions)
ALARM SYSTEMS

**B** Enter code from instructions ▶ 811110

**C** Business name. If no separate business name, leave blank.
ARCTIC ALARM & AUDIO

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 1915 S CUSHMAN ST
City, town or post office, state, and ZIP code  FAIRBANKS, AK 99701

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you 'materially participate' in the operation of this business during 2005? If 'No,' see instructions for limit on losses.... [X] Yes [ ] No

**H** If you started or acquired this business during 2005, check here..........

### Part I — Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 374,378. |
| 2 | Returns and allowances | 4,016. |
| 3 | Subtract line 2 from line 1 | 370,362. |
| 4 | Cost of goods sold (from line 42 on page 2) | 274,176. |
| 5 | Gross profit. Subtract line 4 from line 3 | 96,186. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 96,186. |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising | 17,449. | 18 | Office expense | 1,191. |
| 9 | Car and truck expenses (see instructions) | | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | | 20a | Vehicles, machinery, and equipment | 45. |
| 12 | Depletion | | 20b | Other business property | 2,448. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 191. | 21 | Repairs and maintenance | 6,034. |
| | | | 22 | Supplies (not included in Part III) | |
| | | | 23 | Taxes and licenses | 406. |
| | | | 24 | Travel, meals, and entertainment: | |
| | | | 24a | Travel | |
| 14 | Employee benefit programs (other than on line 19) | | 24b | Deductible meals and entertainment | 750. |
| 15 | Insurance (other than health) | 1,591. | 25 | Utilities | 17,268. |
| 16 | Interest: | | 26 | Wages (less employment credits) | |
| 16a | Mortgage (paid to banks, etc) | | 27 | Other expenses (from line 48 on page 2) | 20,028. |
| 16b | Other | | | | |
| 17 | Legal & professional services | 450. | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 67,851. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 28,335. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | 28,335. |

* If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
* If a loss, you must go to line 32.

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

* If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
* If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.
Schedule C (Form 1040) 2005

FDIZ0112  11/14/05

Schedule C (Form 1040) 2005 JASON S COLETTE 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 Page 2

### Part III — Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost   b ☒ Lower of cost or market   c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............ ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 25,000. |
| 36 Purchases less cost of items withdrawn for personal use | 36 | 246,248. |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | 2,928. |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | 274,176. |
| 41 Inventory at end of year | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 274,176. |

### Part IV — Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ► _ _ / _ _ / _ _

44 Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:
   a Business _____   b Commuting _____   c Other _____

45 Do you (or your spouse) have another vehicle available for personal use? ............ ☐ Yes ☐ No

46 Was your vehicle available for personal use during off-duty hours? ............ ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ............ ☐ Yes ☐ No
   b If "Yes," is the evidence written? ............ ☐ Yes ☐ No

### Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| CELL PHONE & TELEPHONE | 6,016. |
| FREIGHT | 1,606. |
| TOOLS | 2,900. |
| BANK CHARGES | 324. |
| FEES | 35. |
| ALARM SYSTEM | 900. |
| SHOP | 26. |
| CREDIT CARD FEES | 5,114. |
| VEHICLE EXPENSE | 3,107. |
| 48 Total other expenses. Enter here and on page 1, line 27 ........ 48 | 20,028. |

Schedule C (Form 1040) 2005

FDIZ0112 11/14/05

| SCHEDULE SE | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | | **2005** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040). | Attachment Sequence No. **17** |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| JASON S COLETTE | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is **not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A – Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 28,335. |
| 3 | Combine lines 1 and 2 | 3 | 28,335. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ► | 4 | 26,167. |
| 5 | **Self-employment tax.** If the amount on line 4 is: • $90,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.** • More than $90,000, multiply line 4 by 2.9% (.029). Then, add $11,160.00 to the result. Enter the total here and on **Form 1040, line 58.** | 5 | 4,004. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 6 | 2,002. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule SE (Form 1040) 2005

FDIA1101  11/08/05