1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

<u>IN RE: THE BUSINESS MATTERS OF</u>

<u>JASON COLETTE'S AUTO SHOP</u>


Interview with Russell Christy (phonetic)




Date:  April 5, 2007












G & L TRANSCRIPTION OF NEW JERSEY

40 EVANS PLACE

POMPTON PLAINS, NJ   07444

(973) 616-1051

<u>www.webtranscription.com</u>


**Exhibit E**

1      Q      Today is April 5th, 2007; the time is 12:29

2  p.m.  This is Investigator Denise Petty, with DC

3  Recovery and Investigations.  And I am interviewing

4  Russell -- (indiscernible) -- is it full name Russell,

5  or is it just Russ?

6  A      Either way.

7      Q      Okay, Christy (phonetic), with reference to

8  business matters of Jason Colette's Auto Shop.  Let's

9  start here with -- what were the business hours of the

10 business?

11 A      -- 8:00 'til the vehicles were gone -- 8:00 in the

12 morning until when everything was gone --

13     Q      Okay.

14 A      -- so, at least 5:00 -- 6:00.

15     Q      Okay, how late -- some days it would be just

16 busy and, like, --

17 A      -- 8:00 -- 9:00 --

18     Q      -- PMD (phonetic) time.

19 A      -- 8 -- 9 o'clock.

20     Q      Okay, was someone there to open it regularly,

21 at the same time everyday?

22 A      Me.

23     Q      Okay, what time was that -- 8:00?

24 A      About 7:45 -- 8:00 -- right in there.

25     Q      Okay, and that was you that opened?

```
 1   A    Yup.
 2        Q    Okay, did the employees come in at a regular
 3   time everyday, regardless of how booked you were?
 4   A    Yes, everybody's supposed to be there at 8:00.
 5        Q    Okay, did Jason work at the shop on a regular
 6   basis?
 7   A    Yes.
 8        Q    What type of work did he perform?
 9   A    Any and everything that came in -- auto starts,
10   stereos -- whatever came in the store.
11        Q    Okay, who all worked there?
12   A    There was (indiscernible) Kenjeed (phonetic),
13   Dave, myself, Damon, and Jason.
14        Q    Okay.
15   A    And Whitney worked there for a month or so while I
16   was there.
17        Q    Whitney?
18   A    Yeah.
19        Q    Who's Whitney?
20   A    Whitney Cook.
21        Q    Is that a male, or a female?
22   A    Male.
23        Q    Okay -- okay, are you still in contact with
24   any of these employees?
25   A    No.
```

1        Q     No?   Who booked the appointments?

2    A    Mostly me, and whoever else answered the phone.

3        Q     Okay, how were the appointments recorded?

4    A    On a log book.

5        Q     A log book?

6    A    Appointment book.

7        Q     Okay, what types of invoices did you use?

8    Were they handwritten, --

9    A    They were --

10        Q     -- or computer-generated?

11    A    -- they were computer -- off QuickBooks.

12        Q     QuickBooks?

13    A    Yup.

14        Q     Okay, did the computer at the business have

15    Internet access?

16    A    Yes.

17        Q     Okay, and what was that used for?

18    A    Showing customers different stuff that we could

19    get for them -- different products that were available

20    online -- just whatever -- rims.

21        Q     Okay, were there any other specific computer

22    programs, other than QuickBooks, that were used for the

23    business?

24    A    I don't believe so.

25        Q     Because I know, sometimes, there's trade-

```
 1   specific, like, estimators, and that type of thing.
 2   A    No.
 3        Q    Okay, and what was the rate of pay for each
 4   employee that was there at that time?
 5   A    I -- to my knowledge, everybody was on a different
 6   pay; some were based on cars done, and some were based
 7   daily.
 8        Q    Okay, and --
 9   A    So, --
10        Q    -- but you don't remember exactly who got
11   paid how much?
12   A    Roughly, it was about $100.00 -- $100.00 a day.
13        Q    Okay, how were the employees selected and
14   hired?
15   A    Screen them through Jason.
16        Q    Okay, did he do a formal interview, or --
17   A    (Indiscernible) -- I didn't really work there that
18   long -- to actually see anybody hired or fired like
19   that.  When I was brought on, he already knew what I
20   had done through my previous job, and known that I was,
21   you know, what I had said I was, and just basically
22   said, "Come to work," you know.
23        Q    Okay, so, you guys, kind of, ran into each
24   other; and then, he said, I've got this going on; --
25   A    (Indiscernible), --
```

1          Q      -- and you said, I can do this, and I --

2      A      -- "(Indiscernible) is really swamped and, you

3      know, I can -- I can pay you more than what they're

4      paying you, and --

5          Q      Okay.

6      A      -- "it'd be a lot less stress."

7          Q      Was anyone ever fired, to your knowledge?

8      A      Whitney Cook.

9          Q      Okay, how often were the employees paid?

10     A      Daily.

11         Q      Daily?  Okay, did Jason allow pay draws?

12     A      No.

13         Q      Okay, were the employees paid with cash, or

14     check?

15     A      Cash.

16         Q      So, the paydays were everyday, or --

17     A      Mmm Hmm.

18         Q      Okay, were the employees always paid on time?

19     A      Depending on the money that we had in -- if we

20     didn't have any money in, they would wait until the

21     next day, you know.

22         Q      Okay.

23     A      They weren't really upset about it.

24         Q      Did the employees receive any other perks, or

25     benefits?

1   A    Cost on equipment.

2        Q    Okay.

3   A    That's about it.

4        Q    So, they worked on their own vehicles at the

5   shop, as well?

6   A    Yeah, if the -- it was authorized.

7        Q    So, they'd just say, hey man, I want to do

8   this on my rig; and you'd say, all right, nothing's

9   going on -- type of thing?

10  A    Yeah.

11       Q    Okay, so, they paid at cost for the

12  materials, then?

13  A    Yeah.

14       Q    Okay, were the employees and yourself allowed

15  to work on your families' and friends' vehicles at the

16  shop, as well?

17  A    As long as they were paying for it, --

18       Q    Okay.

19  A    -- with an appointment.

20       Q    Okay, who paid the vendors?

21  A    Jason.

22       Q    Jason did?  And how were those -- the vendors

23  paid?

24  A    They were paid by credit card before the order was

25  placed; --

1      Q    Okay.

2    A    -- so, it was paid for when it would -- arrived.

3      Q    All right, did you have the credit card, as

4    well, if he wasn't there to run --

5    A    No.

6      Q    -- a payment?  What happened if he wasn't

7    there, and somebody said, I need money?

8    A    Wait.

9      Q    They just had to wait?

10   A    Yeah.

11     Q    Okay, he didn't say, oh, just take money out

12   of the till, and pay, or whatever?

13   A    No.

14     Q    Okay, how many customers would be serviced at

15   the shop everyday, on average?  How many appointments

16   would come in?

17   A    On average, I would say, at least six to eight

18   average -- right in there --

19     Q    Okay, and how (indiscernible) --

20   A    -- daily.

21     Q    Pardon?

22   A    Daily.

23     Q    Daily?

24   A    Mmm Hmm.

25     Q    Okay, and how did the majority of the

1   customers pay?

2   A    Most was actually credit card; quite a few --

3   check; and then, small percentage -- cash.

4        Q    Okay, now, was the daily banker (phonetic) --

5   the amount of money that came in everyday reconciled

6   with the invoices?  Was there any accounting procedure?

7   A    I don't know if Jason did that at the end of the

8   week, or when he did the deposits or not, but there was

9   invoices all kept for all the -- a copy to the

10  customer, and a copy we kept.  So, --

11       Q    Okay.

12  A    And then, after that, I had taken, and did monthly

13  -- of what each month was, so he would have a track of

14  it.  So, --

15       Q    Okay, do you know where the business bank

16  account was?

17  A    No.

18       Q    You don't know the name it would have been in

19  either?

20  A    Nope.

21       Q    Okay, was there a business license?

22  A    Yes.

23       Q    And was it posted?

24  A    Yes.

25       Q    Do you remember where it was posted?

1    A    It was in the office, --

2        Q    In the office?

3    A    -- hanging above the door, --

4        Q    Okay.

5    A    -- because I remember I took it down, and I wrote

6    on it; and I got in trouble for it.

7        Q    Uh oh, the only nearby piece of paper, or

8    something?

9    A    Yeah, I had to fax it to a vendor to get a -- a --

10   setup for them.

11       Q    (Indiscernible).

12   A    And I wrote on the back -- "To [this person]."

13   And he goes, "Why'd you write on that?"  So, --

14       Q    Because I did.

15   A    Yeah, "Had to get it to that person."

16       Q    Okay, do you remember the business ever

17   making any charitable contributions, or donations?

18   A    Yeah, but, again, that would be taken care of by

19   Jason.  I don't know what he did, or -- but there was

20   always people coming in -- "Hey, can you donate to this

21   softball team," and to all these different things?"

22   So, I don't know which ones he decided to do, or not

23   do.

24       Q    Was it cash, or would he do a service on a

25   vehicle?

```
 1   A    I have no idea.

 2        Q    Okay.

 3   A    Usually, the only way a vehicle would get worked

 4   on is if they had an appointment, and it was paid for.

 5        Q    Okay.

 6   A    The only way -- didn't really do trades at all,

 7   for -- for any kind of a reason.  So, --

 8        Q    Do you remember if there were any awards, or

 9   certificates of appreciation that he received, or may

10   have put up -- thank you for your donation -- thank you

11   for your support?  Sometimes, they do team photos, or -

12   -

13   A    I remember a couple of team photos around the

14   shop, but I don't remember what, exactly, they were

15   for; I didn't pay too much attention to them.

16        Q    Okay.

17   A    Kind of a thing you notice at all the different

18   shops, and there's always little pictures around.  So,

19   --

20        Q    Yeah, it's (indiscernible) -- it's

21   (indiscernible) -- I don't even notice the ones in our

22   shop; --

23   A    Yeah, it's --

24        Q    -- so, I know what you mean.

25   A    Yeah.
```

```
 1        Q     You just, kind of, glance (indiscernible).

 2   A    I got stuff in there -- it's, like, where did that

 3   come from?

 4        Q     All right, so, Jason did all the banking, and

 5   did all the deposits, --

 6   A    Yes.

 7        Q     -- or did he ever ask you to?

 8   A    No.

 9        Q     Okay, were any payments ever received by mail

10   from people; like, were there charge accounts?

11   A    Oh, yeah -- yeah -- yeah; like, Affordable Cars --

12   we had an account through them that we would bill.

13   Heindl's -- we would bill -- bill them.  Fairbanks

14   Collision -- if they had work done through us, we'd

15   bill them, yes.

16        Q     Okay, and who handled the billings?  Who did

17   the charge accounts?

18   A    I would receive them, or he would receive them,

19   (indiscernible) open them, and then hand them to me;

20   and then, I'd pull their invoice up, and then give it

21   back to him, and he would finish it off.

22        Q     Okay, so, did he prepare a handwritten

23   statement, or did you do something out of QuickBooks,

24   or --

25   A    QuickBooks --
```

1        Q    So, --

2    A    -- QuickBooks Pro.

3        Q    -- he'd generate a bill for the amount

4    (indiscernible)?

5    A    Right, an invoice.

6        Q    Okay.

7    A    Yup.

8        Q    All right, and this was done on a regular

9    basis, then -- making sure --

10   A    Yeah.

11       Q    -- that the people who had charge accounts

12   were paying?

13   A    Any time it was charged, I stuck it in a separate

14   file.

15       Q    Okay, was there a shop warranty on your

16   services, or parts?

17   A    Lifetime.

18       Q    Lifetime?

19   A    Yup.

20       Q    Okay, regardless of what it was?

21   A    As long as it was bought through him, it would

22   have the manufacturer's warranty, but labor is

23   lifetime.

24       Q    Okay.

25   A    So, anything that he wired, it would be lifetime

1   warranty on.

2       Q    How often did you have warranty work you had

3   to do?

4   A    Hardly ever.

5       Q    Hardly ever?

6   A    Hardly ever -- and if it was, it was something

7   real small -- the customer hit the button wrong, and

8   had to reprogram something, or they threw something in

9   the truck, and pulled a wire out, or, you know -- just

10  little stuff like that.  (Indiscernible) -- nothing

11  (indiscernible) ever having a problem with it.

12      Q    Okay.

13  A    Good installs -- good man to work for.

14      Q    Did the business advertise?

15  A    Yeah -- actually, yes.

16      Q    Do you remember with who, and --

17  A    I --

18      Q    -- what methods, and all that?

19  A    -- I don't.  I know that there was a commercial;

20  we'd -- we shot a commercial.  I know that we did that.

21  I think he did radio a few times; I'm pretty sure he

22  did some radio stuff.

23      Q    Did he ever run specials in the newspaper,

24  kind of, like a lot of shops do (indiscernible)?

25  A    I don't think so.

1      Q    No PFD specials?  No --

2    A    He would run them, but just not put them in the

3    paper.

4      Q    Okay.

5    A    If somebody came in, and said, hey, do you do

6    this?  Yeah.

7      Q    Okay, did he ever do any booths at any of the

8    car shows, or Carlson Center events, or --

9    A    Like I said, "I was only there six months," but

10    not while I was there.

11      Q    Okay.

12    A    Too busy.

13      Q    All right, now, were the employees allowed to

14    just, kind of, hang out and socialize at the business,

15    --

16    A    No.

17      Q    -- even if there's nothing going on -- if

18    there's --

19    A    They better be working.

20      Q    Okay.

21    A    They better be on something.

22      Q    Were they any Hazmat, or MSDS, or any type of

23    posters about workplace safety posted anywhere that you

24    can remember?

25    A    Not that I can remember.

1        Q    (Indiscernible) --

2   A    There was some stuff hanging in the storage room,

3   by the bathroom, but I don't -- I never read it; it

4   looked like legal documentation up in there, but I

5   don't -- I don't know.

6        Q    Like, your rights as an employee, or --

7   A    Yeah, something like that.

8        Q    -- one of those?

9   A    Yeah, something like that -- yeah.

10       Q    Okay, were there ever employee, or shop

11  meetings held?

12  A    Yeah.

13       Q    How frequently?

14  A    Just depends -- one -- it could be weekly -- every

15  couple of weeks -- just depending -- making sure if the

16  business was going straight or not.  And if he was, you

17  know, noticing that the books weren't getting as many

18  appointments, or the cars weren't getting done as

19  quick, he'd, you know, sit everybody down, and say,

20  "Hey, we need to get this stuff taken care of -- this

21  needs to get done right" -- you know, stuff like that.

22  So, --

23       Q    When there were problems like that, what was

24  generally the lead-in to that problem?  Was it just

25  business being slow, or people not getting on the

1    stick, or --

2    A    Guys coming in late, and then trying to rush the

3    job out -- stuff like that -- not getting there on

4    time, and then trying to make up for time.

5         Q    Mmm Hmm.

6    A    But that'd be pretty much the only thing we'd have

7    problem -- stuff like that.

8         Q    But they weren't late very often

9    (indiscernible) -- or was it --

10   A    Well, Damon --

11        Q    Damon?

12   A    -- he was late every single day.  But

13   (indiscernible) most part, everybody else was on time.

14        Q    And Jason was pretty tolerant of that?

15   A    Because he was a tinter, and nobody else knew how

16   to do tint, he -- he was pretty lenient on him.  And he

17   only got paid by car; so, he wasn't getting paid from

18   8:00 to 6:00.  He was getting paid --

19        Q    Okay.

20   A    -- by car.

21        Q    So, it was, kind of, --

22   A    If he didn't come in --

23        Q    -- a demand thing, you know?

24   A    Yeah, if he didn't come in, he doesn't get paid.

25   So, then, he'd come in and complain about it, and said,

1    "Well, there's a car sitting there; do it," you know.

2         Q    Yeah.

3    A    And that'd be about the only thing that was his

4    problems -- not getting to work and doing it.

5         Q    So, he (indiscernible) -- had one

6    (indiscernible) -- he didn't work customer service, or

7    the --

8    A    No.

9         Q    -- front counter, or anything?  He just did

10   tints, and -- okay.

11   A    Damon, yeah -- pretty much, anything customer

12   service-related would be Jason or I --

13        Q    Okay.

14   A    -- take care of that.

15        Q    Were you ever aware of any plans for the

16   business, formal or otherwise, for its continued grown

17   and development?

18   A    Oh, yeah, (indiscernible) he was actually going to

19   buy the lot in between Heindl's and him, and build a

20   completely new building, and -- yeah, and go for it,

21   you know -- compete with Auto Trim, right down the

22   street.  So, that was the main plan --

23        Q    Wow.

24   A    -- get everything going, and -- you know.

25        Q    Do you know what steps he'd taken to do that?

1    Has he (indiscernible) contacted the realtor --

2    A    I know he got the --

3        Q    -- about the price of the lot, or --

4    A    Yeah, he had talked to him about the price of the

5    lot, and he called him to -- to see how much a building

6    was; and it was going to be way too much to build right

7    there.  So, he was looking for somewhere, and then

8    everything happened.  So, --

9        Q    Okay, did the business ever have to sue

10   anyone for non-payment, or any other issues?

11   A    No.

12       Q    Okay, was law enforcement ever called over to

13   the shop for anything, like inebriates, loiters, thefts

14   -- break-ins?

15   A    There was a few break-ins.  And there was one

16   where the police were called, but it was because the

17   customer left his vehicle there for a long time, and

18   had a bunch of different work done; kept coming in and

19   adding stuff to it; and then, when he picked his

20   vehicle up, it was, you know, $6,000.00 install, or a

21   $10,000.00 whatever it was.  This was before I started

22   working there.

23       Q    Mmm Hmm.

24   A    And he had called the cops; and the cop came down

25   there and, pretty much, told him, "You need to pay this

1  man for the services he's rendered to you, you know.

2  You've got your truck, you've got your stereo -- he's

3  out equipment, and out all the labor.  So, you need to

4  pay him."  That was, I think, about the only time a

5  policeman's ever been called for anything at the store,

6  besides a break-in.

7       Q    Okay, and then, when there were break-ins,

8  did the police show up, and actually take a

9  walkthrough, and everything?

10 A    (Indiscernible).

11      Q    They didn't just fax a report, and say, have

12 a nice life?

13 A    Nope.

14      Q    They came down and looked?

15 A    Nope.  They actually sat there at the -- at the

16 shop -- one time, until Jason had got down there; and

17 then, they did a walkthrough with him -- with him.  And

18 then, the other time, I believe the cops were already

19 there.  No, he had came down.  And we called him

20 because the door was open on the outside of the

21 building.  And nothing was stolen.  So, they came

22 through to do the walkthrough real quick, and left --

23 just those couple of times.

24      Q    Okay, do you know if the shop, or Jason

25 belong to any professional organizations, like Chamber

 1   of Commerce -- Commerce, Small Business Administration

 2   -- any of that type of stuff?

 3   A    I -- no, I don't know anything about that.  The

 4   only thing I do know is -- the Better Business Bureau

 5   was trying to get him to sign up with them, and -- and

 6   go through them; but he would never do it.  He didn't

 7   see the point in it, --

 8        Q    Mmm Hmm.

 9   A    -- because he never had a -- problems at the

10   store, you know; he always took care of it right there

11   with himself, and nobody had ever had a reason to call.

12   So, --

13        Q    Yeah, and they're not an enforcement agency

14   anyway, you know?

15   A    (Indiscernible).

16        Q    They just -- yeah.

17   A    (Indiscernible).

18        Q    Okay, do you remember Jason ever being sued

19   by anybody, --

20   A    No.

21        Q    -- or the shop being sued?

22   A    Nope.

23        Q    Okay, in your opinion, who was the individual

24   that managed the financial aspects of the business?

25   A    Jason.

1       Q      How did he spend the majority of his time at

2   the shop?

3   A      Looking over invoices; talking to people that have

4   called on the phone; talking to the distributors on

5   where stuff is at; and then, talking to distributors

6   again to see why he got charged so much for that --

7   little stuff like that.  If we got swamped, and there

8   was cars that weren't getting worked on, he would

9   definitely pull one in, and -- and get it -- on it

10  himself.

11      Q      Okay.

12  A      It was just everyday, normal shop stuff.

13      Q      Do you list him as an employer on your job

14  applications, or refer to him as a credential, when

15  trying to --

16  A      I have not had to -- to apply for anything; so,

17  no, not yet.

18      Q      Would you be inclined to do so?

19  A      Oh, yeah.

20      Q      Okay.

21  A      Oh, yeah, 100 percent.

22      Q      Can you think of any other aspect of the

23  business that you feel is important, or relevant as to

24  the day-to-day operations?

25  A      No.

1      Q    Okay.

2  A    Mmm Mmm.

3      Q    There are just a couple of more questions

4  here.  If I could possibly get you to take a

5  (indiscernible) -- we can actually do this with a pen

6  and paper, and not have to record this part -- but just

7  a list of the vendors that you can remember that he did

8  business with, and some customers that you don't think

9  would have much of an issue talking with me?  And just

10 to reiterate, you do realize this was recorded?   I

11 didn't sneak up behind you, and all that, right?

12 A    Right.

13     Q    Okay, and the time is 12:46 p.m., and

14 (indiscernible) --

15 AUDIO ABRUPTLY ENDS.

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATION

2

3

4        I, Debra Smerling, the assigned transcriber,

5    hereby certify the foregoing transcript of recorded

6    proceedings is a true and accurate non-compressed

7    transcript of the proceedings recorded.

8

9

10   _____

11        Signature

12

13

14

15   _____

16        G & L Transcription of N.J.

17

18

19

20

21

22

23

24

25