djcohen@bayareacrimlaw.com

From: D. Petty [dcri@gci.net]
Sent: Friday, April 06, 2007 11:10 AM
To: djcohen@bayareacrimlaw.com
Subject: Colette -Diagran of Shop


CCE00000.jpg (417 KB)

Mr. Christie drew this map.

Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately. This information is confidential, and not to be forwarded or reproduced without the express permission of D. Petty.

Exhibit F

