djcohen@bayareacrimlaw.com

| | |
|---|---|
| From: | D. Petty [dcri@gci.net] |
| Sent: | Friday, April 06, 2007 12:05 PM |
| To: | djcohen@bayareacrimlaw.com |
| Subject: | Williams Interview Memo |



coil-atty memo re-
shorty.doc ...

Please review the attached and call me if you have any questions.

Thank you.

Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately. This information is confidential, and not to be forwarded or reproduced without the express permission of D. Petty.

Exhibit 6

# CONFIDENTIAL MEMORANDUM
# WORK PRODUCT

TO: Attorney David Cohen

FROM: Denise Petty

SUBJECT: Case Info / Update

DATE: Friday, April 06, 2007

OUR CASE NUMBER: N/A (not given)

Mr. Cohen,

 I interview Mr. William "Shorty" Williams this morning at 9:37 a.m. with reference to the above matter. Mr. Williams works for Affordable Used Cars, who was a customer of Mr. Colette's shop. According to Mr. Williams, Affordable did quite a bit of business with Mr. Colette's business.
 Mr. Williams contact number is (907) 378-4010 (cellular).
 Mr. Williams declined a recorded interview, so I am summarizing our telephone conversation in this Memo.
 Per Mr. Williams: He frequently went to the shop to have work performed for Affordable's vehicles from the sales lot. He clarified that his visits were strictly during business hours. When Mr. Williams went to the shop, Mr. Colette was always there, regardless of the time of day, either working the front counter or in the shop. Mr. Colette was the only one who took in work orders and payments or invoiced the account. (Affordable had a charge account). In addition to the installations, there was retail space in the front with various auto accessories for sale.
 Mr. Williams is amenable to a further interview. I advised him that you may wish to call him with follow-up questions.
 Please call me if you have any questions.


Regards,
D. Petty

## CONFIDENTIALITY NOTICE
**Attorney or Protected Work Product**
Pursuant to AS 09.25.485;   ARPC R. 1.6; ARPC R 5.3; ARCP 5.1 (d)
Civil and/or Criminal penalties may apply for violation

1