1        IN RE: THE BUSINESS MATTERS OF

2        JASON COLETTE'S AUTO SHOP

3

4        Interview with Lee R. Sumpter

5

6

7

8        Date:   April 6, 2007

9

10

11

12

13

14

15

16

17

18

19

20

21        G & L TRANSCRIPTION OF NEW JERSEY

22        40 EVANS PLACE

23        POMPTON PLAINS, NJ   07444

24        (973) 616-1051

25        www.webtranscription.com


Exhibit H

1      Q     This is Investigator Denise Petty.  It is

2   April 6, 2007; the time is 12:48 p.m.  I am

3   interviewing Lee R. Sumpter, with reference to the

4   Colette matter -- the civil aspect of the case.  Lee,

5   you're aware that I'm recording this conversation?

6   A     Yes.

7      Q     Okay, thank you.  And do you have an issue

8   with that?

9   A     No.

10     Q     Okay, thank you.  I would like to just

11  discuss, briefly, some aspects of Mr. Colette, and his

12  business.  What was his business called?

13  A     I'm trying to remember off the top of my head --

14  Arctic Audio.

15     Q     Okay, and how often would you go by there

16  with your truck, to interact with Jason and the

17  employees?

18  A     I'd stop by there once a week.

19     Q     Once a week?

20  A      If I remember correctly, it was on Mondays.

21     Q     Mondays?  Okay, just, kind of, wherever --

22  whenever you got there on your route?

23  A     Yeah.

24     Q     Okay, and what tool distributor are you

25  working with?

1    A    Max (phonetic) Tools.

2         Q    Okay, and you're an independent --

3    A    Yes.

4         Q    -- is it a franchise?

5    A    No.

6         Q    No?  Okay, all right, and who was generally

7    working at the store when you would go there -- at the

8    shop?  Who would --

9    A    Jason was always working.  He had a -- a couple

10   different employees; some were there fairly long term -

11   - Russell Christy (phonetic), Damon Womsley (phonetic),

12   David Sauer (phonetic).  There was a couple other guys

13   that seemed like -- would come in and do some specialty

14   work, from what I remember.

15        Q    Okay, and would you ever be there early in

16   the morning, on the route?

17   A    No, it was usually either right before lunch, or

18   right after lunchtime.

19        Q    Okay, what type of work did you see Jason

20   perform?

21   A     He did a lot of the office work, and a lot of the

22   installations of auto starts and stereo systems.

23        Q    Okay, you're both business owners.  Did you

24   guys ever discuss the trials and tribulations of

25   running your own business?

1    A    Oh, yeah, constantly.

2        Q    Constantly?

3    A    Yeah.

4        Q    So, you had a lot in common there?

5    A    Yeah.

6        Q    Did he seem to have a pretty good grasp, from

7    talking with him, what it took to run a business, and -

8    -

9    A    Yeah, a lot of hard work; a lot of long hours;

10   cracking on your employees, to make sure that they're

11   working to their best capability; --

12       Q    Mmm Hmm.

13   A    -- talking about inventory control, and

14   advertisement, collections -- all sorts of stuff.

15       Q    Okay, and so, did he purchase tools from you

16   for --

17   A    Yes.

18       Q    Now, were these personal, or business?

19   A    I guess, mostly business -- I guess, you'd call

20   them business -- the same way I would call anything --

21   any tool that I purchase are -- are business, even if

22   they are personally related, because I do run my

23   (indiscernible).

24       Q    You're going to be using it for both anyway.

25   So, --

```
 1   A    Yeah.

 2        Q    And how did he pay for his tools?

 3   A    If I remember right, it was usually cash.

 4        Q    Usually cash?

 5   A    Yeah.

 6        Q    Okay.

 7   A    I would have to look through my records to make

 8   sure of that.

 9        Q    Okay, and you had indicated you were, "Going

10   to see if [you] can pull up historical transactions,

11   and fax those to [me]?

12   A    Yes.

13        Q    Okay, great.  Where was the business located?

14   A    The business was located off South Cushman; I

15   don't remember the -- the direct address.

16        Q    Did it seem like business was good?  Was

17   there -- did there seem to be a lot of vehicles there -

18   - different vehicles --

19   A     Yeah.

20        Q    -- people coming and going?

21   A    He had quite a bit of business rolling through

22   there.

23        Q    Did he ever discuss with you plans to expand

24   the business?

25   A    Not that I recall.
```

1    Q    Okay, nothing like, I'm going to get a new

2    building, or buy this lot, or --

3    A    Not that I recall.

4    Q    Okay, and so -- let me see here -- are you

5    still in contact with any of Mr. Colette's family, or

6    friends, or anybody that is -- was working at the

7    business?

8    A    Yeah, one of his workers, or employees, Russell

9    Christy, is working at another audio shop, and he's

10   still one of my customers.

11   Q    Okay.

12   A    And I think that's the -- yeah, that's the only

13   one that I can think, off the top of my head, that I --

14   I still do business with.

15   Q    Okay, great.  Did you ever witness Jason

16   having to fire anyone?

17   A    No.

18   Q    Okay, so, what time did the business open, to

19   the best of your knowledge?  Do you remember there

20   being a sign saying, open from this time to this time,

21   or -- did he have signage on the front of the business,

22   that you would expect, --

23   A    I --

24   Q     -- with the hours, and --

25   A    -- I don't remember, for sure, hours of operation.

1   I think Jason was showing up there at about 8 o'clock,

2   though.

3       Q    Mmm Hmm, okay, did he sell retail in the

4   store, as well?

5   A    Yes.

6       Q    Okay, did you ever have any of your vehicles

7   worked on in the shop, or have an install done, or do

8   you --

9   A    Yes, I did.

10      Q    You did?  Okay, which vehicles -- if you

11  could, just give a quick idea.

12  A    It was actually on my Mac (phonetic) tool truck; I

13  had auto start alarm system installed.

14      Q    Mmm Hmm, and how long did that installation

15  take?  Do you recall?

16  A    I left it there with him for the day; he did it --

17  he was able to do it on a weekend for me.  I don't

18  recall how many hours it took.

19      Q    So, he was open on the weekends, too?

20  A    Yeah.

21      Q    And is that installation still working?

22  A    Yup.

23      Q    Awesome.  So, you're happy with it?

24  A    Mmm Hmm.

25      Q    All right, do you remember if Jason had any

1   signage in the store -- you know, how -- if you make a

2   charitable donation to sponsor a sports team, or a

3   certificate of appreciation, or any of that type of

4   signage?  Do you remember any of that in the business?

5   A    I don't recall any.

6        Q    Okay, do you remember ever seeing Hazmat

7   items out in the shop area?

8   A    No, --

9        Q    No?

10  A    -- not that I recall.

11       Q    Okay, do you recall ever seeing any

12  advertisements that his business had done?

13  A    Yeah.

14       Q    Do you remember which ones you've seen?

15  A    I don't remember exactly which ones I've seen, but

16  I -- I remember hearing his advertisements on the radio

17  quite often.

18       Q    Okay, "Quite often" meaning -- like, how many

19  times would you hear -- would it --

20  A    Oh, --

21       Q    -- would you estimate, during a day?

22  A    -- once or twice a day.

23       Q    Wow, that's heavy advertising.

24  A    Yeah.

25       Q    Wow.  Okay, the employees and the individuals

1    that were at the shop when you would be there -- was it

2    typical to see them working more, or hanging out more?

3    Was there -- did it seem to be a lot of socialization

4    for business, or --

5    A    No, not too much social -- socialization;

6    (indiscernible) usually had their head tucked up

7    underneath the dashboard, installing something.

8         Q    Okay, did you ever have any conflict with

9    Jason and the business, or any of the employees there?

10   A    No.

11        Q    Okay, do you remember if you had seen Jason

12   or his business associated with any professional trade

13   organizations, like Federation of Small Business --

14   Chamber of Commerce?

15   A    No, --

16        Q    Were there any --

17   A    -- not that I recall.

18        Q    Okay, so, would you consider Jason a -- a

19   good customer?

20   A    Yeah.

21        Q    And how much would you guesstimate, without

22   looking back on invoices, that the business, or himself

23   had spent -- not the employees -- (indiscernible) just

24   buying tools, and (indiscernible)?

25   A    Just Jason --

1          Q     Like, would he buy something every time the

2    truck came around -- every week?

3    A     Yeah, usually, or he'd -- or he'd -- or he'd buy a

4    larger item, and -- and pay on it weekly.  If --

5          Q     Mmm Hmm.

6    A      -- off the top of my head, I'd -- I'd probably

7    say, somewhere between, maybe $3,000.00 and $5,000.00.

8          Q     Okay, all right, are there -- is there

9    anything else that you remember with respect to the

10   business, that you think is relevant to the -- along

11   the lines of the questions that I've asked, or --

12   A     You know, I'm not sure.  I -- I know Jason was

13   just like any small business owner -- always in there

14   trying to get ahead -- trying to get his employees to

15   work harder.  He seemed pretty dedicated to his

16   business -- worked very hard, and was very dedicated to

17   it.

18         Q     Was he good with customers and people?  Was

19   he a people, kind of, person?

20   A     I -- I wasn't too much around -- I mean, me and

21   him got along pretty good -- good communication.

22   Usually, when we were doing business, it wasn't around

23   customers; it was either on the tool truck, or showing

24   him (indiscernible) -- a tool in the shop, or --

25         Q     So, if he -- if he wanted to get something

1    from you, he would have somebody else cover the

2    counter, and then --

3    A    Yeah.

4         Q    -- do that separately?

5    A    Yeah.

6         Q    Okay, all right, well, the time is 12:57

7    p.m., and I'm going to end the recording.    Thank you.

CERTIFICATION

     I, Debra Smerling, the assigned transcriber, hereby certify the foregoing transcript of recorded proceedings is a true and accurate non-compressed transcript of the proceedings recorded.

_____

     Signature

_____

     G & L Transcription of N.J.