1          <u>IN RE: THE BUSINESS MATTERS OF</u>

2          <u>JASON COLETTE'S AUTO SHOP</u>

3

4          Interview with Steven M. Alt

5

6

7

8          Date:  April 6, 2007

9

10

11

12

13

14

15

16

17

18

19

20

21      G & L TRANSCRIPTION OF NEW JERSEY

22          40 EVANS PLACE

23      POMPTON PLAINS, NJ  07444

24          (973) 616-1051

25      <u>www.webtranscription.com</u>

Exhibit I

1       Q    This is Investigator Denise Petty, with DC

2  Recovery and Investigations.  Today, I am interviewing

3  Mr. Steven M. Alt.  The date is 4/6/2007; the time is

4  3:55 p.m.  Mr. Alt, you're aware that I'm recording

5  this conversation?

6  A    Yes, I am.

7       Q    Thank you.  Do you have any concerns about

8  that, or opposition, or is that okay with you?

9  A    It's fine.

10      Q    Okay, this is with reference to the Colette

11 matter, as I have advised you.  And you're aware of the

12 purpose of the recording?

13 A    I am.

14      Q    Okay, thank you.  First, I would like to

15 begin with -- how is it that you know Jason Colette?

16 A    He was a customer of mine on a route, at Arctic

17 Alarm and Audio, off of Cushman Street, for pretty much

18 all of my beginning Snap-On career until he was put in

19 jail.

20      Q    And based on your experience -- well, let's

21 start with your route.  What day of the week did you

22 usually go by there, and what timeframe?

23 A    Mondays -- and I believe that was Mondays,

24 probably in the morning, around 10:00-ish, --

25      Q    Okay.

1    A    -- shooting from the hip.  It's been what -- over

2    a year since I've been there; so, it's hard to

3    remember.

4        Q    Okay.

5    A    But every Monday.

6        Q    All right, and how often was Jason there when

7    you went by there?

8    A    He was there pretty much every time, unless he was

9    running to the bank to make a deposit, or something

10   like that; but he was there pretty much every Monday.

11       Q    Okay, what type of work did Jason perform at

12   the business?

13   A    Installed car stereos, a lot of auto starts, which

14   is a very big business in Fairbanks -- he did a lot of

15   them; aftermarket performance parts -- he was starting

16   to get into towards the tail-end, as far as Nitrous,

17   and (indiscernible) -- what do they call them --

18   suicide doors, or whatever.

19       Q    Other high-end, kind of, tweaks?

20   A    Yeah.

21       Q    Okay, all right, did he work at the front

22   counter, as well?

23   A    Yeah.

24       Q    Would you -- which portion did you think he

25   worked more -- the -- working in the service, or in the

1  -- the shop?

2  A    As far as being the owner, he was up at the front

3  counter, trying to take care of a customer who may have

4  had a problem -- then, running back to the shop, to try

5  and square away his guys, and get some work done

6  himself.  So, he was bouncing back and forth all the

7  time.

8        Q    Okay.

9  A    I mean, as any business owner would, you want to

10  try and keep track of both sides.

11       Q    Okay, did Jason ever talk to you about the --

12  did you guys ever commiserate about both being small

13  business owners -- kind of, talk to him about that?

14  A    Oh, times, you know, (indiscernible), the season's

15  a little slow; it's towards Christmas, you know; --

16  slow business -- "Is everybody else slow?  You know,

17  how's Auto Trim doing," or whoever -- just trying to

18  gauge, and make sure his business was still doing about

19  as busy as everybody else.

20       Q    Up to par?

21  A    Right.

22       Q    Yeah, okay, did he ever talk to you about his

23  plans for further developing the business, expanding

24  it, or other areas he might go into with it?

25  A    (Indiscernible) I know all the time.  I mean, it

1   was mainly car stereos and auto starts.  And then --

2   started getting into the performance end of it; and he

3   was trying to explore that, to get more business.

4       Q    See what kind of market there was for that

5   here?

6   A    Right.

7       Q    Okay, see what the market would bear.  Let's

8   see here -- would you perceive that Jason was in charge

9   of everything going on there -- the hiring, the firing

10  -- the finances?

11  A    Most definitely, from what I could see every time

12  I was there.  I mean, if somebody didn't show up late,

13  they were on the chopping block just as much as I would

14  be for showing up late, you know.  And he was trying to

15  keep track of all that.

16      Q    So, he was pretty interactive with the

17  employees -- like, don't be late?  He was -- okay,

18  there was a set --

19  A    Right.

20      Q    -- schedule, and (indiscernible) expect him

21  to step up to it.  Okay, approximately how much money

22  per month do you think that he spent with you,

23  purchasing tools?

24  A    Himself, or the shop, or as far as --

25      Q    Both, yeah.

1    A    Both?  Because, mainly, I did all the business

2    through his name, because if I write a contract, I have

3    to --

4        Q    To the individual?

5    A    Right, sign it up to somebody who's responsible

6    for it.  So, probably, on average, I did $100.00 a week

7    -- so, $400.00 -- $500.00 a month --

8        Q    (Indiscernible).

9    A    -- business with him.

10       Q    And was that industry-specific tools?  Would

11   you expect it to be things he was using in the

12   business, or was it stuff that you were, kind of, like,

13   why do you need more sockets, or -- I mean, would --

14   did it -- was it logical?  Was what he was doing a lot

15   of electronic-type --

16   A    Most definitely.

17       Q    Okay.

18   A    I mean, multimeters; wire cutters; certain things

19   that you'd use for -- I mean, insulation -- anything

20   electronic.  He bought a lot of those tools.  And then,

21   towards the end, he bought a welder and a plasma

22   cutter, for doing some fabrication -- to make some of

23   the high-end things.

24       Q    Okay, what was the -- was there one specific

25   kind of tool in that industry that it seemed, like,

1    always got lost, broken, or replaced?  Was there

2    something that it seemed like you had to bring

3    multiples over?

4    A    There was always -- any of those guys' soddering

5    irons --

6         Q    Mmm Hmm.

7    A    -- they'd wear out soddering irons, because

8    they're -- they show up at the shop, they turn them,

9    and they're on all the time.

10        Q    Mmm Hmm.

11   A    So, there's a lot of those.  I mean, a lot of

12   cutters -- people leave them -- since you're working

13   under the dash, they'll leave them in there, slide

14   underneath the floor mat -- "Oh, I lost my cutters."

15   So, they come back, and they'll buy another set of

16   cutters next week.

17        Q    So, almost every -- you know, it's like, come

18   in and get an install, and get a free pair of cutters?

19   A    Sometimes, it happens, you know.

20        Q    I -- I understand.  I was -- I was just

21   teasing a little bit.  Let's see here -- so, he was

22   really good with his payments, then, in paying on time,

23   and -- and that type of stuff?

24   A    Right, he paid me every -- every week, unless the

25   business was really short.  And on occasion, I'd let

```
 1    him slide.  If he gets ahead -- because normally he
 2    would pay more than the minimum amount that would be
 3    required, so he can get tools off the truck, and
 4    through Snap-On credit; then, I could let him slide a
 5    week.  And the next week he would make up for it --
 6         Q    Okay.
 7    A    -- just like most everybody else.
 8         Q    Yeah.
 9    A    Insurance comes every six months; and then, you
10    know, somebody's got to pay insurance; and then,
11    they're short that week, but next week's fine, you
12    know.
13         Q    Okay, do you know if he had insurance or
14    anything?  Did you see any postings regarding any kind
15    of insurance -- any postings, like business licenses,
16    or the -- you know, like the poster that's usually in
17    the employee bathroom, about employees' rights, or
18    labor laws, or anything?  Did you ever notice any of
19    those?
20    A    Well, his particular bathroom wasn't a good
21    bathroom in that building; so, I tried to avoid it.  I
22    pick certain stops to (indiscernible) the bathroom; --
23         Q    Okay.
24    A    -- and that one was not one I picked.
25         Q    Okay.
```

1  A    But there was fliers -- banners all over for

2  different manufacturer's, as far as for the business.

3  But in the office sites -- I mean, in a sense, there

4  could have been some plaques like yours.  I don't know

5  what they say up there -- don't pay attention to them

6  too much.

7       Q    Yeah.

8  A    My business is more person-to-person; so, I do a

9  lot of talking with people.

10      Q    Did he seem knowledgeable about what he was

11  doing with the installs?

12  A    Definitely.  I caught him online in the mornings,

13  since I was there in the morning; he opened up, I

14  think, at 9:00 or 10:00 -- a little later.  He would be

15  on car stereo forums, asking questions, finding out

16  what the latest install was -- a certain trick for a

17  door lock module that you couldn't get to work unless

18  you used two separate relays or something.  He was

19  definitely researching it -- I mean, trying to stay on

20  top.

21      Q    Wow, so, he was active online then, as well.

22  Do you remember -- do you know any of these groups in

23  (indiscernible) -- particularly?  I know there's

24  industry-specific ones for Yahoo; there -- there's,

25  like, at least 100 groups you can network with,

1    depending on any industry you're in.  So, --

2    A    Right, (indiscernible) --

3        Q    -- was it, like, a Yahoo group, or an MSN, or

4    --

5    A    I want to say it was, like, Car Stereo Forum, or

6    something like that.

7        Q    Okay.

8    A    I mean, I don't know specifically.

9        Q    But he was up there, trying to get things --

10   he -- it seemed like he was always up there, trying to

11   figure something out, or -- was he also helping other

12   people that were posting questions?

13   A    On occasion, he would type back.  I mean, they

14   would both relay; everybody would.

15       Q    The Internet's a great thing, isn't it?

16   A    Yeah, in -- information is where it's at.

17       Q    Oh, isn't that true -- isn't that true?  And

18   a -- a quick question -- how did he pay his bills?

19   A    I'm trying to remember.  I'd have to look back,

20   and see if there was any check numbers posted, or

21   whether it was cash.  But most of my customers -- it's

22   either check, cash, or card.  And I remember he had

23   cash sometimes, and I believe he wrote checks out of

24   the business checkbook that he would have to bring out

25   on occasion; but I'd have to look at my records, to

1    double-check.

2        Q    Okay, did you ever have any of your vehicles

3    worked on there, or was it just something that you

4    weren't into, maybe?

5    A    Well, no, I hadn't at that time.  I was -- I have

6    tons of vehicles.  I used to be a mechanic; I installed

7    car stereos myself before.  So, --

8        Q    Okay.

9    A    -- you know --

10       Q    So, that's why you would be on these groups,

11   watching the postings; --

12   A    Well, --

13       Q    -- you had an interest in it.

14   A    -- kind of, curious, you know -- certain things,

15   back when I used to do it, it -- things have changed

16   between now and then -- just like cars.  They don't run

17   carburetors anymore; they run all fuel injection.  So,

18   kind of, got to keep up with it a little bit.

19       Q    Okay, do you know if he advertised his

20   business or not?

21   A    He had -- the radio station guy was in there one

22   day, I remember; and he was trying to sell him -- they

23   had the vehicle that drives around town, and --

24       Q    Which radio station?  Was it the Madman, --

25   A    No, I want to say it was --

1          Q      -- or 98?

2     A    -- it's 95.9, or 98.

3          Q      Okay.

4     A    But one of the vehicles that they were going to

5     make -- they put everybody's sticker on there; --

6          Q      Mmm Hmm.

7     A    -- and then, they travel around.  And I don't know

8     if they were auctioning the vehicle off or something.

9     But he got in on that, and you heard his advertisement

10    over the radio, for sure, --

11         Q      Okay.

12    A    -- on that.

13         Q      What about -- like, do you remember any

14    Winter specials, or car shows he may have done, or --

15    A    Well, most everybody -- Wintertime starts coming -

16    - you know, he had a sign out front -- "Auto starts

17    installed -- $240 -- $249.95," or whatever the case may

18    have been for the price.

19         Q      Especially around dividend time, you think?

20    A    Well, certain peak times -- dividend time --

21    Christmastime -- because that's a good Christmas

22    present for anybody.

23         Q      Oh, yeah, it's, like, one of the best.

24    A    So, I mean, he was trying to keep up with that --

25    that I seen.

1        Q      Okay, do you have any kind of relationship,

2    or contact with Jason, his family, or anybody that

3    worked there -- current?

4    A     I see a couple of the old employees at Hoitt's,

5    which is just down the street, which is my stop now,

6    since they had moved.  They were across town, and they

7    weren't my stop before; but they are now.  So, I see a

8    couple of former employees that were there --

9        Q      Okay.

10   A     -- still conduct business with them on a regular

11   basis.

12       Q      But you don't hang out with anybody?

13   (Indiscernible) just, like, when you see them --

14   A     Yeah, I -- I don't hang out with any of the old

15   employees.  A long time ago, I actually got to go

16   snowmachining with Jason; but we were in a group of,

17   like, 13 people, --

18       Q      Oh, wow.

19   A     -- out in Cantwell.  And we all, kind of, met up,

20   you know -- me and my buddy -- he knew this other

21   buddy.  The next thing you know -- we're a big group.

22       Q      Do you -- does anybody ever really

23   snowmachine with anybody?  I mean, you get out there on

24   the sled, you can't hear anything, and you go --

25   everybody, kind of, just, you know, stays in a loose

1  group -- make sure nobody gets hurt.  But other than

2  that -- for a beer stop, or a bathroom stop -- you just

3  meet up to eat, and --

4  A    It was -- the group that I used to snowmachine

5  with was a lot of beer drinking.  They'd sit at the

6  bottom of the hill; drink the beer; and then,

7  somebody'd go up there and high mark.  And then, okay,

8  if it's your turn, you went up there and high marked.

9  And then, it was, like, ha-ha, he rolled over, and --

10      Q    Oh, gosh, yeah, that's the Alaskan way, isn't

11 it?  Let me see here -- I think there might have been

12 one more question.  Do you remember if there was -- law

13 enforcement was ever called to the business at any

14 point, if there was any break-ins, or --

15 A    There --

16      Q    -- fisticuffs, or --

17 A    -- there was a break-in that I remember Jason

18 telling me about.  There was a back -- not a backroom -

19 - a side room to the main bay, and it was not very

20 secure; it was more plywood, spray foam -- a cheap

21 Alaskan addition --

22      Q    Uh huh.

23 A    -- a little bit better than a blue tarp, yeah.

24      Q    Yeah.

25 A    There was somebody that broke into there,

1    apparently, and had taken some stuff.

2        Q    Oh, do you know how much damage was done, or

3    --

4    A    I can't recall.

5        Q    Did they ever find who did it?

6    A    I don't think they ever did.

7        Q    Okay, did the law -- did law enforcement come

8    down and investigate it, or --

9    A    From what I remember, --

10        Q    Okay.

11    A    -- they did; but I couldn't say for certain,

12    because I wasn't there when law enforcement showed up.

13        Q    Okay, all right, is there anything else that

14    you want to add about (indiscernible) -- the -- the

15    business, and what you know about the business, or --

16    or Mr. Colette, that you think would be relevant to the

17    general information we've been discussing?

18    A    Trying to think -- I know (indiscernible) -- as

19    far as -- he had to get auto starts from Auto Trim

20    Design, because they were the Astroflex dealer; and

21    there's certain regulations there can only be one

22    official retailer, or whatever --

23        Q    Within a certain demographic -- kind of, like

24    any other industry -- they're going to control the

25    market saturation -- type of thing.

1    A    Right.  So, I know he had to go down there to

2    purchase quite a few auto starts; but he could also get

3    them at a certain price break from them, because he had

4    bought so many, or by buying them from an authorized

5    dealer, he was also an authorized installer, or

6    something like that.  He could get the price break at

7    cost.

8        Q    So, he had more of a working relationship,

9    instead of a competitive one, then?

10   A    Well, a little of both; I mean, he had -- he had

11   to work with them.  But in a sense, you're never in

12   business to be last; you're always trying to be first,

13   --

14       Q    Yeah.

15   A    -- or strive to get there, one way or another.

16       Q    And do you think that there was -- was it a

17   pretty friendly thing, though, between them, or do you

18   think it -- do you ever remember it getting viciously

19   competitive, or their being any issues between them, or

20   just your general run-of-the-mill -- wish I didn't have

21   to deal with them to get this?

22   A    Well, I mean, that -- that was, kind of, a -- a

23   pain -- I mean, to have to go to somebody else to get a

24   product that you know and trust.  But he also did, I

25   believe, lifetime warranties on his auto starts; so, if

1   you're going to get to put in a product, you want to

2   make sure it's the best product.  And he just didn't

3   happen to have the rights to sell that product

4   directly; he had to go through Auto Trim to buy them.

5        Q    So, he just threw in a lifetime warranty, and

6   that was able to give him that competitive edge, then,

7   with the product?

8   A    Yeah.

9        Q    Awesome.

10  A    And then, he knew the product was good enough to

11  where he wouldn't have a problem with it.

12       Q    Wow, that sounds awesome.  All righty, then.

13  Well, the time is 4:08, and I am going to end the

14  recording.

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATION

I, Debra Smerling, the assigned transcriber, hereby certify the foregoing transcript of recorded proceedings is a true and accurate non-compressed transcript of the proceedings recorded.

_____

Signature

_____

G & L Transcription of N.J.