djcohen@bayareacrimlaw.com

**From:** D. Petty [dcri@gci.net]
**Sent:** Saturday, April 07, 2007 10:17 AM
**To:** djcohen@bayareacrimlaw.com
**Subject:** Fw: Fax From:907 490 4473

MR1175914349586 MR1175914349586
  .gif (19 KB)      .pdf (118 KB)

Here is Jason's account activity with MAC Tools. Lee was very helpful.

-Denise
----- Original Message -----
From: <message@RapidFAX.com>
To: <dcri@gci.net>
Sent: Friday, April 06, 2007 6:52 PM
Subject: Fax From:907 490 4473

>
>
>

Exhibit J

1



## Customer Purchase/Payment Detail

Lee R Sumpter
P.O. Box 56542
North Pole, AK 99705

Artic Allarm
Date Range: All

### Purchases

| DATE | TICKET | ITEM NUM | DESCRIPTION | SERIAL # | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| **Time Payment** | | | | | | | |
| 11/22/2004 | 483 | SPIDERBEANIE | JESSE JAMES BLK SPIDER BEANIE | | 1 | $14.69 | $14.69 |
| 12/13/2004 | 820 | ET120A | 6/12/24 V CIRCUIT TESTER CC | | 1 | $19.99 | $19.99 |
| 12/13/2004 | 820 | JJ-64PCSET | JJ 64 PC 1/4 3/8 MECH TOOL SET | | 1 | $125.99 | $125.99 |
| 12/20/2004 | 947 | ET120A | 6/12/24 V CIRCUIT TESTER CC | | 1 | ($9.99) | ($9.99) |
| 12/20/2004 | 947 | JJ-64PCSET | JJ 64 PC 1/4 3/8 MECH TOOL SET | | 1 | ($125.99) | ($125.99) |
| 1/17/2005 | 1,226 | LL7526 | V16 PEN LIGHT | | 1 | $10.79 | $10.79 |
| 1/31/2005 | 1,514 | MTMP02M | MPACT GLOVE (M) RED | | 1 | $39.95 | $39.95 |
| 3/28/2005 | 2,646 | ET3005 | TASKMASTER SCAN TOOL | | 1 | $999.99 | $999.99 |
| 5/16/2005 | 3,656 | ST610 | MINI-SOLDERING IRON | | 1 | $32.39 | $32.39 |
| 6/6/2005 | 4,071 | SP29B | COTTER KEY PULLER | | 1 | $15.74 | $15.74 |
| 6/6/2005 | 4,071 | TCT101E | "V" STRIPPER WITH LOCK-SPRING | | 1 | $10.49 | $10.49 |
| 7/25/2005 | 5,029 | SHKS13CE | 13 PC SPEED HEX KEY SET W/CSET | | 1 | $32.54 | $32.54 |
| 7/25/2005 | 5,029 | SHKSM9CE | 9 PC METRIC HEX KEY SET W/CAS | | 1 | $20.99 | $20.99 |
| 7/25/2005 | 5,032 | BD90B | FINGER BIT DRIVER | | 1 | $5.24 | $5.24 |
| | | | | | **Total Time Payment:** | | **$1,192.81** |
| | | | | | **Total Purchases:** | | **$1,192.81** |

### Payments

| DATE | TICKET | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| **Time Payment** | | | |
| 12/6/2004 | 701 | 111111 | $14.69 |
| 12/13/2004 | 820 | | $10.00 |
| 1/24/2005 | 1,360 | | $10.79 |
| 2/7/2005 | 1,647 | | $40.00 |
| 3/28/2005 | 2,646 | 1111 | $200.00 |
| 4/4/2005 | 2,832 | | $100.00 |
| 4/11/2005 | 2,975 | 874 | $100.00 |
| 4/18/2005 | 3,129 | 1111 | $200.00 |
| 4/25/2005 | 3,250 | 1111 | $100.00 |
| 4/25/2005 | 3,263 | 1111 | $50.00 |
| 5/2/2005 | 3,395 | | $50.00 |
| 5/9/2005 | 3,514 | | $100.00 |
| 5/16/2005 | 3,656 | | $40.00 |
| 5/23/2005 | 3,802 | | $20.00 |
| 6/6/2005 | 4,074 | | $17.00 |
| 6/13/2005 | 4,197 | | $20.00 |
| 6/27/2005 | 4,482 | | $20.00 |
| 7/18/2005 | 4,888 | | $40.00 |
| 7/25/2005 | 5,029 | | $20.00 |
| 8/8/2005 | 5,312 | 1003 | $40.33 |
| | | **Total Time Payment:** | **$1,192.81** |
| | | **Total Payments:** | **$1,192.81** |



## Customer Purchase/Payment Detail

Lee R Sumpter
P.O. Box 56542
North Pole, AK 99705

Wamsley, Damon M
Date Range: Between 1/1/2005 and 8/8/2005

### Purchases

| DATE | TICKET | ITEM NUM | DESCRIPTION | SERIAL # | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| Time Payment | | | | | | | |
| 2/21/2005 | 1,954 | M022456NB | WINSTON CUP NO BULL CAR | | 1 | $75.59 | $75.59 |
| 8/8/2005 | 5,310 | NEF-13CW | 13 WATT REPLACEMENT COLD BULB | | 1 | $19.43 | $19.43 |
| | | | | | Total Time Payment: | | $95.02 |
| | | | | | Total Purchases: | | $95.02 |

### Payments

| DATE | TICKET | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| Time Payment | | | |
| 1/3/2005 | 1,160 | | $20.00 |
| 1/17/2005 | 1,225 | | $25.00 |
| 1/27/2005 | 1,452 | | $30.00 |
| 1/31/2005 | 1,503 | | $15.00 |
| 2/21/2005 | 1,953 | | $20.00 |
| 4/11/2005 | 2,977 | | $20.00 |
| 6/20/2005 | 4,349 | | $50.00 |
| 7/18/2005 | 4,884 | | $20.00 |
| 7/25/2005 | 5,028 | | $11.57 |
| 8/8/2005 | 5,311 | | $20.00 |
| | | Total Time Payment: | $231.57 |
| | | Total Payments: | $231.57 |

Date 4/6/2007 Page 1



## Customer Purchase/Payment Detail

**MAC TOOLS®**
Lee R Sumpter
P.O. Box 56542
North Pole, AK 99705

Sauer, Dave M
Date Range: Between 1/1/2005 and 8/8/2005

### Purchases

| DATE | TICKET | ITEM NUM | DESCRIPTION | SERIAL # | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| Time Payment | | | | | | | |
| 6/16/2005 | 4,299 | AMA680CS | $1/4" NPT BLOW GUN W/HIGH FLOW | | 1 | $15.74 | $15.74 |
| 6/16/2005 | 4,299 | ST120 | SUPER TORCH SOLDERING KIT(120W | | 1 | $99.99 | $99.99 |
| | | | | | Total Time Payment: | | $115.73 |
| | | | | | Total Purchases: | | $115.73 |

### Payments

| DATE | TICKET | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| Time Payment | | | |
| 6/16/2005 | 4,299 | | $20.00 |
| 6/30/2005 | 4,566 | | $20.00 |
| 7/21/2005 | 4,965 | | $40.00 |
| | | Total Time Payment: | $80.00 |
| | | Total Payments: | $80.00 |

Date 4/6/2007 Page 1



**Customer Purchase/Payment Detail**

Lee R Sumpter
P.O. Box 56542
North Pole, AK 99705

Christie, Russell O
Date Range: Between 1/1/2005 and 8/8/2005

### Purchases

| DATE | TICKET | ITEM NUM | DESCRIPTION | SERIAL # | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| Time Payment | | | | | | | |
| 5/2/2005 | 3,396 | AMA680CS | $1/4" NPT BLOW GUN W/HIGH FLOW | | 1 | $15.74 | $15.74 |
| 5/9/2005 | 3,513 | ST180B | 20 PC. SOLDER PRO KIT | | 1 | $211.00 | $211.00 |
| 6/6/2005 | 4,070 | OV-45916-9 | OVERHAULIN' DVD BOX SET | | 1 | $45.99 | $45.99 |
| 6/20/2005 | 4,350 | P30176D-USN | 3PC CUT/CRIMP SET W/FREE NN | | 1 | $39.99 | $39.99 |
| 6/20/2005 | 4,351 | TCT15E | WIRE STRIPPER/CUTTER | | 1 | $10.49 | $10.49 |
| 6/27/2005 | 4,479 | P301700X | 6 PC MINI PRECISION PLIER SET | | 1 | $31.49 | $31.49 |
| 7/11/2005 | 4,758 | PK4Q | 4 PC SNAP-RING PLIERS SET | | 1 | $69.29 | $69.29 |
| 7/11/2005 | 4,759 | MA51773 | 12 PK BTANE FUEL5-1/8oz=145g C | | 1 | $7.88 | $7.88 |
| 7/11/2005 | 4,760 | IDS-AZ09 | HAMMERLESS ID STAMPER A-Z, 0-9 | | 1 | $61.55 | $61.55 |
| 7/11/2005 | 4,762 | IDS-AZ09 | HAMMERLESS ID STAMPER A-Z, 0-9 | | 1 | ($61.55) | ($61.55) |
| 7/18/2005 | 4,886 | EP9NS | ELECTRIC MARKING PENCIL | | 1 | $40.94 | $40.94 |
| | | | | | Total Time Payment: | | $472.81 |
| | | | | | Total Purchases: | | $472.81 |

### Payments

| DATE | TICKET | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| Time Payment | | | |
| 5/2/2005 | 3,396 | | $11.00 |
| 5/9/2005 | 3,511 | | $4.74 |
| 5/16/2005 | 3,659 | | $40.00 |
| 5/23/2005 | 3,803 | | $56.00 |
| 6/6/2005 | 4,070 | | $70.00 |
| 6/20/2005 | 4,348 | | $30.00 |
| 6/27/2005 | 4,478 | | $50.00 |
| 7/11/2005 | 4,758 | | $40.00 |
| 7/11/2005 | 4,760 | | $10.00 |
| 7/18/2005 | 4,886 | | $60.00 |
| 7/25/2005 | 5,031 | | $20.00 |
| 8/8/2005 | 5,309 | | $40.00 |
| | | Total Time Payment: | $431.74 |
| | | Total Payments: | $431.74 |