djcohen@bayareacrimlaw.com

**From:** D. Petty [dcri@gci.net]
**Sent:** Saturday, April 07, 2007 4:10 PM
**To:** djcohen@bayareacrimlaw.com
**Subject:** 2005 Customer List ( Based on Deposits)

      

CCE00000.jpg (584 KB)  CCE00001.jpg (591 KB)  CCE00002.jpg (592 KB)  CCE00003.jpg (597 KB)  CCE00004.jpg (588 KB)  CCE00005.jpg (581 KB)  CCE00006.jpg (563 KB)



CCE00007.jpg (536 KB)

Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.

Exhibit K

1

2005

| Name | Phone |
|---|---|
| Fbks. Collis & Glass | 479-0837 |
| Shirley Jones | 479-2162 |
| David Ortega | no # |
| Paul Murray | no # |
| MO - (no name) | — |
| Wells Trucking | 488-0229 |
| Jason Held | 378-9049 |
| Quantrell Crayton | no # |
| Tsesyu / Time to eat Cafe | 907-768-2100 |
| Richard Davis / Born Again Trans. | 458-7267 |
| x Shirley Jones | 479-2162 |
| x Fbks. Collis. | — |
| Thomas Huber | 451-0383 |
| x Paul Murray | no # |
| Justin Gatten | 907-699-6290 |
| Nichole Thompson | 455-2897 |
| Will Lentz / Diana Patterson | 479-8861 |
| Ted Malone | 478-5109 |
| Michaelias / Danielle Hartmann | no # |
| M.O - (no name) | — |
| M.O - (no name) | — |
| Bundit Namutawong | 907-704-8556 |
| Steven C. Parker | 456-3641 |
| Variety Motors | no # |
| Essie Speer | no # |
| Gene's Chrysler | 452-7117 |
| x Shirley Jones | 479-2162 |
| Richard Spycha (Helen) | no # |

| Name | Phone |
|---|---|
| Tim Richards (Valerie) | 907-461-8368 |
| Terry / Kevin Coulter | 322-6409 |
| x Affordable | |
| Miranda Electric | 488-2029 |
| Gennifer / Scott Sauter | 488-1481 |
| Christine / Charles Yingst | 590-1122 |
| Christina / Charles | 452-1269 |
| Haydon Concrete | 474-9595 |
| x Yingst | 590-1122 |
| Brian / Angela Pearce | 353-1587 |
| Sandra Motschenbacher | 488-3282 |
| x Paul Murray | no # |
| Henry / Lucia Billa | 488-3837 |
| Jane Zerbe | 479-3779 |
| Ted Larranaga | 457-8400 |
| Elizabeth Sterness | 374-4723 |
| Danielle Bruzon | 488-5239 / 347-4723 |
| Frank Oxman (Lorre) | 456-9413 |
| Jerry Malveux | no # |
| x Floks Collis | no # |
| William Tewson | — |
| Laura Smith | 374-6434 |
| x Shirley Jones | 479-2162 |
| Used-A-Bit | 455-8733 |
| Crystal Keaster | no # |
| Aaron Khalid | no # |
| Hannah / Donald Smith | 374-6900 |
| Jessica Carpenter | 456-1022 |

| Name | Phone |
|---|---|
| Derek / Tracey Dill | no # |
| x Offord. | — |
| Julie Latham | 374-3377 |
| x Gregory / Julie Latham | " |
| Robert / Andrea Baker | 377-326 |
| Steve / Lisa Eldridge | 488-3734 |
| Ronald Schutze | 488-4512 |
| Zaheer Charles | 356-3965 |
| m.o (x2) (no name) | — |
| James / Cheryl Knott | no # |
| William / Christine Slayden | 488-2091 |
| Jenny Duran | 474-8112 |
| James Powers | 488-3044 |
| Fred / Brenda Smith | 458-0527 |
| x Shirley Jones | 479-2162 |
| Jaime / Ellen Dieringer | 458-7500 |
| Kathy Fassotte / Mark Moss | 457-5287 |
| Russell / June Peterman | no # |
| x Quntrell Crayton | no # |
| x Shirley Jones | 479-2162 |
| Wesley Rice | 479-3871 |
| Teresa Morgan | 978-2976 |
| Jason Held | 378-9049 |
| Sarah Holt | no # |
| William Zaverl | 479-2159 |
| x Variety Motors | no # |
| Jason Hite / Badger Glass | 455-7006 |
| German Woleen Cooper | 479-5811 |

| Name | Phone |
|---|---|
| Patricia Hutcherson (Edward) | 372-2353 |
| x Sandra Motschenbacher | — |
| x Paul Murray | no # |
| Austin Hunt | no # |
| x German / Joleen Cooper | — |
| Daniel McConnell | 490-2477 |
| Randy / Cathy Gabriel | no # |
| John Pearson | 488-2778 |
| Ivonne Knutson | 347-2069 |
| Ebony Davis | no # |
| x Paul Murray | — |
| Black Ice Paving / Jason Avila | 322-5551 |
| Allison / Gail Stadig | 907-688-6066 |
| x Shirley Jones | 479-2162 |
| Brad Morris / Pam Laker | 455-7369 |
| Serena / Daniel Camacho | no # |
| David Sanders | 474-4677 |
| x Sandra Motschenbacher | — |
| Ruby Canales-McKinney | 372-3808 |
| Ashley Eldridge | 456-1596 |
| M.O. (2) no name | — |
| / RHA | 452-8315 |
| x Max / Kristina Adams | 456-7038 |
| Sheldon Sites | 378-2216 |
| Bryan McMahan (Teresa) | no # |
| Marie Monroe / William | 907-832-5683 |
| Michelle Vanderpool | 452-1417 |

| Name | Phone |
|---|---|
| Jack Hendrickson III | 907 520 5419 |
| Dale/Diane Dufour | 456 7870 |
| x Outlet Electric | — |
| x Affordable | — |
| Gabes Truck & Auto | 456-6156 |
| Grade & Assoc, Inc. | no # |
| Seekins | 459-4000 |
| NNB | 451-5910 |
| Abshire Inc./NP Coffee Roasting | 488-7190 |
| Kevin/Sherrie Rafferty | 451-9977 |
| Robert/Patricia Knight | no # |
| Tim/Valerie Richards | 451-8368 |
| Ronald/Linda (Saint?) Salmt | 488 383 |
| Sandra Nelson | no# |
| Perry W. | — |
| Joel Sperry | 457-2868 |
| Robert/Bonnie York | 907-278-2112 |
| Rick/Sharon Mensik | 456-1966 |
| Clarence/Sallie Rogers | no # |
| Terrance/Marilyn Vraniak | 474-0755 |
| Paul Jucknath | 460 2908 |
| Kathleen/James Prenger | no # |
| x Affordable | — |
| x Fbks Collis + Glass | 479-0837 |
| x Alaska Park & Sell | 458-7275 |
| x HeindlIs | — |
| Sharon Seigler | no# |
| Eugene Spann | 978-6032 |

| Name | Phone |
|---|---|
| Michael Allison | 488-3731 |
| Jason Ackley | 388-7902 |
| Meghan Kalmbacher | 488-6617 |
| x Clifton / Karen Edmonds | 353-1996 |
| Rory / Francy Mahaney | no # |
| Matthew VanDorp | no # |
| x Variety Motors | — |
| x Affordable | — |
| Naluemon Kiser | no # |
| Quinton Hertzog Trust / Loyola H. | no # |
| Waynet Jones | 479-9133 |
| David / Judy Somers | 456-8339 |
| x Afford. | — |
| x Collision Masters | 451-8456 |
| Cornerstone Propane Operat. | no # |
| Dustin Tupper | 479-2844 |
| x Heindl's | — |
| Ann / Troy Eck | no # |
| Jennifer Silva | 457-1855 |
| Robert Graves | 474-1006 |
| Tiffany / Dean Snow | 377-1821 |
| x Ron Hoffman | 452-4450 |
| William / Robyn Joseph | 372-2682 |
| x Chev-Cadd. of Fbks | — |
| x Afford. | — |
| m.o. (no name) | — |
| David Ortega | no # |
| Tim / Rosemary Wingerter | 479-694 |
| m.o. (no name) | — |

| | |
|---|---|
| Affordable | — |
| x Paul Murray | no # |
| Foks Realty | 452-3000 |
| x Joseph Stottlemyer | no # |
| William / Angel Hughes | 490-6503 |
| x Voyager Fleet | — |
| Jarrod Haas | 406-747-5771 |
| Michael Ness / Indep. Carp. of AK | 451-0632 |
| x Afforda. | — |
| Lackloey, Inc. | 488-9745 |
| x Voyager | — |
| x Joee / Melanie Redington | no # |
| Afford. | — |
| College Collis. | 457-8087 |
| Afford | — |
| Benjamin Rector | 455-4161 |
| Terry Whitlock | no # |
| x Abram Siddall | 452-3152 |
| x Abram Siddall | " |
| x Hindl's | |
| 11ea mo's (no name) | — |
| Preston / Kae Davis | 490-4839 |
| Sandra Taylor | 450-4460 |
| x Variety Motors | — |
| ? / Danielle Hartmann | 452-1236 |
| x Affordable (x3) | — |
| x Nichole Thompson | 456-2897 |
| x Affordable (x2) | |

| Name | Phone |
|---|---|
| Grant / Pamela Lewis | 488-2884 |
| x Badger Glass / Hite (x3) | — |
| x Darbys Perform. Machine, Inc. | 451-0272 |
| Rikki Kinsey | no # |
| Christopher / Angel Ambrose | no # |
| Rickey / Cheri Parsons | 356-7799 |
| Charles / Vicki Christmann | 490-3266 |
| Regina / Keith Barkley | 356-8602 |
| Brent / Jasmin Stepanek | 374-0668 |
| John / Michelle Kohler | 456-7544 |
| x Nick / Sandra Motschenbacker | 488-3282 |
| Laura Smith | no # |
| x Hindi's | |
| Hazel Niffenegger | 978-7686 |