djcohen@bayareacrimlaw.com

| | |
|---|---|
| From: | D. Petty [dcri@gci.net] |
| Sent: | Saturday, April 07, 2007 4:13 PM |
| To: | djcohen@bayareacrimlaw.com |
| Subject: | 2004 Customer List based on Deposits |

      

CCE00000.jpg (400 KB) CCE00001.jpg (376 KB) CCE00002.jpg (381 KB) CCE00003.jpg (392 KB) CCE00004.jpg (424 KB) CCE00005.jpg (413 KB) CCE00006.jpg (298 KB)

```
Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.
```

Exhibit L

1

2004

| Name | Phone |
|---|---|
| Wendy Dau / Martin Woodrow | 488-4579 |
| Affordable | 452-5707 |
| * aff. | |
| John Hoff | 479-2017 |
| *Kenji | 488-7252 |
| Doug / Terri Workes | 455-9045 |
| Steve Alt | 322-1888 |
| Ted Larranaga | 457-8400 |
| Rebecca Ryberg | 488-9343 |
| Cynthia Reitano | no # |
| Stewart / Bernice Joseph | no # |
| Sheryl Powell | 488-6010 |
| S./G. martindelcampo | 490-2812 |
| *Jack / Lorraine Sims | 488-1917 |
| * J/L Sims | no # |
| Hoitt's | no # |
| Victoria Faye Arnold | no # |
| Cathy Genaux | 479-4561 |
| * afford... | — |
| * Kenji | — |
| Vanessa Ferguson | 474-0858 |
| * J/L Sims | |
| * aff. | |
| * Perry W | |
| William Ambrose | 490-0358 |
| x afford - | |
| x aff - | |
| Fairbanks Collision | 479-0857 / 452-174 |

①

| Name | Phone |
|---|---|
| *Perry W | 452-0562 |
| Dawn Curtis | 490-2807 |
| Jess Huprich | no # |
| David McCarter | 488-5054 |
| *Foks Collis. | |
| *Chugach McK | 907-563-8866 |
| Anne Marie O'Dwyer | no # |
| Carol Pankhurst | 457-4278 |
| Bradley Nussbaumer | 479-3439 |
| Nenana City Pub. Sch. | 907-832-5466 |
| x Off. | |
| Big Iron Eq. Svc. Inc | 456-2504 |
| x Perry W | |
| x afford | |
| x Perry W | |
| x afford | |
| x afford | |
| Malissa Fine | 457-7884 |
| Petra Jardine | no # |
| Kevin Butler | 451-2510 |
| Ron Hoffman | 452-4450 |
| Norma Anderson | 456-8727 |
| *Perry | |
| Brandon / Kirby Dodd | no # |
| * Dodd | |
| Kevin Jed | 457-1185 |
| Joseph Henrich | no # |
| x Kenji | |
| x Kenji | |

| Name | Phone |
|---|---|
| Rosalyn Duffield | no # |
| Michael Flanagan | 347-7131 |
| Lawson Prod. | 474-4269 |
| *Kenji | |
| *Afford. | |
| * Afford. | |
| Edward Clayton | 455-4217 |
| Gino Moreira | no # |
| Fabio Gemellaro | |
| Norma Anderson | 456-8727 |
| * Norma Anderson | 456 " |
| *Perry W | |
| *Brandon Dodd | |
| x Dodd | |
| Kevin Ard | 457-1185 |
| Joseph Heinrich | No # |
| *Kenji | |
| x Kenji | |
| Rosalyn Duffield | no # |
| William Joseph | no# |
| *Affordable | |
| *Houts | |
| Roger's Auto Repair/Roger Bitty/Ron Redfern | 479-6665 |
| Michael Scott | 457-6698 (8698?) |
| Stanley Du Zaverl | no # |
| Travis/Carol Marsh | no# |
| Brian Rattana | 374-7952 |
| *Affordable | |

| Name | Phone |
|---|---|
| Joel Sperry | 457-2868 |
| Quality Lawn Care Kendall/Jackie Haskins | 488-3590 |
| * Affordable | |
| George/Carol Thompson | 457-1952 |
| Stylin Concepts | 216-643-6600 |
| Lisa Burglin | no # |
| *Affordable | |
| Voyager Fleet Systems | 866-842-5608 |
| DA Shop | 456-2380 |
| Kathryn/Darrell Case | |
| * Voyager Fleet | |
| Gail Shetler | 895-4272 or 895-4696 |
| x affordable | |
| * DA Shop | |
| Leonard/Martina Collins | no # |
| AK Park & Sell | 458-7275 |
| *Voyager Fleet | |
| *Voyager Fleet | |
| Robert Fedosh Jr. | 456-1768 |
| Eric/Kimberly Nesbitt | 479-8101 |
| Belinda Grzesiuk | 488-8907 |
| xVoyager Fleet | |
| HP (rebate) | N/A |
| William Durdic | no# |
| *Joseph/Kathrine Webb | no# |
| * affordable | |
| James Hayes | 479-4006 |
| Michael Osborn | 452-7305 |

| Name | Phone |
|---|---|
| Andrew Evanger | 457-4442 |
| Leroy Perfect | 488-4501 |
| Natalie Cortez | 388-1815 |
| * affordable | |
| * affordable | |
| Dennis / Lora Lindeman | no # |
| Mary Owens for Paul / Lindsay Murray | no # |
| Maria (nee Phillips) Borister | no # |
| Cecilio / Janette Soto | 457-5247 |
| Wendee Colette | 488-2505 |
| Ahdi Nguyen | 488-9809 |
| Paul / Rita Reid | 451-6175 |
| Karen Morgan | 456-2247 |
| Terrell / Lisa Bailey | no # |
| Matt / Laurie Williams | 488-8479 |
| Jack Riddle | 458-7590 |
| Katheryn Carlin (Grantsp.) | 479-6425 |
| * Jack Riddle | |
| Amy Colette | 490-2584 |
| Ebony Davis | 356-8404 |
| Daeon Gillette | 455-4482 |
| + Mark / Rita Norton | 452-1781 |
| Barrington / Timothy Juliussen | no # |
| Andrew / Janiee Evanger | 457-4442 |
| Roger / Stella Nicolaus | 479-4307 |
| Michael / Cynthia Conner (Jr.) | 356-2412 or 451-9900 |
| Bret Smick | no # |
| Bridgett Mayes | 474-6227 |

| Name | Phone |
|---|---|
| Kristan Case | 378-1273 |
| John/Elizabeth Cruikshank | 456-2608 |
| Anna Sorensen | 457-5316 |
| David/Cathy Sallee | 907-224-2006 |
| x Affordable | |
| 3 money orders – No "From" | |
| Outlet Electric, Inc. | 488-3382 |
| Pioneer Wells | 452-3002 |
| Ashley Fowler | 488-4425 |
| Heather Arkell | 458-0132 |
| Endil Ray / Deborah Moore | no # |
| J. Michael / Ginger Carroll | 479-7716 |
| Amy Colette | 490-2584 |
| David / Cathleen Perez | no # |
| Jeff Huesers | 907-522-0237 |
| Alaskan Park & Sell | 456-7275 |
| Heindl's | 451-0005 |
| Heindl's | |
| * Endil Ray | |
| Bill / Julie Duquette | 456-7244 |
| Kaylan Wood | 479-6797 |
| *Abram Siddall | |
| Robert / Patricia Knight | |
| Laura Bell | 457-2044 |
| Marshall Boden | no # |
| Billy Jeter | no # |
| x Affordable | |
| Charity Hibbs | 978-1362 |
| Clifton / Karen Edmonds | 353-1996 |

```
Frances Lambert                         455-4466
Jeffrey Martin                          488-1983
Jimmy/Fawn Dixon                        479-1233
x Outlet Electric                       488-3262
x Arctic Fire + Safety
x Affordable
x Brandon Dodd                          no #
Todd/Hettie Hume                        479-7315
Taps 1 Club - Fairbanks Chapter         456-7679
```