djcohen@bayareacrimlaw.com

**From:** D. Petty [dcri@gci.net]
**Sent:** Saturday, April 07, 2007 4:15 PM
**To:** djcohen@bayareacrimlaw.com
**Subject:** 2003 Customer List based on Deposits

   

CCE00000.jpg (423 KB)  CCE00001.jpg (413 KB)  CCE00002.jpg (429 KB)  CCE00003.jpg (337 KB)

```
Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.
```

Exhibit M

2003 →

| Name | Phone |
|---|---|
| Perry Walley | 452-0562 |
| CAL HEPBURN | 488-5551 |
| ABRAM SIDDALL | 452-3152 |
| Susan Holmes | 455-7413 |
| Lorna Young / Cliff Bennett | 374-9985 |
| Greg + Lisa Junk | 479-6341 |
| Arctic Fire + S | 452-7806 |
| Casandra Mercado | NO # |
| *Young / Bennett | |
| *Young / Bennett (x2) | |
| Joseph Stottlemyer | 907-873-3749 |
| Edward Baggett | NO# |
| Roy / Kathie Grantham | 456-6917 |
| James / Vicki Campion | NO# |
| Jeremiah / Camie Stephen | NO# |
| Mom + Pops (Gge + Bkn) | 488-1805 |
| Patrick Hannah | 488-4352 |
| Anthony + Ruby McKinney | 377-3593 / 377-2190 |
| MICHAEL GRAHAM | 474-4839 |
| Teresa + Dan Glass | NO # |
| Joee + Melanie Reddington | NO # |
| Randall / Celeste Pugh | 457-1671 |
| Kenji Badger | 488-7252 |
| Oceanic Rsch. Svcs. Inc / Wm. Kopplin | 479-5426 |
| S. Jill + Melvin Mythill | 451-7317 |
| Krista Hutchinson | 907-835-8888 |
| Eric Bills | NO # |
| *Kenji | |
| *Kenji | |

| | |
|---|---|
| * R+K Grantham | 456-6917 |
| Lane + Julie Nichols | NO # |
| *Kenji | |
| Al Brackman | NO # (NO/Not ✓) |
| Heindl's | 451-0004 |
| * Perry Walley | 452-0562 |
| Dennis Opferman | NO # |
| *Perry W. | |
| Phillip Walsh | 488-4267 |
| Sharon Powers | 452-7994 |
| *Perry W | |
| Sverre/Grace Pedersen | 474-9642 |
| Bernard + Kathleen Knight | 356-8676 / 353-7721 |
| *Dennis O | |
| Sarah + Jaime Comstock | no # |
| Stephen Roach | 479-3903 |
| * Perry W. | |
| Ivar Carlson | 388-8857 |
| Dale Whittingham | 488-2036 |
| Murray + Tamara Lyon | 488-1873 |
| Chyleciale McCollum Washington | NO # |
| Jack/Lorraine Sims | 488-1917 |
| Ruby Canales McKinney/Anthony MC | 377-2190 |
| Randall/Celeste Pugh | 457-1671 |
| Albert Sleek/Deanna | no # /no addy |
| Elizabeth/Timothy Gibbs | no # |
| *Dale Whit | |
| Wallace/Yvonne Leavitt | no # |
| Max/& Kristina Adams | 458-7038 |

```
Solomon/Marie Powell              no #
Marvin/Tomeeka Flythe             455-6727
Abram Siddell                     452-3152
*Abram
Juliet/Robert Tidwell             347-1500
Dennis/Tricia Jutras              455-7372
David/Patricia Cornwall           479-0599
Michael Stark                     no #
*Rivers Woods                     488-0888
 Fairbanks Realty                 452-3000
 Joe Kemp                         907-586-3813
 Kristi Johnson                   488-7774
*Siddell                          452-3152
* Fairbanks Realty                452-3000
```

2004

    See next section



| Name | Phone |
|---|---|
| Gene / Deborah White | 488-3701 |
| Monica Macken | no # |
| S. Jill / Melvin Myhul | 451-7317 |
| Cynthia Reitano | no # |
| Arctic Gunworks Gary / Nancy Junk | 452-4438 |
| Joseph Stotlemyer | no # |
| Juan / Chrystal Goula | 458-8261 |
| Deidre Litell | no # |
| Lauriston / Kimberly Charles | no # |
| *Goula | |
| Gabriel / Adriana Payan | 356-1297 |
| Jeannafer Schneider | no # |
| Robert / Tosha Stewart | 372-1207 |
| Ed Simons | 488-3495 |
| Lawson Productions | 474-4269 |
| Stephanie Gilboy | 452-0562 |
| Phillip Scalzo | 503-887-7726 |
| Shane Burnett | 452-7806 |
| Michael McDade | 458-0884 |
| Riner's Wood Products LLC | 488-0888 |
| Hamilian Northwest | 503-283-4444 |
| Cusandra Mercado | no # |
| Bryan Alred | no # |
| Avery Thompson / Athena Justin | 456-2930 |
| *Lauriston C | |
| Garrett / Sarah Solorzano | no # |
| Bernie Miller | 456-6953 |
| Chugach McKinley | 907-563-8866 |
| Albert Fenrich | 356-7840 |