1    <u>IN RE: THE BUSINESS MATTERS OF</u>

2    <u>JASON COLETTE'S AUTO SHOP</u>

3

4    Interview with Dave Dahl

5

6

7

8    Date:  April 9, 2007

9

10

11

12

13

14

15

16

17

18

19

20

21    G & L TRANSCRIPTION OF NEW JERSEY

22    40 EVANS PLACE

23    POMPTON PLAINS, NJ  07444

24    (973) 616-1051

25    <u>www.webtranscription.com</u>



1       Q      This is Investigator Denise Petty, with DC

2    Recovery and Investigations.   The time is 11:43 a.m.;

3    the date is April 9th, 2007.   And I am speaking with

4    Mr. Dave Dahl.   Mr. Dahl, could you please spell your

5    last name?

6    A     My last name is spelled, D-A-H-L.

7       Q      Thank you.   And you are aware that I'm

8    recording this conversation?

9    A     Yes, I am.

10       Q      Thank you.   According to Ms. Wendy Colette,

11   you had sold your business to Jason Colette?

12   A     That's true, yes.

13       Q      Okay, if you would, just, briefly, tell me a

14   little bit about that transaction.

15   A     Well, Jason worked for me for about a year and a

16   half, or a year; I'm not exactly sure.   And then, he

17   went off and started his own business.   And about six

18   or seven months later, if I recall right, he came back

19   to me, and -- and offered to buy me out; and I was

20   ready to sell out.   And so, I sold to Jason; and I

21   believe it was in the month of January.

22       Q      Of 2004, or -- which year?

23   A     Let's see -- yes, it would have been January of

24   2004.

25       Q      Okay, and as I understand, you're not going

1  to disclose any of the specific financials, or terms of

2  the sale.  But it was for a fair and reasonable fair

3  market value, then?

4  A    Yes, I believe both of us were happy; he was happy

5  with the price, and I was happy with the price, and --

6  and that was it.  It was a fairly fast sale, and there

7  were no problems with it.

8       Q    Okay, and part of the sale was that, for

9  example, a business name -- a trademark?  Was that

10 tools, inventory -- customers?  Is there -- do you feel

11 comfortable divulging anything that came with the sale?

12 A    Well, yeah, that's exactly what I sold him.  I

13 sold him some equipment; some inventory; the -- the

14 name, "Auto Expressions;" and basically, everything

15 that I had in the store.

16      Q    Okay, and so, when Jason worked for you, it

17 was at Auto Expressions?

18 A    Yes.

19      Q    Okay, what kind of employee was Jason?

20 A    Very good; very intelligent; very diligent; did

21 very, very good work -- had no real problems with

22 Jason.

23      Q    Okay, and are you familiar with his

24 management style of his business when he purchased the

25 business from you and went out on his own?

1   A   Well, he was -- I -- I'm not really aware of what

2  his management style was, but he always tended to

3  business, and took care of it; there was no problem

4  there.  If a customer had a problem, he always took

5  care of it.  And as far as I was concerned, he was the

6  ideal person to sell to.

7      Q   Okay, do you know if he was, like, a hands-on

8  kind of guy within the business?  Would he actually

9  work with the employees, and work there, or did he hire

10  out to have everybody cover positions?

11  A   No, he was very hands-on.  He did have some

12  employees.  I was in there after he purchased it, and

13  actually had him do some work for me; and he did the

14  work himself.  Far as I know, he was very hands-on.  He

15  did have one or two other people there, but I know that

16  he took care of the -- the customers.  And if there was

17  any problems, I'm sure he took care of them personally.

18      Q   Okay, when you were in the shop to have the

19  work done, did you notice the (indiscernible) -- the --

20  the typical things that you would notice in a business

21  -- things like appointment books, computers, customers

22  -- tools?  I mean, did you see all the elements that

23  you would expect to see in a business?

24  A   Yup, exactly.

25      Q   Okay.

1    A    Yup.  In fact, I -- I believe I sold him my

2    computer, which had the computer program for all the

3    cars, and how to install auto starts, and the whole

4    nine yards; so, everything was still intact, and

5    everything was, you know, normal.

6        Q    Okay, great.  Is there anything else that

7    comes to mind, regarding Jason and the business, that

8    you would like to share before I end the interview?

9    A    I don't believe so.  I -- I know he's had some

10   misfortune, but it's -- it's something I didn't expect.

11   Always liked Jason; I still do.  I'm sorry that he went

12   the route he did, but evidently that's his choosing.

13       Q    Okay -- okay, just two more quick questions,

14   and I'll conclude the interview.  When you went in to

15   have service performed, do you remember whether you

16   were issued an invoice for that or not?

17   A    I -- I don't remember whether he gave me an

18   invoice or not, but I would think he would have.

19       Q    Okay.

20   A    (Indiscernible) he had -- I know he had the

21   capability of invoicing; I know that, because I know

22   that he was keeping track of everything, you know --

23   inventory and everything else.

24       Q    Okay, and do you -- was it a business expense

25   when you had it done, or personal?  So, would you have

1  written a check, or credit card, or --

2  A    No, it was -- it was personal.  He installed some

3  lights on my pickup, and -- it was personal.

4       Q    Okay, and did you have to make an appointment

5  to come in, or did you just call him, and head on down,

6  or -- do you remember?

7  A    I think I talked to him the day before, and he

8  just told me to, "Come in at [a certain time];" and I

9  came in, and -- and he put them on for me.

10      Q    Okay, wonderful.  Well, the time is 11:48

11  a.m., and I am going to terminate the recording.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATION

2

3

4          I, Debra Smerling, the assigned transcriber,

5  hereby certify the foregoing transcript of recorded

6  proceedings is a true and accurate non-compressed

7  transcript of the proceedings recorded.

8

9

10 _____

11         Signature

12

13

14

15 _____

16         G & L Transcription of N.J.

17

18

19

20

21

22

23

24

25