1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>IN RE: THE BUSINESS MATTERS OF</u>

<u>JASON COLETTE'S AUTO SHOP</u>


Interview with Ryan Schultz




Date:   April 9, 2007












G & L TRANSCRIPTION OF NEW JERSEY

40 EVANS PLACE

POMPTON PLAINS, NJ  07444

(973) 616-1051

<u>www.webtranscription.com</u>



1      Q    Today is April 9th, 2007.  This is Denise
2  Petty, with DC Recovery and Investigations.  The time
3  is 2:45 p.m.  I am interviewing Ryan Schultz today,
4  with reference to Jason Colette and his business.
5  Would you please spell your last name?
6  A    S-C-H-U-L-T-Z.
7      Q    Okay, and you are aware that I'm recording
8  this conversation?
9  A    Yes.
10     Q    And you don't have an issue with that --
11 you're good with that?
12 A    No.
13     Q    Okay, first, would you briefly explain how
14 you know Jason Colette?
15 A    I met him through my tool business; I have a route
16 every week, and I -- that's the only -- how I met him.
17     Q    Okay, and so, having the tool business, and a
18 route, what is it that you -- do you go to the business
19 with your truck?
20 A    Yeah.
21     Q    Would you explain that briefly?
22 A    I go to each -- or I have a whole route of
23 businesses; I go once a week to the -- those shops, and
24 they buy tools, and pay for them.
25     Q    Okay, and how much would you guess that Jason

1    spent with your -- with your business -- like, average

2    --

3    A    About $1,000.00 a year (indiscernible).

4         Q    Wow.  Okay, when you would go to the

5    business, did the other -- were there employees there

6    working?

7    A    Yeah.

8         Q    Okay, how many would you guess?

9    A    Two, --

10        Q    Two?

11   A    -- probably -- about, at the most.

12        Q    Okay, and was there a separate shop area, and

13   separate reception area?  Could you describe the

14   structure of the business, briefly?

15   A    Yeah, you walk in the front door, and there was a

16   small, like, office desk.  And then, (indiscernible) go

17   around behind it, where the shop was.

18        Q    Okay, and did you see Jason there, working

19   at the business?

20   A    Yeah.

21        Q    Was that all the time -- some of the time?

22   A    Almost every time I ever been there, he was there.

23        Q    Do you remember what time you stopped there

24   on your route?

25   A    Usually, Friday afternoons, about 4:00.

1      Q    Okay, did Mr. Colette have retail for sale at
2  his business?
3  A    Yeah.
4      Q    Okay.
5  A    Yes.
6      Q    And what was his business that he did?  What
7  type of work (indiscernible) --
8  A    Car audio, car stereos, command starts --
9      Q    Okay.
10 A    -- window-tinting.
11     Q    Just, kind of, the -- the add-ons?
12 A    Yeah.
13     Q    Okay, and how did Jason pay for his stuff?
14 Do you -- was it for the business that he purchased the
15 tools -- do you know -- or was it for him, personally?
16 A    It was for the business, and he always just paid
17 with cash.
18     Q    Okay, all right, and you never had any
19 collections issues with him, --
20 A    No.
21     Q    -- or anything like that?
22 A    No.
23     Q    All right, were there ever customers having
24 work done when you stopped by the shop?
25 A    Yeah, almost all the time -- there was a car in

1    there getting something done to it.

2        Q    Okay, and did Jason work in the front

3    counter, or did he work in the shop?  What was his

4    primary --

5    A    He was at the front counter if there was people up

6    there.  Sometimes, I seen him working on the cars

7    himself.

8        Q    Okay, did you ever happen to notice how he

9    invoiced his customers, or anything like that?

10   A    No, I didn't.

11       Q    Did he use an appointment book -- do you know

12   -- or --

13   A    Yeah.

14       Q    He did?

15   A    Yes, he did; I remember seeing that.

16       Q    Okay, and do you remember what time he

17   opened in the morning?

18   A    No -- no, I don't.

19       Q    Okay, (indiscernible) you -- would it -- was

20   it your opinion that his business opened at a regular

21   time, had business hours, and closed --

22   A    Yeah.

23       Q    -- at a certain time?

24   A    Yeah.

25       Q    Okay, do you remember if he was open

1    Saturdays or not?

2    A    I thought it was by appointment only on Saturdays.

3         Q    Like most of the auto places --

4    A    Yeah.

5         Q    -- here in town?

6    A    Yeah.

7         Q    Especially when you got snowmachining going

8    on.

9    A    Yeah.

10        Q    (Indiscernible) better things to do.

11   A    Yup.

12        Q    Do  you remember if there were any business

13   cards at the business?

14   A    I do recall seeing the little card thing on the

15   front counter.

16        Q    Okay, let's see -- do you remember whether he

17   advertised or not?

18   A    Yeah, I remember hearing it on the radio; and

19   then, he had the sign out front.

20        Q    Okay, how often do you think it was on the

21   radio?

22   A    I would say, probably a couple of times a day.

23        Q    Wow.  Okay, and did he ever talk to you about

24   plans to improve the business, expand it -- anything

25   like that?

1   A     No.

2        Q     No?  Did he ever discuss how he was

3   satisfied, or dissatisfied with that location for the

4   business?

5   A     No, we didn't talk about that at all.

6        Q     Okay, are you in contact with Jason Colette,

7   or anybody in his family?

8   A     No.

9        Q     Are you in contact with anybody who used to

10  work there, or --

11  A     Yeah.

12       Q     Okay, which individual?

13  A     Russ Christy (phonetic).

14       Q      Over at Hoitt?

15  A     Yeah.

16       Q     Okay.

17  A     And that's -- that's it.  Yeah, I know Whitney

18  Cook, but I don't see him ever.  So, --

19       Q     Okay, what did Whitney do at the business?

20  A     He was an installer, too.

21       Q     He was an installer?

22  A     Mmm Hmm.

23       Q     Okay, is there anything that you can think of

24  -- that comes to mind, that's relative to the line of

25  questions that I have asked you about, that you'd like

1    to add to this?

2    A    Mmm Mmm.

3         Q    No?

4    A    No.

5         Q    Okay, but you and Mr. Colette were always on

6    good terms, then?

7    A    Yeah, (indiscernible).

8         Q    All righty, then.  Well, the time is 2:50

9    p.m., and I will stop the recording.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATION

I, Debra Smerling, the assigned transcriber, hereby certify the foregoing transcript of recorded proceedings is a true and accurate non-compressed transcript of the proceedings recorded.

_____

Signature

_____

G & L Transcription of N.J.