**tchez@bayareacrimlaw.com**

**From:**          djcohen@bayareacrimlaw.com
**Sent:**          Monday, April 09, 2007 9:21 PM
**To:**            tchez@bayareacrimlaw.com
**Subject:**       FW: Pictures set 1

     

IMG_0012.JPG   IMG_0005.JPG   IMG_0006.JPG   IMG_0007.JPG   IMG_0008.JPG   IMG_0009.JPG   IMG_0010.JPG
  (574 KB)       (483 KB)       (482 KB)       (672 KB)       (657 KB)       (722 KB)       (607 KB)



IMG_0011.JPG
  (587 KB)

- David

-----Original Message-----
From: D. Petty [mailto:dcri@gci.net]
Sent: Monday, April 09, 2007 4:59 PM
To: djcohen@bayareacrimlaw.com
Subject: Pictures set 1


Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.

Exhibit Q, Part 1

1







