

Exhibit Q, Part II



**tchez@bayareacrimlaw.com**

| | |
|---|---|
| **From:** | djcohen@bayareacrimlaw.com |
| **Sent:** | Monday, April 09, 2007 9:16 PM |
| **To:** | tchez@bayareacrimlaw.com |
| **Subject:** | FW: Pics. Set 2 |




IMG_0021.JPG    IMG_0013.JPG    IMG_0014.JPG    IMG_0015.JPG    IMG_0016.JPG    IMG_0017.JPG    IMG_0018.JPG
(421 KB)        (575 KB)        (395 KB)        (411 KB)        (712 KB)        (487 KB)        (701 KB)

IMG_0019.JPG    IMG_0020.JPG
(605 KB)        (784 KB)


- David

-----Original Message-----
From: D. Petty [mailto:dcri@gci.net]
Sent: Monday, April 09, 2007 5:00 PM
To: djcohen@bayareacrimlaw.com
Subject: Pics. Set 2


Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.







