DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff(s),<br><br>v.<br><br>JASON SCOTT COLETTE,<br><br>  Defendant(s). | Case No. 4:05-CR-00042-01RRB<br><br>**NOTICE OF SUBMISSION OF EXHIBITS A THROUGH V TO MOTION OPPOSING CRIMINAL FORFEITURE OF PROPERTY AND FOR RETURN OF PROPERTY UNDER FED. R. CRIM. P. 41(e)** |

Defendant Jason Scott Colette, pursuant to instructions from the Clerk's office for the United States District Court of Alaska, hereby submits Exhibits A through V to Mr. Colette's Motion Opposing Criminal Forfeiture of Property and for Return of Property Under Fed. R. Crim. P. 41(e) filed on April 9, 2007 and re-filed, pursuant to the instructions of the Clerk's office for the United States District Court of Alaska on April 10, 2007.

Dated: April 10, 2007         Respectfully submitted,

                              /s/ David J. Cohen
                              177 Post Street
                              Suite 600
                              San Francisco, CA 94108
                              (415) 398-3900
                              (415) 398-7500

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **NOTICE OF SUBMISSION OF EXHIBITS A THROUGH V TO MOTION OPPOSING CRIMINAL FORFEITURE OF PROPERTY AND FOR RETURN OF PROPERTY UNDER FED. R. CRIM. P. 41(e)** in the case of <u>United States v. Colette</u>, Case No. 4:05-CR-00042-01RRB was sent by United States mail to:

> Brian D. Schroder, Esq.
> Assistant United States Attorney
> United States Attorney
> District of Alaska
> 310 K Street, #520
> Anchorage, AK 99501
> Fax: 907-271-2345

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2007, at San Francisco, California.

> <u>/s/ Tonia M. Nelsen-Sanchez</u>
> Tonia M. Nelsen-Sanchez
> Legal Assistant