

Exhibit Q. Part III

PEPSI





