**tchez@bayareacrimlaw.com**

**From:** djcohen@bayareacrimlaw.com
**Sent:** Monday, April 09, 2007 9:07 PM
**To:** tchez@bayareacrimlaw.com
**Subject:** FW: Pics set 3


IMG_0030.JPG (744 KB)


IMG_0022.JPG (773 KB)


IMG_0023.JPG (638 KB)


IMG_0024.JPG (649 KB)


IMG_0025.JPG (666 KB)


IMG_0026.JPG (659 KB)


IMG_0027.JPG (525 KB)




IMG_0028.JPG (612 KB)


IMG_0029.JPG (620 KB)

- David

-----Original Message-----
From: D. Petty [mailto:dcri@gci.net]
Sent: Monday, April 09, 2007 5:01 PM
To: djcohen@bayareacrimlaw.com
Subject: Pics set 3

Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately. This information is confidential, and not to be forwarded or reproduced without the express permission of D. Petty.

Exhibit Q, Part IV.





