DAVID J. COHEN, ESQ.  
California Bar No. 145748  
**COHEN & PAIK LLP**  
177 Post Street, Suite 600  
San Francisco, CA 94108  
Telephone: (415) 398-3900  

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-CR-00042-01RRB |
| ) | |
| Plaintiff(s), ) | |
| ) | **NOTICE OF SUBMISSION OF** |
| v. ) | **EXHIBITS A THROUGH V TO MOTION** |
| ) | **OPPOSING CRIMINAL FORFEITURE OF** |
| JASON SCOTT COLETTE, ) | **PROPERTY AND FOR RETURN OF** |
| ) | **PROPERTY UNDER FED. R. CRIM. P.** |
| Defendant(s). ) | **41(e)** |
| ) | |

Defendant Jason Scott Colette, pursuant to instructions from the Clerk's office for the United States District Court of Alaska, hereby submits Exhibits A through V to Mr. Colette's Motion Opposing Criminal Forfeiture of Property and for Return of Property Under Fed. R. Crim. P. 41(e) filed on April 9, 2007 and re-filed, pursuant to the instructions of the Clerk's office for the United States District Court of Alaska on April 10, 2007.

Dated: April 10, 2007          Respectfully submitted,

                               /s/ David J. Cohen
                               177 Post Street
                               Suite 600
                               San Francisco, CA 94108
                               (415) 398-3900
                               (415) 398-7500

1

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **NOTICE OF SUBMISSION OF EXHIBITS A THROUGH V TO MOTION OPPOSING CRIMINAL FORFEITURE OF PROPERTY AND FOR RETURN OF PROPERTY UNDER FED. R. CRIM. P. 41(e)** in the case of <u>United States v. Colette</u>, Case No. 4:05-CR-00042-01RRB was sent by United States mail to:

```
Brian D. Schroder, Esq.
Assistant United States Attorney
United States Attorney
District of Alaska
310 K Street, #520
Anchorage, AK 99501
Fax: 907-271-2345
```

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2007, at San Francisco, California.

/s/ Tonia M. Nelsen-Sanchez
Tonia M. Nelsen-Sanchez
Legal Assistant
