**tchez@bayareacrimlaw.com**

---

**From:** djcohen@bayareacrimlaw.com
**Sent:** Monday, April 09, 2007 9:00 PM
**To:** tchez@bayareacrimlaw.com
**Subject:** FW: Pics set 4

      

IMG_0039.JPG (606 KB)   IMG_0031.JPG (692 KB)   IMG_0032.JPG (678 KB)   IMG_0033.JPG (843 KB)   IMG_0034.JPG (539 KB)   IMG_0035.JPG (506 KB)   IMG_0036.JPG (570 KB)

 

IMG_0037.JPG (732 KB)   IMG_0038.JPG (541 KB)

- David

-----Original Message-----
From: D. Petty [mailto:dcri@gci.net]
Sent: Monday, April 09, 2007 5:02 PM
To: djcohen@bayareacrimlaw.com
Subject: Pics set 4

Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS   USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately. This information is confidential, and not to be forwarded or reproduced without the express permission of D. Petty.

*Exhibit R, Part I*



