Case 4:05-cr-00042-RRB   Document 270-3   Filed 04/10/2007   Page 1 of 2



