

Exhibit R, Part III



