

Exhibit R, Part IV

