**tchez@bayareacrimlaw.com**

From:       djcohen@bayareacrimlaw.com
Sent:       Monday, April 09, 2007 8:49 PM
To:         tchez@bayareacrimlaw.com
Subject:    FW: Pics set 5

      

IMG_0048.JPG   IMG_0040.JPG   IMG_0041.JPG   IMG_0042.JPG   IMG_0043.JPG   IMG_0044.JPG   IMG_0045.JPG
(766 KB)       (764 KB)       (748 KB)       (581 KB)       (810 KB)       (787 KB)       (653 KB)

 

IMG_0046.JPG   IMG_0047.JPG
(674 KB)       (782 KB)


- David

-----Original Message-----
From: D. Petty [mailto:dcri@gci.net]
Sent: Monday, April 09, 2007 5:03 PM
To: djcohen@bayareacrimlaw.com
Subject: Pics set 5


Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS   USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.


Exhibit S, Part I

1



