Exhibit S, Part III

