**tchez@bayareacrimlaw.com**

| | |
|---|---|
| **From:** | djcohen@bayareacrimlaw.com |
| **Sent:** | Monday, April 09, 2007 8:54 PM |
| **To:** | tchez@bayareacrimlaw.com |
| **Subject:** | FW: Pics set 6 |

     

IMG_0058.JPG  IMG_0049.JPG  IMG_0050.JPG  IMG_0051.JPG  IMG_0052.JPG  IMG_0053.JPG  IMG_0054.JPG
(778 KB)        (270 KB)       (634 KB)       (599 KB)       (666 KB)       (551 KB)       (583 KB)

  

IMG_0055.JPG  IMG_0056.JPG  IMG_0057.JPG
(520 KB)       (620 KB)       (625 KB)


- David

-----Original Message-----
From: D. Petty [mailto:dcri@gci.net]
Sent: Monday, April 09, 2007 5:04 PM
To: djcohen@bayareacrimlaw.com
Subject: Pics set 6


Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS   USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.


Exhibit T, Part I

