

Exhibit T, Part III



