

Exhibit T, Part IV.

