

Exhibit T, Part V.

