tchez@bayareacrimlaw.com

**From:** djcohen@bayareacrimlaw.com
**Sent:** Monday, April 09, 2007 8:43 PM
**To:** tchez@bayareacrimlaw.com
**Subject:** FW: Pics set 7


IMG_0069.JPG (502 KB)

IMG_0059.JPG (629 KB)

IMG_0060.JPG (514 KB)

IMG_0061.JPG (583 KB)

IMG_0062.JPG (593 KB)

IMG_0063.JPG (525 KB)

IMG_0064.JPG (575 KB)

IMG_0065.JPG (579 KB)

IMG_0066.JPG (634 KB)

IMG_0067.JPG (666 KB)

IMG_0068.JPG (674 KB)

- David

-----Original Message-----
From: D. Petty [mailto:dcri@gci.net]
Sent: Monday, April 09, 2007 5:05 PM
To: djcohen@bayareacrimlaw.com
Subject: Pics set 7


Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.

Exhibit U, Part I

1



