

Exhibit U, Part II



