

Exhibit U, Part III



