

Exhibit U, Part IV



