**tchez@bayareacrimlaw.com**

| | |
|---|---|
| **From:** | djcohen@bayareacrimlaw.com |
| **Sent:** | Monday, April 09, 2007 9:11 PM |
| **To:** | tchez@bayareacrimlaw.com |
| **Subject:** | FW: Pics set 8 (END) |

            

IMG_0075.JPG   IMG_0070.JPG   IMG_0071.JPG   IMG_0072.JPG   IMG_0073.JPG   IMG_0074.JPG
(640 KB)      (575 KB)      (608 KB)      (535 KB)      (687 KB)      (758 KB)

- David

```
-----Original Message-----
From: D. Petty [mailto:dcri@gci.net]
Sent: Monday, April 09, 2007 5:06 PM
To: djcohen@bayareacrimlaw.com
Subject: Pics set 8 (END)


Denise M. Petty
DC Recovery & Investigations
Owner / Investigator
License No. 2006-0019
748 Gaffney Road, Suite 104
Fairbanks, Alaska 99701
907.374.4633
907.322.3294
FAX 1-866-370-1369
dcri@gci.net
http://www.dcrionline.net
Member NAIS; AIA; NCISS  USAPI
pialaskadp@yahoo.com (I/M)
If you are not the intended recipient of this email, please notify sender immediately.
This information is confidential, and not to be forwarded or reproduced without the
express permission of D. Petty.
```

Exhibit V, Part I



