

Exhibit V, Part II

