

Exhibit V, Part III

