DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-CR-00042-01RRB |
|        Plaintiff(s), ) | |
| ) | **STIPULATION TO PERMIT AMENDMENT** |
| v. ) | **OF THE MARCH 30, 2007 JUDGMENT** |
| ) | **(DOCKET #248)** |
| JASON SCOTT COLETTE, ) | |
|        Defendant(s). ) | |

**IT IS HEREBY STIPULATED** by and between the parties that following the Court's ruling on the forfeiture and return of property issues which were reserved at the sentencing hearing, the judgment may be amended, if necessary.

**IT IS SO STIPULATED.**

                                      NELSON P. COHEN
                                      United States Attorney

Dated: April 5, 2007         /s/ James Barkeley
                                      JAMES BARKELEY
                                      Assistant U.S. Attorney
                                      222 W. 7th Avenue, #9, Room 253
                                      Anchorage, AK 99513-7567
                                      Phone: (907)271-3699
                                      Fax: (907) 271-6011

Dated: April 5, 2007

/s/ David J. Cohen
DAVID J. COHEN
COHEN & PAIK LLP
177 Post Street, Suite 600
San Francisco, CA 94108
Phone: (415) 398-3900
Fax: (415) 398-7500

**IT IS SO ORDERED.**

Dated: April 16, 2007

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

2