\*\* TOTAL PAGE.02 \*\*
JUN 15 2006 09:37 FR DEA SEATTLE

U. S. Department of Justice
Drug Enforcement Administration

06-DEA-460374

5-3-06

ANCHORAGE DO

Asset ID: 06-DEA-460374   Case #: RG-05-0045
Asset Description: 2003 Sea-Doo 215A w/Trailer
Serial Number: YDV38312A305
Seizure Date: 11/28/2005   Seizure Value: $8170.00
Seizure Place: Fairbanks, AK
Owner Name: Jason Scott Colette
Seized From: Jason Scott Colette
Judicial District: District of Alaska

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE,** it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Lawrence A. D'Orazio, Senior Attorney
Asset Forfeiture Section

MAY 0 3 2006
Date