

**U.S. Department    Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*      *Commercial: (907) 271-5071*
*Anchorage, Alaska 99513-7567*      *Fax Number: (907) 271-2344*

April 20, 2007

ERIC COHOON, Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives
Federal Building & U.S. Courthouse
101 12th Avenue, Room 330
Fairbanks, AK 99701

Re:   United States v. Jason Scott Colette; Case No. 4:05-cr-042-RRB
      ATF Case No. 787011-06-0006
      Request for Return of 10 Firearms & Service of Notice

Dear Eric,

Pursuant to our telephone conversation this week, please ensure that the following 10 firearms, which are no longer subject to any forfeiture proceedings, are returned in person to Sean Colette:

1.    Remington Mohawk 48, 12 gauge shotgun, s/n 5279681;
2.    Harrington & Richardson Topper Model 48, 12 gauge shotgun, s/n AM250982;
3.    American Arms, 10 gauge shotgun, s/n 0220016;
4.    Winchester Model 190, .22 rifle, s/n B1822823;
5.    Stevens Model 67E, 12 gauge shotgun, s/n D395391;
6.    Winchester Model 94, 30-30 rifle, s/n 4139992;
7.    Armas Bost Eibar, 20 gauge double-barrel shotgun, s/n 1928;
8.    Mossberg Model 500A, 12 gauge shotgun, s/n L100810;
9.    Mossberg Model 500E, .410 gauge shotgun, s/n P317355; and
10.   Colt Super 38, 38 semi-auto pistol, s/n 126180.

Please make sure that Sean Colette signs a receipt for the firearms, as well as the attached Release of Claim & Hold Harmless Agreement.

April 20, 2007
Page 2

Also, at the same time that Sean picks-up the firearms, please serve him with the attached Notice of Judicial Forfeiture[1] and have him sign the attached receipt (and return signed receipt to me).

Thank you very much. Please contact me if you have any questions.

Very truly yours,

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

Cc:    Katie Voke, USAO
       Bryan Schroder, AUSA
       Mike Foran, DEA

---

[1] Notice involves criminal forfeiture of the following:
    (1) $38,848.00;
    (2) Ingram Model 10A1 .45 caliber/9mm machine gun, s/n A6041381;
    (3) Remington Woodmaster Model 740, 30-06 rifle, s/n 83245;
    (4) Colt Sporter, 7.62x39 rifle, s/n LH010714; and
    (5) Mossberg Model 500A, 12 gauge shotgun, s/n L986808.

## RELEASE OF CLAIM & HOLD HARMLESS AGREEMENT

ATF Case Number: 787011-06-0006
Case Name: <u>United States v. Jason Scott Colette</u>
Case Number: 4:05-cr-042-RRB

This agreement is entered into between **SEAN COLETTE** and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice. This agreement is made in consideration of the return of ten firearms, described below, which were seized from JASON SCOTT COLETTE on May 21, 2005, by ATF for forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), and for other consideration, the receipt of which is acknowledged hereby:

1.  Remington Mohawk 48, 12 gauge shotgun, s/n 5279681;
2.  Harrington & Richardson Topper Model 48, 12 gauge shotgun, s/n AM250982;
3.  American Arms, 10 gauge shotgun, s/n 0220016;
4.  Winchester Model 190, .22 rifle, s/n B1822823;
5.  Stevens Model 67E, 12 gauge shotgun, s/n D395391;
6.  Winchester Model 94, 30-30 rifle, s/n 4139992;
7.  Armas Bost Eibar, 20 gauge double-barrel shotgun, s/n 1928;
8.  Mossberg Model 500A, 12 gauge shotgun, s/n L100810;
9.  Mossberg Model 500E, .410 gauge shotgun, s/n P317355; and
10. Colt Super 38, 38 semi-auto pistol, s/n 126180.

The undersigned hereby acknowledges that the firearms initially seized by ATF were properly seized as being apparently possessed in violation of 21 U.S.C. § 841, and were subject to forfeiture under 21 U.S.C. § 853. ATF acknowledges that additional information came to light subsequent to the seizure that undermined the initial seizure determination.

The undersigned hereby agrees to unconditionally release and hold harmless ATF, its officers, employees, and agents, from any and all claims, grievances, entitlements, demands, causes of action or suits, whether in their official or individual capacity, of whatever kind and description, and wheresoever situated, that might now exist or hereafter arise by reason of, or growing out of, or affecting, directly or indirectly, the seizure, custody, or return of the above-described firearms. Further, the undersigned agrees to hold harmless and indemnify ATF, its officers, employees, and agents, to the extent of the value of the above-stated return, against any claims possessed by any third party that may arise in any way from the seizure, custody, or return of the above-described firearms.

EXECUTED this ___ day of _____, 2007.


_____
**SEAN COLETTE**


_____          _____
Witness Printed Name & Signature          Date & Time

**NOTICE OF JUDICIAL FORFEITURE:**

## UNITED STATES OF AMERICA v. JASON SCOTT COLETTE
**Case No. 4:05-cr-042-RRB**

To all interested persons in the above-styled case, notice is hereby given that on August

18, 2006, the United States District Court for the District of Alaska, the Honorable Ralph R.

Beistline presiding, entered a Preliminary Order of Forfeiture forfeiting the following property

to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2):

   A.    $38,848.00 IN UNITED STATES CURRENCY;
   B.    INGRAM MODEL 10A1, .45 CALIBER/9mm MACHINE GUN, Serial
         Number A6041381;
   C.    REMINGTON WOODMASTER MODEL 740, 30-06 RIFLE, Serial Number
         83245;
   D.    COLT SPORTER, 7.62x39 RIFLE, Serial Number LH010714; and
   E.    MOSSBERG MODEL 500A, 12 GAUGE SHOTGUN, Serial Number L986808.

Pursuant to 21 U.S.C. § 853(n)(2), any person other than the defendant asserting a legal

interest in the forfeited property must petition the court, within 30 days of the final publication

or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of

the alleged interest in the property. The petition shall be signed by the petitioner under penalty

of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in

the property, the time and circumstances of the petitioner's acquisition of the right, title, and

interest in the property, and any additional facts supporting the petitioner's claim and the relief

sought.

All such petitions must be filed with the Office of the Clerk, United States District Court,

222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to

Assistant U.S. Attorney James Barkeley, at 222 W. 7th Avenue, # 9, Room 253, Anchorage, AK

99513-7567.

## PROOF OF SERVICE BY PERSONAL DELIVERY

On _____ (date), I, ATF SA Eric Cohoon, personally served the attached Notice

of Judicial Forfeiture regarding <u>United States v. Jason Scott Colette</u>, Case No. 4:05-cr-042-RRB, on

**SEAN COLETTE** at _____(physical address).


_____

Eric Cohoon, Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives


    I, SEAN COLETTE, hereby declare under penalty of perjury that the foregoing is true and
correct and that this declaration was executed on _____(date) at Fairbanks, Alaska.


_____

SEAN COLETTE