**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   JASON SCOTT COLETTE  

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                             CASE NO.   4:05-CR-0042-RRB  

 John W. Erickson, Jr.                      DATE: April 24, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SETTING STATUS CONFERENCE**

---

A status conference will be held on **Wednesday, May 16, 2007, at 9:00 a.m.**, in Courtroom 2, in Anchorage, Alaska, for the purpose of addressing the motions pending before the Court at Dockets 237 and 256. In addition, the parties should come prepared to discuss dates and times for the proposed forfeiture jury trial.

Counsel needing to attend telephonically are to contact Carolyn Bollman, 907-451-7591, at least two (2) working days prior to the hearing to make appropriate arrangements.