UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v JASON SCOTT COLETTE
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline, 4:05-CR-00042-01-RRB
Date Complaint/Indictment/Petition Filed: 12/14/2005
Date Appealed Order/Judgment *entered*: 03/30/2007
Date NOA *filed*: 04/10/2007
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

07-30127
RECEIVED
APR 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Court Reporter(s) Name and Phone Number: Carolyn Bollman (907) 451-5792

**FEE INFORMATION:**
Date Docket Fee paid: Rec #00130175     Date Docket Fee billed: __
Is FP pending? no         Was FP Limited/Revoked?
US Government Appeal?  x no
Companion Cases? Please list: __
     Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| David J. Cohen | Bryan D. Schroder |
| Cohen and Paik, LLP | U.S. Attorney's Office |
| 117 Post Street - Suite 600 | 222 West 7th Avenue - #0 |
| San Francisco, CA 94108 | Anchorage, AK 99513 |
| (415) 398-3900 | (907) 271-5071 |
| (415) 398-7500 (fax) | (907) 271-2345 (fax) |
| tchez@bayareacrimlaw.com | bryan.schroder@usdoj.gov |

XX  retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: BOP             __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Carolyn Bollman

(907) 451-5792