```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.    JASON SCOTT COLETTE      CASE NO.  4:05-CR-00042-RRB
Defendant: X  Not Present

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        CAROLYN BOLLMAN
                              JAMES BARKLEY* Telephonic Appearance
UNITED STATES' ATTORNEY:      BRYAN SCHRODER* Telephonic Appearance

DEFENDANT'S ATTORNEY:         DAVID COHEN* Telephonic Appearance

U.S.P.O.:                     MARCI LUNDGREN

PROCEEDINGS: Scheduling Conference      Held: May 16, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.
```

Court and counsel heard re Trial of Forfeiture Issues.

**Trial by Jury set for Monday July 16, 2007 at 8:30 a.m. Final Pretrial Conference set for Tuesday, July 10, 2007 at 8:30 a.m. Jury Instructions due no later than July 5, 2007.**

Counsel for defendant heard regarding property being held by the Alaska State Troopers.

Counsel for the government stated position regarding property being held by the Alaska State Troopers.

Court Heard Jet Ski issue will be resolved on the briefs. Defendant's supplemental brief allowed; Brief to be filed in one week.

At 9:18 a.m. court adjourned.

DATE:     May 16, 2007      DEPUTY CLERK'S INITIALS:    cpb