NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
jim.barkeley@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  3:05-cr-00042-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **ERRATA** |
| vs. ) | |
| ) | |
| JASON SCOTT COLETTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

NOW COMES the United States of America, through counsel, and filed a

Trial Brief at Docket 286, in the above captioned case.  It erroneously did not

attach the proposed redacted indictment.  Therefore, the government submits with

this Errata the proposed redacted indictment in support of the trial brief.

RESPECTFULLY SUBMITTED this 5th day of July, 2007, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-6011
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2007,
a true and correct copy
of the foregoing
UNITED STATES' FORFEITURE TRIAL
BRIEF was served electronically on:

DAVID J. COHEN
 (Counsel for defendant Jason Scott Colette)

s/James Barkeley