TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-042-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | POSSESSION WITH INTENT TO |
| v. | ) | DISTRIBUTE COCAINE |
| | ) |     Vio. 21 U.S.C. § 841(a)(1) and |
| JASON SCOTT COLETTE, | ) | 841(b)(1)(B) |
| | ) | |
| Defendant. | ) | COUNT 2: |
| | ) | DISTRIBUTION OF COCAINE |
| | ) |     Vio. 21 U.S.C. § 841(a)(1) and |
| | ) | 841(b)(1)(C) |
| | ) | |
| | ) | COUNT 6: |
| | ) | CRIMINAL FORFEITURE - |
| | ) | $38,848.00 IN U.S. CURRENCY |
| | ) |     Vio. 21 U.S.C. § 853(a)(1) and |
| | ) | § 853(a)(2) |
| | ) | |
| | ) | COUNT 7: |
| | ) | CRIMINAL FORFEITURE - |
| | ) | FIREARMS |
| | ) |     Vio. 21 U.S.C. § 853(a)(1) and |
| | ) | § 853(a)(2) |
| | ) | |
| | ) | |

PROPOSED REDACTED IN D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about November 28, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture or substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 2

On or about November 18, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 6

As a result of committing the controlled substance offenses alleged in Counts 1 & 2, in violation of Title 21, United States Code, Section 841, and upon conviction of either Count 1 or 2, an offense punishable by imprisonment for more than one year, defendant, JASON COLETTE, shall forfeit to the United States any property constituting, or derived from, any

proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, pursuant to 21 U.S.C. § 853(a)(1) and § 853(a)(2), including but not limited to approximately $38,848.00 in United States currency, seized from 1038 Lakeview Terrace, Fairbanks, Alaska on or about November 28, 2005.

## COUNT 7

As a result of committing the controlled substance offense alleged in Counts 1 & 2, in violation of Title 21, United States Code, Section 841, and upon conviction of either Count 1 or 2, an offense punishable by imprisonment for more than one year, defendant JASON COLETTE, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, pursuant to 21 U.S.C. § 853(a)(1) and § 853(a)(2), including but not limited to the following firearms:

 1) Ingram Model 10A1, .45cal/9mm machine gun, serial number A6041381, with silencer, a Bowers 9mm suppressor, Model CAC9, serial number S927,

 5) Remington Woodmaster Model 740, 30-06 rifle, serial number 83245,

 9) Colt Sporter, 7.62x39 rifle, serial number LH010714, and

 14) Mossberg Model 500A, 12 gauge shotgun, serial number L986808,

seized from 1038 Lakeview Terrace, Fairbanks, Alaska on or about November 28, 2005.

A TRUE BILL.

S/Grand Jury Foreperson
GRAND JURY FOREPERSON

S/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney

S/Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney

DATED:   December 13, 2005