DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-CR-00042-01RRB |
| ) | |
| Plaintiff(s), ) | |
| ) | **STIPULATION TO CONTINUE DUE DATE** |
| v. ) | **FOR DEFENDANT'S PROPOSED JURY** |
| ) | **INSTRUCTIONS** |
| JASON SCOTT COLETTE, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties that defendant Jason Colette's proposed jury instructions, now scheduled to be filed by July 5, 2007, be permitted to be filed by July 9, 2007.

**IT IS SO STIPULATED**.

NELSON P. COHEN
United States Attorney

Dated: July 5, 2007          /s/ James Barkeley
                             JAMES BARKELEY
                             Assistant U.S. Attorney
                             222 W. 7th Avenue, #9, Room 253
                             Anchorage, AK 99513-7567
                             Phone: (907)271-3699
                             Fax: (907) 271-6011

```
Dated: July 5, 2007            /s/ David J. Cohen
                               DAVID J. COHEN
                               COHEN & PAIK LLP
                               177 Post Street, Suite 600
                               San Francisco, CA 94108
                               Phone: (415) 398-3900
                               Fax: (415) 398-7500
```

**IT IS SO ORDERED.**

```
Dated: _____       _____
                               THE HONORABLE RALPH R. BEISTLINE
                               UNITED STATES DISTRICT COURT JUDGE
```