DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 4:05-CR-00042-01RRB |
|                                   ) | |
|         Plaintiff(s),             ) | **DEFENDANT JASON SCOTT COLETTE'S** |
|                                   ) | **PROPOSED SPECIAL JURY** |
| v.                                ) | **INSTRUCTIONS REGARDING** |
|                                   ) | **FORFEITURE** |
| JASON SCOTT COLETTE,              ) | |
|                                   ) | |
|         Defendant(s).             ) | |
|                                   ) | |
|                                   ) | |

    Defendant Jason Scott Colette, by and through his attorney David J. Cohen, Esq., of Cohen & Paik LLP, hereby submits the following special jury instructions pursuant to Fed. R. Crim. P. 30.  Defendant Jason Scott Colette reserves the right to submit additional and supplemental jury instructions at or prior to the jury instruction conference.

Dated: July 9, 2007                Respectfully submitted,

                                                              /s/ David J. Cohen
                                                              177 Post Street
                                                              Suite 600
                                                              San Francisco, CA 94108
                                                              (415) 398-3900
                                                              (415) 398-7500

## PROPOSED JURY INSTRUCTION NO. 1
### (General Forfeiture Instruction)

Members of the jury, Mr. Colette has been convicted by a federal jury of one count of violating 21 U.S.C. 841(a)(1), possession of cocaine with intent to distribute, and one count of violating 21 U.S.C. 841(a)(1), distribution of cocaine. He was acquitted, by the same jury, of using or carrying the guns which are the subject of this forfeiture trial, in connection with the two drug counts of which he was convicted.

You must now determine whether the government has proved, by a preponderance of the evidence, that certain property is forfeitable. Forfeiture means that Mr. Colette is to be divested or deprived of his ownership or interest in the property.

If you find that the government has proved, by a preponderance of the evidence, both of the following two points, you must find the subject property forfeitable. If the government has failed to prove either of the two points as to any of the subject property, you must find that property is not subject to forfeiture.

The first point the government must prove is that there is a nexus between the either of the two offenses of which Mr. Colette was convicted and the subject property. In order for you to determine there is the required nexus, you must find that each discrete piece of the subject property was used or intended to be used, in any manner or part, to commit or to facilitate the commission of either one of the counts of which Mr. Colette was convicted.

The second point the government must prove is that at least a discrete portion of each discrete piece of property was used or intended to be used, in any manner or part, to commit or to facilitate the commission of either one of the counts of which Mr. Colette was convicted.

### PROPOSED JURY INSTRUCTION NO. 2
### (Definition of Nexus)

Facilitation occurs when the property makes the prohibited conduct less difficult or more free from obstruction or hindrance. The mere pooling or commingling of tainted and untainted funds in an account, without more, does not render the entire contents of the account subject to forfeiture. United States v. Puche, 350 F.3d 1137, 1153 (11th Cir. 2003). Further, a mere incidental or fortuitous connection between the subject property and offense is not enough. The connection between the property and the offense must be substantial. United States v. Smith, 966 F.2d 1045, 1055 (6th Cir. 1992).

### PROPOSED JURY INSTRUCTION NO. 3
### (Definition of Discrete Property)

As to each of the four guns, and as to the $38,848.00, you must determine whether any discrete piece of the property is subject to forfeiture. It is permissible to find that one or more guns are subject to forfeiture, and one or more are not. It is also permissible to find that some of the cash is subject to forfeiture, and some cash is not. The issue is whether the government has proved, by a preponderance of the evidence, that a discreet piece or portion of property has the requisite nexus to one or both of the offenses of conviction. United States v.

Smith, 966 F.2d 1045, 1054(6th Cir. 1992); United States v. Puche, 350 F.3d 1137, 1153 (11th Cir. 2003).

Dated: July 9, 2007            Respectfully submitted,

                               /s/ David J. Cohen
                               177 Post Street
                               Suite 600
                               San Francisco, CA 94108
                               (415) 398-3900
                               (415) 398-7500

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **DEFENDANT JASON SCOTT COLETTE'S PROPOSED SPECIAL JURY INSTRUCTIONS REGARDING FORFEITURE** in the case of United States v. Colette, Case No. 4:05-CR-00042-01RRB was sent electronically and was sent by United States mail to:

> Bryan D. Schroder, Esq.
> Assistant United States Attorney
> United States Attorney
> District of Alaska
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Fax: 907-271-6011

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2007, at San Francisco, California.

> /s/ Tonia M. Nelsen-Sanchez
> Tonia M. Nelsen-Sanchez
> Legal Assistant