```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JASON SCOTT COLETTE    CASE NO. 4:05-CR-00042-01-RRB
Defendant:  X Present-Telephonic    X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:     JAMES BARKELEY / BRYAN SCHRODER

DEFENDANT'S ATTORNEY:        DAVID J. COHEN - TELEPHONIC

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD 7/10/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

Defendant not present.

Court and counsel heard re trial scheduling.

At 8:47 a.m. court recessed until 9:03 a.m. with the defendant present telephonically.

Court and counsel heard re trial scheduling.

Government to submit a writ to the Court to transport defendant to Alaska; once defendant is in Alaska, Court to set a pretrial conference and trial date at that time.

Trial by Jury set for **July 16, 2007 is VACATED.**

Court and counsel heard re proposed jury instructions.

Defendant to submit briefing re disputed matters within 10 days and Government to respond within 5 days.

At 9:22 a.m. court adjourned.


DATE:        July 10, 2007        DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07