NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| In the Matter of | ) | Case No. 4:05-CR-00042-RRB |
|---|---|---|
| | ) | |
| JASON SCOTT COLETTE, | ) | **UNOPPOSED PETITION FOR** |
| | ) | **WRIT OF HABEAS CORPUS** |
| On Writ of Habeas Corpus | ) | **AD PROSEQUENDUM** |
| | ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

JASON SCOTT COLETTE, who is imprisoned by the United States Bureau of Prisons, is a defendant in a certain cause now pending before this Court, to wit: United States of America v. Jason Scott Colette, Case No. 4:05-cr-00042-RRB, which is expected to be set for a forfeiture jury trial in Fairbanks, Alaska, sometime during the week of August 13, 2007.

WHEREFORE, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Bureau of Prisons, United States Marshal for the District of Alaska, or his duly authorized representative, to bring said defendant before the Court in Fairbanks, Alaska, for the forfeiture trial, as well as further

proceedings, and to be returned to the Bureau of Prisons.

DATED this 10th day of July, 2007, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-6011
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019