IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>JASON SCOTT COLETTE,<br><br>On Writ of Habeas Corpus | ) Case No. 4:05-CR-00042-RRB<br>)<br>) **ORDER FOR ISSUANCE OF**<br>) **WRIT OF HABEAS CORPUS**<br>) **AD PROSEQUENDUM**<br>)<br>) **On Shortened Time** |

On the Unopposed Petition of James Barkeley, Assistant United States Attorney, IT IS HEREBY ORDERED that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Bureau of Prisons, United States Marshal for the District of Alaska, or his duly authorized representative, to bring JASON SCOTT COLETTE (registration no. 14774-006), now being held at FCI Terminal Island, before this Court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. Jason Scott Colette, Case No. 4:05-cr-00042-RRB, for a forfeiture jury trial in Fairbanks, Alaska, and such other proceedings as the Court may desire, said person to be returned to the said Bureau of Prisons, soon as the case is disposed of.

DATED this ___ day of July, 2007, at Anchorage, Alaska.

_____
HON. RALPH R. BEISTLINE
United States District Court Judge