IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No.  4:05-CR-00042-RRB |
| ) | |
| JASON SCOTT COLETTE, ) | **WRIT OF HABEAS CORPUS AD** |
| ) | **PROSEQUENDUM** |
| On Writ of Habeas Corpus ) | |
| ) | **On Shortened Time** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |

The President of the United States of America to:

United States Bureau of Prisons, United States Marshal for the District of Alaska, or his duly authorized representative.

GREETINGS:

     We command that you have the body of, JASON SCOTT COLETTE (registration no. 14774-006), by you imprisoned and detained as it is said, at FCI Terminal Island, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Fairbanks, Alaska, for a forfeiture jury trial, and other proceedings as the Court may desire, thereafter and as necessary in <u>United States v. Jason Scott Colette</u>, Case No. 4:05-cr-00042-RRB, now pending before said court, and that you return said person to the Bureau of Prisons as soon as the case may be disposed of, under safe and secure conduct.

     This is a continuing Writ on this date and such other times as the Court directs.

     WITNESS the Honorable Judge of the United States District Court of the District of

Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska, on this ___ day of July, 2007.

                IDA ROMACK
                CLERK, U.S. DISTRICT COURT

                By: _____
                      DEPUTY CLERK