

RECEIVED
JUL 24 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 07-30127      U.S. District Court # CR-05-00042-RBB
Short Case Title   United States v. Colette
Date Notice of Appeal Filed by Clerk of District Court   04/05/07

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 12/07/05 | Court Recorder MLD | Initial Appearance |
| 12/07/05 | Court Recorder MLD | Detention Hearing |
| 12/09/05 | Court Recorder MLD | Preliminary Detention Hrg. |
| 12/19/05 | Court Recorder MLD | Arraignment |
| 01/18/06 | Court Recorder MLD | Status Conference |
| 02/07/06 | Court Recorder SCJ | Detention Hearing |

(Attach Additional Page for Designations if Necessary) *SEE ATTACHMENT A

(XX) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered   01/05/07           Estimated Date for Completion   Already Completed
Signature of Attorney _____ Phone Number (415) 398-3900
Address   Cohen & Paik LLP
          177 Post Street, Suite 600, San Francisco, CA 94108


**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)