**ATTACHMENT A**

**United States v. Colette;**
U.S.C.A. No. 07-30127
U.S.D.C. No. CR-05-00042-RBB

| **HEARING DATE** | **COURT REPORTER** | **PROCEEDINGS** |
|---|---|---|
| 03/23/06 | Court Recorder MLD | Status Conference |
| 03/28/06 | Court Recorder TJG | Motion Hearing |
| 04/20/06 | Court Recorder MLD | Motion Hearing |
| 07/21/06 | Court Recorder AMK | Final Pretrial Conference |
| 07/26/06 | Court Recorder CME | Motion Hearing |
| 08/01/06 | Court Recorder RMC | Voir Dire |
| 08/01/06 | Court Recorder RMC | Trial by Jury-Day 1 |
| 08/02/06 | Court Recorder RMC | Trial by Jury-Day 2 |
| 08/03/06 | Court Recorder RMC | Trial by Jury-Day 3 |
| 11/22/06 | Court Recorder TJG | Scheduling Conference |
| 11/27/06 | Court Recorder TJG | Oral Motion Hearing |
| 03/23/07 | Court Recorder CPB | Sentencing Hearing |
| 05/16/07 | Court Recorder CPB | Scheduling Conference |
| 07/10/07 | Court Recorder SCL | Pretrial Conference |