UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  JASON COLETTE 

DATE:   July 26, 2007   CASE NO.   4:05-CR-42-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

      A telephonic status hearing with counsel will be held in this matter on **Tuesday, July 31, 2007, at 9:30 a.m.** in Courtroom 2 in Anchorage, Alaska. Counsel to call Meet Me Bridge A at 907-677-6246 at the time scheduled for the hearing.

M.O. SCHEDULING HEARING