NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-cr-00042-RRB |
| ) | |
| Plaintiff, ) | **NOTICE OF INTENT TO USE** |
| ) | **DIGITAL EVIDENCE** |
| vs. ) | **PRESENTATION SYSTEM** |
| ) | |
| JASON SCOTT COLETTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through counsel, and gives notice of the United States' intent to use the Court's Digital Evidence Presentation System (DEPS) in the trial of the above captioned case, currently scheduled to commence August 13, 2007, at 8:30 a.m.

// //

// //

// //

RESPECTFULLY SUBMITTED this 30th day of July, 2007, in Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2007, that a true and correct copy of the foregoing **NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM,** was served, via Electronic Filing, on:

**DAVID J. COHEN**

s/James Barkeley