DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-CR-00042-01RRB |
| | ) | |
| Plaintiff(s), | ) | **NOTICE OF MOTION AND MOTION TO CONTINUE JURY TRIAL** |
| | ) | |
| v. | ) | |
| | ) | Date: July 31, 2007 |
| JASON SCOTT COLETTE, | ) | Time: 9:30 a.m. |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

   JASON SCOTT COLETTE, by and through his retained attorney David J. Cohen, Esq., of Cohen & Paik LLP, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure and the Local Rules of this Court, hereby moves to continue the criminal forfeiture jury trial.

Dated: July 30, 2007          Respectfully submitted,

                              /s/ David J. Cohen
                              177 Post Street
                              Suite 600
                              San Francisco, CA 94108
                              (415) 398-3900
                              (415) 398-7500

DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-CR-00042-01RRB |
| | ) | |
| Plaintiff(s), | ) | **DECLARATION OF DAVID J. COHEN,** |
| | ) | **ESQ., IN SUPPORT OF NOTICE OF** |
| v. | ) | **MOTION AND MOTION TO CONTINUE** |
| | ) | **JURY TRIAL** |
| JASON SCOTT COLETTE, | ) | |
| | ) | Date: July 31, 2007 |
| Defendant(s). | ) | Time: 9:30 a.m. |
| | ) | |
| _____ | ) | |

    1.  My name is David J. Cohen, Esq. and I have been retained to represent Jason Colette in this matter.

    2.  On July 10, 2007, the Court held a status conference. At the status conference, the July 16, 2007 trial date, for Mr. Colette's criminal forfeiture jury trial, was vacated.  The date was vacated due to a misunderstanding regarding the marshals producing Mr. Colette for trial.  As the transcript of the May 16, 2007 status conference reflects, it was defense counsel's understanding that Mr. Colette would be produced for trial on July 16, 2007.  Further, defense counsel an Assistant United States Attorney James Barkeley picked that date due to their respective summer schedules.

    3.  At the July 10, 2007 status conference, when the marshals could not produce Mr. Colette for the July 16, 2007 trial, they estimated that they could have him physically present

2

within one month. The Court stated that it would set a status conference when Mr. Colette arrived at the jail in Fairbanks and set a trial date at the status conference. Defense counsel estimated that the earliest he could be available, given his summer schedule, was the week of August 13, 2007. The Court further made any defense filings in response to the government's trial memorandum and jury instructions due within 10 days. Under Fed. R. Crim. P. 45(a)(2), this would have made the filings due on July 26, 2007.

4. As defense counsel informed the government in May, he planned to be unavailable between July 21, 2007 and August 13, 2007. This is as a result of a pre-planned and pre-paid vacation with counsel's three children in New Hampshire.

5. In the week leading up to counsel's departure for the East Coast, it became clear that it will be impossible for counsel to conduct this trial within a few hours of his return to California. Counsel's trial and appellate schedule is such that it will be impossible to conduct this trial until the week of August 27, 2007, and, in that week, starting on August 28, 2007.

6. Beginning on July 23, 2007, counsel has been attempting to contact Mr. Schroder and Mr. Barkeley to advise of the scheduling problem, and to attempt to work out a mutually agreeable schedule with the government. We have called at least once a day, and several times more than once, for the last six business days. Neither Mr. Barkeley nor Mr. Schroder have responded. It is counsel's understanding that both prosecutors have been unavailable due to their own vacation schedules.

7.   In addition to the above, counsel has been seeking an extension of time on the pretrial filing because counsel simply could not get it done prior to leaving town.  Then, having purchased a laptop and an ATT access card to work on this and other matters from New Hampshire, the technology proved not to be functional.  It was not until today that counsel has succeeded in arranging for a functioning laptop, and functioning e-mail.

8.   Counsel's secretary, on July 26, 2007, advised him of the Court's July 26, 2007 order scheduling a status conference for July 31, 2007 at 9:30 a.m. Fairbanks time.  Counsel today, when accessing e-mail for the first time in one week, saw the Court's July 27, 2007 order scheduling the trial for August 13, 2007.  This was different than counsel's understanding, based upon the July 10, 2007 status conference, that the trial date would be set at the subsequent status conference when Mr. Colette arrived in Fairbanks.  At that status conference, counsel advised the Court that the earliest he estimated he could be available would be August 15, 2007.  Based upon that representation, and the Court's comments, counsel changed his non-refundable airline tickets from July 14, 2007 to arrival in the early morning of August 14, 2007.

9.  In any event, based upon counsel's schedule, it will not be possible to adequately conduct this trial and represent Mr. Colette until the week of August 27, 2007. We are requesting, in addition, a due date of August 17, 2007 for filings in response to the government's trial memorandum and proposed jury instructions to allow appropriate preparation of these filings after counsel's return to the office on August 13, 2007.

**FURTHER I STATE NOT.**


Dated: July 30, 2007           Respectfully submitted,


                               /s/ David J. Cohen
                               Declarant

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **NOTICE OF MOTION AND MOTION TO CONTINUE JURY TRIAL** and **DECLARATION OF DAVID J. COHEN, ESQ., IN SUPPORT OF NOTICE OF MOTION AND MOTION TO CONTINUE JURY TRIAL** in the case of <u>United States v. Colette</u>, Case No. 4:05-CR-00042-01RRB was sent by facsimile and by United States mail to:

>Bryan D. Schroder, Esq.
>Assistant United States Attorney
>United States Attorney
>District of Alaska
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513
>Fax: 907-271-6011

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2007, at San Francisco, California.

>/s/ Tonia M. Nelsen-Sanchez
>Tonia M. Nelsen-Sanchez
>Legal Assistant