MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON SCOTT COLETTE__  CASE NO.__4:05-CR-00042-01-RRB__
Defendant:_X_Present __X_In Custody

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY:_____BRYAN SCHRODER_____

DEFENDANT'S ATTORNEY:_____DAVID J. COHEN, TELEPHONIC__

PROCEEDINGS: STATUS CONFERENCE/HEARING ON MOTION TO CONTINUE
             TRIAL HELD 07/31/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:48 a.m. court convened.

Court and counsel heard re defendant's oral motion to continue
the Trial by Jury; **GRANTED.**

Trial by Jury set August 13, 2007 at 8:30 a.m. in Fairbanks,
Alaska **VACATED.**

Trial by Jury set **September 4, 2007 at 8:30 a.m. in Fairbanks,
Alaska.**

Court and counsel heard re James Barkeley will be trying the
case.

Court ordered Mr. Cohen to file his Trial Briefs on or before
**August 17, 2007.**

Court ordered Mr. Schroder to respond, if necessary, on or before
**August 22, 2007.**

Defendant's detention continued.

At 10:00 a.m. court adjourned.


DATE:_____July 31, 2007_____ DEPUTY CLERK'S INITIALS:____CME_____

Revised 6-18-07