UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   COLETTE

DATE:   August 2, 2007          CASE NO.   4:05-CR-0042-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

Due to a clerical scheduling error, a telephonic trial setting conference will be held in this matter on **Friday, August 3, 2007, at 1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska. Defendant need not be present. Counsel can call Meet Me Bridge A at (907) 677-6246 at the time scheduled for the hearing.

M.O. SCHEDULING HEARING