MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  JASON SCOTT COLETTE  CASE NO. 4:05-CR-00042-01-RRB
Defendant:  X Not Present    X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES' ATTORNEY:     BRYAN SCHRODER

DEFENDANT'S ATTORNEY:        DAVID J. COHEN, TELEPHONIC

PROCEEDINGS: STATUS AND SCHEDULING CONFERENCE HELD 08/03/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

Court and counsel heard re Trial by Jury date and scheduling
issues.

At 1:39 p.m. court recessed until 2:23 p.m.

Court and counsel heard re Trial by Jury date, all dates and
times to remain as previously set.

At 2:24 p.m. court adjourned.

DATE:      August 3, 2007      DEPUTY CLERK'S INITIALS:  CME

Revised 6-18-07