NELSON P. COHEN
United States Attorney

JAMES BARKELEY
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1600
Email: jim.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-00042-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF INTENT TO USE** |
| | ) | **DIGITAL EVIDENCE** |
| vs. | ) | **PRESENTATION SYSTEM** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and gives notice of the United States' intent to use the Court's Digital Evidence Presentation System (DEPS) in the trial of the above captioned case, currently scheduled to commence September 4, 2007, at 8:30 a.m., in Fairbanks, Alaska.
//   //

RESPECTFULLY SUBMITTED this 6th day of August, 2007, in Fairbanks, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/James Barkeley
> JAMES BARKELEY
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, Alaska 99513-7567
> Phone: (907) 271-3699
> Fax: (907) 271-1600
> Email: jim.barkeley@usdoj.gov
> Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2007, that a true and correct copy of the foregoing **NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM,** was served, via Electronic Filing, on:

**DAVID J. COHEN**

s/James Barkeley