DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>JASON SCOTT COLETTE,<br><br>    Defendant(s). | Case No. 4:05-CR-00042-01RRB<br><br>**APPLICATION TO EXTEND TIME WITHIN WHICH TO FILE TRIAL MEMORANDUM FOR ONE ADDITIONAL DAY AND [PROPOSED] ORDER THEREON** |

    1.    This is an application to extend the time for filing the trial memorandum for one additional court day for Mr. Colette and for two additional court days for the government. Currently, Mr. Colette's trial memorandum is due by the close of business today, and the government's by the close of business on August 22, 2007.

    2.    Counsel returned from New Hampshire at 1:00 a.m. on August 11, 2007, and spent all day on August 11, 2007 studying for the certification examination in criminal law to renew his certification. The examination, given by the State Bar of California Board of Legal Specialization ran all day on August 12, 2007.

    3.    Upon return to the office, we prioritized this filing. The research is extensive, and the issue regarding admissibility

of hearsay at a criminal forfeiture trial under the current law novel. No district or appellate court in the Ninth Circuit has ruled on the issue.

4. It is 5:15 p.m., Pacific time, on August 17, 2007, and we still require a short amount of additional time to complete the trial brief.

5. We are also experiencing some technical difficulties with our computer which will require the system's partial shut down from 5:30 p.m. this evening until the early morning of August 20, 2007.

6. Yesterday, August 16, 2007, counsel was involved in a preliminary hearing in People v. Pacini, Case No. CM026907, in Butte County, California, which was expected to be completed by Noon. Unfortunately, the hearing ran into the evening hours, and counsel did not return to San Francisco until late in the evening. This additional time, together with the confluence of work on counsel in his first week back from vacation, and the above circumstances, made it impossible to meet the close of business deadline.

7. The issues and motions involved in the trial memorandum are critical to the conduct and outcome of the trial, and Mr. Colette will be greatly prejudiced if we are not granted one additional court day. The government, however, will suffer no prejudice if it is granted until August 24, 2007 to file any response. The Court will have from August 24, 2007 to September 4, 2007 to review the papers prior to the commencement of the trial.

      8.   Accordingly, we attach a proposed order.

Dated: August 17, 2007        Respectfully submitted,

                              <u>/s/ David J. Cohen</u>
                              177 Post Street
                              Suite 600
                              San Francisco, CA 94108
                              (415) 398-3900
                              (415) 398-7500

DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff(s),       )<br>                             )<br>v.                           )<br>                             )<br>JASON SCOTT COLETTE,         )<br>                             )<br>         Defendant(s).       )<br>                             )<br>_____) | Case No. 4:05-CR-00042-01RRB<br><br>**[PROPOSED] ORDER** |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that Mr. Colette's Trial Memorandum is due to be filed by Monday, August 20, 2007, and the government's response is due to be filed by August 24, 2007.

Dated: _____    _____
                                  THE HONORABLE RALPH R. BEISTLINE
                                  UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **APPLICATION TO EXTEND TIME WITHIN WHICH TO FILE TRIAL MEMORANDUM FOR ONE ADDITIONAL DAY** and **[PROPOSED] ORDER** in the case of United States v. Colette, Case No. 4:05-CR-00042-01RRB was sent by United States mail to:

Bryan D. Schroder, Esq.
Assistant United States Attorney
United States Attorney
District of Alaska
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513
Fax: 907-271-6011

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2007, at San Francisco, California.

/s/ Tonia M. Nelsen-Sanchez
Tonia M. Nelsen-Sanchez
Legal Assistant