DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-CR-00042-01RRB |
| ) | |
| Plaintiff(s), ) | |
| ) | [~~PROPOSED~~] ORDER |
| v. ) | |
| ) | |
| JASON SCOTT COLETTE, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that Mr. Colette's Trial Memorandum is due to be filed by Monday, August 20, 2007, and the government's response is due to be filed by August 24, 2007.

Dated:

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE