MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___JASON COLETTE_____ CASE NO. _4:05-CR-00042-01-RRB_
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:_____ RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____ LYNN GROVES-KELLEY/SUZANNETTE LUCERO_

UNITED STATES' ATTORNEY:____ JAMES BARKELEY_____

DEFENDANT'S ATTORNEY:_____ DAVID COHEN_____

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD 9/04/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:40 a.m. court convened without the prospective jurors.

Court and counsel heard re trial scheduling, witnesses and
evidence.

At 9:04 a.m court recessed until 9:22 a.m. without the
prospective jurors.

Court and counsel heard re witness, Eugene Johnson; Court
addressed Mr. Johnson re returning tomorrow.

At 9:29 a.m. 49 prospective jurors entered the courtroom.

Court introduction.

Introduction of counsel.

Court addressed prospective jurors re background of case.

Court read part of the Indictment re Criminal Forfeiture counts.

Oath as to qualifications administered.

General voir dire conducted.

At 9:45 a.m. juror 42 excused.
At 9:53 a.m. juror 8 excused.
At 10:13 a.m. juror 39 excused.

Continued To Page 2

DATE:_____ SEPTEMBER 4, 2007_____ DEPUTY CLERK'S INITIALS:_LGK/SCL_

Revised 6-18-07

Continuation - Page 2
U.S.A. vs. Jason Colette
4:05-cr-00042-01-RRB
Trial by Jury - Day 1
September 4, 2007

----------------------------------------------------------------

At 10:23 a.m. juror 3 excused.

Court admonished prospective jury panel.

At 10:46 a.m. the prospective jurors exited the courtroom.

Court and counsel heard re trial scheduling.

At 10:49 a.m. court recessed until 11:06 a.m. with 45 prospective jurors.

Court directed the clerk to call 32 names.

At 11:12 a.m. juror #2 excused.

Clerk continued to call 32 names; 32 names called.

Individual voir dire conducted.

At 12:23 prospective jurors exited the courtroom.

Court and counsel heard re jury selection.

At 12: 25 p.m. court recessed until 12:38 p.m. without the prospective jurors.

Court and counsel heard re jury selection.

At 12:40 p.m. court recessed until 12:43 p.m. without the prospective jurors.

No peremptory challenges taken.

At 12:46 p.m. 44 prospective jurors entered the courtroom.

Jury panel of 13 selected.

Continued To Page 3

DATE:____ SEPTEMBER 4, 2007 _____ DEPUTY CLERK'S INITIALS: LGK/SCL

Revised 6-18-07

Continuation - Page 3
U.S.A. vs. Jason Colette
4:05-cr-00042-01-RRB
Trial by Jury - Day 1
September 4, 2007

---

At 12:50 p.m. the excess jurors were thanked and excused.

Impaneling oath administered.

Jury Instructions.

At 1:04 p.m. the jurors exited the courtroom.

Court and counsel heard re clerks oversight with jury selection. Robert Anderson should have been juror #1; Brendan Birdsall is excused.

At 1:16 p.m. court recessed until 2:28 p.m. without the jury panel.

Court and counsel heard re opening statement.

At 2:29 p.m. juror, Robert Anderson entered the courtroom.

Court informed juror, Robert Anderson that he was released by accident and will serve as Juror #1.

Preliminary instructions given to Juror #1.

Impaneling oath given to Juror #1.

Jury Instructions.

At 2:41 p.m. jurors entered the courtroom.

Clerk takes roll call.

Court reads jury panel the original Indictment.

Opening statements heard.

Continued To Page 4

DATE:_____ SEPTEMBER 4, 2007 _____ DEPUTY CLERK'S INITIALS: LGK/SCL

Revised 6-18-07

Continuation - Page 4
U.S.A. vs. Jason Colette
4:05-cr-00042-01-RRB
Trial by Jury - Day 1
September 4, 2007
---------------------------------------------------------------

Ronald Wall sworn and testified on behalf of the plaintiff; Own deposition read. Plaintiff's exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9 **IDENTIFIED** (previously admitted).

Court admonished the jury panel.

At 4:30 p.m. the jury panel exited the courtroom to reconvene Wednesday, September 5, 2007 at 8:30 a.m.

Court and counsel heard re out of state witness and possible warrant, initial trial transcript, jury instructions, special verdict forms, previously admitted exhibits and stipulation re unavailable exhibits.

At 4:59 p.m. court recessed this matter to reconvene **Wednesday, September 5, 2007 at 8:15 a.m.**

DATE:_____September 4, 2007_____ DEPUTY CLERK'S INITIALS:LGK/SCL

Revised 6-18-07