IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:05-CR-00042-RRB |
| | ) | |
| v. | ) | **ORDER FOR CJA COUNSEL** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |

     A witness subpoenaed for trial in this matter has contacted the Public Defender for assistance. The Federal Defender's Office is unable to provide representation for this witness, and The CJA Administrator is requested to obtain counsel to assist Eugene Johnson with testimony scheduled to begin on September 5, 2007.

     DATED this 5 day of September, 2007, at Fairbanks, Alaska.



HON. RALPH R. BEISTLINE
United States District Court Judge