MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JASON COLETTE           CASE NO. 4:05-CR-00042-01 RRB
Defendant: X  Present X  In Custody ___On Bond

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY: JAMES BARKELEY

DEFENDANT'S ATTORNEY: DAVID COHEN

PROCEEDINGS: TRIAL BY JURY- DAY 2              HELD: 09/05/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:23a.m. court convened without the jury present.

Court and counsel heard re: exhibits, previous testimony, telephonic testimony, procedures and arrest warrant. Arrest warrant **ISSUED** as to Damon Womsley.

8:54 a.m. Jury enters Courtroom.
8:55 a.m. Eugene Johnson sworn to read own deposition.
Exhibits 5, 4, 2 and 1 **IDENTIFIED** (previously admitted)
9:37 a.m. court recessed.

9:50 a.m. Court reconvened, without jury present.
Court and counsel heard re: witness scheduling.

9:51 a.m. Jury present

9:52 a.m. Reading of Eugene Johnson deposition continues.
Exhibits 1, 2, 4 and 5 (previously admitted) published to jury.

10:25 a.m. Eric Cohoon sworn to read own deposition.
Exhibits 20, 21, 22, 23, 24, 28 **IDENTIFIED** (previously admitted)

11:10 a.m. Jury excused.

Court and counsel heard re: Exhibits 30 and 31.

Continued to page 2

Date: September 5, 2007           DEPUTY CLERK'S INITIALS: LGK


Revised 6-18-07

                    Continuation - Page 2
                    U.S. A. V. Jason Colette
                       4:05-CR-00042-01 RRB
                       Trial by Jury - Day 2
                       September 5, 2007
-------------------------------------------------------------------

11:19 a.m.  Jury present.

11:21 a.m. Eric Cohoon Sworn and testified on behalf of plaintiff. Exhibits 30 and 31 **IDENTIFIED AND ADMITTED**.

11:23 a.m. Plaintiff reads Exhibit 32 (previously admitted).

11:23:26 a.m. Plaintiff rests case.

11:26 a.m. Jury excused.
Court and counsel heard re: witness scheduling

11:28 a.m. Court recesssed.
1:17:15 p.m. Court reconvened without jury present.

Court and counsel heard re: witness scheduling, elements of counts.

1:28 p.m. Court recessed.
1:39 p.m. Court reconvened.

1:41 p.m.  David Dahl sworn and testified on behalf of Defense.
Exhibits A and B **IDENTIFIED AND ADMITTED**.

2:08 P.M. Ryan Schultz sworn and testified on behalf of Defense.
Exhibit C **IDENTIFIED**.

2:21 p.m. Lee R. Sumpter sworn and testified on behalf of Defense.
Exhibit C **ADMITTED**.


                        Continued to page 3

DATE: September 5, 2007          DEPUTY CLERK'S INITIALS: LGK


Revised 6-18-07

Continuation - page 3
U.S.A. v. Jason Colette
4:05-CR-00042-01 RRB
Trial by Jury - Day 2
September 5, 2007

2:40 p.m. Steven Ault sworn and testified on behalf of Defense.
Exhibits S, U and V **IDENTIFIED AND ADMITTED**.

3:02 p.m.  Jury excused

Court and counsel heard re: witness scheduling for Eugene Johnson and Mr. Charles Coe's availability.

3:11 p.m. Court recessed.
3:28 p.m. Court reconvened without the Jury present.

Court and Counsel heard re: Continued scheduling for Eugene Johnson. Mr. Johnson to be recalled at 8:30 am. On 09/06/2007.

3:29 p.m. Jury Present

3:30 p.m. Michael David Stark sworn and testified on behalf of Defense.
Exhibits Y, Z, AA **IDENTIFIED AND ADMITTED**.

3:51 p.m. Joseph Castle sworn and testified on behalf of Defense.
Exhibits BB and CC **IDENTIFIED AND ADMITTED**.

4:13 p.m. Guy Mannino sworn and testified on behalf of Defense.

4:38 p.m. Kenji Badger sworn and testified on behalf of Defense.
Exhibits E, F, H and Q **IDENTIFIED AND ADMITTED**.

4:54 p.m.  Jury excused until 8:30 a.m. on 09/06/2007

Court and counsel heard re: jury instructions.

At 5:44 p.m. Court recessed this matter to reconvene **Thursday, September 6, 2007 at 8:15 a.m.**


DATE: September 5, 2007     DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07