MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>JASON COLETTE</u>   CASE NO.<u>4:05-CR-00042-01 RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody ___ On Bond

BEFORE THE HONORABLE: <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER: <u>LYNN GROVES-KELLEY</u>

UNITED STATES' ATTORNEY: <u>JAMES BARKELEY</u>

DEFENDANT'S ATTORNEY: <u>DAVID COHEN</u>

PROCEEDINGS: TRIAL BY JURY - DAY 3    HELD:09/06/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:20 a.m. Court convened without jury present

Court and counsel heard re: Damon Womsley arrest warrant. Court **ORDERED** arrest warrant **QUASHED**.

At 8:24 a.m. Court recessed.
At 8:39 a.m. Court reconvened without jury present

Court and counsel heard re: Charlie Coe counsel for Eugene Johnson.

At 8:41:32 Jury entered courtroom.

Eugene Johnson sworn and testified on behalf of defense.

At 9:51 a.m. Court recessed.
At 10:11 a.m. Court reconvened without the jury present.

Court and counsel heard Re: witness scheduling

AT ****      Jury entered courtroom

William Williams sworn and testified on behalf of defense.

Ronald Wall sworn and testified on behalf of defense.

Eric Cohoon sworn and testified on behalf of defense.

CONTINUED TO PAGE 2

Date: <u>September 6, 2007</u>   DEPUTY CLERK'S INITIALS: <u>lgk</u>

Revised 6-18-07

CONTINUATION - PAGE 2
U.S.A. v. Jason Colette
4:05-CR-00042-01 RRB
Trial by Jury - Day 3
September 6, 2007

---

At 11:56 a.m.   Jury leaves courtroom.

Court and counsel heard re: witness scheduling, proposed expert witness testimony of Jason Pierce, any existing notes from initial interviews of defendant.

At 12:19 p.m. Court recessed.
At 1:30 p.m. Court reconvened without jury present

Court and counsel heard re: documents provided to defense by plaintiff, counsel setting up DEPS unit.

At 1:38 p.m. Jury entered courtroom.

Jason Avila sworn and testified on behalf of defense.

Jason Ronald Pierce sworn and testified on behalf of defense. **QUALIFIED AS EXPERT**.

Exhibits 33,34 and 35 **IDENTIFIED** and **OFFERED**. Court takes **UNDER ADVISEMENT**.

At 3:19:54 p.m. the Jury panel left courtroom.

Court and counsel heard re: defense request for testimony of Damon Womsley. Court **DENIED**. Court **ADMITTED** exhibits DD, 33, 34, 35.

At 3:31 p.m. Court recessed
At 3:53 p.m. Court reconvened without jury present

Court and counsel heard re: Exhibits 33,34 and 35

At 3:54 p.m. Court recessed
At 4:02 p.m. Court reconvened without jury present

CONTINUED TO PAGE 3

DATE: September 6, 2007     DEPUTY CLERK'S INITIALS: lqk

Revised 6-18-07

```
              CONTINUATION - PAGE 3
              U.S.A. v. Jason Colette
              4:05-CR-00042-01 RRB
              Trial by Jury - Day 3
              September 6, 2007
```

Court and counsel heard re: stipulation by counsel regarding Exhibits 33,34 and 35, length of closing arguments and stipulation by counsel as to Exhibit DD.

At 4:09 p.m. Court recessed.
At 4:24 p.m. Court reconvened without jury present

Court and counsel heard re: 2 stipulations by counsel regarding Exhibits DD, 33, 34 and 35.

At 4:27 p.m. Jury entered the courtroom.

Defense counsel, David Cohen, advised jury of stipulation as to Exhibit DD.

Court read stipulation of parties to jury regarding Exhibits 33,34 and 35.

Court read jury instructions.

At 4:44 p.m.  Jury left courtroom, excused for the day.

Court and counsel heard re: jury instructions.

At 4:54 p.m. Court recessed
at 5:00 p.m. Court reconvened without jury present

Court and counsel heard re: storage of exhibits. Counsel agreed all exhibits could be locked in jury room for the evening.

At 5:01 p.m. Court recessed to reconvene at **9:00 a.m. on September 7, 2007.**

DATE: September 6, 2007          DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07