DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff(s),     )<br>                             )<br>v.                           )<br>                             )<br>JASON SCOTT COLETTE,         )<br>                             )<br>          Defendant(s).     )<br>                             )<br>_____) | Case No. 4:05-CR-00042-01RRB<br><br><br><br>**[PROPOSED] ORDER** |

Based upon the verdict of the jury entered on September 7, 2007, **IT IS HEREBY ORDERED** that the Bureau of Alcohol, Tobacco & Firearms immediately return the Remington Woodmaster Model 740, 30-06 Rifle, Serial Number 83245 to Sean Colette, the representative designated by Jason Scott Colette on the record, in open court, on September 7, 2007.

**IT IS SO ORDERED.**


Dated: September __, 2007      _____
                               THE HONORABLE RALPH R. BEISTLINE
                               UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Tonia M. Nelsen-Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **[PROPOSED] ORDER** in the case of <u>United States v. Colette</u>, Case No. 4:05-CR-00042-01RRB was sent electronically and was sent by United States mail to:

> Bryan D. Schroder, Esq.
> James Barkeley, Esq.
> Assistant United States Attorneys
> United States Attorney
> District of Alaska
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Fax: 907-271-6011

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2007, at San Francisco, California.

<pre>
                          /s/ Tonia M. Nelsen-Sanchez
                          Tonia M. Nelsen-Sanchez
                          Legal Assistant
</pre>