```
                        ****AMENDED****
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  JASON COLETTE           CASE NO. 4:05-CR-00042-01 RRB
Defendant:   X Present X  In Custody ___On Bond

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY: JAMES BARKELEY

DEFENDANT'S ATTORNEY: DAVID COHEN

PROCEEDINGS: TRIAL BY JURY - DAY 3            HELD:09/06/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:20 a.m. Court convened without jury present

Court and counsel heard re: Damon Wamsley arrest warrant. Court **ORDERED** arrest warrant **QUASHED**.

At 8:24 a.m. Court recessed.
At 8:39 a.m. Court reconvened without jury present

Clerk places call to Mr. Coe, counsel for Eugene Johnson.

At 8:41 a.m. Jury enters courtroom.

Eugene Johnson sworn and testified on behalf of defense.

At 9:51 a.m. Court recessed.
At 10:11 a.m. Court reconvened without the jury present.

Court and counsel heard re: witness scheduling

At 10:12 a.m. Jury enters courtroom

William Williams sworn and testified on behalf of defense.

Ronald Wall sworn and testified on behalf of defense.

Eric Cohoon sworn and testified on behalf of defense.

                        CONTINUED TO PAGE 2

Date: September 6, 2007    DEPUTY CLERK'S INITIALS: lgk

Revised 6-18-07

```
                    CONTINUATION - PAGE 2
                    U.S.A. v. Jason Colette
                    4:05-CR-00042-01 RRB
                    Trial by Jury - Day 3
                      September 6, 2007
```

At 11:56 a.m.  Jury exits courtroom.

Court and counsel heard re: witness scheduling, proposed expert witness testimony, initial interviews of defendant.

At 12:19 p.m. Court recessed.
At 1:30 p.m. Court reconvened without jury present

Court and counsel heard re: documents provided to defense by plaintiff, counsel setting up DEPS unit.

At 1:38 p.m. Jury enters courtroom.

Jason Avila sworn and testified on behalf of defense.

Jason Ronald Pierce sworn and testified on behalf of defense. **QUALIFIED AS EXPERT**.

Exhibits 33,34 and 35 **IDENTIFIED** and **OFFERED**. Court takes **UNDER ADVISEMENT.**

At 3:19 p.m. the Jury exits courtroom.

Court and counsel heard re: defense request for testimony of Damon Wamsley. Court **DENIED**. Court **ADMITTED** Exhibits DD, 33, 34, 35.

At 3:31 p.m. Court recessed
At 3:53 p.m. Court reconvened without jury present

Court and counsel heard re: dates on Exhibits 33,34 and 35.


CONTINUED TO PAGE 3


DATE: September 6, 2007    DEPUTY CLERK'S INITIALS: lgk

Revised 6-18-07

```
                    CONTINUATION - PAGE 3
                    U.S.A. v. Jason Colette
                      4:05-CR-00042-01 RRB
                     Trial by Jury - Day 3
                       September 6, 2007
```

At 3:54 p.m. Court recessed
At 4:02 p.m. Court reconvened without jury present

Court and counsel heard re: continued discussion of Exhibits 33,34 and 35, and Exhibit DD. Court advised counsel and clerk to review exhibit lists and make sure all exhibits accounted for.

At 4:09 p.m. Court recessed.
At 4:24 p.m. Court reconvened without jury present

Court and counsel heard re: continued discussion regarding Exhibits DD, 33, 34 and 35.

At 4:27 p.m. Jury enters courtroom.

Stipulations as to Exhibits DD, 33,34 and 35 presented to jury.

Court read jury instructions.

At 4:44 p.m.  Jury excused for the day.

Court and counsel heard re: jury instructions.

At 4:54 p.m. Court recessed
at 5:00 p.m. Court reconvened without jury present

Court and counsel heard re: storage of exhibits. Counsel agreed all exhibits could be locked in jury room for the evening. Court **ORDERED** U.S. Marshalls and U.S. District Court Clerk to lock exhibits in the jury room for the evening.

At 5:01 p.m. Court recessed to reconvene at **9:00 a.m. on September 7, 2007.**


DATE: September 6, 2007          DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07