MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JASON COLETTE            CASE NO. 4:05-CR-00042-01 RRB
Defendant:   X Present X  In Custody ___On Bond

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY: JAMES BARKELEY

DEFENDANT'S ATTORNEY:    DAVID COHEN

PROCEEDINGS: TRIAL BY JURY - DAY 4            HELD: 09/07/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

At 9:05 a.m. Jury enters courtroom.

Court reads final jury instruction.

Closing Arguments heard.

At 10:34 a.m. Jury panel exits courtroom to begin deliberations.
All admitted exhibits, original verdict form and original jury
instructions forwarded to the jury via the bailiff.

Court and counsel heard re: Defense request for argument on
return of jet ski and trailer. Court **DENIED** request and **ORDERED**
counsel to file motion on the matter.

At 10:48 a.m. Court recessed
At 12:53 p.m. Court reconvened without presence of jury

Court **ORDERED** Mr. Cohen to remain in the building for the
remainder of the day.

Court and counsel heard re: jury question.

At 1:11 p.m. Court advised Mr. Cohen he could leave the building.

CONTINUED TO PAGE 2

DATE: September 7, 2007    DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07

```
                CONTINUATION PAGE 2
                U.S.A. v. Jason Colette
                4:05-CR-00042-01 RRB
                TRIAL BY JURY - DAY 4
                 September 7, 2007
-----------------------------------------------------------------
```

At 1:12 p.m. Court recessed
At 3:04 p.m. Court reconvened without the jury present

Court and counsel heard re: jury note, availability of court and
counsel next week.

At 3:08 p.m. Court recessed.
At 3:13 p.m. Court reconvened without the jury present.

Court and counsel heard re: Defendants preference for return of
items if verdict returned in his favor.

At 3:31 p.m. Court recessed.
At 4:08 p.m. Court reconvened.

At 4:08 p.m. Jury enters courtroom.

Verdict published. In Count 6, the $38,848.00 is **FORFEITED**. In
Count 7, The Ingram Model 10A1, .45 cal/9mm Machine gun with
Silencer, the Bowers 9mm Suppressor, the Colt Sporter Rifle and
the Mossberg Model 500A 12 Gauge Shotgun **ARE FORFEITED** and the
Remington Woodmaster Rifle is **NOT FORFEITED.**
Jury polled; all answered in the affirmative.

At 4:12 p.m. Court thanks and excuses the jury panel.

Original admitted exhibits returned to counsel.

List of Witnesses and List of Exhibits to be filed separately.

At 4:13 p.m. court adjourned.

DATE: September 7, 2007          DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07