(Rev 8/07)

# LIST OF EXHIBITS

RECEIVED SEP 0 7 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Case No. 4:05-CR-00042-01 RRB    Judge: **RALPH R. BEISTLINE**

Title   UNITED STATES OF AMERICA
        vs.
        JASON COLETTE

Dates of Hearing/Trial: September 4, 2007 thru September   ,2007

Deputy Clerk/Recorder: Lynn Groves-Kelley

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| James N. Barkeley | David J. Cohen |
|  |  |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | P/A 9/4 | photo | A | ✓ | ✓ | Photo |
| 2 | ✓ | P/A 9/4 | photo - interior of safe | B | ✓ | ✓ | photo |
| 3 | ✓ | P/A 9/4 | photo - top shelf of gun safe | C | ✓ | ✓ | Photo |
| 4 | ✓ | P/A 9/4 | photo - guns in safe | D |  |  | photo |
| 5 | ✓ | P/A 9/4 | photo - cocaine in safe | E | ✓ | ✓ | photo |
| 6 | ✓ | P/A 9/4 | photo - container of money | F | ✓ | ✓ | photo |
| 7 | ✓ | P/A 9/4 | photo - grocery bag w/ cocaine | H | ✓ | ✓ | photo |
| 8 | ✓ | P/A 9/4 | photo - top of dresser | I |  |  | photo |
| 9 | ✓ | P/A 9/4 | photo - cocaine wipe | J |  |  | photo |
| 10 |  |  |  | K |  |  | photo |
| 11 |  |  |  | L |  |  | photo |

| Case No: 4:05-cr-00042-01 RRB | | | | Judge: RALPH R. BEISTLINE | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | | | | M | | | photo |
| 13 | | | | N | | | photo |
| 14 | | | | O | | | photo |
| 15 | | | | P | | | photo |
| 16 | | | | Q | ✓ | ✓ | photo |
| 17 | | | | R | | | photo |
| 18 | | | | S | ✓ | ✓ | photo |
| 19 | | | | T | | | photo |
| 20 | ✓ | P/A 9/5 | gun Ingram Model M-10 | U | ✓ | ✓ | photo |
| 21 | ✓ | P/A 9/5 | gun Silencer Bower CAC9 | V | ✓ | ✓ | photo |
| 22 | ✓ | P/A 9/5 | Remmington Rifle | W | | | photo |
| 23 | ✓ | P/A 9/5 | Mosberg | X | | | photo |
| 24 | ✓ | P/A 9/5 | Colt Firearm | Y | ✓ | ✓ | photo |
| 25 | | | | Z | ✓ | ✓ | photo |
| 26 | | | | AA | ✓ | ✓ | photo |
| 27 | | | | BB | ✓ | ✓ | photo |
| 28 | ✓ | P/A 9/5 | ATF Form MACIO | CC | ✓ | ✓ | photo |
| 29 | ✓ | P/A 9/5 | ATF Form | DD | ✓ | ✓ | Copies of checks Evidence Form |
| 30 | ✓ | 9/5 | Photo | EE | | | GJ testimony transcript |
| 31 | ✓ | 9/5 | Photo | FF | | | Box of Documents |
| 32 | ✓ | P/A 9/5 | Stipulation | | | | |

Continuation
List of Exhibits

Page: 3

Case No: 4:05-CR-00042-01 RRB    Judge: RALPH R. BEISTLINE

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 33 | ✓ | ✓ | Tax returns | | | | |
| 34 | ✓ | ✓ | Tax returns | | | | |
| 35 | ✓ | ✓ | Tax returns | | | | |