

RECEIVED
SEP 7 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>        Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**SPECIAL VERDICT - COUNT 6** |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the following:

**COUNT 6.** Should the $38,848.00 in United States currency be forfeited?

YES ___X___  or NO _____

ENTERED this 7th day of September, 2007.

REDACTED SIGNATURE
FOREPERSON

42

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>        Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**SPECIAL VERDICT - COUNT 7** |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the following:

**COUNT 7.** Should the Ingram Model 10A1, .45 cal/9mm Machine Gun, Serial Number A6041381, with Silencer, a Bowers 9mm Suppressor, Model CAC9, Serial Number S927, be forfeited?

YES __X__ or NO _____

ENTERED this 7th day of September, 2007.

                          REDACTED SIGNATURE
                               FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>        Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**SPECIAL VERDICT - COUNT 7** |
|---|---|

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the following:

**COUNT 7.** Should the Remington Woodmaster Model 740, 30-06 Rifle, Serial Number 83245, be forfeited?

YES _____ or NO \_\_\_X\_\_\_\_\_

ENTERED this 7th day of September, 2007.

**REDACTED SIGNATURE**

FOREPERSON

44

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>　　　　Defendant. | Case No. 4:05-cr-0042-RRB<br><br>**SPECIAL VERDICT - COUNT 7** |

　　　　We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the following:

　　　　**COUNT 7.** Should the Colt Sporter, 7.62x39 Rifle, Serial Number LH010714, be forfeited?

　　　　　　YES __X__ or NO _____

　　　　ENTERED this 7th day of September, 2007.

　　　　　　　　　　REDACTED SIGNATURE
　　　　　　　　　　_____
　　　　　　　　　　FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:05-cr-0042-RRB |
| vs. | |
| JASON SCOTT COLETTE, | **SPECIAL VERDICT - COUNT 7** |
| Defendant. | |

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the following:

**COUNT 7.** Should the Mossberg Model 500A, 12 Gauge Shotgun, Serial Number L986808, be forfeited?

YES __X__ or NO _____

ENTERED this 7th day of September, 2007.

REDACTED SIGNATURE

FOREPERSON

46