NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-00042-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' NOTICE OF** |
| | ) | **NON-OPPOSITION TO RETURN OF** |
| v. | ) | **REMINGTON WOODMASTER** |
| | ) | **MODEL 740, 30-06 RIFLE, TO** |
| JASON SCOTT COLETTE, | ) | **SEAN COLETTE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby serves notice that it does not oppose the proposed order submitted (apparently filed without a supporting motion) by the defendant at docket 316, for the immediate return of the REMINGTON WOODMASTER MODEL 740, 30-06 RIFLE, SERIAL NUMBER 83245, to the defendant's representative, Sean Colette, pursuant to the jury verdict entered on

September 7, 2007.

 DATED this 12th day of September, 2007, in Anchorage, Alaska.

           NELSON P. COHEN
           United States Attorney

           s/James Barkeley
           JAMES BARKELEY
           Assistant U.S. Attorney
           Federal Building & U.S. Courthouse
           222 W. 7th Avenue, #9, Room 253
           Anchorage, AK 99513-7567
           Phone: (907) 271-3699
           Fax: (907) 271-6011
           Email: jim.barkeley@usdoj.gov
           Alaska Bar No. 8306019


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
UNITED STATES' NOTICE OF NON-OPPOSITION was
served electronically this 12th day of September, 2007, on:

DAVID J. COHEN (Counsel for defendant Jason Scott Colette)

s/James Barkeley