NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
jim.barkeley@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-00042-RRB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **MOTION FOR ENTRY OF** |
| | ) | **SUPERSEDING PRELIMINARY** |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Superseding[1] Preliminary Order of Forfeiture attached to this motion, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. As agreed by counsel, and confirmed on the record during jury deliberations in the recent

---

[1] The Court issued the Preliminary Order of Forfeiture on August 18, 2006 (docket 171).

criminal forfeiture trial, this Court's March 30, 2007 Judgment In A Criminal Case (docket 248) should be amended to reflect that jury's verdicts (docket 321) forfeiting $38,848.00 in United States currency, the Ingram Model 10A1 machine gun, the 7.62 x 39 Colt Sporter rifle, and the Mossberg Model 500A shotgun.  Defense counsel further agreed on the record that this Court's Judgment In A Criminal Case, once so amended, shall not be challenged in appellate or other proceedings.

Respectfully submitted this 12th day of September, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2007, a true and correct copy
of the foregoing MOTION FOR ENTRY OF SUPERSEDING
PRELIMINARY ORDER OF FORFEITURE and proposed
ORDER were served electronically on:

DAVID J. COHEN (Counsel for defendant Jason Scott Colette)

s/James Barkeley