```
        UNITED STATES
        DISTRICT COURT
          District of Alaska
          Anchorage Division

       #  00131248  -  PS
       September 20, 2007


  Code    Case #    Qty     Amount

  086900-F F0-5-42           105.00 CK
  510000-C F0-5-42           150.00 CK
  086400-R F0-5-42           200.00 CK


  TOTAL→              455.00



  FROM: COHEN & PAIK LLP
        FOR JASON S. COLETTE
        NOTICE OF APPEAL
        4:05-CR-00042-01 RRB
```