DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-CR-00042-01RRB |
| Plaintiff(s), ) | |
| v. ) | [~~PROPOSED~~] ORDER |
| JASON SCOTT COLETTE, ) | |
| Defendant(s). ) | |

Based upon the verdict of the jury entered on September 7, 2007, **IT IS HEREBY ORDERED** that the Bureau of Alcohol, Tobacco & Firearms immediately return the Remington Woodmaster Model 740, 30-06 Rifle, Serial Number 83245 to Sean Colette, the representative designated by Jason Scott Colette on the record, in open court, on September 7, 2007.

**IT IS SO ORDERED.**

Dated: September 20, 2007

THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE