**RECEIVED**

OCT 0 9 2007

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

# 07 - 30371

**CASE INFORMATION:**
Short Case Title: <u>USA v Colette</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Ralph R. Beistline - 4:05-cr-00042-RRB-1</u>
Date Complaint/Indictment/Petition Filed: <u>12/14/2005</u>
Date Appealed Order/Judgment *entered*: <u>9/19/2007</u>
Date NOA *filed*: <u>9/27/2007</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: <u>Sherry Mons - (907) 451-5791</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>9-19-2007</u>        Date Docket Fee billed: __
Date FP granted: _                Date FP denied: __
Is FP pending? __                Was FP Limited/Revoked?
US Government Appeal?    __
Companion Cases? Please list: __
        Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellant Counsel:                Appellee Counsel:
David J. Cohen, Esqu.            Bryan D. Schroder
Cohen & Paik, LLP                U.S. Attorney's Office (Anchorage)
177 Post Street, Suite 600        222 West 7th Avenue, #9
San Francisco, CA 94108          Anchorage, AK 99513
Email:tchez@bayareacrimlaw.com    Email: bryan.schroder@usdoj.gov
Fax: 415-398-7500                Fax: 907-271-2345

<u>X</u>_retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __            Address: __
Custody: __                  __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>Sherry Mons - (907) 451-5791</u>