UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM


RECEIVED
OCT 15 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

U.S. Court of Appeals # 07-30127, 07-30371   U.S. District Court # CR-05-00042-RBB

Short Case Title United States v. Colette

Date Notice of Appeal Filed by Clerk of District Court 09/19/07

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
| 09/04/07 | LGK, Court Staff | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
| 09/07/07 | LGK, Court Staff | CLOSING ARGUMENTS |
| 09/07/07 | LGK, Court Staff | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |

*Any and all Court proceedings, other than voir dire, between 9/4/07 and 9/7/07
OTHER

(Attach Additional Page for Designations if Necessary)

(XXX) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered 10/11/07   Estimated Date for Completion _____
Signature of Attorney David J. Cohen/By TMNS   Phone Number (415) 398-3900
Address Cohen & Paik LLP, 300 Montgomery Street, Suite 660, San Francisco, CA 94104

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____