USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:05-cr-042-RRB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JASON SCOTT COLETTE | Publication |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FAIRBANKS DAILY NEWS-MINER

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
200 N. Cushman Street, Fairbanks, AK 99701          phone: (907) 459-7500

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please publish the attached (amended) Notice of Judicial Forfeiture in the above-referenced newspaper once a week for 3 consecutive weeks.

[CATS Asset ID#s: 06-DEA-460367 ($38,848); 06-ATF-000395 (14 Firearms)]

Signature of Attorney other Originator requesting service on behalf of: X PLAINTIFF ☐ DEFENDANT
Katie Voke    TELEPHONE NUMBER (907) 271-2304    DATE 10/5/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 06
District to Serve: No. 06
Signature of Authorized USMS Deputy or Clerk: Candace Edwards
Date: 10/9/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)
Date of Service   Time   am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: Published Fairbanks Daily News-Miner on October 14, 21, & 28, 2007. Returned to Court on 11/13/07.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06

RECEIVED
U.S. MARSHAL SERVICE
ALASKA

2007 NOV -8 AM 11: 52

Ad Id 214544

# AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA  ⎫
STATE OF ALASKA              ⎬ SS.
FOURTH DISTRICT              ⎭

**214544**
**NOTICE OF JUDICIAL FORFEITURE:**
**UNITED STATES OF AMERICA v. JASON SCOTT COLETTE**
Case No. 4:05-cr-042-RRB

To all interested persons in the above-styled case, notice is hereby given that on September 21, 2007, the United States District Court for the District of Alaska, the Honorable Ralph R. Beistline presiding, entered a Superseding Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2):

A. $38,848.00 IN UNITED STATES CURRENCY;

B. INGRAM MODEL 10A1, .45 CALIBER/9mm MACHINE GUN, Serial Number A6041381;

C. COLT SPORTER, 7.62x39 RIFLE, Serial Number LH010714; and

D. MOSSBERG MODEL 500A, 12 GAUGE SHOTGUN, Serial Number L986808.

Pursuant to 21 U.S.C. § 853(n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Publish: October 14, 21, 28, 2007.

Before me, the undersigned, a notary public, this day personally appeared _Bonnie Keenan_, who, being first duly sworn, according to law, says that he/she is an Advertising Clerk of the Fairbanks Daily News-Miner, a newspaper (i) published in newspaper format, (ii) distributed daily more than 50 weeks per year, (iii) with a total circulation of more than 500 and more than 10% of the population of the Fourth Judicial District, (iv) holding a second class mailing permit from the United States Postal Service, (v) not published primarily to distribute advertising, and (vi) not intended for a particular professional or occupational group. The advertisement which is attached is a true copy of the advertisement published in said paper on the following day(s):

10/14/2007    10/28/2007    10/21/2007

Case No. 4:05-cr-042-RRB

and that the rate charged thereon is not excess of the rate charged private individuals, with the usual discounts.

*Bonnie Keenan*

Subscribed and sworn to before me on this __31__ day of __OCTOBER__, 20__07__

*Shane [signature]*
Notary Public in and for the State Alaska.

My commission expires _August 26, 2009_