**FILED**

UNITED STATES COURT OF APPEALS

MAY 29 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | Nos. 07-30127, 07-30371 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00042-RRB |
| v. | District of Alaska |
| | Fairbanks |
| JASON SCOTT COLETTE, | |
| | ORDER |
| Defendant - Appellant. | |

RECEIVED JUN 0 2 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for a sixth extension of time to file the opening brief is granted. The opening brief is due June 27, 2008. The answering brief is due July 28, 2008. The optional reply brief is due 14 days after service of answering brief.

The court notes that the opening brief was first due December 27, 2007. Any further request for an extension of time to file the opening brief is disfavored.

LKK/5.19/08/Pro Mo