

**RECEIVED**
JUL 07 2008
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

**FILED**
JUL 03 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>JASON SCOTT COLETTE,<br><br>  Defendant - Appellant. | Nos. 07-30127, 07-30371<br><br>D.C. No. CR-05-00042-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for a seventh extension of time to file the opening brief is granted. The opening brief is due July 25, 2008; the answering brief is due August 25, 2008. The optional reply brief is due 14 days after service of the answering brief. No further extension of time to file the opening brief will be granted absent a showing of extraordinary circumstances.

LKK/6.30/08/Pro Mo