DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>JASON SCOTT COLETTE, )<br>)<br>Defendant(s). )<br>) | Case No. 4:05-CR-00042-01RRB<br><br>**NOTICE OF SUBMISSION OF EXHIBITS 1 THROUGH 20 TO MOTION FOR NEW TRIAL PURSUANT TO FED. R. CRIM. P. 33(b)(1)** |

Defendant Jason Scott Colette, pursuant to instructions from the Clerk's office for the United States District Court of Alaska, hereby submits Exhibits 1 through 20 to Mr. Colette's Motion for New Trial Pursuant to Fed. R. Crim. P. 33(b)(1) filed on July 25, 2008.

Dated: July 25, 2008                    Respectfully submitted,

                                        /s/ David J. Cohen
                                        300 Montgomery Street
                                        Suite 660
                                        San Francisco, CA 94104
                                        (415) 398-3900
                                        (415) 398-7500