TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245

FILED

DEC 1 4 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By:_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. F 05-042 CR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **COUNT 1:** |
| | ) | POSSESSION WITH INTENT TO DIS- |
| vs. | ) | TRIBUTE COCAINE |
| | ) | Vio. 21 U.S.C. § 841(a)(1) and |
| JASON SCOTT COLETTE, and | ) | 841(b)(1)(B) |
| KAREN KRISTINA KOCH, | ) | |
| | ) | **COUNT 2:** |
| Defendants. | ) | DISTRIBUTION OF COCAINE |
| | ) | Vio. 21 U.S.C. § 841(a)(1) and |
| | ) | 841(b)(1)(C) |
| | ) | |
| | ) | **COUNTS 3 & 4:** |
| | ) | POSSESSION OF A FIREARM IN |
| | ) | FURTHERANCE OF A DRUG |
| | ) | TRAFFICKING CRIME |
| | ) | Vio. 18 U.S.C. § 924(c)(1)(A)(i) and |
| | ) | § 924(c)(1)(B)(ii) |
| | ) | |
| | ) | **COUNT 5:** |
| | ) | FALSE, FICTITIOUS, OR |
| | ) | FRAUDULENT STATEMENTS |
| | ) | Vio. 18 U.S.C. § 1001(a)(2) |
| | ) | |

|   |                                              |
|---|----------------------------------------------|
| ) | **COUNT 6:**                                 |
| ) | **CRIMINAL FORFEITURE –**                    |
| ) | **$38,848.00 IN U.S. CURRENCY**              |
| ) | Vio. 21 U.S.C. § 853(a)(1) and               |
| ) | § 853(a)(2)                                  |
| ) |                                              |
| ) | **COUNT 7:**                                 |
| ) | **CRIMINAL FORFEITURE –**                    |
| ) | **FIREARMS**                                 |
| ) | Vio. 21 U.S.C. § 853(a)(1) and               |
| ) | § 853(a)(2)                                  |
| ) |                                              |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 28, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture or substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2

On or about November 18, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine, all of which is in

2

12-15-05;12:14PM ;
Case 4:05-cr-00042-RRB    Document 346-4    Filed 07/25/2008    Page 3 of 15
9076463480;#  4
10-15-2005 10:12 AM
P.04/08
DEC-14-2005 13:22 FROM:                                        TO:919074560439        P.7/21

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about November 28, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime, as described in Counts 1 and 2 of this indictment, to wit: an Ingram Model 10A1, .45cal/9mm machine gun, serial number A6041381, with a silencer, a Bowers 9mm suppressor, Model CAC9, serial number S927, all of which is in violation of Title 18, United States Code, Sections 924(o)(1)(B)(ii).

## COUNT 4

On or about November 28, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime, as described in Counts 1 and 2 of this indictment, to wit:

1) Remington Mohawk 48, 12 gauge shotgun, serial number 5279681,

2) Harrington & Richardson Topper Model 48, 12 gauge shotgun, serial number AM250982

3) American Arms, 10 gauge shotgun, serial number 0220016

4) Remington Woodmaster Model 740, 30-06 rifle, serial number 8324!

5) Winchester Model 190, .22 rifle, serial number B1822823

3

6) Stevens Model 67E, 12 gauge shotgun, serial number D395391

7) Winchester Model 94, 30-30 rifle, serial number 4139992

8) Colt Sporter, 7.62x39 rifle, serial number LH010714

9) Armas Bost Eibar, 20 gauge double-barrel shotgun, serial number 1938

10) Mossberg Model 500A, 12 gauge shotgun, serial number L100830

11) Mossberg Model 500E, .410 gauge shotgun, serial number P317355

12) Colt Super 38, 38 semi-auto pistol, serial number 126180

13) Mossberg Model 500A, 12 gauge shotgun, serial number L986808,

all of which is in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT 5

On or about November 28, 2005, in the District of Alaska, in a matter within the jurisdiction of the Drug Enforcement Administration, an agency of the United States, the defendant KAREN KOCH, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation: that the occupants of the master bedroom at 1038 Lakeview Terrace in Fairbanks, Alaska, were JASON COLETTE and SHARON POWERS, and the defendant KAREN KOCH occupied another bedroom, when in fact, the defendant occupied the master bedroom with JASON COLETTE, where evidence of cocaine distribution was found, all of which is in violation of Title 18, United States Code, Section 1001(a)(2).

4

## COUNT 6

As a result of committing the controlled substance offenses alleged in Counts 1 & 2, in violation of Title 21, United States Code, Section 841, and upon conviction of either Count 1 or 2, an offense punishable by imprisonment for more than one year, defendant, JASON COLETTE, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, pursuant to 21 U.S.C. § 853(a)(1) and § 853(a)(2), including but not limited to approximately $38,848.00 in United States currency, seized from 1038 Lakeview Terrace, Fairbanks, Alaska on or about November 28, 2005.

## COUNT 7

As a result of committing the controlled substance offense alleged in Counts 1 & 2, in violation of Title 21, United States Code, Section 841, and upon conviction of either Count 1 or 2, an offense punishable by imprisonment for more than one year, defendant, JASON COLETTE, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, pursuant to 21 U.S.C. § 853(a)(1) and § 853(a)(2), including but not limited to the following firearms:

1) Ingram Model 10A1, .45cal/9mm machine gun, serial number A6041381, with

silencer, a Bowers 9mm suppressor, Model CAC9, serial number S927.

2) Remington Mohawk 48, 12 gauge shotgun, serial number 5279681,

3) Harrington & Richardson Topper Model 48, 12 gauge shotgun, serial number AM250982

4) American Arms, 10 gauge shotgun, serial number 0220016

5) Remington Woodmaster Model 740, 30-06 rifle, serial number 83245

6) Winchester Model 190, .22 rifle, serial number B1822823

7) Stevens Model 67E, 12 gauge shotgun, serial number D395391

8) Winchester Model 94, 30-30 rifle, serial number 4139992

9) Colt Sporter, 7.62x39 rifle, serial number LH010714

10) Armas Boat Eibar, 20 gauge double-barrel shotgun, serial number 1928

11) Mossberg Model 500A, 12 gauge shotgun, serial number L106810

12) Mossberg Model 500E, .410 gauge shotgun, serial number P317355

13) Colt Super 38, 38 semi-auto pistol, serial number 126180

14) Mossberg Model 500A, 12 gauge shotgun, serial number L986808

//

//

//

6

12-15-05;12:44PM  Case 4:05-cr-00042-RRB   Document 346-4   Filed 07/25/2008   Page 7 of 15   9076463480;#  8
DEC-15-2005 10:13 AM                                                                              P. 08/08

DEC-14-2005 13:21 FROM:                                            TO:9190745560439      P.11/21

seized from 1038 Lakeview Terrace, Fairbanks, Alaska on or about November 28, 2005.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

_____
BRYAN SCHRODER
Assistant U.S. Attorney

_____
TIMOTHY M. BURGESS
United States Attorney

DATED: 12/13/05

7



# FAX COVER SHEET

United States District Court
For the District of Alaska
Office of the Clerk
101 12th Ave., Rm. 332
Fairbanks, Alaska 99701

Voice: (907) 451-5791
Fax: (907) 456-0439

**DATE:** 12-15-05

**TO:** Debbye Munzenmayer

**FAX#** 646-3480

**FROM:** Tina

**NOTES:** Case # F05-0042 CR (RRB)
Copy of indictment

NUMBER OF PAGES INCLUDING THIS ONE _____

## CONFIDENTIALITY NOTICE

The documents accompanying this facsimile message contain information which is confidential and\or legally privileged, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any reading, copying, use or distribution (whether materially or verbally) of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at (907) 451-5791 and destroy the original message. Thank you.

TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE, and<br>KAREN KRISTINA KOCH,<br><br>                    Defendants. | Case No. F<br><br>COUNT 1:<br>POSSESSION WITH INTENT TO DIS-<br>TRIBUTE COCAINE<br>   Vio. 21 U.S.C. § 841(a)(1) and<br>841(b)(1)(B)<br><br>COUNT 2:<br>DISTRIBUTION OF COCAINE<br>   Vio. 21 U.S.C. § 841(a)(1) and<br>841(b)(1)(C)<br><br>COUNTS 3 & 4:<br>POSSESSION OF A FIREARM IN<br>FURTHERANCE OF A DRUG<br>TRAFFICKING CRIME<br>   Vio. 18 U.S.C. § 924(c)(1)(A)(i) and<br>§ 924(c)(1)(B)(ii)<br><br>COUNT 5:<br>FALSE, FICTITIOUS, OR<br>FRAUDULENT STATEMENTS<br>   Vio. 18 U.S.C. § 1001(a)(2) |

|  | ) COUNT 6: |
|---|---|
|  | ) CRIMINAL FORFEITURE - |
|  | ) $38,848.00 IN U.S. CURRENCY |
|  | )    Vio. 21 U.S.C. § 853(a)(1) and |
|  | ) § 853(a)(2) |
|  | ) |
|  | ) COUNT 7: |
|  | ) CRIMINAL FORFEITURE - |
|  | ) FIREARMS |
|  | )    Vio. 21 U.S.C. § 853(a)(1) and |
|  | ) § 853(a)(2) |
|  | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 28, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture or substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2

On or about November 18, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine, all of which is in

2

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about November 28, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime, as described in Counts 1 and 2 of this indictment, to wit: an Ingram Model 10A1, .45cal/9mm machine gun, serial number A6041381, with a silencer, a Bowers 9mm suppressor, Model CAC9, serial number S927, all of which is in violation of Title 18, United States Code, Sections 924(c)(1)(B)(ii).

## COUNT 4

On or about November 28, 2005, within the District of Alaska, the defendant, JASON COLETTE, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime, as described in Counts 1 and 2 of this indictment, to wit:

1) Remington Mohawk 48, 12 gauge shotgun, serial number 5279681,

2) Harrington & Richardson Topper Model 48, 12 gauge shotgun, serial number AM250982

3) American Arms, 10 gauge shotgun, serial number 0220016

4) Remington Woodmaster Model 740, 30-06 rifle, serial number 83245

5) Winchester Model 190, .22 rifle, serial number B1822823

3

6) Stevens Model 67E, 12 gauge shotgun, serial number D395391

7) Winchester Model 94, 30-30 rifle, serial number 4139992

8) Colt Sporter, 7.62x39 rifle, serial number LH010714

9) Armas Bost Eibar, 20 gauge double-barrel shotgun, serial number 1928

10) Mossberg Model 500A, 12 gauge shotgun, serial number L100810

11) Mossberg Model 500E, .410 gauge shotgun, serial number P317355

12) Colt Super 38, 38 semi-auto pistol, serial number 126180

13) Mossberg Model 500A, 12 gauge shotgun, serial number L986808,

all of which is in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT 5

On or about November 28, 2005, in the District of Alaska, in a matter within the jurisdiction of the Drug Enforcement Administration, an agency of the United States, the defendant KAREN KOCH, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation: that the occupants of the master bedroom at 1038 Lakeview Terrace in Fairbanks, Alaska, were JASON COLETTE and SHARON POWERS, and the defendant KAREN KOCH occupied another bedroom, when in fact, the defendant occupied the master bedroom with JASON COLETTE, where evidence of cocaine distribution was found, all of which is in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 6

As a result of committing the controlled substance offenses alleged in Counts 1 & 2, in violation of Title 21, United States Code, Section 841, and upon conviction of either Count 1 or 2, an offense punishable by imprisonment for more than one year, defendant, JASON COLETTE, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, pursuant to 21 U.S.C. § 853(a)(1) and § 853(a)(2), including but not limited to approximately $38,848.00 in United States currency, seized from 1038 Lakeview Terrace, Fairbanks, Alaska on or about November 28, 2005.

## COUNT 7

As a result of committing the controlled substance offense alleged in Counts 1 & 2, in violation of Title 21, United States Code, Section 841, and upon conviction of either Count 1 or 2, an offense punishable by imprisonment for more than one year, defendant JASON COLETTE, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, pursuant to 21 U.S.C. § 853(a)(1) and § 853(a)(2), including but not limited to the following firearms:

1) Ingram Model 10A1, .45cal/9mm machine gun, serial number A6041381, with

silencer, a Bowers 9mm suppressor, Model CAC9, serial number S927.

2) Remington Mohawk 48, 12 gauge shotgun, serial number 5279681,

3) Harrington & Richardson Topper Model 48, 12 gauge shotgun, serial number AM250982

4) American Arms, 10 gauge shotgun, serial number 0220016

5) Remington Woodmaster Model 740, 30-06 rifle, serial number 83245

6) Winchester Model 190, .22 rifle, serial number B1822823

7) Stevens Model 67E, 12 gauge shotgun, serial number D395391

8) Winchester Model 94, 30-30 rifle, serial number 4139992

9) Colt Sporter, 7.62x39 rifle, serial number LH010714

10) Armas Bost Eibar, 20 gauge double-barrel shotgun, serial number 1928

11) Mossberg Model 500A, 12 gauge shotgun, serial number L100810

12) Mossberg Model 500E, .410 gauge shotgun, serial number P317355

13) Colt Super 38, 38 semi-auto pistol, serial number 126180

14) Mossberg Model 500A, 12 gauge shotgun, serial number L986808

//

//

//

seized from 1038 Lakeview Terrace, Fairbanks, Alaska on or about November 28, 2005.

A TRUE BILL.

S/Grand Jury Foreperson
GRAND JURY FOREPERSON

S/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney

S/Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney

DATED:   December 13, 2005