

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

---

*Federal Building & U.S. Courthouse*
*101 12th Avenue, Room 310*
*Fairbanks, Alaska 99707*

*Commercial: (907) 456-0245*
*Fax Number: (907) 456-0577*

July 27, 2006                                    **[via FAX]**

Rex Lamont Butler
Attorney at Law
745 West 4th Ave., Suite 300
Anchorage, AK 99501

Re: <u>United States v. Jason Scott Colette</u>, 4:05-cr-00042-RRB/TWH

Dear Mr. Butler:

This will evidence the fact that on Thursday, July 27, I prepared copies of possible <u>Giglio</u> material consisting of the law enforcement history of potential witness Eugene Johnson (22 pages) and an e-mail containing terms of an agreement with the State of Alaska concerning Mr. Johnson (1 page). A copy will be faxed to your office this date, and the original held in our office for pick-up by you next week.

If you have any questions, please call me at (907) 456-0245.

Yours Truly,

DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney

BS/mj

Enclosure

FM: NLETS   ON 07/27/06 AT 10:31:12

CR.CAIII0000
11:30 07/27/2006 19665
11:30 07/27/2006 75115 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON

THE FOLLOWING RECORD PERTAINS TO FBI/913992XA0
                        SID/CA11018457

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
            CERTIFICATION PURPOSES

** III MULTIPLE SOURCE
CII/A11018457
DOB/19770126    SEX/M  RAC/BLACK
HGT/509  WGT/165  EYE/BRO  HAI/BLK   POB/MI
NAM/01 JOHNSON,EUGENE JOSEPH
  MNU/FBI-913992XA0
  ****
  19950102   CAPDSAN BERNARDINO        DOB:19770126

```
            191054
    01:211 PC-ROBBERY
         DISPO:TO JUVENILE HALL
**************************************************
WANTS NOT CHECKED - PLEASE CHECK NCIC WANTS
**************************************************

END OF RECORD
```

PSTD300P   TERMID: X40J        BASIC PERSON RECORD         07/27/06     10:29:56.8

```
      PERSON NAME: EUGENE JOSEPH JOHNSON
             DOB: 01/26/1977           SSN: 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        PERM ID:
             SEX: M  HGT: 5 10 WGT: 185 HAIR: BRO    EYE COLOR: BRO   RACE: B
BIRTH PLACE CITY: GREENVILLE           STATE: MS      MONIKER: Y     IFFS: D
                            FP ON FILE: Y             FELON: N        SOR:
```

```
      MOST CURRENT   STREET/EXTRA LINE          CITY/COUNTRY       ST LAST CHG
      MAILING ADDR: 1315 23RD AVENUE          FAIRBANKS          AK 07/20/2006
      (VEH REG)
          RES ADDR: 1315 23RD AVENUE          FAIRBANKS          AK 07/20/2006
      (VEH REG)
        APSIN ID: 6590474     STATUS:              CDL STATUS:
CLASS  EXPIRES        CLASS  EXPIRES    CLASS  EXPIRES      CLASS  EXPIRES
ID     01/26/2007     D      01/26/2008
```

```
   ADL: 6590474           RESTRICTIONS:
DMV ID: 6590474
```

```
PF2 MULT PER     PF3 FWP HST      PF4 CASE INFO    PF6 DMV VEH DIS PF7 DMV DR HST
PF8 CRIM HST     PF9 CITN UPD     PF10 NCIC W/W    PF11 ADDR DISP  PF12 DIS W/W
```

```
PSTD800P   TERMID: X40J          CRIMINAL CONVICTIONS          07/27/06   10:30:05.0

  PERSON NAME: EUGENE JOSEPH JOHNSON

  UPDATED:             AST NUM:              APSIN ID: 6590474     FBI NUM: 913992XA0
  CRIMINAL HISTORIES MAY EXIST IN:
  FP CLASS: PI PI PM PO PO PM PO PI PI 18
```

| CONV COURT | CONV DATE | CONVICTING CHARGE | COURT DOCKET | POS ID | FEL | ATN |
|---|---|---|---|---|---|---|
| DFA | 02/14/03 | DRIVE W/O VALID OPERATOR LICENSE | 4FA-S02-658 | Y | N | 106961499 |
| DFA | 06/08/00 | DOMESTIC ASSAULT | 4FA-C00-1903 | Y | N | 103566357 |
| DFA | 08/17/99 | ASSAULT | 99-2072 | Y | N | 102308895 |
| DFA | 06/30/00 | DRIVE W/ LICENSE CANC/SUSP/REVOKED | 4FA-S99-02300 | Y | N | 101753514 |
| DFA | 08/17/99 | ASSAULT | 4FA-C99-410 | N | N | 102387717 |
| DFA | 12/08/98 | DISORDERLY CONDUCT | 98-2991 | Y | N | 102340458 |
| DFA | 10/21/97 | ASSAULT | 97-2227 | N | N | 101478897 |

```
     ** THIS RECORD SHOWS CONVICTION INFORMATION AND RECENT ARRESTS. **
     **  ARRESTS OVER 120 DAYS OLD AND NOT ADJUDICATED ARE OMITTED.  **
PF2 MULT PERSON            PF8 FULL HIST
                                                        * AT END *
```

FM: NCIC    ON 07/27/06 AT 10:31:14
EL01AJU213P00000000
AKDEA01S0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/913992XA0. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 CALIFORNIA       - STATE ID/CA11018457
 ALASKA           - STATE ID/AK06590474
END

FM: NLETS  ON 07/27/06 AT 10:31:16

CR.AKIII0000
11:30 07/27/2006 06371
11:30 07/27/2006 75116 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
SID/AK06590474
FBI/913992XA0
THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-SID/AK06590474.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - ALASKA CRIMINAL HISTORY -
NAME
JOHNSON, EUGENE JOSEPH
SID/AK06590474.FBI/913992XA0.SEX/M.RAC/B.DOB/19770126.HGT/510.WGT/185.
HAI/BRO.EYE/BRO.POB/MS.SOC/574624531.
END PAGE 001

FM: NLETS   ON 07/27/06 AT 10:31:16

CR.AKIII0000
11:30 07/27/2006 06372
11:30 07/27/2006 75117 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 002
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                              FBI/913992XA0

RECORD 001
ARREST AGENCY: FAIRBANKS POLICE DEPARTMENT    ARREST DATE: 05/25/1998
ARREST CHARGE: 1303                           ASLT/FAM/STRNGARM
   CONV COURT: DISTRICT COURT FAIRBANKS          CONV DATE: 12/14/1998
  CONV CHARGE: 1399                           ASSAULT
 COURT DOCKET: 98-1427
  DISPOSITION: DISMISSED
  POSITIVE ID: VERIFIED BY FINGERPRINTS
    CONDITION: FP CRT ORDR.

    SENTENCE    YEARS DAYS       AMOUNT       DATE TO COMPLETE
       NO SENTENCE INFORMATION ON FILE

FM: NLETS   ON 07/27/06 AT 10:31:18

CR.AKIII0000
11:30 07/27/2006 06373
11:30 07/27/2006 75118 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 003
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                         FBI/913992XA0

RECORD 002
ARREST AGENCY: FAIRBANKS POLICE DEPARTMENT      ARREST DATE: 06/03/1997
ARREST CHARGE: 5311                             DISORDERLY CONDUCT
    CONV COURT: DISTRICT COURT FAIRBANKS           CONV DATE: 06/06/1997
    CONV CHARGE: 5311                            DISORDERLY CONDUCT
   COURT DOCKET: 97-1615
    DISPOSITION: DISMISSED
    POSITIVE ID: VERIFIED BY FINGERPRINTS
      CONDITION:
      SENTENCE   YEARS DAYS        AMOUNT       DATE TO COMPLETE
        NO SENTENCE INFORMATION ON FILE
END RECORD 002

FM: NLETS  ON 07/27/06 AT 10:31:18

CR.AKIII0000
11:30 07/27/2006 06374
11:30 07/27/2006 75120 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 004
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                         FBI/913992XA0
RECORD 003
ARREST AGENCY: FAIRBANKS POLICE DEPARTMENT    ARREST DATE: 08/10/1997
ARREST CHARGE: 9892                           DRIV WHILE LIC SUSP
   CONV COURT: DISTRICT COURT FAIRBANKS          CONV DATE: 10/24/1997
  CONV CHARGE: 9892                           DRIV WHILE LIC SUSP
 COURT DOCKET: 97-2399
  DISPOSITION: DISMISSED
  POSITIVE ID: VERIFIED BY FINGERPRINTS
    CONDITION:
   SENTENCE    YEARS DAYS        AMOUNT     DATE TO COMPLETE
      NO SENTENCE INFORMATION ON FILE
END RECORD 003

FM: NLETS  ON 07/27/06 AT 10:31:19

```
CR.AKIII0000
11:30 07/27/2006 06375
11:30 07/27/2006 75121 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 005
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                          FBI/913992XA0
```

RECORD 004
ARREST AGENCY: FAIRBANKS AST ENFORCEMENT      ARREST DATE: 09/19/1998
ARREST CHARGE: 1313D                          ASLT/NON AGGRAVATED
   CONV COURT: DISTRICT COURT FAIRBANKS          CONV DATE: 12/08/1998
   CONV CHARGE: 5311                          DISORDERLY CONDUCT
 COURT DOCKET: 98-2991
  DISPOSITION: GUILTY                             DOMESTIC VIOLENCE
  POSITIVE ID: VERIFIED BY FINGERPRINTS
    CONDITION: CT 1
               COFP

   SENTENCE    YEARS DAYS        AMOUNT     DATE TO COMPLETE
   JAIL              7

FM: NLETS   ON 07/27/06 AT 10:31:20

CR.AKIII0000
11:30 07/27/2006 06377
11:30 07/27/2006 75123 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 007
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                         FBI/913992XA0

RECORD 006
ARREST AGENCY: FAIRBANKS POLICE DEPARTMENT      ARREST DATE: 07/12/1999
ARREST CHARGE: 1303D                            ASLT/FAM/STRNGARM
   CONV COURT: DISTRICT COURT FAIRBANKS            CONV DATE: 08/17/1999
   CONV CHARGE: 1399                             ASSAULT
 COURT DOCKET: 99-2072
  DISPOSITION: GUILTY                            DOMESTIC VIOLENCE
  POSITIVE ID: VERIFIED BY FINGERPRINTS
    CONDITION: 6/1/00PV-PRB EXT 8/17/02.

   SENTENCE    YEARS DAYS       AMOUNT      DATE TO COMPLETE
   JAIL              100

```
    JAIL SUSP            70
    PROBATION        2
END RECORD 006
END PAGE 007
```

FM: NLETS  ON 07/27/06 AT 10:31:21

CR.AKIII0000
11:30 07/27/2006 06379
11:30 07/27/2006 75126 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 009
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                        FBI/913992XA0

RECORD 008
ARREST AGENCY: FAIRBANKS POLICE DEPARTMENT    ARREST DATE: 05/03/1999
ARREST CHARGE: 9892                           DRIV WHILE LIC SUSP
   CONV COURT: DISTRICT COURT FAIRBANKS          CONV DATE: 06/30/2000
  CONV CHARGE: AS28.15.291(A)(1)               DRIVE W/ LICENSE CANC/SUSP/REVOKED
 COURT DOCKET: 4FA-S99-02300
  DISPOSITION: GUILTY
  POSITIVE ID: VERIFIED BY FINGERPRINTS
    CONDITION: FTA (FP) 06-29-00

  SENTENCE    YEARS DAYS      AMOUNT      DATE TO COMPLETE
  JAIL              10

```
        JAIL SUSP          10
        PROBATION       1
        LIC RST/SU         90
        COM WORK
END RECORD 008
END PAGE 009
```

FM: NLETS  ON 07/27/06 AT 10:31:22

CR.AKIII0000
11:30 07/27/2006 06381
11:30 07/27/2006 75128 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 011
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                          FBI/913992XA0

RECORD 010
ARREST AGENCY: FAIRBANKS POLICE DEPARTMENT    ARREST DATE: 05/31/2000
ARREST CHARGE: AS11.41.230                    ASSAULT 4
   CONV COURT: DISTRICT COURT FAIRBANKS         CONV DATE: 06/08/2000
  CONV CHARGE: FGC46-79                       DOMESTIC ASSAULT
 COURT DOCKET: 4FA-C00-1903
  DISPOSITION: GUILTY                            DOMESTIC VIOLENCE
  POSITIVE ID: VERIFIED BY FINGERPRINTS
    CONDITION: 07-15-02-PV-10 DAYS IMP

    SENTENCE   YEARS DAYS      AMOUNT    DATE TO COMPLETE
    JAIL             180

```
    JAIL SUSP         180
    PROBATION       3
END RECORD 010
END PAGE 011
```

FM: NLETS   ON 07/27/06 AT 10:31:22

CR.AKIII0000
11:30 07/27/2006 06382
11:30 07/27/2006 75129 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 012
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                         FBI/913992XA0
RECORD 011
ARREST AGENCY: FAIRBANKS AST ENFORCEMENT        ARREST DATE: 10/21/2003
ARREST CHARGE: AS28.35.030(A)(1)                DUI- ALCOHOL/CONTR SUBST
   CONV COURT: DISTRICT ATTORNEY FAIRBANKS        CONV DATE: 10/21/2003
  CONV CHARGE:
 COURT DOCKET: 4FA-03-3884
  DISPOSITION: NOT PROSECUTED
  POSITIVE ID: VERIFIED BY FINGERPRINTS
    CONDITION:
   SENTENCE   YEARS DAYS        AMOUNT        DATE TO COMPLETE
      NO SENTENCE INFORMATION ON FILE
END RECORD 011

END PAGE 012
    *** CONFIDENTIAL ***
THIS IS A MULTIPLE STATE RECORD. ADDITIONAL CRIMINAL HISTORY INFORMATION
IS INDEXED AT NCIC FOR OTHER STATE OR FEDERAL OFFENSES.


    THE USE OF THIS RECORD IS CONTROLLED BY STATE AND FEDERAL REGULATIONS. IT IS
PROVIDED FOR CRIMINAL JUSTICE USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE
REQUESTED.
END OF RECORD

FM: NLETS  ON 07/27/06 AT 10:31:36

**CR.AKIII0000**
**11:30 07/27/2006 06376**
**11:31 07/27/2006 75122 AKDEA01S0**
**\*AJU213P000**
**TXT**
**HDR/2L01AJU213P00000000**
**ATN/WILLIAMSON**
**PAGE 006**
**CONTINUATION OF CR RESPONSE ON SID/AK06590474**
                               **FBI/913992XA0**

**RECORD 005**
**ARREST AGENCY: DISTRICT COURT FAIRBANKS       ARREST DATE: 09/19/1998**
**ARREST CHARGE: 3599F                          DANGEROUS DRUGS**
    **CONV COURT: DISTRICT COURT FAIRBANKS          CONV DATE: 12/08/1998**
   **CONV CHARGE: 3599F                          DANGEROUS DRUGS**
  **COURT DOCKET: 98-2991**
   **DISPOSITION: DISMISSED**
   **POSITIVE ID: VERIFIED BY FINGERPRINTS**
      **CONDITION: CT 2**
                 **COFP**

   **SENTENCE     YEARS DAYS        AMOUNT       DATE TO COMPLETE**
     **NO SENTENCE INFORMATION ON FILE**

FM: NLETS  ON 07/27/06 AT 10:31:37

CR.AKIII0000
11:30 07/27/2006 06380
11:31 07/27/2006 75127 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 010
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                           FBI/913992XA0
RECORD 009
ARREST AGENCY: FAIRBANKS POLICE DEPARTMENT     ARREST DATE: 03/05/2002
ARREST CHARGE: AS28.15.291(A)(1)               DRIVE W/ LICENSE CANC/SUSP/REVOKED
   CONV COURT: DISTRICT COURT FAIRBANKS           CONV DATE: 02/14/2003
  CONV CHARGE: AS28.15.011(B)                   DRIVE W/O VALID OPERATOR LICENSE
 COURT DOCKET: 4FA-S02-658
  DISPOSITION: GUILTY
  POSITIVE ID: VERIFIED BY FINGERPRINTS
    CONDITION:
  SENTENCE    YEARS DAYS        AMOUNT      DATE TO COMPLETE
  JAIL              10
  JAIL SUSP         10

PROBATION          1
END RECORD 009
END PAGE 010

FM: NLETS   ON 07/27/06 AT 10:31:38

CR.AKIII0000
11:30 07/27/2006 06378
11:31 07/27/2006 75125 AKDEA01S0
*AJU213P000
TXT
HDR/2L01AJU213P00000000
ATN/WILLIAMSON
PAGE 008
CONTINUATION OF CR RESPONSE ON SID/AK06590474
                              FBI/913992XA0
RECORD 007
ARREST AGENCY: FAIRBANKS POLICE DEPARTMENT      ARREST DATE: 05/03/1999
ARREST CHARGE: 5401                             LEAVE SCENE OF ACCID
   CONV COURT: DISTRICT ATTORNEY FAIRBANKS        CONV DATE: 06/30/2000
   CONV CHARGE:
COURT DOCKET: 4FA-S99-2300
 DISPOSITION: NOT PROSECUTED
 POSITIVE ID: VERIFIED BY FINGERPRINTS
   CONDITION:
 SENTENCE    YEARS DAYS        AMOUNT        DATE TO COMPLETE
    NO SENTENCE INFORMATION ON FILE
END RECORD 007

**Elizabeth Crail - Re: Eugene Johnson**

| | |
|---|---|
| **From:** | Jennifer Hite <jennifer_hite@admin.state.ak.us> |
| **To:** | Elizabeth Crail <elizabeth_crail@law.state.ak.us> |
| **Date:** | 5/9/2006 4:49:21 PM |
| **Subject:** | Re: Eugene Johnson |

I will make sure the offer is discussed with him.  And yes, we will waive Rules 5 and 45 for one week.

Elizabeth Crail wrote:

> Jennifer -
> He has 4 prior assaults.  No SIS.
> My recommendation is MICS IV 18 mos with 18 suspended for 18 mos.  Standard drug conditions of probation.
> At this point (a pre-indictment deal) I will also waive restitution of the $2000 in buy funds. (Recall he sold 44 grams of coke; this offer is in exchange for the assistance he provided to ABADE.)
> Let me know.
> And we've pulled it from grand jury this week, on the understanding he will waive the PH another week or so to allow for negotiations.
> Thanks.
> Elizabeth