**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*101 12th Avenue, Room 310*          Commercial: (907) 456-0245
*Fairbanks, Alaska 99707*             Fax Number: (907) 456-0577

July 28, 2006                              **[via FAX]**

Rex Lamont Butler
Attorney at Law
745 West 4th Ave., Suite 300
Anchorage, AK 99501

Re: <u>United States v. Jason Scott Colette</u>, 4:05-cr-00042-RRB/TWH

Dear Mr. Butler:

    This will evidence the fact that on Friday, July 28, I prepared copies of possible <u>Giglio</u> material consisting of the State of Alaska indictment and attachments of potential witness Eugene Johnson along with State of Alaska reports and search warrant information. A copy will be faxed to your office this date, and the original held in our office for pick-up by you next week.

    If you have any questions, please call me at (907) 456-0245.

Yours Truly,

DEBORAH M. SMITH
Acting United States Attorney

*[signature]*

BRYAN SCHRODER
Assistant United States Attorney

BS/mj

Enclosure