**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

---

*Federal Building & U.S. Courthouse*
*101 12th Avenue, Room 310*    *Commercial: (907) 456-0245*
*Fairbanks, Alaska 99707*      *Fax Number: (907) 456-0577*

July 28, 2006                           **[via FAX]**

Rex Lamont Butler
Attorney at Law
745 West 4th Ave., Suite 300
Anchorage, AK 99501


Re: <u>United States v. Jason Scott Colette</u>, 4:05-cr-00042-RRB/TWH

Dear Mr. Butler:

   Enclosed are the following additional Jencks Act materials:

   Eric Cohoon- 13 pages.

   Other applicable material has been provided in previous discovery.

Yours Truly,

DEBORAH M. SMITH
Acting United States Attorney

*[signature]*

BRYAN SCHRODER
Assistant United States Attorney

BS/mj

Enclosure

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
**REPORT OF INVESTIGATION**

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Seattle Field Division | Seattle Field Division<br>FY-06<br>Report 001 |

**TITLE OF INVESTIGATION:**
Jason S. COLETTE 924c NFA/Drugs

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 787011-06-0006 | 1 |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name) | SUBMITTED BY (Title and Office) | SUBMITTED BY (Date) |
|---|---|---|
| H. Eric Cohoon | Special Agent, Fairbanks Satellite Office | 11/29/2005 |
| REVIEWED BY (Name) | REVIEWED BY (Title and Office) | REVIEWED BY (Date) |
| Bradley S. Earman | Resident Agent in Charge, Fairbanks Satellite Office | |
| APPROVED BY (Name) | APPROVED BY (Title and Office) | APPROVED BY (Date) |
| Kelvin N. Crenshaw | Special Agent in Charge, Seattle Field Division | |

**DESCRIPTION OF ACTIVITY:**

Search Warrants Executed at residence of Jason COLETTE

**SYNOPSIS:**

On November 28, 2005, a State of Alaska search warrant was executed at the residence of Jason COLETTE, 1038 Lakeview Trailer Court, Fairbanks, AK, cocaine, US Currency and firearms were found and seized.

COPY

# NARRATIVE:

1. On November 28, 2005, a State of Alaska search warrant was executed at the residence of Jason COLETTE, W/M, DOB: June 2, 1973, SSN: 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. ATF/DEA, Fairbanks assisted in the search of the residence after it was secured by the Fairbanks Police Department.

2. During the search of the master bedroom within a locked safe approximately 650 grams of cocaine, $38,848.00 in cash and 14 firearms including one registered machinegun and silencer (with tax stamp), were discovered and subsequently seized. All evidence was seized by ATF/DEA Fairbanks for federal prosecution.

3. The following firearms and firearm evidence was seized during the execution of the warrant.

    1. Remington, Mohawk 48, 12 gauge shotgun, serial #5279681
    2. Harrington and Richardson, Topper Model 58, 12 gauge shotgun, serial # AM250982
    3. American Arms 10 gauge shotgun #0220016

ATF EF 3120.2 (5-98)

| DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br>REPORT OF INVESTIGATION | Page 2 of 2 |
|---|---|
| ADDRESSED TO:<br>Special Agent in Charge<br>Seattle Field Division | MONITORED INVESTIGATION INFORMATION:<br>Seattle Field Division<br>FY-06<br>Report 001 |
| TITLE OF INVESTIGATION:<br>Jason S. COLETTE 924c NFA/Drugs | |
| CASE NUMBER:<br>787011-06-0006 | REPORT NUMBER:<br>1 |

    4. Remington Woodmaster Model 740, 30-06, rifle, serial #83245, loaded with 5 rounds including one in the chamber
    5. Winchester, Model 190, .22 rifle serial #B1822823
    6. Stevens Model 67E, 12 gauge shotgun, serial #D395391
    7. Winchester Model 94, 30-30 rifle, serial #4139992
    8. Colt Sporter, 7.62x39 rifle, serial #LH010714
    9. Armas Bost Eibar .20 double barreled shotgun serial # 1928
   10. Mossberg Model 500A 12 gauge shotgun serial #~~P317355~~ L100810 [handwritten]
   11. Mossberg Model 500E, .410 shotgun, serial #P317355
   12. Colt Super 38, 38 Auto, pistol serial #126180
   13. Mossberg Model 500A, 12 gauge shotgun, serial #L986808, loaded with 4 shells including one in the chamber
   14. Ingram, Model 10A1, .45cal/9mm, machinegun, serial #A6041381
   15. Bowers 9mm suppressor, Model CAC9, serial #S927
   16. ATF form 4, Application for Tax Paid Transfer and Registration of Firearm #1PA08701, Ingram machinegun, Model 10A1, serial #A6041381, Jason COLETTE
   17. ATF form 4, Application for Tax Paid Transfer and Registration of Firearm #1PA08702, Bowers 9mm suppressor, serial #CAC9, Jason COLETTE

4. ATF/DEA Fairbanks attempted to interview COLETTE and he stated he wished to talk to a lawyer.

ATTACHMENT:

1. ATF EF 3400.16 Property Inventory/Forfeited Property Appraisal Report Items 1 through 20.

ATF EF 3120.2 (5-98)

0

# DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT

DATE: 11/29/2005

| 1. CASE NUMBER | 2. ACTION | | | |
|---|---|---|---|---|
| 787011-06-0006 | ☐ RETAINED<br>☐ ELECTRONIC SURVEILLANCE | ☐ ABANDONED<br>☐ PURCHASED | ☐ SEIZED FOR JUDICIAL FORFEITURE<br>☑ SEIZED FOR ADMIN. FORFEITURE | |

| 3. NAME OF PERSON IN WHOSE POSSESSION PROPERTY WAS FOUND | 3a. RACE | 3b. SEX | 3c. DATE OF BIRTH |
|---|---|---|---|
| COLETTE, Jason | WHITE | Male | 06/02/1973 |

| 4. STREET ADDRESS | 6. DATE SEIZED | 7. FREE APPRAISAL | 8. DATE TAKEN INTO ATF CUSTODY |
|---|---|---|---|
| 1038 Lakeview Trailer CT | 11/28/2005 | ☐ YES  ☑ NO | 11/28/2005 |

| 5. CITY, STATE, ZIP CODE AND COUNTY | 9. STORAGE LOCATION AND RATE (If Applicable) |
|---|---|
| Fairbanks, AK | In evidence vault |

### 10. LOCATION WHERE PROPERTY WAS TAKEN INTO CUSTODY

| a. NUMBER AND STREET | c. COUNTY | e. JUDICIAL DISTRICT |
|---|---|---|
| 1038 Lakeview Trailer CT | | AK |
| b. CITY | d. STATE | |
| Fairbanks | AK | |

**11. SEIZURE AUTHORITY (Cite Title and Chapter)**
GCA, Firearms and Ammunition (18 U.S.C. Section 924(d))

**12. NAME AND ADDRESS OF LEGAL OWNER/LIENOR (If other than name and address above)**

### 13. DESCRIPTION OF PROPERTY

| ITEM NO. (a) | DESCRIPTION OF PROPERTY (For guns include the following: Manufacturer, Type, Model, Caliber, Barrel Length, Capacity, Finish, Overall Length and Serial Number) (b) | NCIC CODE (c) | TITLE (d) | ACTION (e) | CONDITION (f) | SUITABLE FOR GOV'T USE (g) | DESIRED FOR OFFICIAL USE (h) | APPRAISED VALUE (i) |
|---|---|---|---|---|---|---|---|---|
| 001 | AMMUNITION: AMMUNITION, QTY: 4, MNF: FEDERAL, CAL: 12 | F | T-I | SA | P | NO | NO | $.05 |
| 003 | AMMUNITION: AMMUNITION - ASSORTED, QTY: 5, MNF: OTHER, CAL: 762 | F | T-I | SA | P | NO | NO | $.05 |
| 004 | FIREARM: SHOTGUN, MNF: REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL: MOHAWK 48, CAL: 12, BAR: BLUE, SN: 5279681 | S | T-I | SA | P | NO | NO | $50.00 |
| 005 | FIREARM: SHOTGUN, MNF: HARRINGTON & RICHARDSON 1871 INC., TYPE: SHOTGUN, MODEL: TOPPER MODEL 58, CAL: 12, SN: AM250982 | S | T-I | SA | P | NO | NO | $10.00 |

### 14. NCIC ENTRY/REMOVAL INFORMATION

| ☐ ENTER | ☐ ABANDONED | ☐ RETAINED FOR EVIDENCE | ☐ SEIZED |
|---|---|---|---|
| ☐ CLEAR | ☐ LOCATED STOLEN | ☐ FOUND | ☐ PURCHASED |

**14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER**

| ITEM NUMBER | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

ATF EF 3400.16 (3-98)   Page 1 of 4

0

| | DEPARTMENT OF JUSTICE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT | | | | | DATE 11/29/2005 | | |
|---|---|---|---|---|---|---|---|---|
| 1. CASE NUMBER 787011-06-0006 | 2. ACTION ☐ RETAINED   ☐ ABANDONED   ☐ SEIZED FOR JUDICIAL FORFEITURE ☐ ELECTRONIC SURVEILLANCE   ☐ PURCHASED   ☑ SEIZED FOR ADMIN. FORFEITURE | | | | | | | |
| 006 | FIREARM: SHOTGUN, MNF: AMERICAN ARMS INC., TYPE: SHOTGUN, MODEL: CANNE CROMATE, CAL: 10, BAR: BLUE, SN: 0220016 | S | T-I | SA | P | NO | NO | $50.00 |
| 007 | FIREARM: RIFLE, MNF: REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 740, CAL: 30-06, BAR: BLUE, SN: 82345 | R | T-I | SA | P | NO | NO | $75.00 |
| 008 | FIREARM: RIFLE, MNF: WINCHESTER, TYPE: RIFLE, MODEL: 190, CAL: 22, BAR: BLUE, SN: B1822823 | R | T-I | SA | P | NO | NO | $30.00 |
| 009 | FIREARM: SHOTGUN, MNF: SAVAGE, TYPE: SHOTGUN, MODEL: MODEL 67 SERIES E, CAL: 12, BAR: BLUE, SN: D395391 | S | T-I | SA | P | NO | NO | $25.00 |
| 010 | FIREARM: RIFLE, MNF: WINCHESTER, TYPE: RIFLE, MODEL: 94, CAL: 30-30, BAR: BLUE, SN: 4139992 | R | T-I | SA | F | NO | NO | $75.00 |
| 011 | FIREARM: RIFLE, MNF: COLT, TYPE: RIFLE, MODEL: SPORTER LIGHTWEIGHT, CAL: 762, BAR: BLUE, SN: LH010714 | R | T-I | SA | F | NO | NO | $500.00 |
| 012 | FIREARM: SHOTGUN, MNF: ARMAS BOST, TYPE: SHOTGUN, MODEL: EIBAR, CAL: 20, SN: 1928 | S | T-I | SA | F | NO | NO | $100.00 |
| 013 | FIREARM: SHOTGUN, MNF: MOSSBERG, TYPE: SHOTGUN, MODEL: 500A, CAL: 12, BAR: BLUE, SN: L100810 | S | T-I | SA | P | NO | NO | $50.00 |
| 014 | FIREARM: HANDGUN, MNF: COLT, TYPE: PISTOL, MODEL: COLT SUPER 38, CAL: 38, BAR: BLUE, SN: 126180 | P | T-I | SA | F | NO | NO | $200.00 |

### 14. NCIC ENTRY/REMOVAL INFORMATION

☐ ENTER  ☐ ABANDONED  ☐ RETAINED FOR EVIDENCE  ☐ SEIZED
☐ CLEAR  ☐ LOCATED STOLEN  ☐ FOUND  ☐ PURCHASED

14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER

| ITEM NUMBER | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

ATF EF 3400.16 (3-98)                                                                                  Page 2 of 4

| | DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br>**PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT** | | | | | DATE<br>11/29/2005 | | |
|---|---|---|---|---|---|---|---|---|
| 1. CASE NUMBER<br>787011-06-0006 | 2. ACTION<br>☐ RETAINED          ☐ ABANDONED          ☐ SEIZED FOR JUDICIAL FORFEITURE<br>☐ ELECTRONIC SURVEILLANCE   ☐ PURCHASED   ☑ SEIZED FOR ADMIN. FORFEITURE | | | | | | | |
| 015 | FIREARM: SHOTGUN, MNF: MOSSBERG, TYPE: SHOTGUN, MODEL: 500E, CAL: 410, BAR: BLACK, SN: P317355 | S | T-I | SA | G | NO | NO | $100.00 |
| 016 | FIREARM: SHOTGUN, MNF: MOSSBERG, TYPE: SHOTGUN, MODEL: 500A, CAL: 12, BAR: BLACK, SN: L986808 | S | T-I | SA | P | NO | NO | $25.00 |
| 017 | SILENCER: BOWERS, CAC 9, SERIAL #S927, 11.5 INCH BLACK SILENCER | V | T-II | SA | G | NO | NO | $200.00 |
| 018 | FIREARM: MACHINE-GUN, MNF: INGRAM, TYPE: MACHINE GUN, MODEL: M10A1, CAL: 9, BAR: PARKERIZED, SN: A6041381 | B | T-II | SA | F | NO | NO | $3,000.00 |
| 019 | DOCUMENTS: OTHER DOCUMENTS, (1) ATF FORM 4, APPLICATION FOR TAX PAID TRANSFER AND RESTRATION OF FIREARM, #PA08701, FOR M10A1A SERIAL #A6041381, REGISTERED TO JASON S. COLETTE | | | SA | | NO | NO | $200.00 |
| 020 | DOCUMENTS: OTHER DOCUMENTS, (1) ATF FPORM 4, APPLICASTION FOR TAX PAID TRANSFER AND REGISTRATION OF FIREARM, #PA08702, FOR BOWERS, SUPPRESSOR, 9MM SERIAL #S926, REGISTERED TO JASON S. COLETTE | | | SA | | YES | YES | $200.00 |
| | | | | | | | Total: | $4,890.10 |

| 14. NCIC ENTRY/REMOVAL INFORMATION | | | |
|---|---|---|---|
| ☐ ENTER | ☐ ABANDONED | ☐ RETAINED FOR EVIDENCE | ☐ SEIZED |
| ☐ CLEAR | ☐ LOCATED STOLEN | ☐ FOUND | ☐ PURCHASED |

14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER

| ITEM NUMBER | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

ATF EF 3400.16 (3-98)                                                                                                  Page 3 of 4

0

| | DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES | DATE |
|---|---|---|
| | **PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT** | 11/29/2005 |

| 1. CASE NUMBER | 2. ACTION | | |
|---|---|---|---|
| 787011-06-0006 | ☐ RETAINED | ☐ ABANDONED | ☐ SEIZED FOR JUDICIAL FORFEITURE |
| | ☐ ELECTRONIC SURVEILLANCE | ☐ PURCHASED | ☑ SEIZED FOR ADMIN. FORFEITURE |

**14. NCIC ENTRY/REMOVAL INFORMATION**

| ☐ ENTER | ☐ ABANDONED | ☐ RETAINED FOR EVIDENCE | ☐ SEIZED |
|---|---|---|---|
| ☐ CLEAR | ☐ LOCATED STOLEN | ☐ FOUND | ☐ PURCHASED |

14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER

| ITEM NUMBER | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATF EF 3400.16 (3-98)

Page 4 of 4

CASE NUMBER: 787011-06-0006

**15. CERTIFICATION OF SPECIAL AGENT:** I certify that this list contains a full description of all the personal property taken into Bureau custody from the person named in the above-mentioned case.

| SIGNATURE OF SPECIAL AGENT | DATE |
|---|---|
| H. Eric Cohoon    Special Agent, Fairbanks Satellite Office | 11/29/2005 |

**16. APPRAISAL BY SEIZING OFFICER**

I certify that under the authority of 19 U.S.C., or ATF O 3400.1, as seizing officer, I have made a careful survey and examination of the property described above and to the best of my judgement and belief, each item of said property is of the value stated opposite its respective description, and that the aggregate value of all of said property is shown on the "Total" line and have appraised items No.: Item(s): 001, 003, 004, 005, 006, 007, 008, 009, 010, 011, 012, 013, 014, 015, 016, 017, 018, 019, 0

| SIGNATURE | DATE |
|---|---|
| H. Eric Cohoon    Special Agent, Fairbanks Satellite Office | 11/29/05 |

**17. THIS INVESTIGATION IS ONGOING THEREFORE NO NOTICE SHOULD BE SENT TO ANY PARTIES INVOLVED.**

☐ **WITHHOLD NOTICE FROM ALL PARTIES**

**18a. TRACE INFORMATION WAS FORWARDED TO THE NATIONAL TRACING CENTER**
(If no, an explanation is required in the "Remarks" section)    ☑ YES    ☐ NO

**18b. NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORDS WERE QUERIED**
(If no, an explanation is required in the "Remarks" section)    ☑ YES    ☐ NO

**19. REMARKS/DISPOSITION REQUEST**

FINAL DISPOSITION RECOMMENDATION    DATE: _____

☐ DESTRUCTION OF ITEM NUMBER(S) _____
☐ PLACEMENT INTO OFFICIAL USE OF ITEM NUMBER(S) _____
☐ RETURN OF ITEM NUMBER(S) _____

TO: _____
(NAME)

_____
(ADDRESS)

SPECIAL AGENT: _____    DATE: _____

I CONCUR _____    I CONCUR _____
DATE    RAC/GS    DATE    SPECIAL AGENT IN CHARGE

ATF EF 3400.16 (3-98)

0

| | DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br>**PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT** | | | DATE<br>11/29/2005 |
|---|---|---|---|---|
| 1. CASE NUMBER<br>787011-06-0006 | 2. ACTION<br>☐ RETAINED    ☐ ABANDONED    ☐ SEIZED FOR JUDICIAL FORFEITURE<br>☐ ELECTRONIC SURVEILLANCE    ☐ PURCHASED    ☑ SEIZED FOR ADMIN. FORFEITURE | | | |
| 3. NAME OF PERSON IN WHOSE POSSESSION PROPERTY WAS FOUND<br>COLETTE, Jason | 3a. RACE<br>WHITE | 3b. SEX<br>Male | 3c. DATE OF BIRTH<br>06/02/1973 | |
| 4. STREET ADDRESS<br>1038 Lakeview Trailer CT | 6. DATE SEIZED<br>11/28/2005 | 7. FREE APPRAISAL<br>☐ YES    ☑ NO | 8. DATE TAKEN INTO ATF CUSTODY<br>11/28/2000 | |
| 5. CITY,STATE,ZIP CODE AND COUNTY<br>Fairbanks, AK | 9. STORAGE LOCATION AND RATE (If Applicable)<br>In evidence vault | | | |

| 10. LOCATION WHERE PROPERTY WAS TAKEN INTO CUSTODY | | |
|---|---|---|
| a. NUMBER AND STREET<br>1038 Lakeview Trailer CT | c. COUNTY | e. JUDICIAL DISTRICT<br>AK |
| b. CITY<br>Fairbanks | d. STATE<br>AK | |

11. SEIZURE AUTHORITY (Cite Title and Chapter)
GCA, Firearms and Ammunition (18 U.S.C. Section 924(d))

12. NAME AND ADDRESS OF LEGAL OWNER/LIENOR (If other than name and address above)

### 13. DESCRIPTION OF PROPERTY

| ITEM NO.<br>(a) | DESCRIPTION OF PROPERTY<br>(For guns include the following: Manufacturer, Type, Model, Caliber, Barrel Length, Capacity, Finish, Overall Length and Serial Number)<br>(b) | NCIC CODE<br>(c) | TITLE<br>(d) | ACTION<br>(e) | CONDITION<br>(f) | SUITABLE FOR GOV'T USE<br>(g) | DESIRED FOR OFFICIAL USE<br>(h) | APPRAISED VALUE<br>(i) |
|---|---|---|---|---|---|---|---|---|
| 002 | AMMUNITION: AMMUNITION, QTY: 5, MNF: OTHER, CAL: 30-06 | F | T-I | SA | P | NO | NO | $.05 |
| | | | | | | | Total: | $.05 |

### 14. NCIC ENTRY/REMOVAL INFORMATION

☐ ENTER    ☐ ABANDONED    ☐ RETAINED FOR EVIDENCE    ☐ SEIZED
☐ CLEAR    ☐ LOCATED STOLEN    ☐ FOUND    ☐ PURCHASED

14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER

| ITEM NUMBER | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATF EF 3400.16 (3-98)                                                                 Page 1 of 2

0

| | DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES | DATE |
|---|---|---|
| | **PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT** | 11/29/2005 |

| 1. CASE NUMBER | 2. ACTION | | | |
|---|---|---|---|---|
| 787011-06-0006 | ☐ RETAINED | ☐ ABANDONED | ☐ SEIZED FOR JUDICIAL FORFEITURE | |
| | ☐ ELECTRONIC SURVEILLANCE | ☐ PURCHASED | ☑ SEIZED FOR ADMIN. FORFEITURE | |

| 14. NCIC ENTRY/REMOVAL INFORMATION |||||
|---|---|---|---|---|
| ☐ ENTER | ☐ ABANDONED | ☐ RETAINED FOR EVIDENCE | ☐ SEIZED | |
| ☐ CLEAR | ☐ LOCATED STOLEN | ☐ FOUND | ☐ PURCHASED | |

14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER

| ITEM NUMBER | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATF EF 3400.16 (3-98)                                                                 Page 2 of 2

CASE NUMBER: 787011-06-0006

**15. CERTIFICATION OF SPECIAL AGENT:** I certify that this list contains a full description of all the personal property taken into Bureau custody from the person named in the above-mentioned case.

| SIGNATURE OF SPECIAL AGENT | DATE |
|---|---|
| H. Eric Cohoon — Special Agent, Fairbanks Satellite Office | 11/29/2005 |

**16. APPRAISAL BY SEIZING OFFICER**

I certify that under the authority of 19 U.S.C., or ATF O 3400.1, as seizing officer, I have made a careful survey and examination of the property described above and to the best of my judgement and belief, each item of said property is of the value stated opposite its respective description, and that the aggregate value of all of said property is shown on the "Total" line and have appraised items No.: Item(s): 002

| SIGNATURE | DATE |
|---|---|
| H. Eric Cohoon — Special Agent, Fairbanks Satellite Office | 11/29/05 |

**17. THIS INVESTIGATION IS ONGOING THEREFORE NO NOTICE SHOULD BE SENT TO ANY PARTIES INVOLVED.**

☐ **WITHHOLD NOTICE FROM ALL PARTIES**

**18a. TRACE INFORMATION WAS FORWARDED TO THE NATIONAL TRACING CENTER**
(If no, an explanation is required in the "Remarks" section)    ☐ YES    ☐ NO

**18b. NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORDS WERE QUERIED**
(If no, an explanation is required in the "Remarks" section)    ☐ YES    ☐ NO

**19. REMARKS/DISPOSITION REQUEST**

FINAL DISPOSITION RECOMMENDATION                    DATE: _____

☐ DESTRUCTION OF ITEM NUMBER(S) _____
☐ PLACEMENT INTO OFFICIAL USE OF ITEM NUMBER(S) _____
☐ RETURN OF ITEM NUMBER(S) _____

TO: _____
(NAME)

_____
(ADDRESS)

SPECIAL AGENT: _____        DATE: _____

I CONCUR                                            I CONCUR
_____  _____            _____  _____
DATE          RAC/GS                   DATE          SPECIAL AGENT IN CHARGE

ATF EF 3400.16 (3-98)

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

**PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT**

DATE: 12/01/2005

1. CASE NUMBER: 787011-06-0006

2. ACTION
- [ ] RETAINED
- [ ] ELECTRONIC SURVEILLANCE
- [ ] ABANDONED
- [ ] PURCHASED
- [ ] SEIZED FOR JUDICIAL FORFEITURE
- [ ] SEIZED FOR ADMIN. FORFEITURE

3. NAME OF PERSON IN WHOSE POSSESSION PROPERTY WAS FOUND: COLETTE, Jason
3a. RACE: WHITE
3b. SEX: Male
3c. DATE OF BIRTH: 06/02/1973

4. STREET ADDRESS: 1038 Lakeview Trailer CT
5. CITY, STATE, ZIP CODE AND COUNTY: Fairbanks, AK
6. DATE SEIZED: 11/28/2005
7. FREE APPRAISAL: [ ] YES [✓] NO
8. DATE TAKEN INTO ATF CUSTODY: 11/28/2005
9. STORAGE LOCATION AND RATE (If Applicable): In evidence vault

10. LOCATION WHERE PROPERTY WAS TAKEN INTO CUSTODY
a. NUMBER AND STREET: 1038 Lakeview Trailer CT
b. CITY: Fairbanks
c. COUNTY:
d. STATE: AK
e. JUDICIAL DISTRICT: AK

11. SEIZURE AUTHORITY (Cite Title and Chapter): GCA, Firearms and Ammunition (18 U.S.C. Section 924(d))

12. NAME AND ADDRESS OF LEGAL OWNER/LIENOR (If other than name and address above)

### 13. DESCRIPTION OF PROPERTY

| ITEM NO. (a) | DESCRIPTION OF PROPERTY (For guns include the following: Manufacturer, Type, Model, Caliber, Barrel Length, Capacity, Finish, Overall Length and Serial Number) (b) | NCIC CODE (c) | TITLE (d) | ACTION (e) | CONDITION (f) | SUITABLE FOR GOV'T USE (g) | DESIRED FOR OFFICIAL USE (h) | APPRAISED VALUE (i) |
|---|---|---|---|---|---|---|---|---|
| 019 | DOCUMENTS: OTHER DOCUMENTS, (1) ATF FORM 4, APPLICATION FOR TAX PAID TRANSFER AND RESTRATION OF FIREARM, #PA08701, FOR M10A1A SERIAL #A6041381, REGISTERED TO JASON S. COLETTE | | | SE | | NO | NO | $200.00 |
| 020 | DOCUMENTS: OTHER DOCUMENTS, (1) ATF FPORM 4, APPLICASTION FOR TAX PAID TRANSFER AND REGISTRATION OF FIREARM, #PA08702, FOR BOWERS, SUPPRESSOR, 9MM SERIAL #S926, REGISTERED TO JASON S. COLETTE | | | SE | | YES | YES | $200.00 |
| | | | | | | | Total: | $400.00 |

### 14. NCIC ENTRY/REMOVAL INFORMATION

- [ ] ENTER
- [ ] CLEAR
- [ ] ABANDONED
- [ ] LOCATED STOLEN
- [ ] RETAINED FOR EVIDENCE
- [ ] FOUND
- [ ] SEIZED
- [ ] PURCHASED

14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER

| ITEM NUMBER | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

ATF EF 3400.16 (3-98)                Page 1 of 2

| DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br>**PROPERTY INVENTORY/FORFEITED PROPERTY APPRAISAL REPORT** || DATE<br>12/01/2005 |
|---|---|---|
| 1. CASE NUMBER<br>787011-06-0006 | 2. ACTION<br>☐ RETAINED  ☐ ABANDONED  ☐ SEIZED FOR JUDICIAL FORFEITURE<br>☐ ELECTRONIC SURVEILLANCE  ☐ PURCHASED  ☐ SEIZED FOR ADMIN. FORFEITURE ||

**14. NCIC ENTRY/REMOVAL INFORMATION**

| ☐ ENTER | ☐ ABANDONED | ☐ RETAINED FOR EVIDENCE | ☐ SEIZED |
|---|---|---|---|
| ☐ CLEAR | ☐ LOCATED STOLEN | ☐ FOUND | ☐ PURCHASED |

14a. LIST FIREARMS TO BE ENTERED FROM SECTION 13a. BY ITEM NUMBER

| ITEM NUMBER | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

ATF EF 3400.16 (3-98)                                                                                             Page 2 of 2

15. CERTIFICATION OF SPECIAL AGENT: I certify that this list contains a full description of all the personal property taken into Bureau custody from the person named in the above-mentioned case.

| SIGNATURE OF SPECIAL AGENT | | DATE |
|---|---|---|
| H. Eric Cohoon | Special Agent, Fairbanks Satellite Office | 12/01/2005 |

16. APPRAISAL BY SEIZING OFFICER

I certify that under the authority of 19 U.S.C., or ATF O 3400.1, as seizing officer, I have made a careful survey and examination of the property described above and to the best of my judgement and belief, each item of said property is of the value stated opposite its respective description, and that the aggregate value of all of said property is shown on the "Total" line and have appraised items No.: _____

| SIGNATURE | DATE |
|---|---|
| | 12 01 05 |

17. THIS INVESTIGATION IS ONGOING THEREFORE NO NOTICE SHOULD BE SENT TO ANY PARTIES INVOLVED.

☐ **WITHHOLD NOTICE FROM ALL PARTIES**

18a. TRACE INFORMATION WAS FORWARDED TO THE NATIONAL TRACING CENTER
(If no, an explanation is required in the "Remarks" section)   ☐ YES   ☐ NO

18b. NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORDS WERE QUERIED
(If no, an explanation is required in the "Remarks" section)   ☐ YES   ☐ NO

19. REMARKS/DISPOSITION REQUEST

FINAL DISPOSITION RECOMMENDATION         DATE: _____

☐ DESTRUCTION OF ITEM NUMBER(S) _____
☐ PLACEMENT INTO OFFICIAL USE OF ITEM NUMBER(S) _____
☐ RETURN OF ITEM NUMBER(S) _____

TO: _____
(NAME)

_____
(ADDRESS)

SPECIAL AGENT: _____   DATE: _____

| I CONCUR | | I CONCUR | |
|---|---|---|---|
| DATE | RAC/GS | DATE | SPECIAL AGENT IN CHARGE |

ATF EF 3400.16 (3-98)