1          THE COURT:  -- would that affect your ability to be

2   fair?

3          JUROR NO. 30:  No, it would not.

4          THE COURT:  I mean, would you give his testimony any

5   greater or lesser weight than anyone else?

6          JUROR NO. 30:  No, I would not.

7          THE COURT:  And if he came in and testified and you

8   didn't believe him, would you --

9          JUROR NO. 30:  I'd (indiscernible) --

10         THE COURT:  -- act accordingly?

11         JUROR NO. 30:  I'd have no problem acting accordingly.

12         THE COURT:  Okay.  So in other words, you know, this is

13  a small state.  Sometimes we know people.

14         JUROR NO. 30:  That's right.

15         THE COURT:  The key is whether or not that knowledge

16  will affect our ability to be fair.  And sometimes the neighbor

17  might be a little stressful.  He -- what -- if he came in and

18  says the light is green and all the other evidence suggested

19  that it was red, would you conclude it was red or green, just

20  because he said it was green?

21         JUROR NO. 30:  I'd weigh the evidence.

22         THE COURT:  You'd weigh the evidence.

23         JUROR NO. 30:  Yeah.

24         THE COURT:  Okay.  Counsel?

25         MR. SCHRODER:  What was your name, ma'am?  I'm sorry,

1    I --

2            JUROR NO. 30:  (Juror states name).

3            MR. SCHRODER:  Okay.

4            MR. BUTLER:  (States name), you said?

5            JUROR NO. 30:  Yeah.

6            MR. SCHRODER:  Yeah.

7            MR. BUTLER:  Okay.

8            JUROR NO. 30:  And you (indiscernible) know that about

9    me, so --

10           MR. SCHRODER:  Sure.

11           JUROR NO. 30:  -- I just wanted to (indiscernible) --

12           THE COURT:  No --

13           MR. SCHRODER:  No, that's (indiscernible)

14           THE COURT:  -- (indiscernible) we need to know it.

15           MR. SCHRODER:  That's good.  So -- I don't think I have

16   any other questions.

17           THE COURT:  Okay.

18           MR. SCHRODER:  The judge covered it for me.

19           MR. BUTLER:  If the -- if you feel that the defense in

20   examining Trooper Wall was, I guess, tough, so to speak, would

21   you hold that against the defense if we challenged his

22   testimony, you know, through the roof --

23           JUROR NO. 30:  No, I would not.

24           MR. BUTLER:  -- or roofs, or what have you, but in a

25   way that you felt, you know, why are they jumping on my

1   neighbor like that?

2           JUROR NO. 30:  No, I would not.

3           MR. BUTLER:  Okay.

4           THE COURT:  All right.

5           MR. BUTLER:  Thank you.

6           THE COURT:  Anything else?

7           MR. BUTLER:  No, sir.

8           THE COURT:  All right.  All right.

9       (End of sidebar)

10          THE COURT:  Have you or anyone close to you ever worked

11  for a criminal defense attorney or agency?  Just come to the

12  microphone and give your name, and then -- yes, ma'am.  You --

13          JUROR NO. 19:  About 40 years ago --

14          THE COURT:  Okay, your name?

15          JUROR NO. 19:  -- (juror states name).

16          THE COURT:  One more time?

17          JUROR NO. 19:  (Juror states and spells name).

18          THE COURT:  Okay.

19          JUROR NO. 19:  About 40 years ago, I worked for Mike

20  Stepovich, the one who became governor --

21          THE COURT:  Forty years ago?  So was Mike --

22          JUROR NO. 19:  No, let's see, it was 50.

23          THE COURT:  Fifty years --

24          JUROR NO. 19:  Fifty-five, yes.

25          THE COURT:  Fifty years ago.  You worked for Mike

1  Stepovich.

2          JUROR NO. 19:  Yes.

3          THE COURT:  You must mean the father, senior Stepovich,

4  the former governor?

5          JUROR NO. 19:  Yes.

6          THE COURT:  Anything about that experience affect your

7  ability to be a fair juror in this case?

8          JUROR NO. 19:  Absolutely not.

9          THE COURT:  Okay, thank you.  And, sir, you've -- just

10  give us your name, because you've already told us about your

11  situation.

12          JUROR NO. 20:  (Juror states name).  I worked for his

13  son in nineteen ninety --

14          THE COURT:  You worked for Mike Stepovich, the son.

15          JUROR NO. 20:  1987, '86 --

16          THE COURT:  Okay.

17          JUROR NO. 20:  -- somewhere in that area.

18          THE COURT:  Anything about that experience affect your

19  ability to be a fair juror?

20          JUROR NO. 20:  None at all.

21          THE COURT:  Okay, thank you.  Anyone else?  Next

22  question.  This one always brings lots of hands.  Are you

23  ready?  Have you or anyone close to you ever been a victim of

24  crime?  Just do it, and we'll go back here.  A lot of them --

25  and -- take us in the back.  Just one at a time, start --

1          JUROR NO. 61:  My name's (juror states name).  And I
2    had my apartment robbed.

3          THE COURT:  Anything about -- is that it?

4          JUROR NO. 61:  That's it.

5          THE COURT:  Anything about that experience affect your
6    ability to be a fair juror in this case?

7          JUROR NO. 61:  No.

8          THE COURT:  Okay.  All right, thank you.

9          JUROR NO. 26:  (Juror states name).  Our home was
10   burgled.

11         THE COURT:  And that's here in Alaska?

12         JUROR NO. 26:  Yeah.

13         THE COURT:  Anything about that experience affect your
14   ability to be a fair juror in this case?

15         JUROR NO. 26:  No.

16         THE COURT:  You wouldn't hold it against either side?

17         JUROR NO. 26:  No.

18         THE COURT:  Okay.

19         MR. BUTLER:  I'm sorry, Judge, I missed her name.

20         THE COURT:  And we didn't catch your last name, ma'am.

21         JUROR NO. 26:  Last name, (juror states and spells
22   name).

23         THE COURT:  Okay.

24         JUROR NO. 36:  (Juror states name).  Our -- my house
25   was burglarized.

```
 1          THE COURT:  In Fairbanks?

 2          JUROR NO. 36:  Yes.

 3          THE COURT:  And when was that, roughly?

 4          JUROR NO. 36:  1998.

 5          THE COURT:  Okay.  So about eight years ago.

 6          JUROR NO. 36:  Right.

 7          THE COURT:  Anything about that experience affect your

 8  ability to be a fair juror in this case?

 9          JUROR NO. 36:  No, sir.

10          THE COURT:  All right, thank you.  All right, ma'am.

11          UNIDENTIFIED JUROR:  (Juror states name).  My mother

12  and several of my sisters have experienced armed robbery in

13  businesses that they work for.

14          THE COURT:  In Alaska?

15          UNIDENTIFIED JUROR:  Yes.

16          THE COURT:  Okay.  Anything about that experience

17  affect your ability to be a fair juror in this case?

18          UNIDENTIFIED JUROR:  No.

19          THE COURT:  Okay.  All right, let's just stop for a

20  second, make sure counsel's notes are current.  Counsel, you

21  okay, keeping up?

22          MR. BUTLER:  Thank you, Judge.

23          MR. SCHRODER:  Uh-huh (affirmative).  Yes, sir.

24          THE COURT:  All right, yes, sir.

25          JUROR NO. 24:  (Juror states name).  We were
```

1   burglarized.

2           THE COURT:  Here in Alaska?

3           JUROR NO. 24:  Yeah, about 1985 to '89, somewhere

4   around there.

5           THE COURT:  Okay.  Roughly 20 years ago.  Anything

6   about that experience affect your ability to be a fair juror in

7   this case?

8           JUROR NO. 24:  No.

9           THE COURT:  All right.  Thank you.  Yes, ma'am.

10          JUROR NO. 29:  (Juror states name).  My house in Boise,

11  Idaho was burglarized in approximately 1984, and then my house

12  here in Fairbanks was burglarized approximately two years ago.

13          THE COURT:  Okay.  Anything about either one of those

14  incidents that would affect your ability to be a fair juror in

15  this case?

16          JUROR NO. 29:  No, sir.

17          THE COURT:  Okay.

18          JUROR NO. 50:  (Juror states name).  I had my truck

19  stolen in '86 and my apartment broken into in '87.

20          THE COURT:  Okay.  Anything about those experiences

21  affect your ability to be a fair juror in this case?

22          JUROR NO. 50:  No.

23          THE COURT:  Okay.  All right.  Yes, sir.

24          JUROR NO. 20:  (Juror states name).  On the night of

25  December 23rd, nine -- 2004, I was held at gunpoint while

1  working at an Albertsons in Pedboro (ph), Florida.

2          THE COURT:  That was in Florida, right?

3          JUROR NO. 20:  Yes, sir.

4          THE COURT:  Anything about that experience affect your

5  ability to be a fair juror --

6          JUROR NO. 20:  Nothing.

7          THE COURT:  -- in this case?

8          JUROR NO. 20:  No.

9          THE COURT:  And we -- we've spoken in the back and gone

10  over --

11          JUROR NO. 20:  Yes.

12          THE COURT:  So -- okay.  All right, thank you.  Back

13  room, counsel.

14      (At sidebar with the Court and counsel)

15          THE COURT:  Yes, sir.

16          JUROR NO. 17:  (Indiscernible) I was assaulted 10 years

17  ago.

18          THE COURT:  Okay, just give us your name.

19          JUROR NO. 17:  (Juror states name).

20          THE COURT:  (States name).  And you were assaulted 10

21  years ago?

22          JUROR NO. 17:  Yes.

23          THE COURT:  Was that in Fairbanks?

24          JUROR NO. 17:  Yes, it was.

25          THE COURT:  And do you know who assaulted you?

1   JUROR NO. 17:  Two guys that were known at the time

2 that was assaulting people around the Fairview Manor area.

3   THE COURT:  Okay, so you just happened to be at the

4 wrong place at the wrong time?

5   JUROR NO. 17:  Yeah, I was living with a girl, and --

6 when they walked into the apartment.

7   THE COURT:  They walked into the apartment, you were

8 there with a girl, and they beat you up?

9   JUROR NO. 17:  Yeah.  Because I told them to get out.

10   THE COURT:  Were there drugs involved?

11   JUROR NO. 17:  That's what I was accused -- they kept

12 on questioning me on that, even at the hospital --

13   THE COURT:  Were there --

14   JUROR NO. 17:  -- if there was drugs, and there wasn't.

15   THE COURT:  Okay.  So it was -- as far as you know,

16 they just beat you up, and --

17   JUROR NO. 17:  Yeah, they were -- like I said, they

18 were known for jumping people.

19   THE COURT:  Okay.  And the hospital people or someone

20 else thought maybe it was a argument over drugs, is that right?

21 Okay.

22   JUROR NO. 17:  Yeah.

23   THE COURT:  And you're saying that wasn't it?

24   JUROR NO. 17:  Exactly.

25   THE COURT:  Okay.  Anything else that we need to know

1    about that?

2            JUROR NO. 17:  The fact that I received stitches and an

3    almost damaged kidney from it.

4            THE COURT:  Okay, so you didn't like that.

5            JUROR NO. 17:  No.

6            THE COURT:  Anything about having been a victim of a

7    crime of that nature affect your ability to be a fair juror in

8    this case?

9            JUROR NO. 17:  It was just the fact that the cops

10   wouldn't drop the issue of the drugs.

11           THE COURT:  Okay, they kept saying --

12           JUROR NO. 17:  Yeah, they kept asking me if -- was

13   drugs involved, was drugs involved --

14           THE COURT:  Yeah.  You kept saying no.

15           JUROR NO. 17:   -- (indiscernible) no.

16           THE COURT:  Okay.  And that bugged you that they

17   kept --

18           JUROR NO. 17:  Yes.

19           THE COURT:  Yeah.  Do you hold that against them now,

20   10 years later?

21           JUROR NO. 17:  I have other issues with cops, so --

22           THE COURT:  So what are your other issues with cops?

23           JUROR NO. 17:  I was caught shoplifting and they were

24   actually kind of rough on a 13-year-old kid.

25           THE COURT:  Well, that goes way back, right?

1          JUROR NO. 17:  Yeah.

2          THE COURT:  So you have a bad feeling toward the police

3   at this point?

4          JUROR NO. 17:  Just -- just for some of their

5   actions --

6          THE COURT:  Right.

7          JUROR NO. 17:  -- and the fact that I've had

8   restraining orders put on my wife's ex-husband and --

9          THE COURT:  And they haven't done anything about it?

10         JUROR NO. 17:  -- they won't do anything about it,

11  because there's no video proof.  They say --

12         THE COURT:  Yeah.

13         JUROR NO. 17:  -- there has to be video proof.  They

14  don't --

15         THE COURT:  Yeah.

16         JUROR NO. 17:  -- want to do their job.

17         THE COURT:  Okay.  So how would that affect --

18         JUROR NO. 17:  (Indiscernible).

19         THE COURT:  Would that affect this case, where the

20  police come in and say they saw X, Y, and Z?  Under oath, they

21  come in and say -- they'd be -- how would that affect you as a

22  juror?

23         JUROR NO. 17:  I really don't know.

24         THE COURT:  I mean, would you disbelieve them just

25  because they were speaking?

1       JUROR NO. 17:  There would have to be evidence on that

2  one --

3       THE COURT:  I mean --

4       JUROR NO. 17:  -- on -- if they're substantial, yeah.

5  I (indiscernible) --

6       THE COURT:  Well, what if one witness -- if the police

7  said, "That piece of paper on the wall is blue," and another

8  witness, "No, it's yellow," that's all you knew, two different

9  people.  Police officer said one thing, another police officer

10  said something else.

11       JUROR NO. 17:  I'll use my own eyes on that one.

12       THE COURT:  You'd look to see what color it was?

13       JUROR NO. 17:  Yeah.

14       THE COURT:  Yeah, that was probably a good answer.

15  Okay, counsel?

16       MR. SCHRODER:  I think what we're getting at is --

17  here, would you have a harder time accepting the testimony of a

18  police officer than anybody else, just because of your

19  experiences with them?

20       JUROR NO. 17:  Probably not.

21       MR. SCHRODER:  Probably not?

22       JUROR NO. 17:  Yeah.  In fact, there was another thing

23  too.  I was also accused of molesting my stepchildren.

24       THE COURT:  Okay.

25       JUROR NO. 17:  And this trooper still believes in his

1-74

1  heart that I did it.

2          THE COURT:  Right.

3          JUROR NO. 17:  So I can't -- you know, I have a hard

4  time with state troopers right now, except for one.

5          THE COURT:  Uh-huh (affirmative).

6          MR. SCHRODER:  Okay.  So if there was a state trooper

7  who was a witness, would that -- would you have a hard time --

8          JUROR NO. 17:  Yes.

9          THE COURT:  Well, who are the troopers?

10         MR. SCHRODER:  Sergeant Wall.

11         THE COURT:  Sergeant Wall (indiscernible).

12         JUROR NO. 17:  I can't remember the name offhand --

13         THE COURT:  Okay.

14         JUROR NO. 17:  -- right now.

15         THE COURT:  Well, can you be a fair juror or not?  I

16 haven't figured that out.  In this kind of case.  You heard the

17 case.

18         JUROR NO. 17:  I don't think I can.

19         THE COURT:  Okay.  Well, that's what we want to know.

20 Because only you know.

21         JUROR NO. 17:  Yeah.

22         THE COURT:  Okay.  Well, based on that, we'll excuse

23 you, okay?  And you get a chance to come back next month,

24 maybe, okay?  You just tell the clerk you've been excused.

25         JUROR NO. 17:  Okay.

1    THE COURT:  All right.

2    JUROR NO. 17:  And where's the clerk at?  I --

3    THE COURT:  Where you started.  You go out and the

4  lady -- where you all assembled initially.

5    JUROR NO. 17:  Okay.

6    THE COURT:  Yeah.

7    (End of sidebar)

8    THE COURT:  Okay, counsel, if you want to just make

9  sure your notes are up to speed.

10    MR. BUTLER:  All right, thank you, Judge.  (Pause)

11  Thank you, Judge.

12    THE COURT:  All right.  Ma'am?

13    JUROR NO. 27:  (Juror states name).  And I had my home

14  broken into about 25 years ago.

15    THE COURT:  Is that here in Alaska?

16    JUROR NO. 27:  Yes.

17    THE COURT:  Anything about that experience affect your

18  ability to be a fair juror in this case?

19    JUROR NO. 27:  No.

20    THE COURT:  Okay.  Thank you.

21    JUROR NO. 7:  My name is (juror states name).  I had my

22  car stolen about 14 years ago in Anchorage.

23    THE COURT:  Anything about that experience affect your

24  ability to be a fair juror in this case?

25    JUROR NO. 7:  No, sir.

1          THE COURT:  Okay.  All right, thank you.

2          JUROR NO. 48:  My name's (juror states name).  And I've

3     been burglarized in Hawaii and Alaska.

4          THE COURT:  And --

5          JUROR NO. 48:  My home in Hawaii and cars and stuff

6     here in Fairbanks.

7          THE COURT:  Anything about that experience affect your

8     ability to be a fair juror in this particular case?

9          JUROR NO. 48:  Not a thing.

10         THE COURT:  Okay.  All right, thank you.

11         JUROR NO. 57:  My name's (juror states name).  Our home

12     was burglarized several times in February of this year.  And

13     wouldn't affect my feelings or attitude in this case.

14         THE COURT:  You can be fair -- obviously it wasn't

15     anyone here, so you can be fair?

16         JUROR NO. 57:  Yes.

17         THE COURT:  Okay, thank you.

18         JUROR NO. 52:  Hi, I'm (juror states name).  I had an

19     experience back in 1967 -- I'm originally from Philadelphia.  I

20     had a first cousin murdered by a drug-crazed individual in

21     Southwest Philadelphia.  And in 1980, Bucks County, which is a

22     suburb of Philadelphia, I had my own personal residence robbed,

23     and there was evidence of --

24         THE COURT:  Okay.

25         JUROR NO. 52:  -- drug use in my apartment afterwards.

1          THE COURT:  Anything about that would affect your

2   ability to be a fair juror in this case?

3          JUROR NO. 52:  Yes, I think it would.

4          THE COURT:  Okay.  Any objection to excusing?  All

5   right, sir, all you do is you go back to the clerk and tell her

6   you've been excused.

7          JUROR NO. 52:  Thank you very much.

8          THE COURT:  Thank you very much.  All right, back room.

9   Counsel.

10      (At sidebar with the Court and counsel)

11         THE COURT:  Nothing sophisticated here.  All right.

12  Yes, your name?

13         JUROR NO. 13:  (Juror states name).

14         THE COURT:  And what did you want to tell us?

15         JUROR NO. 13:  I've had three -- three different

16  robberies.

17         THE COURT:  Uh-huh (affirmative).

18         JUROR NO. 13:  My vehicle was stolen about 10 years

19  ago.

20         THE COURT:  Uh-huh (affirmative).

21         JUROR NO. 13:  I had my home robbed from a guy -- I had

22  two guns.

23         THE COURT:  Uh-huh (affirmative).

24         JUROR NO. 13:  One was found at a school.

25         THE COURT:  Uh-huh (affirmative).

1-78

1        JUROR NO. 13:  And it had -- was dealing with drugs.

2        THE COURT:  Yeah.

3        JUROR NO. 13:  My other one, my shotgun, was sawed off

4   and found under a kid's bed.

5        THE COURT:  Was that kids?

6        JUROR NO. 13:  And I don't know -- yeah.  Teenagers.

7   And then recently, my handgun was stolen from my house, and I

8   don't know.  It's been between 2000 and now, I just realized

9   that.  So --

10       THE COURT:  Could it have been back the time the others

11  were taken?

12       JUROR NO. 13:  No, this was just in two --

13       THE COURT:  Oh, just recent.

14       JUROR NO. 13:  The other one was 12 years ago, maybe.

15       THE COURT:  Oh, okay.  All right.

16       JUROR NO. 13:  Yeah.

17       THE COURT:  So sometime in the last five years, your

18  handgun was taken?

19       JUROR NO. 13:  Yes.

20       THE COURT:  And you just --

21       JUROR NO. 13:  I just now found my serial number, so I

22  haven't turned it in yet --

23       THE COURT:  Okay.

24       JUROR NO. 13:  -- so --

25       THE COURT:  Okay.  So the question --

1          JUROR NO. 13:  But I know the other ones -- it --

2  because they were drug-related --

3          THE COURT:  Yeah.

4          JUROR NO. 13:  -- I do have a problem with drugs and

5  guns and --

6          THE COURT:  Okay.  Well, that's the question.  Do you

7  think you can be a fair juror in this case?

8          JUROR NO. 13:  I don't think so.

9          THE COURT:  Okay.  That's the answer that we -- I

10  mean --

11          JUROR NO. 13:  Yeah.  Because (indiscernible) --

12          THE COURT:  What we're doing is --

13          JUROR NO. 13:  -- experience (indiscernible) --

14          THE COURT:  -- we let people who --

15          JUROR NO. 13:  -- in schools, you know, and --

16          THE COURT:  Oh, I know.

17          JUROR NO. 13:  -- I have kids in school and --

18          THE COURT:  No, I understand that.  But that's -- we're

19  just looking for jurors who -- you know, some have had the

20  experiences like that, which is fine, and others have had

21  different experiences, and we just need people who can be fair

22  and are honest with us about it.  You've been honest.

23          JUROR NO. 13:  And, I mean, I don't think I could be

24  fair.

25          THE COURT:  Okay, that's the -- that's fine.  So you'll

1  be excused.  You just go back, tell the clerk you've been

2  excused.

3          JUROR NO. 13:  Okay.

4          THE COURT:  The lady that you met when you first came

5  in.

6          JUROR NO. 13:  Yes.

7      (End of sidebar)

8          JUROR NO. 31:  (Juror states name).  And my truck was

9  stolen about four years ago, down in Oregon.

10         THE COURT:  Okay.  But you have to give us the name

11 again.

12         JUROR NO. 31:  (Juror states name).

13         THE COURT:  And your -- what was stolen?

14         JUROR NO. 31:  My truck.

15         THE COURT:  Your truck was stolen in Oregon?

16         JUROR NO. 31:  Uh-huh (affirmative).

17         THE COURT:  We got all these police officers in Oregon,

18 and your truck --

19         JUROR NO. 31:  I know.

20         THE COURT:  -- was stolen?  Anything about that

21 experience affect your ability to be a fair juror in this case?

22         JUROR NO. 31:  No.

23         THE COURT:  All right.  Thank you.  Anyone else?  Next

24 question.  We generally don't permit people to serve on --

25 jurors who are close relatives or friends of any of the parties

1    here.  And you've had -- you've -- they've been introduced.

2    Anyone, close friends or relatives to anyone at -- seated at

3    this table in front of me?  Okay, no hands are going up.

4         The government's going to call several witnesses, I

5    understand it.  Could you give us the names of the witnesses

6    that you expect to call, and the question for you, ladies and

7    gentlemen, is whether or not you know any of these people.

8         MR. SCHRODER:  The two agents that I've already

9    introduced, Special Agent Foran and Special Agent Cohoon, and

10   Sergeant Ron Wall of the Alaska State Troopers, and Eugene

11   Johnson.

12        THE COURT:  Did you hear those names?  Yes, ma'am.  Oh,

13   you -- you've already told us about Sergeant Wall.  Okay, other

14   than that?  Yes, sir.  Can you just come to the mic, please?

15        JUROR NO. 55:  (Juror states name).  Ron Wall is my

16   neighbor, so I have some interaction with him.

17        THE COURT:  Okay.

18        JUROR NO. 55:  But no impartiality towards him --

19        THE COURT:  Okay.

20        JUROR NO. 55:  -- for this case.

21        THE COURT:  One way or the other?

22        JUROR NO. 55:  No.

23        THE COURT:  You'd give his testimony no greater or no

24   lesser weight than anyone else?

25        JUROR NO. 55:  No, sir.

1           THE COURT:  Okay.  Counsel want to inquire further

2  in --

3           MR. BUTLER:  No, sir.

4           THE COURT:  -- this neighbor of Trooper Wall?  Okay.

5  Anything else?  Thank you, sir.  All right, I see no other

6  hands up.

7           Have any of you ever heard about this case before?  All

8  right, ma'am.  We need to talk to you about it, then.  Counsel,

9  we'll go back here.

10     (At sidebar with the Court and counsel)

11          JUROR NO. 44:  Golly.

12          THE COURT:  I know.  Some stairs here.

13          JUROR NO. 44:  Okay.

14          THE COURT:  Okay, all you have to do is give us your

15  name.

16          JUROR NO. 44:  (Juror states name).

17          THE COURT:  Okay.  And what have you heard?

18          JUROR NO. 44:  I'm actually branch manager of Denali

19  State Bank --

20          THE COURT:  Okay.

21          JUROR NO. 44:  -- Van Horne office --

22          THE COURT:  Okay.

23          JUROR NO. 44:  -- where he conducted a lot of his

24  banking activity.  I'm also responsible for preparation of the

25  bank secrecy -- well --

*A & T TRANSCRIPTS*
*(817) 685-7556*

1           THE COURT:  Okay.

2           JUROR NO. 44:  -- adherence to the Bank Secrecy Act,

3    and CTR preparation, and submit it.

4           THE COURT:  So you know something about this case?

5           JUROR NO. 44:  I know a lot about this case.

6           THE COURT:  Is she a witness?

7           MR. SCHRODER:  No, Your Honor.  I think that was some

8    of the kind of preliminary investigation.

9           THE COURT:  Okay.

10          JUROR NO. 44:  Yeah, I was --

11          MR. SCHRODER:  It may be something that the city's got

12   going on (indiscernible) --

13          JUROR NO. 44:  I was transitioning into that particular

14   office as a branch manager at the time he was arrested.

15          THE COURT:  Sounds to me like you shouldn't be a juror.

16          JUROR NO. 44:  No.

17          THE COURT:  Okay.

18          JUROR NO. 44:  Yeah.

19          THE COURT:  All right.

20          JUROR NO. 44:  Yeah, (indiscernible) --

21          THE COURT:  You know more than the average --

22          JUROR NO. 44:  Oh, yeah.  I mean --

23          THE COURT:  -- person.

24          JUROR NO. 44:  -- plus I am privy to, you know,

25   confidential (indiscernible) --

1          THE COURT:  Okay.  So I think you don't object to if

2  we --

3          MR. BUTLER:  No.

4          JUROR NO. 44:  Okay.

5          THE COURT:  I presume that if anyone objects to me

6  excusing these people, you'll tell me.

7          MR. SCHRODER:  Yes, Your Honor.

8          THE COURT:  Okay.  All right.  And you just go tell the

9  clerk, where you started --

10          JUROR NO. 44:  Okay.

11          THE COURT:  -- that you've been excused.  You knew it

12  was going to happen, didn't you?

13          JUROR NO. 44:  Yeah, I was (indiscernible).

14     (End of sidebar)

15          THE COURT:  Yes.  From here or there?

16          JUROR NO. 32:  There.

17          THE COURT:  Okay.  Well, what -- what's your -- what

18  question are you answering?  You've heard about the case

19  before?

20          JUROR NO. 32:  Yes.

21          THE COURT:  All right, let's go back in.

22     (At sidebar with the Court and counsel)

23          JUROR NO. 32:  There's a hallway there.

24          THE COURT:  Yeah, that's all that is (indiscernible).

25          JUROR NO. 32:  I'm a staff (indiscernible) --

1          THE COURT:  Okay, let -- we got to get the -- here,

2   pull that --

3          JUROR NO. 32:  (Indiscernible) tape --

4          THE COURT:  Yeah, but no one can hear it out here.

5          JUROR NO. 32:  Oh -- that's right.

6          THE COURT:  (Indiscernible).

7          JUROR NO. 32:  I'm a staff writer at the --

8          THE COURT:  Okay, but your name?

9          JUROR NO. 32:  Oh, sorry.  (Juror states name).

10          THE COURT:  Okay.

11          JUROR NO. 32:  I'm a --

12          THE COURT:  (States name) --

13          JUROR NO. 32:  (Juror states name) --

14          THE COURT:  Okay.

15          JUROR NO. 32:  -- (juror spells name).

16          THE COURT:  Okay.

17          JUROR NO. 32:  I work at the Fairbanks Daily News

18   Miner.

19          THE COURT:  Okay.

20          JUROR NO. 32:  And I think we've written about it.

21   It's not my beat --

22          THE COURT:  Okay.

23          JUROR NO. 32:  -- so I don't -- I just recognized the

24   name and --

25          THE COURT:  So you recognize the name and think there

1  might be a story --

2        JUROR NO. 32:  Right.

3        THE COURT:  -- having been a story.

4        JUROR NO. 32:  Having been -- having --

5        THE COURT:  Are you --

6        JUROR NO. 32:  -- been a couple stories, yeah.

7        THE COURT:  Did you write them?

8        JUROR NO. 32:  No.

9        THE COURT:  Did you read them?

10        JUROR NO. 32:  I probably did at the time, but I really

11  don't remember that.

12        THE COURT:  Do you remember anything about it?

13        JUROR NO. 32:  Cocaine, that's all I remember.

14        THE COURT:  When you go like this, that means no?

15        JUROR NO. 32:  No, correct.

16        THE COURT:  Okay.  So you don't know anything about the

17  case other than as a -- as part of your job you may have heard

18  about it?

19        JUROR NO. 32:  Yes.

20        THE COURT:  You can't remember any specifics or any

21  details?

22        JUROR NO. 32:  No.

23        THE COURT:  Can you be a fair juror in this case?

24        JUROR NO. 32:  Yes.

25        THE COURT:  I mean, is there anything that you've heard

1  that would cause you not to be a fair juror?

2          JUROR NO. 32:  No.

3          THE COURT:  You understand the juror's role is to

4  listen to the evidence and decide whether or not the government

5  has proved its case?

6          JUROR NO. 32:  Yes.

7          THE COURT:  Can you do that?

8          JUROR NO. 32:  Yes.

9          THE COURT:  You're going to really have a problem if

10  you're on the jury, because you can't read a -- newspapers

11  while you're on the jury.

12          JUROR NO. 32:  Yeah.  Well, I couldn't go to work

13  anyways if I'm --

14          THE COURT:  Yeah.

15          JUROR NO. 32:  -- serving on the jury, so --

16          THE COURT:  Would you do that?  I mean, would you not

17  go --

18          JUROR NO. 32:  I would.  I mean, yes --

19          THE COURT:  Yeah, you --

20          JUROR NO. 32:  -- I would.

21          THE COURT:  -- you'd be fair, you wouldn't try to sneak

22  a story out --

23          JUROR NO. 32:  I mean, we try to do it every day, be

24  impartial, so it would just be another day --

25          THE COURT:  Okay, all right.

1       JUROR NO. 32:  -- of being impartial.

2       THE COURT:  Counsel?

3       MR. SCHRODER:  No, I don't have any questions, Your

4  Honor.

5       MR. BUTLER:  No, sir.  Thank you.

6       THE COURT:  Okay.

7       JUROR NO. 32:  Okay.

8       THE COURT:  All right.  Thank you.

9       JUROR NO. 32:  Okay.

10     (End of sidebar)

11       JUROR NO. 50:  Your Honor, do you mean outside the news

12  or --

13       THE COURT:  No, including the news.

14       JUROR NO. 50:  Okay.

15       THE COURT:  All right.  Counsel.

16     (At sidebar with the Court and counsel)

17       THE COURT:  All right, just give us your name.

18       JUROR NO. 55:  (Juror states name).

19       THE COURT:  Okay.  And what have you heard?

20       JUROR NO. 55:  Oh, I just heard the news -- he worked

21  for a car -- you know, a stereo --

22       THE COURT:  Okay.

23       JUROR NO. 55:  -- place.  And read the newspaper and --

24  about drug possession.  And honestly, my first thought was, was

25  he related to the other Colettes who were in the --

1          THE COURT:  Yeah.

2          JUROR NO. 55:  -- news, so --

3          THE COURT:  Uh-huh (affirmative).

4          JUROR NO. 55:  -- I remembered that name.  And also I

5  should mention that George and Barbara Colette, who I believe

6  are related to the defendant --

7          THE COURT:  Okay.

8          JUROR NO. 55:  -- took care of my father when was ill.

9          THE COURT:  Okay, well, there's two Colette families or

10  more in town.

11          JUROR NO. 55:  Okay.  (Indiscernible) --

12          THE COURT:  This is unrelated to the other Colette

13  family --

14          JUROR NO. 55:  That -- that were in the news, or --

15          THE COURT:  There was --

16          JUROR NO. 55:  Okay.

17          THE COURT:  (Indiscernible) --

18          JUROR NO. 55:  Yes.  So Barbara and George are related

19  to the defendant --

20          THE COURT:  I don't know about Barbara and George.

21          JUROR NO. 55:  Okay.

22          THE COURT:  I mean, you said you wondered if they were

23  related to other (indiscernible) --

24          JUROR NO. 55:  Correct, the ones that were involved in

25  the --

1        THE COURT:  And the -- my answer --

2        JUROR NO. 55:  -- (indiscernible).

3        THE COURT:  -- is no.

4        JUROR NO. 55:  Okay.

5        THE COURT:  Not related.

6        JUROR NO. 55:  And I don't think that would --

7        THE COURT:  Okay.

8        JUROR NO. 55:  -- influence my --

9        THE COURT:  So now we got by that one.  Now, you

10   said --

11        JUROR NO. 55:  Right.

12        THE COURT:  -- there's something else.

13        JUROR NO. 55:  No.

14        THE COURT:  Some other relatives of --

15        JUROR NO. 55:  Barb and George.

16        THE COURT:  Who are they --

17        JUROR NO. 55:  Colette.

18        THE COURT:  -- I don't --

19        JUROR NO. 55:  They --

20        THE COURT:  Are they related to the first Colettes

21   or --

22        JUROR NO. 55:  I think, yes, they were.

23        THE COURT:  Not to this Colette?

24        JUROR NO. 55:  They were related to the first Colette

25   (indiscernible) --

1-91

1          THE COURT:  Okay.

2          JUROR NO. 55:  -- yes.  So they were -- took care of my

3    father when they ran a -- a assisted-living center.

4          THE COURT:  Okay.

5          JUROR NO. 55:  They took care of my father and --

6          THE COURT:  They don't appear to be related to this

7    gentleman at all, from what I know.

8          JUROR NO. 55:  Okay.

9          THE COURT:  Is that -- that's my understanding --

10          JUROR NO. 55:  I don't know of any relationship.

11          THE COURT:  Okay.

12          JUROR NO. 55:  That's -- that's the -- how I first

13    thought --

14          THE COURT:  Okay.

15          JUROR NO. 55:  -- in the news, jeez, I wonder if

16    they're related to the other --

17          THE COURT:  Okay.

18          JUROR NO. 55:  -- Colettes, basically.

19          THE COURT:  So --

20          JUROR NO. 55:  But --

21          THE COURT:  -- can you be fair in this case?

22          JUROR NO. 55:  Yeah -- yes.

23          THE COURT:  If -- I mean, you may have read

24    something -- you know, newspapers write --

25          JUROR NO. 55:  Yeah.

1        THE COURT:  -- things all over the place.

2        JUROR NO. 55:  Sure.  Sure.

3        THE COURT:  And half the time they don't -- they only

4 have half the facts.

5        JUROR NO. 55:  Correct.

6        THE COURT:  And that's why we're very cautious about

7 that, because for years and years and years, sitting in this

8 seat that I'm in, I know what --

9        JUROR NO. 55:  Uh-huh (affirmative).

10        THE COURT:  -- happened and I -- then I see what's

11 reported, and I wonder how in the heck that report was

12 generated from this -- these events.  So that's why we're

13 cautious that people don't put any weight into what they read

14 in the paper.

15        JUROR NO. 55:  Right.  I do read a lot in the --

16        THE COURT:  Yeah.

17        JUROR NO. 55:  -- paper.  I do (indiscernible).

18        THE COURT:  Okay.  But can you be fair in this

19 particular case and uninfluenced in any way by what you may

20 have read?

21        JUROR NO. 55:  Yes, I will be uninfluenced by what --

22        THE COURT:  Okay.

23        JUROR NO. 55:  -- I've read in the paper --

24        THE COURT:  Okay.

25        JUROR NO. 55:  -- and the news -- heard on the news.