1       THE COURT:  Okay.  I'll let counsel question.

2       MR. SCHRODER:  I don't have any questions, Your Honor.

3       MR. BUTLER:  Sir, if the judge tells you you can't be

4  reading the newspaper during the course of the trial, would you

5  be able to just set them aside till the trial is over?

6       JUROR NO. 55:  Yes.

7       MR. BUTLER:  Okay.

8       THE COURT:  Okay.  Good.

9       JUROR NO. 55:  Okay.

10       THE COURT:  Very good.  Thank you.  Okay, counsel we'll

11  stay back here.

12       JUROR NO. 4:  (Indiscernible).

13       THE COURT:  Good, how are you doing?

14       JUROR NO. 4:  All right.

15       THE COURT:  Give us your name.

16       JUROR NO. 4:  (Juror states name).

17       THE COURT:  Okay.

18       JUROR NO. 4:  And, sir, I knew -- I believe this is one

19  where the gentleman had the -- the cars -- the stereos --

20       THE COURT:  I -- okay, what about that?

21       JUROR NO. 4:  If this is the case --

22       THE COURT:  Okay.

23       JUROR NO. 4:  -- I know one of the guys that used to

24  work for him.

25       THE COURT:  Okay, who was that?

1        JUROR NO. 4:  Damon.  I'm not sure of his --

2        THE COURT:  Okay.

3        JUROR NO. 4:  -- last name.

4        THE COURT:  Okay.  All right.

5        JUROR NO. 4:  But I've drank beers with him before.

6        THE COURT:  Okay.  With Damon?

7        JUROR NO. 4:  Yes.

8        THE COURT:  What about with the defendant?

9        JUROR NO. 4:  But -- but, no, not with the defendant.

10       THE COURT:  Do you know the defendant?

11       JUROR NO. 4:  No.

12       THE COURT:  Have you ever seen him before?

13       JUROR NO. 4:  No, sir.

14       THE COURT:  Okay.  So you came back here because you

15  know (indiscernible) --

16       JUROR NO. 4:  Well, I heard about --

17       THE COURT:  -- (indiscernible) --

18       JUROR NO. 4:  -- heard about it on the news, I read

19  about it on the news, in the newspaper --

20       THE COURT:  Okay.

21       JUROR NO. 4:  -- heard about it on the news.

22       THE COURT:  Okay.  And --

23       JUROR NO. 4:  So --

24       THE COURT:  -- you understand that what's in the news

25  is not --

1          JUROR NO. 4:  Yes, sir.

2          THE COURT:  -- necessarily accurate?

3          JUROR NO. 4:  Yes, sir.

4          THE COURT:  So we talk to people a lot to make sure

5     they -- if they're jurors, they can make their decision based

6     on the evidence in the courtroom --

7          JUROR NO. 4:  Yes, I can do that.

8          THE COURT:  -- and not what they may have heard --

9     think they heard a year earlier.

10         JUROR NO. 4:  Yes, sir.

11         THE COURT:  Okay.

12         JUROR NO. 4:  I can do that.

13         THE COURT:  So if you -- do you recall anything

14    specific other than what you (indiscernible)?

15         JUROR NO. 4:  Just with the weapons and the drugs --

16         THE COURT:  (Indiscernible).

17         JUROR NO. 4:  -- and that's -- that's it.

18         THE COURT:  Okay.  All right.  So you don't know -- you

19    haven't -- you don't recall anything other than what I've

20    already told you here today?

21         JUROR NO. 4:  No, sir.

22         THE COURT:  Okay.

23         JUROR NO. 4:  No.

24         THE COURT:  So can you be fair to the government in

25    this case?

1          JUROR NO. 4:  Yes, sir.

2          THE COURT:  Can you be fair to the defendant?

3          JUROR NO. 4:  Yes, sir.

4          THE COURT:  And make your decision based solely on the

5    evidence presented --

6          JUROR NO. 4:  Yes, sir.

7          THE COURT:  -- in court?  Okay.  Any questions?

8          MR. SCHRODER:  No questions, Your Honor.

9          MR. BUTLER:  No questions.

10         THE COURT:  Okay.  All right, thank you.

11      (End of sidebar)

12         THE COURT:  Anybody else want to talk to me about

13   anything else related to the case?  Sometimes the very nature

14   of a case or the charges in a case prevent some people from

15   evaluating the evidence subjectively, or nonemotionally.  And

16   people can sometimes come and say, Judge, I can serve on many

17   kinds of cases, but I can't serve on a case if this is involved

18   or that is involved.  In this case, you know that the subject

19   of drugs and guns will come up.  So my question for you, is

20   there any one of you who would be unable to serve in this case

21   solely because of the subject matter that will be discussed?

22   All right.

23         JUROR NO. 6:  In the back, if you wouldn't mind.

24         THE COURT:  Okay.  All right.

25      (At sidebar with the Court and counsel)

1          JUROR NO. 6:  No, I don't mind airing my dirty laundry,

2     but this --

3          THE COURT:  Okay.

4          JUROR NO. 6:  -- isn't my dirty laundry, so --

5          THE COURT:  Okay.  All right.  All right.  We got to

6     wait for both attorneys here.  Okay, ma'am.

7          MR. BUTLER:  Judge, (indiscernible).

8          THE COURT:  Yes.  Okay.

9          JUROR NO. 6:  My daughter is a methamphetamine addict.

10          THE COURT:  Okay.

11          JUROR NO. 6:  And I have a real problem with the drug

12     issue.

13          THE COURT:  So you would -- that would --

14          JUROR NO. 6:  I definitely would be biased, yes.

15          THE COURT:  Did you give us your name or did you --

16          JUROR NO. 6:  (Juror states name), I'm sorry.  I didn't

17     say --

18          THE COURT:  Okay.

19          JUROR NO. 6:  -- it again.  I'm sorry.

20          THE COURT:  And so you want to be excused because you

21     don't think you can be fair?

22          JUROR NO. 6:  I know I would not be fair.

23          THE COURT:  All right.  Well, that's clear as we can

24     make it.  So you just go back and tell the clerk that you --

25     where you started this morning, that you've been excused.

```
1            JUROR NO. 6:  Okay.

2            THE COURT:  Thank you.

3            JUROR NO. 6:  Thank you.

4            THE COURT:  And, counsel, we need to stay here.

5   There's another gentleman I see who's heading this way as well.

6            MR. BUTLER:  Okay.

7            THE COURT:  And I think --

8            JUROR NO. 6:  Shall I go ahead and send him in or --

9            THE COURT:  Yeah, if you'd just --

10           JUROR NO. 6:  Okay.

11           MR. BUTLER:  (Indiscernible).

12           THE COURT:  Okay.

13           MR. BUTLER:  But they won't be coming to the court

14  because they've (indiscernible).

15           THE COURT:  Okay.

16           MR. BUTLER:  Okay.  So the one that said he -- that

17  they took care of his father.

18           THE COURT:  Oh, I didn't make that connection.  Okay.

19           MR. BUTLER:  (Indiscernible).

20           THE COURT:  Yes, sir.

21           JUROR NO. 53:  This really is a small room.

22           THE COURT:  It is a small room, yeah.  You can -- if

23  you want to come down here and just give us your name.

24           JUROR NO. 53:  (Juror states name).

25           THE COURT:  Okay.  And you indicated you had a concern?
```

1          JUROR NO. 53:  I have a natural suspicion of the BATF.

2          THE COURT:  Okay.

3          JUROR NO. 53:  And I don't like drug dealers.

4          THE COURT:  So we're -- let's see.  You have a

5    suspicion of --

6          JUROR NO. 53:  I -- I -- I have a natural paranoia --

7    I -- I don't know what you want to call it --

8          THE COURT:  Okay.

9          JUROR NO. 53:  I -- I don't like the ATF, period.

10         THE COURT:  And you said you have a natural -- do --

11   you said two things.  You don't --

12         JUROR NO. 53:  And I --

13         THE COURT:  -- like the ATF --

14         JUROR NO. 53:  And I -- and I don't like drug -- drugs.

15         THE COURT:  Okay.  Will that affect you --

16         JUROR NO. 53:  Or drug dealers.

17         THE COURT:  Well, can you be fair in this case?

18         JUROR NO. 53:  If I even think he's a drug dealer, I'm

19   going to -- I'd be against him from the beginning, but I'd

20   always -- any -- any evidence the -- the ATF would have, I

21   would be --

22         THE COURT:  You wouldn't mind that either.

23         JUROR NO. 53:  No --

24         THE COURT:  Well, how would you make your decision,

25   then?

1          JUROR NO. 53:  Well, I don't know.  I don't like -- I

2     don't like either one.

3          THE COURT:  That's why -- that was why you confused me.

4     So if -- that puts you between a rock and a hard spot.

5          JUROR NO. 53:  Yes, that's right.

6          THE COURT:  And us too.  Counsel, you want to --

7          MR. SCHRODER:  Yeah, I -- I mean, we obviously have an

8     ATF agent who's going to provide testimony.

9          JUROR NO. 53:  Right.

10          MR. SCHRODER:  It sounds to me like you would have --

11     would you have -- question his credibility, just because he's

12     from the ATF?

13          JUROR NO. 53:  Absolutely.  I don't like -- I think --

14     I'm not a black helicopter guy, but I -- I don't like what the

15     ATF does.

16          MR. SCHRODER:  I mean, does that -- do you have

17     attitudes about guns that work into that?

18          JUROR NO. 53:  Yeah.  I'm a gun -- gun person.

19          MR. SCHRODER:  Okay.

20          JUROR NO. 53:  But I'm also anti --

21          THE COURT:  Drugs.

22          JUROR NO. 53:  -- drugs.  I -- I don't like drugs.  I

23     think drug dealers are the lowest form of life.

24          THE COURT:  That's a interesting combination of

25     philosophies.  You kind of -- you know (indiscernible) --

1         JUROR NO. 53:  Well, I like drugs because of the Second

2    Amendment -- excuse me -- I like guns because of the Second

3    Amendment.  I don't like drugs --

4         THE COURT:  No, I --

5         JUROR NO. 53:  -- period.

6         THE COURT:  No, I understand.  But you also don't like

7    people that enforce the drug laws.

8         JUROR NO. 53:  It's the -- the firearm part of the ATF.

9         THE COURT:  Oh, the firearm part.

10        JUROR NO. 53:  Not the drug (indiscernible).

11        THE COURT:  Ah.  Okay.  Now I'm coming -- okay, now I'm

12   making -- okay.  Questions (indiscernible).  I don't know if he

13   should be on the jury or not.

14        MR. SCHRODER:  I think he probably should go.

15        THE COURT:  Okay.  So we'll excuse you.

16        JUROR NO. 53:  All right.

17        THE COURT:  And you just tell the clerk you've been

18   excused.  Any objection, Mr. Butler?

19        MR. BUTLER:  No, sir.

20        THE COURT:  Okay.

21        MR. BUTLER:  Thank you for your candor.

22        THE COURT:  Yes (indiscernible).  I think -- I don't

23   know if there's anyone out there.

24        MR. BUTLER:  Judge, (indiscernible) his parents, they

25   won't be coming to the trial.  I asked (indiscernible) --

```
 1          THE COURT:  Okay.

 2          MR. BUTLER:  -- to because they live in Alabama.  So --

 3          THE COURT:  Okay.

 4          MR. BUTLER:  -- I guess everything will stay the way it

 5   is.

 6          THE COURT:  But you know that -- that clears up that

 7   one person that we were confused about, who was related to him.

 8          MR. SCHRODER:  Right.

 9          MR. BUTLER:  I just want to make sure you know.

10          THE COURT:  So (indiscernible) --

11          MR. SCHRODER:  I think I might like to hear a little

12   bit more, though.

13          THE COURT:  He was the guy who said he

14   (indiscernible) --

15          MR. SCHRODER:  Oh, no, no, no, I remember clearly.  I

16   just -- I guess we didn't go into a lot of detail on, you know,

17   his attitudes about them because they took care of his

18   father --

19          THE COURT:  (Indiscernible) right --

20          MR. SCHRODER:  -- (indiscernible) --

21          MR. BUTLER:  I don't know what (indiscernible).

22          THE COURT:  Is there someone else here?

23          JUROR NO. 26:  (Indiscernible).

24          THE COURT:  Yes.  Just give your name.

25          JUROR NO. 26:  (Juror states name).
```

1              THE COURT:  Okay.

2              JUROR NO. 26:  And one of my co-workers has a daughter-

3       in-law who was involved with cocaine in the past.

4              THE COURT:  Okay.

5              JUROR NO. 26:  And having heard what that family went

6       through, I don't know if I could be fair.

7              THE COURT:  Okay.  Well, when --

8              JUROR NO. 26:  I --

9              THE COURT:  -- you have to decide.

10             JUROR NO. 26:  I could not be fair.

11             THE COURT:  Okay.  Any questions, counsel?

12             MR. BUTLER:  You know, I just am trying to

13      (indiscernible) --

14             THE COURT:  (Indiscernible) --

15             JUROR NO. 26:  (Juror spells name).

16             MR. BUTLER:  On, (indiscernible) I'm sorry.

17             JUROR NO. 26:  (Indiscernible), I know --

18             THE COURT:  Yeah.

19             JUROR NO. 26:  Or not.

20             MR. BUTLER:  Yeah, I did.  (Indiscernible), okay.

21             THE COURT:  So what you do is you just go back to the

22      clerk's office and tell her that you've been excused in this

23      case.  That's where you --

24             JUROR NO. 26:  Okay.

25             THE COURT:  -- first met --

1          JUROR NO. 26:  Yes.

2          THE COURT:  -- assembled today.

3          JUROR NO. 26:  Okay.

4          THE COURT:  Okay.  Was there anybody behind you or were

5     you the --

6          JUROR NO. 26:  Not when I came in.

7          THE COURT:  Okay.  All right, thank you.  Okay, we'll

8     take (indiscernible).

9          JUROR NO. 26:  And (indiscernible).

10         THE COURT:  Yeah, we'll take --

11         MR. SCHRODER:  Like I say, I don't know much.  I just

12    would like to hear from him that it's -- you know, that these

13    people aren't --

14         THE COURT:  Well, he may have --

15         MR. SCHRODER:  -- the --

16         THE COURT:  -- recognized them as they're sitting here

17    (indiscernible).

18         MR. BUTLER:  No, (indiscernible).

19         MR. SCHRODER:  Oh, no, no, they're not here.

20         THE COURT:  Oh, they're not.

21         MR. BUTLER:  Judge, no, sir.  They live in Alabama now.

22         THE COURT:  Oh.

23         MR. BUTLER:  So I --

24         THE COURT:  Who are these two people sitting here?

25         MR. BUTLER:  His brother and sister.

1          THE COURT:  Oh.

2          MR. BUTLER:  Wendy Colette, who the guy --

3          THE COURT:  Okay.  All right.

4          MR. BUTLER:  -- (indiscernible).  And Scott Colette,

5    his brother.

6          THE COURT:  Got you.  Okay.  So do you still want to

7    take that?

8          MR. SCHRODER:  Yeah, I mean, all I want to make sure is

9    that he's not going to come in here and say, yeah, his parents

10   were the greatest thing since sliced bread for taking care of

11   my dad.

12         MR. BUTLER:  Okay, but the thing is now, he doesn't

13   know that these are his parents.

14         THE COURT:  At this point, he doesn't know.

15         MR. BUTLER:  And I don't expect that to come out.  But

16   I want to make sure you know, so whatever you want to do about

17   it, you can --

18         THE COURT:  You can think about it and tell him.

19         MR. SCHRODER:  All right.

20      (End of sidebar)

21         THE COURT:  Okay, counsel, if you want to just take a

22   second and get your notes up to speed we'll -- (pause) okay.

23   So, ladies and gentlemen, anything else that you want to bring

24   to my attention before I go to the next question?  We

25   covered -- we're doing pretty good.  Yes, sir.  Back here?

1          JUROR NO. 38:  Yeah.  My turn to go down there.

2          THE COURT:  Okay.  Counsel.

3      (At sidebar with the Court and counsel)

4          THE COURT:  This isn't all that sophisticated.

5          JUROR NO. 38:  I think you might have noticed, there

6    are two (juror states name) that are in the jury pool.

7          THE COURT:  Uh-huh (affirmative).

8          JUROR NO. 38:  We're married.  We're getting divorced

9    in 10 days.  It might be a good idea for you guys to

10   (indiscernible) --

11         THE COURT:  I didn't notice that.

12         JUROR NO. 38:  -- on the jury.

13         THE COURT:  Well --

14         JUROR NO. 38:  One or the other, but -- but --

15         THE COURT:  Okay.

16         JUROR NO. 38:  -- suggest would be a good idea.

17         MR. BUTLER:  Who's that?

18         JUROR NO. 38:  (Juror states name).  The redhead out

19   there.

20         MR. SCHRODER:  (Indiscernible).

21         THE COURT:  Is -- what a coincidence, you got -- first

22   of all, it's a coincidence we have a husband and wife, and it's

23   even a coincidence that they're getting divorced.  In state

24   court, right?

25         JUROR NO. 38:  Yeah.

1        THE COURT:  Okay.  There's, like, a hearing set in 10

2   days or something?

3        JUROR NO. 38:  Yeah, on the 10th.  It could create a --

4        THE COURT:  No, we --

5        JUROR NO. 38:  -- a personal (indiscernible).

6        THE COURT:  No, we wouldn't want to add friction to

7   the -- so it's good that counsel know.  I --

8        MR. BUTLER:  Yeah, I'm glad to know that.

9        MR. SCHRODER:  (Indiscernible).

10       THE COURT:  Okay.  All right.  Anything else?  Other

11  than that, it's okay?

12       JUROR NO. 38:  Yeah.

13       THE COURT:  Okay.  Thank you.

14       JUROR NO. 38:  So --

15       THE COURT:  Yeah.

16       JUROR NO. 38:  -- okay, you have -- you have to keep

17  one or the other, maybe.

18       THE COURT:  Yeah, okay, we've got it.

19       MR. BUTLER:  Thank you.

20       THE COURT:  Thank you.  Did you have something else

21  to --

22       MR. BUTLER:  No, I'm just going to tell you,

23  (indiscernible) -- I tried a case in Dillingham once --

24       THE CLERK:  Sir, what was your last --

25       MR. BUTLER:  -- (indiscernible) jury --

1          THE CLERK:  Sir, what was your last name?

2          MR. BUTLER:  -- they found out just before they got

3    ready to deliberate that neither one of them liked each other.

4          THE COURT:  Oh, (indiscernible) getting divorced.

5          MR. BUTLER:  What do we do now?

6          THE COURT:  Well, I don't know.  I mean, obviously we

7    can't have both on the pool.  But you -- you've got preempts,

8    and we can deal with it before we announce it.

9          MR. BUTLER:  Okay.

10          THE COURT:  I can flip a coin and excuse one of the

11    two.

12          MR. BUTLER:  Well, maybe if we questioned them or

13    something.

14          THE COURT:  You think about -- I want to go through the

15    responses, but --

16          MR. BUTLER:  All right.

17          THE COURT:  -- you know, just kind of think about --

18    I'll take your advice.

19          MR. SCHRODER:  Maybe it'll shake itself out.

20          THE COURT:  Yeah, maybe it'll shake (indiscernible).

21      (End of sidebar)

22          THE COURT:  Okay.  Anything else?  Yes, sir.  I'm going

23    to quit using that phrase.  In back -- do you need to go in the

24    back?

25          JUROR NO. 34:  No, sir.

1        THE COURT:  Okay.

2        JUROR NO. 34:  (Juror states name).

3        THE COURT:  Okay.

4        JUROR NO. 34:  Your Honor, I got two jury duties back

5   to back, and I didn't know if they ever get conflicting.

6        THE COURT:  Oh, in state court and federal court.

7        JUROR NO. 34:  Yes, sir.

8        THE COURT:  Wow.  Congratulations.

9        JUROR NO. 34:  Yeah.  Feel lucky.

10       THE COURT:  So you -- when do you start jury duty in

11  state court?

12       JUROR NO. 34:  November.

13       THE COURT:  Oh, this isn't -- okay.

14       JUROR NO. 34:  I -- I know it's a while, but this one

15  here lasts till November.

16       THE COURT:  Yeah.  Interesting.  That's -- you want us

17  to do something about that?

18       THE CLERK:  He can call the state court.

19       JUROR NO. 34:  Well --

20       THE COURT:  I know the state court will take care of

21  that.

22       JUROR NO. 34:  Okay.

23       THE COURT:  That's what my clerk just told me.

24       THE CLERK:  Yeah, just call state court, and they'll

25  probably just want a copy of your federal card, whether you get

1  picked or not --

2          JUROR NO. 34:  Okay.

3          THE CLERK:  -- and they'll excuse you.

4          JUROR NO. 34:  Okay.  Thank you.

5          THE COURT:  Good, thank you.  That's the first time I

6  ever heard of that, but you hear new things all the time.

7  Anything else?  Okay.

8          Ladies and gentlemen, there's a couple things that I

9  probably ought to stress here.  It's -- I think I've said

10  earlier that it's my job to decide the law in the case.  And

11  we'll have written jury instructions that contain the law, and

12  it's the jurors' jobs to look and find the facts and apply them

13  to the law.  But the jurors must be willing to follow all the

14  jury instructions and apply the law as I instruct you, and not

15  as you may think it should be or others may have told you.  Is

16  there anyone who would have any trouble following the jury

17  instructions?

18          Let me give you a few examples.  The law requires --

19  provides that a defendant is presumed to be innocent.  That's

20  the law.  And that the government must prove the allegations

21  against the defendant beyond a reasonable doubt.  That's the

22  law.  Is there anyone who would be unable to follow that

23  instruction?  Okay.

24          The law provides that a defendant does not have to

25  testify.  This is a constitutional right that goes back

1  forever.  Doesn't have to testify in a criminal trial.  And the

2  instructions will tell the jurors that they can't hold that

3  fact against a defendant if the defendant chooses not to

4  testify.  Is there any one of you who would be unable to follow

5  that instruction?  Okay.

6          Is there anything that comes to any of your mind --

7  minds that I forgot to ask, that you're sitting there thinking,

8  if he asks that question, I'm going to have to stand up?  Did I

9  forget one that would cause you to say you couldn't serve for

10 any reason whatsoever?  Trial's going to be done by this week,

11 probably.  Okay.

12         Well, it appears to me that we've pretty well covered

13 it.  So what I'm going to do is I'm going to pick 34 people

14 that come forward, and then we're going to move this forward.

15 How -- anyone need to use the restroom?  How -- okay.  How

16 about if we do this.  We'll call the 34 names and then we'll

17 take a restroom break.  Can you wait for -- long enough to do

18 that?  If you can't, go.  Okay, I don't want any accidents in

19 here.

20         Okay, Madam Clerk, if you can call the names, then.

21 And we're going to call 34 people to fill these seats here and

22 then the front row or -- yeah, starting up here.  Okay.

23         THE CLERK:  (States and spells name).

24         UNIDENTIFIED JUROR:  (Juror spells name).

25         THE COURT:  G?

1          UNIDENTIFIED JUROR:  Uh-huh (affirmative).

2          THE CLERK:  (Indiscernible).

3          THE COURT:  (Indiscernible).  Just as long as it's the

4     right person.

5          THE CLERK:  Okay.

6          THE COURT:  Is that you?

7          UNIDENTIFIED JUROR:  Probably.

8          THE COURT:  Okay.  Go up there.

9          THE COURT:  You're juror number 1.  You sit in the

10    front row, far right seat.  We still have more questions, but

11    we're going to kind of get a little more order to it.

12          THE CLERK:  (States and spells names of jurors).

13    (States name), if you could have a seat in the second row

14    farthest.  (States and spells names of jurors).  And, sir, if

15    you could have a seat in the first blue row all the way to the

16    wall.

17          THE COURT:  First blue row.

18          THE CLERK:  First blue row, right there.

19          THE COURT:  Right there.

20          THE CLERK:  No --

21          UNIDENTIFIED JUROR:  Right here.

22          THE CLERK:  -- right there, yeah.

23          THE COURT:  We've filled all these seats up here,

24    but --

25          THE CLERK:  (States and spells names of jurors).

1          UNIDENTIFIED JUROR:  All the way to the end?

2          THE CLERK:  If you -- just right there.  There you go.

3     (States and spells names of jurors).

4        (Side conversation)

5          THE CLERK:  (States and spells names of jurors).

6          THE COURT:  Okay.  We're going to take a brief break so

7     that we can use the restroom.  When we get back, we're going to

8     have each of you, starting with juror number 1, read those

9     questions.  And then after that's done, the attorneys may have

10    a couple of questions for you.  Then we're going to pick the

11    jury.  We're going to have the jury picked before noon.  This

12    is the way it should be.  That right?  Instead of spending

13    three days here.

14          So let me read you an instruction.  This is a very

15    important instruction, and it's one we read all the time, but

16    you have to take it seriously.  We are about to take our first

17    break during the trial, and I want to remind you of the

18    instruction I gave you earlier.  Yes, sir.

19          UNIDENTIFIED JUROR:  I -- my name is (juror states

20    name).

21          THE COURT:  Okay.

22          UNIDENTIFIED JUROR:  And unless there's a (juror states

23    name) up here --

24          THE COURT:  Uh-oh.

25          UNIDENTIFIED JUROR:  -- I didn't know if --

1          THE COURT:  We got a confusion.

2          UNIDENTIFIED JUROR:  -- they got up or not.  So I

3   couldn't tell.

4          THE COURT:  Okay, let's figure this out.  We'll --

5          THE CLERK:  (States name and spells name of juror).

6          UNIDENTIFIED JUROR:  (Juror spells name), yeah.

7          THE CLERK:  That's who I called.

8          THE COURT:  Okay, what number is he?

9          UNIDENTIFIED JUROR:  Thought you said K.

10         THE CLERK:  You should be --

11         UNIDENTIFIED JUROR:  Sorry.

12         THE CLERK:  -- juror number 5.

13         THE COURT:  Uh-oh.  So everybody is seat -- that's

14  seated in the wrong seat.  You guys just sat in the wrong seat.

15  One, two, three -- so technically -- let's just see how good we

16  are.  Sir, in the red shirt, could you move down out -- could

17  everybody move one seat over?  This is -- am I doing this

18  right?  Everybody move one seat over, and then, sir, you would

19  take that seat over there, and then, sir, you would -- everyone

20  following me?  One, two, three, four, stay where you are.  Sir,

21  you need to get up, and everybody needs to move one, and then

22  head on down.  That's all right.  This is going to show how

23  good we work together.  And then you get that seat in the

24  corner, far -- in that -- way over -- no, not -- way back here

25  behind the bar.  Yeah.  How come we have that -- all right.

1    Okay.  Something's going wrong here, okay.  All right.  I want

2    to ask my clerk to make sure everyone's in the right order.

3    Because if we get everyone in the wrong, we'll have a real

4    mess.

5              THE CLERK:  Okay, so we should have (states names of

6    jurors) --

7              UNIDENTIFIED JUROR:  Yes, (juror states name)

8    (indiscernible).

9              THE CLERK:  (States name), that's what I'm saying.

10             THE COURT:  Okay.

11             THE CLERK:  What am I saying?

12             THE COURT:  That's all right.

13             THE CLERK:  (States name of juror), okay.  (States

14   names of jurors).

15             THE COURT:  And then --

16             THE CLERK:  (States name of juror).

17             THE COURT:  I think it -- okay, you can be seated

18   there, but everything else has got to be in the right order.

19   Did everyone just move one seat?  No one moved two?  Okay,

20   great.  Let me read this instruction.

21             We are about to take our first break during the trial,

22   and I want to remind you of the instruction I gave you earlier.

23   Until the trial is over, you are not to discuss this case with

24   anyone, including your fellow jurors, members of your family,

25   people involved in the trial or anyone else, nor are you

1  allowed to permit others to discuss the case with you.  If

2  anyone approaches you and tries to talk to you about the case,

3  please let me know about it immediately.

4       Do not read or listen to any newspaper reports of the

5  trial -- which there aren't any at this point.

6       Finally, you are reminded to keep an open mind until

7  all the evidence has been received and you have heard the

8  arguments of counsel, the instructions of the Court, and the

9  view of fellow jurors.

10      So basically -- and you -- counsel and anyone sitting

11 near them are not allowed to talk to you.  So if you happen to

12 run into them and they don't speak to you, it's not because

13 they're rude, it's because they don't -- they know they're not

14 supposed to.

15      So the important thing is that you people remember

16 where you're seated and that you people remember where you're

17 seated when we come back.  The rest of you can sit anywhere,

18 and we may have to call you, we may not.  We'll see.  So we've

19 got the clerk here ready to take the jurors.  We'll take a 15-

20 minute recess, then we'll come back in 15 minutes and we'll

21 start with you, ma'am.  Okay?  We'll stand in recess.  Where

22 are they going -- are they going to the (indiscernible) --

23      UNIDENTIFIED SPEAKER:  I'm just going to take them out

24 the way (indiscernible).

25      THE COURT:  Okay, you -- all right.

 1          THE CLERK:  We actually have 35 now.

 2          THE COURT:  We have what?

 3          THE CLERK:  Thirty-five.

 4          THE COURT:  How did we do that?

 5          THE CLERK:  Because --

 6          THE COURT:  Oh, that's all right.

 7          THE CLERK:  -- I was counting seats, and it --

 8          THE COURT:  Good, that's okay.

 9          THE CLERK:  -- made it go up.

10          THE COURT:  That's okay.

11      (Side conversation)

12          THE COURT:  Okay, wait we have one juror still here.

13          UNIDENTIFIED JUROR:  Am I supposed to leave?

14          THE COURT:  Yeah, everyone has to leave.

15          UNIDENTIFIED JUROR:  Oh.

16          THE COURT:  Everyone gets a chance.

17          UNIDENTIFIED JUROR:  I mean, like, hey, you said I

18  could, not had to.

19      (Panel not present at 10:50 a.m.)

20          THE COURT:  Okay.  Counsel, any concerns so far?  We've

21  picked the jurors, we've excused a number of jurors for cause.

22  I haven't --

23          MR. BUTLER:  Right.

24          THE COURT:  -- heard any objection.

25          MR. BUTLER:  No, sir.

1          THE COURT:  My conclusion is that the 35 that are

2    remaining are not going to be excused for cause but are subject

3    to preempt by both parties.  Is that all right with you, Mr.

4    Butler?

5          MR. BUTLER:  Yes, sir, Judge.

6          MR. SCHRODER:  It is, Your Honor.

7          THE COURT:  Okay.  Well, let's take 15 minutes then and

8    come back.

9          THE CLERK:  Off record.

10   (Court recessed at 10:51 a.m., until 11:08 a.m.)

11   (Panel not present)

12         THE CLERK:  All rise.  His Honor the Court, this United

13   States District Court is again in session.  Please be seated.

14         THE COURT:  All right, counsel, I made a -- an -- need

15   your -- not need your -- but I made a decision -- an

16   administrative decision as to how to deal with the husband-and-

17   wife thing.  The first one called, we let go.  The wife, we

18   didn't pick.  And if there's any objection, I can put her in

19   the panel.  What do you think, Mr. Butler?

20         MR. BUTLER:  No, Judge, I noticed that too.  I mean,

21   you --

22         THE COURT:  I just -- we had to do something.

23         MR. BUTLER:  I mean, the fortuity of her being almost

24   next to him, as a matter of fact --

25         THE COURT:  Yeah.

1        MR. BUTLER:  -- with only one person between them.

2        THE COURT:  You don't want that, do you?

3        MR. BUTLER:  I don't think so.

4        THE COURT:  So everybody agree, the way I handled it?

5        MR. BUTLER:  I do.

6        MR. SCHRODER:  I'm missing something.  I thought she

7  did not get picked.

8        THE COURT:  She didn't get picked, right.

9        MR. SCHRODER:  Right.

10        THE COURT:  But we made that decision between my clerk

11  and I.

12        MR. SCHRODER:  Oh, okay.

13        THE COURT:  Because we realized --

14        MR. BUTLER:  Yeah, her name came up.

15        THE COURT:  We realized at the moment, uh-oh, they're

16  both being picked and they're sitting practically next to each

17  other.  And so we -- I just decided, well, the first one

18  picked, we'll keep on; the second one, we'll move back.

19        THE CLERK:  Do you want to just release her or --

20        THE COURT:  Well, I just want to make sure that counsel

21  are okay with that.  And we won't release her, because maybe

22  we'll need her.  But is that --

23        THE CLERK:  (Indiscernible).

24        THE COURT:  -- any objection from the government?

25        MR. SCHRODER:  That's fine with the government, Your

1  Honor.

2          THE COURT:  Any objection, Mr. Butler?

3          MR. BUTLER:  No, sir.

4          THE COURT:  Okay.  We'll bring the jury back in.  Are

5  counsel going to take some time to voir dire, have you decided?

6          MR. SCHRODER:  I think it depends on the individual,

7  Your Honor.

8          THE COURT:  Okay.

9          MR. SCHRODER:  So --

10          THE COURT:  And the other issue didn't become an issue,

11  the fellow that you were concerned about.

12          MR. SCHRODER:  Right, he didn't get picked either, Your

13  Honor, so --

14          THE COURT:  Right.

15          MR. SCHRODER:  -- that's fine.  So --

16      (Panel present at 11:12 a.m.)

17          THE COURT:  Okay.  Welcome back.  We're going to now

18  have individual answers from jurors.  You just take the mic --

19  is there one there?  Okay, and you go through that and go down

20  to the next person, we'll pass it down, and -- okay, now it's

21  on.  There we go.  And I'll mind -- remind everyone that you're

22  still under oath as you're answering these questions.  All

23  right, ma'am.

24          JUROR NO. 1:  (Juror states name).  I've lived in

25  Alaska 31 years.  I work at Tote.  My occupation is customer

1    service.  My -- previously to this job, I worked at Golden

2    Valley Electric for nearly 17 years.  I did complete college.

3    I'm married.  My spouse is -- or not unemployed, he's retired.

4    Children, three.  Oldest 30, second 28, and the youngest is 20.

5    Hobbies, clubs, organizations, I am part of a professional

6    group.  I'm active in my church.  Hobbies include a variety of

7    different things, scrapbooking, et cetera.  No military

8    service.  I have served on a civil jury, state also, criminal

9    and state.  And yes, we were all able to reach a verdict.

10         THE COURT:  Very good.  Thank you.

11         JUROR NO. 2:  My name is (juror states name).  I have

12   lived in -- I've lived in Alaska 29 years.  I work for Camerak

13   (ph) Air at Fairbanks Airport.  And my occupation is

14   multifaceted.  I do accounts payable, I expedite, I'm a

15   mechanic's assistant, you name it, I do it.  And I have worked

16   for the last five years for the same employer.

17         My highest formal education is holding two master's

18   degrees.  I am single.  I have no children.  My hobbies are

19   flying (indiscernible) airplanes, single-engine, and studying

20   ancient Egypt.  I'm a retired military officer.  I held the

21   rank of O-4; that's major in the Army, lieutenant commander in

22   the Navy.  I was Navy.

23         And my only prior jury time was on the State of Alaska

24   grand jury several years ago.  We reached a verdict on all the

25   cases and they all went to trial.

1          THE COURT:  Okay.  Thank you.

2          JUROR NO. 3:  My name is (juror states name).  I've

3    lived in Alaska for 32 years.  I work -- currently work for the

4    Department of Defense, federal government.  I'm a welder

5    operator for Eielson Air Force Base.  I've worked there for the

6    last five years.  The highest level of formal education is high

7    school.  I'm single, no kids.  Hobbies, hunt, fish, my two --

8    like to hunt and fish.  I've trapped in Alaska.  Military

9    service here in the United States Marine Corps.  I was

10   discharged at the rank of corporal.  And no prior jury service.

11         THE COURT:  All right.

12         JUROR NO. 4:  My name is (juror states name).  I've

13   lived here 32 years.  I worked for KNL Distributors (ph) for

14   about 20 years, doing delivery driving.  Have two years of

15   college education (indiscernible).  I am single with a 10-year-

16   old daughter.  Hunting, fishing, and karate are my hobbies.

17   Did not serve in the military.  I did serve on a criminal trial

18   in State of Alaska, but we were hung in the final --

19         JUROR NO. 5:  My name is (juror states name).  I've

20   been in Alaska for 20 years.  I work for AT&S, Inc., operations

21   manager.  I've been there for nine years.  A high school

22   graduate.  I'm married.  My wife works for the North Star

23   School District.  I have two children, they're twins, age 12.

24   Hobbies, coaching youth sports.  No military service.  I've

25   been a jury on a criminal case, and I was an alternate.

1          JUROR NO. 6:  (Juror states name).  Twenty-six years in

2   Alaska.  Tubular Solutions (ph) of Alaska for three years.

3   Prior to that -- and that's oilfield-related material.  Prior

4   to that was with Alaska Supply (indiscernible), oilfield-

5   related materials, in Anchorage.  Highest level of education,

6   one year of college.  Married.  Wife is currently a student,

7   getting her R.N. degree.  Children, five, ages 23, 21, 20, 13,

8   and 11.  Hobbies, like to hunt, fish.  Involved with -- I'm on

9   board of directors for Anchorage -- or Fairbanks Rescue

10  Mission.  Military service, Army.  Discharged as a private.  No

11  prior jury service.

12          THE COURT:  Okay.  I think the --

13          JUROR NO. 7:  (Juror states name) --

14          THE COURT:  Are we keeping order?  Is that the right

15  order?  Okay.  I think we're going -- okay.

16          JUROR NO. 7:  My name is (Juror states name).  I've

17  lived in Alaska for 19 years.  I -- my -- my employer is

18  (indiscernible) Center.  I've work with young children

19  (indiscernible) for 11 years.  I have a little bit of college.

20  I'm married.  My spouse is -- works at the Eielson Air Force

21  Base in the (indiscernible).  I've got one stepchild; he's 32.

22  My hobbies are, I like to sew.  I was not in the military and

23  did serve on a jury, but (indiscernible) one of the jurors

24  (indiscernible).

25          THE COURT:  Okay.

1            JUROR NO. 8:  My name is (juror states name).  I've

2    lived in Alaska for 13 years.  I work at (indiscernible)

3    officer so I can (indiscernible) construction (indiscernible).

4    I've been there for 15 years.  High school is my highest level.

5    I'm married.  My husband is a project manager at

6    (indiscernible) Painting.  I have three children, 22, 21, and

7    17.  I camp and read.  No military.  I was on a criminal jury

8    and we had a verdict.

9            JUROR NO. 9:  My name is (juror states name).  I've

10   been a resident of Alaska for eight years and four days.

11   Employer's name, I have two of them.  I work for the National

12   Park Service in the summertime and the Copper River School

13   District in the wintertime.  I'm a trails foreman for the park

14   service in the summertime and I work as work experience

15   coordinator in the school district at the high school.

16   Occupation, (indiscernible).  I've been working with both

17   those -- I've worked for the park service in various locations

18   for -- in the '80s sometime.  And I worked at the school

19   district system in Tok, Alaska.

20           Highest level of formal education was a -- I have an

21   associate degree in recreational wildlife management

22   (indiscernible) high school.  I'm married but single

23   (indiscernible).  I'm living in the same abode right now.

24   And --

25           THE COURT:  We don't need all the detail.

1    JUROR NO. 9:  Well, I -- I don't know if she counts as

2    a spouse or not, I'm not sure what --

3    THE COURT:  Okay.  All right.

4    JUROR NO. 9:  -- the law is (indiscernible) anything

5    about that.  And we have a child, a four-year-old.  And -- oh,

6    she is a -- she has a lot of jobs.  Do I have to go through

7    that whole list too?  Okay.

8    THE COURT:  She just -- what does she do now?

9    JUROR NO. 9:  Well, like I said, she has a lot of jobs,

10   but --

11   THE COURT:  Oh, she has more than one?

12   JUROR NO. 9:  She has several, yes.

13   THE COURT:  What's her main one?

14   JUROR NO. 9:  We'll say firefighter for the state

15   forestry.  My hobbies, standard, hunt, fish.  Also home repair,

16   lots of that.  Clubs, Copper River -- I'm the ex-president of

17   the Copper River -- or Copper Basin (indiscernible).  I'm also

18   coaching football and stuff like that.  No military service.

19   Prior jury service, I was on one other -- I was actually jury

20   foreman on the -- a case, a local case in Glennallen.

21   THE COURT:  Okay.

22   JUROR NO. 9:  And we did reach a verdict.

23   JUROR NO. 10:  (Juror states name).  Employer -- or

24   length of residence is 39 years.  Employer's name is State of

25   Alaska DOT.  I'm a civil engineer.  I've worked for the same

1    employer for all of the last five years as a designer manager.

2    I've got a bachelor's in civil engineering and a few

3    postgraduate courses.  Married.  My wife is employed by New

4    Hope Church as a children's program director.  Our children are

5    37, 35, 31, 29, and 27.  Belong to American Legion and Veteran

6    of Foreign Wars (indiscernible).  Discharged as a lieutenant

7    civil engineer (indiscernible) U.S. Naval Reserve.  And I've

8    been on civil and criminal in state court.  Both reached a

9    verdict.

10           JUROR NO. 11:  My name's (juror states name).  Been in

11   Alaska for 31 years.  Employer's name, Arthur (ph) Services

12   (indiscernible).  Work history, I've been employed at Clear Air

13   Force Station.  Highest level of formal education is high

14   school.  Single.  I have a son, 34.  Hobbies, fishing, hunting,

15   cribbage.  No military services, no prior jury services.

16           THE COURT:  Okay.

17           JUROR NO. 12:  My name is (juror states name).  Length

18   of residence (indiscernible) I moved here when I was born.

19   Employer's name, I am unemployed the last month.  The program I

20   worked for ran out of funding.  (Indiscernible) I'm taking the

21   summer off and planning to look for work in September.  My

22   occupation is a social worker.  My work history for the past

23   five years consists of -- I worked for the Resource Single

24   Parents and Children for the past nine and a half years till we

25   ran out of funding for the program that I worked with.

1        The type of work done during the past five years,

2   worked (indiscernible) parents and then the children.  I worked

3   (indiscernible) and also in management.  Highest level of

4   formal education, I have two bachelor's degrees.  I am married.

5   My spouse's employer -- he's self-employed with Bush Painting

6   (ph).  And that's his occupation, obviously.  I have two

7   children, ages 21.  They're twins.  Hobbies, skiing, hiking,

8   traveling, reading.  No military service.  I have served on a

9   jury before, about four years, and we did reach a verdict.

10       THE COURT:  Okay.

11       JUROR NO. 13:  My name's (Juror states name).  I've

12  lived in the state for 14 years.  I work for the Federal

13  Aviation Administration.  My occupation with them is a

14  navigation communication technician.  I have three years of

15  college.  I'm married.  My wife works for (indiscernible)

16  Company.  She's an R.N. and medical director.  I have two

17  children, daughter 20, son 23.  Hobbies, camping,

18  snowmachining.  I served in the U.S. Army, and U.S. Air Force,

19  retired at the rank of staff sergeant.  I've served on a

20  criminal jury before and we reached a verdict.

21       JUROR NO. 14:  My name is (juror states name).  I have

22  lived in Alaska for 72 years.  And my employer is University of

23  Alaska and I'm a college professor.  And my work history is

24  that I was working full-time until two years ago and retired;

25  now I'm working part-time.  I've got a Ph.D.  I'm single.  I

1  have children:  58, 49, 48, 46, 44, and 43.  I don't think I

2  have any hobbies.  No military service, and I have been on

3  criminal juries and most recently on grand jury.  And we did

4  reach a -- we did reach a verdict.

5          THE COURT:  Okay.

6          JUROR NO. 15:  My name is (Juror states name).  I lived

7  in Alaska from 1981 till 1996.  I came back two years ago.  I

8  work for Fred Meyers.  I'm a customer service person; we do

9  everything, pretty much.  Prior to coming back to Fred -- to

10  Fred Meyer, I worked for Bank of America and Albertsons in

11  Florida.  I've had some college.  I'm single.  Have no

12  children.  I basically like listening to music, go for a drive.

13  Never been in the military.  In '83 (indiscernible) my record.

14  I was on -- I was on criminal jury duty, and we did not reach a

15  verdict.  And I've done grand jury as well.  And those were

16  both state.

17          THE COURT:  Okay.

18          JUROR NO. 16:  My name is (Juror states name).  I've

19  lived in Alaska for 42 years.  I am currently a homemaker.  My

20  occupation prior -- 15 years, I guess -- is I'm a registered

21  nurse, baccalaureate-trained.  Five years ago, I was working

22  for the public health -- state public health.  Bachelor's

23  degree.  I am married.  I have two children.  Oh, my husband's

24  occupation is a computer program -- programmer working for the

25  supercomputer center at the university.  I have two children,

1    ages four and six, many hobbies, most recently, picking

2    blueberries, plus anything outside, and I'm quite involved with

3    my church.   I was in the United States Public Health Service

4    for one year (indiscernible) rank.   And I have not served on

5    jury before.

6            THE COURT:   Okay.   Okay.   Now we need to get that

7    microphone back over here.

8            JUROR NO. 17:   My name is (juror states name).   I've

9    lived in Alaska for 23 years.   I'm employed by the State of

10   Alaska, Department of Environmental Conservation.   I'm an

11   environmental specialist there, for at least the last five or

12   six years.   I have a bachelor's degree.   I'm married.   My wife

13   is presently a homemaker.   Two sons, 17 and 9.   (Indiscernible)

14   guide, hunting guide in the State of Alaska, involved in our

15   church.   I served in the military for five years, was at the

16   rank of captain when I got out.   And I have no prior jury

17   service.

18           JUROR NO. 18:   My name is (juror states name).   I've

19   been in Alaska for 31 years.   I am retired.   My occupation used

20   to be carpenter.   Five years ago, I was retired too.   And I've

21   worked for various jobs around the Interior as a carpenter.   My

22   highest level of education attained was two years of college.

23   I'm married.   My wife is also retired from the University of

24   Alaska.   I have a 38-year-old son.   My hobbies are sailing,

25   duplicate bridge, fishing, flyfishing.   I belong to the

1  Optimists International, (indiscernible) amateur radio

2  equipment.  Military service, I served in the Army as a

3  police -- policeman, and my rank was PFC when I got out.  I

4  have served in a civil jury last year, and we did have a

5  verdict.

6          THE COURT:  Okay.

7          JUROR NO. 19:  I'm (juror states name).  I've been in

8  Alaska for 25 years.  Work for the phone company.  I have

9  for -- back when it was still MUS (ph).  I've had two years of

10 college.  I'm single.  One son who's 33.  No clubs or

11 organizations.  I'm a homeowner, so I spend all my time fixing

12 my house or gardening.  No military service, and the only jury

13 service is grand jury, twice.

14         JUROR NO. 20:  Hi, my name is (juror states name).

15 I've been a resident in Alaska for eight years now.  I work for

16 an assisted-living home called Country Estates.  I'm a nurse.

17 And (indiscernible) job for a year before that, I was at the

18 hospital, FMH.  And my highest level of education, I've taken

19 one year of premed.  Married.  My wife works at Alaska -- she

20 works at a bank.  Can't think of the name.

21         UNIDENTIFIED SPEAKER:  First National.

22         JUROR NO. 20:  There you go.  I have three kids.  One's

23 20, 17- and 10-year-old girls.  And I also have two of my

24 grandsons living with me.  I hunt, fish, and any -- any type of

25 racing.  I was an E-5 in the military, in the Army.  And I've

1  never had jury duty before.

2         JUROR NO. 21:  (Juror states name).  I've been in

3  Alaska for 11 years.  I work at Fairbanks Gold Mining.  I'm a

4  mining engineer.  And I've been there 10 years.  I have a

5  bachelor of science in mining engineering.  I'm married.  My

6  husband is currently unemployed.  I have one daughter, age 12.

7  I like to scrapbook and make greeting cards, and I'm active

8  with the Girl Scouts.  I have not served in the military.  And

9  I have been on a criminal trial before and we have reached a

10  verdict.

11         JUROR NO. 22:  My name is (juror states name).  I was

12  born in Alaska, moved away in 1979, returned two years ago to

13  care for my sick mother.  I work for Social Security.  Prior to

14  that, I worked for the Department of HUD.  And I received a

15  bachelor's degree.  I am single.  I have one son, age 24.  I

16  enjoy (indiscernible) gardening here in Alaska.  No military

17  service, and no prior jury.

18         JUROR NO. 23:  My name's (juror states name).  I've

19  lived here for 20 years.  I work at Bethel Church as the

20  (indiscernible) instructor.  And also I'm a Air National Guard

21  (indiscernible) for the last three, and before that I was in

22  school.  I have a bachelor's degree in education.  I'm married.

23  Husband is a carpenter.  He works for (indiscernible)

24  Contracting.  No children.  Hobbies are mostly church and

25  school.  And military, I'm in the National Guard.  And never

1  been on a jury.

2      JUROR NO. 24:  I'm (juror states name).  I've been in

3  Alaska for about eight years.  I work for the Fairbanks Daily

4  News Miner.  I've been a journalist for about four years, and

5  before that I was a social worker down in Anchorage.  I have a

6  bachelor's.  I'm not married, no children.  I garden.  No

7  military, and no prior jury service.

8      JUROR NO. 25:  My name is (juror states name).  Been in

9  Alaska about four and a half years.  I work for Fred Meyer East

10  right now.  I'm a journeyman meatcutter.  The last five years,

11  I worked for Sam's Club.  I was supervisor of Sam's Club meat

12  (indiscernible), they wanted Fred Meyer's East, still cut meat.

13  Highest level -- I graduated high school.  And I served at

14  Twentynine Palms, California, for a (indiscernible) technician

15  for the Marine Corps.  I'm married.  My wife works at Wal-Mart,

16  cashier.  I have four children, 22, 19, 17, and 16.  My hobbies

17  are camping, fishing, boating, and an occasional football.

18  Military service, I have 14 years total.  I have two years with

19  the Army, eight years of Marine Corps, four years in Army

20  National Guard.  And no prior jury service.

21      JUROR NO. 26:  My name's (juror states name).  I'm

22  currently working for Waterson (ph) Construction Company as a

23  carpenter.  I owned my own business for the last 10 years and I

24  shut it down because of -- trying to keep some money to myself,

25  finally.  I graduated high school.  I'm married.  My wife is a

1  carrier for the United States Postal Service.  I have two

2  daughters, 18 and 16.  I hunt, fish, snowmachine, four-wheel.

3  I'm the junior governor of the Moose Lodge.  I've got five

4  years in the Army and I got out as a -- as a sergeant.  And

5  I've never been picked on a jury.

6          JUROR NO. 27:  My name's (juror states name).  I was

7  born up here 20 years ago.  The last three summers I worked for

8  AK Builders as a carpenter.  The past five years I've worked

9  for the other construction companies as a laborer and a

10 carpenter.  I graduated from high school.  I'm single.

11 Hobbies, I'm pretty -- getting into archery and am a member of

12 (indiscernible) Church.  No military service or jury service.

13         JUROR NO. 28:  My name's (juror states name).  I've

14 lived in Alaska for 42 years.  I work for the Fairbanks North

15 Star Borough as a (indiscernible) driver.  And for the past two

16 years before that, I worked 30 years out of the laborers union.

17 I graduated high school.  I'm married.  My wife, right now

18 she's a homemaker.  I have four children from ages 16 to 22.

19 I've -- (indiscernible) fish and I coach youth sports.  No

20 military service and no prior jury service.

21         JUROR NO. 29:  My name is (juror states name).  I've

22 lived here for 15 years.  I'm -- my employer is Lower Yukon

23 School District.  I'm a custodian and a part-time substitute

24 teacher.  My -- my highest level of education is five years of

25 Alaska -- at University of Alaska Fairbanks, one year at Alaska