1    University of Minnesota, Minneapolis, communications.  I did

2    not get a degree.  I'm divorced.  Hobbies, reading,

3    electronics, and design.  No military service, no letters to

4    the editor, no bumper stickers, no trials as a juror.

5         THE COURT:  'Kay.

6         JUROR NO. 7:  My name -- my name is (states name).  I

7    reside in the Gold Stream Valley (indiscernible - away from

8    microphone).  I've resided the better part of forty-three years

9    in Alaska in Fairbanks.  I've had a number of different

10   occupations and employers.  The last five years I've been

11   pretty busy trying to be retired.  I began as a research

12   chemist with (indiscernible) research center until they went

13   out of business, then tried a little hand at farming,

14   construction, worked as a courier service for awhile, that was

15   a (indiscernible).  Highest level of formal education was a

16   Master's Degree in chemistry (indiscernible) by the Department

17   of Chemistry at the University of Alaska here in town.

18   Unmarried.  I have one son, thirty-seven years old, he works as

19   an engineer in California.  Numerous activities and formerly a

20   member of clubs and organizations and that sort of thing.

21   Didn't serve in the military.  I did my selective service time

22   in the Public Health Service, at which I -- I guess I resigned

23   at the level of a -- was translated over to Army or

24   (indiscernible) Navy regulation, but I was an health services

25   officer, and that was essentially a Major in the Army.

1    (Indiscernible) opinions, I don't express them in bumper

2    stickers or letters to the editor.  I've served on a couple of

3    juries (indiscernible) state court, and some of those I've

4    (indiscernible) was in a jury which determined a guilty verdict

5    (indiscernible).

6            JUROR NO. 8:  My name is (states name).  I've live on

7    Jenny Lane here in Fairbanks.  I've been in Alaska since 1983.

8    My occupation, I'm a licensed optician at the Eye Clinic of

9    Fairbanks.  I've worked there for over five years.  My highest

10   level of education is a high school graduate.  I am divorced.

11   I have three sons ages sixteen, twenty-one, and twenty-three.

12   The sixteen-year-old is a sophomore in high school and the

13   older boy is (indiscernible) works for a moving company, one

14   operates heavy equipment.  Hobbies, kick boxing and any type of

15   exercise activities.  I sing in a band.  I have no military

16   service.  I don't normally make public expressions.  I've had

17   one or two bumper stickers on my truck, but that was because my

18   sons put them there, and I've only served on one trial six or

19   seven years ago, it was a civil case, domestic assault.  The

20   gentleman was found guilty of a couple (indiscernible -

21   coughing in background), and then not guilty on a couple

22   others.

23            JUROR NO. 9:  Hi.  My name is (states name).  I live

24   on Slasser (ph) Drive in Fairbanks here.  I've lived here for

25   fourteen years.  I'm the freezer clerk at Fred Meyer's.  Been

1  doing that for twelve years.  One year of college.  Married.
2  Two kids, one one and a half and one about five.  Hobbies just
3  snow machining, hiking.  No military service, no bumper
4  stickers or letters to the editor.  I was on a jury back in
5  '86.  It was a four-count drug case (indiscernible).  That's
6  about it.

7          JUROR NO. 10:  (Clearing throat.)  Excuse me.  My
8  name is (states name).  I live on 16th Avenue.  We've lived in
9  Alaska for seven -- residents of Alaska for seventeen years
10  (indiscernible - background noise) in Georgia.  My husband is
11  in the military.  I am in sales with Good News Bible and Book.
12  I have worked there for the last four and a half years.  Prior
13  to that, I drove a mixer truck and poured concrete.  High
14  school is the highest level of formal education.  I am married.
15  My husband is a Sergeant First Class in the Alaska National
16  Guard.  He is currently deployed (indiscernible).  We have four
17  children ages twenty-four -- twenty-five, twenty-four, twenty-
18  three, and sixteen.  Rebecca is in the Navy, and Virginia is a
19  custodian at our church, Melissa works with me at Good News
20  Bible and Book, and Thomas is a junior in high school.  My
21  hobbies are cooking and reading.  My husband -- or I have been
22  in the military with the Minnesota National Guard, discharged
23  as a specialist.  No stickers, no letters to the editor.  I've
24  been on one trial jury, order of protection violated, and he
25  was convicted.

1        THE COURT: Goes all --

2        JUROR NO. 11: My name is (states name). I live on

3   Mergan (ph) Avenue on Fort Wainwright. I've lived in Alaska a

4   little over two years. I'm currently just a housewife and mom.

5   Past work history, I haven't worked for three years. Four

6   years prior that, I worked with physical therapy within a

7   hospital. Highest level of formal education, high school

8   graduate, some college. I am married. My husband is a Staff

9   Sergeant in the U.S. Army. I have four children ages fourteen,

10  eleven, seven, and five. They're all in school. Hobbies,

11  clubs, organizations, I'm just a active volunteer in our Army

12  FTG. I have no military service. I do not make public

13  expressions of my opinions, and I served on one trial, it was a

14  civil suit, we found in favor of the defendant on that.

15       JUROR NO. 12: My name is (states name). I live out

16  on Lost Lane and Esther, right in the middle of all the

17  construction. I've lived in Alaska for twelve years. I work

18  (indiscernible) as a pharmacist. For the past five years I've

19  been a pharmacist at Safeway, Walmart, and at Fred Meyer's. I

20  finished pharmacy school. I'm divorced. I have three children

21  ages sixteen, fourteen, and twelve. My hobbies are my children

22  and I have (indiscernible). I have never been in the military,

23  I don't make public expressions of my opinions, and I was on a

24  jury trial where we found a conviction on a charge of receiving

25  stolen goods.

1    JUROR NO. 13:  My name is (states name).  I live on
2  Cottonwood Street.  Length of residency, fifty-four years.
3  Occupation and (indiscernible - coughing in background)
4  employer, I work for Tanana Valley Campus, and I've been there
5  for nineteen years.  Highest level of education, two years of
6  college.  I am widowed.  I have two children, a boy -- two
7  boys, twenty-six who is a guidance counselor for Young Life,
8  and my youngest, twenty-three, has disabilities and works part-
9  time at Safeway.  I'm highly involved in Special Olympics due
10  to my youngest son.  No military, no to bumper stickers and
11  letters to the editor.  Was selected to the jury seat and then
12  dismissed shortly afterward.

13    JUROR NO. 14:  (States name.)  Live on Bethany Drive
14  here in Fairbanks.  Been in Alaska for a total of forty years,
15  continuously for the last thirty-three.  Currently work for
16  Interior Weatherization as a program manager.  I've been there
17  for a year.  Prior to that, I worked the contractor sales
18  counter at Spenard Builders Supply selling lumber
19  (indiscernible).  Attended UAF for five years, primarily civil
20  engineering, didn't get a degree.  I'm married.  My wife works
21  for Guardian Flight Medivac as the project coordinator.  I've
22  got a daughter, a twenty-two-year-old, unemployed.  I also have
23  three stepchildren that I raised, a boy twenty-five and twenty-
24  two, traveling in the Lower 48 trying to become famous
25  musicians, and a seventeen-year-old daughter (indiscernible).

1  I'm active in Midnight Sun Muzzle Loaders, interested in muzzle

2  loading (indiscernible) powder firearms, and also a member of

3  the National Muzzle Loading Rifle Association.  Didn't serve in

4  the military, don't bother with public expressions, and I

5  haven't been selected for a jury, although I have been through

6  the selection process for the state (indiscernible).

7              JUROR NO. 15:  My name is (states name).  I live at

8  15 Fairwell Avenue here in Fairbanks.  Lived in Alaska for six

9  years.  My occupation is information technology manager, and in

10  the last five years, I've filled that role for Clintal's (ph)

11  Resources and currently at Fairbanks Memorial Hospital.  I have

12  a degree (indiscernible) from a satellite school from the

13  Sorbonne in Paris, and three years of college in the United

14  States.  I'm married.  My husband is retired.  I have three

15  children, seventeen, eighteen, and nineteen, and

16  (indiscernible) selections occupations, they don't need one.

17  My hobbies are I run two private Internet forums for survivors

18  of SRA.  No military service, public expressions -- okay, I'm

19  addicted to Internet forums, but they don't tend to touch on

20  anything that's local to Alaska.  No bumper stickers, no

21  letters to the editor, and I have been through the jury

22  selection process three times, but not sat on any trial juries.

23              JUROR NO. 16:  My name is (states name).  I live on

24  1908 Jack (ph) Street in (indiscernible).  I've been in Alaska

25  since May of 1958.  I'm retired, and you have -- had to do

1-84

1  something, so I signed a contract with the military to teach

2  golf.

3           THE COURT:  At least you're -- you're doing your

4  duty.

5           JUROR NO. 16:  My work history over the past five

6  years has been golf.  I don't know about my level of formal

7  education yet 'cause I'm not done.  Still taking classes up at

8  the university.  I've been going there the last year and a

9  half.  I'm very married.  Boy, she's a librarian at the

10  university, and I have kids everywhere.  I have twin girls are

11  47, I think one of them's a bank officer and the other one's a

12  department manager for Fred Meyer's in Oregon.  I have a boy

13  that is a -- he's a mechanic, and another girl that is -- she's

14  a personnel officer for Gunderson Corporation in Portland.  And

15  the last one, I have no idea where she is or what she's doing.

16  I have lots of hobbies, I hunt, fish, I'm a member of the Elks,

17  member of the Moose.  I spent four years in the Navy.  I was an

18  E-4 when I was discharged.  I'm pretty vocal, but I don't have

19  bumper stickers or write the letters.  And I have been on three

20  -- at least three that I can remember -- juries.  Boy, one was

21  drunk driving and there was a kind of a petty theft thing that

22  was -- been of no consequence, and the last one was -- as I

23  recall it was (indiscernible - away from microphone) property

24  dispute.

25           JUROR NO. 17:  My name is (states name).

1   (Indiscernible - away from microphone.)  I've been in Fairbanks

2   for three years.  I am an accountant and I work for

3   (indiscernible - coughing in background) here in town.  I've

4   worked for them for the past nineteen years.  I completed four

5   years of college.  I'm married, and my husband is an attorney

6   here in town and he works for (states name).  We have two

7   children, a girl who is twenty-five and she is a kind of free

8   spirit and working for Fish and Game right now in Eagle,

9   Alaska, counting salmon, and a boy who is twenty-three and he

10  has been a student -- seven-year dental student down in

11  Washington State.  Hobbies and clubs, I am a Big Sister, I

12  belong to Quota Club, and I like the outdoors, hiking,

13  (indiscernible), Alaska stuff.  Never been in the service, I

14  don't make public expressions of my opinions, and I did serve

15  on a jury trial with (indiscernible) about five years ago, and

16  that was a dog dispute, garbage, it was (indiscernible - away

17  from microphone).

18        THE COURT:  That was a state court case, so it had to

19  have been more than five years ago.

20        JUROR NO. 17:  Was it?  Okay.  It was a long time --

21  it just a recent case.  And that's it.

22        JUROR NO. 18:  My name's (states name).  I'm at 4321

23  Roosevelt Lane, Fairbanks.  Been here for about thirty-three

24  years.  My occupation was a phone man.  I've been retired for

25  the last seven years.  I just had a high school education.

1  Married.  The wife's retired.  Have two children, one's thirty-

2  seven, one's thirty-nine.  One's a taxi driver in Arizona and

3  the other one's here at home.  My hobbies is playing golf,

4  hunting, fishing, which I should be doing now.  Military

5  service, I was in the Navy, I got out of there an E-4.  My

6  opinions is usually verbal, I don't do bumper stickers or any

7  of that.  And I was in a jury, I don't know, fifteen, twenty

8  years ago, and it was a case of Alyeska whatever, and I don't

9  remember what it was about.

10        THE COURT:  It's still too warm for any real

11  successful hunting anyhow, so you --

12        JUROR NO. 19:  My name's (states name).  I live at

13  2441 Outside Boulevard in North Pole.  I've been in Alaska for

14  about eight to nine years.  I currently work at Clear Vision

15  Optometry as a contact lens technician.  I've been there for

16  about eight and a half years.  I have a two-year associate

17  degree.  I am married.  My spouse is retired Army and currently

18  working for Doyon.  We have three children, nineteen, sixteen,

19  and thirteen.  My oldest boy is currently serving overseas, and

20  the other two are students.  I don't really have any major

21  hobbies or clubs, except for gardening.  I never currently

22  served active duty.  I don't really make any public

23  expressions, I pretty much keep them to myself, and this is my

24  first jury experience.

25        JUROR NO. 20:  My name is (states name).  I live in

1    Denali National Park. I've been in Denali for four years.

2    Previous to that, at Glacier Bay National Park. I am the

3    assistant superintendent there at the park. Before that, at

4    Glacier Bay, I was a research scientist. I have a Master's in

5    zoology and a Ph.D. in integrated biology. I'm married. My

6    wife's a homemaker. I have two children ages two and four.

7    They're busy being children. I'm a member of various

8    scientific organizations and the Association of National Park

9    Rangers. No military service. I usually don't make public

10   expressions of my opinions, and I have not served on any

11   juries.

12           JUROR NO. 21: My name is (states name). I live at

13   903 Richardton Road, North Pole. My length of residence in

14   Alaska is all my life, twenty-two years. My occupation is a

15   child development teacher for (indiscernible) HeadStart. I've

16   been working there for the past -- it's coming on three years

17   this October 10th. Before that I hadn't worked. My highest

18   level of education is I have (indiscernible) my G.E.D. and I'm

19   taking college classes now. Not married, have no children. My

20   hobbies are weightlifting and working with the youth at

21   (indiscernible) Pentacostal Church. No military service, don't

22   make public expressions of my opinion, and I served on a trial

23   two or three years ago where we convicted a man, possession of

24   a firearm -- a loaded firearm while drinking alcohol, and

25   (indiscernible).

1    JUROR NO. 22:  My name (states name).  Live at 1229

2  Wildrose here in Fairbanks.  Was born and raised here, so I've

3  been here sixty-eight years.  I've been retired for ten years.

4  High school graduate.  Married.  Have children forty-five,

5  forty-four, forty-three, and thirty-five.  One's a wireman,

6  one's a wireman for the local phone company, one daughter's an

7  insurance agent, one daughter is a secretary for the

8  university, and one's a housewife.  I'm a golfer,

9  (indiscernible), belong to both those clubs, (indiscernible)

10  Elks, Eagles, Moose, and VFW.  I was three years in the Army, a

11  E-3.  I don't make public expressions.  I've been on a couple

12  of juries, one was (indiscernible) suing somebody for personal

13  injury, and he was found guilty, and I was on the grand jury in

14  numerous cases.  I don't -- can't (indiscernible).

15    JUROR NO. 23:  I am (states name).  I live at 4559

16  Lawson out in Moose Creek.  We've been in Alaska twenty-five

17  years.  I'm the current parts repairable clerk at Evertsville

18  Cargo.  Before that, I was a full-time (indiscernible), and

19  before that I was a bookkeeper.  I have a three-year accounting

20  degree.  I am married.  My husband is also over at Evertsville

21  Cargo where he's an A and P and currently runs the wheel and

22  brake shop.  Hobbies, I enjoy photography, I've belonged to

23  most of the dog clubs and mushing organizations at one time or

24  another over the past fifteen years, and lot of radio-control

25  hobby stuff.  I didn't serve in the military, but I was

1   fourteen years an Air Force wife.  I don't have any bumper

2   stickers, I don't write letters.  Last trial I was on was about

3   four years ago, it was a DUI, and we found him not guilty.

4            JUROR NO. 24:  My name is (states name).  I live at

5   -- off of Mile 230 Parks Highway, a couple of miles outside of

6   Denali National Park.  I've lived in Alaska (indiscernible)

7   nine to ten years, counting seasonal time (indiscernible)

8   couple times at Denali.  I'm currently the public affairs

9   officer for the National Park Service at Denali Park.  I have

10   been there in this job for four and a half years.  Before that

11   I (indiscernible).  I have a Bachelor of Science plus about a

12   year of graduate work.  I am married.  My husband is an

13   expedition leader with (indiscernible) Expeditions.  I have no

14   children, but I am the sole -- solely responsible for a

15   fifteen-and-a-half-year-old cat who has various mental

16   problems, (indiscernible).  I like to run, spend time outside

17   hiking.  I'm also -- we have an informal meeting group in our

18   local area where we spend as much time socializing as any.

19   I've not been in the military, I don't make public expressions

20   of my opinions, and I have been called for a jury previously a

21   couple of times, but I have not served.

22            JUROR NO. 25:  My name is (states name),

23   (indiscernible) answer to (states name).  Place of residence,

24   1152 Proper Street, North Pole, Alaska.  I've lived in Alaska

25   going on thirty-one years.  I'm currently working at Fred

1   Meyer, I've been there for -- going on sixteen years.  High

2   school as well as two years of vocational, discovered I hate

3   accounting.  I'm married.  My husband is a licensed optometrist

4   at Fort Wainwright.  I have one daughter, she's twenty years

5   old and she (indiscernible).  I have several hobbies, I like

6   reading, playing on the computer, play around with genealogy.

7   I belong to a couple of organizations at church, and when I

8   can, I like to play with (indiscernible).  No military service.

9   My husband has several expressions on our car, but I have yet

10  to write any letters to the editor.  I served three times on a

11  jury.  Approximately ten years ago was the first, a federal

12  case, illegal exportation of game, found guilty on some of

13  them, found innocent on some.  Served grand jury, state,

14  (indiscernible) of them we found enough to go to trial but most

15  of them.  And the last one was state trial, embezzlement, and

16  found guilty on most of it.

17          JUROR NO. 26:  My name's (states name).  I live at

18  117 Baranof Avenue, Fairbanks.  I've lived in Alaska for eight

19  years.  I work for the Fort Knox Goldmine as a heavy equipment

20  operator.  That's what I've been doing for the last five years.

21  The highest level of formal education was a year of college

22  after high school graduate.  I am married.  My wife is a

23  optician for Tanana Chiefs Conference.  I enjoy hunting,

24  building hot rods.  I served in the military for six years.  I

25  was discharged as a sergeant.  I do not make public opinion,

1    bumper stickers, or letters to any editors, and I've never

2    served on a jury before.

3            JUROR NO. 27: My name is (states name). I live at

4    the top of Terry Summit at Skiland. Been there for at least --

5    been a resident in Alaska for thirty-one years. I am an owner,

6    operator of a lodge. We run the ski area. I'm also a physical

7    therapist and my employer is myself, and my husband, I guess,

8    and the businesses. Well, number five is my businesses that

9    I've worked at, and I'm also a part-time physical therapist. I

10   have a B.S. degree in physical therapy. I'm married. My

11   husband, (states name), is an electrical contractor as well as

12   works with me on our businesses up at Skiland and Terry Summit.

13   I have two sons, twenty-six and twenty-five. One's a mechanic

14   -- heavy equipment mechanic with the State, the other one is a

15   IBEW electrical lineman apprentice. Hobbies is anything

16   outdoors, my dog, my family, my new grandson, and then also

17   cooking and taking care of my guests at the lodge. And, no, I

18   don't make any public expressions, and I have served on juries,

19   trials, a long time ago, and I think it was a DUI, I don't

20   remember. I served also on grand jury, and recently I was

21   selected for a state, but never served on the trial. I never

22   got selected for the trial. And that's all I have to say.

23           JUROR NO. 28: My name is (states name). I live in

24   Moose Creek on Corey Road. I've been in Alaska a couple of

25   times, the first time in '66 and recently from '91 on. I work

1   for the commissary at Eielson.  I'm a bean counter.  And my

2   highest level of formal education is I have a Bachelor's of

3   Science degree.  And I'm married.  My husband is retired Air

4   Guard.  I have one child of my own and she's forty years old,

5   physical therapist in Portland, Oregon.  I have two

6   stepchildren.  I'm interested in the outdoors.  One of my

7   hobbies is the Sierra Club, and I quilt, cook, and I have no

8   military service.  I don't make public expressions of my

9   opinions unless it's on conservation.  I have prior service on

10  a trial jury.  I served in a domestic abuse case here, and the

11  outcome was negative.

12          JUROR NO. 29:  My name is (states name).  Residence

13  is Blackthorn Way, North Pole.  Been in Alaska eighteen years.

14  Occupation, sprinkler fitter, employed by G&W Fire Protection.

15  Been working for them for the past five years.  I have four

16  years of vocational training.  Married.  Have three children,

17  twenty-four, seventeen, and seven.  The oldest unemployed, the

18  other two are in school.  Hobbies is gardening, shooting.

19  Military service, four years in the Air Force, discharged as a

20  sergeant.  Do have bumper stickers on my vehicle, and haven't

21  had any prior jury service.

22          JUROR NO. 30:  My name is (states name).  I live in

23  North Pole.  Been there -- been in Alaska for almost twelve

24  years.  I work at the Bowling Center, Arctic Bowl, for the last

25  two years.  Before that a stay-at-home mom.  I have one year of

1  college.  Married.  My husband works for the National Weather

2  Service, and you can thank him for all this nice weather.

3  Children -- three children, three, five, and thirteen, and two

4  stepchildren, seventeen and twenty.  The twenty-year-old is

5  going to UAF, not sure of his major at this time.  Anything

6  outdoor summer or winter for hobbies.  Lot of volunteer work.

7  No military, no pubic expressions, and last summer I served on

8  a rape jury, not guilty.

9              JUROR NO. 31:  Hi.  My name's (states name).  I live

10 over in Shannon Park.  I've been in Alaska for thirty years.  I

11 work for -- I work out at Eielson Air Force Base at the power

12 plant, I'm a electrical dispatcher.  I've been there for

13 fifteen years.  My highest level of education is a Bachelor of

14 Science, and I also have an aircraft and power plant license.

15 I'm married.  My wife is the school renter, she works

16 (indiscernible - voice too low).

17             THE COURT:  School what?

18             JUROR NO. 31:  The school renter.

19             THE COURT:  The school renter?

20             JUROR NO. 31:  Yes.

21             THE COURT:  She rents school?

22             JUROR NO. 31:  She rents anything -- she rents the

23 schools out.

24             THE COURT:  Oh, okay.

25             JUROR NO. 31:  (Indiscernible - coughing in

1    background) you want to use the cafeteria or something, you'd

2    be talking to her.

3                 THE COURT:  Talk to your wife.  Okay.  I'll remember

4    that.

5                 JUROR NO. 31:  Let's see.  I have one stepchild, he's

6    twenty-nine (indiscernible).  My hobbies are I restore old

7    (indiscernible).  Military service, I retired in '91 from the

8    Air Force as an E-7.  I express my opinions.  I don't have any

9    bumper stickers, but I just wrote a letter to the editor.  And

10   I've been at trial before, but selected.

11                THE COURT:  Okay.

12                JUROR NO. 32:  Name's (states name).  I live off of

13   (indiscernible) Road in Fairbanks.  Born and raised.

14   (Indiscernible) truck center.  Been working there the past

15   eighteen years.  Highest level of education is high school plus

16   some trade.  Single.  No children.  No real hobbies.  No

17   military.  No bumper stickers, and I served on the grand jury.

18                THE COURT:  Okay.  Counsel, if we can just have a

19   quick anteroom here real quick, then we'll get to the next

20   phase.

21        (Side bar not transcribed)

22                THE COURT:  You're still here.  I appreciate that.

23   We're just about -- we're just finishing up a few details here.

24                          (Pause)

25   So we're still off the record.  Just give me a chance to check

1   out your notes and confer.

2                          (Pause)

3              MR. COHEN:  Your Honor, may we have a side bar?

4              THE COURT:  Yes.

5        (Side bar not transcribed)

6              THE COURT:  Okay.  Ladies and gentlemen, I just had a

7   couple questions that I want to ask you all just that we want

8   to make sure -- any of you familiar with a business referred to

9   as Arctic Alarm and Audio?  Anyone ever done business there?

10  Okay.  See no hands going up anywhere.

11             JUROR NO. 6:  (Indiscernible - away from microphone)

12             THE COURT:  Well, let's start -- have you heard of

13  it?

14             JUROR NO. 6:  Yes, sir.

15             THE COURT:  Have you ever done business there?

16             JUROR NO. 6:  No.

17             THE COURT:  Any -- have you ever been there?

18             JUROR NO. 6:  No.

19             THE COURT:  Anything about that business that would

20  affect your ability to be a fair juror in this case one way or

21  the other?

22             JUROR NO. 6:  (Indiscernible - away from microphone)

23             THE COURT:  Okay.  If any of the witnesses happened

24  to work there, would that be a factor one way or the other?

25             JUROR NO. 6:  (Indiscernible - away from microphone)

1    THE COURT:  Anything about the --

2    MR. COHEN:  Well, wait, wait.  Your Honor, I didn't

3 hear the full answer.

4    THE COURT:  Is there anything about Arctic Alarm and

5 Audio affect your ability to be a fair juror here?  If a

6 witness is involved there or if the defendant worked there or

7 any --

8    JUROR NO. 6:  (Indiscernible - away from microphone)

9    MR. COHEN:  I'm sorry, Your Honor.  He was saying

10 other than having read in the paper, and I didn't -- I --

11    THE COURT:  Is there something you read in the paper

12 about it that would --

13    JUROR NO. 6:  Yes.  There was a --

14    THE COURT:  Okay.  Anything that you may have read in

15 the paper that would affect your ability -- about this

16 particular business that would affect your ability to be a fair

17 juror?

18    JUROR NO. 6:  I don't think so.

19    THE COURT:  Do you want to pursue that further?

20    MR. COHEN:  It's -- it's --

21        (Pause - side conversation)

22    MR. COHEN:  -- it's -- I need to stand --

23    THE COURT:  There's a podium.  Just go to --

24    MR. COHEN:  -- I need to stand over here.  It's

25 (states name of juror)?