12/1/05                             DEA/ATF

GENE: (G)                           (1)

Appr 18th or 19th Nov 05
after Jason got off work
JJ was boxing Lenore on Monte Georges.
Went to Jason w/F Answered
door and told came in. Jason +
G smoked some mj. Then both
B-Room. Both went into bedroom

(G) Saw a machinegun with silencer
Laying on a the dresser. Jason told him
it was his new toy. (G) described it
as a Izi MAC 10 with silencer.
The safe was opened.

(G) had stopped by the store with Alan
earlier that day to tell him he needed
some cocaine.

(G) Said Jan Ella inside the safe
+ tupperware container + Brown plastic bag

② Told he been range with the gun and it was quite. —

⑥ said He thought J had the gun. To protect his dogs I had thought about going back and ripping him of but after I saw his gun, I decided to.

David Mathew Stuver  12/7/05
92 Dunbar St
Fairbanks, AK

457-1185   DOB: 4/12/81, CA

SSN: 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

Employer   Artic Alarm + Audio

Since July Aug 05.

Collette paid Stuver about $100.00
per week. Independent contractor.
Day
8 Am till 7pm.

(Stuver) had Brought mij for Colette.
6-8 joints with a month.
C work.
Right after Halloween 05 Colette bought his machine gun.
Colette had has bought the gun
to work a few times + Ask (Stuver)
to go shot it.  Stuver didn't ever shot it.

12/7/03

Florida

1218 Sinclair Ave N.P. 978-4260   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   $60000
- Damon Wamsley 8-13-73  Paid on commission (cash)
- Over 1 year / Known Colette since 90-91'
- Worked @ Auto Trim Design.
- Have used coke 2 months ago. Getting coke from bars
- Have purchased MJ, in summer 1/8 05' at the shop. From Jason Colette.
- Has never sold coke / have given MJ to other people
- Have you ever taken weed or coke to work.
- Jason told him put stuff in back of car zips of coke 20 zips 2 weeks to month ago.
- $50.00 .5g mixture of ~~coke in powder~~ of hard and powder
- at the shop he (Jason) would give him .5g at the shop.

⇐ - Had firearm to protect his drugs.
Not Ev sure sought his opinion

Knew he had the gun + knew he sold Drugs.