

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

_____

*Federal Building & U.S. Courthouse*
*101 12th Avenue, Room 310*          *Commercial: (907) 456-0245*
*Fairbanks, Alaska 99707*            *Fax Number: (907) 456-0577*

September 7, 2007

David J. Cohen
Attorney at Law

Re: <u>United States v. Jason Scott Colette</u>, 4:05-cr-00042-RRB/TWH

Dear Mr. Cohen:

    As per your request, September 5, 2007, enclosed is the following CD of Eugene

Johnson interview, provided to Eric Cohoon on September 6, 2007, by Alaska State

Troopers.

    That interview was conducted on, or about, November 28, 2005.

Yours Truly,

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant United States Attorney

JB/mj

Enclosure–disk

<u>Transcript of Recording of</u>
<u>Police Warrant Execution</u>

**Requested By: Sean Colette**

G & L TRANSCRIPTION OF NEW JERSEY

40 EVANS PLACE

POMPTON PLAINS, NJ 07444

(973) 616-1051

<u>www.webtranscription.com</u>

1          UNIDENTIFIED:  You have that?  It just goes

2    into an open (indiscernible).

3          UNIDENTIFIED:  There's a nice path -- path

4    back there, like, people have been walking back and

5    forth back here.

6          UNIDENTIFIED:  Open garage.

7          UNIDENTIFIED:  I don't think they've been in

8    the garage though.

9          UNIDENTIFIED:  (Indiscernible) they're

10   handling the dogs.

11         UNIDENTIFIED:  Hey, Fred?

12         UNIDENTIFIED:  Yeah.

13         UNIDENTIFIED:  I'm gonna go hand Ron the

14   other warrant (indiscernible).

15         UNIDENTIFIED:  Okay.  Want to just break in

16   the room?

17         UNIDENTIFIED:  Yeah.

18         UNIDENTIFIED:  Okay.

19         UNIDENTIFIED:  Jeff?

20         UNIDENTIFIED:  Yes.

21         UNIDENTIFIED:  Bring in our canine

22   (indiscernible)

23         UNIDENTIFIED:  Probably not.  We've got

24   animal control (indiscernible)

25         UNIDENTIFIED:  The dogs are okay.

1          UNIDENTIFIED:  Lieutenant to the garage
2    please.
3          UNIDENTIFIED:  Where's the (indiscernible)?
4          UNIDENTIFIED:  (Indiscernible) pictures of
5    their grandparents (indiscernible)
6          UNIDENTIFIED:  Not in the house?
7          UNIDENTIFIED:  Well, I mean, somebody maybe
8    should call (indiscernible)
9          UNIDENTIFIED:  Yeah.
10          UNIDENTIFIED FEMALE:  Yeah.
11          UNIDENTIFIED:  (Indiscernible) just for a
12    couple hours (indiscernible)
13          UNIDENTIFIED:  (Indiscernible) garage
14    (indiscernible)
15          UNIDENTIFIED:  (Indiscernible) if you would
16    like.
17          UNIDENTIFIED:  Thanks, Scott.
18          UNIDENTIFIED:  You guys are good?
19          UNIDENTIFIED:  (Indiscernible) no problem.
20    Just probably, like, 10 minutes.  (Indiscernible)
21          UNIDENTIFIED:  Okay.
22          UNIDENTIFIED:  Okay.  Well, (indiscernible)
23          UNIDENTIFIED:  No, we do not have a female
24    officer here?
25          UNIDENTIFIED:  I'm (indiscernible) myself.  I

1   don't have any weapons or anything.

2            UNIDENTIFIED:  Tell you what I'm gonna do --

3   (indiscernible) -- fair enough?

4            UNIDENTIFIED:  I'll close my eyes.

5            UNIDENTIFIED:  Go ahead 20.

6            UNIDENTIFIED:  Help me out with a vehicle.

7   (Indiscernible) kilo (indiscernible).

8            UNIDENTIFIED FEMALE:  (Indiscernible).

9   Please be quiet (indiscernible).  Don't talk.

10           UNIDENTIFIED:  There's no weapons or anything

11  over there (indiscernible)

12           UNIDENTIFIED FEMALE:  No.

13           UNIDENTIFIED:  I'm gonna go ahead and read

14  you your Miranda rights and (indiscernible) 100% of

15  these, but (indiscernible).  Okay.  You have the right

16  to remain silent.  Anything you say can and will be

17  used against you in a court of law.  You have the right

18  to talk to a lawyer and have him present with you while

19  you're being questioned.  If you cannot afford to hire

20  a lawyer, one will be appointed to represent you before

21  any questioning if you wish.  You can decide at anytime

22  to exercise these rights and not any of these questions

23  or anything.  Do you understand each of those rights

24  (indiscernible)

25           UNIDENTIFIED:  (Indiscernible)

```
 1              UNIDENTIFIED:  Basically, what we have
 2     (indiscernible) and that's what you're gonna be charged
 3     with (indiscernible)
 4              UNIDENTIFIED FEMALE:  Will he be
 5     (indiscernible)
 6              UNIDENTIFIED:  Okay.  Straight up with you on
 7     that.  (Indiscernible) give you an opportunity
 8     (indiscernible), but I'm gonna give you the opportunity
 9     to go ahead and work with those charges
10     (indiscernible).  Do you wish to talk to me at this
11     time having these rights in mind?  (Indiscernible), but
12     you have to be willing to talk to me before you can
13     even ask a question.  This is kind of going to be your
14     one -- one chance.  So if you -- you don't want to work
15     with us, what we're gonna do is (indiscernible) haul
16     you to jail (indiscernible) and you can go from there.
17     If you wish to work with us, we can go ahead and have a
18     discussion, we can talk, and we can see what we can get
19     for you.  (Indiscernible).  Choosing not to talk?
20              UNIDENTIFIED:  Mm-hm.
21              UNIDENTIFIED:  Would that be yes or no?
22     (Indiscernible).  No I'm not willing to talk
23     (indiscernible) I won't ask you another question.
24              UNIDENTIFIED:  (Indiscernible) need a little
25     more time to think I guess.
```

1            UNIDENTIFIED:  More time to think?  Okay.
2   What we'll do then is we'll just kind (indiscernible).
3   Okay.
4            UNIDENTIFIED:  (Indiscernible) affirmative
5   (indiscernible) heard you say (indiscernible) so I
6   understand that you mean yes.  (Indiscernible)
7            UNIDENTIFIED:  Yeah, I want to think about
8   it.
9            UNIDENTIFIED:  Okay.  (Indiscernible)
10           UNIDENTIFIED:  I can understand
11  (indiscernible)
12           UNIDENTIFIED:  (Indiscernible) willing to
13  change your confession (indiscernible) through this
14  (indiscernible)
15           UNIDENTIFIED:  Can we do this right now?
16  Let's go ahead and find a nice safe area for you to sit
17  here.  I think that corner over there is probably the
18  best.
19           UNIDENTIFIED:  How about (indiscernible) --
20  how about --
21           UNIDENTIFIED:  (Indiscernible) search for
22  (indiscernible)
23           UNIDENTIFIED:  I'm gonna get you
24  (indiscernible) -- is that okay?
25           UNIDENTIFIED:  Yeah.  Please.

 1              UNIDENTIFIED:  Sir, let's put your back over

 2   in this corner here, (indiscernible)

 3              UNIDENTIFIED:  Okay.  (Indiscernible) you

 4   want to downstairs (indiscernible)

 5              UNIDENTIFIED:  I'll just go grab my --

 6              UNIDENTIFIED:  Can you just bring my vehicle

 7   up?

 8              UNIDENTIFIED:  Yeah.

 9              UNIDENTIFIED:  Park it in front.  Keys are in

10   it.

11              UNIDENTIFIED:  How you doing?

12              UNIDENTIFIED:  Not bad.  You need some help?

13              UNIDENTIFIED:  Good.

14              UNIDENTIFIED:  Need some help?

15              UNIDENTIFIED:  No, I just didn't know what

16   was going on here (indiscernible)

17              UNIDENTIFIED:  Oh, okay.  Yeah, we're getting

18   ready to move it.

19              UNIDENTIFIED:  Oh, okay.

20              UNIDENTIFIED:  So you live around here or

21   what?

22              UNIDENTIFIED:  Yeah, I live right up the road

23   here (indiscernible) just heading to work.

24              UNIDENTIFIED:  You're just heading into work?

25              UNIDENTIFIED:  Yeah.

1           UNIDENTIFIED:  You got some ID on you?

2           UNIDENTIFIED:  Yeah.

3           UNIDENTIFIED:  Can I see that?

4           UNIDENTIFIED:  6428562, Kevin Lamden

5    (phonetic).  He's just sitting around for some reason.

6    Not moving or anything.

7           UNIDENTIFIED:  Ten four.  What's your

8    (indiscernible)

9           UNIDENTIFIED:  I don't want to put it out

10   over the air, alpha, delta, November, yankee, 790.

11          UNIDENTIFIED:  (Indiscernible)

12          UNIDENTIFIED:  There you go.

13          UNIDENTIFIED:  So where did you say you live

14   at?

15          UNIDENTIFIED:  Sorry?

16          UNIDENTIFIED:  Where did you say you live at?

17          UNIDENTIFIED:  Right down here at 2019 Turner

18   Street.

19          UNIDENTIFIED:  Yeah.  And you're just on your

20   way to work -- where do you work at?

21          UNIDENTIFIED:  (Indiscernible) down on Van

22   Horn (indiscernible)

23          UNIDENTIFIED:  Yeah.  You know these folks

24   anywhere around here?  These folks over here?

25          UNIDENTIFIED:  I'm sorry?

1          UNIDENTIFIED:  Do you know these folks over

2    here?

3          UNIDENTIFIED:  No, I don't.  I saw the lights

4    and I saw the stopped vehicles so I wasn't sure what

5    was going on.  That's why I was waiting here to go

6    around.

7          UNIDENTIFIED:  Okay.  All right.  We'll have

8    you on your way in a second here.

9          UNIDENTIFIED:  Okay.  No problem.

10          UNIDENTIFIED:  (Indiscernible)

11          UNIDENTIFIED:  Go ahead.

12          UNIDENTIFIED:  2729 comes back to Kevin Clay

13    Lambdes (phonetic) 11/28/73.  A valid class delta

14    11/2009 out of (indiscernible).  There are no

15    restrictions.  Vehicle comes back to a 1991 Mazda, re-

16    constructed four-door, white in color (indiscernible)

17    valid 6/2007 out of Fairbanks (indiscernible) Alicia

18    Lambdes (phonetic).

19          UNIDENTIFIED:  10-4.  All right.  Why don't

20    you head on your way then.

21          UNIDENTIFIED:  Okay.

22          UNIDENTIFIED:  Okay.

23          UNIDENTIFIED:  Appreciate your cooperation.

24          UNIDENTIFIED:  No problem.

25          UNIDENTIFIED:  (Indiscernible) help the kid?

1        UNIDENTIFIED:  Yeah, Eugene's in there and --

2        UNIDENTIFIED:  Oh, he is in there?

3        UNIDENTIFIED:  Corrine's (phonetic) in there

4   -- and the kids in there.

5        UNIDENTIFIED:  Oh, you got it.  Okay.

6        UNIDENTIFIED:  Yup.

7        UNIDENTIFIED:  (Indiscernible)

8        UNIDENTIFIED:  You might check with Jeff.

9   I'm not sure.

10        UNIDENTIFIED:  Jeff.

11        UNIDENTIFIED:  Jeff.

12        UNIDENTIFIED:  Jeff.  Yeah.  He's inside.

13        UNIDENTIFIED:  Hey, Jeff (indiscernible)

14        UNIDENTIFIED:  Yeah, they will.

15   (Indiscernible) right there should be a (indiscernible)

16   one --

17        UNIDENTIFIED:  Okay.

18        UNIDENTIFIED:  Light gray.

19        UNIDENTIFIED:  School bag maybe on the floor

20   and I (indiscernible)

21        UNIDENTIFIED:  Just open the top

22   (indiscernible) anything big is in here --

23        UNIDENTIFIED:  Here is (indiscernible)

24        UNIDENTIFIED:  Was your -- was your

25   grandmother (indiscernible)

1          UNIDENTIFIED:  Huh?

2          UNIDENTIFIED:  Was this -- was your -- mother

3     --

4          UNIDENTIFIED:  Street?

5          UNIDENTIFIED:  Is that 1315?

6          UNIDENTIFIED:  Yeah.

7          UNIDENTIFIED:  Okay.  As soon as we're done

8     over there we'll -- what do you call it?  We'll let her

9     come over here and pick up (indiscernible)

10          UNIDENTIFIED:  So you guys are over there?

11          UNIDENTIFIED:  Yes.  That's correct.  We're

12     over there as well.

13          UNIDENTIFIED:  All right.

14          UNIDENTIFIED:  Hold on.  Oh --

15          UNIDENTIFIED:  So -- you got anything?  You

16     want me to --

17          UNIDENTIFIED:  Here's a document

18     (indiscernible)

19          UNIDENTIFIED:  You still want me to bring my

20     dog over to the other residence?

21          UNIDENTIFIED:  Yeah.

22          UNIDENTIFIED:  You guys cool?

23     (Indiscernible).  Okay.

24          EUGENE:  Are you gonna search (indiscernible)

25          UNIDENTIFIED:  Huh?

1          EUGENE:  Hey, man (indiscernible) my mom's?

2          UNIDENTIFIED:  Okay.

3          EUGENE:  (Indiscernible) genuine -- make sure

4     she's okay.

5          UNIDENTIFIED:  She's okay.  I will.

6          EUGENE:  Please.

7          UNIDENTIFIED:  Plus my Sergeant is over there

8     and he's real (indiscernible)

9          UNIDENTIFIED:  (Indiscernible) besides, we

10    want your mom -- take care of him today.  Okay.

11         UNIDENTIFIED:  Mm-hm.

12         UNIDENTIFIED:  So, yeah, we have -- we -- we

13    -- your mom will not be in trouble.  Your mom hopefully

14    will be over here in a very short period of time

15    (indiscernible)

16         UNIDENTIFIED:  Yeah, within 20 minutes, half

17    hour or so.

18         UNIDENTIFIED:  (Indiscernible)

19         UNIDENTIFIED:  Yeah.  Okay.  Cool.

20    (Indiscernible) flashlight and (indiscernible).  I'm

21    gonna bring the dog over to the other residence.

22         UNIDENTIFIED:  Okay.  They just -- where do

23    you want me to start?

24         UNIDENTIFIED:  Guess he's doing downstairs.

25    Probably just --

1           EUGENE:  Can I smoke a cigarette?

2           UNIDENTIFIED:  -- helping out with him or

3  (indiscernible)

4           UNIDENTIFIED:  Okay.

5           UNIDENTIFIED:  Yeah.

6           UNIDENTIFIED:  Okay.

7           UNIDENTIFIED:  If you find something just

8  holler, I'll come photograph it.

9           UNIDENTIFIED:  It's cold out here, man.

10          UNIDENTIFIED:  I'm gonna go off tape.  Time

11  is 7:29.

12          UNIDENTIFIED:  So you've decided at this

13  point at least to talk.  Then you can choose what you

14  want to talk about (indiscernible).  You have to answer

15  yes (indiscernible) if you want to talk to me.

16          EUGENE:  Yeah, I want to talk (indiscernible)

17          UNIDENTIFIED:  Okay.  I want (indiscernible).

18  I want to see what's going on.  I want to see --

19          UNIDENTIFIED:  (Indiscernible)

20          EUGENE:  Is there anyway --

21          UNIDENTIFIED:  We -- we purchased at least an

22  ounce a day of cocaine from you, and (indiscernible)

23          UNIDENTIFIED:  That must have been over a

24  period of time.

25          UNIDENTIFIED:  No.  It -- it could --

1    could've been.  Yeah.  It doesn't -- that -- that part

2    doesn't matter.  I'm just being honest with you.

3    That's what we've got is an over an ounce of coke.

4    We'll then be charging (indiscernible) charges.  You'll

5    get an additional (indiscernible) if any residue shows

6    up on anything in the house, which is a B-felony.  The

7    ATF, he's federal, DEA Agent, that bigger guy in there

8    as well as ATF.  Now, when you mix the drugs with the

9    gun, they may choose to go forward.  I'm not sure what

10   they're gonna do at that point.

11              UNIDENTIFIED:  (Indiscernible) house?

12              UNIDENTIFIED:  (Indiscernible)

13              UNIDENTIFIED:  And they don't distinguish

14   between coke and marijuana if it goes federal.  And

15   when you mix guns and drugs, you're looking at five for

16   each gun --

17              UNIDENTIFIED:  (Indiscernible) violations,

18   first problem (indiscernible) I mean, obviously

19   (indiscernible) stuff like that, right?

20              EUGENE:  I don't have any (indiscernible) of

21   mine.

22              UNIDENTIFIED:  You have a hunting license.

23              UNIDENTIFIED:  Yeah, but none of those

24   weapons are mine.

25              UNIDENTIFIED:  Really?

```
 1              EUGENE:  Yeah.

 2              UNIDENTIFIED:  Okay.  So your DNA is not

 3   gonna come up on one?

 4              EUGENE:  I hope not.  It shouldn't.

 5              UNIDENTIFIED:  Okay.  What do hunt with?

 6              UNIDENTIFIED:  I actually (indiscernible)

 7   came up and we just went.  We didn't catch anything.

 8              UNIDENTIFIED:  What did you go hunting for?

 9              EUGENE:  Moose.

10              UNIDENTIFIED:  What (indiscernible)

11              UNIDENTIFIED:  (Indiscernible)

12              UNIDENTIFIED:  But none of the guns are

13   yours?

14              UNIDENTIFIED:  No.

15              UNIDENTIFIED:  Your DNA won't be on any of

16   them or finger prints?  Who owns the guns?

17              EUGENE:  I believe (indiscernible)

18              UNIDENTIFIED:  What's that?

19              UNIDENTIFIED:  The 10 millimeter

20   (indiscernible)

21              EUGENE:  Yeah.

22              UNIDENTIFIED:  (Indiscernible) bought that

23   from a friend of ours.

24              UNIDENTIFIED:  What's it over here for?

25              EUGENE:  It's hers.  For her protection.
```

1          UNIDENTIFIED:  (Indiscernible) being a

2   (indiscernible)

3          UNIDENTIFIED:  (Indiscernible) right there at

4   the end --

5          UNIDENTIFIED:  Yeah.  They'll probably be on

6   the gun.

7          UNIDENTIFIED:  On the bullets?

8          EUGENE:  I hope not.

9          UNIDENTIFIED:  Did you put the bullets in the

10  (indiscernible) for her?

11         EUGENE:  I don't know.  I don't think so.

12         UNIDENTIFIED:  Your thumb print will be on

13  the bullet (indiscernible)

14         EUGENE:  No.  I hope not.

15         UNIDENTIFIED:  (Indiscernible) remember

16  doing?

17         UNIDENTIFIED:  (Indiscernible) can tell you

18  what --

19         UNIDENTIFIED:  I'm asking you what's gonna

20  (indiscernible)

21         UNIDENTIFIED:  I find a 10 millimeter glock -

22  -

23         UNIDENTIFIED:  That's all you found?  There -

24  - there should be a rifle downstairs (indiscernible)

25         EUGENE:  One or two -- one or two rifles

1   downstairs?

2           UNIDENTIFIED:  I'm thinking, maybe, two.

3           UNIDENTIFIED:  Okay.  (Indiscernible)

4           UNIDENTIFIED:  Mm-hm.

5           UNIDENTIFIED:  (Indiscernible)

6           EUGENE:  Say what?

7           UNIDENTIFIED:  Ready to (indiscernible)

8           UNIDENTIFIED:  No cocaine?

9           EUGENE:  No.  Not that I know of, at least.

10          UNIDENTIFIED:  So if we find cocaine here --

11  everything in this house belongs to you?  You're not

12  storing anything for any of your other buddies here?

13  (Indiscernible) anything like that?

14          EUGENE:  I kind of want to talk to you alone.

15          UNIDENTIFIED:  Talk to me alone?

16          UNIDENTIFIED:  That's fine.

17          EUGENE:  He's kind of making me feel

18  uncomfortable.  I feel, like, he really does not like

19  me for some reason.

20          UNIDENTIFIED:  Well, you know what, --

21          UNIDENTIFIED:  I don't really like drug

22  dealers.

23          EUGENE:  That's exactly it.

24          UNIDENTIFIED:  That's his -- reason.

25          EUGENE:  All right.

1              UNIDENTIFIED:  This ain't personal, Eugene.

2    This is professional.  Okay.  So you need to understand

3    that.

4              UNIDENTIFIED:  Okay.

5              EUGENE:  I'm not -- I'm not trying to be

6    (indiscernible) disrespect or --

7              UNIDENTIFIED:  No, no.  I -- we understand

8    that, but I know one of the federal agents is gonna

9    stay here.  Probably (indiscernible) been working

10   (indiscernible) on this so he's gonna stay here during

11   -- while we talk as well.

12             EUGENE:  Okay.

13             UNIDENTIFIED:  Okay.

14             UNIDENTIFIED:  That's fine.

15             EUGENE:  I'll say anything to you guys about

16   (indiscernible) family, my woman, my kid, my mom --

17             UNIDENTIFIED:  Your -- your -- your woman's

18   involved in that (indiscernible) but we can -- but if

19   you want to work with us, we can definitely work

20   something out --

21             EUGENE:  (Indiscernible) the only way I'm

22   gonna work -- help you guys out is if I get some type

23   of -- on paper that everything (indiscernible) gonna be

24   good.

25             UNIDENTIFIED:  How -- how about

1   (indiscernible) play grounds.  You tell us what you've

2   got in the house, and I'll make you a deal that unless

3   we find a dead body or something in here, you're taking

4   credit for everything in this house, right?  Not your

5   woman?

6           EUGENE:  No.

7           UNIDENTIFIED:  It's gonna be you.  Right?

8           EUGENE:  Yes, sir.

9           UNIDENTIFIED:  Okay.

10          EUGENE:  She has nothing to do with it.

11          UNIDENTIFIED:  You're taking credit for

12  everything -- let's start off with (indiscernible) even

13  play ground

14          UNIDENTIFIED:  (Indiscernible) I've watched -

15  - I've wanted to -- (indiscernible) come around

16  (indiscernible)

17          UNIDENTIFIED:  And does camera surveillance

18  and --

19          EUGENE:  (Indiscernible) cocaine and

20  (indiscernible).  Okay.  I'm not --

21          UNIDENTIFIED:  These -- these -- these are

22  not open for debate.  These are just facts

23  (indiscernible)

24          EUGENE:  Why?

25          UNIDENTIFIED:  You have to acknowledge these

1  facts.  Do you acknowledge those facts?

2  (Indiscernible) are you acknowledging those facts?

3            EUGENE:  (Indiscernible) lie to you --

4            UNIDENTIFIED:  I'm not worried about.  Okay.

5  We've got you.  You're worried about your woman right

6  now.

7            UNIDENTIFIED:  Yeah.

8            UNIDENTIFIED:  Let's clear that up.

9            UNIDENTIFIED:  Okay.  (Indiscernible) cocaine

10  was stolen, right?

11            EUGENE:  I don't know.

12            UNIDENTIFIED:  You don't know.

13            UNIDENTIFIED:  You're nodding your head yes.

14  I -- I need to hear it (indiscernible).  I want to make

15  you can (indiscernible).  I want to make sure we

16  understand each other.  I don't want (indiscernible)

17            EUGENE:  Yeah.

18            UNIDENTIFIED:  Okay.  So yes?  But you're

19  saying that you want her to go to for free, with no

20  charges although she has conspired (indiscernible)

21  aiding and abetting your drug trafficking

22  (indiscernible).  You'd have to have some really good

23  to get the district attorney's to not charge her.

24  (Indiscernible) won't be charged, however, we need to

25  talk to the district attorney or Mike (indiscernible)

1   United States Prosecutor's Office and say, "You know,

2   Eugene's being very cooperative here.  In consideration

3   of his cooperation, we don't want to see Corrine

4   charged."

5           EUGENE:  Okay.

6           UNIDENTIFIED:  They have the final say.

7           UNIDENTIFIED:  Right.

8           UNIDENTIFIED:  We only get a recommendation

9   on that.  Do you understand what I'm saying?

10          EUGENE:  All right.

11          UNIDENTIFIED:  And -- and by talking to us,

12  you get a chance to say (indiscernible) we got, but you

13  get a chance to say (indiscernible)

14          EUGENE:  As long as she's not charged with

15  (indiscernible) very cooperative --

16          UNIDENTIFIED:  This -- this is a good reason

17  for you talk to because otherwise, we just take the

18  facts and everybody gets charged.  If you want to step

19  forward and you're willing to say, "It's all me."  I'm

20  the one and then you explain it to us so that we

21  understand what's going on, then that's gonna help --

22  help her out drastically compared to us just taking the

23  facts of her going (indiscernible).  As we see it right

24  now, she's just involved as you are because she's

25  getting packaging material, she's helping with counter

```
 1   surveillance, cutting material, she's doing counter
 2   surveillance and stuff like that.
 3              EUGENE:  What's counter surveillance?
 4              UNIDENTIFIED:  That's watching us.  Kind of
 5   like when you were videotaping us that morning?
 6              UNIDENTIFIED:  (Indiscernible) that you won't
 7   arrest her today?
 8              UNIDENTIFIED:  Yeah, I -- I can do that.
 9              UNIDENTIFIED:  (Indiscernible) it don't
10   (indiscernible)
11              UNIDENTIFIED:  You're in handcuffs.  You're
12   probably gonna go to jail today.  Okay.  You're
13   probably -- it's gonna take really good information
14   from you to avoid going to jail today.  (Indiscernible)
15   will not be going to jail today and we will talk to the
16   district attorney and the U.S. Prosecutor, if need be,
17   and recommend that she never be charged with what we
18   find here today.
19              EUGENE:  Okay.
20              UNIDENTIFIED:  However, that's the best thing
21   we can do.  We're not gonna -- we can't promise you
22   what we can't deliver.
23              EUGENE:  All right.  Well I just -- so what
24   you guys find here today (indiscernible) are you
25   charging me with?
```

1          UNIDENTIFIED:  This is -- this is -- well,

2     we're not gonna -- we're not gonna play our hand and

3     we're not done with our search yet.  We'll be searching

4     here for quite a while.  We've got my dog to come

5     through here.

6          EUGENE:  Okay.

7          UNIDENTIFIED:  So it's gonna be for quite a

8     while.

9          UNIDENTIFIED:  This is what -- this is --

10    this is what I'd like -- this is what I'd like to see.

11    If you wanted to go ahead and work with us, we can go

12    ahead and we've helped people out all the way from

13    people who haven't worked very much, just getting out

14    of the federal system (indiscernible), all the way to

15    I've had an informant that hasn't got charged at all

16    yet they -- they did such a good job.  Now, what

17    happens is gonna 100% come from what you're willing to

18    do and not willing to do.  If you're willing to just

19    help us out a little bit, you get a little bit of help

20    from us.  If you're willing to help us out a lot, we go

21    to bat for you and we bargain -- I mean, we get

22    everything that could possibly happen.  We've done as

23    much as --

24          UNIDENTIFIED:  Right.

25          EUGENE:  Let's do all the bullshit.  I'll

1    help you guys.  I just want to know what the hell we're

2    being charged with, what do you guys have --

3              UNIDENTIFIED:  You're being charged with the

4    distribution of cocaine.

5              UNIDENTIFIED:  Yes, I understand that.  I

6    mean, --

7              UNIDENTIFIED:  I'm not sure what else you

8    want me -- want me to tell you.  I mean, it's solid,

9    it's recorded, I -- we can hear your voice on it.  I

10   mean, I don't know what else.  I mean, is -- is there

11   any chance we're gonna lose the case, I couldn't

12   imagine.

13             UNIDENTIFIED:  And what would be the

14   additional charges that we have here today is that we

15   have (indiscernible) possession of a weapon.

16             EUGENE:  Right.

17             UNIDENTIFIED:  You say they're not your guns

18   even though they're here.

19             UNIDENTIFIED:  We got -- we got

20   (indiscernible)

21             EUGENE:  Yeah, in my family though.

22             UNIDENTIFIED:  (Indiscernible) prohibited

23   from having a firearm.  (Indiscernible) in the bedroom,

24   on top of the TV (indiscernible) dresser in the master

25   bedroom --

1           EUGENE:  All right.

2           UNIDENTIFIED:  -- that is in your possession.

3    You -- you know there's two weapons downstairs.  You're

4    -- five year per weapon (indiscernible)

5           UNIDENTIFIED:  (Indiscernible) federal

6    charge.  You're a prohibited person in possession of a

7    weapon.  Also for the ammunition, you're prohibited.

8           EUGENE:  All right.

9           UNIDENTIFIED:  Under federal rules.  You

10   understand that, right?

11          EUGENE:  Yeah, I understand.

12          UNIDENTIFIED:  You got -- so if you want to

13   keep this (indiscernible) state court system and

14   (indiscernible) weapons and narcotics and stuff like

15   that, (indiscernible).

16          EUGENE:  What do you guys want?

17          UNIDENTIFIED:  What we want?

18          UNIDENTIFIED:  Tell me what you want.

19          UNIDENTIFIED:  First of all, I want to know

20   what's in the house?

21          EUGENE:  Nothing.

22          UNIDENTIFIED:  Absolutely nothing

23   (indiscernible).  Where your money?

24          EUGENE:  I don't have none.

25          UNIDENTIFIED:  Where's your --

 1              UNIDENTIFIED:  What do you do with your

 2    money?

 3              EUGENE:  I don't really make none.

 4              UNIDENTIFIED:  You -- you -- you

 5    (indiscernible) bought cocaine from you -- I'm not

 6    gonna say how many times -- you were given -- you were

 7    getting currency for that cocaine, what did you do with

 8    the money you were given?

 9              EUGENE:  I do my cocaine, I do a lot of weed.

10    I do a lot of weed and coke.

11              UNIDENTIFIED:  So what you're saying is

12    everything that you sold --

13              EUGENE:  I snort a lot and I (indiscernible)

14              UNIDENTIFIED:  Can you --

15              UNIDENTIFIED:  -- a bunch of weed.  I buy a

16    lot of weed.

17              EUGENE:  Can you go buy right now?

18              EUGENE:  What?

19              UNIDENTIFIED:  Cocaine.

20              UNIDENTIFIED:  Coke.

21              EUGENE:  I imagine I could, dog.

22              UNIDENTIFIED:  That's what's gonna help you

23    out.

24              UNIDENTIFIED:  Okay.  (Indiscernible)

25              EUGENE:  Somebody who's not --

```
 1              UNIDENTIFIED:  Everything you do helps you
 2    out.
 3              EUGENE:  I mean, I want it on paper
 4    (indiscernible).  I can -- I can give you what you want
 5    --
 6              UNIDENTIFIED:  Eugene -- Eugene -- there's
 7    nothing on paper.  (Indiscernible)
 8              EUGENE:  Maybe you guys will (indiscernible)
 9    warrant (indiscernible) --
10              UNIDENTIFIED:  I'll -- I'll -- I'll tell you
11    -- I'll tell you this Eugene, we just -- we don't -- we
12    don't put it on paper because we don't know what you're
13    gonna do for us.  Every time we've done that we've
14    gotten, frankly, screwed for, but I'll tell you this
15    right now, if we work with you and we don't do right by
16    you that word travels out there so quickly -- I've done
17    right by every single one of my informants.  You'll
18    never hear anybody --
19              EUGENE:  I don't go by word, dog.
20              UNIDENTIFIED:  Say differently.
21              UNIDENTIFIED:  You know, I'm not saying that
22    your word is not good --
23              EUGENE:  No, I understand.
24              UNIDENTIFIED:  That's not -- that's not what
25    I'm saying.
```

```
 1              UNIDENTIFIED:  No, I know.  You just don't
 2   know my word, right now.
 3              EUGENE:  Exactly.
 4              UNIDENTIFIED:  (Indiscernible) but that's
 5   another (indiscernible)
 6              EUGENE:  Last time I seen you guys, you had
 7   ski masks on (indiscernible)
 8              UNIDENTIFIED:  Yeah.
 9              EUGENE:  You guys violated my civil rights.
10   You guys did.
11              UNIDENTIFIED:  You're just saying they did.
12              EUGENE:  No, it's on tape, and I -- I got two
13   years to prosecute (indiscernible) Mr. Saddleburg
14   (phonetic) told me --
15              UNIDENTIFIED:  Mr. Saddleburg (phonetic) will
16   take your money and you'll never see your day in court.
17   Okay?
18              UNIDENTIFIED:  (Indiscernible)
19              EUGENE:  All right.
20              UNIDENTIFIED:  I'm not gonna tell you what
21   you (indiscernible) and I'm not sweating it
22   (indiscernible)
23              EUGENE:  I know.  I'm not trying to be a
24   dickhead or --
25              UNIDENTIFIED:  No, I understand.
```

1          EUGENE:  I'm just trying to tell you, tell me

2  what you want and what --

3          UNIDENTIFIED:  If they violated your civil

4  rights --

5          UNIDENTIFIED:  This -- this is what I want.

6  I want to know who you can buy from, and then from

7  there, I'm not saying you'll gonna buy from them, I

8  want to know who you can, and from there we can get a

9  better idea of what kind of deals and what we can work

10  with and talk to the DA's office and stuff like that.

11  But I'll guarantee that you're not ever gonna see

12  anything in paper, but everything we promised you is on

13  tape.  Okay.  So if we promised it to you, you're gonna

14  get it.  That's the reason we're being so vague on what

15  we're gonna promise you.  Because if I say, "Hey man,

16  if you go out and do a buy right now, we're gonna --

17  we're gonna get you scot free.  You go out and you buy

18  from fricking Perry Johnson down the street or

19  something like that, well, that ain't worth it."  I

20  mean, you're a bigger fish than Perry is so why would

21  we even care about him.  We're gonna want to know

22  concrete people.  We're gonna know what you can and

23  can't do.  And then too, if you say you can do it,

24  we'll promise the world, promise oh, I can get Lamont,

25  I can go get all these guys, but when it comes down to

1    it, they can't.  They end up giving us someone else.

2    So if you want us to make deals from you, --

3              UNIDENTIFIED:  I know one or two people.  I

4    mean --

5              UNIDENTIFIED:  I can give you a name

6    (indiscernible)

7              UNIDENTIFIED:  He's not gonna mention someone

8    else that we don't know.

9              EUGENE:  Fuck man.  How does that work?  I

10   mean, you just come here and tell me --

11             UNIDENTIFIED:  Exactly.

12             EUGENE:  Man.

13             UNIDENTIFIED:  If you decide to work -- if

14   you decide to work for us today, there's a good chance

15   you're not gonna go to jail today.  We'll still forward

16   charges because that's what we need to plea against and

17   you'll get a chance to work against those charges and

18   do stuff and get what's called mitigated -- I'm sure

19   you know what a mitigated is.  Right?

20             EUGENE:  No, I don't.

21             UNIDENTIFIED:  Mitigated basically says,

22   "It's gonna say okay, he did this, but look what he did

23   for us."  Okay.  And it's not -- it's not an even --

24   even deal.  You kind of say okay, well, they bought

25   some shit this amount of time and they got this amount

1  of dope, all I need to do buy that amount of times and

2  that amount of dope and this one disappears.  It's --

3  it's definitely loop sided.  You need to do a heck of a

4  lot more for us than we got out of you for us to even

5  consider -- you know what I mean?

6          EUGENE:  Right.

7          UNIDENTIFIED:  We're -- we're going up, we're

8  not going straight across or down or anything like

9  that.

10          EUGENE:  There's nothing here though.

11 Really.

12          UNIDENTIFIED:  Well, what can -- what can you

13 buy (indiscernible)

14          UNIDENTIFIED:  We'll -- we'll be honest here

15 (indiscernible).  What's gonna happen today is --

16          UNIDENTIFIED:  I don't care about the recon -

17 - we're looking for --

18          UNIDENTIFIED:  It's as simple as that.

19 You're gonna go to prison today if you don't cooperate.

20 (Indiscernible) an opportunity to minimize the amount

21 of time you're gonna spend in jail.

22          EUGENE:  I don't want no time.  What have I

23 got to do to get no time?

24          UNIDENTIFIED:  Oh, I would suggest

25 (indiscernible)

1           UNIDENTIFIED:  You -- you would have to --

2           UNIDENTIFIED:  I don't -- I don't think

3    you're big enough --

4           UNIDENTIFIED:  Do you know where Osama Bin

5    Laden is -- I don't think you're big enough.

6           EUGENE:  No, I don't know where --

7           UNIDENTIFIED:  I'll be honest.  I don't think

8    you're big enough.  You'd have to -- you'd have to

9    prove a hell of a lot to him to even --

10          EUGENE:  I'll get screwed.  I'm not taking --

11          UNIDENTIFIED:  Are you sure?

12          UNIDENTIFIED:  Unless you can --

13          EUGENE:  I'm not big enough though.

14          UNIDENTIFIED:  Maybe I'm wrong.

15          UNIDENTIFIED:  I didn't say that.

16          UNIDENTIFIED:  (Indiscernible) what you just

17   told me.  I don't think you are.  You'd have to prove

18   (indiscernible)

19          UNIDENTIFIED:  I -- I --

20          UNIDENTIFIED:  I have more faith in you

21   (indiscernible)

22          UNIDENTIFIED:  I'll walk away from this is

23   you --

24          UNIDENTIFIED:  No, I'm not disappointed in

25   you.  Don't go nowhere.  I trust you more than anybody

1    else in here, for some reason right now.  So --

2                EUGENE:  I got nothing to gain out of this.

3                UNIDENTIFIED:  I'm actually just --

4                EUGENE:  You have everything to --

5                UNIDENTIFIED:  Here -- here's -- here's a

6    couple scenarios.  Say, if you're looking at -- what's

7    a B-felony, what kind of time do you get for a B-

8    felony?

9                UNIDENTIFIED:  Five to 10.

10               UNIDENTIFIED:  You get five to 10 for a B-

11   felony.  Plus -- plus you add the guns, you add

12   everything else.  Say you're looking at 10 years.

13   Okay.  If you work -- if you go and get us a couple

14   ounces today, now, all of a sudden we're down to say

15   seven, seven and a half.  I -- I can't guarantee what

16   you would get, but this is an example.  Okay.  Then you

17   buy some more and you just -- you -- you work done.

18   Now, is it across the board -- you go get us a couple

19   ounces, you're at zero, no, absolutely not.  Most

20   people don't get to zero.  I've had one informant get

21   to zero.  I'm fighting for another one to get there,

22   but I don't know if that's gonna happen.  But I'll say

23   this, the one that -- the one that -- the ones that

24   haven't got to zero, have got serious time reduced.

25   You know what I mean?  We're talking people who were

1   looking at 15 to life, and now they're looking at two

2   years probation or they're looking at two years

3   (indiscernible)

4           EUGENE:  But I don't want nothing.

5           UNIDENTIFIED:  You know what I'm saying?

6           EUGENE:  I don't want no jail time.

7           UNIDENTIFIED:  Well, no one wants anything,

8   but what you're trying to do is make a trade.  Is it --

9   is it --

10          EUGENE:  It's for my freedom.

11          UNIDENTIFIED:  Is it -- is it 10 years away

12  from your family or do you want two years away from

13  your family.

14          EUGENE:  I don't want no time.

15          UNIDENTIFIED:  You'd have to be able to

16  produce something magnificent.  I mean, I -- I don't

17  know.  You know.  I know you can definitely get some

18  time off.  I'm not - maybe you can't.  I'm -- that --

19  that's something that you can --

20          EUGENE:  I just want no time -- tell me what

21  I got to do to get no time and then we can work it out.

22          UNIDENTIFIED:  See -- see that's not gonna

23  happen.  It doesn't happen that way.  You have to work

24  down to the time you have.

25          EUGENE:  I don't understand that.

1          UNIDENTIFIED:   What you would basically do is
2   we take --
3          UNIDENTIFIED:   It's not like that.
4   (Indiscernible)
5          UNIDENTIFIED:   You can't?
6          UNIDENTIFIED:   No, I can't.
7          UNIDENTIFIED:   You can't.
8          UNIDENTIFIED:   We honestly can't.   What we
9   basically do, Eugene, is we go and say you wanted to
10  work for us, as we go, we do buys, and the more buys
11  that we do, work for you.   Okay.   (Indiscernible)
12         UNIDENTIFIED:   I can buy it (indiscernible).
13  I'm not gonna lie to you.   I'm not gonna sit here and
14  bullshit you because I get nothing out of.   I mean,
15  simple as that.   I -- I can lie to you right now and
16  say, yeah, you're not gonna do any time
17  (indiscernible).   I'm legally allowed to tell you that.
18  You know that, right?   Are you aware of that?
19         EUGENE:   I --
20         UNIDENTIFIED:   I'm legally allowed to lie to
21  you and tell you, "Yeah, you can get no time," and have
22  you step (indiscernible).   I can legally do that today.
23         UNIDENTIFIED:   I don't give a shit.   I'm not
24  gonna do that today.   I don't care.   (Indiscernible) or
25  you're free the next 10 years, it doesn't affect me.

1  You understand what I'm saying?  It affects you, which
2  is why he's giving you the opportunity to work on your
3  behalf.
4           UNIDENTIFIED:  What -- what I do is I take
5  what you've done and I go to the DA's office and I
6  argue for how much time is off.
7           EUGENE:  I don't want time off.
8           UNIDENTIFIED:  You're not gonna --
9           UNIDENTIFIED:  You're already -- you're
10 already trying to get (indiscernible).  We can talk to
11 the district attorney about doing that.  Your whole
12 world (indiscernible)
13          UNIDENTIFIED:  We -- we have a way better
14 chance with her than we do with you.
15          UNIDENTIFIED:  You see, you're already --
16          UNIDENTIFIED:  We won't oppose Corrine not
17 going to prison, do you understand what I'm saying
18 here.  You're not just working for yourself, you're
19 working for her.
20          EUGENE:  (Indiscernible) my family will go
21 free (indiscernible).  Bottom line, you got that on
22 tape.  That is my word as a man.
23          UNIDENTIFIED:  Can -- can I ask
24 (indiscernible) of you.  Can I ask that you at least
25 tell me what you can do so I can talk to the DA's

1    office?  I don't want to give you a promise I can't
2    make.
3                    UNIDENTIFIED:  Amen.
4                    UNIDENTIFIED:  You let me know what you can
5    do, I can talk to the DA's office.
6                    EUGENE:  I can -- I can get whatever I want.
7                    UNIDENTIFIED:  (Indiscernible)
8                    UNIDENTIFIED:  We're gonna have to --
9                    UNIDENTIFIED:  That's not gonna help me
10   though.
11                   UNIDENTIFIED:  You're right.  It won't.
12                   EUGENE:  (Indiscernible) on paper --
13                   UNIDENTIFIED:  It helps cops understand
14   (indiscernible)
15                   EUGENE:  More people see --
16                   UNIDENTIFIED:  -- see more cops out here
17   outside --
18                   EUGENE:  Black people won't be able to
19   (indiscernible)
20                   UNIDENTIFIED:  It's already gonna
21   (indiscernible) you're gonna have to work with
22   (indiscernible)
23                   UNIDENTIFIED:  You need to (indiscernible)
24   very quick then.  You need to start talking very
25   quickly then.

```
 1              UNIDENTIFIED:  You -- you start -- you give
 2    us the names right now, I'll -- I'll call the DA's
 3    office and I'll say, "This is what he's willing to
 4    offer -- this is what he can do."  But until I've got
 5    something -- they're the ones that make the final
 6    decision.  All I do is play a middle man and basically
 7    it works out well for you because when they -- what
 8    they're gonna do is I'm gonna give you what they can --
 9    they're gonna say, "I'll give you this," and I can
10    argue for what I think you really deserve.  Okay.  Not
11    that I may get it or may not get it, but at least I'm
12    there.  If -- If I feel you do right by me -- I'll go
13    to (indiscernible) for you.
14              EUGENE:  I want guarantees --
15              UNIDENTIFIED:  No guarantees in this world --
16              UNIDENTIFIED:  Okay.  I -- I guarantee -- I
17              EUGENE:  I'm gonna have to sit on that then
18    cause --
19              UNIDENTIFIED:  I -- I guarantee that.
20              UNIDENTIFIED:  I want guarantees and I'll do
21    whatever humanly possible to do what you want
22    (indiscernible)
23              UNIDENTIFIED:  Okay.  I'll (indiscernible)
24              EUGENE:  Hey man --
25              UNIDENTIFIED:  I'll guarantee this.  You will
```

1    spend less considerably less time than you could've if

2    you work with us (indiscernible)

3              EUGENE:  (Indiscernible).  I am.

4              UNIDENTIFIED:  You won't go to jail today if

5    you decide to help.  Today.  But say you go out and you

6    don't do as well by us, eventually, you're gonna -- you

7    know, it's gonna be 100% up to you.  Do I think you can

8    work it off, oh, absolutely not, but there's always --

9              UNIDENTIFIED:  There's no faith then.

10             UNIDENTIFIED:  Why?

11             EUGENE:  You guys don't have faith.

12             UNIDENTIFIED:  What do --

13             EUGENE:  He's already said that I'm not big

14   enough to get whatever --

15             UNIDENTIFIED:  We have different beliefs in

16   what you're capable of.

17             UNIDENTIFIED:  Let me go.  We're wasting

18   time.  That's what it seems like.

19             EUGENE:  What -- what do you want -- what can

20   you give?

21             UNIDENTIFIED:  Well --

22             UNIDENTIFIED:  Hmm?

23             EUGENE:  I don't want no time (indiscernible)

24   no time.  (Indiscernible) my family -- you can get

25   whatever you want.  Obviously there's something else

1    out there that you'd rather have.

2         UNIDENTIFIED:  I'd rather have the people

3    above you.  Who can you get me.

4         EUGENE:  Man.

5         UNIDENTIFIED:  I'm not gonna make you a blank

6    promise that I -- I don't -- you haven't given me

7    anybody you even know of.  You tell me you want -- want

8    one of the other people either we already have or that

9    doesn't work.  I mean, you're trying to get me to make

10   a promise of something and you've given me nothing to

11   deal with.  I need to go --

12        EUGENE:  I won't give up any names or any of

13   that.  All I'm saying is I need promises.

14        UNIDENTIFIED:  That's -- that's not gonna

15   happen.  All I can promise is that I'm gonna take the

16   names to the DA's office and say, "This is what he can

17   do, can we work with him?"

18        UNIDENTIFIED:  Well, I promise you what I'll

19   try to do if you don't work.  I will promise you that I

20   will try to prosecute Corrine to the full extent of the

21   law.  I will promise you that.  And you know why --

22        EUGENE:  I do not --

23        UNIDENTIFIED:  You're talking five years --

24        UNIDENTIFIED:  (Indiscernible) free if she

25   goes (indiscernible).  It doesn't affect me.  It

1    doesn't affect me.

2              UNIDENTIFIED:  You should work.

3              UNIDENTIFIED:  You can rid of --

4              UNIDENTIFIED:  So at least -- you know, at

5    least you're getting rid of one charge right there.

6              UNIDENTIFIED:  Three guns and a --

7    (indiscernible) with your cooperation.  I can charge

8    (indiscernible) without buying (indiscernible)

9              EUGENE:  I can get you whoever you want

10   (indiscernible)

11             UNIDENTIFIED:  There's no -- there's no

12   guarantee to walk free.  Can't do it.

13             UNIDENTIFIED:  You've got a birdie -- we've

14   got one in hand on that issue --

15             UNIDENTIFIED:  (Indiscernible) two

16   (indiscernible)

17             UNIDENTIFIED:  Too many -- too many fake

18   promises, too many things in the past.  There's no way.

19             EUGENE:  With me?

20             UNIDENTIFIED:  No.

21             EUGENE:  Okay.

22             UNIDENTIFIED:  Just people in general.

23             UNIDENTIFIED:  You've got to tell us

24   something that we don't already know to (indiscernible)

25             EUGENE:  Excuse me?

1          UNIDENTIFIED:  Tell us something we don't
2    already know.
3          UNIDENTIFIED:  Tell us where Keith is at
4    right now.
5          EUGENE:  I'd probably go -- I know where all
6    of them at.  Probably three or four of them at one
7    time.  But I might be big enough so what I'm saying is
8    --
9          UNIDENTIFIED:  I didn't say that.
10          EUGENE:  -- if I tell you that, we walk away.
11    Man -- Man, from where I come from snitches don't live
12    long.  I need some guarantees.
13          UNIDENTIFIED:  Where -- where do you come
14    from?
15          EUGENE:  Down in (indiscernible)
16          UNIDENTIFIED:  In Fairbanks, Alaska
17    (indiscernible)
18          UNIDENTIFIED:  What snitches died in
19    Fairbanks, Alaska?
20          EUGENE:  None so far.
21          UNIDENTIFIED:  Exactly.
22          EUGENE:  But I see a whole bunch always going
23    to jail and already out.  That's what I want.
24          UNIDENTIFIED:  People who worked or didn't
25    work with us?

1          UNIDENTIFIED:  I don't know, but that's what
2     I want.
3          UNIDENTIFIED:  The people that don't work
4     with us (indiscernible)
5          EUGENE:  (Indiscernible).  I want -- I don't
6     want no charges.  No guns, no -- no residue --
7          UNIDENTIFIED:  We're not -- we're not --
8          EUGENE:  None of those charges.  I don't want
9     none of them.
10          UNIDENTIFIED:  We don't know what you can do.
11     It's something that's gonna take a long time for you to
12     work off and it's not something we can -- we're gonna
13     guarantee it today.  It's -- it's just -- I'm being
14     honest with you.  That's just the way it is, Eugene.
15          EUGENE:  Okay.  Then --
16          UNIDENTIFIED:  We can help you out --
17          EUGENE:  I guess there's nothing I can say,
18     man.  If there's no guarantees because --
19          UNIDENTIFIED:  There ain't no guarantees for
20     lying either man.
21          EUGENE:  Yes, sir.  Listen, my whole life has
22     been like that.
23          UNIDENTIFIED:  No guarantees.
24          UNIDENTIFIED:  So why do you need a guarantee
25     today?  You said your whole life was done for no

1   guarantees.  Why do you have to have --

2            UNIDENTIFIED:  Because you're white man.  You

3   guys can (indiscernible) whatever (indiscernible)

4            UNIDENTIFIED:  What's white?  What does that

5   mean?

6            EUGENE:  You guys run the -- you guys -- you

7   guys are in charge.

8            UNIDENTIFIED:  White man's world -- it's a

9   man's world.

10           UNIDENTIFIED:  I have black officers who work

11  with me too.  They pull the same collar I did.  I mean,

12  -- it's just -- just my case.

13           EUGENE:  (Indiscernible)

14           UNIDENTIFIED:  Yes, sir.

15           UNIDENTIFIED:  It --

16           UNIDENTIFIED:  (Indiscernible)

17           UNIDENTIFIED:  It's -- it's just the way --

18  it's just the way --

19           EUGENE:  No, that's not what I'm saying

20  though.  You guys -- you guys are trying to make me --

21           UNIDENTIFIED:  No, we're just letting you

22  know that your last comment (indiscernible)

23           UNIDENTIFIED:  If we were trying to con you -

24  - I'd say -- if we were trying to con you I'd say,

25  "Heck ya, you get us that and you'll walk free," but

1   I'm not conning you.  I'm trying to be flat out honest
2   with you.
3                  UNIDENTIFIED:  We're very professional.  We
4   don't mean nothing personal against you, but I've seen
5   a whole lot --
6                  UNIDENTIFIED:  We -- we've treated you
7   politely -- we treated your family politely.
8                  EUGENE:  I appreciate that.
9                  UNIDENTIFIED:  We -- everything we --
10  everything we offer you --
11                 EUGENE:  You ain't offered me nothing yet.
12                 UNIDENTIFIED:  Well, we're offering you our -
13  -
14                 UNIDENTIFIED:  We offered to tell the
15  district attorney --
16                 UNIDENTIFIED:  We told you the truth.
17                 UNIDENTIFIED:  That's the truth.  That's what
18  we've offered.  We've offered to talk to the district
19  attorney for you.
20                 EUGENE:  I don't want to just talk, I want
21  action --
22                 UNIDENTIFIED:  If you cooperate --
23                 UNIDENTIFIED:  If you're gonna get --
24                 UNIDENTIFIED:  You're not giving us --
25                 EUGENE:  I can give you that perp right now,

```
 1   but we're gonna walking free.  Right now.
 2              UNIDENTIFIED:  Today?
 3              UNIDENTIFIED:  Today.
 4              EUGENE:  It ain't gonna --
 5              UNIDENTIFIED:  The -- the problem with that
 6   is, honestly, --
 7              EUGENE:  (Indiscernible) this will be --
 8   fucking mile away from here --
 9              UNIDENTIFIED:  Who's is it?
10              UNIDENTIFIED:  At least give me somebody's
11   name to call the DA's office with.  Something to work
12   with to --
13              EUGENE:  I need -- I need more than just
14   talking to the DA on my behalf, man.  Because man, that
15   doesn't even sound right, it sounds like I'm getting
16   screwed -- regardless -- if I go that way or this way.
17   Except I go to jail, I won't be a snitch.
18              UNIDENTIFIED:  (Indiscernible) you're screwed
19   and you're not gonna --
20              UNIDENTIFIED:  That's true (indiscernible)
21              EUGENE:  If I go to federal jail, snitches
22   don't --
23              UNIDENTIFIED:  What, are you kidding?  Eighty
24   percent of all federal cases involve our own informants
25   right now.  Eighty percent -- cases involve plea
```

1  negations (indiscernible) cooperate with -- 80%

2  nationwide.  (Indiscernible)

3           UNIDENTIFIED:  That's why 80% of people in

4  your -- your position cooperate.  The few that don't,

5  go to jail, their home is shit.  Everybody else in here

6  cooperated and I didn't.  I'm serious about that.

7           UNIDENTIFIED:  The people who spend the time

8  are the people who don't cooperate.  You serve

9  considerable more time.

10          UNIDENTIFIED:  I've been a cop now for 18

11  years, the last eight years for DEA.  I've had two

12  cases go to trial.  Dude, that's it.  Everybody else --

13          UNIDENTIFIED:  You can walk away from this --

14          EUGENE:  I'm gonna walk away from this.  I

15  do.  I'm gonna go sit down and (indiscernible)

16          UNIDENTIFIED:  I know you want to walk away -

17  -

18          UNIDENTIFIED:  You can -- you can -- you can

19  walk -- we can not arrest you today, but what I'm

20  saying is we're gonna hold those charges over you while

21  you produce.  I'm not gonna say, "Yeah, you can walk

22  free today," you walk out of here, I'm gonna -- you're

23  gonna have to check in with me, you're gonna have to

24  call me once a day and say, "Hey, Jeff, this is what

25  I'm doing -- this is what's going on -- hey, I think I

1    can buy from so and so -- or so and so's got dope --
2    I'm working on it."  It's gonna -- it's -- it's --
3              UNIDENTIFIED:  (Indiscernible)
4              UNIDENTIFIED:  No, you're --
5              EUGENE:  I don't get down like that.  Check
6    with anybody I buy from.
7              UNIDENTIFIED:  Half key keys is all we want.
8              UNIDENTIFIED:  (Indiscernible) I'm serious
9    about that.
10             EUGENE:  So I can go?
11             UNIDENTIFIED:  No.
12             EUGENE:  We can go get it right now.
13             UNIDENTIFIED:  To -- today?
14             EUGENE:  Right now.
15             UNIDENTIFIED:  Yeah.
16             UNIDENTIFIED:  We're not saying you're gonna
17   walk free forever though.
18             EUGENE:  I need all charges today that are
19   pending against me be dropped.
20             UNIDENTIFIED:  No.
21             EUGENE:  Against me and my family
22   (indiscernible)
23             UNIDENTIFIED:  Not today.
24             UNIDENTIFIED:  No, no.
25             UNIDENTIFIED:  I'm not gonna sign off on that

1  today.  Nothing (indiscernible)

2          UNIDENTIFIED:  It -- it's a process.  It's

3  something you work off over -- over several months you

4  work on.

5          UNIDENTIFIED:  Cause we have --

6          EUGENE:  It all -- it all depends on how bad

7  you guys want a big bust then because --

8          UNIDENTIFIED:  If we don't get it from you,

9  we're gonna get it from someone else.

10          EUGENE:  I know.  This is how it goes.

11          UNIDENTIFIED:  Exactly.

12          UNIDENTIFIED:  I mean --

13          UNIDENTIFIED:  Well, we're giving you the

14  chance to work on it --

15          EUGENE:  And I do want to help, but

16  (indiscernible)

17          UNIDENTIFIED:  Not that bad.

18          EUGENE:  I do, but I need some guarantees.

19          UNIDENTIFIED:  There's no guarantee.

20          UNIDENTIFIED:  The only guarantee you're

21  gonna get is that we'll talk to the DA (indiscernible)

22  you and Corrine will go to jail today.  That's the only

23  chance you're gonna have.  That's the only guarantee we

24  can give you today.  If you agree to cooperate.

25  (Indiscernible) buy as much as you can, what you can --

1    (indiscernible) we want to know, for intelligent

2    purposes, everybody you know who's been selling drugs

3    (indiscernible).  No secrets.  That's called full

4    cooperation (indiscernible).  (Indiscernible) you have

5    to be completely straightforward with Jeff here.  You

6    have to tell --

7                 UNIDENTIFIED:  I'm fine with (indiscernible)

8                 UNIDENTIFIED:  (Indiscernible)

9                 UNIDENTIFIED:  So far -- so far you haven't

10   lied, and I respect that.  I do respect that.  But

11   you're not giving -- you're not blowing smoke up our

12   asses, and we're not blowing smoke up your ass.  Do you

13   understand what I'm saying?  Do you understand what I'm

14   saying?

15                 EUGENE:  For me to even become a snitch I

16   need some guarantees.

17                 UNIDENTIFIED:  There is no guarantee because

18   --

19                 EUGENE:  Then I'm not gonna snitch.  Okay.

20   Hey, I can get you that bird -- I can get you

21   (indiscernible)

22                 UNIDENTIFIED:  Look, give me a name so I can

23   go talk to my Sergeant, okay.  That's all I need is a

24   name and I'll go talk to him.  Okay?  I need something.

25   Not just that (indiscernible) -- everybody promises a

1   lot of drugs you can -- we need to know the person you

2   can get this from is truly a dealer.  We know all the

3   dealers -- you're not gonna give us a name we don't

4   know.  I can pretty much guarantee that.  It's just a

5   matter of being able to --

6           UNIDENTIFIED:  (Indiscernible) right?

7           EUGENE:  Yeah.

8           UNIDENTIFIED:  Okay.  So we're just curious -

9   -

10          EUGENE:  I'm just not trying to put no names

11  on tape and -- and all you're gonna do is talk with the

12  DA?  Man, that don't even sound right.

13          UNIDENTIFIED:  If -- if you --

14          EUGENE:  Well, it don't.

15          UNIDENTIFIED:  I'm gonna -- I'm gonna go talk

16  --

17          EUGENE:  It don't even sound right.

18          UNIDENTIFIED:  Eugene, I'm gonna go talk to

19  my Sergeant with the name is what I'm gonna do right

20  now and then I can walk back in there and give you a

21  better answer of what we can do.  Okay?

22          EUGENE:  I thought you were (indiscernible).

23  For real?

24          UNIDENTIFIED:  See, the deal is with him

25  though is he's gonna say -- you -- you would've already

1   been in jail if it was him.

2          EUGENE:  I know (indiscernible)

3          UNIDENTIFIED:  I'm -- I'm the person that

4   works with you.  I run the cases and I run it through

5   him.  He doesn't run the cases himself.  He doesn't

6   make deals.  I go to him and I try to negotiate a deal

7   with him.  If it was up to me, I'd say, "Hell yeah, you

8   know what, here's the deal, you get us three kilos

9   we'll let you walk."  But I can't make that promise.

10  So I have to go -- I have to go the DA's office and

11  basically argue with them and say, "This is what he can

12  get me, they're gonna say no, and I'm gonna say well,

13  if he can get us that, why can't we do that for him."

14  But I have to be able to have something to negotiate

15  with them about.

16         EUGENE:  I know.

17         UNIDENTIFIED:  It -- it's just the way it

18  goes.  DEA -- you know what they make their own calls -

19  - Mike can be where the buck stops right here.  I don't

20  -- I don't have that choice man.

21         EUGENE:  Dude, I'm not talking to anybody

22  that's in charge.  You've got to go through this guy,

23  that guy --

24         UNIDENTIFIED:  I'm the closest you're gonna

25  get in a person who's gonna get you the best deal.

1   I'll guarantee that.

2           EUGENE:  I don't know what to say.  I

3   appreciate you being a gentlemen with my family and me,

4   but hell, I really want to walk free from this.  I

5   don't want to have no charges is all I'm saying.

6           UNIDENTIFIED:  I don't know what you can get.

7           EUGENE:  (Indiscernible) I'm willing to go

8   get you -- help you.  I don't know -- you know what I'm

9   saying.  I just --

10          UNIDENTIFIED:  I can appreciate your

11  predicament -- you do what's best for you.  And I

12  personally, for my career -- (indiscernible)

13          UNIDENTIFIED:  (Indiscernible)

14          UNIDENTIFIED:  -- is best for everybody here,

15  but you -- you might not see it that way.

16          UNIDENTIFIED:  How about this?  If we can --

17  if we can get the guarantee that you get us one kilo

18  today, that we don't charge your wife.

19          EUGENE:  And I --

20          UNIDENTIFIED:  We're not talking about you

21  right now, we're talking about --

22          UNIDENTIFIED:  And you won't get charged with

23  the guns.

24          UNIDENTIFIED:  And the guns.

25          UNIDENTIFIED:  The ATF --

1           UNIDENTIFIED:  That's the deal we might be

2     able to work out with the DA's office.  I need to call

3     them up.  But we're gonna -- we're gonna set an amount

4     so if you get a half kilo, you'll get -- we'll help,

5     but we're not gonna give you the full deal.  That's a

6     deal we might be able to make today.  If you get us one

7     kilo today.

8           EUGENE:    I can.  I can do that.

9           UNIDENTIFIED:  One --

10          EUGENE:  But I want me and my family to walk

11    free from this.  I don't want to do time.

12          UNIDENTIFIED:  You're family -- you're family

13    is (indiscernible) you can do.

14          UNIDENTIFIED:  Yeah.

15          UNIDENTIFIED:  Your family is just --

16          UNIDENTIFIED:  That we know of --

17          EUGENE:  (Indiscernible) me walk -- that --

18    that's it.  I can get you whatever you want.

19          UNIDENTIFIED:  From a couple different

20    people.

21          UNIDENTIFIED:  Well, today -- what I'm trying

22    to negotiate now is just if you get us that one kilo

23    and you say you can get it, we can not charge, and I

24    have to approve this first, but I want to make sure --

25          EUGENE:  To leave here.

1         UNIDENTIFIED:  You're not -- you're not gonna
2    walk on the deal.
3         UNIDENTIFIED:  It might get you a mitigated
4    sentence.  Okay.  You're -- you're not a felon, are
5    you, Eugene?
6         EUGENE:  No.
7         UNIDENTIFIED:  We could maybe even
8    (indiscernible)
9         EUGENE:  I'm not a felon, I should be able to
10   walk from this if I help.  That's how I'm looking at
11   it.  That's my personal (indiscernible)
12        UNIDENTIFIED:  Well, you're not a felon, but
13   you know, the problem is -- and I don't know what -- I
14   don't know what these guys have talked to you about or
15   anything else, okay, --
16        UNIDENTIFIED:  (Indiscernible) promises --
17        UNIDENTIFIED:  Okay.
18        UNIDENTIFIED:  Basically, what I can tell you
19   is that we call the DA, we can talk to him, you can
20   work out a sentence agreement, maybe down the road you
21   can get it mitigated, you can have us testify on your
22   behalf for saying that you cooperated, I don't know if
23   you can get an SIS or what being a first time, but we
24   can probably work something out sentencing wise.  Okay.
25   The fact is, when you've got a bird in your hand, you

1    usually pull your hand, right?  Okay.  So we've got you

2    in our hand right now.  Okay.  You've got a choice you

3    can -- you can either help yourself or not.  Okay.  I

4    can't tell you what to do.  Okay.  All I can tell you

5    that is if you cooperate, as a general rule, the

6    district attorney's office gives you a lighter deal for

7    cooperation.  That's all I can tell you.  I can't make

8    any (indiscernible).  That's for the DA to do.  Now, I

9    can be a middleman and I can approach the DA for you,

10   but you know, right now you're pretty well solid.

11             EUGENE:  What do you mean?

12             UNIDENTIFIED:  We've got solid cases on you.

13   I mean, we are solid.  Dead solid cases.  Okay.  So

14   you've got a choice to either work, okay, and help

15   yourself out or go to jail.  And that's your choice.

16   Okay.  Not our choice.  Personally, I don't -- it

17   doesn't make any difference.  Like I told you earlier,

18   it's professional.  Okay.  It's not personal.  If I

19   took everybody out there personal, then that -- I'd

20   just eat myself up with hate.  Okay.  We're just about

21   ready for the drug dog.  So that's up to you.  I can't

22   tell you what to do.

23             UNIDENTIFIED:  It also helps to do with

24   anything because it gives you a chance to take credit

25   for anything that's at your mom's house and your

1    brother's house or anything like that.  Okay.

2            UNIDENTIFIED:  Give me a minute.

3            UNIDENTIFIED:  That -- that's where we're at.

4    So you got to make that decision.  You know, it's

5    unfortunate, but you don't have a lot of time to do

6    that.

7            UNIDENTIFIED:  Do you want to think about it

8    some more while we run the dogs through the house?

9            EUGENE:  Yeah, please.  Hey, can you grab me

10   a cigarette out of my bedroom, sir?

11           UNIDENTIFIED:  (Indiscernible) all right.

12           EUGENE:  They're around -- it's just an open

13   pack.

14           UNIDENTIFIED:  Good boy.

15           UNIDENTIFIED:  There's something not right

16   here.

17           UNIDENTIFIED:  We won -- we won the war on

18   (indiscernible)

19

20

21

22

23

24

25