U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 6

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: S/A Michael Foran  At: Fairbanks POD | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  12/01/2005 | |

9. Other Officers: AST Sgt. Ron Wall, Inv. Jess Carson, Inv. Jason Pugh, Inv. Bruce Barnett, Inv Steve Goetz, ATF S/A Eric Cohoon and the Fairbanks PD Tactical Team

10. Report Re: Execution of Search Warrant and Acquisition of Exhibits 7 through 10, N-2 through N-13 and Arrest of Jason COLETTE

**SYNOPSIS**

On November 28, 2005, a search warrant was executed at a residence in Fairbanks, Alaska. As a result of the warrant, 14 firearms, including a silenced machine gun, 650 grams of cocaine and $38.848.00 in U.S. currency were seized and one arrest was made.

**DETAILS**

1. On November 28, 2005, at approximately 1:40 p.m., the Fairbanks Police Department's Tactical Team executed a search warrant at 1038 Lakeview Terrace, Fairbanks, AK, the residence of Jason COLETTE. The state search warrant, #05-335, was obtained by AST Investigator Jess Carson and a Cooperating Source (CS).

2. When the warrant was executed, the residence, a trailer home, was occupied by Karen KOCH and KOCH's two minor children. KOCH and the children were taken from the residence and driven to the residence of a friend. It was later learned that KOCH contacted COLETTE and told COLETTE of the search warrant. Prior to KOCH leaving the area, S/A Foran and Sgt. Ron Wall spoke to KOCH. In response to questions, KOCH told S/A Foran that KOCH lived in the trailer and shared a bedroom with one of the children. KOCH denied staying in the trailer's master bedroom, the room with the big safe. KOCH stated that the master bedroom was used by "J" and another female, Sharon Powers. KOCH stated "J" as "Jason".

NOTE: Per Sgt. Wall, Sharon Powers was a former girlfriend of COLETTE.

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  S/A Michael Foran | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)  G/S Mark Payne | 15. Date |

DEA Form - 6
Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

000001

**U.S. Department of Justice**
**Drug Enforcement Administration**

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ████ | 2. G-DEP Identifier ████ |
| 3. File Title ████ | |

4. Page 2 of 6

5. Program Code

6. Date Prepared: 12/01/2005

*DRAFT*

3. A search of the master bedroom resulted in the discovery of a large safe and the seizure of a plastic bag containing approximately 31 gross grams of cocaine (Exhibit 9), an electronic scale with white residue (Exhibit N-5), narcotic packaging material (Exhibit N-6), a currency counter (Exhibit N-4), various documents identifying the occupants as Jason COLETTE and Karen KOCH (Exhibit N-7) and keys (Exhibit N-8). The white powdery residue on the electronic scale field tested positive for the presence of cocaine. These items were seized by S/A Foran

4. The safe in the master bedroom was locked and a locksmith was required to open the safe. Once the safe was opened, it was found to contain 14 firearms, including a machine gun equipped with a silencer, a brown plastic grocery bag containing 23 one ounce packages of cocaine (Exhibit 7), a separate bag containing 63 gross grams of cocaine (Exhibit 8), $38,848.00 U.S. currency (Exhibit N-2) and two ATF Form 4s, registration paperwork for the machine gun and silencer in the name of Jason COLETTE. COLETTE's photograph was attached to these forms. The firearms, silencer and ATF Forms were turned over to ATF S/A Eric Cohoon, via DEA Form 12.

5. Additional articles of evidence were seized from the living area of the residence. These items consisted of two address books (Exhibit N-9), miscellaneous documents (Exhibit N-10), a box for the electronic scale (Exhibit N-11), marijuana smoking devices (Exhibit N-12) and two digital memory cards containing photographs (Exhibit N-13). Seized from outside the residence was a Sea-Doo 215A Jet Boat (Exhibit N-3).

6. Shortly after the warrant was executed at 1038 Lakeview Terrace, Inv. Bruce Barnette and Inv. Jason Pugh entered COLETTE's business, Arctic Alarm and Audio, 1915 S. Cushman, Fairbanks. COLETTE was located and advised that a search warrant was being executed at COLETTE's residence. COLETTE became belligerent, was detained and found to be in possession of marijuana. COLETTE was arrested for the marijuana and transported to the Fairbanks Police Department (FPD). Once the search of the trailer was completed, S/A's Foran and Cohoon went to FPD and advised COLETTE that COLETTE was under arrest for Possessing a Controlled Substance With Intent to Distribute. COLETTE declined to talk to the agents and was transported to the Fairbanks Correction Center.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| [redacted] | [redacted] |

3. File Title [redacted]

4. Page 3 of 6

5. Program Code

6. Date Prepared: 12/01/2005

*DRAFT*

7. A separate state search was subsequently executed at Arctic Alarm and Audio. The DEA did not seize any evidence from the business. All evidence seized from the business was seized by the AST ABADE unit.

8. On November 29, 2005, while obtaining personal history information from, COLETTE, COLETTE identified Karen KOCH as COLETTE's girlfriend and stated that KOCH lived in the trailer with COLETTE. According to COLETTE no other adults lived in the trailer.

9. A subsequent records check revealed that KOCH was convicted of felony assault in 1996, thereby prohibited from possessing firearms. Charges against KOCH will be sought through the U.S. Attorney's Office.

## CUSTODY OF EVIDENCE

1. Exhibit 7 consists of approximately 679 gross grams of cocaine packaged in a brown plastic grocery bag. The exhibit was seized from a safe located at 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The FDIN number for the cocaine seizure was 2006022723. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the Western Regional Laboratory for analysis and safekeeping.

2. Exhibit 8 consists of approximately 63 gross grams of cocaine packaged in a clear plastic bag with a playing card. The exhibit was seized from a safe located at 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the Western Regional Laboratory for analysis and safekeeping.

3. Exhibit 9 consists of approximately 31 gross grams of cocaine packaged in a clear plastic bag with a playing card. The exhibit was seized from a dresser located at 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the Western Regional Laboratory for analysis and safekeeping.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| ███████ | ███████ |

3. File Title ███████

4. Page 4 of 6

5. Program Code

6. Date Prepared 12/01/2005

*DRAFT*

4. Exhibit 10 consists of approximately 42 gross grams of marijuana packaged in a clear plastic bag. The exhibit was seized from a safe located at 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the Western Regional Laboratory for analysis and safekeeping.

5. Exhibit N-2 consists of a First National Bank check, #25017674, for $38,848.00, payable to the U.S. Marshals Service. The currency used to obtain the check, was seized from a safe located at 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent the exhibit to the DEA Anchorage Seized Money Custodian for safekeeping and subsequent turnover to the USMS. A SSF was completed for the exhibit. The EPIC number for the bulk currency seizure was 611325.

6. Exhibit N-3 consists of a 2005 Sea-Doo 215A with a 2005 Karavan trailer. The jet boat and trailer was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was towed to an Alaska State Trooper impound lot for safekeeping and subsequent turnover to the USMS. A SSF was completed for the exhibit.

7. Exhibit N-4 consists of a Royal Sovereign cash counter. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

8. Exhibit N-5 consists of an electronic scale with white residue. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

9. Exhibit N-6 consists of numerous small glassine bags. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. Page 5 of 6 | | |
| 5. Program Code | 6. Date Prepared 12/01/2005 | |

*DRAFT*

Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

10. Exhibit N-7 consists of miscellaneous documents. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

11. Exhibit N-8 consists of keys and a business card. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

12. Exhibit N-9 consists of two address books. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

13. Exhibit N-10 consists of miscellaneous documents. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

14. Exhibit N-11 consists of a box for an electronic scale (Exhibit 5). The exhibit was seized from above the refrigerator in 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

15. Exhibit N-12 consists of marijuana smoking devices. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

EA Form - 6a
ul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▊ | 2. G-DEP Identifier ▊ |
| | 3. File Title ▊ | |
| 4. Page 6 of 6 | | |
| 5. Program Code | 6. Date Prepared 12/01/2005 | |

*DRAFT*

16. Exhibit N-13 consists of two digital memory cards containing photographs. The exhibit was seized from 1038 Lakeview Terrace, Fairbanks, AK, on November 28, 2005, by S/A Michael Foran. The exhibit was processed as evidence by S/A Foran, as witnessed by ATF S/A Cohoon, then sent to the DEA Anchorage NDEC for safekeeping.

**INDEXING**

1. ▊

2. 
EA Form - 6a
Jl. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
REPORT OF INVESTIGATION

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Seattle Field Division | Seattle Field Division<br>FY-06<br>Report 002 |

| TITLE OF INVESTIGATION: | |
|---|---|
| [redacted] | |
| CASE NUMBER: [redacted] | REPORT NUMBER: 2 |

COPY

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name) | SUBMITTED BY (Title and Office) | SUBMITTED BY (Date) |
|---|---|---|
| H. Eric Cohoon | Special Agent, Fairbanks Satellite Office | 12/02/2005 |
| **REVIEWED BY** (Name)<br>Bradley S. Earman | **REVIEWED BY** (Title and Office)<br>Resident Agent in Charge, Fairbanks Satellite Office | **REVIEWED BY** (Date) |
| **APPROVED BY** (Name)<br>Kelvin N. Crenshaw | **APPROVED BY** (Title and Office)<br>Special Agent in Charge, Seattle Field Division | **APPROVED BY** (Date) |

## DESCRIPTION OF ACTIVITY:

Interview of Eugene Johnson

## SYNOPSIS:

On December 1, 2005, SA Eric Cohoon, ATF/Fairbanks and SA Mike Foran, DEA/Fairbanks interviewed Eugene Johnson at his residence in reference to his purchasing cocaine from Jason COLETTE and seeing firearms in his residence.

## NARRATIVE:

1. On December 1, 2005, Eugene Johnson was interviewed by ATF and DEA and he advised on November 18, 2005, he stopped by the business of Jason COLETTE Artic Alarm and Audio, South Cushman Street, Fairbanks, AK and line up a cocaine purchase from COLETTE at COLETTE'S residence later that evening.

2. Johnson added that evening he went to COLETT'S residence 1038 Lakeview Trailer Court, Fairbanks, AK to purchase some cocaine. Johnson said when he got to the residence he was let in by a W/F who he knew as COLETT'S girlfriend (NFI). Johnson added he and COLETTE smoked some marijuana and then they went into the bedroom to purchase the cocaine. Johnson related when he and COLETTE entered the bedroom he saw a firearm he described as an Uzi or Mac 10 machinegun with a silencer laying on a dresser.

3. COLETTE told Johnson the gun was his new toy and he had taken it to the range and fired it. Johnson advised he was very impressed with the firearm and had actually thought of coming back later and robbing

ATF EF 3120.2 (5-98)

000004

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
REPORT OF INVESTIGATION

Page 2 of 2

| ADDRESSED TO:<br>Special Agent in Charge<br>Seattle Field Division | MONITORED INVESTIGATION INFORMATION:<br>Seattle Field Division<br>FY-06<br>Report 002 |
|---|---|
| TITLE OF INVESTIGATION: | |
| CASE NUMBER: | REPORT NUMBER:<br>2 |

COLETTE to get his drugs and the machinegun. Johnson further stated he decided against robbing COLETTE because he had a machinegun and he described COLETTE as a "little guy with a big gun" meaning he realized there was a real potential of him getting shot by COLETTE if he attempted to steal the guns and drugs. Johnson believed COLETTE had the machinegun to protect his drugs.

4. Johnson advised when he went into the bedroom the safe was open and he could see a clear Tupperware type container with what appeared to him to be unpackaged cocaine inside it and large amount of prepackaged clear plastic wrapped packages of cocaine in a tan plastic grocery bag inside of the open safe.

5. Johnson added after he purchased his cocaine he left COLETT'S residence.

ATF EF 3120.2 (5-98)

# U.S. Department of Justice
## Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry  ☐ Other (Specify) | | | [redacted] | | WCC3R |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Fairbanks, AK | 11-28-2005 | [redacted] |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL ☐ Case No. OR ☐ Seizure No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | 11-28-2005 | FBKS |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 7 | 2006022723 | Cocaine | White powdery material in 23 separate plastic bags | 679 ggrms | 678.3 g | 0.00 |
| 8 | | Cocaine | White powdery material in a clear plastic bag with a playing card | 63 ggrms | 62.9 g | 0.00 |
| 9 | | Cocaine | White powdery material in a clear plastic bag with a playing card | 31 ggrms | 30.4 g | 0.00 |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** ☐ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**
Exhibits 7, 8 and 9, described above, were seized from 1088 Lakeview Terrace, Fairbanks, AK, on 11/28/2005, by S/A Michael Foran, during the execution of a search warrant. The exhibits were processed as evidence by S/A Foran, as witnessed by ATF S/A [illegible], and then sent to the DEA Western Regional Laboratory for analysis and safekeeping. [FINGERPRINTS stamp]

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| Michael Foran | G/S Mark Payne |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 3 | 08336 0990970 12-1-05 | FedEx |
| 22. SEAL ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date) Orlynn Perez 12-13-05 | 24. Print or Type NAME and TITLE Orlynn Perez, ET |

## LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

See Laboratory Report

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| L. Skifich | Forensic Chemist | 12/23/2005 |
| 37. APPROVED BY (Signature & Date) Donald Chinn  12/27/05 | 38. TITLE Laboratory Director | 39. LAB. LOCATION San Francisco, CA |

DEA Form - 7 (Sept. 1995)   Previous edition dated 4/90 may be used until stock is exhausted.   0000010