# IN THE DISTRICT SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

JASON S. COLETTE )
Petitioner    DOB 7/2/73 )
)
v. )
)
SHARON POWERS )
Respondent    DOB 5/13/71 )
_____ )

CASE NO. 4FA-03-2047 CI

## EX PARTE PROTECTIVE ORDER
### (20-DAY ORDER)

The above-named petitioner has filed a petition requesting a 20-day ex parte protective order under AS 18.66.110(a). This court makes the following findings and order based on:

☒ allegations in the petition.
☒ testimony of petitioner.    CD # 4FA3303-57    Log # 9:30:53 AM

## FINDINGS

1. The court finds probable cause to believe that the relationship between petitioner and respondent is that of:

   ☐ a. persons who are current or former spouses.
   ☒ b. persons who live together or who have lived together.
   ☒ c. persons who are dating or who have dated or who are engaged in or who have engaged in a sexual relationship.
   ☐ d. persons who are related to each other up to the fourth degree of consanguinity, whether of the whole or half blood or by adoption, computed under the rules of civil law.
   ☐ e. persons who are related or formerly related by marriage.
   ☐ f. persons who have a child of the relationship.
   ☐ g. minor child and a person in a relationship described in a. through g. above with the minor child's parent, or the minor children of persons in a relationship described in a. through g. above.

   [AS 18.66.990(5)]

2. ☒ The court finds probable cause to believe that the respondent has committed a crime involving domestic violence against the petitioner. [HARASSMENT, TRESPASS]

   [AS 18.66.110(a) and 18.66.990(3)]

Page 1
DV-110 wt (12/99)(st.4)
EX PARTE PROTECTIVE ORDER (20-DAY ORDER)    AS 18.66.100-.990

3. ☒ An ex parte order is necessary to protect the petitioner from domestic violence.

[AS 18.66.110(a)]

4. ☒ Petitioner has certified in writing the efforts made to notify respondent of the petition.
Respondent ☐ was ☒ was not notified.  [AS 18.66.110(a)]

5. Other findings: _____

## PROTECTIVE ORDER

IT IS HEREBY ORDERED THAT:

1. Petitioner's request for an ex parte protective order is GRANTED, and it is ordered that:

   ☒ a. respondent not threaten to commit or commit acts of domestic violence, stalking or harassment.
   [AS 18.66.100(c)(1)]

   ☒ b. respondent not be in the physical presence of, telephone, contact or otherwise communicate directly or indirectly with petitioner except: <u>IN COURT OR THROUGH AN ATTORNEY. RESPONDENT SHALL NOT COMMUNICATE WITH PETITIONER BY E-MAIL. EXCEPT IN COURT, RESPONDENT NOT TO BE IN THE SAME BUILDING AS PETITIONER.</u>
   [AS 18.66.100(c)(2) & (16)]

   ☒ c. respondent leave and stay away from any residence of petitioner.
   ☒ Respondent is not to be within .5 MILE of petitioner's residence.
   [ 1038 LAKEVIEW, Fairbanks, Alaska ]
   [AS 18.66.100(c)(3) & (4)]

   ☒ d. respondent stay away from and not telephone or contact the following additional locations:
   ☐ petitioner's school
   ☒ petitioner's place of employment [ARCTIC ALARM AND AUDIO]
   ☐ the following places frequented by petitioner or a member of the household:

| Name of Household Member | Place |
|---|---|
| BARBARA COLETTE PETITIONER | 363 PARKWAY, North Pole, Alaska |
| PETITIONER | ALLEN THORNTON RESIDENCE 628 FRONT STREET APT B, Fairbanks, Alaska |
| | MICHAEL STARK RESIDENCE LOCATED OFF INA STREET, Fairbanks, Alaska |

Page 2
DV-110 wt (12/99)(st.4)
EX PARTE PROTECTIVE ORDER (20-DAY ORDER)

AS 18.66.100-.990

| TRAVIS COLETTE | COLETTE RESIDENCE NEAR EAGAN STREET, Fairbanks, Alaska |
|---|---|
| PETITIONER | LAMON WASHINGTON RESIDENCE NEAR AIH ON MARKET STREET, Fairbanks, Alaska |

Exceptions: <u>NONE</u>

[AS 18.66.100(c)(4) & (16)]

☒ e. respondent not enter or follow a vehicle in the possession of or occupied by petitioner. RESPONDENT NOT TO BE IN THE SAME PARKING LOT AS PETITIONER OR PETITIONER'S MOTOR VEHICLE. [AS 18.66.100(c)(5) & (16)]

☐ f. petitioner shall have possession and use of:
☐ the following vehicle and all keys to it:

| License # |
|---|
| Description: |

☐ essential personal items, including: _____

[AS 18.66.100(c)(10)]

☒ g. respondent not possess or use controlled substances unless prescribed for her.

[AS 18.66.100(c)(11) & (16)]

☐ h. respondent pay $_____ per month for the support of the petitioner while this order is in effect, beginning on _____.

[AS 18.66.100(c)(12)]

☐ i. respondent may return <u>once</u> to the residence located at _____ only with a police escort to pick up essential personal belongings, clothing, and _____

[AS 18.66.100(c)(16)]

☐ j. respondent not sell or dispose of any personal property of the petitioner, any property jointly held, or any disputed property.

[AS 18.66.100(c)(16)]

☒ k. other 1. <u>RESPONDENT SHALL HAVE NO CONTACT OR COMMUNICATION WITH BARBARA COLETTE OR TRAVIS COLLETTE.</u>
2. <u>ATTEMPTS BY RESPONDENT TO HAVE CONTACT OR COMMUNICATION WITH PETITIONER'S FAMILY MEMBERS OR FRIENDS MAY BE CONSTRUED AS ATTEMPTS BY RESPONDENT TO VIOLATE THIS ORDER AND MAY RESULT IN PENALTIES AS PROVIDED BY LAW.</u>

2. Child Custody/Visitation/Support. [AS 18.66.100(c)(9) & (12)]
   It is further ordered that:
   _ shall have temporary custody of the child(ren) listed below

   | Name | Date of birth |
   |------|---------------|
   |      |               |
   |      |               |

   b. <u>NEITHER PARTY</u> may remove the child(ren) named in Paragraph 2.a. from the State of Alaska, except with a prior court order dated after the date of this order.

   c. Visitation. The court finds that the safety of the child(ren) and petitioner
   ☐ can be protected. Therefore, visitation shall be allowed per AS 25.20.061 as follows:

   ☐ cannot be protected. Therefore, visitation will not be allowed.

   Child Support. The court finds that the obligor named below is legally obligated to support the following children named in paragraph 2.a.:_____. Therefore, _____(obligor) shall pay to _____ (obligee – custodian of the children) $_____ per ☐ week ☐ month ☐ _____ beginning on _____ and continuing while this order is in effect. Support checks must be sent to: _____ (address)

3. ☒ The petitioner has requested a long-term order. A hearing on this request will be held at:

   | Court Location: 101 Lacey Street, Fairbanks, Alaska | Courtroom: 302 |
   |---|---|
   | Date and Time: September 3, 2003 1:15 P.M. | Judge: SMITH |

   <u>Respondent</u>: The court may issue a long-term protective order against you at this hearing <u>even if</u> you do not participate in the hearing.

**Petitioner**. you do not participate in this hearing, there will be no long-term order issued and this ex parte order will expire after 20 days unless it is modified or dissolved by the court earlier.

**Both Parties:** If child support will be at issue (that is, if child support is requested on page 5 of the Petition), both parties must bring to the hearing a completed DV-101, Child Support Information form. This from is available at the court clerk's office.

***** <u>NOTICE TO RESPONDENT</u> *****

Violation of this order may be a misdemeanor, punishable by up to one year of incarceration and up to a $5000 fine. [AS 18.66.130(d)(1) & AS 11.56.740] If you violate this order, you can be arrested by a peace officer without a warrant. [AS 18.65.530 & AS 112.25.030(b)]

If you are convicted of assault in the fourth degree committed in violation of this order, you will be sentenced to at least 20 days in jail. [AS 12.55.135(c)]

If you are ordered to have no contact with the petitioner or to stay away from the petitioner's residence, vehicle, or other place designated by the court, an invitation by the petitioner to have the prohibited contact or to be present at or enter the residence, vehicle, or other place does not in any way invalidate or nullify the order. [AS 18.66.130(d)(2)]

***** <u>NOTICE TO BOTH PARTIES</u> *****

While this protective order is in effect, both petitioner and respondent

1. must keep the court informed of a means of contacting you (address and phone) so the court can notify you should there be any further action in this case (ask for confidentiality if necessary); and

2. have a continuing duty to inform the court in writing of pending civil actions or domestic violence criminal actions involving either the petitioner or the respondent. [AS 18.66.150(b)]

<u>WRIT OF ASSISTANCE</u>

TO:   Any Peace Officer, State of Alaska
You are commanded to use every lawful means to enforce the above order. You shall:

☐   escort and assist petitioner to obtain possession of the residence at _____ and remove respondent if necessary.

☐   escort and assist petitioner to safely obtain possession of the items listed in paragraph 1.f. of this order.

Page 5
DV-110 wt (12/99)(st.4)
EX PARTE PROTECTIVE ORDER (20-DAY ORDER)                     AS 18.66.100-.990

☐ assist respondent once to recover undisputed personal items, clothing or other property listed in paragraph 1.i. of this order. You shall notify the petitioner of the time and date you will accompany the respondent to the residence. The petitioner may be present. Any item the petitioner objects to respondent removing, you shall restrain the respondent from removing from the residence.

☐ assist _____ to obtain physical custody of the minor child(ren) named in paragraph 2.a. of this order from any other person. You may enter any location where you have probable cause to believe the child(ren) may be found.

You shall also: _____

## MODIFICATION

Either party may ask the court to change or end this order. A form for making this request (form DV-135) is available at the court clerk's office.

## EFFECTIVE DATES

This order and writ will be in effect for 20 days unless modified or dissolved earlier by court order.

_____
8/20/2003 9:49 AM
Effective Date and Time

_____
Alicemary L. Closuit, Magistrate

IN THE SUPERIOR COURT AT FAIRBANKS, ALASKA

```
CD: 4FA3303-57           JASON S. COLETTE        Date: August 20, 2003
Page: 1                         vs               Judge: Closuit
Case: 4FA-03-2047 CI     SHARON C. POWERS        Clerk: Brees
```

PROCEEDINGS: Ex Parte DV Hearing

PRESENT
Petitioner: pro se

| Time | | |
|---|---|---|
| 09:30:49 | | On record<br>Court calls case |
| 09:31:01 | | **Witness Sworn: Jason S. Colette**<br>Fairbanks, AK<br>self-employed |
| 09:31:25 | | **Voir Dire by Court** |
| 09:31:52 | | We lived together about a year ago.<br>I've been trying to live my own life by myself. She doesn't understand I don't want to be w/her. She calls me constantly. |
| 09:32:13 | | I won't even answer my phones anymore. She's broken into my home. |
| 09:32:57 | COURT - | Probable cause to believe respondent has committed harassment and trespass. |
| 09:34:15 | | Grant request for Ex-Parte Order.<br>No threats, acts of DV, stalking, or harassment. |
| 09:34:24 | | No contact/communication except through attorneys, in court, or by U.S. mail. |
| 09:34:38 | | This morning I was going to print out e-mails to present to you. She left foul messages on my computer. |
| 09:35:04 | COURT - | No contact/communication through e-mail.<br>Not to be in same building. |
| 09:38:55 | | Not to be within 1/2 mile of residence: 1038 Lakeview.<br>Not to be at/call place of employment: Arctic Alarm.<br>Not to be at/call Barbara Collette's residence: 363 Parkway, NP.<br>Not to be at/call Allen Thornton's residence: 628 Front Street, Apt. B. |
| 09:42:07 | | Not to be at/call Michael Stark's residence: Ina Street.<br>Not to be at/call Travis Collette's residence: Eagan Street.<br>Not to be at/call Lamon Washington's residence: Market Street. |
| 09:43:45 | | Not to enter/follow vehicle. |

( )CC   ( )TO   ( )DOC   ( )PTS   ( )BW   ( )BWQ   ( )Log Notes to:

| Time | |
|---|---|
| 09:44:48 | **Not to possess/use controlled substances.** **Attempts by respondent to have contact or communication w/family or friends may be construed as attempts by respondent to violate the order.** |
| ✓ | **Six-month DV hearing 9/3/03 @ 1:15 pm w/WRS, crtm. 302.** |
| 09:51:05 | Clerk places phone call to probate department |
| 09:51:46 | Court discusses order, warns to be careful, and to report violations. |
| 09:52:42 | Respondent - She is trying to slander me at her employment at DMV. She drove by my place of employ and took plate numbers of the cars at my shop and she ran the plates at work.<br><br>Court - Talk to the troopers about that. |
| 09:54:08 | Off record |