# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

12-201 (REV. 4/01)

| Case No. | 05-96820 |
|---|---|
| Detacl. N | UnitID FAIM |

| Reporting Officer | PermID | Investigating Agency | Date Reported | Time Reported |
|---|---|---|---|---|
| Jess Carson | JLC0 | AST | 11/28/05 | 0730 |

| ACT. # | Activity Code | UCR No. | Statute / Regulation | Type of Activity | Date Occurred | Time Occurred |
|---|---|---|---|---|---|---|
| 1 | 3530C | 18-1a | 11.71.030(a)(1) | MICS III | 11/28/05 | 0730 |

| Location of Activity | Patrol Zone | Dom. Viol. | Alcohol or Drugs Involved |
|---|---|---|---|
| 1008 23rd Ave., Fairbanks | UJBA | | D |

| ACT. # | Activity Code | UCR No. | Statute / Regulation | Type of Activity | Date Occurred | Time Occurred |
|---|---|---|---|---|---|---|
| 2 | | | | | | |

| Location of Activity | Patrol Zone | Dom. Viol. | Alcohol or Drugs Involved |
|---|---|---|---|
| | | | |

| Pers No. | Role(s) | Name | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SI | Eugene Johnson | M | B | 70 | 185 | BLK | BRO | 1/26/77 |

| Residence Address | Residence / Cell Phone | Driver's License No. | State |
|---|---|---|---|
| 1008 23rd Ave, Fairbanks | Unknown 455.7913 | 6590474 | AK |

| Place of Employment | Work Phone | Occupation |
|---|---|---|
| None | None 388.9292 | Unknown |

| APSIN ID No. | Social Security No. | ATN / NCIC / Other ID No. | Charged With | Susp. Act. No. | Juv. Dispo. |
|---|---|---|---|---|---|
| 6590474 | 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 | | | 1 | |

| Pers No. | Role(s) | Name | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|---|---|
| 2 | S | Corrinne e Peyralans | F | W | 68 | 130 | BRO | HAZ | 7/11/80 |

| Residence Address | Residence / Cell Phone | Driver's License No. | State |
|---|---|---|---|
| 1008 23rd, Fairbanks | Unknown 455.0113 | 6859424 | AK |

| Place of Employment | Work Phone | Occupation |
|---|---|---|
| Unknown | Unknown | Unknown |

| APSIN ID No. | Social Security No. | ATN / NCIC / Other ID No. | Charged With | Susp. Act. No. | Juv. Dispo. |
|---|---|---|---|---|---|
| 6859424 | 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 | | | 1 | |

| NUMB. | REGISTRATION NO. | STATE | VIN / SERIAL NO. | COLOR | YEAR | MAKE | MODEL |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |

| BODY STYLE /TYPE | ADF&G NUMBER | NAME OF WATERCRAFT | Length |
|---|---|---|---|
| | | | |

SYNOPSIS / DETAILS:

On 8-28-05 Fairbanks Police Department SERT and Fairbanks ABADE served search warrant 4FA-05-331sw and 4FA-05-332sw. At this time Eugene Johnson was found to have items related to the sale of cocaine at his residence. Upon contacting DA, Scott Matter I was informed that Eugene Johnson was not going to be charged for the items located at his residence.

Case Closed, No charges forwarded, File sent to DAO for review.

ORIGINAL

| CASE CLOSURE | COPIES TO | REVIEWED AND APPROVED BY | PermID | DATE CLOSED |
|---|---|---|---|---|
| CE | District Attorney's Office | Sgt K Wall | RWall | 12-7-05 |



# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

| | Case No. |
| --- | --- |
| | 05-96820 |
| | Date Investigated |

| Reporting Officer | PermID | Investigating Agency | | Detach | UnitID |
| --- | --- | --- | --- | --- | --- |
| Jess Carson | JLC0 | AST | | N | FAIM |

12-202 (REV 1/00)

## INFORMATION:

On 11-8-05, JLC0-05-07 purchased approximately 44.4 grams of powder cocaine from Eugene Johnson for $2,000 at 1008 23rd Ave. Fairbanks.

On 11-25-05 Search Warrant 4FA-05-332sw was obtained through the Fairbanks Courts for Johnson's residence at 1008, 23rd Ave, Fairbanks. Based on information provided to ABADE from JLC0-05-07 Search Warrant 4FA-05-331 was further obtained for Eugene Johnson's parents house located at 1315, 23rd Ave., Fairbanks

## INVESTIGATION:

On 11/28/05 at approximately 0730 hours members of the ABADE Unit, Fairbanks Police Department SERT Team, DEA, and ATF served Search Warrant 4FA-05-331sw, and Search Warrant 4FA-05-332sw.

## SEARCH WARRANT SERVICE 4FA-05-332sw

After the Fairbanks Police Department SERT Team finished securing the residence ABADE members entered the residence. At this time Eugene Johnson and his girlfriend Corrinne Peyralans were located in the kitchen area. There child was located in his bedroom at this time.

A search of Eugene's residence revealed a digital scale located in a jacket pocket in the master bedroom, marijuana paraphernalia and approximately $1,200 in US currency. Two bottles of Inositol Powder which is a common cutting agent for cocaine was discovered with the digital scale and the second was discovered in a kitchen cabinet.

A loaded glock 10mm hand gun was discovered in Eugene Johnson's bedroom. A .3006 rifle and an SKS rifle was discovered in the downstairs living area.

When asked why there was no illegal narcotics at his residence Johnson indicated that he had been warned that the police were coming but would not inform me how he knew.

## INTERVIEW, DI, EUGENE JOHNSON: (recorded)
Interview in Eugene's garage at approximately 0830 hours.

Johnson would not indicated that he sold illegal narcotics, but did state that he was buying several ounces of cocaine at a time. Johnson stated that the handgun did not belong to him, but that his fingerprints and DNA might be on the handgun.

| REVIEWED AND APPROVED BY | PermID | Date |
| --- | --- | --- |
| | | |

PAGE _____



| | |
|---|---|
| **STATE OF ALASKA**<br>**DEPT. OF PUBLIC SAFETY** | Case No.<br>05-96820<br>Date Investigated |

12-202 (REV 1/00)

| Reporting Officer<br>Jess Carson | PermID<br>JLC0 | Investigating Agency<br>AST | Detach<br>N | UnitID<br>FAIM |
|---|---|---|---|---|

## INVESTIGATION:

A search of 1315, 23rd Ave, revealed no drugs or Illegal narcotics.

The Firearms and Marijuana was entered into Fairbanks AST evidence.  At this time no lab request will be submitted for the Marijuana or other items unless instructed by the DAO to do so.

## CASE CLOSURE:

Upon contacting the DA Scott Mattern  Sgt Wall was informed that Johnson was not going to be charged with the Firearms at his residence, nor the Marijuana which was seized.  No charges  from the search warrant service are being referred to the DAO at this time.

| REVIEWED AND APPROVED BY | PermID | Date |
|---|---|---|
| | | |

PAGE _____

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

Case No. **05-96820**

| Location / Evidence Locker | Property Status | Status Codes | ST = Stolen, RE = Recovered, FO = Found, EV = Evidence, SK = Safekeeping |
|---|---|---|---|
| Fairbanks | EV | | |

| Submitting Officer | PermID | UnitID | Type Codes | A = Currency, B = Jewelry, C = Clothing, D = Vehicles, E = Office Eq., F = Electronic Eq., G = Firearms, H = Household, I = Consumables, J = Livestock, K = Misc. |
|---|---|---|---|---|
| Carson | JCC | FAIM | | |
| Case Officer Carson | PermID JCC | UnitID FAIM | | |

12-210 (REV. 1/00)

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | | | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | h | Ø | MJ Bong | — | | | | — | | — |

Serial No. —

Other Information: Clear bong w/ Res from bedroom "M" Destroyed

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X    Date:

Printed Name:    ID Number

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 2 | F | Ø | Digital scale | Tanita | 1479 U | Blk | | |

Serial No.

Other Information: Pocket of parka in "M" bedroom    Barnett

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X    Date:

Printed Name:    ID Number

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 3 | h | Ø | Inositol Powder | Optimum | 4 oz | | | |

Serial No. —

Other Information: Pocket of Parka in "M" bedroom    Barnett

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X    Date:

Printed Name:    ID Number

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 4 | h | Ø | MJ Bong | — | — | — | | — |

Serial No.

Other Information: Top of Fridge    By Ofc. Holston.

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X    Date:

Printed Name:    ID Number

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 5 | k | Ø | MJ Paraphernila | | | | | |

Serial No.

Other Information: Misc Paraphernila from fridge. top.

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X    Date:

Printed Name:    ID Number

## RECORD OF CUSTODY

| ITEM # | REC FROM: SIGNATURE - PermID / P.O. REG. NO. | DATE RECEIVED | REC. BY: SIGNATURE - PermID / P.O. REG. NO. |
|---|---|---|---|
| 2-5 | Jes Carson    366    JCC | 12-2-05 | |
| | | | |
| | | | |
| | | | |

Page _____

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

Case No. 05-96820

| Location / Evidence Locker | Fairbanks | Property Status EV | | Status Codes | ST = Stolen, RE = Recovered, FO = Found, EV = Evidence, SK = SafeKeeping |
| Submitting Officer | Carson | PermID JLCQ | UnitID FAM | Type Codes | A = Currency, B = Jewelry, C = Clothing, D = Vehicles, E = Office Eq., F = Electronic Eq., G = Firearms, H = Household, i = Consumables, J = Livestock, K = Misc. |
| Case Officer | Carson | PermID JLCQ | UnitID FAM | | |

12-210 (REV. 1/00)

| Item No. 6 | Type Code K | Value Ø | Type of Article MJ Pipe Pill | Brand Name | Model | | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| Serial No. | | | Other Information Pink Pill & Marijuana Pipe from Bedroom drawer - Foran | | | | | | |
| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) | | | | |
| This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X | | | | Date: | Printed Name: | | ID Number | | |

| Item No. 7 | Type Code h | Value Ø | Type of Article MISC Paperwork | Brand Name | Model | | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| Serial No. | | | Other Information | | | | | | |
| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) | | | | |
| This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X | | | | Date: | Printed Name: | | ID Number | | |

| Item No. 8 | Type Code A | Value $500⁰⁰ | Type of Article US Currency | Brand Name | Model | | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| Serial No. | | | Other Information $100.00 $20 X 10 $100 X 3 total $500 from Purse Gootz | | | | | | |
| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) | | | | |
| This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X | | | | Date: | Printed Name: | | ID Number | | |

| Item No. 9 | Type Code h | Value Ø | Type of Article Inositol Powder | Brand Name Optimum | Model 4 oz | | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| Serial No. | | | Other Information kitchen cabinet | | | Barnett | | | |
| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) | | | | |
| This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X | | | | Date: | Printed Name: | | ID Number | | |

| Item No. 10 | Type Code A | Value $700⁰⁰ | Type of Article US Currency | Brand Name | Model | | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| Serial No. | | | Other Information $20 X 33 $10 X 4 = $700⁰⁰ | | | | | | |
| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) | | | | |
| This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X | | | | Date: | Printed Name: | | ID Number | | |

## RECORD OF CUSTODY

| ITEM# | REC FROM: SIGNATURE - PermID / P.O. REG. NO. | DATE RECEIVED | REC. BY: SIGNATURE - PermID / P.O. REG. NO. |
|---|---|---|---|
| 6-10 | Carson JLCQ 366 | 12-2-05 | |
| | | | |
| | | | |
| | | | |

Page _____

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

12-210 (REV. 1/00)

| | |
|---|---|
| Case No. | 05-96820 |

| Location / Evidence Locker | Property Status | Status Codes | ST = Stolen, RE = Recovered, FO = Found, EV = Evidence, SK = SafeKeeping |
|---|---|---|---|
| Fairbanks | EV | | |

| Submitting Officer | PermID | UnitID | Type Codes | A = Currency, B = Jewelry, C = Clothing, D = Vehicles, E = Office Eq., F = Electronic Eq., G = Firearms, H = Household, I = Consumables, J = Livestock, K = Misc. |
|---|---|---|---|---|
| Carson | JCO | FAIM | | |
| Case Officer | PermID | UnitID | | |
| Carson | JCO | FAIM | | |

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 11 | F | 0 | Cell Phone | Sony Ericsson | | Blk | | |

| Serial No. | Other Information |
|---|---|
| unh | from master Bedroom          Sc Nolan, |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. __X__    Date: ____

Printed Name: ____    ID Number ____

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 12 | F | 0 | Video Camera | Panasonic | PV-DV8SiD | | | |

| Serial No. | Other Information |
|---|---|
| F1HYS0007 | Video Camera master Bedroom    Pugh. |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. __X__    Date: ____

Printed Name: ____    ID Number ____

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 13 | F | 0 | Cell Phone | LG | | SIL | | |

| Serial No. | Other Information |
|---|---|
| unh | Eugene cell phone & cord from kitchen by Johnson |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. __X__    Date: ____

Printed Name: ____    ID Number ____

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 14 | h | 0 | Misc Documents | | | | | |

| Serial No. | Other Information |
|---|---|
| | master bedroom by Goetz |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. __X__    Date: ____

Printed Name: ____    ID Number ____

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 15 | h | 0 | Tylenol | Tylenol | 500 mg | | | |

| Serial No. | Other Information |
|---|---|
| | with gry pill          Goetz |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition Of Article (If Destroyed Sign Here) |
|---|---|---|---|---|
| | | | | |

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. __X__    Date: ____

Printed Name: ____    ID Number ____

## RECORD OF CUSTODY

| ITEM # | REC FROM: SIGNATURE - PermID / P.O. REG. NO. | DATE RECEIVED | REC. BY: SIGNATURE - PermID / P.O. REG. NO. |
|---|---|---|---|
| 11-15 | Jo Carson, JCO  366 | 12-2-05 | |
| | | | |
| | | | |
| | | | |

Page ____

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

Case No. 05-96820

| Location / Evidence Locker | Property Status | Status Codes | ST = Stolen, RE = Recovered, FO = Found, EV = Evidence, SK = SafeKeeping |
|---|---|---|---|
| Fairbanks | EV | | |
| Submitting Officer Carson | PermID XCO | UnitID FAM | Type Codes |
| Case Officer Carson | PermID SLCO | UnitID FAM | A = Currency, B = Jewelry, C = Clothing, D = Vehicles, E = Office Eq., F = Electronic Eq., G = Firearms, H = Household, I = Consumables, J = Livestock, K = Misc. |

12-210 (REV. 1/00)

| Item No. 16 | Type Code K | Value Ø | Type of Article Paraphernilia | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| Serial No. | | | Other Information master paraphernilia         polay | | | | | |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. X
Date:
Printed Name:          ID Number

| Item No. 17 | Type Code K | Value Ø | Type of Article Glass Bong | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| Serial No. Destroyed | | | Other Information By XCO on 12-1-05   Top Fridge | | | Holsten. 022102 | | |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. X
Date:
Printed Name:          ID Number

| Item No. 18 | Type Code K | Value Ø | Type of Article mags & Ammo | Brand Name Glock | Model 10 mm | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| Serial No. | | | Other Information plus box Ammo.   "m" - Bedroom   60ctz   2 X 15 Round mags w/Ammo   2 X 10 Round mags w/Am | | | | | |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. X
Date:
Printed Name:          ID Number

| Item No. 19 | Type Code G | Value Ø | Type of Article Glock 29 | Brand Name Glock | Model 29 | Color Blk | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| Serial No. DSS841 US | | | Other Information from TV in master Bedroom   Carson | | | | | |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. X
Date:
Printed Name:          ID Number

| Item No. 20 | Type Code G | Value Ø | Type of Article Rifle | Brand Name unknown | Model SKS | Color | Model Year | Caliber 7.62 |
|---|---|---|---|---|---|---|---|---|
| Serial No. GH4100 - 1959 | | | Other Information wood stock from ~~master bed~~ Basement | | | | | |

| Place Stored | APSIN / NCIC Entry | Submitted To | Return Date | Final Disposition of Article (if Destroyed Sign Here) |
|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept. of Public Safety from responsibility for same. Signature or P.O. Reg. No. X
Date:
Printed Name:          ID Number

## RECORD OF CUSTODY

| ITEM# | REC FROM: SIGNATURE - PermID / P.O. REG. NO. | DATE RECEIVED | REC. BY: SIGNATURE - PermID / P.O. REG. NO. |
|---|---|---|---|
| 16-20 | SB Carson XCO 366 | 12-2-05 | |
| | | | |
| | | | |
| | | | |

Page _____

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

Case No. *OS - 96820*

| Location / Evidence Locker | Property Status | Status Codes | ST = Stolen, RE = Recovered, FO = Found, EV = Evidence, SK = SafeKeeping |
|---|---|---|---|
| *Fairbanks* | *EV* | | |
| Submitting Officer | PermID | UnitID | Type Codes |
| *Carson* | *SLCO* | *Faim* | A = Currency, B = Jewelry, C = Clothing, D = Vehicles, E = Office Eq., F = Electronic Eq., G = Firearms, H = Household, I = Consumables, J = Livestock, K = Misc. |
| Case Officer | PermID | UnitID | |
| *Carson* | *SLCO* | *FAIM* | |

12-210 (REV. 1/00)

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| *21* | *G* | *Q* | *Rifle* | *Ruger* | *M77* | | | *30/06* |

Serial No. *772-38912*   Other Information *wood stock ~~master bedroom~~ Basement*

| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X   Date:   Printed Name:   ID Number

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| *22* | *Q* | *Q* | *Holster* | *Side kich* | *Size 15* | | | |

Serial No.   Other Information *BK for gloch 29*

| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X   Date:   Printed Name:   ID Number

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| *23* | *K* | *Q* | *Jacket* | *Goose* | | *Tan* | | |

Serial No.   Other Information *winter Jacket master bedroom*

| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X   Date:   Printed Name:   ID Number

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Serial No.   Other Information

| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X   Date:   Printed Name:   ID Number

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Serial No.   Other Information

| Place Stored | APSIN / NCIC Entry | Submitted To | | Return Date | Final Disposition Of Article (if Destroyed Sign Here) |
|---|---|---|---|---|---|

This is to certify that I, the undersigned, received the property described in this section and relieve the Dept.of Public Safety from responsibility for same. Signature or P.O. Reg. No. X   Date:   Printed Name:   ID Number

## RECORD OF CUSTODY

| ITEM # | REC FROM: SIGNATURE - PermID / P.O. REG. NO. | DATE RECEIVED | REC. BY: SIGNATURE - PermID / P.O. REG. NO. |
|---|---|---|---|
| *21-23* | *Carson SLCO 366* | *12-2-05* | |
| | | | |
| | | | |
| | | | |
| | | | |

Page _____



# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY
### FIREARMS TRACKING FORM

| Case No. |
|---|
| OS-96820 |

Date Investigated
11-30-05

12-202WPN (REV 1/00)

| Reporting Officer | PermID | Investigating Agency | | Detach | UnitID |
|---|---|---|---|---|---|
| Carson | SLOO | AST | | N | FAIM |

Evidence Item #: **19**                    Firearm Make: Glock

Firearm Model: 29     10 mm        Serial #: DSS841

---

**How and Why the firearm came into possession of DPS:**

Found in Residence during drug search warrant

Location firearm was obtained:

Master bedroom of 1008 23rd Ave Fairbanks

Claimant:

Eugene Johnson

---

**Item Follow-up:** (Update as needed)

Reason for retaining firearm: (when known) (ie. Safe keeping, item of evidence)

Evidence.

Court Action Directing Disposition: (when known)

Recommended Disposition Action: (if applicable)

Action Taken and Date of Action:

---

| REVIEWED AND APPROVED BY | PermID | Date | |
|---|---|---|---|
| | | | PAGE _____ |



# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY
### FIREARMS TRACKING FORM

| Case No. |
|---|
| 05-96820 |
| Date Investigated |
| 11-30-05 |

12-202WPN (REV 1/00)

| Reporting Officer | PermID | Investigating Agency | Detach | UnitID |
|---|---|---|---|---|
| Carson | SCO | AST | N | FAM |

Evidence Item #: 20

Firearm Make: unknown

Firearm Model: SKS 7.62 cal

Serial #: GH4100-1959

**How** and **Why** the firearm came into possession of DPS:

Found in Residence during drug search warrant

Location firearm was obtained:

Basement of 1008 23rd Ave Fairbanks

Claimant:

Eugene Johnson

**Item Follow-up:** (Update as needed)

Reason for retaining firearm: (when known) (ie. Safe keeping, item of evidence)

Evidence.

Court Action Directing Disposition: (when known)

Recommended Disposition Action: (if applicable)

Action Taken and Date of Action:

| REVIEWED AND APPROVED BY | PermID | Date | PAGE _____ |
|---|---|---|---|

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY
### FIREARMS TRACKING FORM

| Case No. | 05-96820 |
|---|---|
| Date Investigated | 11-30-05 |

12-202WPN (REV 1/00)

| Reporting Officer | PermID | Investigating Agency | Detach | UnitID |
|---|---|---|---|---|
| Carson | XOD | AST | N | FAIM |

Evidence Item #: **2)**          Firearm Make: **Ruger M77**

Firearm Model: **3006**          Serial #: **772-38912**

---

**How and Why** the firearm came into possession of DPS:

found in house after drug raid was conducted.

**Location firearm was obtained:**

Basement of 1008 23rd Ave Fairbanks

**Claimant:**

Eugene Johnson

---

**Item Follow-up:** (Update as needed)

**Reason for retaining firearm:** (when known) (ie. Safe keeping, item of evidence)

Evidence

**Court Action Directing Disposition:** (when known)

**Recommended Disposition Action:** (if applicable)

**Action Taken and Date of Action:**

| REVIEWED AND APPROVED BY | PermID | Date |
|---|---|---|
| | | |

PAGE _____



ITEM 10

OS-96820

$700 cash from kitchen counter top by Push.







Case Number: OS-46820

SEARCH WARRANT        NO. 4FA-05-3328

Filed in the Trial Courts
STATE OF ALASKA, 4TH DISTRICT

DEC 07 2005

Clerk of the Trial Courts

By _____ Deputy

RECEIPT AND INVENORY OF PROPERTY SEIZED
(Continued)

see attachment

_____
_____
_____
_____
_____
_____
_____
_____
_____

RETURN

I received the attached search warrant on __11/25__ 19 __2005__, and have executed it as follows:
On __11-29-05__, 19 ___, at __0730__ (a.m) (p.m.), I searched (the person) (the premises)
described in the warrant, and I left a copy of the warrant (with) (at) __kitchen table__
(person warrant was left with or place warrant was left)

The above inventory of property taken pursuant to th warrant was made in the presence of _____
__Inv. Carson__ and of __Inv. Barnett__ _____

I swear that this inventory is a true and detailed account of all property taken by me on the authority of this warrant.

Fred Carson        Investigator
Name and Title

Signed and sworn to before me on __December 7__, 19 __2005__

Gigi Aler    Deputy Clerk II
Judge

(SEAL)

Page 4 of 4
CR - 706 (7/88)  (st. 4)
SEARCH WARRANT

AS 12.35.010 - .120
Crim. R. 37

Case Number: <u>05-96820</u>

SEARCH WARRANT      NO._____

RECEIPT AND INVENORY OF PROPERTY SEIZED
(Continued)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

RETURN

I received the attached search warrant on _____, 19_____, and have executed it as follows:
On _____, 19_____, at _____(a.m.) (p.m.), I searched (the person) (the premises)
described in the warrant, and I left a copy of the warrant (with) (at) _____
                                                                                                           (person warrant was left with or place warrant was left)

The above inventory of property taken pursuant to th warrant was made in the presence of _____
_____ and of _____.

I swear that this inventory is a true and detailed account of all property taken by me on the authority of this warrant.

_____
Name and Title

Signed and sworn to before me on _____, 19_____,

_____
(SEAL)                                                    Judge

Case Number: <u>05-96820</u>

Filed In the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA

AT_____Fairbanks_____

NOV 25 2005

SEARCH WARRANT NO. <u>4FA-0J-332 SW</u>

### VRA CERTIFICATION

Clerk of the Trial Courts

By _____ I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

### AFFIDAVIT FOR SEARCH WARRANT

NOTE: Before completing this affidavit, read the following points which should be addressed in your statement of the facts. A search warrant may not be issued until probable cause for the search has been shown. You should explain:

1. Who was observed  (give names or other identifying information).

2. When did the observations take place  (date, time, and sequence of events).

3. Who made the observations.

4. Why were the observations made. If, for example, the information came from an informant, the informant's reason for making the observations should be specified, and reasons for relying on the informant's information should be set out.

5. What was observed. Include a full description of events relevant to establish probable cause.

6. Where did the observations take place. Describe the location of the observers and the persons or objects observed. The description must be as specific as the circumstances will allow.

7. How were the observations made. For example, was an informant used, was there an undercover officer, was electronic surveillance involved, etc.

8. All other relevant information.

---------------------------------------------------------------------------------

Being duly sworn, I state that I have reason to believe that:

☐  on the person of _____

☒  on the premises known as: 1008 23rd Ave at <u>Fairbanks</u>, Alaska,

Page 1 of 4
CR - 705 (11/88) (st 4)

Case Number: <u>05-96820</u>

AFFIDAVIT FOR SEARCH WARRANT          NO._____

there is now being concealed property, namely:

See Attachment A-Cocaine, any hand written documents with the letter "G".

which  (see AS 12.35.020)

[X] 1.  is evidence of the particular crime(s) of _____
       MICS III   11.71.030(a)(1) _____

[ ] 2.  tends to show that _____, committed the
       particular crime(s) of _____
       MICS III   11.71.030(a)(1) _____

[ ] 3.  is stolen or embezzled property.

[ ] 4.  was used as a means of committing a crime.

[ ] 5.  is in the possession of a person who intends to use it as a means of committing a crime.

[ ] 6.  is one of the above types of property and is in the possession of _____,
       to whom _____ delivered it to conceal it.

[ ] 7.  is evidence of health and safety violations

and the facts tending to establish the foregoing grounds for issuance of a search warrant are as follows:

Your affiant has been an Alaska State Trooper since February 23, 2003   Your affiant is currently an investigator with the Alaska Bureau of Alcohol and Drug enforcement.  Your Affiant has received training in drug identification, use, and effects at the Department of Public Safety Academy.  Your affiant has completed DEA's 40 hour clandestine laboratory certification course.  Your affiant has further completed an 80 hour DEA basic course.  Your affiant has received approximately 256 hours of training through ABADE.

The primary responsibility of the Bureau of Alcohol and Drug Enforcement is to investigate illegal drug activities that take place in the State of Alaska, to include the sales and distribution of controlled substances in the Fairbanks area.

Case Number: <u>05-96820</u>

## AFFIDAVIT FOR SEARCH WARRANT            NO._____

JLC0-05-07 has purchased illegal narcotics under the direction of the ABADE unit approximately 8 times over the past 3 months.  The information provided to the ABADE unit from JLC0-05-07 proved to be very accurate and was confirmed through controlled purchases of powder and crack cocaine.

On 11-8-05 JLC0-05-07 indicated that he/she could purchase cocaine from Eugene Johnson at 1008 23rd Ave, Fairbanks.  JLC0-05-07 indicated that this is where he/she believes that Johnson lives with his girlfriend.  On 11-8-05 Electronic Surveillance Warrant 4FA-05-315sw was obtained through the Fairbanks Courts

On 11-8-05 Agent Foran and Agt. Cohoon observed a person resembling Eugene Johnson pull into the driveway of 1315 23rd Ave driving a copper colored van, exit the van, and walk into the back yard of the property of 1315 23rd Ave. Approximately 2 minutes later the male exited the back yard, entered the van and drove away towards 1008 23rd Ave. Approximately 5 minutes later the copper van was observed parked in front of 1008 23rd Ave.

On 11/8/05 at approximately 1754 hours the same copper colored van was observed parked in front of the residence as JLC0-05-07 entered 1008 23rd Ave.  While inside JLC0-05-07 purchased 44.4 grams of cocaine, or approximately 1.5 oz for $2000.00 in prerecorded buy funds.  While inside the residence JLC0-05-07 observed approximately an additional 1.5 oz of cocaine which was placed back into a cereal box where Johnson was hiding his cocaine in the garage. JLC0-05-07 further observed a digital scale which was used to weight out the cocaine in the kitchen.  Before leaving Eugene Johnson provided JLC0-05-07 a piece of paper with a letter "G", and his phone number on it.

JLC0-05-07 indicated after purchasing the cocaine that Johnson has been dealing illegal narcotics for approximately 4 or 5 years.  During this time JLC0-05-07 has purchased up to 5 oz or 140 grams of cocaine from Johnson in one purchase.  The estimated value for 1 gram of powder cocaine in the Fairbanks area is $120.00.
JLC0-05-07 estimated that on a good week Johnson was probably pushing or selling approximately 1 kilo or 1000 grams of cocaine a week.  JLC0-05-07 indicated that Johnson usually kept a larger amount of cocaine at another residence located at 1315 23rd Ave.  When Johnson needed more cocaine to sell he would then trip and pick what he needed from his 1315 23rd residence and bring it to 1008 where he was selling out of.  Eugene Johnson is listed in APSIN as living at 1315 23rd ave.  Johnson further stated to Inv. Barnett via telephone approximately 1 week after JLC0-05-07 purchased cocaine from him that 1315 23rd Ave was his residence.  JLC0-05-07 indicated that he/she believed that Johnson's father was also living at this residence.

Your affiant has received information through a local DEA agent that Johnson's significant other, Corrinne Peyralans has been purchasing Inositol Powder, a known cutting agent for cocaine.

_____            _____
            Title                                         Signature

Subscribed and sworn to or affirmed before me on _____, 19 _____, at _____,
Alaska

(SEAL)

                                        _____
                                                 Judge/Magistrate

[ ]     Additional testimony relating to this affidavit was recorded on Tape # _____, begining log # _____,
        ending log # _____.

Case Number: <u>05-96820</u>

AFFIDAVIT FOR SEARCH WARRANT          NO._____

The cocaine purchased from Johnson appeared to be from the corner of brick.  Bricks of cocaine are usually stamped out in 1 Kilo, or 1000 gram weights.

Based on your affiants training and experience he knows that narcotics traffickers often utilize additional residences to conceal illegal narcotics, monies, and other evidence related to the distribution of illegal narcotics.

On 11/22/05 JLC0-05-07 indicated that Johnson was still selling cocaine from his residence and that that was Johnson's major source of income.

An APSIN check on Johnson indicated that he has automatic weapons and has stated in the past that he would shoot police officers.  See attachment "B" Eugene Johnson APSIN criminal record print out.

Based on the above information your affiant is requesting that a NO KNOCK search warrant be issued for Johnson's residence located at ~~1315~~ 1008 23rd Ave., Fairbanks.

→ Based on your affiants training & Experience. people who deal in these quantities of illegal narcotics tend to keep their money and drugs in different places.

Investigator
Title

_____
Signature

Subscribed and sworn to or affirmed before me on Nov. 25, 2005, at Fairbanks,
Alaska

(SEAL)

_____
Judge/Magistrate

☐  Additional testimony relating to this affidavit was recorded on Tape #_____, begining log #_____, ending log #_____.

ATTACHMENT 'A' - COCAINE

<u>Controlled Substances and Paraphernalia:</u> Cocaine, Cocaine derivatives, Cocaine cutting agents, adulterants or materials, Cocaine paraphernalia, including but not limited to pipes, spoons, straws, strainers, tooters, mirrors, razor blades, needles, vials, grinders, deering equipment, stash containers, or any other controlled substances.

<u>Controlled Substances Packaging Materials:</u> Items used for packaging controlled substances, including but not limited to scales, baggies, bags, glass or plastic vials, paper bindles, foil bindles and envelopes.

<u>Items Relating to Illegal Transactions:</u> Any written documents relating to illegal transactions involving a controlled substance, including but not limited to business records, account books, ledgers, notebooks, check registers, checks, cancelled checks, bank books, bank statements, safe deposit box keys, tax returns and other tax records, letters, records showing any controlled substance transactions, telephone records, address and telephone books, photographs showing use or distribution of any controlled substance, and any books pertaining to any controlled substance, its use or distribution.

<u>Items Showing Ownership, Possession or Control:</u> Any documents or items tending to show occupancy, ownership, possession or control, including but not limited to keys, utility receipts, mortgage or rent receipts, lease, rental or sales agreements or contracts, credit cards and credit card receipts, letters, other correspondence, bills, any documents or items pertaining to vehicle ownership or control, including but not limited to vehicle registrations, titles, bills of sale, or emission control inspections, telephone message recorders and tapes, cellular phones and pagers.

<u>Items Showing Identity:</u> Any documents or items showing identity, including but not limited to passports, hotel receipts, gasoline receipts, vehicle rental documents, and taxi receipts.

<u>Items Showing Counter Surveillance:</u> Any items depicting the use of equipment for counter surveillance, including but not limited to scanners, security video cameras, security video monitors, and security video recording equipment.

<u>Persons on the Premises to Be Searched:</u> Any person on the premises at the time of service of the search warrant, for purposes of checking for the possession, sale or distribution of controlled substances and further for the purpose of identification.

<u>Forfeitable Firearms:</u> Any firearm which is visible, carried during, or used in the furtherance of a violation of AS 11.71.

<u>Money:</u> United States currency or any and all monies, notes or other items of value used in or intended for use in or derived from trafficking in controlled substances.