1

Recorded Statement of
Eugene Johnson


Requested By: Sean Colette


G & L TRANSCRIPTION OF NEW JERSEY

40 EVANS PLACE

POMPTON PLAINS, NJ 07444

(973) 616-1051

www.webtranscription.com

```
 1            UNIDENTIFIED:  (Indiscernible) anymore either
 2   (indiscernible)
 3            EUGENE:  Okay.
 4            UNIDENTIFIED:  Okay.  You got -- you got --
 5   (indiscernible) keep that in mind though --
 6   (indiscernible) I will bring the charges over
 7   (indiscernible) and sit on them and (indiscernible)
 8   cooperated (indiscernible).  Okay.  But after we make
 9   that call to the DA -- I'll call them right now --
10   (indiscernible) otherwise, we're done here and
11   (indiscernible).  I've got a lot of (indiscernible)
12   working out here right now, okay, and I'm not about to
13   stand around and wait (indiscernible) my time.  Okay.
14   Because frankly, I'm due for a cup of coffee.
15            UNIDENTIFIED:  We got a about -- we got a --
16            UNIDENTIFIED:  I'm hungry.
17            UNIDENTIFIED:  We got a -- we got about six
18   or eight more search warrants to execute for the rest
19   of the day, and you've got to ask yourself, is there a
20   possibility that we're (indiscernible) because if
21   (indiscernible) with your help, (indiscernible) DA
22   information first, (indiscernible) if you say, "I don't
23   want to cooperate," we'll put you over in --
24            EUGENE:  I do want to cooperate.
25            UNIDENTIFIED:  No, no.  You're -- you're --
```

```
 1              EUGENE:  I do want to help you guys out.
 2   (Indiscernible)
 3              UNIDENTIFIED:  (Indiscernible) you want to
 4   help yourself out.  You're doing this to help yourself.
 5              EUGENE:  Okay.
 6              UNIDENTIFIED:  Not us.  You're doing it to
 7   help yourself.  Keep that in mind.  You're doing it to
 8   help you.  You understand what I'm saying?  You keep
 9   saying, "You want to do it to help us out."  You're
10   doing it to help yourself out.  We're giving you an
11   option to help yourself.  Keep that in mind.  To help
12   Corrine out.  You understand that?  That's why we're
13   giving you the opportunity to help yourself, not to
14   help us, but to help you.  So keep your mind set
15   straight.  (Indiscernible).  You understand what I'm
16   saying?
17              EUGENE:  Right.
18              UNIDENTIFIED:  I mean, if there's a
19   possibility that we might be hitting the same place
20   you're talking about on a search warrant that we
21   already have, I would (indiscernible) right now to give
22   us this information, you get credit for that.  If you
23   say, "You know, I just can't do this without a
24   guarantee, (indiscernible)" --
25              EUGENE:  (Indiscernible) I see what you're
```

```
 1  saying, but I just --
 2          UNIDENTIFIED:  I thought you said
 3  (indiscernible)
 4          UNIDENTIFIED:  We were supposed -- we were
 5  supposed to be out of here in 15 minutes, and then
 6  we're supposed to be at the next place in 15 minutes.
 7  That's the problem right now.
 8          UNIDENTIFIED:  (Indiscernible) he can't work
 9  with us.
10          UNIDENTIFIED:  (Indiscernible) time --
11          UNIDENTIFIED:  Well, don't take it personal
12  (indiscernible) -- today.
13          EUGENE:  Not just today though man.  Come on,
14  today --
15          UNIDENTIFIED:  Today's almost over.
16  (Indiscernible)
17          EUGENE:  Come on, man.
18          UNIDENTIFIED:  (Indiscernible)
19          EUGENE:  Man, I'm willing to help you.  You
20  have to help me out.  (Indiscernible)
21          UNIDENTIFIED:  Yeah, we're supposed
22  (indiscernible)
23          UNIDENTIFIED:  We'll help you by testifying
24  that you cooperated.
25          UNIDENTIFIED:  You're not gonna be helping us
```

```
 1   (indiscernible)
 2            UNIDENTIFIED:  That's how I'm gonna help you.
 3   Okay.  (Indiscernible).  All right.
 4            UNIDENTIFIED:  (Indiscernible)
 5            UNIDENTIFIED:  I can't -- I can't guarantee
 6   that.  I cannot guarantee that.  I can tell you that
 7   what I can do is I'm gonna try to (indiscernible).
 8   Okay.  (Indiscernible).  (Indiscernible) DA, and saying
 9   okay, instead of charging you with dealing cocaine and
10   crack and everything else, that it's possession or
11   something like that.  (Indiscernible).  Nobody likes a
12   drug dealer anymore.  (Indiscernible) in court
13   (indiscernible).  You -- you either decide right now,
14   Eugene, or (indiscernible) courthouse, you go before a
15   judge, you testify about who you're gonna
16   (indiscernible) about your involvement with them and
17   (indiscernible) and then we go from there.  But you
18   gotta decide whether or not you want me to make that
19   call.  Because if not, then the rest of the guys that
20   you see here, okay, are waiting for us right now to go
21   hit another (indiscernible).  Your choice.
22            UNIDENTIFIED:  He's gonna want to know --
23            UNIDENTIFIED:  (Indiscernible) tape here
24   (indiscernible).  Have you ever heard -- have you ever
25   heard (indiscernible) --
```

1    UNIDENTIFIED:  I'll (indiscernible) hoping
2 because I don't want no dealer finding out, understand
3 that, (indiscernible) help myself out (indiscernible)
4    UNIDENTIFIED:  (Indiscernible) and I will not
5 file these federal charges here (indiscernible) you
6 want federal charges to come (indiscernible) DA.
7 That's what we've explained.  Is that fair enough?
8    UNIDENTIFIED:  (Indiscernible)
9    UNIDENTIFIED:  You're gonna hear what I'm
10 gonna say (indiscernible) --
11    EUGENE:  (Indiscernible)
12    UNIDENTIFIED:  Okay.  That's fine.  I'm gonna
13 call the DA (indiscernible)
14    EUGENE:  (Indiscernible) not going to jail
15 today --
16    UNIDENTIFIED:  Okay.
17    UNIDENTIFIED:  (Indiscernible) get us a kilo
18 of cocaine from (indiscernible) testify to get us a
19 warrant (indiscernible) right now (indiscernible) if he
20 doesn't go to jail (indiscernible).  (Indiscernible)
21 what we'll do is we'll sit down and talk to Eugene and
22 get it (indiscernible) and get ready to go on record.
23 Thanks a lot (indiscernible) bye-bye.  Okay.  You fuck
24 me on this deal, okay, --
25    EUGENE:  So --

```
 1            UNIDENTIFIED:  -- hold on now -- you -- you
 2   screw me and I look bad with the guy that -- that
 3   trusts what I'm telling him, okay, the DA --
 4            EUGENE:  And I don't like trusting you, too.
 5            UNIDENTIFIED:  That's fine.  You -- I'm here
 6   telling you.  You're on tape, you know that.
 7            EUGENE:  I'm not doing no time here.
 8            UNIDENTIFIED:  Well, what he said is if you
 9   can come through with the kilo of dope and the cash
10   that you're talking about, okay, that he'll look at
11   possession charge, okay, which is a C-felony instead of
12   going with the B-felony for selling this dope.
13            EUGENE:  All right.
14            UNIDENTIFIED:  Okay.  He'll reduce your
15   charge, okay, with a plea agreement of course, so you
16   don't fight it and we end up spending a shitload of
17   money and time -- wasting our time with you --
18            EUGENE:  No time.
19            UNIDENTIFIED:  Okay.
20            EUGENE:  (Indiscernible) no time --
21            UNIDENTIFIED:  And -- now, wait a minute.
22   The -- well, he can't guarantee what the judge will do,
23   but what he -- what I can tell you is you go from -- I
24   think it's 3 to 5, okay, is 0 - 2, so that means you
25   can serve zero time for a possession charge, okay.
```

```
 1  With no prior felony, you'll probably looking at a
 2  pretty good deal.  That's about as good as you're ever
 3  gonna get, but you're gonna have to come through.  If
 4  you don't come through with the dope and there's no
 5  dope on the table (indiscernible)
 6              EUGENE:  Can I get my coat.
 7              UNIDENTIFIED:  Okay.  We'll take you over to
 8  --
 9              UNIDENTIFIED:  Do we need to put your old
10  lady on -- on ice so that she doesn't call anybody?
11              EUGENE:  Oh, man, she don't know anybody that
12  I deal with like that.
13              UNIDENTIFIED:  Okay.
14              UNIDENTIFIED:  You don't have to --
15  (indiscernible)
16              UNIDENTIFIED:  Because -- because this is
17  based on what -- what you're gonna produce.
18              EUGENE:  Right.  (Indiscernible) my mom
19  (indiscernible) fucked up (indiscernible).
20              UNIDENTIFIED:  Okay.  If this doesn't work
21  today, this isn't your last shot --
22              EUGENE:  Oh, man.
23              UNIDENTIFIED:  You can -- you can keep --
24              UNIDENTIFIED:  (Indiscernible) jail boy --
25  understand that.
```

```
 1          UNIDENTIFIED:  Well, it sounds like --
 2   (indiscernible)
 3          EUGENE:  (Indiscernible) stay away from
 4   (indiscernible)
 5          UNIDENTIFIED:  It sounds like you just -- he
 6   just offered you a pretty good deal there just one --
 7   that's a pretty kick ass deal --
 8          EUGENE:  As long as I stay out of jail --
 9          UNIDENTIFIED:  What I'm saying was --
10          EUGENE:  That's all I'm saying
11   (indiscernible)
12          UNIDENTIFIED:  What I'm saying -- if this
13   works out today -- (indiscernible)
14          EUGENE:  (Indiscernible) stay out of jail.
15          UNIDENTIFIED:  If this works out today,
16   you're looking at a (indiscernible).  You can still
17   work off time on that four if you want to do something
18   after this, too.
19          UNIDENTIFIED:  Yeah, because --
20          UNIDENTIFIED:  Okay.  In other words, you're
21   working with (indiscernible) three, okay, which is
22   selling us dope, all right, which I think he said is
23   like three years --
24          UNIDENTIFIED:  Three to five.
25          UNIDENTIFIED:  -- or five years or whatever.
```

```
 1            UNIDENTIFIED:  Not 10.
 2            UNIDENTIFIED:  Yeah, I don't remember exactly
 3   what he told me on that.
 4            UNIDENTIFIED:  It sounds like (indiscernible)
 5            UNIDENTIFIED:  (Indiscernible) zero or two
 6   years time, that's four.  Okay.  With no prior
 7   felonies, you get the lower (indiscernible) and if you
 8   cooperate.  Okay.
 9            EUGENE:  No jail.
10            UNIDENTIFIED:  Well, it'll be a felony, but
11   you might not go to jail.
12            UNIDENTIFIED:  Some people get probation.
13            UNIDENTIFIED:  Yeah.
14            EUGENE:  But I want --
15            UNIDENTIFIED:  Well, thank you, that's what I
16   was looking for.
17            UNIDENTIFIED:  All right -- (indiscernible)
18   just not connecting on (indiscernible).  What we're
19   gonna do is -- well, hold on.  We're gonna take you
20   over to DEA and do a debrief --
21            EUGENE:  Can't you take me (indiscernible)
22            UNIDENTIFIED:  Okay.  We have to keep you on
23   the (indiscernible)
24            UNIDENTIFIED:  I'm not going no where --
25            UNIDENTIFIED:  If -- if -- hey, if you walk
```

```
 1   out of here -- if you walk out of here not in cuffs and
 2   somebody drives by, how does that look?
 3             UNIDENTIFIED:  How many guys (indiscernible)
 4             UNIDENTIFIED:  Okay.  As far as their
 5   concerned, you're going to (indiscernible)
 6             UNIDENTIFIED:  (Indiscernible) yeah.  We're
 7   gonna make these (indiscernible)
 8             UNIDENTIFIED:  Well, what (indiscernible) --
 9   what you're saying (indiscernible) won't tell anybody
10   what happened -- (indiscernible)
11             EUGENE:  Can I talk to her first?
12             UNIDENTIFIED:  Can -- can you or do you just
13   want her -- somebody to sit with her so she can't make
14   a phone call?
15             EUGENE:  (Indiscernible) call
16   --
17             UNIDENTIFIED:  You can -- I mean, you can.
18   I'm just asking you what you want.
19             UNIDENTIFIED:  We're off tape, but we're not
20   stopped yet.
21
22
23
24
25
```