1          THE WITNESS:  Well, yeah, where it says Mr. Schroder?

2          THE COURT:  Right.  He's -- he's playing the role of

3   Mr. Butler.

4          THE WITNESS:  Oh, okay.

5          THE COURT:  He says to you at line 24, "Good

6   afternoon, Mr. Johnson."

7   A      "Good afternoon."

8          THE COURT:  'Kay.

9   BY MR. COHEN AS MR. BUTLER:

10  Q      "You've spoken to law enforcement on several occasions,

11  haven't you?

12  A      "Yes, sir.

13  Q      "In preparation for your testimony here?

14  A      "Excuse me?

15  Q      "In preparation for your testimony here, haven't you?  You

16  spoke to law enforcement in preparation for your testimony

17  here, haven't you, sir?

18  A      "Yes, sir.

19  Q      "Okay.  How often have you spoken to them?

20  A      "Maybe two or three times, maybe.

21  Q      "And maybe more, isn't that right?

22  A      "I believe three times.

23  Q      "When was the last time?

24  A      "Maybe a day or two ago.

25  Q      "And have you -- when was the last time you spoke to

Johnson - Cross (Reading)                    2-42

1  Trooper Wall, even if it was just to say hello?

2  A    "Maybe a month ago.

3  Q    "Did you see him today?

4  A    "Yes.  Yes, I did.

5  Q    "Where did you see him, sir?

6  A    "In the hallway.

7  Q    "What did you say, or what did he say to you?  What did he

8  say to you, sir?

9  A    "He said, hi, Eugene.

10 Q    "What did you say, sir?

11 A    "I asked him if he got ate up in here -- in there.

12 Q    "What did he say?

13 A    "He said no.

14 Q    "What else did he say to you?

15 A    "That was it.

16 Q    "So I asked you a few minutes ago when is the last time

17 you spoke to Sergeant Wall, even if it was just to say hello,

18 you said a month ago, didn't you?

19 A    "We don't talk.  I don't call him to say hello, he doesn't

20 call me to say hello to me.

21 Q    "Sir, but the last time you talked to Sergeant Wall, even

22 if it was just to say hello, was a few minutes ago, not a month

23 ago, isn't that right?

24 A    "Yes, you're right.

25 Q    "Now what did you mean by asking him did you get ate in

1    there?  What did you mean, sir?

2    A    "I was wondering if you ate him up in there.

3    Q    "Why would you be concerned about that?"

4            MR. BARKELEY:  Now I'm going to object.  Counsel, I

5    -- I've endeavored to stay strictly to the script, and counsel

6    is in effect cleaning up the uhs and ahs.  I've done all of Mr.

7    Schroder's "okays" --

8            THE COURT:  Okay.

9            MR. BARKELEY:  -- and he's eliminating "Uh-huh" --

10           THE COURT:  Okay.

11           MR. BARKELEY:  -- every time.

12           MR. COHEN:  I'll read it if you want.

13   BY MR. COHEN AS MR. BUTLER:

14   Q    "Why would you be concerned about that?

15   A    "Why not?

16   Q    "Well, why would you be concerned about that?

17   A    "Why not?

18   Q    "Were you concerned about being ate up in here?

19   A    "Yeah.  Yes, sir.

20   Q    "Why would you have said that fear" -- I'm sorry.  "Why

21   would you have said that fear if you were telling the truth,

22   sir?  Why would you have had that fear if you're telling the

23   truth, sir?

24   A    "This is -- this is not a comfortable situation that I'm

25   in by any means, so I'm very uncomfortable.

1  Q    "Are you uncomfortable because you may lie in here or are

2  you uncomfortable for some other reason?

3  A    "I'm un -- I'm uncomfortable because I'm up here

4  testifying against somebody I don't have --

5  Q    "You don't have what, sir?

6  A    "-- I don't have issues with.  I don't hate Jason, I

7  didn't have problems with Jason.  Yeah, I have issues being

8  here.

9  Q    "To quote you, they wanted drugs on the table so you,

10 quote unquote, gave them Jason.  That was your testimony,

11 wasn't it?

12 A    "Yes, sir.

13 Q    "And have you also told law enforcement that you -- that

14 you seem in that -- that you seen in that safe, it was open or

15 something when you were there?

16 A    "Well, after I -- I been there, he's -- he's opened it.

17 Q    "So it was open what, a few days before you were busted?

18 A    "Last time I seen him, he opened it.

19 Q    "So that would have been a couple, three days before you

20 were busted, right?

21 A    "Yes.

22 Q    "In fact, you told law enforcement I bought drugs from

23 Jason, right?

24 A    "Yes.

25 Q    "And you said that you bought drugs from Jason just a few

1   days before you were arrested, didn't you?

2   A    "Yes.

3   Q    "And so on that occasion you were what, in his bedroom and

4   you saw the safe open, right?

5   A    "We initially -- we walked into the bedroom and then he

6   opened the safe.

7   Q    "You saw inside the safe, you saw that Uzi, was it?

8   A    "The Uzi wasn't in the safe.

9   Q    "It was on top of the dresser?

10  A    "Yes.

11  Q    "I see.  And you remember that?

12  A    "Yes.

13  Q    "So when he opened the safe, all you saw was what, the

14  drugs?

15  A    "Yes.

16  Q    "And that -- and the -- and those were drugs that you

17  said, oh, I thought about ripping him off, but when I saw that

18  Uzi, is that -- was that in essence your testimony, sir?

19  A    "Can you repeat that?

20  Q    "I thought about ripping him off, but I saw that Uzi.  Is

21  that -- in essence, was that your testimony, wasn't it?

22  A    "I don't think so.  I think I said he has showed me the

23  Uzi and prior from being over there, that was the -- that was

24  something I was thinking about.  That wasn't like I was

25  planning it out loud.

1   Q    "Okay.  So" -- I'm sorry.  "Okay.

2   A    "So --

3   Q    "And this idea of I'm going to rip -- I'm thinking about

4   ripping Jason off, but the Uzi sort of made me not, you never

5   told police that before, did you?

6   A    "What?

7   Q    "That I saw the -- that I was -- that I thought -- that I

8   thought about ripping Jason off, but once I saw the Uzi, I

9   decided not to.  You never told him that before today, did you?

10  A    "I had said something like -- I -- I had said something to

11  Officer Rose, I believe.

12  Q    "How long ago was that?

13  A    "When -- when they came in my house.

14  Q    "Is that Officer Walls or Officer Wall -- Sergeant Wall?

15  A    "Walls -- Trooper Walls.

16  Q    "So your testimony -- was that conversation recorded?

17  A    "I hope so.

18  Q    "Well, do you know?

19  A    "I don't know.

20  Q    "Did you see a recording?

21  A    "No.

22  Q    "Now you said you hope it was recorded.

23  A    "Yeah.

24  Q    "Why do you hope it was recorded?

25  A    "Just -- just it needs to be.

1   Q      "Well --

2   A      "Me and Officer Wells had a deal.  I would like everything

3   that me and Officer Wells talked about hopefully it's on tape.

4   Q      "Okay.  But you haven't seen or heard that tape, have you?

5   A      "No.

6   Q      "Have you asked for it?

7   A      "Yes.

8   Q      "Was it given to you?

9   A      "Not yet.

10  Q      "How long have you been asking for it?

11  A      "At least since March.

12  Q      "So your testimony is that you had a deal with Officer

13  Wells -- Walls.  You said Officer Wells, but Trooper Walls --

14  let me call him Trooper Walls.

15  A      "Trooper Walls.

16  Q      "Okay.

17  A      "Yes.

18  Q      "And you're saying that he made promises to you.

19  A      "Yes, sir.

20  Q      "And those promises, did he make a phone call before he

21  made you the promises, or did he make them right on the spot to

22  you?

23  A      "No phone calls, he said.

24  Q      "So?

25  A      "Long as I produced -- as long as I don't give him nothing

1   small, no jail time.

2   Q    "That's what he said to you?

3   A    "Yes.

4   Q    "Did he say I can't make a deal with you, I've got to go

5   make a call first?

6   A    "I don't recall that.

7   Q    "You would have recalled it if it said -- if it was said,

8   is that your testimony?

9   A    "Excuse me?

10  Q    "You would have recalled it if that's what Trooper Wall --

11  Walls had said to you, wouldn't you?

12  A    "I'm not sure.

13  Q    "When you looked into the safe, what did you see?

14  A    "Bag of dope.

15  Q    "Anything else?

16  A    "That's the only thing I could recall.

17  Q    "How big is the safe?

18  A    "I could put you in it.

19  Q    "So, huge?

20  A    "Yeah.

21  Q    "It would have to be, wouldn't it, since the -- it's a --

22  a recorded record, they don't have a camera, so it had to

23  anyway, but you didn't see any money in there, right?"

24  A    "It was a long time ago.  I can't recall.  I could have,

25  but I'm not for sure if I have -- or if I did.

1   Q    "But you don't remember seeing any money in there.

2   A    "I -- I -- I'm not sure.

3   Q    "And you don't recall seeing any guns in there, isn't that

4   right?

5   A    "I don't -- I'm not -- I'm not sure if I seen any guns in

6   the safe at all.  I remember seeing the Uzi on the dresser when

7   we were doing business.

8           MR. COHEN AS MR. BUTLER:  "Sir, I'm going to show you

9   exhibits that have been marked and admitted into evidence.

10  With the Court's permission, I'd like to show the witness

11  Plaintiff's Exhibits Numbers 5, 4, and 2.

12          THE COURT:  "Very well.

13          MR. COHEN AS MR. BUTLER:  "And I'd like to actually

14  show them to the jury before I show them to the witness.  May

15  I, Judge?

16          THE COURT:  "Just to remind them what's there?

17          MR. COHEN AS MR. BUTLER:  "Yes.

18          THE COURT:  "Those are the ones that already have

19  been --

20          MR. COHEN AS MR. BUTLER:  "I mean, actually, I'm a

21  little technically challenged, so --

22          THE COURT:  "Well, okay.  So you're saying you can't

23  put it up there?

24          MR. COHEN AS MR. BUTLER:  "That's correct, Judge.

25          THE COURT:  "Okay.  You have to -- how do you want to

1    show it to them?  Just --

2            MR. COHEN AS MR. BUTLER:  "Like this.

3            THE COURT:  "Okay.  Go ahead."

4            MR. COHEN:  And, Your Honor, should I -- should I

5    send --

6            THE COURT:  Do you have them?

7            MR. COHEN:  Distribute those to the jury?

8            THE COURT:  You can if you have them handy.  It was

9    five, four, and two.  You can just -- just pass them on down.

10   Just hand them -- Juror No. 1, if you can take a look and just

11   pass them on down around.

12                            (Pause)

13   BY MR. COHEN AS MR. BUTLER:

14   Q    "Plaintiff's Exhibit Number 2.  Sir, I'm handing you

15   Plaintiff's Exhibit Number 2.  You take that.  Your testimony

16   is you saw inside."

17           MR. COHEN:  And the Clerk says, "Mr. Butler, you'll

18   need the lapel mike if you're in the center."  And the Court

19   says, "Okay."

20   BY MR. COHEN AS MR. BUTLER:

21   Q    "Your testimony is you saw inside the safe, but you don't

22   recall seeing guns?

23   A    "No.

24   Q    "And this would have been just a couple of days before you

25   were raided by the police?

1  A    "Anything can happen in a couple of days.

2  Q    "Sir, that's your testimony, isn't -- is that right?

3  A    "Yes.

4  Q    "You saw dope, but you don't remember seeing any guns, is

5  that right?

6  A    "I remember seeing that Uzi with the silencer on it.

7  Q    "Plaintiff's Exhibit Number 4.  Take a look at it, sir.

8  You saw inside that safe, but all you saw was dope in there, is

9  that your testimony?

10  A    "Yes, sir.

11        MR. COHEN AS MR. BUTLER:  "Plaintiff's Exhibit Number

12  5."  The Clerk says, "Mr. Butler, I'm not recording you in the

13  center."

14  BY MR. COHEN AS MR. BUTLER:

15  Q    "Plaintiff's Exhibit Number 5, sir.  Do you see it?

16  A    "Yeah.

17  Q    "What shelf was the dope on when you saw it?

18  A    "I don't recall.

19  Q    "Was it even on a shelf?

20  A    "I recall Jason reaching in and grabbing it out.

21  Q    "And you said it was a shopping bag of some sort?

22  A    "Yes.

23  Q    "Now you never said that before today, either, did you?

24  A    "Excuse me?

25  Q    "You never said before today that it was in a shopping

1   bag --

2   A      "Yes.

3   Q      "-- did you, sir?

4   A      "Yes, I --

5   Q      "When did you say that?

6   A      "To officer -- or Trooper Walls.

7   Q      "Are you sure that's what you said?  Are you sure that's

8   what you said, sir?

9   A      "I'm not a hundred percent -- percent sure, but I -- I

10  remember mentioning that to him.

11  Q      "That it was in some -- what kind of bag was it in?

12  A      "What kind of bag was it in?

13  Q      "Looked like a grocery bag.

14  A      "So you -- well, tell us what you saw.  You're saying you

15  saw Jason reach into a grocery bag?

16  Q      "I seen Jason reach into a safe, grab a grocery bag out,

17  and when -- when they opened the grocery bag -- when he opened

18  the grocery bag, there was at least forty to fifty zips.

19  A      "Okay.  And how many of them did you buy?

20  Q      "Maybe one or two.

21  A      "Maybe one or two?

22  Q      "Now you said you spent eleven hundred dollars, right?

23  A      "So that was -- yeah, I got one that day.

24  Q      "Well, but you're not sure, are you?

25  A      "Right.

1  Q    "May have gotten ten?

2  A    "No.  I would have remembered that.  It's a lot of money.

3  That would have been over ten thousand.  I'm poor and I'm

4  seeing that much money.

5  Q    "So your testimony --

6  A    "You remember --

7  Q    "-- is that you went to Jason Colette's house and you

8  bought one ounce of cocaine a few days before you were busted,

9  is that your testimony?

10  A    "Yes.

11  Q    "And when you were -- when they bought from you

12  undercover, they bought four -- forty-four grams from you,

13  wasn't it?

14  A    "Right.

15  Q    "About an ounce and a half.

16  A    "Right.

17  Q    "Where did that come from?

18  A    "Jason was the only person I was dealing with.

19  Q    "Where did it come from?  Who sold it to you?

20  A    "I bought for many people.

21  Q    "Who did you buy that from, sir?

22  A    "I don't recall.

23  Q    "So you have numerous sources of cocaine, is that right?

24  A    "Yes.

25  Q    "And there's no record here that you told Trooper Walls I

1    bought it -- I saw a grocery bag in Jason Colette's safe, isn't

2    that right?

3    A    "Can you repeat that again?

4    Q    "You have not see a record that reflects you saying to

5    Trooper Walls I saw Mr. Colette pull drugs out of a grocery

6    bag, is that right?

7    A    "I believe I had -- I had told him that.

8    Q    "But you're not sure, are you?

9    A    "Yeah, I'm not sure.

10   Q    "Okay.  I -- I'm pretty sure that's when" -- I'm sorry,

11   I'm sorry.  "Okay.

12   A    "I'm -- I'm pretty sure that's when -- when we were in the

13   city court when we were getting the search warrant -- or the

14   search that was set in front of the off -- officer -- me and

15   Officer Wells were the -- was there and the other judge.

16   Q    "That it was in a grocery bag?

17   A    "Yeah.

18   Q    "Okay.  When they were questioning you, preparing you for

19   the -- for your testimony today, did they show you any

20   photographs?

21   A    "No, sir.

22   Q    "Have you ever seen any photographs?

23   A    "No, sir.

24   Q    "So when I showed you the photographs -- that of Mr.

25   Colette's safe, you were surprised, weren't you?

1    A    "No, sir.

2    Q    "Now you said there -- this was a very large safe, right?

3    A    "Yes.

4    Q    "How tall was it?

5    A    "I'm not sure.

6    Q    "Was it as -- was it as tall as you?

7    A    "At least.

8    Q    "Taller than you?

9    A    "I'm not sure.

10   Q    "How wide was it?

11   A    "Wide as you.

12   Q    "Would you show the jury in your own estimation how wide

13   the safe was?  You just did two things now, so just --

14   A    "It's right here.

15   Q    "So show that to the jury.  What do you have, about three

16   and a half to four feet there?  Is -- is that what you have,

17   sir?

18   A    "I'm not sure what it is.

19         MR. COHEN AS MR. BUTLER:  "With the Court's

20   permission, I'd like to show the witness Plaintiff's Exhibit

21   Number 1, and I'd like to also publish it to the jury on the

22   way.

23         THE COURT:  "It's an admitted exhibit, is that what

24   it is?  Okay.

25         MR. COHEN AS MR. BUTLER:  "Yes, Judge.

1        THE COURT:  "Okay.

2        MR. COHEN AS MR. BUTLER:  "Right -- right, counsel?

3        MR. BARKELEY AS MR. SCHRODER:  "Yes.

4        THE COURT:  "That's fine.  Just remember you're not

5   recorded as you're walking back and forth.

6        MR. COHEN AS MR. BUTLER:  "Yes, sir.

7                        (Pause)

8   BY MR. COHEN AS MR. BUTLER:

9   Q    "I handed you, sir, Plaintiff's Exhibit Number 1.  That's

10  that wide safe that you were talking about?"

11       MR. BARKELEY:  Excuse me, counsel.  Could you give

12  the exhibit to the witness?  That's what's going on in the

13  transcript.

14       MR. COHEN:  Well, I -- the reason I didn't do it is

15  because I thought it would be more helpful -- it's up -- what

16  does the Court think?

17       THE COURT:  I just -- it's probably better that we

18  follow the transcript as close as possible, so at some point

19  you're going to -- well, I don't know what's going to happen

20  down the road.  At some point, it is shown to the jury?  Where

21  is Exhibit Number 1 right now?

22       MR. COHEN:  It's with the jury.

23       MR. BARKELEY:  He gave it to the jury.

24       THE COURT:  Well, did you do that -- did Mr. Butler

25  do that at the trial?

1              MR. BARKELEY:  No.

2              MR. COHEN:  At the trial, he showed it to the

3    witness.

4              THE COURT:  Okay.  Well, let's do what --

5              MR. COHEN:  All right.

6              THE COURT:  We're trying to follow the transcript.

7    You'll have all these exhibits, by the way, when you

8    deliberate, so --

9    BY MR. COHEN AS MR. BUTLER:

10   Q    "That's that wide safe that you were talking about.

11   A    "Yeah.  That's pretty wide.  Who has a safe like that?

12   Q    "Pardon?

13   A    "Who has a safe like that?  It's pretty big.  You got a

14   safe like that?  Do you have a safe like that?

15   Q    "So your testimony is that you're not used to seeing a

16   safe like that, is that your testimony?

17   A    "You said that, I didn't say that.

18   Q    "You didn't say that?

19   A    "I said that it was a big safe -- safe.  I said the -- I

20   said who has one like that?  I think those were my exact words.

21   Q    "Okay.  So it's unusual for you to see something like

22   that.

23   A    "I don't have one.  I'm used to my lifestyle, what I have.

24   Q    "Now you said Mr. Colette -- Mr. Colette helped you out

25   with your automobiles.

1    A    "Yes, sir.

2    Q    "What do you mean, sir?  He fix -- he fixed your stereo

3    system on your -- on -- or your remote start?

4    A    "Stereos.

5    Q    "And you said stereos and you said automobiles.  How many

6    of them?

7    A    "Maybe two or three.

8    Q    "And now during this time that we're talking about, you

9    were unemployed, weren't you?  Well, let me rephrase that.  You

10   were not working for someone else, were you?  Did you have a

11   nine to five?

12   A    "No, no, I didn't.

13   Q    "No kind of job of that nature, is that right?

14   A    "Not at the time.

15   Q    "Okay.  But you had two places that you were paying rent

16   on, didn't you?

17   A    "No, sir.

18   Q    "Well, didn't you have a place where you kept dope?

19   A    "No.

20   Q    "You didn't tell Trooper Walls that you had another

21   address and that's where you kept your dope?

22   A    "I don't recall that.

23   Q    "Sir, isn't it true that you had another address where you

24   kept your dope?

25   A    "No, it's not true.

1  Q    "Well, why is it that when the troopers came to your house

2  and raided it, that you didn't have any dope there?

3  A    "Because it was gone.

4  Q    "You had taken it out of there, right?

5  A    "It was gone.

6  Q    "You had taken it out because you knew they were coming,

7  isn't that what you told the troopers?

8  A    "Oh, yeah, I cleaned up.

9  Q    "Because you knew they were coming.

10  A    "Right.

11  Q    "How did you find that out?

12  A    "Somebody that I went to church with had whispered

13  something in my ear that they were cleaning up the south side,

14  so I decided to clean up.

15  Q    "They were cleaning up the south side?  How big is the

16  south side?

17  A    "You never been over there?

18  Q    "How big is the south side, sir?  Listen, I don't want to

19  be rude, but I'm not really allowed to answer your questions

20  unless you're asking me to clarify a question.  The Court --

21  the judge will tell you that.  I have to ask you questions,

22  sir.  So how big is the south side?

23  A    "I'm not sure.

24  Q    "Now who was it that told you this?

25  A    "One of my elders.

1  Q    "Who is it, sir?  Who was it, sir?

2  A    "I don't -- I don't want to reveal that.  I don't feel --

3  Q    "Who told you that, sir?

4  A    "One of my elders.

5  Q    "Who's that, sir.  Who was it?

6  A    "Somebody I -- I went to church with.

7  Q    "Sir, your testimony here to -- now you didn't say that to

8  the trooper when they asked who it was, did you?

9  A    "They didn't ask.

10 Q    "They never asked you who it was?

11 A    "They wanted to know, yeah.  They did ask.  Actually, they

12 wanted to know who gave me up the information.

13 Q    "And you refused to tell them, isn't that right?

14 A    "Right.

15 Q    "Okay.  And you didn't tell them it was an elder from the

16 church.  Why did you bring the church into it today?

17 A    "I wasn't planning on telling.

18 Q    "Sir, why?

19 A    "I was -- I was not planning on telling anybody who told

20 me that.

21 Q    "Sir, why did you bring the church into it today?  You

22 told -- you didn't tell the troopers that someone from the

23 church told you.

24 A    "The troopers were trying to make a deal with me.  They

25 told me if I gave up who -- if I gave up who told me they were

1   coming, I could have no charges, I would have a clean slate.

2   Q     "And you turned them down, I see, isn't that right?

3   A     "Right.

4   Q     "But you didn't say it was an elder from the church --

5   A     "No, sir."

6           MR. COHEN:  I'm sorry.  I need to finish the

7   question.

8   BY MR. COHEN AS MR. BUTLER:

9   Q     "And -- but you didn't say it was an elder from the church

10  or from a church or anything of that nature, did you, sir?

11  A     "No, sir.

12  Q     "You told them essentially it was none of their business,

13  right?

14  A     "For the most part.

15  Q     "And so when it comes down to you and information, if you

16  feel it's nobody's business, you're not going to say what it

17  is, is that -- is that a fair statement, isn't it?

18  A     "I'm not sure.

19  Q     "Well, you don't mind telling a State Trooper that it's

20  basically none of his business, right?

21  A     "Right.  I got to do -- I had to protect my family -- I

22  got to do what I got to do.  Blood's thicker than water.

23  Q     "And maybe it was a source of cocaine that told you that,

24  too, isn't that right?

25  A     "No.