NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-042-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' QUALIFIED** |
| | ) | **OPPOSITION TO MOTION FOR** |
| v. | ) | **RETURN OF PROPERTY** |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby files its qualified opposition to defendant's Motion for Return of Property at docket 347.

### A.  As To The Hunting Rifle, The Motion Is Unopposed

The hunting rifle, referenced in the underlying motion (docket 347) at page 2, will be returned by ATF Special Agent Eric Cohoon to Mr. Colette's brother, Sean, on Monday, August 4, 2008.  SA Cohoon and Sean Colette have made arrangements for the transfer of the rifle.

### B. The Balance Of The Motion Is Opposed

The undersigned has confirmed that neither the DEA nor ATF agents involved in this case have possession or control of the cameras, games, sunglasses, or other items of property referenced at docket 347. Those agencies never seized them; if those items were ever seized by law enforcement, the defendant's demand for their return must be directed to the Fairbanks District Attorney's Office at (907) 451-5970. SA Cohoon was informed by the Alaska State Troopers that, upon information and belief, one or more search warrant returns are on file in State Court, under seal, and may be accessible via motion to be filed by the defendant's attorney.

Except for the rifle, none of the property listed at docket 347 was seized by, let alone forfeited by, the United States. Therefore, except as to the rifle, the motion must be denied because the United States cannot return property it never had.

Respectfully submitted this 1st day of August, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-6011
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2008, a true and correct copy of the foregoing U.S.' QUALIFIED OPPOSITION was served electronically on:

DAVID J. COHEN (Counsel for Defendant Jason Scott Colette)

s/James Barkeley