NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                         Plaintiff,       )<br>                                                      )<br>       vs.                                        )<br>                                                      )<br> JASON SCOTT COLETTE,         )<br>                                                      )<br>                         Defendant.   )<br>                                                      )<br>                                                      )<br>_____ ) | Case No.  4:05-cr-00042-RRB<br><br>**MOTION TO STRIKE OVER-LENGTH BRIEF, AND IN THE ALTERNATIVE, TO EXTEND TIME ON REPLY TO DEFENDANT'S POST-TRIAL MOTION FOR NEW TRIAL**<br><br>*ON SHORTENED TIME* |

COMES NOW Plaintiff, the United States of America, and moves the Court

Court to strike the Defendant's 52 page over-length Motion for New Trial.  In the

alternative, if the Court accepts the brief, the Government requests a 30 day extension of time from the date of acceptance.

On July 24, 2008, two years after the original trial, and one year after the subsequent forfeiture proceedings, the Defendant filed a motion for new trial at Docket 345. The motion for new trial coincidentally was filed the day before the Defendant was scheduled to file his appeal brief with the 9th Circuit Court of Appeals, after 7 extensions of time. The brief totaled 52 pages. On July 25, the Defendant filed his attachments to the Motion for New Trial at Docket 346. Those exhibits total close to 1800 pages.

Under Local Rule 10.1(m), briefs or memorandums of law are limited to 25 pages. The Defendant has exceeded that limit by double the amount, and the Government is not aware of the Defendant or Defense Counsel seeking permission to file an over-length pleading.

In the alternative, the Government requests additional time to review and respond to the voluminous amount of material provided by the Defendant. Also, because this was a Fairbanks case, and counsel is in Anchorage, we will likely need to ship records from to Anchorage, or have counsel travel to Fairbanks to review the files. Finally, in additional to the substantive issues raised by the

Defendant, the Government must research jurisdictional issues related to the Defendant's motion, especially considering that the case is currently pending before the 9th Circuit Court of Appeals.

WHEREFORE plaintiff respectfully requests that Court strike the over-length brief, or in the alternative, grant the Government an additional 30 days to respond to the Defendant's motion for new trial from the time of acceptance.

RESPECTFULLY SUBMITTED this 1st day of August, 2008, in Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov
WA #21146

CERTIFICATE OF SERVICE
I hereby certify that on August 1st,  2008,
a copy of the foregoing **MOTION TO EXTEND TIME ON REPLY TO DEFENDANT'S POST-TRIAL MOTION FOR NEW TRIAL ON SHORTENED TIME**, was served electronically, on:
David Cohen

s/Bryan Schroder