IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>        Defendant. | ) Case No. 4:05-cr-00042-RRB<br>)<br>)<br>) [PROPOSED] ORDER GRANTING<br>) MOTION TO STRIKE OVER-<br>) LENGTH BRIEF, AND IN THE<br>) ALTERNATIVE, TO EXTEND<br>) TIME ON REPLY TO<br>) DEFENDANT'S POST-TRIAL<br>) MOTION FOR NEW TRIAL<br>) |

The government's Motion to Strike Over-Length Brief, and in the Alternative, to Extend Time on Reply to Defendant's Post-Trial Motion for New Trial in this case is hereby GRANTED.

IT IS SO ORDERED.


Dated: _____     _____
                                                       United States District Court Judge