DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 9410
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> JASON SCOTT COLETTE, ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | Case No. 4:05-CR-00042-01RRB <br><br> **RESPONSE TO MOTION TO STRIKE OVER-LENGTH BRIEF, AND IN THE ALTERNATIVE, TO EXTEND TIME ON REPLY TO DEFENDANT'S POST-TRIAL MOTION FOR NEW TRIAL** |

Mr. Colette does not opppose the government's request for additional time to respond to the motion for new trial.

The issues in the motion for new trial speak for themselves, are complex, are factually detailed, and require extensive legal analysis. Local Rule 10.1(m), under these circumstances, should not prevent Mr. Colette from filing the instant motion for new trial, and to the extent the Local Rules require the Court to grant permission for its filing, we respectfully request the Court authorize this brief of more than 25 pages.

As should be apparent from the motion and brief, this was a lengthy project, and we did everything possible to express the legal points and facts in an efficient manner. We do not believe that Mr. Colette can be constitutionally and effectively represented by a brief of fewer pages than what has been filed.

The government acknowledges, in its motion, that the issues are complex, and the exhibits extensive. The government

1

acknowledges that it requires 30 days from the date of filing to respond. We agree. The fact that the issues are complex should not preclude them from being appropriately raised. However, with exhibits this voluminous, and issues this complex, a 25 page limit is not appropriate or sufficient.

Of course, the local rules of the Court cannot supplant Mr. Colette's statutory and constitutional rights. He has a statutory right to file a motion for new trial under Fed. R. Crim. P. 33, and the statutory and constitutional rights which entitle him to a new trial, as explained in the motion. The Court should not, using the page limits in a local rule, which by its terms apply to every criminal motion, no matter what its substance or complexity, to override Mr. Colette's rights.

We respectfully request that the Court grant Mr. Colette two weeks to reply to the government's response. Also, under Local Rule 7.2(a), we request the Court set a hearing on the motion for new trial two weeks after Mr. Colette's reply is scheduled to be filed by the Court.

Dated: August 5, 2008            Respectfully submitted,

/s/ David J. Cohen
300 Montgomery Street
Suite 660
San Francisco, CA 94104
(415) 398-3900
(415) 398-7500