DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> JASON SCOTT COLETTE, ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | Case No. 4:05-CR-00042-01RRB <br><br> **[PROPOSED] ORDER** |

**IT IS HEREBY ORDERED** that the government's opposition to Mr. Colette's motion for new trial be filed on August 24, 2008.

**IT IS FURTHER ORDERED** that Mr. Colette's reply to the government's opposition be filed on September 8, 2008.

**IT IS FURTHER ORDERED** that the hearing on Mr. Colette's motion for new trial be held on September 22, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August _, 2008

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE