IN THE DISTRICT COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

STATE OF ALASKA                )
                               )
              Plaintiff,       )
                               )
       vs.                     )
                               )
  1038 Lakeview Terrace,       )
  outbuildings &               )
  disabled motor vehicle       )
              Defendant.       )
_____)

SW No. 05-335

### SEARCH WARRANT

**IN THE NAME OF THE STATE OF ALASKA:**

To: Any Peace Officer authorized to execute warrants.        NO KNOCK.

(X) Sworn and recorded testimony was given before me by

( ) An affidavit was sworn to and signed before me by

_____JCO-05-09, SGT RON WALL_____
(name of witness/affiant)

that said witness/affiant
   ( ) reasonably believes that
   ( ) is positive [same as reasonably certain] that
   ( ) on the person of:
   (X) on the premises known as:

( ) the location of which is personally known to the above
    witness/affiant

and which is located at or near
   (X) Fairbanks   ( ) _____

in the Fourth Judicial District, State of Alaska, there is now being concealed certain property, namely:

000006

i:\level4\searchwarrant\regular sw form        1

(X) see attached listing of particularly described property.  Attach A.

which
(X) is evidence of the particular crime(s) of ___MICS III___

in violation of AS __11.71.040__.

(X) tends to show that
    ( ) the above named person      ( ) __Jason Collette__
committed such crime(s) indicated,
( ) has stolen or embezzled property
( ) was used as a means of committing a crime,
( ) is in the possession of a person who intends to use it as the means of committing a crime,
( ) is in the possession of _____
to whom it was delivered for the purpose of concealing it and preventing it from being discovered.

(X) See the attached addendum, incorporated herein by reference.

And, as I am satisfied that there is probable cause to believe that the property so described is being concealed on the above described
    ( ) person      (X) premises
that the foregoing grounds for issuance of this Search Warrant exist;

( ) and that probable cause has been shown which justifies authorizing this Warrant to be served during the nighttime after the hour of 10:00 p.m.;

## YOU ARE HEREBY COMMANDED TO SEARCH

(X) within __1__ days
( ) within 10 days
( ) contingent upon the happening of the events expected to occur as set forth in the supporting testimony/affidavit
    ( ) the person      ( ) the premises

for the property specified, serving this Warrant

(X) between the hours of 7:00 a.m. and 10:00 p.m.,
( ) at any time,

and if the property be found there, to seize it, leaving a copy of this Search Warrant and a copy of the supporting affidavit, if any, and a receipt for the property taken, and prepare a written inventory of the property seized and return this Warrant and bring the inventory before me within ten (10) days of this date, as required by law.

i:\level4\searchwarrant\regular sw form      2

DATED at Fairbanks, Alaska, this 28th day of November, 2004. 2005

_____
JUDGE/MAGISTRATE

[Seal of the Trial Courts of the State of Alaska, Fourth Judicial District]

## ATTACHMENT 'A' – *COCAINE*

<u>Controlled Substances and Paraphernalia</u>: Cocaine, Cocaine derivatives, Cocaine cutting agents, adulterants or materials, Cocaine paraphernalia, including but not limited to spoons, straws, strainers, tooters, mirrors, razor blades, vials, grinders, Deering equipment, stash containers, or any other controlled substances;

<u>Controlled Substances Packaging Materials</u>: Items used for packaging controlled substances, including but not limited to baggies, bags, glass or plastic vials, paper bindles, foil bindles and envelopes;

<u>Items Relating to Illegal Transactions</u>: Any written documents relating to illegal transactions involving a controlled substance, including but not limited to business records, account books, ledgers, notebooks, check registers, checks, cancelled checks, bank books, bank statements, safe deposit box keys, tax returns and other tax records, letters, notebooks, records showing any controlled substance transactions, telephone records, address and telephone books, photographs showing use or distribution of any controlled substances, and books pertaining to any controlled substance, its use or distribution;

<u>Items Showing Ownership, Possession or Control</u>: Any documents or items tending to show occupancy, ownership, possession or control, including but not limited to keys, utility receipts, mortgage or rent receipts, lease, rental or sale agreements or contracts, credit cards or credit card receipts, letters, other correspondence, bills; any documents or items pertaining to vehicle ownership or control, including but not limited to vehicle registrations, titles, bills of sale, or emissions control inspections; telephone message records and tapes, and pagers;

<u>Items Showing Identity</u>: Any documents or items showing identity, including but not limited to passports, hotel receipts, gasoline receipts, vehicle rental documents and taxi receipts;

<u>Persons on the Premises Searched</u>: Any persons on the premises at the time of service of the search warrant, for the purpose of checking for the sale, distribution and/or possession of controlled substances and, further, for the purpose of identification;

<u>Forfeitable Firearms</u>: Any firearm which is visible, carried during, or used in the furtherance of a violation of AS 11.71;

<u>Money</u>: United States currency or any and all monies, notes or other items of value used in or intended for use in or derived from trafficking in controlled substances.

Original

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

███████ OF ALASKA        )
                         )
             Plaintiff,  )
                         )
         vs.             )
                         )
Arctic Alarm & Audio     )
1915 S. Cushman          )
                         )
             Defendant.  )
_____)

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

DEC 0 7 2005

Clerk of the Trial Courts
By _____ Deputy

SW No. 4FA-05-336 SW

## SEARCH WARRANT

IN THE NAME OF THE STATE OF ALASKA:

To: Any Peace Officer authorized to execute warrants.

(X)  Sworn and recorded testimony was given before me by

( )  An affidavit was sworn to and signed before me by

_____Jess Carson_____
(name of witness/affiant)

that said witness/affiant
   (X) reasonably believes that
   ( ) is positive [same as reasonably certain] that
   ( ) on the person of:
   (X) on the premises known as: Arctic Alarm & Audio

( )  the location of which is personally known to the above
     witness/affiant

and which is located at or near
   (X) Fairbanks     ( ) 1915 South Cushman - 1

in the Fourth Judicial District, State of Alaska, there is now being concealed certain property, namely:

i:\level4\searchwarrant\regular sw form            1

(X) see attached listing of particularly described property. See Attachment A and B.

which
(X) is evidence of the particular crime(s) of _11.71.030 (a)(1)  11.71.06_
_MICS III & MICS VI_
in violation of AS_____.

(X) tends to show that
   ( ) the above named person    (X) _Jason Collette_
committed such crime(s) indicated,
( ) has stolen or embezzled property
( ) was used as a means of committing a crime,
( ) is in the possession of a person who intends to use it as the means of committing a crime,
( ) is in the possession of _____
to whom it was delivered for the purpose of concealing it and preventing it from being discovered.

( ) See the attached addendum, incorporated herein by reference.

And, as I am satisfied that there is probable cause to believe that the property so described is being concealed on the above described
   ( ) person    (X) premises
that the foregoing grounds for issuance of this Search Warrant exist;

( ) and that probable cause has been shown which justifies authorizing this Warrant to be served during the nighttime after the hour of 10:00 p.m.;

## YOU ARE HEREBY COMMANDED TO SEARCH

(X) within __2__ days
( ) within 10 days
( ) contingent upon the happening of the events expected to occur as set forth in the supporting testimony/affidavit
     ( ) the person    ( ) the premises

for the property specified, serving this Warrant

(X) between the hours of 7:00 a.m. and 10:00 p.m.,
( ) at any time,

and if the property be found there, to seize it, leaving a copy of this Search Warrant and a copy of the supporting affidavit, if any, and a receipt for the property taken, and prepare a written inventory of the property seized and return this Warrant and bring the inventory before me within ten (10) days of this date, as required by law.

i:\level4\searchwarrant\regular sw form        2

DATED at Fairbanks, Alaska, this 28 day of November, 2005.

_____
JUDGE/MAGISTRATE



## ATTACHMENT 'A' – *COCAINE*

Controlled Substances and Paraphernalia:  Cocaine, Cocaine derivatives, Cocaine cutting agents, adulterants or materials, Cocaine paraphernalia, including but not limited to spoons, straws, strainers, tooters, mirrors, razor blades, vials, grinders, Deering equipment, stash containers, or any other controlled substances;

Controlled Substances Packaging Materials:  Items used for packaging controlled substances, including but not limited to baggies, bags, glass or plastic vials, paper bindles, foil bindles and envelopes;

Items Relating to Illegal Transactions:  Any written documents relating to illegal transactions involving a controlled substance, including but not limited to business records, account books, ledgers, notebooks, check registers, checks, cancelled checks, bank books, bank statements, safe deposit box keys, tax returns and other tax records, letters, notebooks, records showing any controlled substance transactions, telephone records, address and telephone books, photographs showing use or distribution of any controlled substances, and books pertaining to any controlled substance, its use or distribution;

Items Showing Ownership, Possession or Control:  Any documents or items tending to show occupancy, ownership, possession or control, including but not limited to keys, utility receipts, mortgage or rent receipts, lease, rental or sale agreements or contracts, credit cards or credit card receipts, letters, other correspondence, bills; any documents or items pertaining to vehicle ownership or control, including but not limited to vehicle registrations, titles, bills of sale, or emissions control inspections; telephone message records and tapes, and pagers;

Items Showing Identity:  Any documents or items showing identity, including but not limited to passports, hotel receipts, gasoline receipts, vehicle rental documents and taxi receipts;

Persons on the Premises Searched:  Any persons on the premises at the time of service of the search warrant, for the purpose of checking for the sale, distribution and/or possession of controlled substances and, further, for the purpose of identification;

Forfeitable Firearms:  Any firearm which is visible, carried during, or used in the furtherance of a violation of AS 11.71;

Money:  United States currency or any and all monies, notes or other items of value used in or intended for use in or derived from trafficking in controlled substances.

## ATTACHMENT 'B' - MARIJUANA

A.   Controlled Substances and Paraphernalia:   Including but not limited to Marijuana, in cultivation or harvested, Marijuana seeds, stems, resins, oils, Hashish or other THC derivatives; smoking devices, including but not limited to, pipes, strainers, water pipes, rolling papers and rolling machines, and stash containers;

B.   Growing Operation Paraphernalia:   High intensity lights and fixtures, halide or sodium light bulbs, electric ballasts or boosters, electric light tracks and circles, soil testers/meters, fans, timers, water pumps, generators, hoses and/or plastic tubing, watering cans, electrical cords, thermometers, heat sources or other similar materials; $CO^2$ bottles and related equipment, ION generators and air fresheners, gardening and work tools, lumber, blackout curtains, mylar reflective material, insulation, paint or other window coverings;

C.   Growing Medium and Paraphernalia:   Pots, trays, planters, grow beds, water reservoirs, rock wool blocks, gro-dan or other containers, potting soil, pro-mix, fertilizers and nutrients and applicators, perlite, peat moss, vermiculite, pest control products and plastic sheeting, mylar film;

D.   Harvesting Paraphernalia:   Drying racks, sifting tables, cutting tools and screens;

E.   Packaging Materials:   Bags, baggies, heat sealers, vacuum packing devices, boxes, tape, scales, aluminum foil and envelopes;

F.   Books, Pamphlets or Printed Material:   Any written documents which, by their covers, show that they are intended to be utilized in conjunction with growing and cultivating Marijuana, including, but not limited to "*High Times*", "*Marijuana Grower's Guide*", "*International Cultivator's Handbook*", "*Cultivator's Handbook of Marijuana*", and "*Growing The Finest Marijuana Indoors*";

G.   Items Relating to Illegal Transactions:   Any written documents relating to illegal transactions involving controlled substances, including but not limited to, business records, account books, ledgers, notebooks, check registers, checks, canceled checks, bank books, bank statements, safe deposit box keys, tax returns and other tax records, letters, records showing any controlled substance transactions, telephone records, address and telephone books, photographs and/or video tapes of people, film, including film to be developed by investigators after leaving the scene, photographs and/or video tapes showing use or distribution of any controlled substances, audio tapes pertaining to any controlled substances, its use or distribution, police scanners and listings of law enforcement radio frequencies, electronic transmitter devices, security cameras, televisions and videos used to protect a Marijuana grow operation;

H.   Items Showing Ownership, Possession or Control:   Any documents, items or computers or computer stored or generated disks or software or files tending to show occupancy, ownership, possession or control of premises, including but not limited to, keys, utility records or receipts, mortgage or rent receipts, lease, rental or sale agreements or contracts, credit cards or credit card receipts, letters or other correspondence, bills or any items pertaining to vehicle ownership or control, including but not limited to, registrations, titles, bills of sale, vehicle repair orders or invoices, telephone message recorders and tapes, and pagers, either voice or digital;

I.   Prescriptions for Medical Marijuana Use;

J.	<u>Person(s) on the Premises to be Searched</u>:  Any person(s) on the premises at the time of the service of the search warrant;

K.	<u>Forfeitable Firearms</u>:  Any firearm which is visible, carried during or used in the furtherance of a violation of AS 11.71;

L.	<u>Money</u>:  United States currency or any and all monies or other items of value used in or intended for use in or derived from trafficking in controlled substances.

SEARCH WARRANT        NO. 4FA-05-335

RECEIPT AND INVENORY OF PROPERTY SEIZED
(Continued)

*Filed in the Trial Courts*
*STATE OF ALASKA, FOURTH DISTRICT*
*DEC 07 2005*
*Clerk of the Trial Court*
*By _____ Deputy*

7 checks written to Arctic Alarm & Audio found in Safe.

RETURN

I received the attached search warrant on __November 28, 2005__, and have executed it as follows:

On __November 28__, __2005__, at __1430__ (a.m.)(p.m.) I searched (the person) (the premises) described in the warrant, and I left a copy of the warrant (with) (at) __on Table__.
(person warrant was left with or place warrant was left)

The above inventory of property taken pursuant to the warrant was made in the presence of _____
__Sgt Wall__ and of __Inv. Pugh__ __Inv. Carson__.

I swear that this inventory is a true and detailed account of all property taken by me on the authority of this warrant.

_____ - Investigator
Name and Title

Signed and sworn to before me on __December 7__, 19 __2005__

_____ - Deputy Clerk #
Judge

(SEAL)

Page 4 of 4
CR - 706 (7/88) (st. 4)
SEARCH WARRANT

AS 12.35.010 - .120
Crim. R. 37

SEARCH WARRANT    NO. 4FA-05-335

Case Number:

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

DEC 07 2005

Clerk of the Trial Court
By _____ Deputy

RECEIPT AND INVENORY OF PROPERTY SEIZED
(Continued)

7 checks written to Arctic Alarm & Audio found in Safe.

RETURN

I received the attached search warrant on November 28, 2005, and have executed it as follows:
On November 28, 2005, at 1430 (a.m.)(p.m.) I searched (the person) (the premises) described in the warrant, and I left a copy of the warrant (with) (at) on Table.
(person warrant was left with or place warrant was left)

The above inventory of property taken pursuant to th warrant was made in the presence of Sgt Wall and of Inv. Pugh   Inv. Carson.

I swear that this inventory is a true and detailed account of all property taken by me on the authority of this warrant.

_____ Carson - Investigator
Name and Title

Signed and sworn to before me on December 7, 19 2005

_____ - Deputy Clerk II
Judge

(SEAL)

Page 4 of 4
CR - 706 (7/88) (st. 4)
SEARCH WARRANT

AS 12.35.010 - .120
Crim. R. 37

# STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

Case No. OS-98328

Location / Evidence Locker: Fairbanks
Property Status: EV
Status Codes: ST = Stolen, RE = Recovered, FO = Found, EV = Evidence, SK = SafeKeeping

Submitting Officer: Carson
PermID: SCO366  UnitID: FAIM

Case Officer: Carson
PermID: SCO366  UnitID: FAIM

Type Codes: A = Currency, B = Jewelry, C = Clothing, D = Vehicles, E = Office Eq., F = Electronic Eq., G = Firearms, H = Household, I = Consumables, J = Livestock, K = Misc.

12-210 (REV. 1/00)

| Item No. | Type Code | Value | Type of Article | Brand Name | Model | Color | Model Year | Caliber |
|---|---|---|---|---|---|---|---|---|
| 100 | h | 0 | checks | | | | | |

Serial No.: 
Other Information: 7 checks to Arctic Alarm & Audio from safe SCO
Place Stored: 
APSIN / NCIC Entry: 
Submitted To: 
Return Date: 
Final Disposition Of Article (if Destroyed Sign Here): 

## RECORD OF CUSTODY

| ITEM# | REC FROM: SIGNATURE - PermID / P.O. REG. NO. | DATE RECEIVED | REC. BY: SIGNATURE - PermID / P.O. REG. NO. |
|---|---|---|---|
| 1 | Carson SCO 366 | 12-6-05 | |

Page ___

## Check 1

**AURORA MOTORS**
PONTIAC BUICK GMC KIA
P.O. BOX 72420
TELEPHONE: (907) 459-7000
FAIRBANKS, ALASKA 99707

WELLS FARGO BANK, N.A.

**068552**
68552  89-5/1252

DATE: 15NOV05

PAY THIS AMOUNT: **********80 DOLLARS 00 CENTS

AMOUNT OF CHECK: *********80.00

6811

VOID AFTER 90 DAYS

TO THE ORDER OF:
ARCTIC ALARM & AUDIO
1915 S CUSHMAN ST
FAIRBANKS AK 99701

BY _Wanda J. Downs_
BY _Audrey E. Fleek_
AUTHORIZED SIGNATURE

⑈068552⑈ ⑆125200057⑆ 1100484051⑈

---

## Check 2

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT BORDER. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**Voyager Fleet Systems Inc.**
Agent for Travelers Express
P.O. Box 790049
Houston, TX 77279-0049
Teletrans Dept: 866-842-5608

Check No. 0000561411
93-541/920
Check Date: 11/14/2005

PAY: Two Hundred Sixty Five AND 37/100

$ *******265.37

Drawer: Travelers Express Company Inc.
P.O. Box 9476 Minneapolis, MN 55480
Drawee: FIRST INTERSTATE BANK HELENA, MT

TO THE ORDER OF:
ARCTIC ALARM & AUDIO
1915 S CUSHMAN
FAIRBANKS AK 99701-6609

_Terry R. Tolan_

⑈561411⑈ ⑆092005411⑆ 015001110589⑈

---

## Check 3

ROGGIE OR MICHELLE HUNTER
P.O. BOX 56366  (907) 488-1814
NORTH POLE, AK 99705

**7265**
89-7202/3252

DATE: 21 Nov 2005

PAY TO THE ORDER OF: Artic Alarm and Audio     $ 525.00

Five Hundred Twenty Five and N/100 DOLLARS

**AlaskaUSA**
Federal Credit Union
Toll free (800) 525-9094
Anchorage (907) 563-4567
www.alaskausa.org

FOR: Antestart

⑆325272021⑆ 170000599783⑈ 7265

---

From safe

**Check 1251**
CHRISTINA F DILLE
AKDL 6362519
PHONE 907-457-6818 CELL 907-322-6818
304 SLATER DR
FAIRBANKS, AK 99701
89-7202/3252
Date: 11/22/05
Pay to the order of: Arctic Alarm + Audio   $20—
Twenty d + no/100   DOLLARS
AlaskaUSA Federal Credit Union
Toll free (800) 525-9094
Anchorage (907) 563-4567
www.alaskausa.org
For: _____
⑆325272021⑆ 17000032446 30⑈ 1251

**Check 108**
KaufMVL586MW
VIRGINIA L KAUFMAN
870 REFINERY LOOP   488-2198
NORTH POLE, AK 99705
89-7202/3252
Date: 11/21/05
Pay to the order of: Arctic Alarm & Audio   $ 375.00
three hundred seventy five 00/100   DOLLARS
AlaskaUSA Federal Credit Union
For: _____   Virginia L Kaufman
⑆325272021⑆ 170001241 2929⑈ 0108

**Check 1298**
CHRISTINA F DILLE
AKDL 6362519
PHONE 907-457-6818 CELL 907-322-6818
304 SLATER DR
FAIRBANKS, AK 99701
89-7202/3252
Date: 11/21/05
Pay to the order of: Arctic Alarm + Audio   $45—
Forty five d + no/100   DOLLARS
AlaskaUSA Federal Credit Union
For: _____
⑆325272021⑆ 17000032446 30⑈ 1298

From safe
JLCO

**Check 5217**
WILLI A. LUNDQUIST
KAREN G. LUNDQUIST
LIC. 0462040  5858250
789 DONOHUE DR.  456-2584
FAIRBANKS, AK 99712
89-7126/3252
11005734
No. 5217
Date: 17 Nov 2005
Pay to the order of: Arctic Alarm & Audio   $ 575 00
Five-hundred and seventy-five and no/100   DOLLARS
Mt. McKinley Bank
530 - 4th Avenue (907) 452-1751
Fairbanks, Alaska 99701
www.mtmckinleybank.com
Karen M Lundquist