

**U. S. Department of Justice**
Drug Enforcement Administration
Office of Operations Management

---

www.dea.gov

FEB 1 4 2006

Jason Scott Colette
c/o M. J. Haden, Esq.
550 W. Seventh Ave., Suite 1600
Anchorage, AL 99501

**RECEIVED**

FEB 2 1 2006

**FEDERAL PUBLIC DEFENDER**

| ASSET ID NUMBER | CASE NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| 06-DEA-460367 | RG-05-0045 | $38,848.00 U.S. Currency |
| **JUDICIAL DISTRICT:** | District of Alaska | |

Dear Claimant:

The Drug Enforcement Administration (DEA) has received your claim and/or petition regarding the above-referenced asset. The following information is provided:

**XX**   Your claim has been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____   Your claim and petition have been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____   Your petition, which was previously acknowledged, is now being handled by the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

_____   Your claim for the above referenced property is being **returned** because it was received **in this office** after the last date to file, which was _____.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FILE　　☐ CALENDAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLIENT　☑ _____ ☐
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY ☐ _____

-2-

____ Petitions for Remission and/or Mitigation of forfeiture may be filed until the date the property is disposed of according to law. Since you submitted a petition along with your claim, this office will administratively rule on your petition. It is anticipated that this process will take a minimum of **120 days** before a decision can be rendered on the merits of the petition. Please be assured that all petitions are handled on a "**first-in, first-out**" basis.

____ Although you did **not** file a Petition for Remission and/or Mitigation along with your claim, as a matter of discretion, we will allow you **twenty (20) days** from the date of receipt of this letter to file a petition for an administrative ruling by this office before the property is disposed of according to law. Please note that your petition must be sworn to under penalty of perjury. For your ready reference, the acceptable language required by statute is as follows:

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date) (Signature)".

Please ensure that **all documents and correspondence regarding this matter reference the DEA asset identifier and case numbers noted above** and, unless otherwise directed, be addressed to the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQ's Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to the Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301.

Sincerely,

Asset Forfeiture Section
Office of Operations Management

**CLAIM.ACKNOWLEDGE.LETTER (JAN. 02)**          **BY: JRD AD CODE #:853**