# EXHIBIT A

** TOTAL PAGE.03 **
04/24/2007 07:21  2223077640  OMA

[U.S. Postal Service Certified Mail Receipt and Domestic Return Receipt addressed to:]

Jason Scott Coleman, Prisoner ID No. 328943
Fairbanks Correctional Center
1931 Bogan Drive
Fairbanks, AK 99701

(RC)

7004 1350 0004 0707 3724

PS Form 3811, February 2004   Domestic Return Receipt

APR 24 2007 13:42 FR 9072713097 9072713097 TO 19271691l   P.03
APR-25-2007 10:37 From:CR COPY RM   2711500   To:91415398750O   P.2