DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 9410
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>       Plaintiff(s),          )<br>                              )<br>v.                            )<br>                              )<br>JASON SCOTT COLETTE,          )<br>                              )<br>       Defendant(s).          )<br>                              )<br>_____) | Case No. 4:05-CR-00042-01RRB<br><br>**APPLICATION TO (1) FILE REPLY PURSUANT TO ALASKA LOCAL RULE 10.1(m) and (2) FOR A HEARING ON MR. COLETTE'S RULE 41 MOTION, PURSUANT TO ALASKA LOCAL RULE 10.1(m)** |

   1.   I, David J. Cohen, Esq., am admitted to practice before this Court for the purposes of this case and I am retained to represent Jason Scott Colette.

   2.   This is an application to file a reply to the government's opposition to our motion for return of property. After reviewing the government's opposition, we believe that the government's argument is incorrect as it is contrary to prevailing case law, which we request to demonstrate in a reply to the government's opposition.

   3.   This is also an application to file a proposed order which would compel the government to inform Mr. Colette of the whereabouts of his personal property and to take the necessary steps to authorize and facilitate the return of that property to the family of Mr. Colette.

   4.   The defense also requests that we be granted a hearing on our requests on September 22, 2008, which is the same date

that the defense previously requested for a hearing on Mr. Colette's motion for new trial.

Dated: August 7, 2008                Respectfully submitted,

/s/ David J. Cohen
300 Montgomery Street
Suite 660
San Francisco, CA 94104
(415) 398-3900
(415) 398-7500