DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 9410
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JASON SCOTT COLETTE,<br><br>Defendant(s). | Case No. 4:05-CR-00042-01RRB<br><br>**PROPOSED REPLY TO UNITED STATES' QUALIFIED OPPOSITION TO MOTION FOR RETURN OF PROPERTY** |

COMES NOW Jason Scott Colette, by and through counsel, David J, Cohen, Esq., and hereby files our reply to the government's qualified opposition to our motion for return of property.

**A.   The People Are Required, As A Matter Of Law, To Account For The Whereabouts Of Mr. Colette's Property And To Facilitate The Return Of Said Property.**

The government, in its opposition to our motion for the return of Mr. Colette's property pursuant to Rule 41 of the Federal Rules of Criminal Procedure, incorrectly states that it is not obligated to assist Mr. Colette in the return of items seized from his property. However, it is well established that when a state agency, such as the Office of the District Attorney in Fairbanks and the Fairbanks Police Department, seize items pursuant to the orders and directions of the federal government, the federal government is deemed to be in constructive possession of the items seized. *U.S. v. Copeman* (2006) 458 F.3d 1070, 1071; *U.S. v. Roberts* (2008) *2008 U.S.App. LEXIS 13579*, 7-8.

1

*Copeman* and *Roberts* both indicate that the federal government will be found to have constructive possession of property when "property was seized by state officials acting at the direction of federal authorities in an agency capacity." *Copeman* at 1071; *Roberts* at 7.

In this case, the government was present at the execution of the search warrant that led to the seizure of Mr. Colette's property. The federal government instructed local law enforcement and state agents on what to remove and how to treat the items removed. The federal government instructed on which items were to be stored in the varying locations of Mr. Colette's property. The government now, despite its knowledge of the property's location and easy access to the property, now acts as if the state acted on its own volition in seizing the items.

The defense has taken issue with the way the warrant was executed and the fashion in which Mr. Colette's property was seized. The government ordered the personal items to be removed from Mr. Colette's home. The fact that the government ordered state agents to take items that were unnecessary to the investigation and case is not an error for which Mr. Colette should be made to suffer. The government believes that because it ordered the items removed and then abandoned any responsibility for the items, leaving them in the care of state agents, that the government can escape the accountability for those items being held without just cause.

The federal government controlled the execution of the warrant, the removal of Mr. Colette's property, and the location of Mr. Colette's property. It is both unjust and impermissible

under the law that the government should be able to escape the responsibility of informing Mr. Colette of the property's precise location and authorizing and/or ordering the property's return.

For these reasons, Mr. Colette respectfully requests that the government (1) inform him of the precise location of his property, (2) make any necessary phone calls or prepare any necessary letters to facilitate the return of Mr. Colette's property, and (3) ensure that any order it issues regarding the return of Colette's property is executed promptly and within the dictates of the law.

Dated: August 7, 2008         Respectfully submitted,

/s/ David J. Cohen
300 Montgomery Street
Suite 660
San Francisco, CA 94104
(415) 398-3900
(415) 398-7500

DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 9410
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:05-CR-00042-01RRB |
| ) Plaintiff(s), ) | **[PROPOSED] ORDER** |
| v. ) | |
| JASON SCOTT COLETTE, ) | |
| ) Defendant(s). ) | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that Mr. Colette be permitted to file the attached proposed reply to the government's opposition to his motion for return of property pursuant to Fed. R. Crim. P. 41

**IT IS FURTHER ORDERED** that the government supply the precise location of Mr. Colette's personal property.

**IT IS FURTHER ORDERED** that the government make the necessary phone calls or prepare the necessary documents to have the property returned to Mr. Colette.

1

**IT IS FURTHER ORDERED** that the hearing on Mr. Colette's motion for new trial be held on September 22, 2008 at 9:00 a.m, at which time we have also requested a hearing related to Mr. Colette's motion for new trial.

**IT IS SO ORDERED.**

Dated: August _, 2008

                                        THE HONORABLE RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT COURT JUDGE