NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-042-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF ERRATA** |
| | ) | |
| v. | ) | |
| | ) | |
| JASON SCOTT COLETTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby informs the Court of an error in the attached Exhibits 1 and 2 to the Opposition filed August 21, 2008 at docket 359. Exhibits 1 and 2 were incomplete as filed. The United States respectfully requests the Court to consider the Exhibits 1 and 2, in their entirety, filed herewith. The United States apologizes to the Court and claimant for any inconvenience or confusion

caused by this error.

DATED this 21 day of August, 2008, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/James Barkeley
    JAMES BARKELEY
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    222 W. 7th Avenue, #9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3699
    Fax: (907) 271-6011
    Email: jim.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF ERRATA was sent electronically this 21st day of August, 2008, to:

DAVID J. COHEN (Counsel for Defendant Jason Scott Colette)

s/James Barkeley