To: Filed Forfeiture Counsel
Asset forfeiture section
Office of Operations Mgmt
Drug Enforcement Admin
HQ Forfeiture response
PO Box 1475
Quantico, VA 22134-1775

RE: 06-DEA-460374

I attest the forfeiture of my Seadoo. It was taken from my house with out ever having been left on an inventory. Basically as I see it that is theft as clearly as if anyone else had pulled up to my house and drove away with it. It was not purchased with drug money and I want it returned to me. I would also like to see discipline/ prosecution procedures against Michael Foran for the theft and the failure to leave any paperwork and when asked about said paperwork, lying to the people trying to clear up this matter.

2005 Sea-Doo 215A with a 2005 Karavan Trailer.

My understanding is this case was put on the same 60 day stay as everything else to do with my case. Please respond in writing that you have received this.

Thank you
Jason Colette
FCC
1931 Egan Street
Fairbanks, AK 99701

Exhibit 2

Page 1 of 5 Pages



Exhibit 2

Page 2 of 5 pages

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 0390 0000 9053 2720

PS Form 3800, June 2002     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete [item 4 if Restricted Delivery is desired].
- [Print your name and address on the reverse] so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

06-460374-00

1. Asset I.D. 06-460374 (RG)

Jason Colette
Prisoner I.D. No. 328941
Fairbanks Correctional Center
1931 Egan Street
Fairbanks, AK 99701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): McL___
C. Date of Delivery: 2/3/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7005 0390 0000 9053 2720

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit 2
Page 3 of 5 Pages

 

U. S. Department of Justice
Drug Enforcement Administration
Office of Operations Management

www.dea.gov

**MAR 2 1 2006**

CERTIFIED MAIL/RETURN RECEIPT

Jason Colette
Prisoner I.D. No. 328941
Fairbanks Correctional Center
1931 Egan Street
Fairbanks, AK 99701

| ASSET ID NUMBER | CASE NMBER | PROPERTY DESCRIPTION |
|---|---|---|
| 06-DEA-460374 | RG-05-0045 | 2005 Sea-Doo 215A w/Trailer |
| **JUDICIAL DISTRICT:** | District of Alaska | |

Dear Mr. Colette:

The Drug Enforcement Administration (DEA) has received your claim and/or petition regarding the above-referenced asset. The following information is provided:

\_\_\_ Your claim has been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

\_\_\_ Your claim and petition have been accepted and this matter has been referred to the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

\_\_\_ Your petition, which was previously acknowledged, is now being handled by the United States Attorney for the Civil Division in the judicial district noted above. Please direct all inquiries regarding this matter to that office.

**XX** Your claim for the above referenced property is being returned because it was received in this office after the last date to file, which was **February 7, 2006**.

Exhibit \_\_\_\_

Page \_4\_ of \_5\_ Pages

-2-

___ Petitions for Remission and/or Mitigation of forfeiture may be filed until the date the property is disposed of according to law. Since you also submitted a petition, this office will administratively rule on your petition. It is anticipated that this process will take a minimum of **120 days** before a decision can be rendered on the merits of the petition. Please be assured that all petitions are handled on a **"first-in, first-out"** basis.

__XX__ Although you did not file a Petition for Remission and/or Mitigation along with your claim, as a matter of discretion, we will allow you **twenty (20) days** from the date of receipt of this letter to file a petition for an administrative ruling by this office before the property is disposed of according to law. Please note that your petition must be sworn to under penalty of perjury. For your ready reference, the acceptable language required by statute is as follows:

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date) (Signature)".

Please ensure that **all documents and correspondence regarding this matter reference the DEA asset identifier and case numbers noted above** and, unless otherwise directed, be addressed to the Forfeiture Counsel, Asset Forfeiture Section, OMA, Drug Enforcement Administration, HQ's Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be sent to the Asset Forfeiture Section, OMA, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301.

Sincerely,

[signature]

Asset Forfeiture Section, OMA
Office of Operations Management

**CLAIM.ACKNOWLEDGE.LETTER (SEPT. 04)**          BY: NAM AD CODE #:853

Exhibit __2__

Page __5__ of __5__ Pages