NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON SCOTT COLETTE,<br><br>    Defendant. | Case No. 4:05-cr-00042-RRB<br><br>**DECLARATION OF BRYAN SCHRODER IN SUPPORT OF OPPOSITION TO MOTION FOR NEW TRIAL** |

I Bryan Schroder, declare and state as follows:

1.    I am an Assistant U.S. Attorneys for the District of Alaska, assigned to the above-captioned case. As such, I are fully familiar with the facts stated

herein. I make this declaration in opposition to the defendant's motion for a new trial.

2. I was the trial counsel for the Government in <u>U.S. v. Jason Colette</u>, Case No. 4:05-CR-00042. After I presented this matter to the grand jury on December 13, 2005, I chose not to have the testimony of the two witnesses, Special Agent Mike Foran and Special Agent Eric Cohoon, transcribed. The recordings of grand jury testimony are maintained by the contract court reporter for the grand jury, not in the U.S. Attorney's Office case files.

3. Prior to trial, in late July 2006, I participated in a search of the U.S. Attorney's Office files for Jencks and <u>Brady/Giglio</u> material. Because there were

//
//
//
//
//
//
//
//

no physical transcriptions or recordings in the file, I did not recognize that the grand jury material had not been recovered, and inadvertently failed to provide the recordings to the defense.

Dated: August 29, 2008.  NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August  29 , 2008,
that a true and correct copy of the foregoing,
was served, via Electronic Filing, on:

David Cohen
177 Post Street, Suite 600
San Francisco, CA 94108

s/Bryan Schroder

U.S. v. Colette, et al
4:05-cr-00042-RRB                          3