RECEIVED
JAN 17 2006
OFFICE OF
UNITED STATES ATTORNEY
FAIRBANKS, AK.

LODGED
DEC 29 2005

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

STATE OF ALASKA,                )
                                )
            Plaintiff,          )
                                )
    vs.                         )
                                )
1038 Lakeview Terrace,          )
Fairbanks, AK, and              )
1915 S. Cushman, Fairbanks      )
– Arctic Alarm and Audio,       )
                                )
            Defendants.         )
_____)

In the Matter of 4FA-05-335SW and 4FA-05-336SW.

### ORDER TO UNSEAL SEARCH WARRANTS

> **VRA CERTIFICATION**
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of a crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

Based upon the State's Motion to Unseal Search Warrants,

**IT IS HEREBY ORDERED** that Search Warrants 4FA-05-335SW and 4FA-05-336SW be unsealed and available for inspection by the State of Alaska. The Dept of Law may also receive copies of any audio taped proceedings.

DATED at Fairbanks, Alaska this 4 day of Jan, 2006.

_____
SUPERIOR COURT JUDGE

This is to certify that a copy of the foregoing is being delivered via courier service to the following attorneys or parties of record: Law Office of Wm Bryson, 1015 W. 7th Ave, Anchorage, AK 99501

V. Weathers       12-29-05
Name              Date

DISTRICT ATTORNEY, STATE OF ALASKA
455 THIRD AVENUE, SUITE 150
NORTHWARD BUILDING
FAIRBANKS, ALASKA 99701
(907) 451-5970

Exhibit B

000012

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| 1038 Lakeview Terrace, ) | |
| Fairbanks, AK, and ) | DEC 29 2005 |
| 1915 S. Cushman, Fairbanks ) | |
| — Arctic Alarm and Audio, ) | |
| ) | |
| Defendants. ) | |
| ) | |

In the Matter of 4FA-05-335SW and 4FA-05-336SW.

## MOTION TO UNSEAL SEARCH WARRANT

VRA CERTIFICATION
I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of a crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The State of Alaska, by and through the undersigned attorney, hereby moves this court to unseal Search Warrants 4FA-05-335SW and 4FA-05-336SW. The State requests that these search warrants be unsealed because they are the subject of a federal prosecution.

Dated at Fairbanks, Alaska, this 29th day of December, 2005.

DAVID W. MARQUEZ
ATTORNEY GENERAL

By:
Elizabeth F. Crail, ABA 0211057
Assistant District Attorney

This is to certify that a copy of the foregoing is being delivered via courier service to the following attorneys or parties of record: Law Office of Wm Bryson, 1015 W. 7th Ave, Anchorage, AK 99501

Y. Weathers         12-29-05
Name                Date

DISTRICT ATTORNEY, STATE OF ALASKA
455 THIRD AVENUE, SUITE 150
NORTHWARD BUILDING
FAIRBANKS, ALASKA 99701
(907) 451-5970

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT FAIRBANKS

CD: 4FA1205-216
Date: November 28, 2005

Case: 4FA-SW05-335

STATE OF ALASKA
vs.
1038 Lakeview Terrace

Judge: Hammers
Clerk: Huber

PROCEEDINGS: SEARCH WARRANT

COUNSEL PRESENT
Plaintiff: Elizabeth Crail, Assistant District Attorney
Defendant:

Defendant:

| Time | Event |
|---|---|
| 11:22:42 | Court is reconvened |
| 11:24:18 | **Witness Sworn/Affirmed: JLC-05-09** Fairbanks, Ak. N/A |
| 11:24:29 | **Direct Examination by Crail** |
| | I know Jason Collette and I know where he lives. I don't know the number by heart but I do know that he lives at Lakeview Terrace. |
| 11:25:17 | He generally has cocaine at his residence. I'm been buying from him for over a year. He has 30-40 zips at a time. A zip is an ounce. I believe he keeps it in his bedroom in a safe. I saw that much cocaine a week ago. I just bought an ounce at a time. |
| 11:26:41 | Most of the time it's just me in his room. His girlfriend is there but she's not in the mix. I usually buy from him in the evening. I personally believe the cocaine is in the safe. |
| 11:27:31 | I've seen weapons there, a fully automatic uzi and a couple handguns. There are no buildings on the property that I know of. There is nothing in the vehicle that I know of. It's always in his room. |
| 11:28:24 | The drug raided me today. I have a deal w/ them. I would look at zero probation time and I don't know the particular name of the charges, a MICS 4th from a MICS 3rd. I'm hoping for no time and get zero time. |
| 11:29:48 | Witness Excused |
| 11:29:50 | **Witness Sworn/Affirmed: Ronald Wall** Fairbanks, Alaska Alaska State Trooper |
| 11:30:11 | **Direct Examination by Crail** |
| | We did a raid on JLC-05-09 this morning and we made a deal w/ |

Page 1

Copy to:

NOTE: Not a verbatim transcript. Refer to audio recording.

CD: 4FA1205-216
Date: November 28, 2005
Case: 4FA-SW05-335

| | |
|---|---|
| 11:31:04 | him. In lieu of him directing us to the source of the cocaine, the charge would be reduced from MICS 3rd to MICS 4th. Collette lives at 1038 Lakeview Terrance, that's according to APSIN. Approx. a year ago another informant came forth a year ago and described 12-15 ounces of cocaine in the safe in his bedroom. |
| 11:32:04 | We'd like a no knock warrant because of concern for officer safety and the weapons he has... Attachment #A says that we want to search other persons on the premises for cash, weapons or drugs. In some cases other people at the residence have been known to leave the property w/ some of these items. |
| 11:33:42 | There are several sheds on the property and we'd like to search those along w/ any vehicles there... it's not uncommon to have drugs, cash or weapons to be in these outbuildings or in vehicles. |
| 11:34:53 | Witness Excused |
| 11:35:18 | Silence |
| 11:36:10 | Informant leaves to go to the bathroom |
| 11:36:26 | The individual resided w/ the suspect and the indication was that Collette is a high level drug dealer. Information has been provided that has corroborated |
| 11:37:18 COURT: | I have to determine whether the confidential informant had personal knowledge and that is present in this case. The next question is veracity and basically I'm called upon to determine whether or not the statements of the informant are corroborated by the investigation. The address is public knowledge. Sgt. Wall testified about an informant about a year ago and that he resided w/ Mr. Collette and this person also witnesses cocaine in the safe. I will find the veracity prong has been met and the search warrant is granted. The warrant is for the residence at 1038 Lakeview Terrace, a cedar shed and vehicles parked upon the premises. |
| 11:39:38 Wall: | it's not uncommon for drugs to be stashed in outbuildings or to be transported in vehicles. We want to search both vehicles. The one license plate we checked didn't come back to Mr. Collette. It may be his girlfriend's vehicle. |
| 11:40:42 COURT: | I'm not sure there is probable cause to search the cars. You can search the disabled car, the outbuildings and the residence. |
| 11:42:20 | In view of the testimony, the warrant is a no knock warrant. Persons on the premises can be search. |
| 11:43:05 | Off record |

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

DEC 07 2005

Clerk of the Trial Courts
By _____ Deputy

## RETURN

I received the attached Search Warrant on _November 24th_, _2005_, and have executed it as follows:

On _November 24_, _2005_, at _6_ _A_.M., I searched (the person) (the premises) described in the warrant and I left a copy of the Warrant with _AK license ESX 131 2005 Chry 300_
(name of person searched, owner or "at the place of search")

together with a receipt for the items seized.

The following is an inventory of property taken pursuant to the Warrant:

"See attached inventory sheet"

This inventory was made in the presence of _Inv. Barnett_ and _Inv. Carson_. I swear that this Inventory is a true and detailed account of all property taken by me on the Warrant.

_____ Inv.
(Name and Title)

SUBSCRIBED AND SWORN TO, and returned before me this _7th_ day of _December_, _2005_.

JUDGE: _____ - Deputy Clerk II

# STATE OF ALASKA
## STATEWIDE DRUG ENFORCEMENT

### INVENTORY OF ITEMS SEIZED

CASE NO. AST 05-97379    S/W NO. 4FA 05-326

**# 1** : Container w/ crack cocaine
WHERE : under pass. seat
BY : BARNETT

**# 2** : .38 S&W Lady Smith #CDY 3994
WHERE : under pass. seat
BY : BARNETT

**# 3** : Misc paperwork
WHERE : center console
BY : BARNETT

**# 4** : crack pipe
WHERE : (R) of center console
BY : BARNETT

**# 5** : 2 Tin containers
WHERE : under R seat front
BY : BARNETT

**# 6** : cell phone holder
WHERE : R seat
BY : BARNETT

**# 7** : small crack rock
in back seat
BARNETT

Page ___ of ___

Case Number:

SEARCH WARRANT    NO. 4FA-05-335

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

DEC 07 2005

RECEIPT AND INVENORY OF PROPERTY SEIZED
(Continued)

Clerk of the Trial Courts
By _____ Deputy

7 checks written to Arctic Alarm & Audio Sound in Safe.

RETURN

I received the attached search warrant on __November 28, 2005__, and have executed it as follows:
On __November 28__, __2005__, at __1430__ (a.m.)(p.m.) I searched (the person) (the premises) described in the warrant, and I left a copy of the warrant (with) (at) __on Table__.
(person warrant was left with or place warrant was left)

The above inventory of property taken pursuant to th warrant was made in the presence of _____
__Sgt Wall__ and of __Inv. Pugh__ __Inv. Carson__.

I swear that this inventory is a true and detailed account of all property taken by me on the authority of this warrant.

_____ Investigator
Name and Title

Signed and sworn to before me on __December 7__, 19 __2005__

_____ Deputy Clerk #
Judge

(SEAL)

Page 4 of 4
CR - 706 (7/88) (st. 4)
SEARCH WARRANT

AS 12.35.010 - .120
Crim. R. 37

*Original*

# IN THE DISTRICT COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Filed in the Trial Courts |
| vs. ) | STATE OF ALASKA FOURTH DISTRICT |
| ) | DEC 0 7 2005 |
| 1038 Lakeview Terrace, ) | Clerk of the Trial Courts |
| outbuildings & ) | By _____ Deputy |
| disabled motor vehicle ) | |
| Defendant. ) | |

SW No. 05-335

## SEARCH WARRANT

**IN THE NAME OF THE STATE OF ALASKA:**

To: Any Peace Officer authorized to execute warrants.          NO KNOCK.

(X) Sworn and recorded testimony was given before me by

( ) An affidavit was sworn to and signed before me by

_____ YCA-05-09, Sgt Ron Wall _____
(name of witness/affiant)

that said witness/affiant
    ( ) reasonably believes that
    ( ) is positive [same as reasonably certain] that
    ( ) on the person of:
    (X) on the premises known as:

( ) the location of which is personally known to the above witness/affiant

and which is located at or near
    (X) Fairbanks     ( ) _____

in the Fourth Judicial District, State of Alaska, there is now being concealed certain property, namely:

i:\level4\searchwarrant\regular sw form          1

(X) see attached listing of particularly described property. Attach A.

which
(X) is evidence of the particular crime(s) of __MICS III__

in violation of AS __11.71.040__.

(X) tends to show that
    ( ) the above named person      ( ) __Jason Collette__
committed such crime(s) indicated,
( ) has stolen or embezzled property
( ) was used as a means of committing a crime,
( ) is in the possession of a person who intends to use it as the means of committing a crime,
( ) is in the possession of _____
to whom it was delivered for the purpose of concealing it and preventing it from being discovered.

(X) See the attached addendum, incorporated herein by reference.

And, as I am satisfied that there is probable cause to believe that the property so described is being concealed on the above described
    ( ) person      (X) premises
that the foregoing grounds for issuance of this Search Warrant exist;

( ) and that probable cause has been shown which justifies authorizing this Warrant to be served during the nighttime after the hour of 10:00 p.m.;

### YOU ARE HEREBY COMMANDED TO SEARCH

(X) within __1__ days
( ) within 10 days
( ) contingent upon the happening of the events expected to occur as set forth in the supporting testimony/affidavit
    ( ) the person      ( ) the premises

for the property specified, serving this Warrant

(X) between the hours of 7:00 a.m. and 10:00 p.m.,
( ) at any time,

and if the property be found there, to seize it, leaving a copy of this Search Warrant and a copy of the supporting affidavit, if any, and a receipt for the property taken, and prepare a written inventory of the property seized and return this Warrant and bring the inventory before me within ten (10) days of this date, as required by law.

DATED at Fairbanks, Alaska, this 28th day of November, 2004 2005

_____
JUDGE/MAGISTRATE

[Seal of the Trial Courts of the State of Alaska, Fourth Judicial District]

## ATTACHMENT 'A' – *COCAINE*

**Controlled Substances and Paraphernalia:** Cocaine, Cocaine derivatives, Cocaine cutting agents, adulterants or materials, Cocaine paraphernalia, including but not limited to spoons, straws, strainers, tooters, mirrors, razor blades, vials, grinders, Deering equipment, stash containers, or any other controlled substances;

**Controlled Substances Packaging Materials:** Items used for packaging controlled substances, including but not limited to baggies, bags, glass or plastic vials, paper bindles, foil bindles and envelopes;

**Items Relating to Illegal Transactions:** Any written documents relating to illegal transactions involving a controlled substance, including but not limited to business records, account books, ledgers, notebooks, check registers, checks, cancelled checks, bank books, bank statements, safe deposit box keys, tax returns and other tax records, letters, notebooks, records showing any controlled substance transactions, telephone records, address and telephone books, photographs showing use or distribution of any controlled substances, and books pertaining to any controlled substance, its use or distribution;

**Items Showing Ownership, Possession or Control:** Any documents or items tending to show occupancy, ownership, possession or control, including but not limited to keys, utility receipts, mortgage or rent receipts, lease, rental or sale agreements or contracts, credit cards or credit card receipts, letters, other correspondence, bills; any documents or items pertaining to vehicle ownership or control, including but not limited to vehicle registrations, titles, bills of sale, or emissions control inspections; telephone message records and tapes, and pagers;

**Items Showing Identity:** Any documents or items showing identity, including but not limited to passports, hotel receipts, gasoline receipts, vehicle rental documents and taxi receipts;

**Persons on the Premises Searched:** Any persons on the premises at the time of service of the search warrant, for the purpose of checking for the sale, distribution and/or possession of controlled substances and, further, for the purpose of identification;

**Forfeitable Firearms:** Any firearm which is visible, carried during, or used in the furtherance of a violation of AS 11.71;

**Money:** United States currency or any and all monies, notes or other items of value used in or intended for use in or derived from trafficking in controlled substances.

Originc̄ return to car¹

## THE DISTRICT COURT IN FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT

STATE OF ALASKA, )
               Plaintiff, )
)
v.s. ) SEARCH WARRANT
)
ESX 131 )
2005 Chry. 300 Cream in color ) NUMBER: 4FA-05-326
Vin# 2C3JA53G15H577769 Defendant )
_____)

**SEARCH WARRANT**

IN THE NAME OF THE STATE OF ALASKA:

To: Any Peace Officer authorized to execute warrants.

    Sworn and recorded testimony was given before me by
Investigator Bruce Barnett and Sgt Erik Jewkes
An affidavit was sworn to and signed before me by


that said witness/affiant:

    reasonably believes
    ✓ is positive (same as reasonably certain) that
    on the person of:
    ✓ on the premises known as: 2005 chry 300 Ak License ESX131
                         currently at FPD secure garage bay #1

The location of which is personally known to the above witness/affiant

and which is located at or near     Fairbanks

in the Fourth Judicial District, State of Alaska, there is now being concealed certain property, namely see attachment "A" cocaine


See attached listing of particularly described property.

which   is evidence of the particular crime(s)   _MICS IV_

in violation of A.S. _11.71.040(a)_
    tends to show that
        the above named person
committed such crime(s) indicated,
    has stolen or embezzled property
    ✓ was used as a means of committing a crime,
    – is in the possession of a person who intends to use it as the means of committing a crime,
    is in the possession of     to whom it was delivered for the purpose of concealing it and preventing it from being discovered.

    See the attached addendum, incorporated herein by reference.
And, as I am satisfied that there is probable cause to believe that the property so described is being concealed on the above described
    Person        Premises _2005 Chry. 300 AK License ESX 131_
that the foregoing grounds for issuance of this Search Warrant exist;
    and that probable cause has been shown which justifies authorizing this Warrant to be served during the nighttime after the hour of 10:00 p.m.;

## YOU ARE HEREBY COMMANDED TO SEARCH

    within     days
    ✗ within 10 days
    contingent upon the happening of the events expected to occur as set forth in the supporting testimony/affidavit

    the person          the premises _2005 Chry 300 AK License ESX 131_

for the property specified, serving this Warrant
    between the hours of 7:00 a.m. and 10:00 p.m.,
    ✗ at any time,
and if the property be found there, to seize it, leaving a copy of this Search Warrant and a copy of the supporting affidavit, if any, and a receipt for the property taken, and prepare a written inventory of the property seized and return this Warrant and bring the inventory before me within ten (10) days of this date, as required by law

Sworn and Subscribed before me, this _24th_ day of _November_ 2005,

(SEAL)

                                                          _[signature]_
                                                          Judge/Magistrate

ATTACHMENT 'A' - COCAINE

Controlled Substances and Paraphernalia: Cocaine, Cocaine derivatives, Cocaine cutting agents, adulterants or materials, Cocaine paraphernalia, including but not limited to pipes, spoons, straws, strainers, tooters, mirrors, razor blades, needles, vials, grinders, deering equipments, stash containers, or any other controlled substances.

Controlled Substances Packaging Materials: Items used for packaging controlled substances, including but not limited to scales, baggies, bags, glass or plastic vials, paper bindles, foil bindles and envelopes.

Items Relating to Illegal Transactions: Any written documents relating to illegal transactions involving a controlled substance, including but not limited to business records, account books, ledgers, notebooks, check registers, checks, cancelled checks, bank books, bank statements, safe deposit box keys, tax returns and other tax records, letters, records showing any controlled substance transactions, telephone records, address and telephone books, photographs showing use or distribution of any controlled substance, and any books pertaining to any controlled substance, its use or distribution.

Items Showing Ownership, Possession or Control: Any documents or items tending to show occupancy, ownership, possession or control, including but not limited to keys, utility receipts, mortgage or rent receipts, lease, rental or sales agreements or contracts, credit cards and credit card receipts, letters, other correspondence, bills, any documents or items pertaining to vehicle ownership or control, including but not limited to vehicle registrations, titles, bills of sale, or emission control inspections, telephone message recorders and tapes, cellular phones and pagers.

Items Showing Identity: Any documents or items showing identity, including but not limited to passports, hotel receipts, gasoline receipts, vehicle rental documents, and taxi receipts.

Items Showing Counter Surveillance: Any items depicting the use of equipment for counter surveillance, including but not limited to scanners, security video cameras, security video monitors, and security video recording equipment.

~~Persons on the Premises to Be Searched: Any person on the premises at the time of service of the search warrant, for purposes of checking for the possession, sale or distribution of controlled substances and further for the purpose of identification.~~

Forfeitable Firearms: Any firearm which is visible, carried during, or used in the furtherance of a violation of AS 11.71.

Money: United States currency or any and all monies, notes or other items of value used in or intended for use in or derived from trafficking in controlled substances.