DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>           Plaintiff,              )<br>                                   )<br>v.                                 )<br>                                   )<br>JASON SCOTT COLETTE,               )<br>                                   )<br>           Defendant.              )<br>_____) | Case No. CR-00042-01-RRB<br><br>**APPLICATION TO EXTEND TIME WITHIN WHICH TO FILE REPLY FOR ONE ADDITIONAL DAY AND [PROPOSED] ORDER THEREON; REQUEST FOR HEARING PURSUANT TO LOCAL RULE 7.2(a) AND [PROPOSED] ORDER THEREON** |

    1.   This is an application to extend the time for filing our Reply to the Government's Opposition to Mr. Colette's Motion for New Trial for one additional court day, until Monday, September 15, 2008.

    2.   The government filed its Opposition late in the day on August 29, 2008, the day before the Labor Day weekend.  We reviewed the document, for the first time, on the day after Labor Day, September 2, 2008.

    3.   The Opposition is extensive, and our Reply is extensive, requiring an extensive amount of research.

    4.   On September 5, 2008, counsel was ordered into a three strikes jury trial in <u>People v. Garcia</u>, Case No. SCR-521234, in Superior Court in Sonoma County, and the trial commenced today. Meanwhile, on September 8, 2008, counsel was in United States District Court in Los Angeles arguing a motion to dismiss under

Fed. R. Civ. P. 12(b)(6) in <u>CBC Framing v. Flores</u>, Case No. CV 08-00150-MMM. Counsel was in an all day evidentiary hearing in connection with a motion for new trial in <u>People v. Vasquez</u>, Case Nos. FCR-227934, FCR-228729, in Superior Court for Solano County on September 9, 2008.

5. On September 10, 2008 and September 11, 2008, we completed a draft of the Reply which is currently being revised. Due to the fact that counsel returned from the <u>Garcia</u> trial after 3:30 p.m., it is not going to be possible, in spite of due diligence, to complete the Reply by today. However, given the weekend, we will be able to file the Reply on Monday, September 15, 2008.

6. We are requesting a hearing, under Local Rule 7.2(a), on September 12, 2008, and we are requesting the court in the <u>Garcia</u> trial to be dark on that day.

7. For the foregoing reasons, Mr. Colette, through counsel, respectfully requests one additional court day within which to file his Reply to the Government's Opposition to Mr. Colette's motion for new trial.

8. Accordingly, we attach a proposed order.

Dated: September 12, 2008          Respectfully submitted,

                                   <u>/s/ David J. Cohen</u>
                                   300 Montgomery Street
                                   Suite 660
                                   San Francisco, CA 94104
                                   (415) 398-3900
                                   (415) 398-7500