DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Jason Scott Colette**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-00042-01-RRB |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| JASON SCOTT COLETTE, | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that Mr. Colette's reply to the government's Opposition to his Motion for New trial is due to be filed by Monday, September 15, 2008.

**IT IS FURTHER ORDERED** that a hearing on the Motion for New Trial take place on September 22, 2008 at 9:30 a.m.

**IT IS SO ORDERED.**


Dated: _____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE